| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Liana Serobian, Esq. (SBN 235466)<br>Serobian Law, Inc.<br>100 N. Brand Blvd., Suite 600<br>Glendale, CA 91203<br>(818) 539-2249<br>L.Serobian@yahoo.com | CLEAR FORM |

ATTORNEY(S) FOR: PLAINTIFFS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA AND P. G., A MINOR., individuals,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF LOS ANGELES; THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; ET AL..,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:17-cv-9193<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   PLAINTIFFS, LUCY ULIKHANOVA AND P. G., A MINOR.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| COUNTY OF LOS ANGELES; THE LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; MARIA HERRERA SOSA, in her personal capacity; VICKI RAMIREZ, in her personal capacity; JOANNE COTHERN, in her personal capacity; STEVE CAREY, in his personal capacity; HOLLY BRUCE, in her personal capacity; DOES 1 – 50 inclusive. | DEFENDANTS |
| LUCY ULIKHANOVA AND P. G., A MINOR., individuals. | PLAINTIFFS |

December 27, 2017
Date

s/ Liana Serobian
Signature

Attorney of record for (or name of party appearing in pro per):

Liana Serobian