# Ryan A. Graham

| | |
|---|---|
| **From:** | Liana Serobian <l.serobian@yahoo.com> |
| **Sent:** | Thursday, May 03, 2018 4:14 PM |
| **To:** | Ryan A. Graham |
| **Cc:** | Avi Burkwitz |
| **Subject:** | Re: Ulikhanova v. County of L.A., Stipulation to Extend Time |
| **Categories:** | Opposing Counsel |

```
Hi Ryan,

I'm sorry, I can't agree to this. You made a strategic decision not to
consent to my amendments, which were many, and failed to mention Rule 15
when discussing arguing that the statue of limitations applied to my first
amended complaint filed under the leave of court. Now, your client needs
to figure out what response they want to file by your deadline. Thanks for
your time, Liana.

Important Legal Notice: The content of and any documents accompanying this
email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any use, disclosure,
copying or distribution of this transmission is strictly prohibited. If
you have received this email in error please notify the sender to arrange
for its immediate destruction or return.
```

On Thursday, May 3, 2018 4:04 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Liana:

Would you agree to stipulate to extend our time to file a responsive pleading? Since the Court has set the motion for leave to amend for hearing after our current responsive pleading is due (tomorrow), we're in the odd situation where we would have to file something while your motion is pending to technically comply with the Court's order that file by May 4. It seems the Court wants to be briefed on the issue of an SAC, rather than hear any challenge to the FAC. We still want to make sure we're doing everything by the books. I propose a joint stipulation in which Defendants' time to file a responsive pleading would be (1) if your motion is granted, the standard Rule 15 schedule (14 days) or whatever the Court might otherwise specify, measured from the time of the motion being granted, or (2) if your motion is denied, 7 days from the date after the motion is denied.

I can send a draft stip over if you agree. Thank you.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300
Burbank, CA 91502
(818) 562-5800
(818) 562-5810 Fax
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.