Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Ryan A. Graham, Esq., Bar No.: 310186
rgraham@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel ....818.562.5800
Fax....818.562.5810
*Attorneys for Defendants,* COUNTY OF LOS ANGELES, *et al.*

Liana Serobian, Esq.
Serobian Law, Inc.
100 North Brand Blvd., Suite 600
Glendale, CA 91203
Tele: (818) 539-2249
L.Serobian@yahoo.com
*Attorneys for Plaintiff*, LUCY ULIKHANOVA, *et al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>    Defendants. | Case No. 2:17-CV-9193-FMO-E<br><br>Hon. Fernando M. Olguin (Dist. Judge)<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF TO DECEMBER 31, 2018**<br><br>Complaint Filed: December 28, 2017<br>FAC Filed: April 19, 2018<br>SAC Filed: May 18, 2018<br>TAC Filed: July 2, 2018 |

TO THE HONORABLE COURT:

Subject to the Court's approval, this stipulation is made between Defendants COUNTY OF LOS ANGELES, MARIA HERRERA SOSA, VICKIE RAMIREZ, MARAL HELWAJIAN, RONALD TIGERINO, and STEPHEN CAREY ("Defendants") and Plaintiffs LUCY ULIKHANOVA and P.G. ("Plaintiffs"), based on the facts set forth below.

1.  WHEREAS, this is the parties' first request to continue the discovery cutoff and the parties do not request to continue the trial date or any other dates;

///

2. WHEREAS, on April 5, 2018, the parties filed their Joint Rule 26(f) Report (ECF No. 17), which notified the Court that, because the allegations in this action concern the removal of a minor by Department of Children and Family Services (DCFS) workers pursuant to an allegedly improper warrant, a significant amount of the evidence and discovery is protected from disclosure by the California Welfare and Institutions Code as part of Plaintiff P.G.'s "juvenile case file" (ECF No. 17, 2:21–24);

3. WHEREAS, Defendants are required to petition the Juvenile Division of the Los Angeles County Superior Court ("juvenile court") for the juvenile case file of Plaintiff P.G. and to seek an order permitting the use of such records in the present litigation, such as the attachment of any records in court filings;

4. WHEREAS, Plaintiffs have a right of access to the juvenile case file of Plaintiff P.G., as the minor herself and the parent of such minor, but must nevertheless seek an order permitting dissemination of the juvenile case file's records, such as the attachment of any records in court filings;

5. WHEREAS, the parties maintain that the ability to use documents from the juvenile case file is necessary for a full presentation of the claims and defenses in issue;

6. WHEREAS, on April 6, 2018, the Court entered a scheduling order, setting the cutoff for fact discovery at October 15, 2018, the cutoff for expert discovery at December 31, 2018, and a trial date of April 30, 2019 (ECF No. 18);

7. WHEREAS, since the filing of the parties' Joint Rule 26(f) Report, Plaintiffs have added two additional defendants, Maral Helwajian and Ronald Tigerino (ECF Nos. 21, 24, 30), both of whom are social workers and require access to Plaintiff P.G.'s juvenile case file to mount a competent defense equally as much as the original defendants present at the Rule 26(f) conference of counsel;

///

///

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

8. WHEREAS, the pleadings have not yet closed, as numerous amended complaints have been filed in this action (ECF Nos. 21, 24, 30, 39) and there remain two motions to dismiss pending before the Court (ECF Nos. 40, 59);

9. WHEREAS, Plaintiffs petitioned the juvenile court for Plaintiff P.G.'s juvenile court records prior to initiating this lawsuit and have received such records, but do not yet have an order granting them permission to use the documents in the present litigation;

10. WHEREAS, Plaintiffs plan on seeking permission from the juvenile court to use the records previously obtained in the present litigation;

11. WHEREAS, Defendants filed a petition for disclosure of Plaintiff P.G.'s juvenile case file on March 6, 2018;

12. WHEREAS, on July 16, 2018, the juvenile court issued an order granting Defendants' petition with respect to the portion of Plaintiff P.G.'s juvenile case file that consisted of "the entire record from the dependency court file," *i.e.*, only the documents on file with the juvenile court;

    a. A true and correct copy of the juvenile court's order, dated July 16. 2018, is attached hereto as **EXHIBIT A**, but has been redacted to preserve the anonymity of the minor, Plaintiff P.G;

