2003-CCLA   AB/R6

**FILED**
Superior Court of California
County of Los Angeles

**JUL 16 2018**

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
　　Yolanda Garcia

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

JUVENILE DIVISION

| In the Matter of:<br><br>P▆▆▆▆ G▆▆▆▆,<br><br>　　A Child | SPECIAL ORDER RE:<br>DISCLOSURE OF JUVENILE<br>COURT RECORDS PURSUNANT<br>TO WELFARE AND<br>INSTITUTIONS CODE SECTION<br>827 |
|---|---|

　　Pursuant to a "Request for Disclosure of Juvenile Case Records" submitted on March 7, 2018, Ryan A. Graham, petitioner, requests a waiver of confidentiality to access the juvenile case file of P▆▆▆▆ G▆▆▆▆. Petitioner indicates that the requested records are necessary for use in the civil court case, *Ulikhanova v. County of Los Angeles* (C.D.Cal. 2017).

　　UPON CONSIDERATION of the petition, the Juvenile Court hereby issues the following order pursuant to Welfare and Institutions Code section 827 and California Rules of Court, rule 5.552:

1. Petitioner has established good cause for the release of the entire record from the dependency court file with redactions pursuant to applicable state and federal laws:

2. Petitioner is entitled to the above referenced record as mandatorily redacted pursuant to Government Code section 6254; Penal Code section 11165.7; Civil Code section 1798; Vehicle Code section 1653.5 inter alia. Records are also redacted where the detriment caused by disclosure outweighs the relevance of the proceedings or purposes indicated by the petitioner. (Cal. Rules of Court, rule 5.552(e)(6).)

3. The released documents shall only be used for the limited purpose of the civil action.

4. If any juvenile case file records are attached to a document filed or submitted in the civil case, such records should be filed under seal.

5. Except as necessary in the civil case, the released documents shall not be disclosed to anyone other than the parties, their counsel (including investigators and adjusters), experts, and if applicable, the insurance carrier of the defendants.

6. Upon conclusion of the matter, extended if appeal is filed, all released documents are to be destroyed.

IT IS SO ORDERED.

DATE: 7-16-18

Michael Levanas
Presiding Judge of the Juvenile Court