Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Ryan A. Graham, Esq., Bar No.: 310186
rgraham@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel ....818.562.5800
Fax....818.562.5810

*Attorneys for Defendants,* COUNTY OF LOS ANGELES, *et al.*

Liana Serobian, Esq.
Serobian Law, Inc.
100 North Brand Blvd., Suite 600
Glendale, CA 91203
Tele: (818) 539-2249
L.Serobian@yahoo.com
*Attorneys for Plaintiff*, LUCY ULIKHANOVA, *et al.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, *et al.*, <br><br> Defendants. | Case No. 2:17-CV-9193-FMO-E <br><br> Hon. Fernando M. Olguin (Dist. Judge) <br><br> **ORDER APPROVING JOINT STIPULATION [69] TO CONTINUE ALL PENDING DATES BY FOUR MONTHS** <br><br> Complaint Filed: December 28, 2017 <br> FAC Filed: April 19, 2018 <br> SAC Filed: May 18, 2018 <br> TAC Filed: July 2, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the *Joint Stipulation to Continue All Pending Dates by Four Months*, the Court orders the following:

a. the mediation cutoff is continued from December 31, 2018 to April 22, 2019;

b. the fact discovery cutoff is continued from December 31, 2018 to April 22, 2019;

c. the filing deadline for summary judgment or other potentially dispositive motions is continued from January 31, 2019 to May 23, 2019;

1

   d. the deadline to file memoranda of contentions of fact and law, witness lists, the Pretrial Exhibit Stipulation, and joint motions in limine is continued from March 22, 2019 to July 12, 2019;

   e. the deadline to file Pretrial Conference Order, Joint Jury Instructions, Disputed Jury Instructions, a joint proposed verdict form, a joint statement of the case, proposed additional voir dire questions, if desired, and reply memoranda to motions in limine is continued from March 29, 2019 to July 19, 2019;

   f. the deadline to file final pretrial conference and last day for hearings on motions in limine is continued from April 12, 2019 to August 2, 2019 at 10:00 a.m.; and

   g. trial is continued from April 30, 2019 to August 20, 2019 at 8:45 a.m. All other deadlines remain in effect.

**IT IS SO ORDERED.**

November 27, 2018

/s/
Honorable Fernando M. Olguin,
United States District Judge