PETERSON · BRADFORD · BURKWITZ

# EXHIBIT NO. 17

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.* (2:17-CV-09193-FMO-E)

**Ryan A. Graham**

| | |
|---|---|
| **From:** | Liana Serobian <l.serobian@yahoo.com> |
| **Sent:** | Thursday, May 9, 2019 12:46 PM |
| **To:** | Ryan A. Graham |
| **Cc:** | Avi Burkwitz; Lynda Kerekesh; Lilliana Rosales |
| **Subject:** | Re: Ulikhanova v. County, Evidence issues |
| **Categories:** | Opposing Counsel |

```
Dear Mr. Graham,

I do not want or need to make any changes to my pdf Motion for Summary
Judgment and do not want to stipulate to further extensions, and want
the Oppositions to be similarly in a separate pdf document. I emailed
the clerk to get an approval for this.



Your link to a virtual work in progress was untimely when sent and is
not acceptable. Thank you, Liana.


Important Legal Notice: The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client
communication. This email and the information it contains are intended
only for the use of the person or entity to which it is addressed. If
you are not the intended recipient you are hereby notified that any
use, disclosure, copying or distribution of this transmission is
strictly prohibited. If you have received this email in error please
notify the sender to arrange for its immediate destruction or return.
```

On Thursday, May 9, 2019 12:36 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Very good. I think we have a compromise here. Misspellings, fixing case citations, reformatting headings, etc., this stuff I think is OK. We also will need to number out separate statements with "P" and "D" in front of them, per the MSJ order.

I sent you a link with our evidence because it was like 50mb and I didn't know if it's possible to email that much data in one email. The link does have our motion and the separate statement. But I also emailed that. The documents are the same in each location—I just wanted to make it easier for you to find. Some people like email, some people like online storage.

**Sincerely,**

1

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Thursday, May 9, 2019 12:28 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Evidence issues

I absolutely don't plan on adding any facts or arguments as my motion is done and sent to you timely. I will just convert the pdf to word so that it's identical and send to you if the clerk says separate opposition is not ok.  I worry that the link you send to me and not the final product allowed you to do that of which you complain - add facts and arguments that are untimely and unfairly prejudicial to plaintiffs. Thanks, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Thursday, May 9, 2019 12:21 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

If you're talking about mild little typographical fixes, that's fine. But if you're adding facts and arguments, that's unfair and prejudicial to our side—we need time to oppose this stuff. I hope you can understand that.

2

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Thursday, May 9, 2019 12:15 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Evidence issues

When I converted to pdf, I noticed some typos that I fixed from pdf itself and send to you. I need to make sure the word is corrected to reflect the changes I made later and send to you. Thanks, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.


On Thursday, May 9, 2019 12:13 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:


Just send the word document you made the PDF from. That doesn't make any sense.

**Sincerely,**

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Thursday, May 9, 2019 12:10 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Evidence issues

I will send it by tonight, need to make sure all changes on pdf that I sent reflected in the original word. Thanks!

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Thursday, May 9, 2019 12:08 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:


Are you going to send us word documents of your MSJ and separate statement? Right now I'm going to handwrite our responses to your separate statement in the little boxes.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Thursday, May 9, 2019 10:43 AM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Evidence issues

Dear Ms. Graham,

This letter was prior to our meet and confer and your recent emails regarding the joint summary judgment motions, therefore, the later conversations and discussions preempt. Regardless, everything I need is in the depositions. I don't need the record itself and the family law orders I can ask the court to take judicial notice of.

Your summary judgment motion is still late, the link was send late, no final product has been provided as of this date, and I do not accept it and will request that the court strike it as untimely. Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Thursday, May 9, 2019 10:38 AM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian:

No. Read this letter I sent you previously to understand.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Thursday, May 9, 2019 10:29 AM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Evidence issues

Dear Mr. Graham,

I only used those you shared with me in the link to your appendix, thus, you disseminated these documents for me to use "together" and I quote your email. We discussed these before as well in person and you said I could use those given to me. I will call the clerk to find out the status as it has been a while.

I want to add that your motion for summary judgment was late, I still don't have the final product but a link to a virtual place that you have access to and can make changes any time. Hence, I do not accept your late motion for summary judgment and will ask the court to strike it. Further, I still don't have a final product and need pdf of everything not a link that you have access to make changes to. Thank you, Liana.


Sent from Yahoo Mail for iPhone

On Thursday, May 9, 2019, 10:22 AM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian:

I'm looking at your evidentiary appendix, it looks like you just took our 827 documents and made them into your own appendix. Do you have an 827 order yet?

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.