PETERSON · BRADFORD · BURKWITZ

# EXHIBIT NO. 19

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.* (2:17-CV-09193-FMO-E)

# Ryan A. Graham

| | |
|---|---|
| **From:** | Ryan A. Graham |
| **Sent:** | Monday, May 20, 2019 11:20 AM |
| **To:** | 'Liana Serobian' |
| **Cc:** | Avi Burkwitz; Lynda Kerekesh; Lilliana Rosales |
| **Subject:** | RE: Ulikhanova v. County, Missing Documents |

No, what you provided was Plaintiffs' portion of the separate statement in support of *Plaintiffs'* summary judgment motion. You have not provided a response to the separate statement in response to *Defendants'* summary judgment motion.

**Sincerely,
Ryan A. Graham, Esq.
Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Monday, May 20, 2019 11:03 AM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Missing Documents

Separate statement was emailed to you on May 7, 2019. Thank you


Sent from Yahoo Mail for iPhone

On Monday, May 20, 2019, 11:02 AM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

> Dear Ms. Serobian:

As we're formatting Defendants' MSJ documents for your signature, we note that we are still waiting for your separate statement. Please advise when we can expect receipt of that document. Thank you.

**Sincerely,**

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300

Burbank, CA 91502

Tel. (818) 562-5800, ext. 229

Fax (818) 562-5810

rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S). IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.