# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 17-9193 FMO (Ex)** | Date | **May 21, 2019** |
|---|---|---|---|
| Title | **Lucy Ulikhanova, et al. v. County of Los Angeles, et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):          Attorney Present for Defendant(s):

None Present                                 None Present

**Proceedings:       (In Chambers) Order Re: Ex Parte Request**

Having reviewed the briefing filed with respect to plaintiffs' Ex Parte Request for Clarification Regarding the Summary Judgment Standing Order (Dkt. 81, "Application"), IT IS ORDERED that the Application **(Document No. 81)** is **granted in part** as set forth below.

Plaintiffs seem to inquire about the requirements of the court's Order re: Summary Judgment Motions ("Summary Judgment Order").[1]  Pursuant to the court's Summary Judgment Order, each side is entitled to file one summary judgment motion before the court.  The parties remain bound to follow the requirements set forth in the court's Summary Judgment Order for each motion, including those related to the filing of joint briefs and joint statements of uncontroverted facts.  (See Dkt. 19, Summary Judgment Order).

In all other respects, the Ex Parte Request for Clarification Regarding the Summary Judgment Standing Order **(Document No. 81)** is **denied**.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |

---

[1] As with many of plaintiffs' filings before this court, the present Application is suffused with a general lack of clarity.  The court admonishes plaintiffs' counsel to make a greater effort to proofread prospective filings prior to placing them before the court.  In addition, plaintiffs' counsel must comply with the Local Rules and Federal Rules of Civil Procedure in preparing future filings. It appears that plaintiffs made no efforts to comply with Local Rule 7-19 in preparing and filing the instant ex parte application.