| | |
|---|---|
| **Subject:** | Re: Ulikhanova v. County, MSJ Page Limit Question |
| **From:** | Liana Serobian (l.serobian@yahoo.com) |
| **To:** | rgraham@pbbllp.com; Vanessa_Figueroa@cacd.uscourts.gov; |
| **Cc:** | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; |
| **Date:** | Thursday, May 9, 2019 12:52 PM |

```
Dear All,

Thank you and I'll follow the process. Defendants previously emailed the
chambers for clarification, now did the Plaintiffs. No intrusion, just
replica. Thank you, Liana.

Important Legal Notice: The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any use, disclosure,
copying or distribution of this transmission is strictly prohibited. If
you have received this email in error please notify the sender to arrange
for its immediate destruction or return.
```

On Thursday, May 9, 2019 12:51 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:


Defendants object to this conversation with chambers and request that Plaintiff follow the clerk's instruction to file a formal request with the Court for clarification so that Defendants can also provide input.

Ms. Figueroa—I deeply apologize for this intrusion on the orderly functioning of the Court.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT

ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Vanessa_Figueroa@cacd.uscourts.gov <Vanessa_Figueroa@cacd.uscourts.gov>
**Sent:** Thursday, May 9, 2019 12:50 PM
**To:** Liana Serobian <l.serobian@yahoo.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>; Ryan A. Graham <rgraham@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, MSJ Page Limit Question

I have no idea, and I can't ask him that question while we are both in session all day.



From:       Liana Serobian <l.serobian@yahoo.com>
To:         "Vanessa_Figueroa@cacd.uscourts.gov" <Vanessa_Figueroa@cacd.uscourts.gov>
Cc:         Avi Burkwitz <ABurkwitz@pbbllp.com>, Lynda Kerekesh <LKerekesh@pbbllp.com>, Lilliana Rosales <lrosales@pbbllp.com>, "Ryan A. Graham" <rgraham@pbbllp.com>
Date:       05/09/2019 12:48 PM
Subject:    Re: Ulikhanova v. County, MSJ Page Limit Question

Dear Ms. Figueroa,

All I'm asking now is that when Judge Olguin said we can do separate
motions for summary judgment, can we also do separate oppositions to the
said motions? Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Thursday, May 9, 2019 12:46 PM, "Vanessa_Figueroa@cacd.uscourts.gov" <Vanessa_Figueroa@cacd.uscourts.gov> wrote:

These questions are difficult for me to answer, since I am not an attorney.

Judge Olguin is very busy, we all are in this district.

I sought guidance from him last time.  Today, we are in court all day.

Please file a request for clarification if you need assistance and something is not covered in a court order, Local Rules or FRCP's.

Thank you,



| | |
|---|---|
| From: | Liana Serobian <l.serobian@yahoo.com> |
| To: | "Vanessa_Figueroa@cacd.uscourts.gov" <Vanessa_Figueroa@cacd.uscourts.gov>, "Ryan A. Graham" <rgraham@pbbllp.com> |
| Cc: | Avi Burkwitz <ABurkwitz@pbbllp.com>, Lynda Kerekesh <LKerekesh@pbbllp.com>, Lilliana Rosales <lrosales@pbbllp.com> |
| Date: | 05/09/2019 12:44 PM |
| Subject: | Re: Ulikhanova v. County, MSJ Page Limit Question |

Dear Ms. Figueroa,

Hope you are well! I represent the plaintiffs in the above-noted matter.

In your earlier email, you noted that the chambers permitted parties to do separate motions for summary judgment, but joint appendix and SUF. Per your email and my discussions with opposing counsel Mr. Ryan Graham at the meet and confer and emails that followed as to the summary judgment motions, I was under the impression that the parties were going to do same joint appendix and SUF, per the original order of the court, since the opposing counsel had also send me a link to the evidence to work from together. However, the day of when the motions were due to each side, on May 7, 2019 (stipulated deadline), opposing counsel clarified to me that each party was to do each document separate, including the motion, appendix of evidence, and SUF. I did so timely and sent a pdf of each to the opposing counsel given now everything was going to be separate.

The opposing counsel just today sent to me the word versions of these and on May 8, 2019, had send me a link to a virtual place where these documents were works in progress, and he had access to change/modify. He also sent an email that it's still not a final version and work needs to be done on it.

These are the two things I would like clarification on: 1) since we did everything separate and I already sent pdfs of all documents to counsel, can we also do separate Oppositions that are 10 pages each? Opposing counsel now wants my word version of the motion for summary judgement, but I worked off of the pdf program itself given everything was to be separately filed, and it would be difficult to convert everything back to word and keep the perfect formatting etc. I do not want or need to make

```
any changes to my pdf and do not want to stipulate to further extensions,
and want the Oppositions to be similarly in a separate pdf document. 2) I
would also like to ask the court to strike the opposing party's brief as
untimely and when is the time to do it, now or along with my opposition
to their motion?

Thank you so much, Liana Serobian.

Important Legal Notice: The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any use, disclosure,
copying or distribution of this transmission is strictly prohibited. If
you have received this email in error please notify the sender to arrange
for its immediate destruction or return.
```

On Friday, April 19, 2019 1:37 PM, "Vanessa_Figueroa@cacd.uscourts.gov" <Vanessa_Figueroa@cacd.uscourts.gov> wrote:

Per chambers:  they can file two separate joint briefs - one for each party, which should give them the number of pages needed.  Perhaps they can rely on the same joint appendix and SUF.



VANESSA FIGUEROA
COURTROOM DEPUTY
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 West 1st Street STE 4311 Room 4176
Los Angeles CA, 90012-4565
Office: 213-894-0215    Fax: 213-894-0249
Email: vanessa_figueroa@cacd.uscourts.gov

| From: | "Ryan A. Graham" <rgraham@pbbllp.com> |
|---|---|
| To: | "Vanessa_Figueroa@cacd.uscourts.gov" <Vanessa_Figueroa@cacd.uscourts.gov> |
| Cc: | Liana Serobian <l.serobian@yahoo.com>, Avi Burkwitz <ABurkwitz@pbbllp.com>, Lynda Kerekesh <LKerekesh@pbbllp.com>, "Lilliana Rosales" <lrosales@pbbllp.com> |
| Date: | 04/19/2019 12:53 PM |
| Subject: | Ulikhanova v. County, MSJ Page Limit Question |

Dear Ms. Figueroa:

I represent the Defendants in *Lucy Ulikhanova, et al. v. County of Los Angeles, et al.* (17-CV-9193). Yesterday I met with Liana Serobian, counsel for Plaintiffs (copied), to confer on summary judgment in compliance with the Court's order (ECF No. 19). Both parties plan on filing summary judgment motions, which has raised some questions with respect to the page limits and the joint brief. We were hoping you could provide some clarification.

We noted that the Court has ordered us to file a single brief with all motions and opposition, but limited each party to 25 pages. If one party were filing a summary judgment motion, it seems clear that the moving party would get 25 pages for the motion, and the opposing party would get 25 pages for the opposing points. But if each party is filing a motion, it's less clear. For example, Defendants here are not clear whether they have (A) 25 pages to make their motion and

another 25 page to oppose Plaintiffs' motion, or (B) a grand total of 25 pages to make their motion and to oppose Plaintiffs' motion.

Thank you for any clarification you might be able to provide.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S). IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

## Attachments

- image001.jpg (26.11KB)