| | |
|---|---|
| **Subject:** | RE: MSJ Appendix Question |
| **From:** | Ryan A. Graham (rgraham@pbbllp.com) |
| **To:** | Vanessa_Figueroa@cacd.uscourts.gov; |
| **Cc:** | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; l.serobian@yahoo.com; |
| **Date:** | Wednesday, May 22, 2019 12:21 PM |

Dear Ms. Figueroa:

Thank you for prompt reply—my apologies for the disruption.

**Sincerely,**

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300

Burbank, CA 91502

Tel. (818) 562-5800, ext. 229

Fax (818) 562-5810

rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Vanessa_Figueroa@cacd.uscourts.gov <Vanessa_Figueroa@cacd.uscourts.gov>
**Sent:** Wednesday, May 22, 2019 12:13 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>; Liana Serobian <l.serobian@yahoo.com>
**Subject:** Re: MSJ Appendix Question


I really have no idea, and I don't want to burden the Judge regarding a preference, we are so busy.

Just prepare them however you thinks it makes sense for the reader to review them.

Thank you,



From:      "Ryan A. Graham" <rgraham@pbbllp.com>
To:        "Vanessa_Figueroa@cacd.uscourts.gov" <Vanessa_Figueroa@cacd.uscourts.gov>
Cc:        Liana Serobian <l.serobian@yahoo.com>, Avi Burkwitz <ABurkwitz@pbbllp.com>, Lynda Kerekesh <LKerekesh@pbbllp.com>, "Lilliana Rosales" <lrosales@pbbllp.com>
Date:      05/22/2019 12:10 PM
Subject:   MSJ Appendix Question

---

Dear Ms. Figueroa:

I have a quick question on the Court's preferences for assembly and delivery of joint evidentiary appendices. We anticipate filing an MSJ with a little over 300 pages in exhibits and would like to know if the Court prefers the separately-bound three-ring binder and digital set to contain exhibits that (1) have been filed, which would include the CM/ECF stamp across the top, or (2) if we are OK including the documents before being filed (*i.e.*, without the blue line of text on the top). The reason why I ask is that if we use the as-filed exhibits, the binder/digital set will likely be delivered the day after the filing—I just wanted to make sure that this is OK.

Thank you for any information you can provide.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER

Case 2:17-cv-09193-FMO-E   Document 87-2   Filed 05/22/19   Page 3 of 3   Page ID #:1772

APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

## Attachments

- image001.jpg (26.11KB)