Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
Ryan A. Graham, Esq., Bar No.: 310186
rgraham@pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
Tel ....818.562.5800
Fax....818.562.5810

*Attorneys for Defendants,*
STEPHEN CAREY and MARAL HELWAJIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:17-CV-9193-FMO-E<br><br>Hon. Fernando M. Olguin (Dist. Judge)<br>Hon. Charles F. Eick (Mag. Judge)<br><br>**DECLARATION OF RYAN A. GRAHAM, ESQ.**<br><br>Complaint Filed: December 28, 2017<br>FAC Filed: April 19, 2018<br>SAC Filed: May 18, 2018<br>TAC Filed: July 2, 2018 |

## DECLARATION OF RYAN A. GRAHAM, ESQ.

I, Ryan A. Graham, Esq., declare the following:

1. I am an attorney licensed to practice law in the State of California. I am an associate attorney employed at the law firm of Peterson Bradford Burkwitz, LLP, attorneys of record for Defendants Stephen Carey and Maral Helwajian ("Defendants"). I have personal knowledge of the information contained in this declaration, except where stated upon information and belief. If called upon to testify regarding the contents of this declaration, I would and could competently do so.

1

**DECLARATION OF RYAN A. GRAHAM, ESQ.**
Case No. 2:17-CV-9193-FMO-E

2. **EXHIBIT 1**, attached hereto, are excerpts from the Deposition of Plaintiff Lucy Ulikhanova (March 14, 2019).

3. **EXHIBIT 2**, attached hereto, are excerpts from the Deposition of Dr. David Boxstein (March 7, 2019).

4. **EXHIBIT 3**, attached hereto, are records from Los Angeles County Superior Court case number 6BK01712, *People of the State of California v. Lucy Ulikhanova*, that were picked up by my office upon my instruction.

5. **EXHIBIT 4**, attached hereto, are P.G.'s medical records I subpoenaed from the office of Dr. Boxstein, Burbank Pediatrics Medical Corporation, inclusive of an authenticating declaration of the records custodian. *See* Ex. 4, COLA_001347. The records are additionally authenticated by the Deposition of Dr. David Boxstein. *See* Ex. 2, 35:17–19 (authenticating COLA_001414), 35:25–36:2 (authenticating COLA_001413), 36:7–9 (authenticating COLA_001416); 21:17–20 (page 1415 identical to 1413).

6. **EXHIBIT 5**, attached hereto, are P.G.'s medical records I subpoenaed from El Proyecto Del Barrio, Inc., inclusive of an authenticate declaration from the records custodian. *See* Ex. 5, COLA_002025.

7. **EXHIBIT 6**, attached hereto, are P.G.'s medical records I subpoenaed from Burbank Pediatric Affiliates, inclusive of an authenticating declaration from the records custodian. *See* Ex. 6, COLA_001426.

   a. Pages COLA_001457 through COLA_001459, a fax exchange between Maral Helwajian and Dr. Susan Hammar from August 2016, are authenticated by the Declaration of Maral Helwajian. *See* Helwajian Decl. ¶ 27(a).

   b. Pages COLA_001462 through COLA_001464, a fax exchange between Maral Helwajian and Dr. Susan Hammar from June 2016, are authenticated by the Declaration of Maral Helwajian. *See* Helwajian Decl. ¶ 27(b).

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

2

**DECLARATION OF RYAN A. GRAHAM, ESQ.**
Case No. 2:17-CV-9193-FMO-E

N:\files\2003-Ulikhanova (COLA)\Pleadings\MSJ\FINALS\Declaration_Graham.docx

   c. Pages COLA_001472 through COLA_001473, a fax exchange between Maral Helwajian and Dr. Susan Hammar from April 2016, are authenticated by the Declaration of Maral Helwajian. *See* Helwajian Decl. ¶ 27(c).

8. **EXHIBIT 7** (designated as exhibit 2 in discovery), attached hereto, is an email exchange between Plaintiff Lucy Ulikhanova and various persons from February 12, 2016, authenticated by the Ulikhanova Deposition. *See* Ex. 1, 61:2–62:19.

9. **EXHIBIT 8** (designated as exhibit 8 in discovery), attached hereto, is an email exchange between Maral Helwajian, Lucy Ulikhanova, and Ronald Funk, authenticated by the Declaration of Maral Helwajian and the Ulikhanova Deposition. *See* Helwajian Decl. ¶ 17; Ex. 1, 82:18–20; *accord* Ex. 1, 111:17–20.

10. **EXHIBIT 9** (designated as exhibit 10 is discovery), attached hereto, is an email sent from Stephen Carey to Ronald Funk and Lucy Ulikhanova, authenticated by the Declaration of Stephen Carey. *See* Carey Decl. ¶ 19(a)

11. **EXHIBIT 10** (designated as exhibit 32 in discovery), attached hereto, is an email exchange between Lucy Ulikhanova and Stephen Carey, and is authenticated by the Declaration of Stephen Carey and the Ulikhanova Deposition. *See* Carey Decl. ¶ 20(a); Ex. 1, 112:2–4, 114:16–24.

