PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 4

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(2:17-CV-09193-FMO-E)

<200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b><200b>



12/11/2018

PETERSON BRADFORD BURKWITZ
ATTN:    RYAN GRAHAM (SBN: 310186) / LILLIANA ROSALES
100 NORTH FIRST STREET, SUITE 300
BURBANK, CA 91502-0000

WORK ORDER NUMBER: 495157-01

| | |
|---|---|
| CASE: | LUCY ULIKHANOVA, ET AL. |
| VS. | COUNTY OF LOS ANGELES, ET AL. |
| RE: | P.G. AKA: P.G., A MINOR |
| FILE: | 2003-COLA |
| CLAIM #: | 181142137*001 |
| ADJUSTER: | |
| LOCATION: | BURBANK PEDIATRICS MEDICAL CORP. |

Ph. (800) 331-0006     www.ronsin.com     Fx. (800) 249-2375

# United States District Court
for the
CENTRAL DISTRICT of UNITED STATES DISTRICT COURT

| LUCY ULIKHANOVA, ET AL. | ) | |
|---|---|---|
| *PLAINTIFF* | ) | Civil Action No. 2:17-CV-9193-FMO-E |
| v. | ) | |
| COUNTY OF LOS ANGELES, ET AL. | ) | |
| *DEFENDANT* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO: **CUSTODIAN OF RECORDS OF: BURBANK PEDIATRICS MEDICAL CORP., 1411 N. HOLLYWOOD WAY, BURBANK, CA 91505 Telephone No. (818) 841-9990**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
**See attachment to Subpoena in a Civil Case.**

| Place: **Phone: (909) 594-5995** <br> RONSIN <br> 215 S. LEMON CREEK DRIVE, WALNUT CA 91789 | Date and Time: <br> 11/13/2018 9:00 AM |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: October 11, 2018**

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* DEFENDANT COUNTY OF LOS ANGELES, ET AL., who issues or requests this subpoena, are:
RYAN GRAHAM (SBN: 310186), PETERSON BRADFORD BURKWITZ, 100 NORTH FIRST STREET, SUITE 300 BURBANK, CA 91502-0000, (818) 562-5800

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

495157-01/A088Bc

COLA_001343

Civil Action No. 2:17-CV-9193-FMO-E

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* **BURBANK PEDIATRICS MEDICAL CORP.**
on *(date)*

☐ I served the subpoena by delivering a copy to the named individual as follows: Rene -W.
   10/16/18                                           on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/16/18

Server's signature

Jo Santiago Canle
Printed name and title

Registration No.: 2015197812
**RONSIN**
215 S. LEMON CREEK DRIVE, WALNUT CA, 91789
Server's Address

Additional information regarding attempted service, etc:

Case 2:17-cv-09193-FMO-E Document 89-9 Filed 05/23/19 Page 5 of 11 Page ID #:2061

AO 88B (Rev. 2/14 ) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)

**(c) Place of Compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 *(A)* within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 *(B)* within the state where the person resides, is employed, or regularly transacts business in person, if the person
  *(i)* is a party or a party's officer; or
  *(ii)* is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
 *(A)* production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 *(B)* inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanctions - which may include lost earnings and reasonable attorney's fees - on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
 *(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 *(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises - or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  *(i)* At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  *(ii)* These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
 *(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  *(i)* fails to allow a reasonable time to comply;
  *(ii)* requires a person to comply beyond the geographical limits specified in Rule 45(c);
  *(iii)* requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  *(iv)* subjects a person to undue burden.
 *(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  *(i)* disclosing a trade secret or other confidential research, development, or commercial information; or
  *(ii)* disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 *(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  *(i)* shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  *(ii)* ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 *(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 *(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 *(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 *(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
 *(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  *(i)* expressly make the claim; and
  *(ii)* describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 *(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required - and also, after a motion is transferred, the issuing court - may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**RONSIN**
**WALNUT CA, 91789**
**Phone: (909) 594-5995  Fax: (909) 598-2308**

Case Number: 2:17-CV-9193-FMO-E
Case Name: LUCY ULIKHANOVA, ET AL.
 vs.
 COUNTY OF LOS ANGELES, ET AL.

