PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 5

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(2:17-CV-09193-FMO-E)



2/11/2019

PETERSON BRADFORD BURKWITZ
ATTN: RYAN GRAHAM (SBN: 310186) / LILLIANA ROSALES
100 NORTH FIRST STREET, SUITE 300
BURBANK, CA 91502-0000

WORK ORDER NUMBER: 499334-02

| | |
|---|---|
| CASE: | LUCY ULIKHANOVA, ET AL. |
| VS. | COUNTY OF LOS ANGELES, ET AL. |
| RE: | P.G. AKA: P.G., A MINOR |
| FILE: | 2003-COLA |
| CLAIM #: | 181142137*001 |
| ADJUSTER: | |
| LOCATION: | EL PROYECTO DEL BARRIO, INC. |

Ph. (800) 331-0006    www.ronsin.com    Fx. (800) 249-2375

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# United States District Court
for the
CENTRAL DISTRICT of UNITED STATES DISTRICT COURT

LUCY ULIKHANOVA, ET AL.

*PLAINTIFF*
v.
COUNTY OF LOS ANGELES, ET AL.

*DEFENDANT*

Civil Action No. 2:17-CV-9193-FMO-E

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO: **CUSTODIAN OF RECORDS OF: EL PROYECTO DEL BARRIO, INC., 20800 SHERMAN WAY, WINNETKA, CA 91306 Telephone No. (818) 883-2273 x 212**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
**See attachment to Subpoena in a Civil Case.**

| Place: **RONSIN** 215 S. LEMON CREEK DRIVE, WALNUT CA 91789 Phone: (909) 594-5995 | Date and Time: **1/22/2019 9:00 AM** |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

**Date: December 20, 2018**

CLERK OF COURT

OR

*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* DEFENDANT COUNTY OF LOS ANGELES, ET AL., who issues or requests this subpoena, are:
RYAN GRAHAM (SBN: 310186), PETERSON BRADFORD BURKWITZ, 100 NORTH FIRST STREET, SUITE 300 BURBANK, CA 91502-0000, (818) 562-5800

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

499334-02/A088Bc

COLA_002021

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:17-CV-9193-FMO-E

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* EL PROYECTO DEL BARRIO, INC.
on *(date)* 01-08-19    Nancy H.

☑ I served the subpoena by delivering a copy to the named individual as follows: 01-08-19
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because ;

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 15.00

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 01-08-19

_____
Server's signature

Amir Vafaee  field Rep
_____
Printed name and title

Registration No.: 2015197812
RONSIN
215 S. LEMON CREEK DRIVE, WALNUT CA, 91789
Server's Address

*Additional information regarding attempted service, etc:*

CPROOF28p2/499334

COLA_002022

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)

(c) Place of Compliance.

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
  (i) is a party or a party's officer; or
  (ii) is commanded to attend a trial and would not incur substantial expense.

(2) For Other Discovery. A subpoena may command:
 (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 (B) inspection of premises at the premises to be inspected.

(d) Protecting a Person Subject to a Subpoena; Enforcement.
 (1) Avoiding Undue Burden or Expense; Sanctions. A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanctions - which may include lost earnings and reasonable attorney's fees - on a party or attorney who fails to comply.

 *(2) Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises - or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
   (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
   (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 *(3) Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
   (i) fails to allow a reasonable time to comply;
   (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
   (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
   (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
   (i) disclosing a trade secret or other confidential research, development, or commercial information; or
   (ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
   (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
   (ii) ensures that the subpoenaed person will be reasonably compensated.

(e) DUTIES IN RESPONDING TO A SUBPOENA.

