PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY

# APPENDIX

# EXHIBIT 6

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(2:17-CV-09193-FMO-E)

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# United States District Court
for the
CENTRAL DISTRICT of UNITED STATES DISTRICT COURT

| | |
|---|---|
| LUCY ULIKHANOVA, ET AL. ) | |
| _____ ) | |
| PLAINTIFF ) | Civil Action No. 2:17-CV-9193-FMO-E |
| v. ) | |
| COUNTY OF LOS ANGELES, ET AL. ) | |
| _____ ) | |
| DEFENDANT | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

TO: **CUSTODIAN OF RECORDS OF: BURBANK PEDIATRIC AFFILIATES, 2211 WEST MAGNOLIA BLVD., SUITE 210, BURBANK, CA 91506**

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
**See attachment to Subpoena in a Civil Case.**

| Place: | Phone: (909) 594-5995 | Date and Time: |
|---|---|---|
| RONSIN<br>215 S. LEMON CREEK DRIVE, WALNUT CA 91789 | | 1/22/2019 9:00 AM |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: **December 20, 2018**

CLERK OF COURT
OR

_____     _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* DEFENDANT COUNTY OF LOS ANGELES, ET AL., who issues or requests this subpoena, are:
RYAN GRAHAM (SBN: 310186), PETERSON BRADFORD BURKWITZ, 100 NORTH FIRST STREET, SUITE 300 BURBANK, CA 91502-0000, (818) 562-5800

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

499334-01/A088Bc

COLA_001422

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:17-CV-9193-FMO-E

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* BURBANK PEDIATRIC AFFILIATES
on *(date)* 12/31/14

☒ I served the subpoena by delivering a copy to the named individual as follows: Lois
_____ on *(date)* _____; or 12/31/14

☐ I returned the subpoena unexecuted because :

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$

My fees are $ _____ for travel and $ _____ for services, for a total of $ 15.00

I declare under penalty of perjury that this information is true.

Date: DEC 31 2019

_____
Server's signature

Ian Bobwell
Printed name and title

Registration No.: 2015197812
RONSIN
215 S. LEMON CREEK DRIVE, WALNUT CA, 91789
Server's Address

*Additional information regarding attempted service, etc:*

CPROOF28p2/499334

COLA_001423

Case 2:17-cv-09193-FMO-E Document 89-11 Filed 05/23/19 Page 4 of 15 Page ID #:2087

AO 88B (Rev. 2/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 3)

Federal Rule of Civil Procedure 45 (c),(d) and (e) (Effective 12/1/13)

**(c) Place of Compliance.**

*(1) For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
 *(A)* within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
 *(B)* within the state where the person resides, is employed, or regularly transacts business in person, if the person
  *(i)* is a party or a party's officer; or
  *(ii)* is commanded to attend a trial and would not incur substantial expense.

*(2) For Other Discovery.* A subpoena may command:
 *(A)* production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
 *(B)* inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

*(1) Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanctions - which may include lost earnings and reasonable attorney's fees - on a party or attorney who fails to comply.

*(2) Command to Produce Materials or Permit Inspection.*
 *(A) Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
 *(B) Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing or sampling any or all of the materials or to inspecting the premises - or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
  *(i)* At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
  *(ii)* These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

*(3) Quashing or Modifying a Subpoena.*
 *(A) When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
  *(i)* fails to allow a reasonable time to comply;
  *(ii)* requires a person to comply beyond the geographical limits specified in Rule 45(c);
  *(iii)* requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
  *(iv)* subjects a person to undue burden.
 *(B) When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
  *(i)* disclosing a trade secret or other confidential research, development, or commercial information; or
  *(ii)* disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
 *(C) Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(c)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
  *(i)* shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
  *(ii)* ensures that the subpoenaed person will be reasonably compensated.

