PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 7

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(2:17-CV-09193-FMO-E)

**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT NO. 7

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.* (2:17-CV-09193-FMO-E)

PETERSON · BRADFORD · BURKWITZ

# D<span>EFS</span>.' D<span>ISCOVERY</span> E<span>XHIBIT</span> 2

Email dated Friday, February 12, 2016 11:48 AM and attachment(s)

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

| | |
|---|---|
| **From:** | Lucy Ulikhanova <agentnova@yahoo.com> |
| **Sent:** | Friday, February 12, 2016 11:48 AM |
| **To:** | Sonya Vardanyan; Maral Helwajian |
| **Cc:** | Sonya Vardanyan; Dep Chief Carl Povilaitis; Detective Barajas Gd Police Dept Krikorian Above Lutenant feily; Maral Helwajian; Patricia Peyser; Rebecca Fearing; Rachel Raymond; newbam3@hotmail.com; jnewman@silver100.com; mehanphil@verizon.net; Melvin Facebook; Matt Budd; Ann Boroch; julius POTOCZKI; Howard Davis; Vincent W Davis; sherwin@vincentwdavis.com; Pamela Muir Administrator Muir; Alice mkroyan ginas atty; matt fridley attorney gina Matthew Riley; gordonstrange; donaldlscoggins@ca.rr.com |
| **Subject:** | Dcfs Immunizations |
| **Attachments:** | 18189729067-1001-141755-141.pdf; ATT00001.txt |

Dcfs ,
Here is my signed paperwork from [P.G.] Pediatric Dr Dr Boxstein  who I have tried to find a female dr ever since [P.G.] has been disclosing . For her check ups . Wasn't easy so I had her also checked at glendale memorial while searching and dealing with chaos Brian and his family create .
Open attachments .
As you can see from date  that we have always been this way and my late father a ND, Ph.D. ,Msc , and so on  and his colleagues    who are Nds always gave me instruction for Penelopys care in homeopathic or Asian  medicines ,medical advice .
And she had a regular pediatric Dr as well.

1

**PETERSON · BRADFORD · BURKWITZ**

# EMAIL ATTACHMENT

*18189729067-1001-141755-141.pdf*

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

COLA_001506

STATE OF CALIFORNIA                                          CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
HEALTH AND HUMAN SERVICES AGENCY                                        COMMUNITY CARE LICENSING

# PHYSICIAN'S REPORT—CHILD CARE CENTERS
(CHILD'S PRE-ADMISSION HEALTH EVALUATION)

**PART A – PARENT'S CONSENT** (TO BE COMPLETED BY PARENT)

P.G. , born 11-5-10 , is being studied for readiness to enter
(NAME OF CHILD)                    (BIRTH DATE)

St Mark's Day School . This Child Care Center/School provides a program which extends from ___ : ___
(NAME OF CHILD CARE CENTER/SCHOOL)

a.m./p.m. to _____ a.m./p.m. , _____ days a week.

Please provide a report on above-named child using the form below. I hereby authorize release of medical information contained in this report to the above-named Child Care Center.

_____              Sep 25-2014
(SIGNATURE OF PARENT, GUARDIAN, OR CHILD'S AUTHORIZED REPRESENTATIVE)       (TODAY'S DATE)

**PART B – PHYSICIAN'S REPORT** (TO BE COMPLETED BY PHYSICIAN)

Problems of which you should be aware:

Hearing:                                          Allergies: medicine:

Vision:                                           Insect stings:

Developmental:                                    Food:

Language/Speech:                                  Asthma:

Dental:

Other (include behavioral concerns):

Comments/Explanations:

MEDICATION PRESCRIBED/SPECIAL ROUTINES/RESTRICTIONS FOR THIS CHILD:

**IMMUNIZATION HISTORY:** (Fill out or enclose California Immunization Record, PM-298.)

| VACCINE | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|
| POLIO (OPV OR IPV) | / | / | / | / | / |
| DTP/DTaP/DT/Td (DIPHTHERIA, TETANUS AND (ACELLULAR) PERTUSSIS OR TETANUS AND DIPHTHERIA ONLY) | / | / | / | / | / |
| MMR (MEASLES, MUMPS, AND RUBELLA) | / | / | / | | |
| HIB MENINGITIS (REQUIRED FOR CHILD CARE ONLY) (HAEMOPHILUS B) | / | / | / | / | |
| HEPATITIS B | / | / | / | | |
| VARICELLA (CHICKENPOX) | / | / | | | |

**SCREENING OF TB RISK FACTORS** (listing on reverse side)

[X] Risk factors not present; TB skin test not required.

