PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 8

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(2:17-CV-09193-FMO-E)

PETERSON · BRADFORD · BURKWITZ

# Defs.' Discovery Exhibit 8

Email chain from February 18 and 19, 2016

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

COLA_001521

| | |
|---|---|
| **From:** | Ron Funk <rfunk@hbplaw.com> |
| **Sent:** | Friday, February 19, 2016 11:46 AM |
| **To:** | Maral Helwajian |
| **Subject:** | RE: Hearing 2/25/16 |

Thank you. I will bring an executed substitution of attorney, as well.

*Ronald B. Funk*
*Attorney at Law*
**Holstrom, Block & Parke APLC**
**888-249-7560**



Ex Parte Notice: This office does not accept ex parte notice or any type of service via e-mail or telefax, without prior written agreement from Holstrom, Block & Parke, APLC. This e-mail is subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may be legally privileged. The information contained in this e-mail message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Holstrom, Block & Parke by telephone at 888-249-7560, and delete the original message. Thank You.

**From:** Maral Helwajian [mailto:helwam@dcfs.lacounty.gov]
**Sent:** Friday, February 19, 2016 10:56 AM
**To:** Ron Funk <rfunk@hbplaw.com>; Lucy Ulikhanova <agentnova@yahoo.com>
**Cc:** Sonya Vardanyan <VARDAS@dcfs.lacounty.gov>
**Subject:** RE: Hearing 2/25/16

Hello. Yes, we ask that you be there at 8:30am for check in with the bailiff

**From:** Ron Funk [mailto:rfunk@hbplaw.com]
**Sent:** Friday, February 19, 2016 10:23 AM
**To:** Maral Helwajian <helwam@dcfs.lacounty.gov>; Lucy Ulikhanova <agentnova@yahoo.com>
**Cc:** Sonya Vardanyan <VARDAS@dcfs.lacounty.gov>
**Subject:** RE: Hearing 2/25/16

Am I correct to assume this is in the morning (8:30)?

*Ronald B. Funk*
*Attorney at Law*

**Holstrom, Block & Parke APLC**
888-249-7560



Ex Parte Notice: This office does not accept ex parte notice or any type of service via e-mail or telefax, without prior written agreement from Holstrom, Block & Parke, APLC. This e-mail is subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may be legally privileged. The information contained in this e-mail message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Holstrom, Block & Parke by telephone at 888-249-7560, and delete the original message. Thank You.

**From:** Maral Helwajian [mailto:helwam@dcfs.lacounty.gov]
**Sent:** Thursday, February 18, 2016 10:41 AM
**To:** Lucy Ulikhanova <agentnova@yahoo.com>; Ron Funk <rfunk@hbplaw.com>
**Cc:** Sonya Vardanyan <VARDAS@dcfs.lacounty.gov>
**Subject:** Hearing 2/25/16

Good Morning Ms Ulikhanova and Mr Funk,

This email shall serve as written notice to the both of you that we have requested a SET ON hearing at our Court and it has been set for 2/25/2016. The issues we are trying to have the Court address are the following:

1.   P.G. 's immunizations- Mother's refusal to vaccinate VS Father wishes to vaccinate
2.   Forensic exam that was ordered for  P.G.  needs parental consent. Father consented. Mother refused at one point, then asked to speak to her attorney about it first. DCFS never did get an answer from Mother.
3.   Mother's continuous recording of phone calls with DCFS employees and others, as well as Mother's continuous attempts to record visitations with child  P.G. .

Please be present at the hearing on 2/25/2016 at Edmund Edelman Children's Court located at 201 Centre Plaza Drive Monterey Park, CA 91754 DEPT 416. Ms Ulikhanova, your presence is required.


Maral Helwajian, CSWIII
532 E Colorado Blvd
Pasadena, CA 91101
626-229-3703
626-397-9174 fax

Ex Parte Notice: This office does not accept ex parte notice or any type of service via e-mail or telefax, without prior written agreement from Holstrom, Block & Parke, APLC. This e-mail is subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may be legally privileged. The information

COLA_001523

contained in this e-mail message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Holstrom, Block & Parke by telephone at 888-249-7560, and delete the original message. Thank You.

Ex Parte Notice: This office does not accept ex parte notice or any type of service via e-mail or telefax, without prior written agreement from Holstrom, Block & Parke, APLC. This e-mail is subject to the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521, and may be legally privileged. The information contained in this e-mail message is confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify Holstrom, Block & Parke by telephone at 888-249-7560, and delete the original message. Thank You.

COLA_001524