PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 9

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(2:17-CV-09193-FMO-E)

**PETERSON · BRADFORD · BURKWITZ**

# Defs.' Discovery Exhibit 10

Email dated Friday, June 3, 2016 2:30 PM

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

COLA_001525

| | |
|---|---|
| **From:** | Stephen Carey |
| **Sent:** | Friday, June 3, 2016 2:30 PM |
| **To:** | Rfunk@hbplaw.com; Lucy Ulikhanova |
| **Cc:** | Maral Helwajian |
| **Subject:** | Lucy Ulikhanova set on hearing on 6/9/16 |

I'm writing to notice you that DCFS has requested a hearing to address two issues: (1) the court issue a temporary order restraining the mother from the Paternal Aunt, her family members living at her residence, her residence, and her business, and (2) the Court order **P.G.** be vaccinated so she can attend school.

**The hearing has been scheduled for 6/9/16 to coincide with the already calendared 6/9/16 MSC hearing.**

Steve Carey
Dependency Investigator
County of Los Angeles
Department of Children and Family Services
532 E. Colorado Blvd.
Pasadena, CA 91101
(626) 229-3676 desk
(213) 703-9483 cell
(626) 397-9162 fax
careys@dcfs.lacounty.gov

1