PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 10

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(2:17-CV-09193-FMO-E)

PETERSON · BRADFORD · BURKWITZ

# Defs.' Discovery Exhibit 32

Email chain from June 3 and 4, 2016

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

COLA_002005

| | |
|---|---|
| **From:** | edwart4re@gmail.com |
| **Sent:** | Saturday, June 4, 2016 3:41 PM |
| **To:** | 'Lucy Ulikhanova' |
| **Cc:** | Rfunk@hbplaw.com; Maral Helwajian; sarinanan@clcla.org; 'Patricia Peyser'; newbam3@hotmail.com; 'Attorney Henry Lee & kurtrussle For Chachoua'; 'Jay Newman'; dereume@gmail.com; 'gordonstrange'; donaldlscoggins@ca.rr.com; 'Greg torrez L. Torres'; Rubinar@sbcglobal.net; 'julius POTOCZKI'; 'Ann Boroch'; 'Rachel Raymond'; 'Rebecca Fearing'; 'cathy'; clcpa1222@aol.com; 'Paul Wong' |
| **Subject:** | RE: VACCINES Re: Lucy Ulikhanova set on hearing on 6/9/16 |

Lucy I have ASKED YOU SEVERAL TIMES AND ASKING AGAIN ,stop sending me emails,
I PAID$3,500.00 TO YOUR ATTORNEY FOR AN AGREEMENT SIGNED BY YOU THAT YOU WILL NOT SENDING ME GARBAGE  EMAILS .
So STOP CC ME ANY EMAILS.
Thank you

---

**From:** Lucy Ulikhanova [mailto:agentnova@yahoo.com]
**Sent:** Saturday, June 04, 2016 12:35 PM
**To:** Stephen Carey
**Cc:** Rfunk@hbplaw.com; Maral Helwajian; sarinanan@clcla.org  **P.G.**  Dcfs Attorney; Patricia Peyser; newbam3@hotmail.com; Attorney Henry Lee & kurtrussle For Chachoua; Jay Newman; dereume@gmail.com; gordonstrange; donaldlscoggins@ca.rr.com; Greg torrez L. Torres; Rubinar@sbcglobal.net; 'julius POTOCZKI'; Ann Boroch; Rachel Raymond; Rebecca Fearing; cathy; clcpa1222@aol.com; Paul Wong
**Subject:** VACCINES Re: Lucy Ulikhanova set on hearing on 6/9/16

Dear Dcfs Carrie , I read you're email below
This whole thing is To push  upon my child vaccines !
My father was a alternative healthcare leader pioneer in this country!  I will not vaccinate her with the junk ingredient vaccines to which you do not even understand what is in them ,!
you will not force vaccination upon my child! Against our religious views against our choice to alternative health care !
I Have CCed Dr Sam Chachoua in this email , I have also CCed Paul Wong from Chinesse Energetics I will ask him to forward this to Amma Karunamayi  who is A world wide known humanitarian considered a Deity in the country of India .
So she can know what is going on here as an update from our conversation in person together .
she had me give a speech at the Pasadena Scottish Rite Cathedral  about these issues
I have also ccd dr Sam Chachoua
just appeared on the bill Maher show. January 2016
 His vaccines are different yet the ones here are junk.
**P.G.**   She will go to a homeschool center that is my decision!

You know that this subject  touched  close to me , you know my father was a pioneer leader in alternative healthcare in this country , to attempt this what she's not even legal age to go to school and is not in jurisdiction shows you are antagonist .

There are support groups teams out there thousands of mothers father's against this ,
My father healed children who were sick on vaccines suffered side effects and autism .

I myself my brother brought me up on vaccines by my mother we didn't know at the time the ingredients . I have nothing but Heath  issues allergic reactions  once my father I switched me to an organic lifestyle those started fade,

You will not force vaccination on my child!
 I will be the decider of that and what vaccine it will be .
Plan is to hold her long enough so that you could say you have a reason to vaccinate her first vaccine is on her this was the plan from the very beginning.
To try to make an example out of me who was the daughter of one of the leading pioneers and alternative healthcare in this country who did nothing but good for thousands and thousands of people around the world how dare you!
Go to
St. Mark's school how to investigate and do your job competently,  inStead of attacking me with interviews with bias people cause you know you guys screwed up
You will find at that school there was a child who had whopping cough he infected other children and he was vaccinated !
check the facts !
That would linger on surfaces for approximately 2 to 4 to 6 weeks.
 P.G.   Who was not vaccinated with whooping cough vaccine ,caught a cough that lasted about a month that was very light when I took her to urgent care they checked her and  went away after month with ionic silver and breathing in ionic silver with vapor water.
I Have CCed the founder and the inventor of ionic silver in this email jay newman you have questions you could ask him he was friends of my father they were in business.

Vaccines will not be forced upon her end of story!


Lucy Ulikhanova

Sent from my iPhone

On Jun 3, 2016, at 2:29 PM, Stephen Carey <careys@dcfs.lacounty.gov> wrote:


> I'm writing to notice you that DCFS has requested a hearing to address two issues:  (1) the court issue a temporary order restraining the mother from the Paternal Aunt, her family members living at her residence, her residence, and her business, and (2) the Court order  P.G.   be vaccinated so she can attend school.
>
> **The hearing has been scheduled for 6/9/16 to coincide with the already calendared 6/9/16 MSC hearing.**
>
> Steve Carey
> Dependency Investigator
> County of Los Angeles
> Department of Children and Family Services
> 532 E. Colorado Blvd.
> Pasadena, CA 91101
> (626) 229-3676 desk
> (213) 703-9483 cell
> (626) 397-9162 fax
> careys@dcfs.lacounty.gov

2