# **EXHIBIT 2**

# Ryan A. Graham

| | |
|---|---|
| **From:** | Liana Serobian <l.serobian@yahoo.com> |
| **Sent:** | Wednesday, May 22, 2019 11:54 PM |
| **To:** | Ryan A. Graham |
| **Cc:** | Avi Burkwitz; Lynda Kerekesh; Lilliana Rosales |
| **Subject:** | Re: Ulikhanova v. County, Opp. to Plaintiffs' MSJ |
| **Attachments:** | JOINT_APPENDIX_FACTS_2019.05.07--FINAL.docx |
| | |
| **Categories:** | Opposing Counsel |

Dear Mr. Graham,


Plaintiffs will be using the same evidence provided to you on May 7, 2019, with the ones from the juvenile file filed sealed, and here is the statement of your facts. Thanks, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.


On Wednesday, May 22, 2019 11:39 PM, Liana Serobian <l.serobian@yahoo.com> wrote:


Dear Mr. Graham,


I have no idea what you want to insert and where as the what you wish to call and what these things are called in your opposition are not the same. I also refuse to do your portion of the work. Mine is a regular word document and I don't understand what you mean to say you can't work with it. The versions are the same, regardless, please insert what you need to insert in my Motion for Summary Judgment attached herein, which is a regular word document, and send it to me tomorrow for review and signature by 5 p.m. Otherwise, I will attach what you send to me titled as Opposition.docs as appendix. I will not do your work. Thank you, Liana Serobian.

1

001

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Sunday, May 19, 2019 11:59 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian:

Please see attached for the materials in opposition to your MSJ.

1. With regard to the separate statement, see attached.

2. With regard to the joint brief: Working with your documents was ***impossible***. I can't keep track of what draft you're in, and I can't keep track of how many changes you're making to the documents. I cannot overstate how disruptive your insistence on using non-editable PDFs has been in this process. You did the same thing when we asked for a word document of one of your complaints earlier in the case—for the joint brief process, however, a word document simply isn't a luxury. It's a necessity.

In any case, please see attached for our opposition, and please closely follow these directions with respect to where to place our sections, which I'll just denote with the D.__ roman heading.

D.I.—please insert after your introduction, immediately before your "relevant background facts."
D.II.—please insert after your "relevant background facts," immediately before your "applicable federal and state rules of law"
D.III.—please insert after your "standard of review," immediately before your "argument"
D.IV.—please insert after your V.A., but immediately before V.B.
D.V., D.VI., D.VII.—please insert after your V.B, immediately before your V.C.
D.VIII., please insert after your V.D., immediately before your V.E.
D.IX., D.X.—please insert after your V.E.

3. Our evidence is limited—all we have is one declaration (mine) and six exhibits. All are attached.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229

Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.