Liana Serobian, Esq. (SBN 235466)
Serobian Law, Inc.
100 N. Brand Blvd., Suite 600
Glendale, CA 91203
(818) 539-2249
L.Serobian@yahoo.com


Attorneys for Plaintiffs, Ulikhanova and Minor P.G.


# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA, *ET AL.*,, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, ET AL., <br><br> Defendant | **Case No. 2:17-CV-9193-FMO-E** <br> **Hon. Fernando M. Olguin (Dist. Judge)** <br> **Hon. Charles F. Eick (Mag. Judge)** <br><br> DECLARATION OF LIANA SEROBIAN IN SUPPORT OF THE PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT (MSJ) AND MOTION TO STRIKE THE DEFENDANTS' MSJ AND OPPOSITION AS UNTIMELY AND IN VIOLATION OF THE STANDING ORDER DOCKET NO. 19 <br><br> HEARING DATE: JUNE 20, 2019 <br> COMPLAINT FILED: DECEMBER 23, 2017 <br> FAC FILED: APRIL 19, 2018 <br> SAC FILED: MAY 18, 2018 <br> TAC FILED: JULY 2, 2018 |

DECLARATION OF LIANA SEROBIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT AND IN OPPOSITION OF THE DEFENDANTS' MSJ AND OPPOSITION
PAGE | 1

## **DECLARATION OF LIANA SEROBIAN, ESQ.**

1. I, Liana Serobian, am the attorney representing in the above-mentioned matter, Lucy Ulikhanova and Minor P.G.;

2. In compliance with the Standing Order of the Judge Fernando Olguin, Docket No. 19, as related to the Summary Judgment Motions, counsels for the parties, Liana Serobian for Plaintiffs and Ryan Graham for Defendants, met and conferred on the Joint Motion for Summary Judgment on April 18, 2019, at the office of the Peterson, Bradford, and Burkwitz. The mutual understanding at the conclusion of the meet and confer was to comply with the court's standing order, which orders the parties to file joint brief, joint evidentiary appendix, and joint appendix of disputed and undisputed facts. (Dock. 19, pp. 1-3.) Counsel for Defendants suggested emailing the clerk of the court to find out the page limitations with regard to the Joint Brief, since each party was filing a Motion for Summary Judgement. (Dock. 19, pp. 1-2.)

3. On April 19, 2019, counsel for the Defendants, Ryan Graham, emailed Clerk of Judge Fernando Olguin, Ms. Vanessa Figueroa, to ask about the page limits of the Joint Brief as both parties intended to file Summary

Judgment Motions. Ms. Figueroa kindly responded the same day as follows: "Per chambers:  they can file two separate joint briefs - one for each party, which should give them the number of pages needed. Perhaps they can rely on the same joint appendix and SUF." (Ex. A.)

4. There were several email exchanges between Mr. Ryan Graham and the undersigned that followed that are attached herein as Exhibit B, starting from April 25 to April 26, 2019. These email exchanges show that Mr. Ryan Graham emailed a draft Joint Brief on April 25, 2019, however, later stated that on April 26, 2019, when the undersigned indicated that she was going to email her Joint Brief, as follows: "Dear Ms. Serobian: That's actually ok. We hustled to get a draft out by last night—with the religious holidays and other pressing cases, it's been a very busy week on our end, so we actually would appreciate a few more days to finalize ours as well. Would you be amenable to stipulating to extending our deadlines to trade drafts to Monday? You can have until Monday to send us your draft—and then we can send you a new draft on Monday. Every other deadlines would remain the same (so opposing sections would be due two weeks from last yesterday)." The undersigned agreed to the extension to Monday, April 29, 2019. (Ex. B.)

DECLARATION OF LIANA SEROBIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT AND IN OPPOSITION OF THE DEFENDANTS' MSJ AND OPPOSITION
PAGE | 3

5.  On April 29, 2019, the Mr. Graham send undersigned the Defendants' Joint Brief and Joint Appendix of Undisputed Facts. The undersigned also emailed Plaintiffs' Joint Brief, which did not include the complete facts section as the Defendants' Deposition transcripts were still missing and were in the Defendants' possession. That day, the undersigned also emailed Mr. Graham to find out if the Defendants finally signed their deposition transcripts and if these could be emailed to the undersigned to include in the facts portion of the Joint Brief. (Ex. C.) On April 30, 2019, Mr. Graham send the undersigned a link to the joint evidentiary appendix that had Defendants' depositions. (Ex. C.)

6.  On May 1, 2019, Mr. Graham emailed the undersigned the following: "Dear Ms. Serobian: The depositions for Plaintiffs are exhibits 44 and 47. We cannot begin our opposition until we have a finished product with the separate statement. We don't want to risk the Court deciding the MSJs without having all of Plaintiff's facts in your motion, so I think it's in everyone's best interest if you have the time you need to put everything together before we start opposing. Rather than going back and forth, let's stipulate to a final schedule. Let me know if you would be willing to agree to this, which would give us until next Tuesday to work out our

motions, and we would still get 11 days to work on our oppositions. May 7, 2019, by 6pm: Each of the moving parties email their MSJs to the opposing parties (including the joint brief, joint evidentiary appendices, and separate statements). This will be the final versions—no more extensions. May 18, 2019, by 6pm: Opposing parties return the MSJs to the moving parties with their opposing sections. The moving parties then each format their own MSJ materials for filing. May 21, 2019, by 6pm: Moving parties provide final copies of MSJs to opposing copies for signatures. May 22, 2019, by 6pm: Opposing parties return signed copies of MSJs to moving parties. May 23, 2019, by midnight: Moving parties file their MSJs.  Note that this is approximately the same as the Court' MSJ order—the only thing we're changing is that we're giving ourselves a little more time to write the motion, and cutting a little time out from the opposition time. The Court's MSJ order seemed to have padded extra time into the briefing schedule. Let me know if you're agreeable." (Ex. D.) Note, the undersigned did not ask for this extension and this was a sue sponte request by Mr. Graham. The undersigned agreed to this schedule.

