Liana Serobian, Esq. (SBN 235466)
Serobian Law, Inc.
100 N. Brand Blvd., Suite 600
Glendale, CA 91203
(818) 539-2249
L.Serobian@yahoo.com

Attorneys for Plaintiffs, Ulikhanova and Minor P.G.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA, *ET AL.*,,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>Defendant | **Case No. 2:17-CV-9193-FMO-E**<br>**Hon. Fernando M. Olguin (Dist. Judge)**<br>**Hon. Charles F. Eick (Mag. Judge)**<br><br>[PROPOSED] JUDGEMENT<br><br>COMPLAINT FILED: DECEMBER 23, 2017<br>FAC FILED: APRIL 19, 2018<br>SAC FILED: MAY 18, 2018<br>TAC FILED: JULY 2, 2018 |

PLEASE TAKE NOTICE:

On _____, 2019, this Court granted the motion for summary judgment by Plaintiffs Lucy Ulikhanova and Minor P.G. and having ordered entry

[PROPOSED] JUDGEMENT
PAGE | 1

of judgment as requested in the motion, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

Plaintiffs Lucy Ulikhanova and P.G. ("Plaintiffs") shall recover as proven at the trial of this matter, and Defendants Maral Helwajian and Stephen Carey shall pay Plaintiffs actual, punitive, and any other appropriate damages, and the costs of suit.

DATED: May __, 2019  Honorable Fernando M. Olguin,

United States District Judge