1

2
Liana Serobian, Esq. (SBN 235466)
Serobian Law, Inc.

3
100 N. Brand Blvd., Suite 600

4
Glendale, CA 91203
(818) 539-2249

5
L.Serobian@yahoo.com

6

7
Attorneys for Plaintiffs, Ulikhanova and Minor P.G.

8

9

10
### UNITED STATES DISTRICT COURT

11
### CENTRAL DISTRICT OF CALIFORNIA

12
| | |
|---|---|
| LUCY ULIKHANOVA, *ET AL.*,, | **Case No. 2:17-CV-9193-FMO-E** |
| | **Hon. Fernando M. Olguin (Dist. Judge)** |
| Plaintiffs, | **Hon. Charles F. Eick (Mag. Judge)** |
| vs. | |
| | PLAINTIFFS' EXHIBITS IN SUPPORT OF SUMMARY JUDGEMENT MOTION ARE BEING FILED SEPARATELY DUE TO ITS LARGE SIZE IN SUPPORT OF DOCKET NUMBER 92 |
| COUNTY OF LOS ANGELES, ET AL., | |
| Defendant | |
| | COMPLAINT FILED: DECEMBER 23, 2017 |
| | FAC FILED: APRIL 19, 2018 |
| | SAC FILED: MAY 18, 2018 |
| | TAC FILED: JULY 2, 2018 |

26
PLEASE TAKE NOTICE:

27

28
PLAINTIFFS' EXHIBITS 1-41, WHERE UNSEALED, IN SUPPORT OF SUMMARY JUDGEMENT MOTION
DOCKET NO. 92
PAGE | 1

1

2

3

Due to the large size of the exhibits, Plaintiffs have been unable to

attach these to the main filing Docket number 92, in support of the Plaintiffs'

4   Motion for Summary Judgement.

5

6

7

8

Therefore, Plaintiffs respectfully request to file this Exhibits in 4 parts

to allow for a timely and successful transmission through on-line filing system.

9

10

11

12

13

14

15

DATED: May 23, 2019                    /s/ Liana Serobian

Counsel for the Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' EXHIBITS 1-41, WHERE UNSEALED, IN SUPPORT OF SUMMARY JUDGEMENT MOTION
DOCKET NO. 92
PAGE | 2