Serobian Law, Inc.
Plaintiffs' Exhibits 13 to 24

# JOINT EVIDENTIARY

# APPENDIX

# EXHIBIT 13
Filed Under Seal Per
Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

# <u>JOINT EVIDENTIARY</u>

# <u>APPENDIX</u>

# <u>EXHIBIT 14</u>
# Filed Under Seal Per
# Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

FL-340

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ronald B. Funk                                    185896<br>LAW OFFICE OF RONALD B. FUNK<br>555 Corporate Dr., Suite 150<br>Ladera Ranch, CA 92694<br>TELEPHONE NO. (949) 216-7174  FAX NO. (Optional) (949) 613-5504<br>E-MAIL ADDRESS (Optional): ron@funkfamilylaw.com<br>ATTORNEY FOR (Name): LUCY ULIKHANOVA | **CONFORMED COPY**<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>DEC 18 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By: Oscar Chavez, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central District

PETITIONER/PLAINTIFF: LUCY ULIKHANOVA

RESPONDENT/DEFENDANT: BRIAN A. GARCIA

OTHER PARTY:

| FINDINGS AND ORDER AFTER HEARING | CASE NUMBER:<br>BD 582295 |
|---|---|

1. This proceeding was heard
   on (date): October 7, 2014   at (time): 1:30 p.m.   in Dept.: CE87   Room:
   by Judge (name): Holly J. Fujie   ☐ Temporary Judge
   On the order to show cause, notice of motion or request for order filed (date): 5/30/14   by (name): LUCY ULIKHANOV☒

   a. ☑ Petitioner/plaintiff present      ☑ Attorney present (name): Ronald B. Funk
   b. ☑ Respondent/defendant present   ☑ Attorney present (name): Steven R. Stolar
   c. ☐ Other party present             ☐ Attorney present (name):

**THE COURT ORDERS**

2. Custody and visitation/parenting time:   As attached ☑   ☐ Other   ☐ Not applicable
3. Child support:   As attached ☐   on form FL-342 ☐   ☐ Other   ☐ Not applicable
4. Spousal or family support:   As attached ☐   on form FL-343 ☐   ☐ Other   ☐ Not applicable
5. Property orders:   As attached ☐   on form FL-344 ☐   ☐ Other   ☐ Not applicable
6. Attorney's fees:   As attached ☐   on form FL-346 ☐   ☐ Other   ☐ Not applicable
7. Other orders:   ☑ As attached   ☐ Not applicable
8. All other issues are reserved until further order of court.
9. ☐ This matter is continued for further hearing on (date):   at (time):   in Dept.:
   on the following issues:

*12/18/14*

Date: November 7, 2014                                    ▶   **HOLLY J. FUJIE**
Approved as conforming to court order.                        JUDICIAL OFFICER

▶
_____
SIGNATURE OF ATTORNEY FOR   ☐ PETITIONER / PLAINTIFF   ☐ RESPONDENT/DEFENDANT   ☐ OTHER PARTY

Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-340 (Rev. January 1, 2012)   **FINDINGS AND ORDER AFTER HEARING**<br>(Family Law—Custody and Support—Uniform Parentage)   Page 1 of 1<br>www.courts.ca.gov<br>www.CalCourtForms.com

COLA_000132

ULIKHANOVA v. GARCIA                          Case No. : BD582295

On October 7, 2014, the Ex Parte Request for Order filed by Petitioner, LUCY ULIKHANOVA, on May 30, 2014 came on regularly for hearing.

Both parties having the opportunity to present evidence and testimony, the Court made the following Findings and Orders:

FINDINGS

1.    The Court did not find the evidence presented by Respondent regarding the incident at McDonald's to be credible. Mr. Chicas' testimony did not make sense.

2.    The testimony of Respondent that he and the minor child were not in bed overnight alone does not seem credible. The testimony of Respondent's father, Frank Garcia, was that the door to the bedroom shared by Respondent and the minor child was always closed and often locked.

3.    The statements made by the minor child to Dr. Reinhart are not the type of statements you would expect a child to make.

4.    The Court found as excusable the delay between the time Petitioner noticed the change in the minor child's behavior and the comments made by the minor child regarding the "pink flashlight".

5.    The Court did not find credible Respondent's statements regarding the "pink flashlight" referring to glow sticks. The child specifically referred to the "pink flashlight" being "in Daddy's pants."

6.    The minor child had the capacity to make the statements regarding sexual abuse, and the Court believes it was something that actually happened to her.

7.    The fact that the minor child felt affection for Respondent is not indicative of whether sexual abuse took place.

8.    The Court finds that sexual abuse of the minor child did occur.

2

FINDINGS AND ORDER AFTER HEARING

COLA_000133

ULIKHANOVA v. GARCIA                                    Case No.: BD582295

9.      Respondent's father is not an appropriate visitation monitor, because the Court believes he truly does not see that there is a problem.

ORDERS

1.      All visitation between Respondent and the minor child shall be monitored until further order.

2.      The monitoring shall be by a professional monitor/supervisor, to a maximum of six (6) hours per week. Any fees for the professional monitor shall be paid for by Respondent.

