PETERSON · BRADFORD · BURKWITZ

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 13

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

P12

EXHIBIT F 13

EXHIBIT 13
L. Ulikhanova
3/14/2019
Elizabeth Schmidt
CSR#13598

From: Maral Helwajian helwam@dcfs.lacounty.gov
Subject: medical info
Date: Mar 23, 2017 at 11:33:10 AM
To: Lucy Ulikhanova agentnova@yahoo.com

This is all the medical info I have on Penelopy. Hope the document helps

-----Original Message-----
From: helwam@dcfs.lacounty.gov [mailto:helwam@dcfs.lacounty.gov]
Sent: Thursday, March 23, 2017 11:31 AM
To: Maral Helwajian <helwam@dcfs.lacounty.gov>
Subject: Scanned from a Xerox Multifunction Printer

Please open the attached document. It was scanned and sent to you using a Xerox Multifunction Printer.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location: 1912-Pasadena at: 532 E. Colorado Blvd., Pasadena, CA
Device Name: (PAS-6-17) XRX 3655D

For more information on Xerox products and solutions, please visit http://www.xerox.com

pdf
Scanned fr...Printer.pdf
349 KB

Confidential

# Health and Education Passport

## Instructions to Foster Parents

Please keep this Health and Education Passport while this child is in your care. Please keep the child's Medi-Cal card, health eligibility identification cards, Medical Consent form, Birth Certificate and Immunization record with this Passport.

Take this Passport to all medical, dental, and educational visits pertaining to the child. Remind doctors, dentists, and teachers, mental health care providers, vision care providers, and other health care providers to add or correct information on the form after each visit. Please give the corrected Passport to the social worker at your next meeting. When the child leaves your care, the latest update of this Passport will go with the child to aid the next care provider.

If you have any questions, please speak with the child's social worker and/or Public Health Nurse.

Thank you.

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with
Penal Code Section 11167.5 and/or
WIC Sections 827 and 10850
Page 1 of 11

**NAME OF AGENCY:** ---Department of Children and Family Services Bureau of Operations

**STREET ADDRESS** 532 E. Colorado Boulevard

**CITY AND ZIP CODE:** Pasadena, California 91101-2044 **COUNTY** Los Angeles

**NAME OF SOCIAL WORKER** Maral Helwajian

**CASELOAD ID** GP70S5252 M. Helwajian

**TELEPHONE** (626) 229-3734

## CHILD INFORMATION

| CHILD'S NAME | BIRTH DATE | AGE | GENDER |
|---|---|---|---|
| Penelopy Garcia | 11/05/2010 | 6 | F |

| NAME ALSO KNOWN BY | CHILD ID NUMBER | COURT NUMBER |
|---|---|---|
| | 0729-2393-5217-7035220 | DK15203 |

| CASE NUMBER | MEDI-CAL RECORD NUMBER | MEDICAL INSURANCE COMPANY NAME / HMO | POLICY NUMBER |
|---|---|---|---|
| 0631-7473-4526-7004842 | | | |

| ADDRESS | SOCIAL SECURITY NUMBER | PHONE |
|---|---|---|
| Confidential Address | | |

| ETHNICITY | RELIGION | ICWA ELIGIBILITY |
|---|---|---|
| White - Middle Eastern*, Hispanic | | N |

| PRIMARY LANGUAGE | SECONDARY LANGUAGE |
|---|---|
| English | |

| NAME OF SUBSTITUTE CARE PROVIDER | RELATIONSHIP TO CHILD OR TYPE OF FACILITY |
|---|---|
| Confidential Name | Confidential Relationship |

| SCHOOL NAME | SCHOOL ADDRESS | GRADE |
|---|---|---|
| Not in School (For ERH Identification Purposes) | Created by LA Co. DCFS<br>For ERH Identification, California 99999 | |

| PHONE |
|---|
| |

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with Penal Code Section 11167.5 and/or WIC Sections 827 and 10850
Page 2 of 11

