**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 11

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

P 18

EXHIBIT 11





Tara Zandvliet, M.D.   2991 Kalmia St San Diego CA 92104   (619)929-0032 www.southparkdoctor.com

May 23, 2017

To Whom It May Concern:

Penelopy Estelle Garcia DOB 11/5/10 has a strong family history of hyperimmune conditions and Autoimmune diseases like Rheumatoid Arthritis. Given the level of immune dysfunction in the family, I feel she is at high risk of an adverse reaction to vaccines. If there is an imminent medical threat in the community, we can revisit giving selective vaccination in a controlled medical environment. However, the benefits to her and the community would have to greatly outweigh her very real personal risk. I would recommend skin testing to the vaccine and all of its additives prior to this. This medical exemption for vaccines is permanent. It includes, but is not limited to, Hep B and A, Varicella, TdaP, DTaP, Polio, MMR, HIB, PCV, Influenza, HPV and Meningitis as well as any vaccine currently on the CDC recommended vaccine list and any vaccines added to the list in the future.

Thank You,

Dr. Tara Zandvliet, A71646