**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 15

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

P's EXHIBIT 15


EXHIBIT 15
L. Ulikhanova
3/14/2019
Elizabeth Schmidt
CSR#13598

```
*****AUTO**ALL FOR ADC 913
798 3 AB 0.944                        000798
Garcia, Penelopy
lucy veikhanova
1429 N COLUMBUS AVE
GLENDALE, CA  91202-1605
                              12pgs
```





# ATTENTION
Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

To Whom It Concern:

CIOX has provided to you protected health information that may contain information that falls under the 42 C.F.R. Part 2. The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publically available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR §2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.112(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDs, it has been disclosed to you from records whose confidentiality is protected by federal and perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

If the information requested is from a facility located within the Washington State area then this information will fall under the RCW 70.02.300 which states that this information has been disclosed to you from records who confidentiality may be protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of this protected information is not sufficient for this purpose.



211671968

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

## Demographics

Name: GARCIA, PENELOPY  Suffix:

ID Number: 920853  Date of Birth: 11/05/2010

Address: 501 N ORCHARD DR  Sex: F  Marital:
Home: (818)355-3727
Bus:
BURBANK  Fax:
CA, 91506  Cell:

Email:  Greeting:

Primary Provider: SH
Default Practice/Clinic: 1  Usual Provider: SH

Status: A

HOH Name:
HOH ID Number:

Occupation:
School:

### Financial Information

Account #: 920853  Account Type: INS
Belongs to more than one Account: No

Guarantor: PENELOPY GARCIA  ID#: 920853

1st Insurance Carrier: COB  CASH PAYING PATIENT
Plan:
Account Plan: COB

2nd Insurance Carrier:
Plan:
Account Plan:

3rd Insurance Carrier:
Plan:
Account Plan:

4th Insurance Carrier:
Plan:
Account Plan:

Printed On: 02/14/2019  Page: 1 of 8

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

## Problem List

**Major Problems**

**Other Problems**
OFFICE VISIT, 12/06/16, , AN
UPDATE VACCINES, 08/09/16, , AN

**Procedures**
OFFICE VISIT E/M, 12/06/16, AN

**Diagnoses**
Croup, 12/06/16, , AN
Allergic rhinitis, unspecified, 12/06/16, , AN

**Risks**

**Hospitalizations**

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

## Vital Signs

|  | 12/06/2016 |
|---|---|
| Height | 3'6" |
| Weight | 40 lbs |
| BMI | 15.94 kg/m2 |
| OFC | |
| Temperature | 100.5 F |
| Pulse | 90 |
| Respirations | 20 |
| Systolic | |
| Diastolic | |
| Oximetry | |
| Smoking | Never smoker |
| Visual Acuity Both | |
| Hearing | |
| Pain Level | |
| Peak Flow | |
| Other | |
| Chief Complaint 1 | |
| Chief Complaint 2 | |
| Chief Complaint 3 | |

## Current Medications

| Date | Medication | Size | Take | Form | Freq | Dur | Amount | Ref |
|---|---|---|---|---|---|---|---|---|
| 12/06/16 | ON NO MEDS  Prov: ANA NORMANDEAU | | | | | | | 0 |
| 12/06/16 | LORATADINE  Prov: ANA NORMANDEAU | 5MG/5ML | 5ML | Syrup | daily | | 150 | 0 |

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

## Progress Notes

12/06/16 : 02:56pm
**OFFICE VISIT**

**Date of Birth:** 11/05/10

**Vital Signs:**
Pulse: 90
Temperature: 100.5 F, Height: 3'6", Weight: 40 lbs
BMI: 15.94 kg/m2

**Subjective:**
This 6 year 1 month old female presents with : father and nathan (supervisor) for evaluation of the following problem(s): HAd a cough for 2 weeks. Resolved for 1 week. Cough returned 3 days ago. Sounds croupy. Has been afebrile. Has a low grade temp right now. Also gets congested. Cough gets worse in evening.

Review of Systems:
Constitutional: fever
Respiratory: barky cough

**Current Medications:**
Rx:ON NO MEDS
**Medication Allergies:**
NKDA

**Objective:**
General: Well appearing, well nourished in no distress.
Skin: no rash or prominent lesions
Eyes: conjunctiva clear, EOM intact, PERRL.
Ears: Ear canals clear, tympanic membranes clear, ossicles normal appearance.
Sinuses: non-tender
Nose: no external lesions, mucosa non-inflamed, septum and turbinates normal; mild congestion
Mouth: Mucous membranes moist, no mucosal lesions.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.

**Assessment:**
Croup : ICD10 = J05.0 / ICD9 = 464.4 / SNOMED = 71186008
Allergic rhinitis, unspecified : ICD10 = J30.9 / ICD9 = 477.9 / SNOMED = 61582004

**Plan:**
cool mist humidifier
increase fluids
loratidine 5 ml daily
warm honey prn cough
tylenol prn fever
Provided reassurance and encouraged observation .

