**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 60

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

Dear Dr Boxstein, I have sent my nanny Kristen Clement in for me today as I caught the end of the cold Penelopy picked up up after staying over with her father Brian Garcia at his fathers Frank Garcia's home the grandparent of Penelopy and Ella Franks girlfriend, Penelopy has not seen her father for approximately two weekends in a row up until Friday Sept 13 ,2013 because of his behavior and few threats he's made to me and was engaging with my estranged family of who have not ever met my daughter nor care about her or my life ,recently after 5 years no contact they have tried going through my ex family in laws to gain information on my child and I ,not good people and my ex knows this,

Just to catch you up I had filled a TRO order and move out order on Penelopy's father Brian Garcia approximately 6 months ago , Kristen will show the section court granted me custody for both medical and otherwise, I hired attorney Robert Holmes and our divorce is pending with the court, mean time we have signed an agreement together outlining duties of parents, as The separation agreement where I am listed as main custodian and Penelopys residence is with me @ 1429 n Columbus ave, Glendale Ca , 91202, since December 2012 ,he has broken every rule in the agreement so far , Brian has bipolar disorder and not taking medication and worse off he is smoking marajuna which makes his bipolar worse, Kristen can show you documents of his arrest and findings of substance also his admitting of bipolar and marajuna use ,which I and others believe now does not hold a valid permit to smoke legally,

after I filled orders approximately 6 months ago Child services got involved in which 6-7 times the social worker checked my daughter said I was complying but the father was not, I took the on the spot drug tests with no argument which is yellow sheet Kristen can show you and results were all negative if you contact dcfs mrs Camble she can tell you this or my attorney on that case Rachel Raymond 818-395-4750 as far as Brian he did not take the test and Camble considers that a dirty test, you can contact attorney on that case for further explanation , Brian has not moved back in and we attempted civil contact for benefit of our child, he had stopped being civil aprox June 2013 and got worse weeks prior my Fathers memorial August 2013,

I have recently been diagnosed with a hereditary autoimmune liver disease negative for HEP A B C or HIV aids or stds , & fatty liver which has gone down since switching from metformin that was prescribed for my recent type 2 diabetes that gave me horrible side effects for 30 days and made insulin worse and liver enzymes to rise as well gain 20lbs then I was placed on Adioex- P and have lost over 50 pounds past aprox 12 weeks, the side effects are not wonderful but much more manageable than metformin as my insulin came down and faty liver part liver enzymes dropped drastically more than double with all this happening during pregnancy never had issues prior and past memorial one year as of AUG 29 2013 of my father Dr Peter Michael Ulikhanov it has been very difficult for me as Brian has been going up and down , I am dealing with restraining orders for three estranged individuals same time battling a paused divorce and media articles on my father and dealing with enormous calls from his patients past clients ad writing an article for La times that gives factual events of his passing that Susan Estrich political figure his friend did not manage to do so and has caused enormous calls stress ,





EXHIBIT
60
D. Boxstein, M.D.
3/7/19 CSR 14156

COLA_001372

After Brian notarized 2 documents which you can make copy of indicating as to Penelopys diet and who main health decision maker is I allowed him under supervision of his Father and Ella to have Penelopy fro weekend FRiday 13 2103-monday afternoon ,prior to allowing this I took Penelopy in for physical but you were out of town so Dr Frand I believe the name stood in for you she was fine no problems, when I picked her up she was sick scab on knee she got better with me and second weekend I picked her up yesterday and she has bumps on her face and knee above scab , and what appears to be a yeast infection, she claimed daddy gave her candy , I want her checked by you , during weeks no contact with father i managed to rid her off all pacifier use as Brian did not heed warnings from dentist and kept buying her new ones each time she went to him, there is a note from dentist , she has also started potty training weeks ago and of course failed with father as well as her sleep schedule,
Please provide nanny authorization for Penelopy to be seen and new forms of registration so she can bring back with her to me, all insurance is still the same.
Thank you,
Lucy Ulikhanova
310-975-4240

Lucy would like to request a TB test as well.

_Lucy Ulikhanova_    Sept 25 , 2013

COLA_001373