**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 58

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

PATRICIA C. MCKEEVER, MD


GARCIA, PENELOPY                    290168

March 5, 2014                       Pasadena Office


**HISTORY:**  This is an otherwise healthy, 3-year-old who comes in today.  She has been complaining about right knee pain off and on for 2 months.  Mother states that she has just become verbal and is now more consistently talking about it.  She has had no witnessed injuries.  She has had no episodes of swelling.  She has had no excessive bruising of her lower extremities.  She is healthy.  She is a full term product of a normal spontaneous vaginal delivery.  Growth and development was normal.  She sat up at 6 or 7 months, started standing at a year, walking at a year.  She has had no surgeries.  She has no chronic illnesses.  SHE IS ALLERGIC TO NUTS INCLUDING PEANUTS AND HAZELNUTS.  There is a questionable family history of rheumatoid arthritis.  She is here for consultation at the request of Dr. Boxstein and Dr. Bugliosi.

**PHYSICAL EXAMINATION:**  On exam today, this is a healthy, well-developed, 3-year-old who is very verbal, very cooperative.  She has no visible swelling or redness around her lower extremities.  She has full flexion and extension of both knees.  She has no knee instability.  she is full dorsi and plantar flexion of both feet and ankles.  She has full flexion and extension of both hips.  She has symmetrical internal and external rotation of both hips.  She is walking well today with symmetrical foot progression angles.

**X-RAYS:**  X-ray today, AP pelvis, shows normally developed proximal femoral epiphysis, normal acetabular indexes.  AP and lateral of the right knee shows no bony abnormalities.

**DIAGNOSES**
1. **Probable minor healthy over use syndrome/growing pains.**
2. **Hypermobility syndrome, normal for family genetics.**

**TREATMENT PLAN**
1.  We discussed focusing on good, supportive shoe wear.  That if this becomes a bigger problem and nightly, that she should try giving her some Motrin at nighttime for 10 days to 2 weeks but only if it becomes a more frequent complaint.
2.  I explained to the mother that this will probably subside, that it is activity related.  This is a healthy problem.

**EXHIBIT**
58
D. Boxstein, M.D.
3/7/19   CSR 14156

COLA_001370

RE:  GARCIA, PENELOPY
Page 2 of 2

3.  If she sees any real limping which she has not seen before or any
bruising or localized swelling, we should see her again.  Otherwise, we will
see her on an as-needed basis.

_____
PATRICIA C. MCKEEVER, MD

J:691918  T:03/10/14

COLA_001371