**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 65

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

COUNTY OF LOS ANGELES • DEPARTMENT OF CHILDREN AND FAMILY SERVICES  
**MEDICAL EXAMINATION FORM - INSTRUCTIONS**  DCFS 56

Please refer to the MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS on the reverse side of this form.

(To be completed by CSW/Caregiver. Please print legibly.)

☐ Infants (0-2 years) or "High Risk" children must be medically examined within three (3) days of initial placement. "High Risk" means one or more of the following conditions exist: a past or present significant medical problem or chronic illness, possible contagious disease, on medication, and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.

☐ Child must have medical exam within thirty (30) days of initial placement.

☐ Child needs annual age-appropriate medical exam.

CHILD'S NAME: Denelopy Garcia  DOB: 11/25/10  CASE #: 0206984  DATE PLACED: 01/19/17
CAREGIVER: Sara Aguilar  (Phone) (818) 344-4609  FFA: _____  Phone: _____
CSW: Moral Kelwajian  (File #) GP 70  (Phone) 3734  Fax: _____
Medical data entered into CWS/CMS by: (Name) _____ (Date) 03/21/17

---

**MEDICAL EXAMINATION FORM** (To be completed by Doctor)

**PHYSICAL EXAMINATION**

Doctor is a CHDP provider? ☒ Yes ☐ No  Was child tested for lead poisoning? ☐ Yes ☒ No

Date of Physical Examination: 1/19/17  Name of Doctor: S Parren

☒ Initial CHDP/CHDP-equivalent examination
☐ Annual/age-appropriate CHDP/CHDP-equivalent examination
☐ Other/Follow-up visit
☐ Doctor's own exam form or PM 160 attached. If not attached, complete below.
☐ Entered into Health and Education Passport

Physical Exam results: Age: 6 (Yrs.) 2 (Mos.) ___ (Wks.) Height: 42.5 in 11 % Weight: 48 lb 15 %

☒ Ambulatory  ☐ Non-ambulatory    BMI: 15 %

(Treatment given, Medications Prescribed. Please attach copies of supporting documentation, test results, etc.)

If follow-up care indicated, specify: F/U lab results — 2 weeks

Immunizations given: Flu, DTap, Hep A, Hep B

Signature of Health Care Provider: _____ (Date) _____
(Doctor, Nurse Practitioner, Physician's Assistant)

Address: _____   Phone: _____

El Proyecto del Barrio, Inc.
8902 Woodman Ave.
Arleta, CA 91331-6401
818-830-7033

(Signature Stamp Required)

DCFS 561(a) (Rev 07/02)
**DCFS 561(a) MEDICAL EXAMINATION FORM**

**COUNTY OF LOS ANGELES**  **DEPARTMENT OF CHILDREN AND FAMILY SERVICES**

## MEDICAL EXAMINATION FORM – INSTRUCTIONS
Please refer to the **CONSENT & MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS** on the reverse side of this form.
(To be completed by CSW/Caregiver. Please print legibly.)

- ☐ Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. "High Risk" includes one or more of the following conditions exists: a past or present significant medical problem or chronic illness; possible contagious disease; on medication; and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.
- ☐ Child must have medical exam within thirty (30) days of initial placement.
- ☐ Child needs annual/age-appropriate medical exam by _____.

CHILD's NAME: Penelopy Garcia    DOB: 11/5/10    CASE #: 0206984    DATE PLACED: _____

CAREGIVER: Mary Lou Reisch    (Phone) 818-355-3727    (FFA) n/a    (Phone) n/a

CSW: Maral Helwajian    (File #) GP70    (Phone) 626-229-3734    (Fax) 626-397-9162

Medical data entered into CWS/CMS by: (Name) _____    (Date) 10/11/16

## MEDICAL EXAMINATION FORM   (To be completed by Doctor.)

**PHYSICAL EXAMINATION**    *PLEASE SEE PAGE 2 FOR DEVELOPMENTAL SCREENING DOCUMENTATION*

Doctor is a CHDP provider? ☐ Yes ☐ No    Was child tested for lead poisoning? ☐ Yes ☒ No

Date of Physical Examination: 10-6-16    Name of Doctor: _____

- ☐ Initial CHDP/CHDP-equivalent examination.
- ☐ Annual/age-appropriate CHDP/CHDP-equivalent examination.
- ☒ Other/Follow-up visit.
- ☐ Doctor's own exam form or PM 160 attached. If not attached, complete below.

- ☒ Condition and treatment were explained to the caregiver and child/youth (as age appropriate).
- ☐ Youth may self administer his/her own medication with adult supervision.
- ☐ Youth is authorized to self administer his/her own medication.

Physical Exam results: Age: (Yrs.): (Mos.): (Wks.)  Height: ___ %  Weight: ___ %
Body Mass Index (BMI) Score: ___  Body Mass Index %: ___

(May be continued on additional pages in necessary. If so, provider must date and sign second page.)

VACS only KINRIX FIU

(Treatment given/ Medications Prescribed. Please attach copies of supporting documentation; test results, etc.)

If follow-up care indicated, specify: Needs Hep A, Hep B

Immunizations given: as above
(If appropriate, complete immunization Record)

Signature of Health Care Provider: _____ (Date) 10-6-16
(Doctor, Nurse Practitioner, Physician's Assistant)

Address: Susan K Hammer, MD
2211 W Magnolia Blvd ste 210
Burbank CA 91506
818-391-2400 fax 818-391-2409    Phone: _____

(Signature Stamp Required)

**CONSENT (Caregiver is a Foster Parent, Relative, Group Home, or FFA).**
DCFS 561(a) (Rev. 07/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

Page 1 of 2

COLA_003364