**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 63

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)


63979162 10:04:54 a.m. 08-18-2016 1/5



PHILIP L. BROWNING
Director



**COUNTY OF LOS ANGELES**
**DEPARTMENT OF CHILDREN AND FAMILY SERVICES**
**425 Shatto Place**
**Los Angeles, CA 90020**
**213-351-5602**

# Fax

| To: | Dr Hammar | From: | Maral Helwajian |
|---|---|---|---|
| Fax: | 818-391-2409 | Fax: | 626-397-9162 |
| Phone: | 818-391-2400 | Phone: | 626-229-3734 |
| Date: | August 18, 2016 | Pages: | 5 |
| Re: | Penelopy Garcia | SCSW: | Sonya Vardanyan |

☐ **NOTE**

PLease fill out these forms. One for each time she came in for her immunizations on 6/10/16 and 8/9/16.

I need these as soon as possible please.



*This document is intended solely for the person identified above. If you received this in error, please inform the sender of this item at the phone number listed. Thank-you.*

FAX Cover Sheet

*"To Enrich Lives Through Effective and Caring Service"*

COLA_001457

COUNTY OF LOS ANGELES      DEPARTMENT OF CHILDREN AND FAMILY SERVICES

# MEDICAL EXAMINATION FORM – INSTRUCTIONS

Please refer to the **CONSENT & MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS** on the reverse side of this form.
(To be completed by CSW/Caregiver. Please print legibly.)

- ☐ Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. "High Risk" includes one or more of the following conditions exists: a past or present significant medical problem or chronic illness; possible contagious disease; on medication; and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.
- ☐ Child must have medical exam within thirty (30) days of initial placement.
- ☐ Child needs annual/age-appropriate medical exam by _____.

CHILD's NAME: Penelopy Garcia    DOB: 11/5/10    CASE #: 0206984    DATE PLACED: 1/13/16

CAREGIVER: Mary Louise Reisch    (Phone) 818-355-3727    (FFA) n/a    (Phone) n/a

CSW: Maral Helwajian    (File #) GP70    (Phone) 626-229-3734    (Fax) 626-397-9162

Medical data entered into CWS/CMS by: (Name) _____    (Date) _____

## MEDICAL EXAMINATION FORM (To Be completed by Doctor.)

**PHYSICAL EXAMINATION**    *PLEASE SEE PAGE 2 FOR DEVELOPMENTAL SCREENING DOCUMENTATION*

Doctor is a CHDP provider? ☐ Yes ☒ No    Was child tested for lead poisoning? ☐ Yes ☒ No

Date of Physical Examination: 8/9/16    Name of Doctor: _____

- ☐ Initial CHDP/CHDP-equivalent examination.
- ☐ Annual/age-appropriate CHDP/CHDP-equivalent examination.
- ☒ Other/Follow-up visit.
- ☐ Doctor's own exam form or PM 160 attached. If not attached, complete below.

- ☒ Condition and treatment were explained to the caregiver and child/youth (as age appropriate).
- ☐ Youth may self administer his/her own medication with adult supervision.
- ☐ Youth is authorized to self administer his/her own medication.

Physical Exam results: Age: __ (Yrs.): __ (Mos.): __ (Wks.): __ Height: __ % Weight: __ %
Body Mass Index (BMI) Score: __ Body Mass Index %: __
(May be continued on additional pages in necessary. If so, provider must date and sign second page.)

Vaccines only: Kinrix, Proquad, Hepatitis B
(Treatment given; Medications Prescribed. Please attach copies of supporting documentation; test results, etc.)

If follow-up care indicated, specify: Needs last hepatitis B in 4 mo

Immunizations given: As above
(If appropriate, complete immunization Record)

Signature of Health Care Provider: _[signature]_ (Date) 8-18-16
(Doctor, Nurse Practitioner, Physician's Assistant)

Susan K Hammar, MD
2211 W Magnolia Blvd ste 210
Burbank CA 91506
818-391-2400 fax 818-391-2409

Address: _____    Phone: _____

Susan K Hammar, MD
2211 W Magnolia Blvd ste 210
Burbank CA 91506
818-391-2400 fax 818-391-2409

(Signature Stamp Required)