13. WHEREAS, the juvenile court's order did not grant access to the internal records of DCFS (which were included within the scope of Defendants' March 6, 2018 request) and Defendants have therefore not yet obtained permission from the juvenile court with respect to the entirety of the juvenile case file, such as those records retained internally by DCFS that are not filed with the juvenile court;

    a. These records include, among others, documents related to child abuse investigations that are not filed with the juvenile court;

///
///
///

      b. These records also include documents called "Delivered Service Logs," which are a chronological journal-like series of notes authored by social workers that create a chronology of the events that occur during the life of a dependency case;

14. WHEREAS, given that the allegations refer to child abuse investigations and representations by social workers these internal agency records are critical for the present litigation (*See* ECF No. 39, Third Amended Complaint, ¶¶ 27 (2013 DCFS investigation), 37 (2014 DCFS investigation), 41 (February 2015 DCFS investigation), 42 (October 2015 DCFS investigation));

15. WHEREAS, Defendants have begun to engage in discovery in earnest, having served initial disclosures on August 7, 2018, subpoenaed records from the family court proceedings that are at the heart of Plaintiffs' sexual abuse allegations, and subpoenaed Plaintiff Ulikhanova's criminal records;

16. WHEREAS, while Defendants anticipate that some written discovery can be propounded without access to the entire juvenile case file, Defendants cannot meaningfully take the deposition of Plaintiff Ulikhanova or defend against any depositions of the individual Defendants without use and dissemination of the notes taken by the individual Defendants that are contained within the juvenile case files;

17. WHEREAS, the parties believe that continuing the fact discovery cutoff to December 31, 2018 (*i.e.*, the cutoff for the expert discovery) would not be disruptive to the litigation and would not affect any other deadlines especially as it is several months before the current trial date.

THEREFORE, based on the foregoing, the parties respectfully request the Court enter a stipulation continuing the fact discovery cutoff from October 15, 2018 to December 31, 2018.

///

///

///

## **ATTESTATION**

Pursuant to Local Rule 5-4.34(a)(2)(i), the filer attests that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| DATED: September 4, 2018 | PETERSON · BRADFORD · BURKWITZ |
| | By: /s/ Ryan A. Graham |
| |     Avi Burkwitz, Esq. |
| |     Ryan A. Graham, Esq. |
| |     *Attorneys for Defendants,* |
| |     County of Los Angeles, *et al.* |
| DATED: September 4, 2018 | Serobian Law, Inc. |
| | By: /s/ Liana Serobian |
| |     Liana Serobian, Esq. |
| |     *Attorneys for Plaintiffs,* |
| |     Lucy Ulikhanova, *et al.* |

5

**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF**
Case No. 2:17-CV-9193-FMO-E

n:\files\2003-ulikhanova (cola)\pleadings\joint_stip_to_continue_discovery.docx

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On September 4, 2018, I served the foregoing document described as: **JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF TO DECEMBER 31, 2018** on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

## SEE ATTACHED MAILING LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL:** I deposited such envelope in the mail at Burbank, California. The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 4, 2018, at Burbank, California.

/s/ Lilliana Rosales

Lilliana Rosales

## SERVICE LIST

**RE:** **Ulikhanova, Lucy v. County of Los Angeles**

**Case No.:** 2:17-cv-9193-FMO-E

Liana Serobian, Esq.
Serobian Law, Inc.
100 North Brand Blvd., Suite 600
Glendale, CA 91203
Tele: (818) 539-2249
L.Serobian@yahoo.com

**Attorney for Plaintiff Lucy Ulikhanova and P.G. a Minor**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

7

**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF**
Case No. 2:17-CV-9193-FMO-E

n:\files\2003-ulikhanova (cola)\pleadings\joint_stip_to_continue_discovery.docx