12. **EXHIBIT 11**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is the transcript of the juvenile court hearing on June 10, 2016 (bates stamped COLA_003916 through COLA_003947);

13. **EXHIBIT 12**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), are transcripts of juvenile court hearings on January 20, February 25, and June 9, 2016 (bates stamped COLA_003845 through COLA_003859);

14. **EXHIBIT 13**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is an Emergency Response Referral Information and Screener

1  Narrative related to referral no. 1387-0948-8677-1006104 (bates stamped
2  COLA_003219–231);

3       15.    **EXHIBIT 14**, filed under seal pursuant to the Court's order of May 20,
4  2019 (ECF No. 84), is an Application and Declaration in Support of Authorization
5  for Removal and Order Authorizing Entry into Home for Removal Purposes (bates
6  stamped COLA_000028 to COLA_000055);

7       16.    **EXHIBIT 15**, filed under seal pursuant to the Court's order of May 20,
8  2019 (ECF No. 84), is a Jurisdiction/Disposition Report filed in the juvenile court
9  on March 14, 2016 (bates stamped COLA_000118 to COLA_000145);

10       17.    **EXHIBIT 16**, filed under seal pursuant to the Court's order of May 20,
11  2019 (ECF No. 84), is a Supplemental Report filed in the juvenile court on April 12,
12  2016 (bates stamped COLA_001078 to COLA_001107);

13       18.    **EXHIBIT 17**, filed under seal pursuant to the Court's order of May 20,
14  2019 (ECF No. 84), are excerpts from Exhibit E to the April 2016 Supplemental
15  Report (bates stamped COLA_000166 and COLA_000222 to COLA_000225);

16       19.    **EXHIBIT 18**, filed under seal pursuant to the Court's order of May 20,
17  2019 (ECF No. 84), is a Supplemental Report filed in the juvenile court on June 9,
18  2016 (bates stamped COLA_001058 to COLA_001063);

19       20.    **EXHIBIT 19**, filed under seal pursuant to the Court's order of May 20,
20  2019 (ECF No. 84), is an Ex Parte Application and Order signed February 9, 2016
21  (bates stamped COLA_000148 to COLA_000151);

22       21.    **EXHIBIT 20**, filed under seal pursuant to the Court's order of May 20,
23  2019 (ECF No. 84), is a series of delivered service logs dated January 2016 through
24  May 2016 (bates stamped intermittent pages ranging from COLA_002103 through
25  COLA_002132);

26       22.    **EXHIBIT 21**, filed under seal pursuant to the Court's order of May 20,
27  2019 (ECF No. 84), is a juvenile dependency petition filed in the juvenile court on
28  January 19, 2016 (bates stamped COLA_000022 to COLA_000027).

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

23. **EXHIBIT 22**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), are two DCFS forms 561 (bates stamped COLA_003043 and COLA_003364);

24. **EXHIBIT 23**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a juvenile court minute order dated Jan. 19, 2016 (bates stamped COLA_000020–21);

25. **EXHIBIT 24**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a juvenile court minute order dated Jan. 20, 2016 (bates stamped COLA_000016–19);

26. **EXHIBIT 25**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a juvenile court minute order dated Feb. 25, 2016 (bates stamped COLA_000013–14);

27. **EXHIBIT 26** (designated as exhibit 70 in discovery), filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a juvenile court minute order dated June 10, 2016 (bates stamped COLA_000897–98);

28. **EXHIBIT 27**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a juvenile court minute order dated July 11, 2016 (bates stamped COLA_000891–92);

29. **EXHIBIT 28**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a juvenile court minute order dated Aug. 16, 2016 (bates stamped COLA_000884–86);

30. **EXHIBIT 29**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a juvenile court minute order dated Dec. 18, 2017 (bates stamped COLA_001256); and

31. **EXHIBIT 30** (designated as exhibit 40 in discovery), attached hereto, is an email exchange between Maral Helwajian and Lucy Ulikhanova from October 4 through 5, 2016—authenticated by the

32. **EXHIBIT 31**, filed under seal pursuant to the Court's order of May 20, 2019 (ECF No. 84), is a letter addressed to P.G.'s elementary school, written by Defendant Helwajian, dated December 7, 2016 (bates stamped COLA_002542).

33. **EXHIBIT 32** are records that I subpoenaed from the Glendale Police Department, as authenticated by the Declaration of Gil Sandoval. *See* Ex. 32, COLA_003953

34. **EXHIBIT 33** (designated as exhibit 4 in discovery), attached hereto, is an email exchange with attachments between Maral Helwajian and Lucy Ulikhanova from May 24, 2017, as authenticated by the Ulikhanova Deposition. *See* Ex. 1, 160:14–162:21

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing statements are true and correct.

Executed May 23, 2019 in Burbank, CA.

*/s/ Ryan A. Graham, Esq.*
Ryan A. Graham, Esq., Declarant

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

6

**DECLARATION OF RYAN A. GRAHAM, ESQ.**
Case No. 2:17-CV-9193-FMO-E

N:\files\2003-Ulikhanova (COLA)\Pleadings\MSJ\FINALS\Declaration_Graham.docx

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

On May 23, 2019, I served the foregoing document described as:
**DECLARATION OF RYAN A. GRAHAM, ESQ.**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 23, 2019, at Burbank, California.

/s/ Lilliana Rosales

Lilliana Rosales

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

7

**DECLARATION OF RYAN A. GRAHAM, ESQ.**
Case No. 2:17-CV-9193-FMO-E

N:\files\2003-Ulikhanova (COLA)\Pleadings\MSJ\FINALS\Declaration_Graham.docx

# SERVICE LIST

**RE:** **Ulikhanova, Lucy v. County of Los Angeles**

       **Case No.:**     2:17-CV-9193-FMO-E

Liana Serobian, Esq.
Serobian Law, Inc.
100 North Brand Blvd., Suite 600
Glendale, CA 91203
Tele: (818) 539-2249
L.Serobian@yahoo.com

**Attorney for Plaintiffs Lucy Ulikhanova and P.G., a Minor**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800