ATTACHMENT 3

The records to be produced are described as follows:

```
THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF
RECORDS:   ANY AND ALL MEDICAL RECORDS, DOCUMENTS, MEDICAL REPORTS,
INCLUDING DOCTORS' ENTRIES, NURSES' CHARTS, PROGRESS REPORTS, PHYSICAL
THERAPY RECORDS, PATHOLOGY REPORTS, X-RAY REPORTS, LAB REPORTS, CASE
HISTORY, EMERGENCY ROOM RECORDS, ADMITTING SHEETS, SPECIAL TESTS, INPATIENT
AND OUTPATIENT RECORDS, AND ANY SIGN-IN SHEETS, INCLUDING BUT NOT LIMITED TO
ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY
PERTAINING TO THE CARE AND TREATMENT, DIAGNOSIS, PROGNOSIS, CONDITION,
DISCHARGE, AFFECTING OR RELATING TO        P.G.       AKA: P.G., A MINOR, DOB:
11/5/2010, SS#: .  INCLUDING RECORDS FROM DR. BOXSTEIN.
```

495157-01/GENATT3

COLA_001346

# RONSIN
215 S. LEMON CREEK DRIVE
WALNUT, CA 91789  PH: (800) 331-0006
Registered Los Angeles County # 2015197812

## DECLARATION OF CUSTODIAN OF RECORDS

Regarding: ▓▓▓ P.G. ▓▓▓  AKA: P.G., A MINOR
SS#                              DOB: November 05, 2010    Our File # 495157
Location: BURBANK PEDIATRICS MEDICAL CORP., 1411 N. HOLLYWOOD WAY, BURBANK, CA

I, the undersigned, being the duly authorized Custodian of Records and having authority to certify the records declare the following:

☑ **CERTIFICATION OF RECORDS COPIED**
The records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I testify to its identity and the mode of its preparation; and the sources of information and method of time of preparation were such as to indicate its trustworthiness. The copy is a true copy of all the documents requested:
☑ MEDICAL ☐ XRAYS ON FILM/CD ☐ BILLING ☐ EMPLOYMENT
☐ DENTAL ☐ PHOTOGRAPHS ☐ PATHOLOGY ☐ ELECTRONICALLY STORED DOCUMENTS
☐ OTHER _____
described in the subpoena duces tecum/deposition subpoena or:

Pursuant to Evidence Code Section 1560(e), the original records described in the subpoena duces tecum/deposition subpoena were delivered to the attorney or the attorney's representative for copying at the witness' place of business.

☐ **CERTIFICATION OF NO:**
☐ RECORDS   ☐ RECORDS ARE LOST/DESTROYED        ☐ DENTAL
☐ XRAYS     ☐ NO RECORDS EXIST FOR DATES REQUESTED  ☐ PHOTOGRAPHS
☐ BILLING   ☐ PATHOLOGY                         ☐ OTHER

A. A thorough search of our files, carried out under my direction and control revealed no documents, records or other things called for in the subpoena duces tecum/deposition subpoena presented to me.

B. That, it is understood that such records could exist under another spelling, name or classification, that with the information furnished, and to the best of our knowledge, no such records exist in our files.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on ___12·6·18___ at ___Burbank___, California

Print Name ___Rene WYDEA___ Signed ___[signature]___

DO NOT WRITE BELOW THIS LINE FOR OFFICE USE ONLY

**CERTIFICATION OF PROFESSIONAL PHOTOCOPIER**
☐ I am the attorney or the attorney's representative and I state that I made true copies of all the original records delivered to me by the Custodian of Records of the above indicated location.

☑ I am the attorney or the attorney's representative and I state that original records were not made available to me by the Custodian of Records of the above indicated location and that I received copies of records from the Custodian.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on ___12-6-18___ at ___Burbank___, California

Print Name ___Robert Short___ Signed ___R/T Short___

Pursuant to Business and Professions Code Section 22462, I will maintain the integrity and confidentiality of information obtained under the applicable codes and distribute the records copied by RONSIN to the authorized person or entities.

Order#: 495157-01/RPROOF59

By: ___Thomas D. Alkema___
Thomas D. Alkema, Ronsin Litigation Support Services

**Refusal to Vaccinate**

Child's Name: **P.G.** Child's ID # 963686
Parent's/Guardian's Name: Lucy Ulykhanova
My child's doctor/nurse, Dr. Boxstein has advised me that my child (named above) should receive the following vaccines:

| Recommended | | Declined |
|---|---|---|
| ☐ | Hepatitis B vaccine | ☒ |
| ☐ | Diphtheria, tetanus, acellular pertussis (DTaP or Tdap) vaccine | ☒ |
| ☐ | Diphtheria tetanus (DT or Td) vaccine | ☒ |
| ☐ | *Haemophilus influenzae* type b (Hib) vaccine | ☒ |
| ☐ | Pneumococcal conjugate vaccine | ☒ |
| ☐ | Inactivated poliovirus vaccine (IPV) | ☒ |
| ☐ | Measles-mumps-rubella-varicella (MMRV) vaccine | ☒ |
| ☐ | Measles-mumps-rubella (MMR) vaccine | ☒ |
| ☐ | Varicella (chickenpox) vaccine | ☒ |
| ☐ | Influenza (flu) vaccine | ☒ |
| ☐ | Meningococcal vaccine | ☒ |
| ☐ | Hepatitis A vaccine | ☒ |
| ☐ | Rotavirus vaccine | ☒ |
| ☐ | Other _____ | ☒ |

I have read the Vaccine Information Sheet(s) from the Centers for Disease Control and Prevention explaining the vaccine(s) and the disease(s) they prevent. I have had the opportunity to discuss these with my child's doctor or nurse, who has answered all of my questions regarding the recommended vaccine(s). I understand the following:
- The **purpose of** and the **need for** the recommended vaccine(s)
- The **risks and benefits** of the recommended vaccine(s)
- If my child does not receive the vaccine(s), **the consequences** may include:
  - contracting the illness the vaccine should prevent (the outcomes of these illnesses may include one or more of the following: pneumonia, illness requiring hospitalization, death, brain damage, meningitis, seizures, and deafness. Other severe and permanent effects from these vaccine-preventable diseases are possible as well)
  - transmitting the disease to others
  - requiring my child to stay out of child care or school during disease outbreaks
- My child's doctor or nurse, the American Academy of Pediatrics, the American Academy of Family Physicians, and the Centers for Disease Control and Prevention all strongly recommend that these vaccines be given according to recommendations

Nevertheless, I have decided at this time to decline the vaccine(s) recommended for my child, as indicated above, by checking the appropriate box under the column titled "declined."

I know that failure to follow the recommendations about vaccination may endanger the health or life of my child and others with which my child might come into contact.

I know that I may re-address this issue with my child's doctor or nurse at any time and that I may change my mind and accept vaccination for my child anytime in the future.

I acknowledge that I have read this document in its entirety and fully understand it.
Parent/Guardian Signature _[signature]_ Date 11-13-12
Witness _[signature]_ Date 11-13-12

I have had the opportunity to re-discuss my decision not to vaccinate my child and still decline the recommended immunizations.
Parent's initials ____ Date ____ Parent's initials ____ Date ____
Parent's initials ____ Date ____ Parent's initials ____ Date ____

HE0342 Copyright©2006 9-80

**American Academy of Pediatrics** 
DEDICATED TO THE HEALTH OF ALL CHILDREN™

EXHIBIT
52
D. Boxstein, M.D.
3/7/19 CSR 14156

COLA_001413

Oct.01.2014 09:15 AM                                    8182412258                          PAGE.  2/ 2



STATE OF CALIFORNIA                                                        CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
HEALTH AND HUMAN SERVICES AGENCY                                              COMMUNITY CARE LICENSING

# PHYSICIAN'S REPORT—CHILD CARE CENTERS
(CHILD'S PRE-ADMISSION HEALTH EVALUATION)

### PART A – PARENT'S CONSENT (TO BE COMPLETED BY PARENT)

P.G. , born __11-5-10__ is being studied for readiness to enter
(NAME OF CHILD)                (BIRTH DATE)

St Mark's Day School . This Child Care Center/School provides a program which extends from ____ ; ____
(NAME OF CHILD CARE CENTER/SCHOOL)

a.m./p.m. to ____ a.m./p.m., ____ days a week.

Please provide a report on above-named child using the form below. I hereby authorize release of medical information contained in this report to the above-named Child Care Center.

_____                                     Sp 25-2014
(SIGNATURE OF PARENT, GUARDIAN, OR CHILD'S AUTHORIZED REPRESENTATIVE)         (TODAY'S DATE)

### PART B – PHYSICIAN'S REPORT (TO BE COMPLETED BY PHYSICIAN)

Problems of which you should be aware:

Hearing:                                                  Allergies: medicine:

Vision:                                                   insect stings:

Developmental:                                            Food:

Language/Speech:                                          Asthma:

Dental:

Other (include behavioral concerns):

Comments/Explanations:

MEDICATION PRESCRIBED/SPECIAL ROUTINES/RESTRICTIONS FOR THIS CHILD:

**IMMUNIZATION HISTORY:** (Fill out or enclose California Immunization Record, PM-298.)

| VACCINE | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|
| POLIO (OPV OR IPV) | / / | / / | / / | / / | / / |
| DTP/DTaP/DT/Td (DIPHTHERIA, TETANUS AND (ACELLULAR) PERTUSSIS OR TETANUS AND DIPHTHERIA ONLY) | / / | / / | / / | / / | / / |
| MMR (MEASLES, MUMPS, AND RUBELLA) | / / | / / | / / | | |
| HIB MENINGITIS (REQUIRED FOR CHILD CARE ONLY) (HAEMOPHILUS B) | / / | / / | / / | / / | |
| HEPATITIS B | / / | / / | / / | / / | |
| VARICELLA (CHICKENPOX) | / / | / / | / / | | |

SCREENING OF TB RISK FACTORS (listing on reverse side)
☒ Risk factors not present; TB skin test not required.
☐ Risk factors present; Mantoux TB skin test performed (unless previous positive skin test documented).
☐ Communicable TB disease not present.

I have ☒ have not ☐ reviewed the above information with the parent/guardian.

Physician: **BURBANK PEDIATRICS**        Date of Physical Exam: __9.12.13__
Address: __1411 NORTH HOLLYWOOD WAY__    Date This Form Completed: __10.1.14__
         __BURBANK, CA 91505-1826__      Signature _____
Telephone: __818.841.9990__              ☒ Physician ☐ Physician's Assistant ☐ Nurse Practitioner

LIC 701 (8/08) (Confidential)                                                PAGE 1 OF 2

COLA_001414

| | P.G. | Refusal to Vaccinate | |
|---|---|---|---|
| Child's Name: | [redacted] P.G. | Child's ID # | 963686 |

Parent's/Guardian's Name: Lucy Ulykhanova

My child's doctor/nurse, Dr. Boxstein has advised me that my child (named above) should receive the following vaccines:

| Recommended | | Declined |
|---|---|---|
| ☐ | Hepatitis B vaccine | ☒ |
| ☐ | Diphtheria, tetanus, acellular pertussis (DTaP or Tdap) vaccine | ☒ |
| ☐ | Diphtheria tetanus (DT or Td) vaccine | ☒ |
| ☐ | *Haemophilus influenzae* type b (Hib) vaccine | ☒ |
| ☐ | Pneumococcal conjugate vaccine | ☒ |
| ☐ | Inactivated poliovirus vaccine (IPV) | ☒ |
| ☐ | Measles-mumps-rubella-varicella (MMRV) vaccine | ☒ |
| ☐ | Measles-mumps-rubella (MMR) vaccine | ☒ |
| ☐ | Varicella (chickenpox) vaccine | ☒ |
| ☐ | Influenza (flu) vaccine | ☒ |
| ☐ | Meningococcal vaccine | ☒ |
| ☐ | Hepatitis A vaccine | ☒ |
| ☐ | Rotavirus vaccine | ☒ |
| ☐ | Other _____ | ☒ |

I have read the Vaccine Information Sheet(s) from the Centers for Disease Control and Prevention explaining the vaccine(s) and the disease(s) they prevent. I have had the opportunity to discuss these with my child's doctor or nurse, who has answered all of my questions regarding the recommended vaccine(s). I understand the following:

- The purpose of and the need for the recommended vaccine(s)
- The risks and benefits of the recommended vaccine(s)
- If my child does not receive the vaccine(s), the consequences may include:
  - contracting the illness the vaccine should prevent (the outcomes of these illnesses may include one or more of the following: pneumonia, illness requiring hospitalization, death, brain damage, meningitis, seizures, and deafness. Other severe and permanent effects from these vaccine-preventable diseases are possible as well)
  - transmitting the disease to others
  - requiring my child to stay out of child care or school during disease outbreaks
- My child's doctor or nurse, the American Academy of Pediatrics, the American Academy of Family Physicians, and the Centers for Disease Control and Prevention all strongly recommend that these vaccines be given according to recommendations

Nevertheless, I have decided at this time to decline the vaccine(s) recommended for my child, as indicated above, by checking the appropriate box under the column titled "declined."

I know that failure to follow the recommendations about vaccination may endanger the health or life of my child and others with which my child might come into contact.

I know that I may re-address this issue with my child's doctor or nurse at any time and that I may change my mind and accept vaccination for my child anytime in the future.