 *(1) Producing Documents or Electronically Stored Information.*
 These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 *(2) Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
   (i) expressly make the claim; and
   (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

(g) CONTEMPT. The court for the district where compliance is required - and also, after a motion is transferred, the issuing court - may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

---

**RONSIN**
**WALNUT CA, 91789**
**Phone: (909) 594-5995 Fax: (909) 598-2308**

**Case Number: 2:17-CV-9193-FMO-E**
**Case Name: LUCY ULIKHANOVA, ET AL.**
    **vs.**
  **COUNTY OF LOS ANGELES, ET AL.**

## ATTACHMENT 3

The records to be produced are described as follows:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF
RECORDS:   ANY AND ALL MEDICAL RECORDS, DOCUMENTS, MEDICAL REPORTS,
INCLUDING DOCTORS' ENTRIES, NURSES' CHARTS, PROGRESS REPORTS, PHYSICAL
THERAPY RECORDS, PATHOLOGY REPORTS, X-RAY REPORTS, LAB REPORTS, CASE
HISTORY, EMERGENCY ROOM RECORDS, ADMITTING SHEETS, SPECIAL TESTS, INPATIENT
AND OUTPATIENT RECORDS, AND ANY SIGN-IN SHEETS, INCLUDING BUT NOT LIMITED TO
ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY
PERTAINING TO THE CARE AND TREATMENT, DIAGNOSIS, PROGNOSIS, CONDITION,
DISCHARGE, AFFECTING OR RELATING TO P.G. [REDACTED] AKA: P.G., A MINOR, DOB:
11/5/2010, SS#: . TO INCLUDE RECORDS FROM DR. SHAISTA PARVEEN.

# RONSIN
215 S. LEMON CREEK DRIVE
WALNUT, CA 91789  PH: (800) 331-0006
Registered Los Angeles County # 2015197812

## DECLARATION OF CUSTODIAN OF RECORDS

Regarding: **P.G.**  AKA: P.G., A MINOR

SS#   DOB: **November 05, 2010**   Our File # **499334**

Location: **EL PROYECTO DEL BARRIO, INC., 20800 SHERMAN WAY, WINNETKA, CA**

I, the undersigned, being the duly authorized Custodian of Records and having authority to certify the records declare the following:

**[X] CERTIFICATION OF RECORDS COPIED**
The records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I testify to its identity and the mode of its preparation; and the sources of information and method of time of preparation were such as to indicate its trustworthiness. The copy is a true copy of all the documents requested:
[X] MEDICAL  [ ] XRAYS ON FILM/CD  [ ] BILLING  [ ] EMPLOYMENT
[ ] DENTAL  [ ] PHOTOGRAPHS  [ ] PATHOLOGY  [ ] ELECTRONICALLY STORED DOCUMENTS
[ ] OTHER _____

described in the subpoena duces tecum/deposition subpoena or:

Pursuant to Evidence Code Section 1560(e), the original records described in the subpoena duces tecum/deposition subpoena were delivered to the attorney or the attorney's representative for copying at the witness' place of business.

**[ ] CERTIFICATION OF NO:**
[ ] RECORDS  [ ] RECORDS ARE LOST/DESTROYED  [ ] DENTAL
[ ] XRAYS  [ ] NO RECORDS EXIST FOR DATES REQUESTED  [ ] PHOTOGRAPHS
[ ] BILLING  [ ] PATHOLOGY  [ ] OTHER

A. A thorough search of our files, carried out under my direction and control revealed no documents, records or other things called for in the subpoena duces tecum/deposition subpoena presented to me.

B. That, it is understood that such records could exist under another spelling, name or classification, that with the information furnished, and to the best of our knowledge, no such records exist in our files.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on **February 7, 2019** at **Arleta**, California

Print Name **Nancy Hodges-Jimenez**   Signed **Nancy Hodges-Jim**

DO NOT WRITE BELOW THIS LINE FOR OFFICE USE ONLY

## CERTIFICATION OF PROFESSIONAL PHOTOCOPIER

[ ] I am the attorney or the attorney's representative and I state that I made true copies of all the original records delivered to me by the Custodian of Records of the above indicated location.