**(e) DUTIES IN RESPONDING TO A SUBPOENA.**

*(1) Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
 *(A) Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
 *(B) Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
 *(C) Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
 *(D) Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

*(2) Claiming Privilege or Protection.*
 *(A) Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
  *(i)* expressly make the claim; and
  *(ii)* describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
 *(B) Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) CONTEMPT.** The court for the district where compliance is required - and also, after a motion is transferred, the issuing court - may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

RONSIN
WALNUT CA, 91789
Phone: (909) 594-5995 Fax: (909) 598-2308

Case Number: 2:17-CV-9193-FMO-E
Case Name: LUCY ULIKHANOVA, ET AL.
vs.
COUNTY OF LOS ANGELES, ET AL.

ATTACHMENT 3

The records to be produced are described as follows:

THE RECORDS REQUESTED ARE regardless of date FOR THE FOLLOWING TYPES OF
RECORDS:   ANY AND ALL MEDICAL RECORDS, DOCUMENTS, MEDICAL REPORTS,
INCLUDING DOCTORS' ENTRIES, NURSES' CHARTS, PROGRESS REPORTS, PHYSICAL
THERAPY RECORDS, PATHOLOGY REPORTS, X-RAY REPORTS, LAB REPORTS, CASE
HISTORY, EMERGENCY ROOM RECORDS, ADMITTING SHEETS, SPECIAL TESTS, INPATIENT
AND OUTPATIENT RECORDS, AND ANY SIGN-IN SHEETS, INCLUDING BUT NOT LIMITED TO
ANY RECORDS/DOCUMENTS THAT MAY BE STORED DIGITALLY AND/OR ELECTRONICALLY
PERTAINING TO THE CARE AND TREATMENT, DIAGNOSIS, PROGNOSIS, CONDITION,
DISCHARGE, AFFECTING OR RELATING TO [P.G.] AKA: P.G., A MINOR, DOB:
11/5/2010, SS#: . TO INCLUDE RECORDS FROM DR. SUSAN K. HAMMAR.

# RONSIN

215 S. LEMON CREEK DRIVE
WALNUT, CA 91789 PH: (800) 331-0006
Registered Los Angeles County # 2015197812

## DECLARATION OF CUSTODIAN OF RECORDS

Regarding: **P.G.**  AKA: P.G., A MINOR
SS#  DOB: November 05, 2010  Our File # 499334
Location: BURBANK PEDIATRIC AFFILIATES, 2211 WEST MAGNOLIA BLVD., SUITE 210, BURBANK, CA

I, the undersigned, being the duly authorized Custodian of Records and having authority to certify the records declare the following:

☑ **CERTIFICATION OF RECORDS COPIED**
The records were prepared by the personnel of the business in the ordinary course of business at or near the time of the act, condition, or event. I testify to its identity and the mode of its preparation; and the sources of information and method of time of preparation were such as to indicate its trustworthiness. The copy is a true copy of all the documents requested:
☑ MEDICAL ☐ XRAYS ON FILM/CD ☐ BILLING ☐ EMPLOYMENT
☐ DENTAL ☐ PHOTOGRAPHS ☐ PATHOLOGY ☐ ELECTRONICALLY STORED DOCUMENTS
☐ OTHER _____

described in the subpoena duces tecum/deposition subpoena or:

Pursuant to Evidence Code Section 1560(e), the original records described in the subpoena duces tecum/deposition subpoena were delivered to the attorney or the attorney's representative for copying at the witness' place of business.

☐ **CERTIFICATION OF NO:**
☐ RECORDS ☐ RECORDS ARE LOST/DESTROYED ☐ DENTAL
☐ XRAYS ☐ NO RECORDS EXIST FOR DATES REQUESTED ☐ PHOTOGRAPHS
☐ BILLING ☐ PATHOLOGY ☐ OTHER

A. A thorough search of our files, carried out under my direction and control revealed no documents, records or other things called for in the subpoena duces tecum/deposition subpoena presented to me.