[ ] Risk factors present; Mantoux TB skin test performed (unless previous positive skin test documented).
    _____ Communicable TB disease not present.

I have [X] have not _____ reviewed the above information with the parent/guardian.

Physician: BURBANK PEDIATRICS         Date of Physical Exam: 9·12·13
Address:   1411 NORTH HOLLYWOOD WAY   Date This Form Completed: 10·1·14
Telephone: BURBANK, CA 91505-1826     Signature _____
           818·841·9990               Physician/_____Nurse Practitioner

LIC 701 (8/00) (Confidential)                                              PAGE 1 OF 2

COLA_001507

**Refusal to Vaccinate**

Child's Name: P.G.     Child's ID # __963086__

Parent's/Guardian's Name: __Lucy Ulykhanova__

My child's doctor/nurse, __Dr. Boxstein__ has advised me that my child (named above) should receive the following vaccines:

| Recommended | Vaccine | Declined |
|---|---|---|
| ☐ | Hepatitis B vaccine | ✓ |
| ☐ | Diphtheria, tetanus, acellular pertussis (DTaP or Tdap) vaccine | ✓ |
| ☐ | Diphtheria tetanus (DT or Td) vaccine | ✓ |
| ☐ | *Haemophilus influenzae* type b (Hib) vaccine | ✓ |
| ☐ | Pneumococcal conjugate vaccine | ✓ |
| ☐ | Inactivated poliovirus vaccine (IPV) | ✓ |
| ☐ | Measles-mumps-rubella-varicella (MMRV) vaccine | ✓ |
| ☐ | Measles-mumps-rubella (MMR) vaccine | ✓ |
| ☐ | Varicella (chickenpox) vaccine | ✓ |
| ☐ | Influenza (flu) vaccine | ✓ |
| ☐ | Meningococcal vaccine | ✓ |
| ☐ | Hepatitis A vaccine | ✓ |
| ☐ | Rotavirus vaccine | ✓ |
| ☐ | Other _____ | ✓ |

I have read the Vaccine Information Sheet(s) from the Centers for Disease Control and Prevention explaining the vaccine(s) and the disease(s) they prevent. I have had the opportunity to discuss these with my child's doctor or nurse, who has answered all of my questions regarding the recommended vaccine(s). I understand the following:

- The purpose of and the need for the recommended vaccine(s)
- The risks and benefits of the recommended vaccine(s)
- If my child does not receive the vaccine(s), the consequences may include:
  - contracting the illness the vaccine should prevent (the outcomes of these illnesses may include one or more of the following: pneumonia, illness requiring hospitalization, death, brain damage, meningitis, seizures, and deafness. Other severe and permanent effects from these vaccine-preventable diseases are possible as well)
  - transmitting the disease to others
  - requiring my child to stay out of child care or school during disease outbreaks
- My child's doctor or nurse, the American Academy of Pediatrics, the American Academy of Family Physicians, and the Centers for Disease Control and Prevention all strongly recommend that these vaccines be given according to recommendations

Nevertheless, I have decided at this time to decline the vaccine(s) recommended for my child, as indicated above, by checking the appropriate box under the column titled "declined."

I know that failure to follow the recommendations about vaccination may endanger the health or life of my child and others with which my child might come into contact.

I know that I may re-address this issue with my child's doctor or nurse at any time and that I may change my mind and accept vaccination for my child anytime in the future.