7. On May 2, 2019, upon request for the undersigned for clarification regarding doing the appendix of evidence and statement of facts as joined, as ordered under Docket 19, Mr. Ryan Graham confirmed in relevant part: "The joint evidentiary appendix is not a document. It's a binder of evidence that we will put together and give to the Court. The documents are in the link sent to you earlier and are all of the evidence that has been disclosed/designated in discovery. If you are curious about what's in it, specifically, I suggest you cosnult [sic] the index that's beeen [sic] created, as it's too long to go over here. Given that we have a few extra days, we may re-number the exhibits so they're not so out of whack. Maybe we'll put the depositions as Exhibits 1, 2, 3, and 4, for example—instead of in the 40s. At any rate, yes, your exhibits are in there." (Ex. E.)

8. On May 6, 2019, the undersigned was finally able to open the link to the Joint Evidentiary Index due to the link not working, the undersigned objected to some of the materials Defendants included that was not provided in discovery. Mr. Graham at 6:38 p.m. that day sent an email remotely referencing Defendants' position that both the Joint Evidentiary Index and Statement of the Facts were to be a separate document

provided by each party on May 7, 2019. (Ex. F.) The Undersigned sent three follow up emails for clarification on May 6, 2019, but did not hear back from Mr. Graham. (Ex. F.)

9. On May 7, 2019, the undersigned called Mr. Graham three times in the morning of May 7, 2019, to finally speak with him about noon, at which time Mr. Graham confirmed in person that the Defendants' position was that, unlikely the joint documents called for in the Docket number 19, each party had to submit to each other separate brief, evidentiary appendix, and statement of facts on May 7, 2019.

10. On May 7, 2019, the undersigned emailed to the Defendants' counsels the Plaintiffs' Joint Motion for Summary Judgement, The Statement of Disputed/Undisputed Facts, And Joint Plaintiffs' Appendix in pdf format as Mr. Graham asked to prepare separate documents by each party. (Ex. G.)

11. On May 8, 2019, Mr. Ryan Graham send a link to a virtual location where he still had access to that included the Evidentiary Appendix, the Defendants' Summary Judgment Motion and Statement of Facts. The later two were also emailed in word. (Ex. H.)

12. When on May 9, 2019, the undersigned indicated to Mr. Graham that she needed a final product and that a link to a virtual location where Defendants could still make changes to was late and unacceptable, Mr. Ryan Graham emailed Defendants' Joint Motion for Summary Judgement, The Statement of Disputed/Undisputed Facts, And Joint Plaintiffs' Appendix. Within minutes, Mr. Graham asked the undersigned to continue to make changes to the Defendants' documents, including the brief, which the undersigned rejected and did not agree to further extensions. (Ex. I.)

13. On May 10, 2019, per Mr. Graham's request, the undersigned emailed to Mr. Ryan Graham a Microsoft Word version of the Plaintiffs' Motion for Summary Judgement and Statement of the Facts as both exported from PDF to ensure that identical documents were provided.

14. On May 18, 2019, per the deadline set by Mr. Ryan Graham, the undersigned emailed the Defendants' Motion for Summary Judgement Integrated with Plaintiffs' Opposition therein. Shortly after receipt of this email, Mr. Ryan Graham said that he could not work with either pdf or word document the undersigned had previously provided to him. The undersigned indicated that she just tried to work with both of her word

DECLARATION OF LIANA SEROBIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT AND IN OPPOSITION OF THE DEFENDANTS' MSJ AND OPPOSITION
PAGE | 8

documents, and they worked just fine. The undersigned questioned why Mr. Graham waited until past the deadline to inform the undersigned that he was having issues with the documents. The undersigned asked for Mr. Graham's work product in any format if his failure to provide a timely Opposition was indeed due to the word issues, however, none was provided by Mr. Graham that day. (Ex. J.)

15. On May 19, 2019, at 11:59 pm, Mr. Ryan Graham emailed the undersigned the Defendant's Opposition in a regular word document not on a pleading paper with no case identifying information. Then, Mr. Graham gave detailed instructions in his email as to where for the undersigned to copy and paste these 20 page, broker in many parts, into the Plaintiffs' Motion for Summary Judgement. Mr. Graham admitted that the numbering noted in his email was off and did not match the numbering in the Opposition attached. Notably, Mr. Graham had no problem providing an integrated Plaintiffs' Statement of Facts, which was prepared on the same word program on the undersigned's computer as the word documents sent to Mr. Graham on May 10 and 18, 2019. (Ex. K.)

16. The undersigned informed Mr. Graham that she refused to complete Mr. Graham's unfinished Opposition on Plaintiffs' time. The undersigned gave Mr. Graham time to do so until 5 p.m. of May 23, 2019, so that an integrated Plaintiffs' Motion for Summary Judgement would be filed with this Court. This was same deadline Mr. Graham had set for the undersigned. However, Mr. Graham did not do so and did not respond to the undersigned emails or telephone message on May 23, 2019, the deadline to file the Summary Judgement Motions. (Ex. L.)

17. As to the Defendants' Motion for Summary Judgement, on May 22, 2019, Mr. Graham emailed for undersigned's signature a substantially changed Defendants' Motion for Summary Judgement and asked undersigned to sign in. On May 23, 2019, the undersigned emailed Mr. Graham that she would not sign the substantially changed Defendants' Motion for Summary Judgement, and attached a screen shot of the Court's Docket 19, paragraph 9(D) on page 5 order, directing the moving parties not to make any changes to the document, but simply finalize it for filing. The Defendants' Motion for Summary Judgment was hence in violation of this order. The undersigned then emailed for Mr. Graham to attach the undersigned's declaration and attachments thereto to the

Defendants' Motion for Summary Judgment to explain the lack of signature.  However, Mr. Graham filed the Defendants' Motion for Summary Judgement on May 23, 2019, at 4:48 p.m, not waiting for the 5p.m. deadline set for the undersigned. (Ex. M.)

18. On May 22 and then May 23, 2019, the undersigned had an email and telephone (conversation on May 22 and message on May 23) meet and confer with Mr. Graham regarding the Plaintiffs' intend to file a Motion to Strike Defendants' Motions for Summary Judgement As Untimely per the stipulated deadlines Mr. Graham set and in violation of Standing Order 19, paragraph 9(D), page 5. The undersigned also indicated the Plaintiffs' planned to request the Court to Strike the Defendants' Opposition to the Plaintiffs' Motion for Summary Judgement again for being untimely and in violation of Standing Order 19, paragraph 9(C and D), page 5. (Ex. M.) Mr. Graham did not respond to the May 23, 2019, efforts to meet and confer.