3.      Petitioner maintains sole legal and sole physical custody.

3

FINDINGS AND ORDER AFTER HEARING

COLA_000134

**DV-130** | **Restraining Order After Hearing**
**(Order of Protection)**

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Los Angeles

MAR 26 2014

John A. Clarke, Executive Officer/Clerk
By: _Oscar R. Chavez_, Deputy

**(1) Name of Protected Person:** _Lucy Ulikhanova_

Your lawyer in this case (if you have one):
Name: _Robert K Holmes_ State Bar No.: _66218_
Firm Name: _Holmes & Holmes Attorney_
Address (If you have a lawyer for this case, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, give a different mailing address instead. You do not have to give your telephone, fax, or e-mail.):
Address: _111 North Blvd Suite 400_
City: _Glendale_ State: _CA_ Zip: _91202_
Telephone: _(818) 241-8500_ Fax:
E-Mail Address:

Fill in court name and street address:
Superior Court of California, County of
**LOS ANGELES SUPERIOR COURT**
**DEPARTMENT 87, ROOM 830**
**111 NORTH HILL STREET**
**LOS ANGELES, CALIFORNIA 90012**

**(2) Name of Restrained Person:** _Brian A. Garcia_

Fill in case number:
Case Number: _BD 582295_

Description of restrained person:
Sex: ☒ M ☐ F Height: _5'11"_ Weight: _150_ Hair Color: _Blond_ Eye Color: _Blue_
Race: _White_ Age: _34_ Date of Birth: _2-7-1979_
Mailing Address (if known):
City: State: Zip:
Relationship to protected person: _Spouse_

**(3) ☒ Additional Protected Persons**
In addition to the person named in ①, the following persons are protected by orders as indicated in item ⑥ and ⑦ (family or household members):

| Full name | Relationship to person in ① | Sex | Age |
|---|---|---|---|
| _Penelope E. Garcia_ | _Daughter_ | _F_ | _3_ |

☐ Check here if there are additional protected persons. List them on an attached sheet of paper and write, "DV-130, Additional Protected Persons" as a title.

**(4) Expiration Date**
The orders, except as noted below, end on
(date): _3-26-2015_ at (time): ☐ a.m. ☐ p.m. or ☒ midnight

- If no date is written, the restraining order ends three years after the date of the hearing in item ⑤(a).
- If no time is written, the restraining order ends at midnight on the expiration date.
- Note: Custody, visitation, child support, and spousal support orders remain in effect after the restraining order ends. Custody, visitation and child support orders usually end when the child is 18.
- The court orders are on pages 2, 3, 4 and 5 and attachment pages (if any).

**This order complies with VAWA and shall be enforced throughout the United States. See page 5.**

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Family Code, § 6200 et seq.
Approved by DOJ

**Restraining Order After Hearing (CLETS—OAH)**
**(Order of Protection)**
**(Domestic Violence Prevention)**

DV-130, Page 1 of 6

COLA_000135

Case Number: _____

**(5) Hearings**                                            **HOLLY J. FUJIE**
a. The hearing was on *(date):* _3.26.14_ with *(name of judicial officer):* _____
b. These people were at the hearing *(check all that apply):*
☑ The person in ①     ☐ The lawyer for the person in ① *(name):* _ROBERT K. HOLMES_
☒ The person in ②     ☐ The lawyer for the person in ② *(name):* _____
c. ☐ The people in ① and ② must **return to court** on *(date):* _____
at *(time):* _____     ☐ a.m. ☐ p.m.   to review *(specify issues):* _____

_____
_____

## To the person in ②

The court has granted the orders checked below. Item ⑨ is also an order. If you do not obey
these orders, you can be arrested and charged with a crime. You may be sent to jail for up to one
year, pay a fine of up to $1,000, or both.

**(6) ☒ Personal Conduct Orders**
a. The person in ② must **not** do the following things to the protected people in ① and ③:
☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal
property, disturb the peace, keep under surveillance, or block movements.
☒ Contact, either directly or indirectly, by any means, including, but not limited to, by telephone, mail,
e-mail or other electronic means.
☒ Take any action, directly or through others, to obtain the addresses or locations of any protected persons.
*(If this item is not checked, the court has found good cause not to make this order.)*
b. Peaceful written contact through a lawyer or process server or another person as needed to serve legal
paper is allowed and does not violate this order.
c. ☐ Exceptions: Brief and peaceful contact with the person in ①, and peaceful contact with children in ③,
as required for court-ordered visitation of children, is allowed unless a criminal protective order says
otherwise.

**(7) ☒ Stay-Away Order**
a. The person in ② must stay at least *(specify):* _100_ yards away from:
☒ The person in ①          ☐ School of person in ①
☒ The persons in ③         ☒ The children's school or child care
☒ Home of person in ①      ☐ Other *(specify):* _____
☒ The job or workplace of person in ①   _____
☒ Vehicle of person in ①
b. ☐ Exceptions: Brief and peaceful contact with the person in ① and peaceful contact with children in ③
as required for court-ordered visitation of children, is allowed unless a criminal protective order says
otherwise.