CHILD'S NAME
Penelopy Garcia

DATE OF BIRTH
11/05/2010

CASE I.D. #
0631-7473-4526-7004842

## CURRENT HEALTH INFORMATION

☐ SENSITIVE HEALTH & MEDICAL INFORMATION ON FILE

☐ LIMITATION PUT ON SUBSTITUTE CARE PROVIDER'S ABILITY TO MAKE HEALTH DECISIONS

☐ INDIVIDUAL HEALTH CARE PLAN ON FILE FOR SPECIAL NEEDS CHILD

### ** ALERTS **

DESCRIPTION

### ALLERGIES

DESCRIPTION
None Known

ONSET DATE/FIRST VISIT

DIAGNOSED BY

### SUMMARY OF CHILD'S CURRENT HEALTH CONDITION

Phyiscal Exam Due: 01/2018
Dental Exam Due: 07/2017

### DEVELOPMENTAL / FUNCTIONAL LIMITATIONS

☐ VISUAL IMPAIRMENT
☐ SPECIAL DIET REQUIRED
☐ DEVELOPMENTALLY DISABLED
☐ DEVELOPMENTALLY DELAYED

☐ HEARING IMPAIRMENT
☐ NEUROLOGICAL IMPAIRMENT
☐ NON AMBULATORY
☐ SPECIAL EDUCATION PUPIL, CERTIFIED

☐ SPEECH IMPAIRMENT
☒ MEDICAL EQUIPMENT REQUIRED
☐ MEDICAL PROCEDURES REQUIRED
☐ EMOTIONAL DISORDER, DSM, CURNT REV

☐ OTHER DESCRIPTION

### CURRENT HEALTH ISSUES

HEALTH PROBLEM
Medical Procedures Required

ONSET DATE/FIRST VISIT
04/27/2014

NEXT SCHEDULED VISIT DATE

DIAGNOSED BY: NAME
Ann Allison, RNC-NP/SANE-A

DIAGNOSED BY: PHONE

COMMUNICABLE DISEASE?
☐ YES ☒ NO ☐ UNKNOWN

HEALTH PROBLEM DESCRIPTION

Per CAL EMA 2-930 form child Penelopy was seen to rule out sexual abuse at Northridge Hospital.
Height 34.3inches, weight 28lbs, clean and neat, quiet, moving during exam crying at times, no obvious general abnormalities. Head, neck, and oral examinations, no obvious abnormalities. /lj,phn

TREATMENT PLAN / INSTRUCTIONS

Per CAL EMA 2-930
Per findings of exam: Anal-genital Findings, indeterminate anal-genital findings, generalized labial redness only, Assessment of Anal Genital Findings: Limited /insufficient history due to maturation.
Interpretation of Anal-genital findings: Non Specific, may be causes by sexual abuse or other mechanisms.
Needs further consultation/investigation.
Additional comments: No obvious bite injury to genital area, redness non-specific @ time of exam though history of genital biting possibly on top of clothing.

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with Penal Code Section 11167.5 and/or WIC Sections 827 and 10850
Page 3 of 11

| CHILD'S NAME | DATE OF BIRTH | CASE I.D. # |
|---|---|---|
| Penelopy Garcia | 11/05/2010 | 0631-7473-4526-7004842 |

ERCSW please consult if any additional services needed./lj,phn

## WELL CHILD EXAM

| DATE | EXAM TYPE | | SERVICE PROVIDER | | |
|---|---|---|---|---|---|
| 01/19/2017 | HEP - CHDP Physical Exam | | El Proyecto del Barrio, Inc | | |
| **AGE AT TIME OF EXAM** | **HEIGHT** | **HEIGHT %** | **WEIGHT** | **WEIGHT %** | **HEAD CIRCUMFERENCE** |
| 6 Year(s) | 42.5 in | 10% | 41.81b | 10% | |
| **COMMENTS / OUTCOMES / REFERRALS** | | | | | |
| BMI:75%. Follow up in 2 weeks for lab results/dcfs 561a/je, phn (03/21/17) | | | | | |

| DATE | EXAM TYPE | | SERVICE PROVIDER | | |
|---|---|---|---|---|---|
| 01/29/2016 | HEP - CHDP Equivalent Physical Exam | | Yi-Jywe Cheng NP | | |
| **AGE AT TIME OF EXAM** | **HEIGHT** | **HEIGHT %** | **WEIGHT** | **WEIGHT %** | **HEAD CIRCUMFERENCE** |
| 5 Year(s) | 40.75" | 11% | 37lbs7 .70oz | 27% | 50.50 |
| **COMMENTS / OUTCOMES / REFERRALS** | | | | | |
| BMI: 70%. Normal growth and development/dcfs 561a/je, phn (02/03/16) | | | | | |