Printed On: 02/14/2019

Page: 4 of 8

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

Follow-up: PRN

OFFICE VISIT E/M: 99213

Y

\#   SIGNED BY ANA NORMANDEAU, NURSE  (AN)   12/06/2016 04:45PM

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

## Progress Notes

08/09/16 : 11:36am
UPDATE VACCINES

CAME IN FOR KINRIX PROQUAD HEP B #2

A.N

\# SIGNED BY ANA NORMANDEAU, NURSE (AN)    08/09/2016 01:49PM

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

## Current Health Maintenance

| HM Name | Protocol(s) | Overdue | Next Due Date | 12/06/2016 |
|---|---|---|---|---|
| ACTIVITY COUNSEL | 03-10 YEAR OLD GIRLS | Overdue | 04/04/2016 | |
| DTAP | 03-10 YEAR OLD GIRLS | Overdue | | |
| HEARING | 03-10 YEAR OLD GIRLS | Overdue | 04/04/2016 | |
| HEIGHT | 03-10 YEAR OLD GIRLS | Overdue | 12/06/2017 | X |
| HEPATITIS A 1-18YR | 03-10 YEAR OLD GIRLS | Overdue | 04/04/2016 | |
| HEPATITIS B 0-19YR | 03-10 YEAR OLD GIRLS | Overdue | 04/04/2016 | |
| INFLUENZA VACCINE | 03-10 YEAR OLD GIRLS | Overdue | 04/04/2016 | |
| IPV | 03-10 YEAR OLD GIRLS | Overdue | 11/05/2014 | |
| MMR | 03-10 YEAR OLD GIRLS | Overdue | 11/05/2014 | |
| NUTRITION COUNSEL | 03-10 YEAR OLD GIRLS | Overdue | 04/04/2016 | |
| PPD | 03-10 YEAR OLD GIRLS | Overdue | 04/04/2017 | |
| VARICELLA | 03-10 YEAR OLD GIRLS | Overdue | 11/05/2014 | |
| VISUAL ACUITY | 03-10 YEAR OLD GIRLS | Overdue | 11/05/2013 | |
| WEIGHT | 03-10 YEAR OLD GIRLS | Overdue | 12/06/2017 | X |

**Patient Chart**
GARCIA, PENELOPY
Patient ID: 920853
DOB: 11/05/2010
Age: 8 years 3 months  Gender: F

Nov 05 2000 06:01PM HP Fax                             page 1

Dear Patient,

This Facility has been contracted with HealthPort to copy all medical records when an authorization release is furnished.

It is the industry standard, Health & Safety Code 123110, to charge patients for medical records.

The charges for medical records are as follows:

**Physician Requests**
Base fee $.25 per page
( Two years medical records)
( Plus postage & tax)

**Personal Use**
Base fee $ .25 per page
( Plus postage & tax)

Patient Name ~~Lucy Litvinova~~ Penelopy Garcia

Address 1429 N Columbus Ave

City Glendale

Daytime Phone 310-973-4240

Signature _[signature]_

After records are copied you will be invoiced by:
HealthPort
P.O. BOX 1812
Alphretta, GA 30023-9901
(800) 367-1500
Should you have any questions regarding your request, please contact.

Burbank Pediatric Affiliates
2211 W. Magnolia Blvd., Burbank, CA 91506
(818) 391-2400

Ciox Health
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500



**INVOICE**

Invoice #: **0266865742**
Date: **2/15/2019**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| lucy veikhanova<br>Garcia, Penelopy<br>1429 N COLUMBUS AVE<br>GLENDALE, CA 91202-1605 | lucy veikhanova<br>Garcia, Penelopy<br>1429 N COLUMBUS AVE<br>GLENDALE, CA 91202-1605 | BURBANK FAMILY MEDICAL<br>2211 WEST MAGNOLIA AVE<br>STE 290<br>BURBANK, CA 91506 |

**Requested By:** LUCY VEIKHANOVA
**Patient Name:** GARCIA PENELOPY
**DOB:** 11/05/2010

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Please refer to the insert included with this invoice for more information about Ciox Health or the charges incurred. | | | |
| **PLEASE REMIT PAYMENT** | | | |
| Reproduction Fee-Paper 0.07 per page | | | 0.56 |
| Supplies | 8 | 0.05 | 0.40 |
| Shipping | | | 1.30 |
| Subtotal | | | 2.26 |
| Sales Tax | | | 0.09 |
| Invoice Total | | | 2.35 |
| Balance Due | | | 2.35 |
| Pay your invoice online at https://paycioxhealth.com/pay/ | | | |

Terms: Net 30 days          Please remit this amount : **$ 2.35 (USD)**

---

Ciox Health
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0266865742**

Check # _____

Payment Amount $ _____

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to  https://paycioxhealth.com/pay/  or call 800-367-1500.
Email questions to collections@cioxhealth.com.