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

COLA_001458

COUNTY OF LOS ANGELES　　　　　　　　　　　　DEPARTMENT CHILDREN AND FAMILY SERVICES

### CONSENT (Caregiver is a Foster Parent, Relative, Group Home, or FFA).
Consent of the parent or guardian (via the DCFS 179) or court authorization must be obtained prior to having the child undergo any medical, dental and mental health screenings and examinations. CSWs or Caregivers must inform the parents of the date, time and location of the exam, and inform the parent of the opportunity to be present. It is not necessary to reschedule the exam if the parent does not respond or if the parent cannot attend. Notice may be provided orally, text, email, mail, in-person, or by leaving a message on the parent's phone. It is necessary to reschedule the exam if:
- The parent objects to the exam, even if the parent previously gave consent
- The parent never signed the DCFS 179 providing consent
- There's no court order for the exam

### MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS
The HEALTH & EDUCATION PASSPORT (HEP) BINDER accompanies each child at the time of placement. The Children's Social Worker (CSW) will review the HEP BINDER with you at each visit. The Health and Education Passport must be taken to a medical visits, including the initial examination visit. The health care provider must record all current medical services on the DCFS 561(a). Please add completed forms to the child's HEP BINDER. If the child is removed from your care, the child's complete HEP BINDER, including the Immunization Record, shall be returned to the CSW *at the time of removal*, as the HEP BINDER must accompany the child upon replacement.

Immediately notify the child's CSW (or Supervising CSW, if the CSW is unavailable) when there is any change in the child's mental, medical and/or dental health that required urgent medical care.

Please use the Child Health and Disability Prevention (CHDP) Program for medical and dental examinations. Please refer to the following CHDP periodicity schedule. For more information on the CHDP program please refer to the CHDP brochure in the HEP BINDER.

### HEALTH CARE EXAMINATIONS PERIODICITY SCHEDULE
Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. Foster children four (4) years of age and older who are not considered high risk, must have a medical examination within 30 days of the initial placement. Children are also to have immunizations according to the current Recommended Childhood Immunization Schedule.

Inform the CSW of all medical appointments as soon they have been made including the date, time and location.

Children must receive CHDP program or CHDP program equivalent medical examinations, at a minimum, as follows:

- Children under one (1) month need an examination
- Children two (2) to six (6) months need an examination every two (2) months, for a total of three (3) exams
- Children seven (7) to fifteen (15) months need quarterly (every 3 months) examinations, for a total of three (3) exams
- Children sixteen (16) to twenty three (23) months need one examination
- Children two (2) to nineteen (19) years need annual (yearly) examinations

### *DEVELOPMENTAL SCREENING INFORMATION (to be completed by Health Care Provider)

- Developmental Screening Completed?: ☐ Yes ☐ No

- If Yes, what type:　☐ Ages & Stages Questionnaire
　　　　　　　　　　☐ PEDS
　　　　　　　　　　☐ Denver Developmental Screen
　　　　　　　　　　☐ Other:_____

- Developmental Screen Concerns?:　☐ Yes ☐ No
- Developmental Screen Comments:_____

---

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

COLA_001459

3979162 02:05:42 p.m. 06-10-2016 1/3



PHILIP L. BROWNING
Director



COUNTY OF LOS ANGELES
DEPARTMENT OF CHILDREN AND FAMILY SERVICES
425 Shatto Place
Los Angeles, CA 90020
213-351-5602

# Fax

| | | | |
|---|---|---|---|
| **To:** | Dr Hammar | **From:** | Maral Helwajian |
| **Fax:** | 818-391-2409 | **Fax:** | 626-397-9162 |
| **Phone:** | | **Phone:** | 626-229-3734 |
| **Date:** | June 10, 2016 | **Pages:** | 2 3 |
| **Re:** | Penelopy Garcia | **SCSW:** | Sonya Vardanyan |

☐ NOTE

Please fill this out and fax back.



OK
FAXED
6-10-16

*This document is intended solely for the person identified above. If you received this in error, please inform the sender of this item at the phone number listed. Thank-you.*

FAX Cover Sheet

*"To Enrich Lives Through Effective and Caring Service"*

COLA_001462

COUNTY OF LOS ANGELES                                    DEPARTMENT OF CHILDREN AND FAMILY SERVICES

**CONSENT (Caregiver is a Foster Parent, Relative, Group Home, or FFA).**
Consent of the parent or guardian (via the DCFS 179) or court authorization must be obtained prior to having the child undergo any medical, dental and mental health screenings and examinations. CSWs or Caregivers must inform the parents of the date, time and location of the exam, and inform the parent of the opportunity to be present. It is not necessary to reschedule the exam if the parent does not respond or if the parent cannot attend. Notice may be provided orally, text, email, mail, in-person, or by leaving a message on the parent's phone. It is necessary to reschedule the exam if:
- The parent objects to the exam, even if the parent previously gave consent
- The parent never signed the DCFS 179 providing consent
- There's no court order for the exam

**MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS**
The HEALTH & EDUCATION PASSPORT (HEP) BINDER accompanies each child at the time of placement. The Children's Social Worker (CSW) will review the HEP BINDER with you at each visit. The Health and Education Passport must be taken to a medical visits, including the initial examination visit. The health care provider must record all current medical services on the DCFS 561(a). Please add completed forms to the child's HEP BINDER. If the child is removed from your care, the child's complete HEP BINDER, including the Immunization Record, shall be returned to the CSW *at the time of removal*, as the HEP BINDER must accompany the child upon replacement.