I acknowledge that I have read this document in its entirety and fully understand it.
Parent/Guardian Signature _____ Date 11-13-12
Witness _____ Date 11-13-12

I have had the opportunity to re-discuss my decision not to vaccinate my child and still decline the recommended immunizations.
Parent's initials_____ Date _____ Parent's initials _____ Date _____
Parent's initials_____ Date _____ Parent's initials _____ Date _____

HE0342 Copyright©2006 9-80

American Academy of Pediatrics 

DEDICATED TO THE HEALTH OF ALL CHILDREN™

COLA_001415

Oct.01.2014  09:15 AM            8182412258           PAGE. 1/ 2

State of California—Health and Human Services Agency                California Department of Public Health



# PERSONAL BELIEFS EXEMPTION TO REQUIRED IMMUNIZATIONS

| STUDENT NAME (LAST, FIRST, MIDDLE) | GENDER | BIRTHDATE MONTH DAY YEAR | TELEPHONE NUMBER |
|---|---|---|---|
| P.G. | ☐M ☑F | 11/05/2012 | 310 975-4240 |

| PARENT/GUARDIAN – NAME | ADDRESS |
|---|---|
| Lucy (?) Elchasian | 1429 N Columbus Ave Glendale 91202 |

## A. AUTHORIZED HEALTH CARE PRACTITIONER LICENSED IN CALIFORNIA – FILL OUT THIS SECTION

I am a (check one): ☐ M.D./D.O.  ☐ Nurse Practitioner  ☐ Physician Assistant  ☐ Naturopathic Doctor  ☐ Credentialed School Nurse

Provision of Information: I have provided the parent or guardian of the student named above, the adult who has assumed responsibility for the care and custody of the student, or the student if an emancipated minor, with information regarding 1) the benefits and risks of immunization and 2) the health risks to the student and to the community of the communicable diseases for which immunization is required in California (Immunizations listed in Table below).

Signature of authorized health care practitioner

Practitioner name, address, and telephone number:
BURBANK PEDIATRICS
1411 NORTH HOLLYWOOD WAY
BURBANK, CA 91505-1826

Date - within 6 months before entry to child care or school

## B. PARENT OR GUARDIAN – FILL OUT THESE SECTIONS

### I. Check one of the boxes below:

☑ **Receipt of Information:** I have received information provided by an authorized health care practitioner regarding 1) the benefits and risks of immunization and 2) the health risks to the student named above and to the community of the communicable diseases for which immunization is required in California (Immunizations listed in Table below).

☐ **Religious beliefs:** I am a member of a religion which prohibits me from seeking medical advice or treatment from authorized health care practitioners. (Signature of a health care practitioner not required in Part A.)

Signature of parent or guardian          Date - Within 6 months before entry to child care or school: Sep 25 - 2014

### II. AFFIDAVIT

Immunizations already received: I have provided the child care or school with a record of all immunizations the student has received that are required for admission (California Health and Safety Code §120365).

Immunizations for which exemption is requested: An unimmunized student and the student's contacts at school and home are at greater risk of becoming ill with a vaccine-preventable disease. I understand that an unimmunized student may be excluded from attending school or child care during an outbreak of, or after exposure to, any of these diseases for the protection of the student and others (17 CCR §6060). I hereby request exemption of the student named above from the required immunizations checked below because such immunization is contrary to my beliefs.

| School Category | Table of Required Immunizations – Check box(es) to request exemption. |
|---|---|
| Child Care Only | ☐ *Haemophilus Influenzae* type b (Hib meningitis) |
| Child Care and K-12th Grade | ☐ DTaP (Diphtheria, Tetanus, Pertussis [whooping cough])   ☐ Hepatitis B<br>☐ MMR (Measles, Mumps, Rubella)   ☐ Polio   ☐ Varicella (Chickenpox) |
| 7th Grade Advancement (or admission at 7-12th Grade) | ☐ Tdap (Tetanus, reduced Diphtheria, Pertussis [whooping cough]) |

Signature of parent or guardian          Date: Sep 25 - 2014

The California Department of Public Health places strict controls on the gathering and use of personally identifiable data. Personal information is not disclosed, made available, or otherwise used for purposes other than those specified at the time of collection, except with consent or as authorized by law or regulation. The Department's information management practices are consistent with the Information Practices Act (Civil Code Section 1798 et seq.), the Public Records Act (Government Code Section 6250 et seq.), Government Code Sections 11015.5 and 11019.9, and with other applicable laws pertaining to information privacy.

CDPH 8262 (10/13)