[X] I am the attorney or the attorney's representative and I state that original records were not made available to me by the Custodian of Records of the above indicated location and that I received copies of records from the Custodian.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on **02-07-19** at **Arletas**, California

Print Name **Amir Vafee**   Signed _____

Pursuant to Business and Professions Code Section 22462, I will maintain the integrity and confidentiality of information obtained under the applicable codes and distribute the records copied by RONSIN to the authorized person or entities.

Order#: 499334-02/RPROOF59

By: _____
Thomas D. Alkema, Ronsin Litigation Support Services

COLA_002025



**El Proyecto del Barrio, Inc.**
HOPE • COMMITMENT • EXCELLENCE

ESPERANZA

**P.G.**
6Y 5M old Female, DOB: 11/05/2010
Account Number: 176055
8718 Laurel Cyn Bl, Sun Valley, CA-91352
Home: 818-388-4609
Guarantor: P.G.   Insurance: 1 MEDICAL Payer
ID: CAMCD
Referring: Shaista Parveen
Appointment Facility: EL PROYECTO DEL BARRIO INC ARLETA

---

04/21/2017                                Progress Notes: Shaista Parveen, MD

### Current Medications
None

### Past Medical History
No Medical History.

### Surgical History
None

### Family History
Father: unknown
Mother: unknown
Paternal Grand Father: unknown
Paternal Grand Mother: unknown
Maternal Grand Father: unknown
Maternal Grand Mother: unknown

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *nonsmoker*

### Allergies
peanuts

### Hospitalization/Major Diagnostic Procedure
None

### Review of Systems
General/Constitutional:
  Change in appetite denies. Fever denies.
Ophthalmologic:
  Discharge denies. Eye Pain denies.
ENT:
  Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
  Excessive thirst denies. Weight loss denies.
Respiratory:
  Cough denies. Shortness of breath at rest denies. Wheezing denies.
Cardiovascular:
  Chest pain with exertion denies. Shortness of breath denies.
Gastrointestinal:
  Abdominal pain denies. Diarrhea denies.

### Reason for Appointment
1. Wt check/ vaccine.

### History of Present Illness
New/Follow-up Patient:
  nasal congestion off and on
  no fever.

### Vital Signs
Ht 42.5 in, Wt 40.9 lbs, BMI 15.92 Index, Temp 98.2 F, HR 96 /min, BP 92/60 mm Hg, RR 18 /min, Pain scale 0 1-10, Ht-cm 107.95, Wt-kg 18.55, Wt % 16.52, BMI % 65.12 %, Ht % 2.78
Bdelatorre MA.

### Examination
General Examination:
  GENERAL APPEARANCE: well developed, well nourished, in no acute distress.
  HEAD: normocephalic, atraumatic.
  EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
  EARS: TM's normal.
  NOSE: nares patent, scant dry secretions.
  ORAL CAVITY: mucosa moist.
  THROAT: clear.
  NECK/THYROID: neck supple, full range of motion.
  SKIN: warm and dry.
  HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
  LUNGS: clear to auscultation bilaterally.
  ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
  EXTREMITIES: no clubbing, cyanosis, or edema.
  NEUROLOGIC: nonfocal.

### Assessments
1. Vaccine for unspecified disease - V05.9 (Primary)
2. Nasal congestion - 478.19

### Immunization
IPV : 0.5 mL given by Rosa Sanchez on Right Deltoid
Flu 3 & up (no preservative) : 0.5 mL (Dose No:1) given by Rosa Sanchez on Right Deltoid

### Procedure Codes

Nausea denies. Vomiting denies.
Genitourinary:
    Blood in urine denies. Difficulty urinating denies. Frequent urination denies.
Musculoskeletal:
    Painful joints denies. Weakness denies.
Skin:
    Dry skin denies. Itching denies.
Neurologic:
    Dizziness denies. Headache denies.