B. That, it is understood that such records could exist under another spelling, name or classification, that with the information furnished, and to the best of our knowledge, no such records exist in our files.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on __1/9/19__ at __Burbank__, California

Print Name __Wis Fisvecus__  Signed _____

DO NOT WRITE BELOW THIS LINE FOR OFFICE USE ONLY

☑ **CERTIFICATION OF PROFESSIONAL PHOTOCOPIER**
I am the attorney or the attorney's representative and I state that I made true copies of all the original records delivered to me by the Custodian of Records of the above indicated location.

☐ I am the attorney or the attorney's representative and I state that original records were not made available to me by the Custodian of Records of the above indicated location and that I received copies of records from the Custodian.

I DECLARE UNDER PENALTY OF PERJURY AND UNDER THE LAWS OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on __1/9/19__ at __Burbank__, California

Print Name __Evan Bhatt__  Signed _____

Pursuant to Business and Professions Code Section 22462, I will maintain the integrity and confidentiality of information obtained under the applicable codes and distribute the records copied by RONSIN to the authorized person or entities.

Order#: 499334-01/RPROOF59

By: __Thomas D. Alkema__
Thomas D. Alkema, Ronsin Litigation Support Services

COLA_001426



PHILIP L. BROWNING
Director



**COUNTY OF LOS ANGELES**
**DEPARTMENT OF CHILDREN AND FAMILY SERVICES**
425 Shatto Place
Los Angeles, CA 90020
213-351-5602

# Fax

| | | | |
|---|---|---|---|
| **To:** | Dr Hammar | **From:** | Maral Helwajian |
| **Fax:** | 818-391-2409 | **Fax:** | 626-397-9162 |
| **Phone:** | 818-391-2400 | **Phone:** | 626-229-3734 |
| **Date:** | August 18, 2016 | **Pages:** | 5 |
| **Re:** | P.G. | **SCSW:** | Sonya Vardanyan |

☐ NOTE

PLease fill out these forms. One for each time she came in for her immunizations on 6/10/16 and 8/9/16.

I need these as soon as possible please.



*This document is intended solely for the person identified above. If you received this in error, please inform the sender of this item at the phone number listed. Thank-you.*

FAX Cover Sheet

*"To Enrich Lives Through Effective and Caring Service"*

COLA_001457

**COUNTY OF LOS ANGELES**           **DEPARTMENT OF CHILDREN AND FAMILY SERVICES**

## MEDICAL EXAMINATION FORM – INSTRUCTIONS

Please refer to the **CONSENT & MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS** on the reverse side of this form.
(To be completed by CSW/Caregiver. Please print legibly.)

- [ ] Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. "High Risk" includes one or more of the following conditions exists: a past or present significant medical problem or chronic illness; possible contagious disease; on medication; and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.
- [ ] Child must have medical exam within thirty (30) days of initial placement.
- [ ] Child needs annual/age-appropriate medical exam by _____.

CHILD's NAME: **P.G.**    DOB: 11/5/10    CASE #: 0206984    DATE PLACED: 1/13/16

CAREGIVER: Mary Louise Reisch    (Phone) **foster/privacy**    (FFA) n/a    (Phone) n/a

CSW: Maral Helwajian    (File #) GP70    (Phone) 626-229-3734    (Fax) 626-397-9162

Medical data entered into CWS/CMS by: (Name) _____ (Date) _____

### MEDICAL EXAMINATION FORM (To Be completed by Doctor.)

**PHYSICAL EXAMINATION**       *PLEASE SEE PAGE 2 FOR DEVELOPMENTAL SCREENING DOCUMENTATION*

Doctor is a CHDP provider? ☐ Yes ☒ No    Was child tested for lead poisoning? ☐ Yes ☒ No

Date of Physical Examination: 8/9/16    Name of Doctor: _____

- [ ] Initial CHDP/CHDP-equivalent examination.
- [ ] Annual/age-appropriate CHDP/CHDP-equivalent examination.
- [x] Other/Follow-up visit.
- [ ] Doctor's own exam form or PM 160 attached. If not attached, complete below.