I acknowledge that I have read this document in its entirety and fully understand it.
Parent/Guardian Signature _____ Date __11-13-12__
Witness _____ Date __11-13-12__

I have had the opportunity to re-discuss my decision not to vaccinate my child and still decline the recommended immunizations.
Parent's initials_____ Date _____ Parent's initials _____ Date _____
Parent's initials_____ Date _____ Parent's initials _____ Date _____

HE0342 Copyright©2006 9-80

**American Academy of Pediatrics**



DEDICATED TO THE HEALTH OF ALL CHILDREN™

COLA_001508

State of California—Health and Human Services Agency     California Department of Public Health



# PERSONAL BELIEFS EXEMPTION TO REQUIRED IMMUNIZATIONS   CDPH

**STUDENT NAME (LAST, FIRST, MIDDLE):** P.G.   **GENDER:** ☐M ☑F   **BIRTHDATE:** 11/25/2010   **TELEPHONE NUMBER:** 310 775-4240

**PARENT/GUARDIAN – NAME:** Lucy Dikhanian   **ADDRESS:** 1429 N Columbus Ave Glendale CA 91202

## A. AUTHORIZED HEALTH CARE PRACTITIONER LICENSED IN CALIFORNIA – FILL OUT THIS SECTION

I am a (check one): ☐ M.D./D.O. ☐ Nurse Practitioner ☐ Physician Assistant ☐ Naturopathic Doctor ☐ Credentialed School Nurse

**Provision of Information:** I have provided the parent or guardian of the student named above, the adult who has assumed responsibility for the care and custody of the student, or the student if an emancipated minor, with information regarding 1) the benefits and risks of immunization and 2) the health risks to the student and to the community of the communicable diseases for which immunization is required in California (immunizations listed in Table below).

Signature of authorized health care practitioner: [signature]

Practitioner name: BURBANK PEDIATRICS
1411 NORTH HOLLYWOOD WAY
BURBANK, CA 91505-1826

Date – within 6 months before entry to child care or school: _____

## B. PARENT OR GUARDIAN – FILL OUT THESE SECTIONS

**I. Check one of the boxes below:**

☑ **Receipt of Information:** I have received information provided by an authorized health care practitioner regarding 1) the benefits and risks of immunization and 2) the health risks to the student named above and to the community of the communicable diseases for which immunization is required in California (immunizations listed in Table below).

☐ **Religious beliefs:** I am a member of a religion which prohibits me from seeking medical advice or treatment from authorized health care practitioners. (Signature of a health care practitioner not required in Part A.)

Signature of parent or guardian: [signature]    Date: Sep 25 – 2014

**II. AFFIDAVIT**

**Immunizations already received:** I have provided the child care or school with a record of all immunizations the student has received that are required for admission (California Health and Safety Code §120365).

**Immunizations for which exemption is requested:** An unimmunized student and the student's contacts at school and home are at greater risk of becoming ill with a vaccine-preventable disease. I understand that an unimmunized student may be excluded from attending school or child care during an outbreak of, or after exposure to, any of these diseases for the protection of the student and others (17 CCR §6060). I hereby request exemption of the student named above from the required immunizations checked below because such immunization is contrary to my beliefs.

| School Category | Table of Required Immunizations – Check box(es) to request exemption. | | |
|---|---|---|---|
| Child Care Only | ☐ Haemophilus Influenzae type b (Hib meningitis) | | |
| Child Care and K-12th Grade | ☐ DTaP (Diphtheria, Tetanus, Pertussis [whooping cough]) | ☐ Hepatitis B | |
| | ☐ MMR (Measles, Mumps, Rubella) | ☐ Polio | ☐ Varicella (Chickenpox) |
| 7th Grade Advancement (or admission at 7-12th Grade) | ☐ Tdap (Tetanus, reduced Diphtheria, Pertussis [whooping cough]) | | |

Signature of parent or guardian: [signature]    Date: Sep 25 – 2014

The California Department of Public Health places strict controls on the gathering and use of personally identifiable data. Personal information is not disclosed, made available, or otherwise used for purposes other than those specified at the time of collection, except with consent or as authorized by law or regulation. The Department's information management practices are consistent with the Information Practices Act (Civil Code Section 1798 et seq.), the Public Records Act (Government Code Section 6250 et seq.), Government Code Sections 11015.5 and 11019.9, and with other applicable laws pertaining to information privacy.

CDPH 8262 (10/13)

**PETERSON · BRADFORD · BURKWITZ**

# EMAIL ATTACHMENT

*ATT00001.txt*

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

COLA_001510

ATT00001

Sent from my iPhone

COLA_001511