19. Also on May 22, 2019, Plaintiffs had a meet and confer via a telephone conversation with Defendants regarding asking this Court to strike the Requests for Admissions that were the second of the two sets provided by the Defendants to Plaintiffs in the discovery process. While these were

DECLARATION OF LIANA SEROBIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT AND IN OPPOSITION OF THE DEFENDANTS' MSJ AND OPPOSITION
PAGE | 11

identical, the sets were renumbered and the same questioned moved around, resulting in undue burdensome and repetitive efforts by the Plaintiffs to answer over 100 discovery questions. The responses to the first set was provided to the Defendants in a timely manner in December 2018, when both Defendants Helwajian and Carey were defendants in the case. Plaintiffs believe that the first timely answered set should be deemed as answered for all Defendants and Defendants and their counsel should be sanctioned under 28 U.S. Code § 1927 for undue, repetitive, and burdensome discovery process and excessive litigation costs incurred by the Plaintiffs.

I declare under the penalty of perjury under the laws of the State of California, in Glendale, CA.


May 23, 2019                              /s/ Liana Serobian

                                          Liana Serobian
                                          Counsel for the Plaintiffs


DECLARATION OF LIANA SEROBIAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY
JUDGEMENT AND IN OPPOSITION OF THE DEFENDANTS' MSJ AND OPPOSITION
PAGE | 12

# PROOF OF SERVICE

STATE OF CALIFORNIA, County of Los Angeles:

LIANA SEROBIAN states: that I am and at all times herein mentioned have been a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen years and not a party the within action; that my business address is 100 North Brand Blvd., Suite 600, Glendale, County of Los Angeles, State of California.

That on the 23rd day of May 2019, I served the attached Declaration of Liana Serobian and Exhibits thereto upon the interested parties listed below by electronic service via email and mail addressed as follows:

•   Avi Burkwitz; Esq., ABurkwitz@pbbllp.com
    Ryan A. Graham, Esq., rgraham@bbllg.com
    PETERSON · BRADFORD · BURKWITZ
    100 North First Street, Suite 300
    Burbank, California 91502

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of May 2019, at Glendale, California.

/s/ Liana Serobian
LIANA SEROBIAN, ESQ.

| **Subject:** | Re: Ulikhanova v. County, MSJ Page Limit Question |
| --- | --- |
| **From:** | Vanessa_Figueroa@cacd.uscourts.gov (Vanessa_Figueroa@cacd.uscourts.gov) |
| **To:** | rgraham@pbbllp.com; |
| **Cc:** | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; l.serobian@yahoo.com; |
| **Date:** | Friday, April 19, 2019 1:37 PM |

Per chambers: they can file two separate joint briefs - one for each party, which should give them the number of pages needed. Perhaps they can rely on the same joint appendix and SUF.



VANESSA FIGUEROA
COURTROOM DEPUTY
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
350 West 1st Street STE 4311 Room 4176
Los Angeles CA, 90012-4565
Office: 213-894-0215    Fax: 213-894-0249
Email: vanessa_figueroa@cacd.uscourts.gov

From:    "Ryan A. Graham" <rgraham@pbbllp.com>
To:    "Vanessa_Figueroa@cacd.uscourts.gov" <Vanessa_Figueroa@cacd.uscourts.gov>
Cc:    Liana Serobian <l.serobian@yahoo.com>, Avi Burkwitz <ABurkwitz@pbbllp.com>, Lynda Kerekesh <LKerekesh@pbbllp.com>, "Lilliana Rosales" <lrosales@pbbllp.com>
Date:    04/19/2019 12:53 PM
Subject:    Ulikhanova v. County, MSJ Page Limit Question

Dear Ms. Figueroa:

I represent the Defendants in *Lucy Ulikhanova, et al. v. County of Los Angeles, et al.* (17-CV-9193). Yesterday I met with Liana Serobian, counsel for Plaintiffs (copied), to confer on summary judgment in compliance with the Court's order (ECF No. 19). Both parties plan on filing summary judgment motions, which has raised some questions with respect to the page limits and the joint brief. We were hoping you could provide some clarification.

We noted that the Court has ordered us to file a single brief with all motions and opposition, but limited each party to 25 pages. If one party were filing a summary judgment motion, it seems clear that the moving party would get 25 pages for the motion, and the opposing party would get 25 pages for the opposing points. But if each party is filing a motion, it's less clear. For example, Defendants here are not clear whether they have (A) 25 pages to make their motion and another 25 page to oppose Plaintiffs' motion, or (B) a grand total of 25 pages to make their motion and to oppose Plaintiffs' motion.

Thank you for any clarification you might be able to provide.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

015

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

---

## Attachments

- Untitled2.jpeg (26.11KB)

| Subject: | Re: Plaintiff's MSJ |
| --- | --- |
| From: | Liana Serobian (l.serobian@yahoo.com) |
| To: | rgraham@pbbllp.com; |
| Cc: | ABurkwitz@pbbllp.com; |
| Date: | Friday, April 26, 2019 4:19 PM |

Dear Mr. Graham,

I'm agreeable. Works for me as well. Have a great weekend, Liana.

Sent from Yahoo Mail for iPhone

On Friday, April 26, 2019, 4:17 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian:

That's actually ok. We hustled to get a draft out by last night—with the religious holidays and other pressing cases, it's been a very busy week on our end, so we actually would appreciate a few more days to finalize ours as well. Would you be amenable to stipulating to extending our deadlines to trade drafts to Monday? You can have until Monday to send us your draft—and then we can send you a new draft on Monday. Every other deadlines would remain the same (so opposing sections would be due two weeks from last yesterday).