**(8) ☐ Move-Out Order**
The person in ② must move out immediately from *(address):* _____

## This is a Court Order.

COLA_000136

Case Number:

**(9) No Guns or Other Firearms or Ammunition**

    a.  The person in ② cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

    b.  The person in ② must:
- Sell to a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms within his or her immediate possession or control. This must be done within 24 hours of being served with this order.
- File a receipt with the court within 48 hours of receiving this order that proves guns have been turned in or sold. *(Form DV-800,* Proof of Firearms Turned In or Sold, *may be used for the receipt.)*

    c.  ☐ The court has received information that the person in ② owns or possesses a firearm.

**(10) ☑ Record Unlawful Communications**

The person in ① has the right to record communications made by the person in ② that violate the judge's orders.

**(11) ☐ Animals: Possession and Stay-Away**

The person in ① is given the sole possession, care, and control of the animals listed below. The person in ② must stay at least _____ yards away from and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of the following animals: _____

**(12) ☐ Child Custody and Visitation**

Child custody and visitation are ordered on the attached Form DV-140, *Child Custody and Visitation Order* or *(specify other form):* _____

**(13) ☐ Child Support**

Child support is ordered on the attached Form FL-342, *Child Support Information and Order Attachment* or *(specify other form):* _____

**(14) ☐ Property Control**

Only the person in ① can use, control, and possess the following property: _____

**(15) ☐ Debt Payment**

The person in ② must make these payments until this order ends:

| Pay to: | For: | Amount: $ | Due date: |
|---|---|---|---|
| Pay to: | For: | Amount: $ | Due date: |
| Pay to: | For: | Amount: $ | Due date: |

    ☐ *Check here if more payments ordered. Attach a sheet of paper and write, "DV-130, Debt Payments" as a title.*

**(16) ☐ Property Restraint**

The ☐ person in ①   ☐ person in ② must not transfer, borrow against, sell, hide, or get rid of or destroy any property, including animals, except in the usual course of business or for necessities of life. In addition, the person must notify the other of any new or big expenses and explain them to the court. *(The person in ② cannot contact the person in ① if the court has made a "Personal Conduct" order.)*

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this order.

**This is a Court Order.**

COLA_000137

Case Number:

(17) ☐ **Spousal Support**
Spousal support is ordered on the attached Form FL-343, *Spousal, Partner, or Family Support Order Attachment* or *(specify other form):* _____

(18) ☐ **Lawyer's Fees and Costs**
The person in (2) must pay the following lawyer's fees and costs:
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

(19) ☐ **Payments for Costs and Services**
The person in (2) must pay the following:
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
☐ *Check here if more payments ordered. Attach a sheet of paper and write,"DV-130, Payments for Costs and Services" as a title.*

(20) ☐ **Batterer Intervention Program**
The person in (2) must go to and pay for a 52-week batterer intervention program and show written proof of completion to the court. This program must be approved by the probation department.

(21) ☐ **Other Orders**
Other orders *(specify):* _____

(22) **No Fee to Serve (Notify) Restrained Person**
If the sheriff or marshal serves this order, he or she will do it for free.

(23) **Service**
a. ☒ The people in (1) and (2) were at the hearing or agreed in writing to this order. No other proof of service is needed.
b. ☐ The person in (1) was at the hearing. The person in (2) was not.
   (1) ☐ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are the same as in Form DV-110 except for the end date. The person in (2) must be served. This order can be served by mail.
   (2) ☐ Proof of service of Form DV-109 and Form DV-110 (if issued) was presented to the court. The judge's orders in this form are different from the orders in Form DV-110, or Form DV-110 was not issued. Someone—not the people in (1) or (3)—must personally "serve" a copy of this order to the person in (2).

(24) ☒ **Criminal Protective Order**
a. ☐ Form CR-160, *Criminal Protective Order—Domestic Violence,* is in effect.
Case Number: _____ County: _____ Expiration Date: _____
*(If more orders, list them on extra sheet of paper and write, "DV-130, Other Criminal Protective Orders" as a title.)*
b. ☒ No information has been provided to the judge about a criminal protective order.

**This is a Court Order.**

COLA_000138

Case Number:

㉕ ☒ **Attached pages are orders.**
- Number of pages attached to this six-page form: ___2___
- All of the attached pages are part of this order.
- Attachments include *(check all that apply):*
  ☒ DV-140   ☐ DV-145   ☐ DV-150   ☐ FL-342   ☐ FL-343
  ☐ Other *(specify):* _____

Date: ___MAR 2 6 2014___

*Judge (or Judicial Officer)*     HOLLY J. FUJIE

---

### Certificate of Compliance With VAWA

This restraining (protective) order meets all "full faith and credit" requirements of the Violence Against Women Act, 18 U.S.C. § 2265 (1994) (VAWA) upon notice of the restrained person. This court has jurisdiction over the parties and the subject matter; the restrained person has been or will be afforded notice and a timely opportunity to be heard as provided by the laws of this jurisdiction. This order is valid and entitled to enforcement in each jurisdiction throughout the 50 states of the United States, the District of Columbia, all tribal lands, and all U.S. territories, commonwealths, and possessions and shall be enforced as if it were an order of that jurisdiction.

---

### Warnings and Notices to the Restrained Person in ❷

## If you do not obey this order, you can be arrested and charged with a crime.
- If you do not obey this order, you can go to jail or prison and/or pay a fine.
- It is a felony to take or hide a child in violation of this order.
- If you travel to another state or to tribal lands or make the protected person do so, with the intention of disobeying this order, you can be charged with a federal crime.