| DATE | EXAM TYPE | | SERVICE PROVIDER | | |
|---|---|---|---|---|---|
| 01/24/2017 | HEP - Periodic Dental Exam | | Bin Wang DDS | | |
| **AGE AT TIME OF EXAM** | **HEIGHT** | **HEIGHT %** | **WEIGHT** | **WEIGHT %** | **HEAD CIRCUMFERENCE** |
| 6 Year(s) | | | | | |
| **COMMENTS / OUTCOMES / REFERRALS** | | | | | |
| Exam, X-rays, prophylaxis and fluoride done. Sealant placed on tooth # 3, 14. Follow up needed for placwment of sealnat on tooth # 19, & 30/dcfs 561b/je, phn (03/21/17) | | | | | |

| DATE | EXAM TYPE | | SERVICE PROVIDER | | |
|---|---|---|---|---|---|
| 02/26/2016 | HEP - Periodic Dental Exam | | Dr. Zinnia Regala DDS | | |
| **AGE AT TIME OF EXAM** | **HEIGHT** | **HEIGHT %** | **WEIGHT** | **WEIGHT %** | **HEAD CIRCUMFERENCE** |
| 5 Year(s) | | | | | |
| **COMMENTS / OUTCOMES / REFERRALS** | | | | | |
| Exam, X-rays, cleaning done. No cavities. Follow up in 6 mo/dcfs 561b/je, phn (03/08/16) | | | | | |

## IMMUNIZATIONS

| IMMUNIZATION TYPE | DATE GIVEN OR WAIVED | WAIVED | SOURCE OF INFORMATION / CLINIC / PHYSICIAN | NEXT DUE DATE |
|---|---|---|---|---|
| **All Immunizations Waived** | 11/13/2012 | Yes | Dr. Boxtein | |
| IPV | 10/06/2016 | No | dcfs 561a/Dr. Susan Hammar | |
| IPV | 08/09/2016 | No | 561(a),Hammar, Susan, MD,GC, ITC 8/30/16 | |
| IPV | 06/10/2016 | No | dcfs 561a/Dr. Susan Hammar | |
| DTaP | 01/19/2017 | No | dcfs 561a/El Proyecto del Barrio, Inc | |
| DTaP | 10/06/2016 | No | dcfs 561a/Dr. Susan Hammar | |

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with Penal Code Section 11167.5 and/or WIC Sections 827 and 10850
Page 4 of 11

| CHILD'S NAME | DATE OF BIRTH | CASE I.D. # |
|---|---|---|
| Penelopy Garcia | 11/05/2010 | 0631-7473-4526-7004842 |

| IMMUNIZATION TYPE | DATE GIVEN OR WAIVED | WAIVED | SOURCE OF INFORMATION / CLINIC / PHYSICIAN | NEXT DUE DATE |
|---|---|---|---|---|
| DTaP | 08/09/2016 | No | 561(a),Hammar, Susan, MD,GC, ITC 8/30/16 | |
| DTaP | 06/10/2016 | No | dcfs 561a/Dr. Susan Hammar | |
| MMR | 08/09/2016 | No | 561(a),Hammar, Susan, MD,GC, ITC 8/30/16 | |
| MMR | 06/10/2016 | No | dcfs 561a/Dr. Susan Hammar | |
| Hep B | 01/19/2017 | No | dcfs 561a/El Proyecto del Barrio, Inc | |
| Hep B | 08/09/2016 | No | 561(a),Hammar, Susan, MD,GC, ITC 8/30/16 | |
| Hep B | 06/10/2016 | No | dcfs 561a/Dr. Susan Hammar | |
| VZV | 08/09/2016 | No | 561(a),Hammar, Susan, MD,GC, ITC 8/30/16 | |
| VZV | 06/10/2016 | No | dcfs 561a/Dr. Susan Hammar | |
| Hep A | 01/19/2017 | No | dcfs 561a/El Proyecto del Barrio, Inc | |
| Hep A | 06/10/2016 | No | dcfs 561a/Dr. Susan Hammar | |
| Influenza | 01/19/2017 | No | dcfs 561a/El Proyecto del Barrio, Inc | |
| Influenza | 10/06/2016 | No | dcfs 561a/Dr. Susan Hammar | |