Immediately notify the child's CSW (or Supervising CSW, if the CSW is unavailable) when there is any change in the child's mental, medical and/or dental health that required urgent medical care.

Please use the Child Health and Disability Prevention (CHDP) Program for medical and dental examinations. Please refer to the following CHDP periodicity schedule. For more information on the CHDP program please refer to the CHDP brochure in the HEP BINDER.

**HEALTH CARE EXAMINATIONS PERIODICITY SCHEDULE**
Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. Foster children four (4) years of age and older who are not considered high risk, must have a medical examination within 30 days of the initial placement. Children are also to have immunizations according to the current Recommended Childhood Immunization Schedule.

Inform the CSW of all medical appointments as soon they have been made including the date, time and location.

Children must receive CHDP program or CHDP program equivalent medical examinations, at a minimum, as follows:

- Children under one (1) month need an examination
- Children two (2) to six (6) months need an examination every two (2) months, for a total of three (3) exams
- Children seven (7) to fifteen (15) months need quarterly (every 3 months) examinations, for a total of three (3) exams
- Children sixteen (16) to twenty three (23) months need one examination
- Children two (2) to nineteen (19) years need annual (yearly) examinations

**\*DEVELOPMENTAL SCREENING INFORMATION** (to be completed by Health Care Provider)

- Developmental Screening Completed?: ☐ Yes  ☐ No

- If Yes, what type:   ☐ Ages & Stages Questionnaire
                       ☐ PEDS
                       ☐ Denver Developmental Screen
                       ☐ Other:_____

- Developmental Screen Concerns?:   ☐ Yes  ☐ No
- Developmental Screen Comments:_____

---

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

Page 2 of 2

COLA_001463

COUNTY OF LOS ANGELES · DEPARTMENT OF CHILDREN AND FAMILY SERVICES

## MEDICAL EXAMINATION FORM — INSTRUCTIONS

Please refer to the <u>CONSENT & MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS</u> on the reverse side of this form.
(To be completed by CSW/Caregiver. Please print legibly.)

☐ Infants (0-36 months) or "High Risk" children must be medically examined within ten (10) days of initial placement, or sooner if medically required or recommended. "High Risk" includes one or more of the following conditions exists: a past or present significant medical problem or chronic illness; possible contagious disease; on medication; and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.

☐ Child must have medical exam within thirty (30) days of initial placement.

☐ Child needs annual/age-appropriate medical exam by _____.

CHILD's NAME: Penelopy Garcia     DOB: 11/5/10     CASE #: 0206984     DATE PLACED: 1/13/16

CAREGIVER: Mary Louise Reisch     (Phone) 818-355-3727     (FFA) n/a     (Phone) n/a

CSW: Maral Helwajian     (File #) GP70     (Phone) 626-229-3734     (Fax) 626-397-9162

Medical data entered into CWS/CMS by: (Name) _____     (Date) _____

## MEDICAL EXAMINATION FORM   (To Be completed by Doctor.)

**PHYSICAL EXAMINATION**     *PLEASE SEE PAGE 2 FOR DEVELOPMENTAL SCREENING DOCUMENTATION*

Doctor is a CHDP provider? ☐ Yes ☒ No     Was child tested for lead poisoning? ☐ Yes ☐ No  4/6/16

Date of Physical Examination: 6/10/16     Name of Doctor: _____

☐ Initial CHDP/CHDP-equivalent examination.
☒ Annual/age-appropriate CHDP/CHDP-equivalent examination.
☐ Other/Follow-up visit.
☐ Doctor's own exam form or PM 160 attached. If not attached, complete below.

☐ Condition and treatment were explained to the caregiver and child/youth (as age appropriate).
☐ Youth may self administer his/her own medication with adult supervision.
☐ Youth is authorized to self administer his/her own medication.