90686 FLU VAC NO PRSV 4 VAL 3 YRS+
90713 POLIOVIRUS, IPV, SC

**Follow Up**
prn

Electronically signed by Shaista Parveen , MD on 04/29/2017 at 02:13 PM PDT

Sign off status: Completed

EL PROYECTO DEL BARRIO INC ARLETA
8902 WOODMAN AVE
ARLETA, CA 91331-6401
Tel: 818-830-7033
Fax: 818-830-7280

Patient: P.G.    DOB: 11/05/2010    Progress Note: Shaista Parveen, MD   04/21/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)



El Proyecto del Barrio, Inc.
HOPE • COMMITMENT • EXCELLENCE
ESPERANZA

**P.G.**
6Y 2M old Female, DOB: 11/05/2010
Account Number: 176055

**P.G.**
Guarantor: P.G.   Insurance: 1 MEDICAL Payer
ID: CAMCD
Referring: Shaista Parveen
Appointment Facility: EL PROYECTO DEL BARRIO INC ARLETA

02/02/2017                    Progerss Notes: Shaista Parveen, MD

**Current Medications**
None

**Past Medical History**
No Medical History.

**Surgical History**
Denies Past Surgical History

**Family History**
Father: unknown
Mother: unknown
Paternal Grand Father: unknown
Paternal Grand Mother: unknown
Maternal Grand Father: unknown
Maternal Grand Mother: unknown

**Allergies**
peanuts

**Hospitalization/Major Diagnostic Procedure**
Denies Past Hospitalization

**Review of Systems**
General/Constitutional:
    Change in appetite denies. Fever denies.
Ophthalmologic:
    Discharge denies. Eye Pain denies.
ENT:
    Decreased hearing denies. Sore throat denies. Swollen glands denies.
Endocrine:
    Excessive thirst denies. Weight loss denies.
Respiratory:
    Cough denies. Shortness of breath at rest denies. Wheezing denies.
Cardiovascular:
    Chest pain with exertion denies. Shortness of breath denies.
Gastrointestinal:
    Abdominal pain denies. Diarrhea denies. Nausea denies. Vomiting denies.
Genitourinary:
    Blood in urine denies. Difficulty urinating denies. Frequent urination denies.

**Reason for Appointment**
1. foster mom states pt here for lab results. URI. Lab Results -NL

**History of Present Illness**
New/Follow-up Patient:
    runny nose and cough
    sx for last few days
    fever
    no v/d
    sick contacts
    decreased appetite per report.
    needs Lab results.

**Vital Signs**
Ht 42.5 in, Wt 41.4 lbs, BMI 16.11 Index, Temp 99.1 F, HR 130 /min, BP 94/64 mm Hg, Ht-cm 107.95, Wt-kg 18.78, Wt % 25.24, BMI % 70.39 %, Ht % 5.64
vm-ma.

**Examination**
General Examination:
    HEAD: normocephalic, atraumatic.
    NOSE: nares patent.
    NOSE: normal-clear nasal d/c noted.
    THROAT: clear.
    THROAT: normal, clear, no erythema, no exudate, pharynx normal, tonsils normal, ....
    SKIN: no suspicious lesions, warm and dry.
    SKIN: warm and dry.
    HEART: regular rate and rhythm.
    HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
    ABDOMEN: **normal, bowel sounds present, soft, nontender, nondistended**.
    ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
    EXTREMITIES: no clubbing, cyanosis, or edema.

**Assessments**
1. URI (upper respiratory infection) - 465.9 (Primary)

**Treatment**
1. **URI (upper respiratory infection)**
Notes: SND /Humidifier

Musculoskeletal:
  Painful joints denies. Weakness denies.
Skin:
  Dry skin denies. Itching denies.
Neurologic:
  Dizziness denies. Headache denies.

Push fluids
Prop up to sleep.