- [x] Condition and treatment were explained to the caregiver and child/youth (as age appropriate).
- [ ] Youth may self administer his/her own medication with adult supervision.
- [ ] Youth is authorized to self administer his/her own medication.

Physical Exam results: Age: (Yrs.): __ (Mos.): __ (Wks.): __ Height: __ % Weight: __ %
Body Mass Index (BMI) Score: __ Body Mass Index %: __
(May be continued on additional pages if necessary. If so, provider must date and sign second page.)

Vaccines only: Kinrix, Proquad, Hepatitis B
(Treatment given; Medications Prescribed. Please attach copies of supporting documentation; test results, etc.)

If follow-up care indicated, specify: Needs last hepatitis B in 4 mo

Immunizations given: As above
(If appropriate, complete immunization Record)

Signature of Health Care Provider: _____ (Date) 8-18-16
(Doctor, Nurse Practitioner, Physician's Assistant)

Susan K Hammar, MD
2211 W Magnolia Blvd ste 210
Burbank CA 91506
818-391-2400 fax 818-391-2409

Address: Susan K Hammar, MD
2211 W Magnolia Blvd ste 210
Burbank CA 91506
818-391-2400 fax 818-391-2409

Phone: _____

(Signature Stamp Required)

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

COUNTY OF LOS ANGELES        DEPARTMENT CHILDREN AND FAMILY SERVICES

**CONSENT (Caregiver is a Foster Parent, Relative, Group Home, or FFA).**
Consent of the parent or guardian (via the DCFS 179) or court authorization must be obtained prior to having the child undergo any medical, dental and mental health screenings and examinations. CSWs or Caregivers must inform the parents of the date, time and location of the exam, and inform the parent of the opportunity to be present. It is not necessary to reschedule the exam if the parent does not respond or if the parent cannot attend. Notice may be provided orally, text, email, mail, in-person, or by leaving a message on the parent's phone. It is necessary to reschedule the exam if:
- The parent objects to the exam, even if the parent previously gave consent
- The parent never signed the DCFS 179 providing consent
- There's no court order for the exam

**MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS**
The HEALTH & EDUCATION PASSPORT (HEP) BINDER accompanies each child at the time of placement. The Children's Social Worker (CSW) will review the HEP BINDER with you at each visit. The Health and Education Passport must be taken to a medical visits, including the initial examination visit. The health care provider must record all current medical services on the DCFS 561(a). Please add completed forms to the child's HEP BINDER. If the child is removed from your care, the child's complete HEP BINDER, including the Immunization Record, shall be returned to the CSW *at the time of removal*, as the HEP BINDER must accompany the child upon replacement.

Immediately notify the child's CSW (or Supervising CSW, if the CSW is unavailable) when there is any change in the child's mental, medical and/or dental health that required urgent medical care.

Please use the Child Health and Disability Prevention (CHDP) Program for medical and dental examinations. Please refer to the following CHDP periodicity schedule. For more information on the CHDP program please refer to the CHDP brochure in the HEP BINDER.

**HEALTH CARE EXAMINATIONS PERIODICITY SCHEDULE**
Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. Foster children four (4) years of age and older who are not considered high risk, must have a medical examination within 30 days of the initial placement. Children are also to have immunizations according to the current Recommended Childhood Immunization Schedule.

Inform the CSW of all medical appointments as soon they have been made including the date, time and location.