Let me know if you're agreeable.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

| Subject: | RE: Plaintiff's MSJ |
| --- | --- |
| From: | Ryan A. Graham (rgraham@pbbllp.com) |
| To: | l.serobian@yahoo.com; |
| Cc: | ABurkwitz@pbbllp.com; |
| Date: | Tuesday, April 30, 2019 3:11 PM |

Try this: https://pbbllp1-my.sharepoint.com/:f:/g/personal/rgraham_pbbllp1_onmicrosoft_com/Ehj1qgAJxDVOtx8sQavavh8BeH1JuzPsQ1zRObyyeY1PMg

Sincerely,

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300

Burbank, CA 91502

Tel. (818) 562-5800, ext. 229

Fax (818) 562-5810

rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Tuesday, April 30, 2019 1:52 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>

**Subject:** Re: Plaintiff's MSJ

Dear Mr. Graham,

I'm sorry, but got no link. Thank you

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Tuesday, April 30, 2019 1:50 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

And let me know that you can access that link I just sent.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Tuesday, April 30, 2019 1:46 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>

**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>
**Subject:** Re: Plaintiff's MSJ

Great, thank you so much! Did you include the depositions for Dr. Boxstein and the plaintiff in the joint appendix? Thank you, Liana.

<u>**Important Legal Notice:**</u> The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Tuesday, April 30, 2019 1:44 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

The stipulation says the copies can be used just the same as the originals. I usually just work from the digital copies myself. I'll send you a link to a OneDrive folder with the Defendants' depositions and the Joint Evidentiary Appendix for Defendants' MSJ momentarily.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

<u>E-MAIL CONFIDENTIALITY NOTICE:</u> THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Tuesday, April 30, 2019 1:28 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>
**Subject:** Re: Plaintiff's MSJ

Dear Mr. Graham,

Thank you so much! I did note in the accompanying email that the statement of facts is not yet complete and largely due to waiting on signed depositions from your clients. I believe per the stip for those depositing, the completed and signed transcripts were to be sent to me, is that correct? Did your office send it to me? Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Monday, April 29, 2019 11:58 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

See attached for ours. I noticed yours doesn't have a separate statement, though.

Regarding signatures for the depositions—Maral let me know that there are no changes to hers. But the timelines to make changes has lapsed, so both can be considered final.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Monday, April 29, 2019 5:16 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>
**Subject:** Re: Plaintiff's MSJ

Dear Mr. Graham,

Here is my first draft Summary Judgement Motion. I just need to do the tables and the facts and citations thereto. Thank you, Liana.

**<u>Important Legal Notice:</u>** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Monday, April 29, 2019 10:49 AM, Liana Serobian <l.serobian@yahoo.com> wrote:

Dear Mr. Graham,

Did the defendants sign their deposition transcripts and are those available to you or sent back to me so that we can attach to the joint exhibits? Thank you so much, Liana.

**<u>Important Legal Notice:</u>** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Friday, April 26, 2019 4:19 PM, Liana Serobian <l.serobian@yahoo.com> wrote:

Dear Mr. Graham,

I'm agreeable. Works for me as well. Have a great weekend, Liana.

Sent from Yahoo Mail for iPhone

On Friday, April 26, 2019, 4:17 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:
    Dear Ms. Serobian:

    That's actually ok. We hustled to get a draft out by last night—with the religious holidays and other pressing cases, it's been a very busy week on our end, so we actually would appreciate a few more days to finalize ours as well. Would you be amenable to stipulating to extending our deadlines to trade drafts to Monday? You can have until Monday to send us your draft—and then we can send you a new draft on Monday. Every other deadlines would remain the same (so opposing sections would be due two

weeks from last yesterday).

Let me know if you're agreeable.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE
AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE
INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM
DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF YOU ARE NOT
THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU
IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND
THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S). IF YOU ARE NOT THE
INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE,
DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR
ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Friday, April 26, 2019 4:06 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>
**Subject:** Re: Plaintiff's MSJ

Dear Mr. Graham,

I'm finishing it and will email by tonight a draft. Or early tomorrow morning. Hope this
would be ok? Thank you, Liana.

Sent from Yahoo Mail for iPhone

On Friday, April 26, 2019, 4:02 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian,

We haven't received a copy of your MSJ yet—would you mind sending it along?

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502

023

Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL
MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF
THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT
FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU
ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN
ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER
BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY
ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY
PROHIBITED.

EXHIBIT D
024

| Subject: | RE: Plaintiff's MSJ |
|----------|---------------------|
| **From:** | Ryan A. Graham (rgraham@pbbllp.com) |
| **To:** | l.serobian@yahoo.com; |
| **Cc:** | ABurkwitz@pbbllp.com; |
| **Date:** | Wednesday, May 1, 2019 6:49 PM |

Dear Ms. Serobian:

The depositions for Plaintiffs are exhibits 44 and 47. We cannot begin our opposition until we have a finished product with the separate statement. We don't want to risk the Court deciding the MSJs without having all of Plaintiff's facts in your motion, so I think it's in everyone's best interest if you have the time you need to put everything together before we start opposing. Rather than going back and forth, let's stipulate to a final schedule. Let me know if you would be willing to agree to this, which would give us until next Tuesday to work out our motions, and we would still get 11 days to work on our oppositions.

May 7, 2019, by 6pm: Each of the moving parties email their MSJs to the opposing parties (including the joint brief, joint evidentiary appendices, and separate statements). This will be the final versions—no more extensions.

May 18, 2019, by 6pm: Opposing parties return the MSJs to the moving parties with their opposing sections. The moving parties then each format their own MSJ materials for filing.

May 21, 2019, by 6pm: Moving parties provide final copies of MSJs to opposing copies for signatures.

May 22, 2019, by 6pm: Opposing parties return signed copies of MSJs to moving parties.

May 23, 2019, by midnight: Moving parties file their MSJs.

Note that this is approximately the same as the Court' MSJ order—the only thing we're changing is that we're giving ourselves a little more time to write the motion, and cutting a little time out from the opposition time. The Court's MSJ order seemed to have padded extra time into the briefing schedule.

Sincerely,

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300

Burbank, CA 91502

Tel. (818) 562-5800, ext. 229

Fax (818) 562-5810

| Subject: | Re: Plaintiff's MSJ |
|---|---|
| **From:** | Liana Serobian (l.serobian@yahoo.com) |
| **To:** | rgraham@pbbllp.com; |
| **Cc:** | ABurkwitz@pbbllp.com; |
| **Date:** | Thursday, May 2, 2019 12:58 PM |

Awesome, thanks so much for explaining!