## You cannot have guns, firearms, and/or ammunition.



You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, and/or ammunition while the order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to a law enforcement agency any guns or other firearms that you have or control. The judge will ask you for proof that you did so. If you do not obey this order, you can be charged with a crime. Federal law says you cannot have guns or ammunition while the order is in effect.

---

### Instructions for Law Enforcement

## Start Date and End Date of Orders
The orders *start* on the earlier of the following dates:
- The hearing date in item ⑤(a) on page 2 or
- The date next to the judge's signature on this page.

The orders *end* on the expiration date in item ④ on page 1. If no date is listed, they end three years from the hearing date.

---

### This is a Court Order.

---

Revised January 1, 2012     **Restraining Order After Hearing (CLETS—OAH)**
(Order of Protection)
(Domestic Violence Prevention)     DV-130, Page 5 of 6
 →

COLA_000139



Case Number:

## Arrest Required If Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed the order, the officer must arrest the restrained person. (Penal Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6.

## Notice/Proof of Service

Law enforcement must first determine if the restrained person had notice of the orders. If notice cannot be verified, the restrained person must be advised of the terms of the orders. If the restrained person then fails to obey the orders, the officer must enforce them. (Family Code, § 6383.)

Consider the restrained person "served" (noticed) if:

- The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
- The restrained person was at the restraining order hearing or was informed of the order by an officer. (Fam. Code, § 6383; Pen. Code, § 836(c)(2).) An officer can obtain information about the contents of the order in the Domestic Violence Restraining Orders System (DVROS). (Fam. Code, § 6381(b)(c).)

## If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, the orders remain in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, §13710(b).)

## Child Custody and Visitation

- The custody and visitation orders are on Form DV-140, items ③ and ④. They are sometimes also written on additional pages or referenced in DV-140 or other orders that are not part of the restraining order.
- Forms DV-100 and DV-105 are not orders. Do not enforce them.

## Enforcing the Restraining Order in California

Any law enforcement officer in California who receives, sees, or verifies the orders on a paper copy, the California Law Enforcement Telecommunications System (CLETS), or in an NCIC Protection Order File must enforce the orders.

## Conflicting Orders

A protective order issued in a criminal case on Form CR-160 takes precedence in enforcement over any conflicting civil court order. (Pen. Code, § 136.2(e)(2).) Any nonconflicting terms of the civil restraining order remain in full force. An emergency protective order (Form EPO-001) that is in effect between the same parties and is more restrictive than other restraining orders takes precedence over all other restraining orders. (Pen. Code, § 136.2.)

---

*(Clerk will fill out this part.)*

—Clerk's Certificate—

Clerk, certify that this *Restraining Order After Hearing (Order of Protection)* is a true and correct copy of the original on file in the court.
[seal]

Date: ___MAR 2 6 2014___ Clerk, by _____, Deputy

**This is a Court Order.**

COLA_000140

| **DV-140** | **Child Custody and Visitation Order** | Case Number: *80582295* |
|---|---|---|

This form is attached to (check one): ☐ DV-110  ☒ DV-130

(1) **Name of Protected Person:** *Lucy Ulikhanova*  ☒ Mom  ☐ Dad  ☐ Other*

(2) **Other Parent's Name:** *Brian Haran*  ☐ Mom  ☒ Dad  ☐ Other*

   \* If Other, specify relationship to child: _____

## The Court Orders:

(3) ☒ **Child Custody** is ordered as follows:

**Legal Custody to:** (Person who makes decisions about health, education. Check at least one.)

**Physical Custody to:** (Person the child lives with. Check at least one.)

| Child's Name | Date of Birth | Mom | Dad | Other* | Mom | Dad | Other* |
|---|---|---|---|---|---|---|---|
| a. *Penelopy* | 11/5/10 | ☒ | ☐ | ☐ | ☒ | ☐ | ☐ |
| b. _____ | ____ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| c. _____ | ____ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

☐ If more children, check here. Attach a sheet of paper and write "DV-140, Child Custody" for a title.

\* If Other, specify relationship to child and name of person: _____

(4) ☒ **Child Visitation** is ordered as follows:

a. ☐ No visitation to  ☐ Mom  ☐ Dad  ☐ Other (name): _____

b. ☐ See the attached _____ - page document, dated: _____

c. ☐ The parties must go to mediation at: _____

d. ☒ Until the next court order, visitation for ☐ Mom  ☒ Dad  ☐ Other (name): _____ will be:

  (1) ☒ **Weekends** (starting): *3/29/14* (The 1st weekend of the month is the 1st weekend with a Saturday.)

    ☒ 1st  ☒ 2nd  ☒ 3rd  ☒ 4th  ☒ 5th weekend of month *from 3-7 pm*

    from *Sat 9am/pm* and ☐ a.m. ☐ p.m. to *Sundays* at *5 pm* ☐ a.m. ☐ p.m.
        (day of week)   (time)         (day of week)   (time)

  (2) ☐ **Weekdays** (starting): _____

    from _____ at _____ ☐ a.m. ☐ p.m. to _____ at _____ ☐ a.m. ☐ p.m.
        (day of week)   (time)         (day of week)   (time)

  (3) ☐ **Other Visitation**

    Check here and attach a sheet of paper if there are other visitation days and times, like holidays, birthdays, sports events. List dates and times. Write "DV-140, Other Visitation" for a title.