## CURRENT DEVELOPMENTAL AND MENTAL HEALTH SCREENINGS

| DATE | TYPE | SCREENED BY | RESULTS |
|---|---|---|---|
| | | | |

COMMENTS

## CURRENT DEVELOPMENTAL AND MENTAL HEALTH REFERRALS

| REFERRAL DATE | REFERRAL TYPE | REFERRED TO | OUT OF COUNTY |
|---|---|---|---|
| 01/20/2016 | Mental Health | Service Provider | ☐ |
| **OUTCOME OF REFERRAL** | **OUTCOME DATE** | **CONSENT TYPE** | **CONSENT ON FILE DATE** |
| | | | |

COMMENTS
MAT

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with Penal Code Section 11167.5 and/or WIC Sections 827 and 10850
Page 5 of 11

CHILD'S NAME Penelopy Garcia | DATE OF BIRTH 11/05/2010 | CASE I.D. # 0631-7473-4526-7004842

## CURRENT DEVELOPMENTAL AND MENTAL HEALTH DATA

| PLAN TYPE | START DATE | | COMMENTS |
|---|---|---|---|
| INTERVENTION CHOICE | START DATE | END DATE | COMMENTS |

## CURRENT HEALTH SERVICE PROVIDERS

CURRENTLY RECEIVES SERVICES FROM:

☐ CA CHILDREN'S SERVICES ☐ REGIONAL CENTER ☐ OTHER

SERVICE PROVIDER NAME

SERVICE PROVIDER TYPE: Medical

DATE LAST SEEN: 01/19/2017

CLINIC/AGENCY NAME, IF ANY: El Proyecto del Barrio, Inc

ADDRESS: 8902 woodman Ave.
Arleta, California 91331-6401

PHONE: (818) 830-7033

---

SERVICE PROVIDER NAME: Bin Wang DDS

SERVICE PROVIDER TYPE: Dental

DATE LAST SEEN: 01/24/2017

CLINIC/AGENCY NAME, IF ANY: Kids Dental Place-Van Nuys

ADDRESS: 14422 Victory Blvd
Van Nuys, California 91401-1439

PHONE: (818) 285-0767

---

SERVICE PROVIDER NAME: Ann Allison, RNC -NP

SERVICE PROVIDER TYPE: Medical Specialist

DATE LAST SEEN

CLINIC/AGENCY NAME, IF ANY: Northridge Hospital

ADDRESS

PHONE

# PAST HEALTH INFORMATION

## BIRTH HISTORY

| BIRTH PLACE / HOSPITAL NAME | BIRTH LOCATION (CITY COUNTY STATE AND COUNTRY) |
|---|---|
| Los Angeles County | California United States |

| WEIGHT | LENGTH | HEAD CIRCUMFERENCE | APGAR | GESTATION AGE |
|---|---|---|---|---|
| | | | | |

TOXICOLOGY SCREENING

NEWBORN SCREENING RESULTS

PRENATAL / PERINATAL COMMENTS

## PAST HEALTH ISSUES

| HEALTH PROBLEM | ONSET DATE/FIRST VISIT | END DATE |
|---|---|---|
| Other Physical Health Condition | 01/29/2016 | 06/15/2016 |

| DIAGNOSED BY: NAME | DIAGNOSED BY: PHONE | COMMUNICABLE DISEASE? |
|---|---|---|
| Yi-Jywe Cheng, NP | | ☐ YES ☒ NO ☐ UNKNOWN |

HEALTH PROBLEM DESCRIPTION

01/29/16--Paternal grandparents, uncle, mother have refused all immunizations. Child has not recieved any chidlhood immunizations. Child at risk of contracting childhood illnesses which can be prevented from receiving childhood immunizations. Childhood immunization handouts given/dcfs 561a/je, phn (02/03/16)

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with Penal Code Section 11167.5 and/or WIC Sections 827 and 10850

Page 6 of 11

| CHILD'S NAME | DATE OF BIRTH | CASE I.D. # |
| --- | --- | --- |
| Penelopy Garcia | 11/05/2010 | 0631-7473-4526-7004842 |

02/03/16--Per CSW she would be notifying the court regarding this/je, phn (02/03/16)
06/10/16--Client received first dose of catch up immunization as per court order/je, phn (06/15/16)