Physical Exam results: Age: 5  (Yrs.): 7  (Mos.):  (Wks.)    Height: 41 (8 %)    Weight: 38 (25 %)
Body Mass Index (BMI) Score: 16.2    Body Mass Index %: 75
(May be continued on additional pages if necessary. If so, provider must date and sign second page.)

Vaccines
(Treatment given; Medications Prescribed. Please attach copies of supporting documentation; test results, etc.)

If follow-up care indicated, specify: _____

Immunizations given: Pediarix, ProQuad, Hepatitis A
(If appropriate, complete Immunization Record)

Signature of Health Care Provider: /s/ (Date) 6-10-16
(Doctor, Nurse Practitioner, Physician's Assistant)

Susan K Hammar, MD
2211 W. Magnolia Blvd. #210
Burbank CA 91506
818-391-2400 F: 818-391-2409
(Signature Stamp Required)

Address: Susan K Hammar, MD  2211 W Magnolia Blvd ste 210  Burbank CA 91506  818-391-2400 fax 818-391-2409
Phone: _____

DCFS 561(a) (Rev. 05/2016) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

Page 1 of 2

COLA_001464



PHILIP L. BROWNING
Director

**COUNTY OF LOS ANGELES**
**DEPARTMENT OF CHILDREN AND FAMILY SERVICES**
**425 Shatto Place**
**Los Angeles, CA 90020**
**213-351-5602**

# Fax

*920853*

| To: | Dr Susan Hammer | From: | Maral Helwajian |
|---|---|---|---|
| Fax: | 818-391-2409 | Fax: | 626-397-9174 |
| Phone: | 818-391-2400 | Phone: | 626-229-3703 |
| Date: | April 8, 2016 | Pages: | ~~8~~ 3 with cover |
| Re: | Penelopy Garcia DOB 11/5/10 | SCSW: | Sonya Vardanyan |

☐ **NOTE**

Dr Hammer,

I am the DCFS social worker for Penelopy Garcia. If you can please fill out the attached medical exam form for when Penelopy was seen by you this week on 4/4/16, I would appreciate it. If you can please indicate on the form that she was referred for bloodwork as well. Thank you.



FAXED
4-8-16

*This document is intended solely for the person identified above. If you received this in error, please inform the sender of this item at the phone number listed. Thank-you.*

FAX Cover Sheet

*"To Enrich Lives Through Effective and Caring Service"*

COUNTY OF LOS ANGELES  DEPARTMENT OF CHILDREN AND FAMILY SERVICES

# MEDICAL EXAMINATION FORM – INSTRUCTIONS

Please refer to the <u>CONSENT & MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS</u> on the reverse side of this form.
(To be completed by CSW/Caregiver. Please print legibly.)

☐ Infants (0-36 months) or "High Risk" children must be medically examined within three (3) days of initial placement. "High Risk" means one or more of the following conditions exists: a past or present significant medical problem or chronic illness; possible contagious disease; on medication; and/or a social problem (e.g., language barrier) which might conceal an unmet medical need.

☐ Child must have medical exam within thirty (30) days of initial placement.

☐ Child needs annual/age-appropriate medical exam by _____.

CHILD's NAME: Penelopy Garcia       DOB: 11/5/2010   CASE #: 020984       DATE PLACED: 1/13/2016

CAREGIVER: Mary Lou Reisch        (Phone) 818-355-3727 (FFA) _____ (Phone) _____

CSW: Marat Helwajian         (File #) GP70           (Phone) 626-229-3703 (Fax) 626-397-9174

Medical data entered into CWS/CMS by: (Name) _____ (Date) _____

## MEDICAL EXAMINATION FORM (To Be completed by Doctor.)

PHYSICAL EXAMINATION                    *PLEASE SEE PAGE 2 FOR DEVELOPMENTAL SCREENING DOCUMENTATION

Doctor is a CHDP provider? ☐ Yes ☒ No     Was child tested for lead poisoning? ☒ Yes ☐ No

Date of Physical Examination: 4/4/2016      Name of Doctor: Dr Susan Hammer

☐ Initial CHDP/CHDP-equivalent examination.
☐ Annual/age-appropriate CHDP/CHDP-equivalent examination.
☒ Other/Follow-up visit. Initial visit - problem oriented
☐ Doctor's own exam form or PM 160 attached. If not attached, complete below.

☒ Condition and treatment were explained to the caregiver and child/youth (as age appropriate).
☐ Youth may self administer his/her own medication with adult supervision.
☐ Youth is authorized to self administer his/her own medication.