**2. Others**
Notes: NL Labs -results d/w family.

**Follow Up**
prn

*[signature]*

Electronically signed by Shaista Parveen , MD on 02/07/2017 at 04:28 PM PST

**Sign off status: Completed**

---

EL PROYECTO DEL BARRIO INC ARLETA
8902 WOODMAN AVE
ARLETA, CA 91331-6401
Tel: 818-830-7033
Fax: 818-830-7280

---

Patient: P.G.   DOB: 11/05/2010   Progress Note: Shaista Parveen, MD   02/02/2017

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*




**El Proyecto del Barrio, Inc.**
HOPE • COMMITMENT • EXCELLENCE
ESPERANZA

P.G.
6Y 2M old Female, DOB: 11/05/2010
Account Number: 176055

Guarantor: P.G.  Insurance: 1 MEDICAL Payer
ID: CAMCD
Referring: Shaista Parveen
Appointment Facility: EL PROYECTO DEL BARRIO INC ARLETA

01/19/2017                              Progress Notes: Shaista Parveen, MD

### Current Medications
None

### Past Medical History
No Medical History.

### Surgical History
Denies Past Surgical History

### Family History
Father: unknown
Mother: unknown
Paternal Grand Father: unknown
Paternal Grand Mother: unknown
Maternal Grand Father: unknown
Maternal Grand Mother: unknown

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
Denies Past Hospitalization

### Review of Systems
General/Constitutional:
   Overall health No changes. Denies Change in appetite. Denies Fever. Denies Weight gain. Denies Weight loss.
Allergy/Immunology:
   Patient denies itching, hives, rash, sneezing.
Cardiovascular:
   Patient denies chest pain, dizziness.
Gastrointestinal:
   Patient denies abdominal pain, constipation, diarrhea, heartburn.
Skin:
   Patient denies dry skin, eczema.

### Reason for Appointment
1. 6 year wcc.

### History of Present Illness
Interval History:
   h/o ? Sexual Abuse in 2015.
   Lives with: parents .
   Family support: yes, partner involved with care .
   Primary care giver: mother .
   Interim Illness: none .
   Accidents: none .
   Sleep: sleeps through the night ,.
   Sees/Hears: well - as reported by parent , eyes straight always .
   Early childhood intervention programs: no .
   Vaccine reactions: none .
   Emergency room visits: none .
   Home remedies: none .
   Dental visit: yes , Date of Visit: (02/2017 ) .
Nutrition:
   Diet: good eating habits, well balanced diet , good appetite , adequate milk intake , no mealtime problems reported, regular meal times .
   Feeding problems: none reported .
   Food allergies: none .
   Stool (bowel movement): regular with normal consistency .
   Vitamins/health supplements: none .
   Voiding (urine): well .
Developmental Assessment:
   Personal - Social appropriate behavior for age as reported , assists or independently does chores , appropriate peer interaction .
   Fine Motor - Adaptive fair to good writing skills , ties shoelaces .
   Language tells time , reads for pleasure , knows left from right , can recite alphabet .
   Gross Motor Functions good hand to eye co-ordination .
Key Family Checks:
   Parents health/rest: good , no new health problems .
   Child care /day care: not used .
   Family support system good support system , extended family involved .
   Mother returned to: work .
   Concerns for abuse/neglect: none .
   Substance abuse in the family: none .
   Lead risk factors: none per history .
   Regular schedule: yes .
   Financial support: good , both parents work .

Parents agree on discipline: yes.
Sibling rivalry: none .
Family change: none .
Patients temperament: gets along well .
Activities: active as a family .
Firearms at home: no .
Family time: separates family times for all siblings , vacation/excursions regularly .
Television time/Video games: parent actively controls television /video game times .
Nutrition/diet: well balanced diet , good eating habits .
Patients school/work: started elementary school - doing well .
Legal issues/child support services: none .

New/Follow-up Patient:
TB questionarre -Negative.

**Vital Signs**
Ht 42.5 in, Wt 41.8 lbs, BMI 16.27 Index, Temp 98.3 F, HR 110 /min, BP 92/62 mm Hg, RR 20 /min, Pain scale 0 1-10, Ht-cm 107.95, Wt-kg 18.96, Wt % 27.57, BMI % 73.28 %, Ht % 5.64
jmacias ma.