Children must receive CHDP program or CHDP program equivalent medical examinations, at a minimum, as follows:

- Children under one (1) month need an examination
- Children two (2) to six (6) months need an examination every two (2) months, for a total of three (3) exams
- Children seven (7) to fifteen (15) months need quarterly (every 3 months) examinations, for a total of three (3) exams
- Children sixteen (16) to twenty three (23) months need one examination
- Children two (2) to nineteen (19) years need annual (yearly) examinations

**\*DEVELOPMENTAL SCREENING INFORMATION** (to be completed by Health Care Provider)

- Developmental Screening Completed?: ☐ Yes  ☐ No

- If Yes, what type:  ☐ Ages & Stages Questionnaire
  ☐ PEDS
  ☐ Denver Developmental Screen
  ☐ Other:_____

- Developmental Screen Concerns?:  ☐ Yes  ☐ No
- Developmental Screen Comments:_____

_____

_____

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

Page 2 of 2

COLA_001459



PHILIP L. BROWNING
Director



COUNTY OF LOS ANGELES
DEPARTMENT OF CHILDREN AND FAMILY SERVICES
425 Shatto Place
Los Angeles, CA 90020
213-351-5602

# Fax

| To: | Dr Hammar | From: | Maral Helwajian |
|---|---|---|---|
| Fax: | 818-391-2409 | Fax: | 626-397-9162 |
| Phone: |  | Phone: | 626-229-3734 |
| Date: | June 10, 2016 | Pages: | 2 3 |
| Re: | P.G. | SCSW: | Sonya Vardanyan |

☐ NOTE

Please fill this out and fax back.



OK
FAXED
6-10-16

This document is intended solely for the person identified above. If you received this in error, please inform the sender of this item at the phone number listed. Thank-you.

FAX Cover Sheet

"To Enrich Lives Through Effective and Caring Service"

COLA_001462

COUNTY OF LOS ANGELES            DEPARTMENT OF CHILDREN AND FAMILY SERVICES

**CONSENT (Caregiver is a Foster Parent, Relative, Group Home, or FFA).**
Consent of the parent or guardian (via the DCFS 179) or court authorization must be obtained prior to having the child undergo any medical, dental and mental health screenings and examinations. CSWs or Caregivers must inform the parents of the date, time and location of the exam, and inform the parent of the opportunity to be present. It is not necessary to reschedule the exam if the parent does not respond or if the parent cannot attend. Notice may be provided orally, text, email, mail, in-person, or by leaving a message on the parent's phone. It is necessary to reschedule the exam if:
- The parent objects to the exam, even if the parent previously gave consent
- The parent never signed the DCFS 179 providing consent
- There's no court order for the exam

**MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS**
The HEALTH & EDUCATION PASSPORT (HEP) BINDER accompanies each child at the time of placement. The Children's Social Worker (CSW) will review the HEP BINDER with you at each visit. The Health and Education Passport must be taken to a medical visits, including the initial examination visit. The health care provider must record all current medical services on the DCFS 561(a). Please add completed forms to the child's HEP BINDER. If the child is removed from your care, the child's complete HEP BINDER, including the Immunization Record, shall be returned to the CSW *at the time of removal*, as the HEP BINDER must accompany the child upon replacement.

Immediately notify the child's CSW (or Supervising CSW, if the CSW is unavailable) when there is any change in the child's mental, medical and/or dental health that required urgent medical care.

Please use the Child Health and Disability Prevention (CHDP) Program for medical and dental examinations. Please refer to the following CHDP periodicity schedule. For more information on the CHDP program please refer to the CHDP brochure in the HEP BINDER.

**HEALTH CARE EXAMINATIONS PERIODICITY SCHEDULE**
Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. Foster children four (4) years of age and older who are not considered high risk, must have a medical examination within 30 days of the initial placement. Children are also to have immunizations according to the current Recommended Childhood Immunization Schedule.

Inform the CSW of all medical appointments as soon they have been made including the date, time and location.