Sent from Yahoo Mail for iPhone

On Thursday, May 2, 2019, 12:55 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian:

When I say "separate statement" I refer to what the Court calls a "Joint Appendix of Undisputed and Disputed Facts," which the Court instructs must be captioned as a "Statement of Uncontroverted Facts." (ECF No. 19, ¶ 7.) This is a *separate* document from the memorandum (*i.e.*, joint brief) referred to in ¶ 1 of the MSJ order. The memorandum/joint brief should also have a statement of facts, but I suppose there's no law that says you have to—although I've never seen an MSJ without one. This would leave us as the only ones presenting facts in the motion—and I doubt you would want this.

The point of a separate statement is to provide a place for us to object to respond to your evidence. We cannot do this unless you actually create a separate statement—for obvious reasons, we can't just insert opposing evidence into the joint brief itself.

The joint _evidentiary_ appendix is not a document. It's a binder of evidence that we will put together and give to the Court. The documents are in the link sent to you earlier and are all of the evidence that has been disclosed/designated in discovery. If you are curious about what's in it, specifically, I suggest you cosnult the index that's beeen created, as it's too long to go over here. Given that we have a few extra days, we may re-number the exhibits so they're not so out of whack. Maybe we'll put the depositions as Exhibits 1, 2, 3, and 4, for example—instead of in the 40s. At any rate, yes, your exhibits are in there.

I realize that this is your first MSJ, so I would recommend consulting the Rutter Guide on this subject. It is very useful and is something that our office uses routinely when faced with unfamiliar situations.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

| Subject: | Fw: Plaintiff's MSJ |
|---|---|
| From: | Liana Serobian (l.serobian@yahoo.com) |
| To: | rgraham@pbbllp.com; |
| Date: | Monday, May 6, 2019 7:18 PM |

FYI

Dear Mr. Graham,

In this email you wrote on May 2, 2019, the following "The joint _evidentiary_ appendix is not a document. It's a binder of evidence that we will put together and give to the Court. The documents are in the link sent to you earlier and are all of the evidence that has been disclosed/designated in discovery. If you are curious about what's in it, specifically, I suggest you cosnult the index that's beeen created, as it's too long to go over here. Given that we have a few extra days, we may re-number the exhibits so they're not so out of whack. Maybe we'll put the depositions as Exhibits 1, 2, 3, and 4, for example—instead of in the 40s. At any rate, yes, your exhibits are in there."

Hence, my understanding that the joint appendix in the link we use together. My question is the following: the numerous emails you included there, example, Ex 17, did you ever give it to me in discovery? Or put it in other way, is everything you included there shared with me through discovery?

I request that the family court and criminal court orders I shared with you be included in this joint appendix, everything not shared with me be removed, and it be renumbered as follows:

Category 1: all juvenile court minute orders, DCFS reports filed therein, application for the warrant, family court and criminal orders, etc,

Catergory 2: all depositions and exhibits therein;

Category 3: all other evidence obtained in discovery and shared with the other party. I'll make a sample list and email.

Thank you, Liana.


Sent from Yahoo Mail for iPhone


Begin forwarded message:

On Thursday, May 2, 2019, 12:55 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian:

When I say "separate statement" I refer to what the Court calls a "Joint Appendix of Undisputed and Disputed Facts," which the Court instructs must be captioned as a "Statement of Uncontroverted Facts." (ECF No. 19, ¶ 7.) This is a _separate_ document from the memorandum (_i.e._, joint brief) referred to in ¶ 1 of the MSJ order. The memorandum/joint brief should also

| Subject: | Re: Plaintiff's MSJ |
|---|---|
| From: | Liana Serobian (l.serobian@yahoo.com) |
| To: | aburkwitz@pbbllp.com; rgraham@pbbllp.com; |
| Date: | Tuesday, May 7, 2019 10:48 PM |

 **PLAINTIFFS' JOINT EVIDENTIARY APPENDIX EXHIBITS 1 TO 41.pdf**
Pdf via Dropbox

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Tuesday, May 7, 2019 10:41 PM, Liana Serobian <l.serobian@yahoo.com> wrote:

Dear All,

Attached please find Plaintiffs' Joint Brief, Statement of Uncontroverted Facts, and Evidentiary Appendix (this is very large, I need to send it via Dropbox). Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain information belonging to the sender and are legally privileged as sender's work-product and/or attorney-client communication. This email and the information it contains are intended only for the use of the person or entity to which it is addressed. If you are not the intended recipient you are hereby notified that any use, disclosure, copying or distribution of this transmission is strictly prohibited. If you have received this email in error please notify the sender to arrange for its immediate destruction or return.

On Monday, May 6, 2019 9:31 PM, Liana Serobian <l.serobian@yahoo.com> wrote:

EXHIBIT E
028

| Subject: | RE: Plaintiff's MSJ |
| --- | --- |
| From: | Ryan A. Graham (rgraham@pbbllp.com) |
| To: | l.serobian@yahoo.com; ABurkwitz@pbbllp.com; |
| Date: | Wednesday, May 8, 2019 2:01 AM |

Thank you for sending this along. Here is ours: https://spaces.hightail.com/space/RmtWBzq2Hs

The password is: UK9183

The hightail storage locker also has the joint brief/facts as well.

**Sincerely,**

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300

Burbank, CA 91502

Tel. (818) 562-5800, ext. 229

Fax (818) 562-5810

rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY
ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT
IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR
EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE
INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE
IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY
ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT
ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY
ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Tuesday, May 7, 2019 10:42 PM
**To:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Ryan A. Graham <rgraham@pbbllp.com>

| Subject: | Re: Ulikhanova v. County, Evidence issues |
|---|---|
| From: | Liana Serobian (l.serobian@yahoo.com) |
| To: | rgraham@pbbllp.com; |
| Cc: | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; |
| Date: | Thursday, May 9, 2019 12:46 PM |

Dear Mr. Graham,
I do not want or need to make any changes to my pdf Motion for Summary
Judgment and do not want to stipulate to further extensions, and want the
Oppositions to be similarly in a separate pdf document. I emailed the
clerk to get an approval for this.

Your link to a virtual work in progress was untimely when sent and is not
acceptable. Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any use, disclosure,
copying or distribution of this transmission is strictly prohibited. If
you have received this email in error please notify the sender to arrange
for its immediate destruction or return.

On Thursday, May 9, 2019 12:36 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Very good. I think we have a compromise here. Misspellings, fixing case citations, reformatting headings,
etc., this stuff I think is OK. We also will need to number out separate statements with "P" and "D" in front of
them, per the MSJ order.