    *Grace Period of 15 minutes.*

(5) ☐ **Supervised Visitation or Exchange**

Visits and/or exchanges of children are supervised as specified on Form DV-150, Supervised Visitation and Exchange Order.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Rev. January 1, 2012, Mandatory Form
Family Code, §§ 3020, 3022, 3040–3043, 3100, 6340,7604

**Child Custody and Visitation Order**
**(Domestic Violence Prevention)**

DV-140, Page 1 of 2

COLA_000141

| Case Number: |
| --- |

**(6)** ☒ **Responsibility for Transportation for Visitation**

"Responsibility for transportation" means the parent will take or pick up the child or make arrangements for someone else to do so.

a. ☒ Mom ☐ Dad ☐ Other *(name):* _____ **take children to** the visits.

b. ☒ Mom ☐ Dad ☐ Other *(name):* _____ **pick up children from** the visits.

c. ☒ Drop-off / pick-up of children will be at *(address):*

~~McDonald & Glen Oaks + Wester i Glendale~~

**(7)** ☐ **Travel with Children**

☐ Mom ☐ Dad ☐ Other *(name):* _____ *must* have written permission from the other parent, or a court order, to take the children outside of:

a. ☐ The State of California

b. ☐ The United States of America

c. ☐ Other place(s) *(list):* _____

**(8)** ☐ **Child Abduction**

There is a risk that one of the parents will take the children out of California without the other parent's permission. ☐ The orders in Form DV-145, *Order: No Travel with Children,* are attached and must be obeyed. *(Fill out and attach Form DV-145 to this form.)*

**(9)** ☐ **Other Orders**

*Check here and attach any other orders to this form. Write "DV-140, Other Orders" as a title.*

**(10)** **Jurisdiction**

This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with § 3400).

**(11)** **Notice and Opportunity to Be Heard**

The responding party was given reasonable notice and an opportunity to be heard as provided by the laws of the State of California.

**(12)** **Country of Habitual Residence**

The country of habitual residence of the child or children in this case is ☒ The United States of America or ☐ Other *(specify):* _____

**(13)** **Penalties for Violating This Order**

If you violate this order, you may be subject to civil or criminal penalties, or both.

**(14)** **Duration of Child Custody, Visitation, and Support Orders**

If this form is attached to Form DV-130 *(Restraining Order After Hearing),* the custody and visitation orders in this form remain in effect after the restraining orders on Form DV-130 end.

**This is a Court Order.**

**Child Custody and Visitation Order**
**(Domestic Violence Prevention)**

COLA_000142

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 15
Filed Under Seal Per Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 16

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

P 1)

EXHIBIT B

5



EXHIBIT 5
L. Ulikhanova
3/14/2019
Elizabeth Schmidt
CSR#13598

From: Lucy Ulikhanova agentnova@yahoo.com
Subject: Second email warning to stephen Carey ! Vaccine in April 2016
Fwd: Waiver Vaccine
Date: Apr 27, 2018 at 5:38:57 PM
To: Liana Serobian l.serobian@yahoo.com

Sent from my iPhone

Begin forwarded message:

From: Lucy Ulikhanova <agentnova@yahoo.com>
Date: April 6, 2016 at 8:31:58 PM PDT
To: Stephen Carey <careys@dcfs.lacounty.gov>
Cc: Ronald Funk Attorney <Rfunk@hbplaw.com>, Rachel Raymond <rachelrraymond@gmail.com>
Subject: Waiver Vaccine

Don't know why if it's any use but here's a vaccine waiver I signed when I took Penelopy to
pre k
Saint Marks private  school .



181897290...55-141.pdf
128 KB

Sent from my iPhone

Oct.01.2014   09:15 AM                          8182412258                          PAGE.  2/ 2

STATE OF CALIFORNIA
HEALTH AND HUMAN SERVICES AGENCY                                          CALIFORNIA DEPARTMENT OF SOCIAL SERVICES
                                                                          COMMUNITY CARE LICENSING

# PHYSICIAN'S REPORT—CHILD CARE CENTERS
(CHILD'S PRE-ADMISSION HEALTH EVALUATION)

## PART A – PARENT'S CONSENT (TO BE COMPLETED BY PARENT)

Penelopy Estella Garcia _____ born ___ 11-5-10 _____ is being studied for readiness to enter
(NAME OF CHILD)                (BIRTH DATE)

St Mark's Day School _____ This Child Care Center/School provides a program which extends from ____ :
(NAME OF CHILD CARE CENTER/SCHOOL)

a.m./p.m. to ____ a.m./p.m. , _____ days a week.

Please provide a report on above-named child using the form below. I hereby authorize release of medical information contained in this
report to the above-named Child Care Center.