TREATMENT

| HEALTH PROBLEM | ONSET DATE/FIRST VISIT | END DATE |
| --- | --- | --- |
| Medical Procedures Required | 04/04/2016 | 04/04/2016 |

| DIAGNOSED BY: NAME | DIAGNOSED BY: PHONE | COMMUNICABLE DISEASE? |
| --- | --- | --- |
| Dr. Susan Hammar | | ☐ YES ☒ NO ☐ UNKNOWN |

HEALTH PROBLEM DESCRIPTION

04/04/16--Ordered CBC with differential, cholesterol, Comprehensive Metabolic Panel, urinalysis, lead/med rec/je, phn (04/22/16)

TREATMENT

| TEST DATE | TEST TYPE |
| --- | --- |
| 04/06/2016 | Hemoglobin |

TEST RESULTS

hgb=12 (nl). hct=36.6 (nl). All CBC with differential normal

| TEST DATE | TEST TYPE |
| --- | --- |
| 04/06/2016 | Lead Level |

TEST RESULTS

Lead=<3

| TEST DATE | TEST TYPE |
| --- | --- |
| 04/04/2016 | Other |

TEST RESULTS

Comprehensive Metabolic Panel=nl. Urinalysis: nl except for trace of ketones.

## PAST DEVELOPMENTAL AND MENTAL HEALTH SCREENINGS

| DATE | TYPE | SCREENED BY | RESULTS |
| --- | --- | --- | --- |
| | | | |

COMMENTS

## PAST DEVELOPMENTAL AND MENTAL HEALTH REFERRALS

| REFERRAL DATE | REFERRAL TYPE | REFERRED TO | OUT OF COUNTY |
| --- | --- | --- | --- |
| | | | ☐ |
| OUTCOME OF REFERRAL | OUTCOME DATE | CONSENT TYPE | CONSENT ON FILE DATE |
| | | | |

COMMENTS

## PAST DEVELOPMENTAL AND MENTAL HEALTH DATA

| PLAN TYPE | START DATE | END DATE | END REASON |
| --- | --- | --- | --- |
| | | | |

COMMENTS

| INTERVENTION CHOICE | START DATE | END DATE | COMMENTS |
| --- | --- | --- | --- |
| | | | |

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with
Penal Code Section 11167.5 and/or
WIC Sections 827 and 10850
Page 7 of 11

CHILD'S NAME
Penelopy Garcia

DATE OF BIRTH
11/05/2010

CASE I.D. #
0631-7473-4526-7004842

## PAST HEALTH SERVICE PROVIDERS

PREVIOUSLY RECEIVED SERVICES FROM:

☐ CA CHILDREN'S SERVICES ☐ REGIONAL CENTER ☐ OTHER

SERVICE PROVIDER NAME
Yi-Jywe Cheng NP

CLINIC/AGENCY NAME, IF ANY
LAC+ USC Medical Center

PHONE
(323) 226-3961

SERVICE PROVIDER TYPE
Medical

DATE LAST SEEN
01/29/2016

ADDRESS
2010 Zonal Ave Opd 3p-61
Los Angeles, California

SERVICE PROVIDER NAME
Dr. Susan Hammar

CLINIC/AGENCY NAME, IF ANY

PHONE
(818) 391-2400

SERVICE PROVIDER TYPE
Medical

DATE LAST SEEN
10/06/2016

ADDRESS
2211 W Magnolia Blvd Ste. 210
Burbank, California 91506-1771

SERVICE PROVIDER NAME
Dr. Zinnia Regala DDS

CLINIC/AGENCY NAME, IF ANY

PHONE
(818) 846-8564

SERVICE PROVIDER TYPE
Dental

DATE LAST SEEN
02/26/2016

ADDRESS
2625 W Alameda Ave Ste. 216
Burbank, California 91505-4823

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with
Penal Code Section 11167.5 and/or
WIC Sections 827 and 10850
Page 8 of 11

CHILD'S NAME
Penelopy Garcia

DATE OF BIRTH
11/05/2010

CASE I.D. #
0631-7473-4526-7004842

## FAMILY MEDICAL HISTORY

MATERNAL - SIGNIFICANT HEALTH PROBLEMS

PATERNAL - SIGNIFICANT HEALTH PROBLEMS

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with
Penal Code Section 11167.5 and/or
WIC Sections 827 and 10850
Page 9 of 11