Physical Exam results: Age: 5 (Yrs.): 6 (Mos.): __ (Wks.)   Height: 41¼" (10%)   Weight: 37# (15%)
Body Mass Index (BMI) Score: __   Body Mass Index %: __
(May be continued on additional pages in necessary. If so, provider must date and sign second page.)

No medication prescribed
(Treatment given; Medications Prescribed. Please attach copies of supporting documentation; test results, etc.)

Requested labs - CBC/chol/lead/chem 12/UA - all Normal

If follow-up care indicated, specify: well exam in future

Immunizations given: None
(If appropriate, complete Immunization Record)

Signature of Health Care Provider: _[signed]_ (Date) 4-8-16
(Doctor, Nurse Practitioner, Physician's Assistant)
Susan K. Hammar, MD.
2211 W. Magnolia Blvd. Ste. 210
Burbank, CA 91506
Address: 818-391-2400 Fax 818-391-2409    Phone: _____

Susan K Hammar, MD
2211 W. Magnolia Blvd. #210
Burbank CA 91506
818-391-2400 F:818-391-2409

(Signature Stamp Required)

DCFS 561(a) (Rev. 10/2014) MEDICAL EXAMINATION FORM

Leave several forms with the caregiver when the child is initially placed.
Make photocopy of completed/signed original and provide photocopy to caregiver.
File the completed/signed original in the Psychological/Medical/Dental folder.

Page 1 of 2

COLA_001472

COUNTY OF LOS ANGELES　　　　　　　　　　　　　　DEPARTMENT OF CHILDREN AND FAMILY SERVICES

**CONSENT (Caregiver is a Foster Parent, Relative, Group Home, or FFA).**
Consent of the parent or guardian (via the DCFS 179) or court authorization must be obtained prior to having the child undergo any medical, dental and mental health screenings and examinations. CSWs or Caregivers must inform the parents of the date, time and location of the exam, and inform the parent of the opportunity to be present. It is not necessary to reschedule the exam if the parent does not respond or if the parent cannot attend. Notice may be provided orally, text, email, mail, in-person, or by leaving a message on the parent's phone. It is necessary to reschedule the exam if:
- The parent objects to the exam, even if the parent previously gave consent
- The parent never signed the DCFS 179 providing consent
- There's no court order for the exam

**MEDICAL RECORD PROCEDURES FOR FOSTER CAREGIVERS**
The HEALTH & EDUCATION PASSPORT (HEP) BINDER accompanies each child at the time of placement. The Children's Social Worker (CSW) will review the HEP BINDER with you at each visit. The Health and Education Passport must be taken to all medical visits, including the initial examination visit. The health care provider must record all current medical services on the DCFS 561(a). Please add completed forms to the child's HEP BINDER. If the child is removed from your care, the child's complete HEP BINDER, including the Immunization Record, shall be returned to the CSW *at the time of removal*, as the HEP BINDER must accompany the child upon replacement.

Immediately notify the child's CSW (or Supervising CSW, if the CSW is unavailable) when there is any change in the child's mental, medical and/or dental health that required urgent medical care.

Please use the Child Health and Disability Prevention (CHDP) Program for medical and dental examinations. Please refer to the following CHDP periodicity schedule. For more information on the CHDP program please refer to the CHDP brochure in the HEP BINDER.

**HEALTH CARE EXAMINATIONS PERIODICITY SCHEDULE**
Within 30 days of the initial placement, all foster children must have a medical examination.

Children under age 2 years require more frequent medical examinations as follows:

- Children from birth to 6 months need an examination every two months.
- Children from 7 to 15 months need quarterly (every 3 months) examinations.
- Children 16 to 23 months need semi-annual (every 6 months) examinations.
- Children 24 months and older need annual (yearly) examinations.
- Children are also to have immunizations according to the current Recommended Childhood Immunization Schedule.

**\*DEVELOPMENTAL SCREENING INFORMATION** (to be completed by Health Care Provider)

- Developmental Screening Completed?: ☐ Yes ☒ No

- If Yes, what type: ☐ Ages & Stages Questionnaire
  ☐ PEDS
  ☐ Denver Developmental Screen
  ☐ Other:_____

- Developmental Screen Concerns?: ☐ Yes ☐ No

- Developmental Screen Comments:_____

_____
_____
_____

DCFS 561(a) (Rev. 10/2014) MEDICAL EXAMINATION FORM　　　　Leave several forms with the caregiver when the child is initially placed.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Make photocopy of completed/signed original and provide photocopy to caregiver.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　File the completed/signed original in the Psychological/Medical/Dental folder.

Page 2 of 2

COLA_001473