**Examination**
General Examination:
GENERAL APPEARANCE: alert, well nourished.
HEAD: normocephalic, atraumatic.
EYES: extraocular movement full and smooth, pupils equal, round, reactive to light and accommodation, sclera anicteric.
EARS: tympanic membrane intact, clear, BOTH EARS, auditory canal clear, BOTH EARS.
NOSE: nares patent, no lesions.
ORAL CAVITY: mucosa moist, no lesions, palate normal, , tongue in midline.
THROAT: clear, no erythema, no exudate, pharynx normal, tonsils normal, uvula midline.
NECK/THYROID: neck supple, full range of motion, no lymphadenopathy.
LYMPH NODES: no axillary, supraclavicular or inguinal adenopathy.
SKIN: good turgor, , no suspicious lesions.
HEART: regular rate and rhythm, S1, S2 normal, no murmurs.
LUNGS: clear to auscultation bilaterally, good air movement.
CHEST: normal shape and expansion.
ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal, **no organomegaly** .
BACK: normal exam of spine.
FEMALE GENITOURINARY: normal, no hernia.
MUSCULOSKELETAL: no swelling or deformity, full range of motion.
EXTREMITIES: no edema, , full range of motion, no clubbing, cyanosis, or edema, good capillary refill in nail beds.
PERIPHERAL PULSES: normal, 2+ throughout.
NEUROLOGIC: normal strength, tone and reflexes, alert and oriented, nonfocal.

Staying Healthy Assessments:
3 - 4 Years - Staying Healthy Assessment
1. Does your child drink or eat 3 servings of calcium-rich foods daily, such as milk, cheese, yogurt, soy milk, or tofu? Yes
2. Does your child eat fruits and vegetables at least two times per day? Yes

COLA_002031

3. Does your child eat high fat foods, such as fried foods, chips, ice cream, pizza more than once per week? *No*
4. Does your child drink more than one small cup (4 - 6 oz. cup) of juice per day? *No*
5. Does your child drink soda, juice drinks, sports drinks, energy drinks, or other sweetened drinks more than once per week? *No*
6. Does your child play actively most days of the week? *Yes*
7. Are you concerned about your child's weight? *No*
8. Does your child watch TV or play video games less than 2 hours per day *Yes*
9. Does your home have a working smoke detector?" *Yes*
10. Have you turned your water temperature down to low-warm (less than 120 degrees)? *Yes*
11. If your home has more than one floor, do you have safety guards on the windows and gate for the stairs? *Yes*
12. Does your home have cleaning supplies, medicines, and matches locked away? *Yes*
13. Does your home have the phone number of the Poison Control Center (800-222-1222) posted by your phone? *Yes*
14. Do you always stay with your child when she/he is in the bathtub? *Yes*
15. Do you always place your child in a forward facing car seat in the back seat? *Yes*
16. Is the car seat you use the right one for the age and size of your child? *Yes*
17. Do you always check for children before backing your car out? *Yes*
18. Does your child spend more time near a swimming pool, river, or lake? *No*
19. Does your child spend time in a home where a gun is kept? *No*
20. Does your child always wear a helmet when riding a bike, skateboard, or scooter? *Yes*
21. Has your child ever witnesses or been a victim of abuse or violence? *No*
22. Do you help your child brush and floss her/his teeth daily? *Yes*
23. Does your child spend time with anyone who smokes? *No*
24. Do you have any other questions or concerns about your child's development, health or behavior? *No*

Pediatric TB Risk Assesment:
Pediatric TB Risk Assessment
Was your child born in a high-risk country? *No*
Has your child travel to a high-risk country for more than 1 week? *No*
Has a family member or contact had tuberculosis disease? *No*
Has a family member had a positive TST or IGRA result? *No*

**Assessments**
1. Well child check - Z00.129 (Primary)
2. Encounter for immunization - Z23

**Treatment**
1. **Well child check**
LAB: CBC (H/H, RBC, INDICES, WBC, PLT) (1759) (Ordered for 01/19/2017)
LAB: URINALYSIS, COMPLETE W/REFLEX TO CULTURE (3020) (Ordered for 01/19/2017)
PROCEDURE: Hearing Audio Screening
PROCEDURE: Vision Screening

**Procedures**
Hearing screen:

COLA_002032

Right ear: 25/2000, 25/3000, 25/4000, 25/1000.
Left ear: 25/1000, 25/2000, 25/3000, 25/4000.