Children must receive CHDP program or CHDP program equivalent medical examinations, at a minimum, as follows:

- Children under one (1) month need an examination
- Children two (2) to six (6) months need an examination every two (2) months, for a total of three (3) exams
- Children seven (7) to fifteen (15) months need quarterly (every 3 months) examinations, for a total of three (3) exams
- Children sixteen (16) to twenty three (23) months need one examination
- Children two (2) to nineteen (19) years need annual (yearly) examinations

**\*DEVELOPMENTAL SCREENING INFORMATION** (to be completed by Health Care Provider)

- Developmental Screening Completed?: ☐ Yes ☐ No

- If Yes, what type: ☐ Ages & Stages Questionnaire
  ☐ PEDS
  ☐ Denver Developmental Screen
  ☐ Other:_____

- Developmental Screen Concerns?: ☐ Yes ☐ No
- Developmental Screen Comments:_____

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

Page 2 of 2

COLA_001463

6263979162 · 02:05:47 p.m. 06-10-2016 2/3

**COUNTY OF LOS ANGELES** — **DEPARTMENT OF CHILDREN AND FAMILY SERVICES**

## MEDICAL EXAMINATION FORM – INSTRUCTIONS

Please refer to the <u>CONSENT & MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS</u> on the reverse side of this form.
(To be completed by CSW/Caregiver. Please print legibly.)

- ☐ Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. "High Risk" includes one or more of the following conditions exists: a past or present significant medical problem or chronic illness; possible contagious disease; on medication; and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.
- ☐ Child must have medical exam within thirty (30) days of initial placement.
- ☐ Child needs annual/age-appropriate medical exam by _____.

CHILD's NAME: **P.G.**  DOB: 11/5/10  CASE #: 0206984  DATE PLACED: 1/13/16

CAREGIVER: Mary Louise Reisch  (Phone) foster/privacy  (FFA) n/a  (Phone) n/a

CSW: Maral Helwajian  (File #) GP70  (Phone) 626-229-3734  (Fax) 626-397-9162

Medical data entered into CWS/CMS by: (Name) _____  (Date) _____

## MEDICAL EXAMINATION FORM  (To Be completed by Doctor.)

**PHYSICAL EXAMINATION**    *PLEASE SEE PAGE 2 FOR DEVELOPMENTAL SCREENING DOCUMENTATION*

Doctor is a CHDP provider? ☐ Yes ☒ No   Was child tested for lead poisoning? ☐ Yes ☐ No 4/6/16

Date of Physical Examination: 6/10/16   Name of Doctor: _____

- ☐ Initial CHDP/CHDP-equivalent examination.
- ☒ Annual/age-appropriate CHDP/CHDP-equivalent examination.
- ☐ Other/Follow-up visit.
- ☐ Doctor's own exam form or PM 160 attached. If not attached, complete below.

- ☐ Condition and treatment were explained to the caregiver and child/youth (as age appropriate).
- ☐ Youth may self administer his/her own medication with adult supervision.
- ☐ Youth is authorized to self administer his/her own medication.

Physical Exam results: Age: 5 (Yrs.): 7 (Mos.): __ (Wks.): __  Height: 41 (8%)  Weight: 38 (25%)
Body Mass Index (BMI) Score: 16.2  Body Mass Index %: 75
(May be continued on additional pages if necessary. If so, provider must date and sign second page.)

Vaccines
(Treatment given; Medications Prescribed. Please attach copies of supporting documentation: test results, etc.)

If follow-up care indicated, specify: _____

Immunizations given: Pediarix, ProQuad, Hepatitis A
(If appropriate, complete Immunization Record)

Signature of Health Care Provider: /s/ (Date) 6-10-16
(Doctor, Nurse Practitioner, Physician's Assistant)

Address: Susan K Hammar, MD, 2211 W Magnolia Blvd ste 210, Burbank CA 91506, 818-391-2400 fax 818-391-2409

Phone: _____

Susan K Hammar, MD.
2211 W. Magnolia Blvd. #210
Burbank CA 91506
818-391-2400 F:818-391-2409
(Signature Stamp Required)