I sent you a link with our evidence because it was like 50mb and I didn't know if it's possible to email that
much data in one email. The link does have our motion and the separate statement. But I also emailed that.
The documents are the same in each location—I just wanted to make it easier for you to find. Some people
like email, some people like online storage.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

| | |
|---|---|
| **Subject:** | Re: Ulikhanova v. County, Evidence issues |
| **From:** | Liana Serobian (l.serobian@yahoo.com) |
| **To:** | rgraham@pbbllp.com; |
| **Cc:** | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; |
| **Date:** | Saturday, May 18, 2019 6:15 PM |

Hello Ryan,

I tried to make changes to that exported version and it works just fins
as a word document as it is saved as a word document, which is what you
wanted. Please then put your arguments together in a separate document
and email it to me now to show that you indeed did the work in a timely
fashion by the deadline that you outlined. Here is my original version,
which I hope is identical to the pdf I had sent to you. I don't know why
you couldn't tell me that you were trying to work with my document and
had issues with it only after you received mine by the deadline. Were you
waiting until the last second?

I consider any opposition untimely as you would have had to start working
on it earlier in time and would have known earlier in time that there are
issues, if any, with the document that is a regular word. You only
indicated after you got my timely Opposition. Again, I just trying to
make additions and changes to it, and it works just fine. You could have
always put it in a separate document as you wanted each other document to
be and emailed it to me in a timely manner. You knew I wanted separate
Opposition anyway. That was not done either. Any opposition provided is
untimely just like the unfinished Motion you send on May 9, 2019.

Thanks so much, Liana,

**Important Legal Notice:** The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any use, disclosure,
copying or distribution of this transmission is strictly prohibited. If
you have received this email in error please notify the sender to arrange
for its immediate destruction or return.

On Saturday, May 18, 2019 6:05 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Liana,

I'm trying to work with your word document, and I can't write in it because of the way you converted the PDF
to a word format instead of sending back the original Word document. Can you please just send me the
original Word document?

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


<u>E-MAIL CONFIDENTIALITY NOTICE:</u> THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY
ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT
IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR
EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE
INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE
IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY
ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT
ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY
ATTACHMENT(S) IS STRICTLY PROHIBITED.

---

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Saturday, May 18, 2019 6:02 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales
<lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Evidence issues

Hello,


Here is the brief with Plaintiffs' Opposition. Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying this email contain
information belonging to the sender and are legally privileged as sender's work-product and/or
attorney-client communication. This email and the information it contains are intended only for the
use of the person or entity to which it is addressed. If you are not the intended recipient you are
hereby notified that any use, disclosure, copying or distribution of this transmission is strictly
prohibited. If you have received this email in error please notify the sender to arrange for its
immediate destruction or return.



On Thursday, May 9, 2019 12:17 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:


See attached. Please send your late word versions. If they vary—by a single word—from the PDFs,
we'll go in front of the judge.

**Sincerely,**
**Ryan A. Graham, Esq.**

| Subject: | Ulikhanova v. County, Opp. to Plaintiffs' MSJ |
|----------|------------------------------------------------|
| **From:** | Ryan A. Graham (rgraham@pbbllp.com) |
| **To:** | l.serobian@yahoo.com; |
| **Cc:** | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; |
| **Date:** | Sunday, May 19, 2019 11:59 PM |

Dear Ms. Serobian:

Please see attached for the materials in opposition to your MSJ.

1. With regard to the separate statement, see attached.

2. With regard to the joint brief: Working with your documents was ***impossible***. I can't keep track of what draft you're in, and I can't keep track of how many changes you're making to the documents. I cannot overstate how disruptive your insistence on using non-editable PDFs has been in this process. You did the same thing when we asked for a word document of one of your complaints earlier in the case—for the joint brief process, however, a word document simply isn't a luxury. It's a necessity.

In any case, please see attached for our opposition, and please closely follow these directions with respect to where to place our sections, which I'll just denote with the D.__ roman heading.

D.I.—please insert after your introduction, immediately before your "relevant background facts."

D.II.—please insert after your "relevant background facts," immediately before your "applicable federal and state rules of law"

D.III.—please insert after your "standard of review," immediately before your "argument"

D.IV.—please insert after your V.A., but immediately before V.B.

D.V., D.VI., D.VII.—please insert after your V.B, immediately before V.C.

D.VIII., please insert after your V.D., immediately before V.E.

D.IX., D.X.—please insert after your V.E.

3. Our evidence is limited—all we have is one declaration (mine) and six exhibits. All are attached.

Sincerely,

**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**

100 North First Street, Suite 300

Burbank, CA 91502

Tel. (818) 562-5800, ext. 229

Fax (818) 562-5810

rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY
ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO
WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED,
CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE
LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN
ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY
E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION,
DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS
STRICTLY PROHIBITED.

## Attachments

- Ex_03.pdf (832.57KB)
- Ex_04.pdf (857.46KB)
- Ex_05.pdf (124.40KB)
- Ex_06.pdf (2.10MB)
- Graham_Declaration_in_Opp.pdf (140.96KB)
- Opposition.docx (53.11KB)
- PlaintiffsJoint_Appendix_Facts.docx (69.15KB)
- Ex_01.pdf (161.44KB)
- Ex_02.pdf (218.71KB)

| Subject: | Re: Ulikhanova v. County, Opp. to Plaintiffs' MSJ |
|----------|---------------------------------------------------|
| From:    | Liana Serobian (l.serobian@yahoo.com)             |
| To:      | rgraham@pbbllp.com;                               |
| Cc:      | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; |
| Date:    | Thursday, May 23, 2019 2:38 PM                    |

Dear Mr. Graham,

I just called your office and left a message for a meet and confer oral
conversation for the Plaintiffs' Exparte to Strike Defendants' MSJ and
Opposition to the Plaintiffs' MSJ for being untimely and also not in
compliance with the court's standing order Docket 19, at the minimum
paragraphs C and D. Please get back to me asap if you were actually going
to do the copy and paste of your Opposition into Plaintiffs' MSJ, which
you suggested that I use Plaintiffs' time to do for you. I can't image
why you would handwrite your opposition to our MSJ when your office has
all the tools and software necessary, such as microsoft word, to type up
your thoughts and then copy and paste, as you seemingly know that was
easy to do. Anyway, please let me know if you are sending me your
integrated Opposition in our MSJ and signature thereto, so I could file.
Otherwise, I will file your opposition as a draft opposition provided to
me on May 9, 2019. Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any use, disclosure,
copying or distribution of this transmission is strictly prohibited. If
you have received this email in error please notify the sender to arrange
for its immediate destruction or return.