_____                                     S 23-2014
(SIGNATURE OF PARENT, GUARDIAN, OR CHILD'S AUTHORIZED REPRESENTATIVE)        (TODAY'S DATE)

## PART B – PHYSICIAN'S REPORT (TO BE COMPLETED BY PHYSICIAN)

Problems of which you should be aware:

Hearing:                                            Allergies-medicine:

Vision:                                             (Insect Stings):

Developmental:                                      Food:

Language/Speech:                                    Asthma:

Dental:

Other (include behavioral disorders):

Comments/Explanations:

MEDICATION PRESCRIBED/SPECIAL ROUTINES/RESTRICTIONS FOR THIS CHILD:

## IMMUNIZATION HISTORY:  (Fill out or enclose California Immunization Record, PM-298.)

| VACCINE | | 1st | 2nd | 3rd | 4th | 5th |
|---|---|---|---|---|---|---|
| POLIO (OPV OR IPV) | | / | / | / | / | / |
| DPT/DTP/ DT/Td | (DIPHTHERIA, TATANUS AND (ACELLULAR) PERTUSSIS OR TETANUS AND DIPHTHERIA ONLY) | / | / | / | / | / |
| MMR | (MEASLES, MUMPS, AND RUBELLA) | / | / | / | / | / |
| HIB MENINGITIS | (REQUIRED FOR CHILD CARE ONLY) (HAEMOPHILUS B) | / | / | / | / | / |
| HEPATITIS B | | / | / | / | / | / |
| VARICELLA | (CHICKENPOX) | / | / | / | / | / |

SCREENING OF TB RISK FACTORS (listing on reverse side)

☒ Risk factors not present; TB skin test not required.

☐ Risk factors present; Mantoux TB skin test performed (unless
previous positive skin test documented).
Communicable TB disease not present.

I have ☒ have not ☐ reviewed the above information with the parent/guardian.

Physician:         BURBANK PEDIATRICS           Date of Physical Exam:      9-12-13
Address:           1411 NORTH HOLLYWOOD WAY     Date This Form Completed:   10-1-14
Telephone:         BURBANK, CA 91505-1826       Signature
                   818 841 9990                 Physician / ☐ Nurse Practitioner

LIC 701 (8/02) (Confidential)                                              PAGE 1 OF 2

10/01/2014  14:00 Burbank Pediatrics Medical            (FAX)818 972 9067             P.001/003

**Refusal to Vaccinate**

Child's Name: _Penelopy Estelle Garcia_ Child's ID # _963086_
Parent's/Guardian's Name: _Lucy Ulykhanova_
My child's doctor/nurse, _Dr. Boxstein_ has advised me that my child (named above)
should receive the following vaccines:

| Recommended | | Declined |
|---|---|---|
| ☐ | Hepatitis B vaccine | ☑ |
| ☐ | Diphtheria, tetanus, acellular pertussis (DTaP or Tdap) vaccine | ☑ |
| ☐ | Diphtheria tetanus (DT or Td) vaccine | ☑ |
| ☐ | *Haemophilus influenzae* type b (Hib) vaccine | ☑ |
| ☐ | Pneumococcal conjugate vaccine | ☑ |
| ☐ | Inactivated poliovirus vaccine (IPV) | ☑ |
| ☐ | Measles-mumps-rubella-varicella (MMRV) vaccine | ☑ |
| ☐ | Measles-mumps-rubella (MMR) vaccine | ☑ |
| ☐ | Varicella (chickenpox) vaccine | ☑ |
| ☐ | Influenza (flu) vaccine | ☑ |
| ☐ | Meningococcal vaccine | ☑ |
| ☐ | Hepatitis A vaccine | ☑ |
| ☐ | Rotavirus vaccine | ☑ |
| ☐ | Other | ☑ |

I have read the Vaccine Information Sheet(s) from the Centers for Disease Control and Prevention explaining the
vaccine(s) and the disease(s) they prevent. I have had the opportunity to discuss these with my child's doctor or nurse,
who has answered all of my questions regarding the recommended vaccine(s). I understand the following:

- The purpose of and the need for the recommended vaccine(s)
- The risks and benefits of the recommended vaccine(s)
- If my child does not receive the vaccine(s), the consequences may include:
  - contracting the illness the vaccine should prevent (the outcomes of these illnesses may include one or
    more of the following: pneumonia, illness requiring hospitalization, death, brain damage, meningitis,
    seizures, and deafness. Other severe and permanent effects from these vaccine-preventable diseases
    are possible as well)
  - transmitting the disease to others
  - requiring my child to stay out of child care or school during disease outbreaks
- My child's doctor or nurse, the American Academy of Pediatrics, the American Academy of Family
  Physicians, and the Centers for Disease Control and Prevention all strongly recommend that these vaccines be
  given according to recommendations

Nevertheless, I have decided at this time to decline the vaccine(s) recommended for my child, as indicated above, by
checking the appropriate box under the column titled "declined."

I know that failure to follow the recommendations about vaccination may endanger the health or life of my child and
others with which my child might come into contact.

I know that I may re-address this issue with my child's doctor or nurse at any time and that I may change my mind and
accept vaccination for my child anytime in the future.