CHILD'S NAME: Penelopy Garcia | DATE OF BIRTH: 11/05/2010 | CASE I.D. #: 0631-7473-4526-7004842

# EDUCATION INFORMATION

PARENT(S) / GUARDIANS EDUCATIONAL RIGHTS LIMITED? ☐ YES ☒ NO

| COURT APPOINTED EDUCATION REPRESENTATIVE | CAER RELATIONSHIP | PHONE NUMBER |
|---|---|---|
| Lucy Ulikhanova- Mother | | (310) 975-4240 |

DOES THE CHILD HAVE AN INDIVIDUALIZED EDUCATION PROGRAM (IEP/IIFSP)? ☐ YES ☒ NO MOST RECENT IEP DATE:

IS IT IN THE BEST INTEREST OF THE CHILD TO REMAIN IN THE SCHOOL OF ORIGIN? ☐ YES ☐ NO ☐ NOT APPLICABLE DECISION DATE:

LOCATION OF EDUCATIONAL RECORDS / ATTEMPTS TO ACQUIRE

ARE TRANSITIONAL INDEPENDENT LIVING SERVICES BEING PROVIDED? ☐ YES ☒ NO

HAS THE CLIENT GRADUATED FROM HIGH SCHOOL? ☐ YES ☒ NO

HAS THE CLIENT COMPLETED AT LEAST ONE SEMESTER OF COLLEGE? ☐ YES ☐ NO

HAS THE CLIENT ATTENDED POSTSECONDARY/VOCATIONAL TRAINING? ☐ YES ☐ NO

## CLIENT SPECIAL EDUCATION

| INSTRUCTION RECEIVED? | START DATE | END DATE |
|---|---|---|
| ☐ YES ☐ NO | | |

## CURRENT

| SCHOOL NAME | PHONE |
|---|---|
| Not in School (For ERH Identification Purposes) | |

SCHOOL ADDRESS:
Created by LA Co. DCFS
For ERH Identification, California 99999

| CONTACT NAME | START DATE | SCHOOL OF ORIGIN? |
|---|---|---|
| Chavez | 02/23/2016 | ☐ YES ☐ NO |

EXPLANATION IF CHILD WAS NOT PLACED IN PROXIMITY OF PREVIOUS SCHOOL ENROLLMENT

SPECIAL EDUCATION NEEDS OF THIS CHILD

| REDUCED PRICE MEAL PROGRAM? | GRADUATION TYPE | GRADUATION METHOD |
|---|---|---|
| ☐ YES ☒ NO | | |

| GRADE | GRADE LEVEL PERFORMANCE | TEACHER / COUNSELOR NAME | START DATE |
|---|---|---|---|
| | | | |

RECEIVED TUTORING? ☐ YES ☐ NO

EDUCATIONAL NEEDS / SCHOOL PERFORMANCE / STRENGTHS / INTERESTS

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with Penal Code Section 11167.5 and/or WIC Sections 827 and 10850
Page 10 of 11

CHILD'S NAME Penelopy Garcia | DATE OF BIRTH 11/05/2010 | CASE I.D. # 0631-7473-4526-7004842

## PREVIOUS

SCHOOL NAME | PHONE

SCHOOL ADDRESS:

CONTACT NAME | START DATE | END DATE

REASON CHILD LEFT SCHOOL

SPECIAL EDUCATION NEEDS OF THIS CHILD

REDUCED PRICE MEAL PROGRAM? ☐ YES ☐ NO | GRADUATION TYPE | GRADUATION METHOD

GRADE | GRADE LEVEL PERFORMANCE | TEACHER / COUNSELOR NAME | START DATE | END DATE

RECEIVED TUTORING? ☐ YES ☐ NO

EDUCATIONAL NEEDS / SCHOOL PERFORMANCE / STRENGTHS / INTERESTS

State of California Health and Welfare Agency
Department of Social Services
CWS Case Management System
CP-OHCHEP REV (05/2016)

HEALTH AND EDUCATION PASSPORT

March 23, 2017

Confidential in accordance with
Penal Code Section 11167.5 and/or
WIC Sections 827 and 10850
Page 11 of 11