Vision screen:
Right eye 20/20.
Left eye 20/20.
Both eyes 20/20.

## Immunization

Flu 3 & up (no preservative) : 0.5 mL (Dose No:3) given by Rosa Sanchez on Left Deltoid
DTaP : 0.5 mL (Dose No:2) given by Rosa Sanchez on Left Deltoid
Hep B, adolescent or pediatric (11-19), 3 dose schedule : 0.5 mL (Dose No:2) given by Rosa Sanchez on Right Deltoid
Hep A, ped/adol, 2 dose : 0.5 mL (Dose No:2) given by Rosa Sanchez on Right Deltoid

## Labs

Lab: CBC (H/H, RBC, INDICES, WBC, PLT) (1759) (Ordered for 01/19/2017)
Lab: URINALYSIS, COMPLETE W/REFLEX TO CULTURE (3020) (Ordered for 01/19/2017)

## Preventive Medicine

Handouts Given:
  Fever control  tylenol dosing handout given , motrin dosing handout given.
  Nutrition/Development .
  Parenting tips .
  Book given (reading program) .
Health Promotion:
  Oral health  brush teeth - small amount of flouride toothpaste, dental appointment.
  Sexual health  sexual development.
  Smoke exposure .
  Assess lead risk .
  Personal hygiene .
Injury Prevention/Safety:
  Appropriate car seat .
  Bike safety  always wear helmet , wear protective knee/elbow pads , appropriate footwear.
  Child proof home .
  Drugs/alcohol/tobacco  unsafe habits discussed.
  Hot water safety (<125 degrees F) .
  Install and/or check smoke alarms regularly .
  Playground safety .
  Poison control  Telephone number 1800 222 1222.
  Stranger - safety tips .
  Supervision  matches/poisons/guns.
  Water safety  supervised water activities , swim with a buddy , water safety.
Nutrition Counseling:
  Drink from cup .
  Healthy food choices: no forced foods , family meals as often as possible, limit or eliminate junk food.
  Limit juice < 8 ounces per day .
  Self-feeding  variety , safe table foods.
  Supervise eating .
  Whole milk  limit 16-24 oz/day.

Social/Behavioral Counseling:
   Activities/Duties responsible for some household activities, organized sports/activities.
   After school child care .
   Bedtime routine .
   Discipline no spanking, institute some discipline/time-outs, rules of behavior.
   Encourage reading read to child regularly - especially at bedtime.
   Family time play time, short excursions.
   Friends knows childs friends/families.
   Hobbies .
   Opportunity to explore .
   Play group interactive talking, singing and reading, community programs.
   Praise good behavior .
   School issues classroom review, homework supervision.
   Stranger anxiety .
   TV/game time limit and control TV and game time.

## Procedure Codes
92081 VISUAL FIELD EXAMINATION(S)
92552 PURE TONE AUDIOMETRY, AIR
90700 DTap
90686 FLU VAC NO PRSV 4 VAL 3 YRS+
90633 HEP A VACC, PED/ADOL, 2 DOSE
90744 Hepatitis B (11-19 Yrs)

## Follow Up
1 Year, 2 Weeks

Electronically signed by Shaista Parveen , MD on 01/25/2017 at 02:08 PM PST

Sign off status: Completed

EL PROYECTO DEL BARRIO INC ARLETA
8902 WOODMAN AVE
ARLETA, CA 91331-6401
Tel: 818-830-7033
Fax: 818-830-7280

Patient: P.G.   DOB: 11/05/2010   Progress Note: Shaista Parveen, MD   01/19/2017

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)