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

COLA_001464

04/08/2016 09:30 16263979174 DCFS PAGE 01/03



PHILIP L. BROWNING
Director

**COUNTY OF LOS ANGELES**
**DEPARTMENT OF CHILDREN AND FAMILY SERVICES**
**425 Shatto Place**
**Los Angeles, CA 90020**
**213-351-5602**

# Fax

920853

| To: | Dr Susan Hammer | From: | Maral Helwajian |
|---|---|---|---|
| Fax: | 818-391-2409 | Fax: | 626-397-9174 |
| Phone: | 818-391-2400 | Phone: | 626-229-3703 |
| Date: | April 8, 2016 | Pages: | X 3 with cover |
| Re: | P.G. DOB 11/5/10 | SCSW: | Sonya Vardanyan |

☐ NOTE

Dr Hammer,

I am the DCFS social worker for P.G. If you can please fill out the attached medical exam form for when P.G. was seen by you this week on 4/4/16, I would appreciate it. If you can please indicate on the form that she was referred for bloodwork as well. Thank you.



FAXED
4-8-16

This document is intended solely for the person identified above. If you received this in error, please inform the sender of this item at the phone number listed. Thank-you.

FAX Cover Sheet

*"To Enrich Lives Through Effective and Caring Service"*

COLA_001471

04/08/2016 09:30 16263979174 DCFS PAGE 02/03

**COUNTY OF LOS ANGELES**      **DEPARTMENT OF CHILDREN AND FAMILY SERVICES**

# MEDICAL EXAMINATION FORM – INSTRUCTIONS

Please refer to the <u>CONSENT & MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS</u> on the reverse side of this form.
(To be completed by CSW/Caregiver. Please print legibly.)

☐ Infants (0-36 months) or "High Risk" children must be medically examined within three (3) days of initial placement. "High Risk" means one or more of the following conditions exists: a past or present significant medical problem or chronic illness; possible contagious disease; on medication; and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.

☐ Child must have medical exam within thirty (30) days of initial placement.

☐ Child needs annual/age-appropriate medical exam by _____.

CHILD's NAME: P.G.    DOB: 11/5/2010    CASE #: 020984    DATE PLACED: 1/13/2016

CAREGIVER: Mary Lou Reisch    (Phone) foster/privacy    (FFA) _____    (Phone) _____

CSW: Marat Helwajian    (File #) GP70    (Phone) 626-229-3703    (Fax) 626-397-9174

Medical data entered into CWS/CMS by: (Name) _____ (Date) _____

## MEDICAL EXAMINATION FORM (To Be completed by Doctor.)

**PHYSICAL EXAMINATION**     *PLEASE SEE PAGE 2 FOR DEVELOPMENTAL SCREENING DOCUMENTATION*

Doctor is a CHDP provider? ☐ Yes ☒ No    Was child tested for lead poisoning? ☒ Yes ☐ No

Date of Physical Examination: 4/4/2016    Name of Doctor: Dr Susan Hammer

☐ Initial CHDP/CHDP-equivalent examination.
☐ Annual/age-appropriate CHDP/CHDP-equivalent examination.
☒ Other/Follow-up visit. Initial visit - problem oriented
☐ Doctor's own exam form or PM 160 attached. If not attached, complete below.

☒ Condition and treatment were explained to the caregiver and child/youth (as age appropriate).
☐ Youth may self administer his/her own medication with adult supervision.
☐ Youth is authorized to self administer his/her own medication.

Physical Exam results: Age: 5 (Yrs.): 6 (Mos.): __ (Wks.)    Height: 41¼" (10%)    Weight: 37ᶠ (15%)
Body Mass Index (BMI) Score: __    Body Mass Index %: __

(May be continued on additional pages if necessary. If so, provider must date and sign second page.)