On Thursday, May 23, 2019 1:44 PM, Liana Serobian <l.serobian@yahoo.com> wrote:


Dear Mr. Graham,

As to your MSJ: Please see attached screen shot of the Court's Standing Order Docket No. 19,
under D, p. 5, it says that moving party cannot make any changes to their Motion for Summary
Judgement, but only finalize it. You have made substantial changes in violation of the standing
order and I will not sign it. I will call you now to meet and confer that in addition to asking to Strike
Defendants Summary Judgement Motion as untimely, I will also ask to Strike It for failure to comply
with D page 5 of the Standing Order for making Substantial Changes To it, I will attach the Motion
you sent to me on May 9, 2019.

As to Plaintiffs' MSJ, similarly I'm bound by the same paragraph D not to make any changes to it,

but will attach your draft Opposition and email with instructions for me to complete your work since you didn't and it was 11:59 pm. You were simply avoiding being late anymore than you have been. I will also attach the emails where I did provide to you the word documents, but you simply did not work with them.

Then please let me know if you are not signing mine either so I could prepare to file it as noted above.

I'll call you shortly. Thanks, Liana.



Sent from Yahoo Mail for iPhone

On Thursday, May 23, 2019, 1:33 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Regarding our MSJ:
If you're going to withhold your signature because we added tables, fixed headings, or typos, *please let us know now* so that we can just file it without your signature. Our staff doesn't need to be here late if you're just going to play those kinds of games. This is a massive endeavor. Filing numerous exhibits, declarations, etc., as I'm sure you can imagine. Please don't wait until

the 11th hour if you know that, in the long run, what your plan is anyway. If you don't like the way your headings are and want to make a very minor change (the headings were very difficult), or if you want to change a simple citation, we don't care, just let us know and we'll change it. We're not the bad guys here. If you see a glaring typo in your parts, we'll change it for you.

Regarding your MSJ:
Please read paragraph 6 of my declaration opposing your MSJ. The reason I could not integrate the brief on my end is because you refused to provide a Word document. I pleaded with you, again and again, to just give us a word document. This process is not easy Liana. Rule 56 is demanding enough as it is—we know that, the Court knows that, you know that. I warned you that you would have _even more_ difficulties with this process if you insisted on using PDF. I was already up until 2am when I was working on the SS to your MSJ because I was typing up handwritten notes I had on your PDF'd version of that. I gave you instructions on how to integrate. It's a simple copy/paste job.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Thursday, May 23, 2019 12:36 PM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Opp. to Plaintiffs' MSJ

Dear Mr. Graham,

I'm talking about you not integrating your Opposition in the Plaintiffs's Motion for Summery Judgement and telling me to do it on your behalf at 11:59 pm. I'll forward that email. When I sent you back my Opposition, I had already integrated it in your brief. If you don't insert your Opposition in the Plaintiffs Motion to Dismiss, I will attach as a draft in the manner you provided it to me.

Please let me know when you'll send this for my review and if you need further clarification.

Further, I will object to any changes made to Defendants's Motion for Summary Judgement and additions there from the version you emailed me on May 9, 2019. I will review it to compare and let you know. I remember you did not have tables of authority or content at the minimum, and had some heading issues you wanted to correct. Thanks much, Liana

Sent from Yahoo Mail for iPhone

On Thursday, May 23, 2019, 12:29 PM, Ryan A. Graham <rgraham@pbbllp.com> wrote:

Dear Ms. Serobian:

I'm not sure what you're talking about. I sent you this email with the fully integrated joint brief for Defendants' motion yesterday at 7:18 p.m.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.

**From:** Liana Serobian <l.serobian@yahoo.com>
**Sent:** Thursday, May 23, 2019 10:55 AM
**To:** Ryan A. Graham <rgraham@pbbllp.com>
**Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales <lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Opp. to Plaintiffs' MSJ

Dear Mr. Graham,

To be clear as our emails might have intercepted, you were supposed to provide an integrated plaintiffs' summary judgment motion to me, as I did to you, but you did not. Instead, you send me a draft at 11:59 pm asking me to complete your work. I'm giving you a chance to complete your work belated and give it to me by 5 pm today, the deadline you set for me. If not, I will file with the court your draft Opposition as attachment. Thank you, Liana

Sent from Yahoo Mail for iPhone

On Thursday, May 23, 2019, 10:21 AM, Liana Serobian <l.serobian@yahoo.com> wrote:

> Dear Mr. Graham,
>
> I'm asking you to please insert where needed, as I did on my end. That's your job not mine. Also, your numbering is off and I'm confused what to put where. It's a regular word. Thank you, Liana.
>
>
> Sent from Yahoo Mail for iPhone
>
> On Thursday, May 23, 2019, 10:20 AM, Ryan A. Graham <rgraham@pbbllp.com> wrote:
>
>> Dear Ms. Serobian:
>>
>> Please send us the fully integrated joint brief and we will review and sign.
>>
>> **Sincerely,**
>> **Ryan A. Graham, Esq.**
>> **Peterson · Bradford · Burkwitz**
>> 100 North First Street, Suite 300
>> Burbank, CA 91502
>> Tel. (818) 562-5800, ext. 229
>> Fax (818) 562-5810
>> rgraham@pbbllp.com
>>
>>
>> <u>E-MAIL CONFIDENTIALITY NOTICE:</u> THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY ATTACHMENT(S). IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY PROHIBITED.
>>
>> ---
>>
>> **From:** Liana Serobian <l.serobian@yahoo.com>
>> **Sent:** Wednesday, May 22, 2019 11:39 PM
>> **To:** Ryan A. Graham <rgraham@pbbllp.com>
>> **Cc:** Avi Burkwitz <ABurkwitz@pbbllp.com>; Lynda

Kerekesh <LKerekesh@pbbllp.com>; Lilliana Rosales
<lrosales@pbbllp.com>
**Subject:** Re: Ulikhanova v. County, Opp. to Plaintiffs' MSJ

Dear Mr. Graham,


I have no idea what you want to insert and where as
the what you wish to call and what these things are
called in your opposition are not the same. I also
refuse to do your portion of the work. Mine is a regular
word document and I don't understand what you
mean to say you can't work with it. The versions are
the same, regardless, please insert what you need to
insert in my Motion for Summary Judgment attached
herein, which is a regular word document, and send it
to me tomorrow for review and signature by 5 p.m.
Otherwise, I will attach what you send to me titled as
Opposition.docs as appendix. I will not do your work.
Thank you, Liana Serobian.