I acknowledge that I have read this document in its entirety and fully understand it.
Parent/Guardian Signature _[signature]_ Date _11-13-12_
Witness _[signature]_ Date _11-13-12_
I have had the opportunity to re-discuss my decision not to vaccinate my child and still decline the
recommended immunizations.
Parent's initials_____ Date _____ Parent's initials _____ Date _____
Parent's initials_____ Date _____ Parent's initials _____ Date _____

HE0342  Copyright©2006  9-80

American Academy
of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN™



Oct.01.2014  09:15 AM                                    8182412258                          PAGE.  1/ 2

State of California—Health and Human Services Agency                          California Department of Public Health



# PERSONAL BELIEFS EXEMPTION TO REQUIRED IMMUNIZATIONS   CDPH

| STUDENT NAME (LAST, FIRST, MIDDLE) | GENDER | BIRTHDATE MONTH DAY YEAR | TELEPHONE NUMBER |
|---|---|---|---|
| GARCIA Gokie  Penelope | ☐ M ☐ F | 11 25 2010 | 310 975-4240 |
| PARENT/GUARDIAN – NAME | | ADDRESS | |
| Lucy Dikranon | | 1429 N Columbus Ave Glendale 91202 | |

## A.  AUTHORIZED HEALTH CARE PRACTITIONER LICENSED IN CALIFORNIA – FILL OUT THIS SECTION

I am a (check one): ☐ M.D./D.O.   ☐ Nurse Practitioner   ☐ Physician Assistant   ☐ Naturopathic Doctor   ☐ Credentialed School Nurse

Provision of Information: I have provided the parent or guardian of the student named above, the adult who has assumed responsibility for the care and custody of the student, or the student if an emancipated minor, with information regarding 1) the benefits and risks of immunization and 2) the health risks to the student and to the community of the communicable diseases for which immunization is required in California (immunizations listed in Table below).

Signature of authorized health care practitioner

Practitioner name: BURBANK PEDIATRICS
1411 NORTH HOLLYWOOD WAY
BURBANK, CA 91505-1826

Date - within 6 months before entry to child care or school

## B.  PARENT OR GUARDIAN – FILL OUT THESE SECTIONS

I. Check one of the boxes below:

☑ Receipt of Information: I have received information provided by an authorized health care practitioner regarding 1) the benefits and risks of immunization and 2) the health risks to the student named above and to the community of the communicable diseases for which immunization is required in California (immunizations listed in Table below).

☐ Religious beliefs: I am a member of a religion which prohibits me from seeking medical advice or treatment from authorized health care practitioners. (Signature of a health care practitioner not required in Part A.)

Signature of parent or guardian                                     Date - within 6 months before entry to child care or school
                                                                    Sep 25 - 2014

II. AFFIDAVIT

Immunizations already received: I have provided the child care or school with a record of all immunizations the student has received that are required for admission (California Health and Safety Code §120365).

Immunizations for which exemption is requested: An unimmunized student and the student's contacts at school and home are at greater risk of becoming ill with a vaccine-preventable disease. I understand that an unimmunized student may be excluded from attending school or child care during an outbreak of, or after exposure to, any of these diseases for the protection of the student and others (17 CCR §6060). I hereby request exemption of the student named above from the required immunizations checked below because such immunization is contrary to my beliefs.

| School Category | Table of Required Immunizations – Check box(es) to request exemption. | | |
|---|---|---|---|
| Child Care Only | ☐ Haemophilus influenzae type b (Hib meningitis) | | |
| Child Care and K–12th Grade | ☐ DTaP (Diphtheria, Tetanus, Pertussis [whooping cough]) | | ☐ Hepatitis B |
| | ☐ MMR (Measles, Mumps, Rubella) | ☐ Polio | ☐ Varicella (Chickenpox) |
| 7th Grade Advancement (or admission at 7–12th Grade) | ☐ Tdap (Tetanus, reduced Diphtheria, Pertussis [whooping cough]) | | |

Signature of parent or guardian                                     Date        Sep 25 - 2014

The California Department of Public Health places strict controls on the gathering and use of personally identifiable data. Personal information is not disclosed, made available, or otherwise used for purposes other than those specified at the time of collection, except with consent or as authorized by law or regulation. The Department's information management practices are consistent with the Information Practices Act (Civil Code Section 1798 et seq.), the Public Records Act (Government Code Section 6250 et seq.), Government Code Sections 11015.5 and 11019.9, and with other applicable laws pertaining to information privacy.

CDPH 8262 (10/13)

███████████████

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 17

# Filed Under Seal Per Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 18

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

EXHIBIT 7



EXHIBIT 7
L. Ulikhanova
3/14/2019
Elizabeth Schmidt
CSR#13598

From: Stephen Carey careys@dcfs.lacounty.gov
Subject: Lucy Ulikhanova set on hearing on 6/9/16
Date: Jun 3, 2016 at 2:29:48 PM
To: Rfunk@hbplaw.com, Lucy Ulikhanova agentnova@yahoo.com
Cc: Maral Helwajian helwam@dcfs.lacounty.gov

I'm writing to notice you that DCFS has requested a hearing to address two issues:  (1) the court issue a temporary order restraining the mother from the Paternal Aunt, her family members living at her residence, her residence, and her business, and (2) the Court order Penelope be vaccinated so she can attend school.