No medication prescribed

Requested labs - CBC/CHOL/lead/Chem 12/UA - all Normal

(Treatment given; Medications Prescribed. Please attach copies of supporting documentation, test results, etc.)

If follow-up care indicated, specify: well exam in future

Immunizations given: None
(If appropriate, complete Immunization Record)

Signature of Health Care Provider: [signature] (Date) 4-8-16
(Doctor, Nurse Practitioner, Physician's Assistant)

Susan K Hammar, MD
2211 W. Magnolia Blvd. Ste. 210
Burbank, CA 91506
818-391-2400 Fax 818-391-2409

Address: _____    Phone: _____

Susan K Hammar, MD
2211 W. Magnolia Blvd. #210
Burbank CA 91506
818-391-2400 F:818-391-2409

(Signature Stamp Required)

DCFS 561(a) (Rev. 10/2014) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

Page 1 of 2

COLA_001472

COUNTY OF LOS ANGELES          DEPARTMENT OF CHILDREN AND FAMILY SERVICES

**CONSENT (Caregiver is a Foster Parent, Relative, Group Home, or FFA).**
Consent of the parent or guardian (via the DCFS 179) or court authorization must be obtained prior to having the child undergo any medical, dental and mental health screenings and examinations. CSWs or Caregivers must inform the parents of the date, time and location of the exam, and inform the parent of the opportunity to be present. It is not necessary to reschedule the exam if the parent does not respond or if the parent cannot attend. Notice may be provided orally, text, email, mail, in-person, or by leaving a message on the parent's phone. It is necessary to reschedule the exam if:
- The parent objects to the exam, even if the parent previously gave consent
- The parent never signed the DCFS 179 providing consent
- There's no court order for the exam

**MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS**
The HEALTH & EDUCATION PASSPORT (HEP) BINDER accompanies each child at the time of placement. The Children's Social Worker (CSW) will review the HEP BINDER with you at each visit. The Health and Education Passport must be taken to all medical visits, including the initial examination visit. The health care provider must record all current medical services on the DCFS 561(a). Please add completed forms to the child's HEP BINDER. If the child is removed from your care, the child's complete HEP BINDER, including the Immunization Record, shall be returned to the CSW *at the time of removal*, as the HEP BINDER must accompany the child upon replacement.

Immediately notify the child's CSW (or Supervising CSW, if the CSW is unavailable) when there is any change in the child's mental, medical and/or dental health that required urgent medical care.

Please use the Child Health and Disability Prevention (CHDP) Program for medical and dental examinations. Please refer to the following CHDP periodicity schedule. For more information on the CHDP program please refer to the CHDP brochure in the HEP BINDER.

**HEALTH CARE EXAMINATIONS PERIODICITY SCHEDULE**
Within 30 days of the initial placement, all foster children must have a medical examination.

Children under age 2 years require more frequent medical examinations as follows:

- Children from birth to 6 months need an examination every two months.
- Children from 7 to 15 months need quarterly (every 3 months) examinations.
- Children 16 to 23 months need semi-annual (every 6 months) examinations.
- Children 24 months and older need annual (yearly) examinations.
- Children are also to have immunizations according to the current Recommended Childhood Immunization Schedule.

**\*DEVELOPMENTAL SCREENING INFORMATION** (to be completed by Health Care Provider)

- Developmental Screening Completed?: ☐ Yes ☒ No

- If Yes, what type: ☐ Ages & Stages Questionnaire
  ☐ PEDS
  ☐ Denver Developmental Screen
  ☐ Other:_____

- Developmental Screen Concerns?: ☐ Yes ☐ No

- Developmental Screen Comments:_____

_____

_____

DCFS 561(a) (Rev. 10/2014) MEDICAL EXAMINATION FORM     Leave several forms with the caregiver when the child is initially placed. Make photocopy of completed/signed original and provide photocopy to caregiver. File the completed/signed original in the Psychological/Medical/Dental folder.

Page 2 of 2

COLA_001473