**Important Legal Notice:** The content of and any
documents accompanying this email contain
information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-
client communication. This email and the information
it contains are intended only for the use of the person
or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any
use, disclosure, copying or distribution of this
transmission is strictly prohibited. If you have received
this email in error please notify the sender to arrange
for its immediate destruction or return.


On Sunday, May 19, 2019 11:59 PM, Ryan A. Graham
<rgraham@pbbllp.com> wrote:


Dear Ms. Serobian:

Please see attached for the materials in opposition to
your MSJ.

1. With regard to the separate statement, see
attached.

2. With regard to the joint brief: Working with your
documents was ***impossible***. I can't keep track of
what draft you're in, and I can't keep track of how
many changes you're making to the documents. I
cannot overstate how disruptive your insistence on

using non-editable PDFs has been in this process. You did the same thing when we asked for a word document of one of your complaints earlier in the case—for the joint brief process, however, a word document simply isn't a luxury. It's a necessity.

In any case, please see attached for our opposition, and please closely follow these directions with respect to where to place our sections, which I'll just denote with the D.___ roman heading.

D.I.—please insert after your introduction, immediately before your "relevant background facts." D.II.—please insert after your "relevant background facts," immediately before your "applicable federal and state rules of law" D.III.—please insert after your "standard of review," immediately before your "argument" D.IV.—please insert after your V.A., but immediately before V.B. D.V., D.VI., D.VII.—please insert after your V.B, immediately before V.C. D.VIII., please insert after your V.D., immediately before your V.E. D.IX., D.X.—please insert after your V.E.

3. Our evidence is limited—all we have is one declaration (mine) and six exhibits. All are attached.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com

E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN ADDRESSED TO YOU

041

IN ERROR, PLEASE IMMEDIATELY ALERT THE
SENDER BY REPLY E-MAIL AND THEN DELETE
THIS MESSAGE AND ANY ATTACHMENT(S).  IF
YOU ARE NOT THE INTENDED RECIPIENT, YOU
ARE HEREBY NOTIFIED THAT ANY USE,
DISSEMINATION, DISTRIBUTION OR COPYING OF
THIS COMMUNICATION OR ANY ATTACHMENT(S)
IS STRICTLY PROHIBITED.


Dear Ms. Serobian:

Please see attached for the final version of Defendants' summary judgment motion
with your integrated opposition. Please sign the document and return it to us by the
close of business tomorrow—please note that the close of our business is 5:00 p.m.
I look forward to receiving yours as well. Thank you very much.

**Sincerely,**
**Ryan A. Graham, Esq.**
**Peterson · Bradford · Burkwitz**
100 North First Street, Suite 300
Burbank, CA 91502
Tel. (818) 562-5800, ext. 229
Fax (818) 562-5810
rgraham@pbbllp.com


E-MAIL CONFIDENTIALITY NOTICE: THE CONTENTS OF THIS E-MAIL
MESSAGE AND ANY ATTACHMENTS ARE INTENDED ONLY FOR THE USE OF
THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT
FROM DISCLOSURE UNDER APPLICABLE FEDERAL OR STATE LAW.  IF YOU
ARE NOT THE INTENDED RECIPIENT, OR THIS MESSAGE HAS BEEN
ADDRESSED TO YOU IN ERROR, PLEASE IMMEDIATELY ALERT THE SENDER
BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE AND ANY
ATTACHMENT(S).  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE
HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR
COPYING OF THIS COMMUNICATION OR ANY ATTACHMENT(S) IS STRICTLY
PROHIBITED.

| Subject: | Re: Ulikhanova v. County, Opp. to Plaintiffs' MSJ |
| --- | --- |
| From: | Liana Serobian (l.serobian@yahoo.com) |
| To: | rgraham@pbbllp.com; |
| Cc: | ABurkwitz@pbbllp.com; LKerekesh@pbbllp.com; lrosales@pbbllp.com; |
| Date: | Thursday, May 23, 2019 4:55 PM |

Dear Mr. Graham,

Please file this Declaration from me in support of me not signing your
motion. I note that you did not wait until 5 pm, the deadline you set for
me to send you documents, before filing your motion. I will attach the
exhibits in a separate email. Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the
intended recipient you are hereby notified that any use, disclosure,
copying or distribution of this transmission is strictly prohibited. If
you have received this email in error please notify the sender to arrange
for its immediate destruction or return.


On Thursday, May 23, 2019 2:38 PM, Liana Serobian <l.serobian@yahoo.com> wrote:


Dear Mr. Graham,

I just called your office and left a message for a meet and confer oral
conversation for the Plaintiffs' Exparte to Strike Defendants' MSJ and
Opposition to the Plaintiffs' MSJ for being untimely and also not in
compliance with the court's standing order Docket 19, at the minimum
paragraphs C and D. Please get back to me asap if you were actually going
to do the copy and paste of your Opposition into Plaintiffs' MSJ, which
you suggested that I use Plaintiffs' time to do for you. I can't image
why you would handwrite your opposition to our MSJ when your office has
all the tools and software necessary, such as microsoft word, to type up
your thoughts and then copy and paste, as you seemingly know that was
easy to do. Anyway, please let me know if you are sending me your
integrated Opposition in our MSJ and signature thereto, so I could file.
Otherwise, I will file your opposition as a draft opposition provided to
me on May 9, 2019. Thank you, Liana.

**Important Legal Notice:** The content of and any documents accompanying
this email contain information belonging to the sender and are legally
privileged as sender's work-product and/or attorney-client communication.
This email and the information it contains are intended only for the use
of the person or entity to which it is addressed. If you are not the