**The hearing has been scheduled for 6/9/16 to coincide with the already calendared 6/9/16 MSC hearing.**

Steve Carey
Dependency Investigator
County of Los Angeles
Department of Children and Family Services
532 E. Colorado Blvd.
Pasadena, CA 91101
(626) 229-3676 desk
(213) 703-9483 cell
(626) 397-9162 fax
careys@dcfs.lacounty.gov

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 19

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

EXHIBIT 9



EXHIBIT 9
L. Ulikhanova
3/14/2019
Elizabeth Schmidt
CSR#13598

Yahoo Mail - VACCINES Re: Lucy Ulikhanova set on hearing on 6/9/16                                    3/13/19, 8:45 PM

## VACCINES Re: Lucy Ulikhanova set on hearing on 6/9/16

From: Lucy Ulikhanova (agentnova@yahoo.com)

To: careys@dcfs.lacounty.gov

Cc: Rfunk@hbplaw.com; helwam@dcfs.lacounty.gov; sarinanan@clcla.org; patriciap7@mac.com;
newbam3@hotmail.com; Hnglaw@yahoo.com; jnewman@silver100.com; dereume@gmail.com;
strangelaw@cox.net; donaldlscoggins@ca.rr.com; glt@kpclegal.com; Rubinar@sbcglobal.net;
jpotoczki@msn.com; ann@annboroch.com; rachelrraymond@gmail.com; thepurplerose@aol.com;
cattmeadows@gmail.com; clcpa1222@aol.com; paul@chineseenergetics.com

Date: Saturday, June 4, 2016, 12:35 PM PDT

Dear Dcfs Carrie , I read you're email below
This whole thing is To push  upon my child vaccines !
My father was a alternative healthcare leader pioneer in this country!  I will not vaccinate her with the junk ingredient
vaccines to which you do not even understand what is in them ,!
you will not force vaccination upon my child! Against our religious views against our choice to alternative health
care !
I Have CCed Dr Sam Chachoua in this email , I have also CCed Paul Wong from Chinesse Energetics I will ask him
to forward this to Amma Karunamayi  who is A world wide known humanitarian considered a Deity in the country of
India . So she can know what is going on here as an update from our conversation in person together .
she had me give a speech at the Pasadena Scottish Rite Cathedral  about these issues
I have also ccd dr Sam Chachoua
just appeared on the bill Maher show. January 2016
 His vaccines are different yet the ones here are junk.
Penelopy She will go to a homeschool center that is my decision!

You know that this subject  touched  close to me , you know my father was a pioneer leader in alternative
healthcare in this country , to attempt this what she's not even legal age to go to school and is not in
jurisdiction shows you are antagonist .

There are support groups teams out there thousands of mothers father's against this ,
My father healed children who were sick on vaccines suffered side effects and autism .

I myself my brother brought me up on vaccines by my mother we didn't know at the time the ingredients . I have
nothing but Heath  issues allergic reactions  once my father I switched me to an organic lifestyle those started fade,

You will not force vaccination on my child!
 I will be the decider of that and what vaccine it will be .
Plan is to hold her long enough so that you could say you have a reason to vaccinate her first vaccine is on her this
was the plan from the very beginning.
To try to make an example out of me who was the daughter of one of the leading pioneers and alternative
healthcare in this country who did nothing but good for thousands and thousands of people around the world how
dare you!
Go to
St. Mark's school how to investigate and do your job competently,  inStead of attacking me with interviews with
bias people cause you know you guys screwed up
You will find at that school there was a child who had whopping cough he infected other children and he was
vaccinated !
check the facts !
That would linger on surfaces for approximately 2 to 4 to 6 weeks.

about:blank                                                                                              Page 1 of 2

Penelopy Who was not vaccinated with whooping cough vaccine ,caught a cough that lasted about a month that was very light when I took her to urgent care they checked her and  went away after month with ionic silver and breathing in ionic silver with vapor water.
I Have CCed the founder and the inventor of ionic silver in this email jay newman you have questions you could ask him he was friends of my father they were in business.

Vaccines will not be forced upon her end of story!


Lucy Ulikhanova

Sent from my iPhone

> On Jun 3, 2016, at 2:29 PM, Stephen Carey <careys@dcfs.lacounty.gov> wrote:



> I'm writing to notice you that DCFS has requested a hearing to address two issues:  (1) the court issue a temporary order restraining the mother from the Paternal Aunt, her family members living at her residence, her residence, and her business, and (2) the Court order Penelope be vaccinated so she can attend school.


> **The hearing has been scheduled for 6/9/16 to coincide with the already calendared 6/9/16 MSC hearing.**


> Steve Carey

> Dependency Investigator

> County of Los Angeles

> Department of Children and Family Services

> 532 E. Colorado Blvd.

> Pasadena, CA 91101

> (626) 229-3676 desk

> (213) 703-9483 cell

> (626) 397-9162 fax

> careys@dcfs.lacounty.gov

███████████████

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 20
## Filed Under Seal
## Per Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

████████████

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 21
# Filed Under Seal Per Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 22
## Filed Under Seal Per Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 23
Filed Under Seal Per Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

███████████████

# <u>JOINT EVIDENTIARY</u>

# <u>APPENDIX</u>

# <u>EXHIBIT 24</u>
# Filed Under Seal
# Per Doc. 84

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)