**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 49

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 01/06/18

------------------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                          VS.
DEFENDANT 01:  LUCY  ULIKHANOVA

------------------------------------------------------------------------


BAIL: APPEARANCE   AMOUNT     DATE      RECEIPT OR   SURETY COMPANY    REGISTER
        DATE       OF BAIL    POSTED    BOND NO.                       NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
 OF:


ON 12/06/17 AT  830 AM   IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR PROBATION AND SENTENCE HEARING

PARTIES: CHEROL J. NELLON (JUDGE)   JOHN DONG   (CLERK)
         PENELOPE NISOTIS  (REP)     DENNY WEI  (CA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH LEWIS PRIVATE COUNSEL

COUNT (01) : DISPOSITION: ALL OTHER DISMISSALS NOT (A) TO (L)

COURT DIVERSION TERMS ARE DEEMED COMPLETED.

THE COURT GRANTS DEFENDANT'S ORAL MOTION TO WITHDRAW PLEA AND
CASE IS DISMISSED.

NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED




                                      PROBATION AND SENTENCE HEARING
                  PAGE NO.   1        HEARING DATE: 12/06/17


COLA_001321

```
                            MINUTE ORDER
            SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 02/17/17

--------------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  LUCY  ULIKHANOVA

--------------------------------------------------------------------



BAIL: APPEARANCE   AMOUNT    DATE     RECEIPT OR  SURETY COMPANY   REGISTER
         DATE      OF BAIL   POSTED    BOND NO.                    NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 632(A) PC MISD



ON 02/09/17 AT  830 AM  IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR PROGRESS REPORT

PARTIES: CHEROL J. NELLON (JUDGE)  LORNA GARCIA  (CLERK)
         PENELOPE NISOTIS       (REP)  M. MELIK-BAKHSHYAN  (CA)

DEFENDANT IS PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

PROOF OF COMPLETION COMMUNITY LABOR RECEIVED THIS DATE.

NEXT SCHEDULED EVENT:
MATTER PREV SET/REMAIN ON CLDR
```

```
                                  PROGRESS REPORT
             PAGE NO.   1        HEARING DATE: 02/09/17
```

COLA_001322



Southern California Orthopedic
I N S T I T U T E

*Experience Excellence.*

Date:        December 8, 2016
Name:        **LUCY ULIKHANOVA**
Centricity#: 300108
DOB:         11-18-1980

---

## CERTIFICATION OF DISABILITY AND/OR
## RETURN TO WORK (NON-INDUSTRIAL)

### Todd J. Molnar, M.D.

☐ This patient is disabled from _____ to _____

Diagnosis/Condition PATIENT SEEN 6/19/2014, 10/30/2014 AND DIAGNOSED WITH  L5-S1:  2-3 mm central protrusion with Epidural lipomatosis with moderate to severe stenosis. Completed MRI on 7-3-2014 and EMG on 07/15/2014 and that point she was restricted of no prolonged sitting, bending, stooping or lifting greater than 20 lbs. Please call our office should you have any questions.

☐ This patient is advised to return to ☐work ☐school on _____  Time _____
☒ **RESTRICTIONS:**

   ☐ Temporary activity restrictions(indicated below) until _____

      ☐ No lifting from floor, squatting, bending, kneeling    prolonged standing, rapid turning, running, jumping, climbing, lifting.

      ☐ No sports/gymnastics.

      ☐ May do light duty involving sitting, standing, reaching, grasping.

      ☐ Weight lifting capability ☐0-20# ☐21-50# ☐over 50#

      ☐ Crutches    ☐ Sling

☐ This patient is being released to return to athletic activities as of _____.
☒ This patient was seen in this office on this date for the following condition: 10/30/2014

**REMARKS:** _____

**Doctor's Signature:**

12/8/2016 5:17:02 PM

---

☒ **6815 Noble Avenue – Van Nuys, California 91405 – 3730 (818)901-6600**
☐ 24051 Newhall Ranch Road – Valencia, California 91354 (661)254-6364
☐ 2400 Bahamas Drive – Bakersfield, California 93309 (661)328-5565
☐ 3605 Alamo Street, Suite 200 – Simi Valley, California 93063 (805)578-8550
☐ 375 Rolling Oaks Drive, Suite 210 – Thousand Oaks, California 91361 (805)497-7015

COLA_001323



**ASSISTANCE LEAGUE OF LOS ANGELES**
Progress Report/ Completion Form

Date: 1/13/2017

| | |
|---|---|
| Last Name: ULIKHANOVA | First Name: LUCY | Case: 6BK01712-01 |

Address:   1429 N LOLUMBUS AVE
City:   GLENDALE   State:  CA   Zip:  91202   Phone:  (310)-975-4240

Agency Referring Client: Glendale   600 E. Broadway Blvd. #111, Glendale, CA, 91205

Division No./Sentencing Court or Probation Officer: DEPT. - 3 (GLENDALE)
Intake Date:       12/13/2016                          Interviewer:   SBaythongdy
Due Date:          2/9/2017                              Extension Date:
Offense:           Misdemeanor 632 - CONFIDENTIAL COMMUNICATION
Assigned Hours:  40.00

**INTAKE REPORT**

| Agency Name | Phone Number | Hours Assigned | Hours Completed |
|---|---|---|---|
| ABSOLUTE CONTROL TRANSITIONAL COUNSELING CENTER INC. | 6267928797 | 40.00 | 40.00 |

Comments:

---

**RESPONSE TO COURT**   TO BE COMPLETED BY ASSISTANCE LEAGUE OF LOS ANGELES

[✓] CLIENT FULLY COMPLETED WORK ASSIGNMENT              [ ] CLIENT COMPLETED

[ ] CLIENT NOT ACCEPTABLE FOR REFERRAL BECAUSE:

*I declare under penalty of perjury, under the laws of the state of California, that the foregoing is true and correct.*

ASSISTANCE LEAGUE OF LOS ANGELES                          Today's Date

Run By: MRivera

```
                          MINUTE ORDER
           SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 12/21/16

----------------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  LUCY  ULIKHANOVA

----------------------------------------------------------------------

NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER

IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE TO
REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.


BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY   REGISTER
          DATE    OF BAIL   POSTED   BOND NO.                     NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 632(A) PC MISD



ON 12/06/16 AT  830 AM  IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR PRETRIAL HEARING


PARTIES: CHEROL J. NELLON (JUDGE)  LORNA GARCIA  (CLERK)
         PENELOPE NISOTIS  (REP)     M. MELIK-BAKHSHYAN  (CA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH LEWIS PRIVATE COUNSEL

DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:

WRITTEN ADVISEMENT OF RIGHTS AND WAIVERS FILED, INCORPORATED BY REFERENCE
HEREIN

TRIAL BY COURT AND TRIAL BY JURY

CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;

SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;

AGAINST SELF-INCRIMINATION;

DEFENDANT ADVISED OF THE FOLLOWING:
                                       PRETRIAL HEARING
                      PAGE NO.   1     HEARING DATE: 12/06/16
```

COLA_001325

CASE NO. 6BK01712
DEF NO.  01                                    DATE PRINTED 12/21/16

THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;

THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING THE
 MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL EFFECTS
AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE SAME OR
SIMILAR OFFENSES;

THE EFFECTS OF PROBATION;

IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
OFFENSE FOR WHICH YOU HAVE BEEN CHARGED WILL HAVE THE CONSEQUENCES OF

DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.

THE COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND
EXPLICITLY MADE; COUNSEL JOINS IN THE WAIVERS

THE DEFENDANT PERSONALLY WITHDRAWS PLEA OF NOT GUILTY TO COUNT 01 AND PLEADS
NOLO CONTENDERE WITH THE APPROVAL OF THE COURT TO A VIOLATION OF SECTION 632(A)
 PC IN COUNT 01.  THE COURT FINDS THE DEFENDANT GUILTY.

COUNT (01) : DISPOSITION: CONVICTED

COURT ORDERS AND FINDINGS:

-ENROLL IN AND COMPLETE  5 DAYS COMMUNITY LABOR/SERVICE THRU ANY
 NON-PROFIT ORGANIZATION.

-OBEY ALL LAWS AND ORDERS OF THE COURT.

-THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.


-TAHL WAIVER IS ORDERED FILED.

-DEFENDANT IS SERVED WITH A COPY OF THE PROTECTIVE ORDER IN OPEN
COURT.

-OBEY THE PROTECTIVE ORDER ISSUED IN THIS OR ANY OTHER CASE.

COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
ACCEPTS PLEA.

MATTER ORDERED CONTINUED TO TIME AND PLACE INDICATED BELOW.

PURSUANT TO COURT'S DIVERSION FOR 1 YEAR UNDER THE FOLLOWING
TERMS: 3 YEAR PROTECTIVE ORDER PER STIPULATION OF PARTIES;
ARBUCKLE/CRUZ; THE COURT FURTHER ORDERS DEFENDANT TO SHOW PROOF
OF MEDICAL CONDITION FOR COMMUNITY SERVICE OPTION ON NEXT COURT
DATE.

NEXT SCHEDULED EVENT:
                                        PRETRIAL HEARING
                        PAGE NO.   2     HEARING DATE: 12/06/16

COLA_001326

CASE NO. 6BK01712
DEF NO.  01                                      DATE PRINTED 12/21/16

02/09/17   830 AM  PROGRESS REPORT    DIST BURBANK COURTHOUSE DEPT 003

NEXT SCHEDULED EVENT :
12/06/17   830 AM  PROBATION AND SENTENCE HEARING   DIST BURBANK COURTHOUSE
DEPT 003

                                         PRETRIAL HEARING
            PAGE NO.   3                  HEARING DATE: 12/06/16

COLA_001327



### COURT REFERRED VOLUNTEER CENTER
### COURT REFERRAL FORM

| **METROPOLITAN COURT**<br>1945 South Hill Street<br>Second Floor, Window #9<br>Los Angeles, CA 90007<br>213-743-5541 | **CRIMINAL COURT**<br>210 W Temple Street 7th Fl #301<br>Los Angeles, CA 90012<br>213-620-1709 | **GLENDALE COURT**<br>600 E. Broadway Blvd. #111<br>Glendale, CA 91205<br>818-500-9552 |
|---|---|---|
| **VAN NUYS COURT**<br>14400 Erwin Street Mall #103<br>Van Nuys, CA 91401<br>818-376-1071 | **SAN FERNANDO COURT**<br>900 Third Street #1028<br>San Fernando, CA 91340<br>818-898-7126 | **CHATSWORTH COURT**<br>9425 Penfield Avenue #L 400-A<br>Chatsworth, CA 91311<br>818-827-3459 |
| | **LANCASTER COURT**<br>42011 4th Street West #3590<br>Lancaster, CA 93534<br>661-257-1175 | |

Court Referred Volunteer Center (CRVC) offices are open Monday thru Friday from 8:30am to 4pm.
**To ensure service, please arrive by 3pm for registration.**

- You must enroll for community service at the CRVC within one week of your sentencing date.
- You will be charged a processing fee (see chart below).
- All fees must be paid in cash, money order, Visa, MasterCard or Discover and are subject to change.

### COMMUNITY SERVICE FEES

| Hours | Fee | Hours | Fee | Hours/Program | Fee |
|---|---|---|---|---|---|
| 01-10 | $20.00 | 51-100 | $75.00 | 501-1000 | $200.00 |
| 11-20 | $25.00 | 101-250 | $100.00 | 1001 & Up | $300.00 |
| 21-50 | $50.00 | 251-500 | $125.00 | Hospital or Morgue Class (each) | $125.00 |

- L.A. County, Out of County and Out of State transfer MUST be done in person. A Transfer Fee will apply.
- Picture identification is required. Driver License or School ID is acceptable. Minors (clients under 18 years of age) MUST be accompanied by a parent or legal guardian who must also provide valid picture ID.

### This section MUST be completed by the Court Clerk or Deputy Probation Officer

| Client's Name:<br>LUCY OLLIK (ANOVA- | Offense Code Number:<br>PC 632(A) |
|---|---|
| Referral Date:<br>12-16-16 | Completion Due Date:<br>Progress        2-9-17 |
| Case Number:<br>GAK 01112-01 | Community Service Hours Sentenced:<br>5 day |
| Progress Report Due Date: | ☐ CALTRANS _____ Hours/Days |
| Court Department/DPO<br>3 | ☐ GRAFFITI _____ Hours/Days |
| DPO Location & Phone Number:<br>818/360-8499 | ☐ HOSPITAL AND MORGUE PROGRAM |

COLA_001328

CR-161

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

— STREET ADDRESS:

MAILING ADDRESS:

CITY AND ZIP CODE:

BRANCH NAME:

Superior Court North Central District
300 East Olive Avenue, Room 100
Burbank, California 91502

FOR COURT USE ONLY
**FILED**
Superior Court of California
County of Los Angeles

DEC 0 6 2016

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
L. Garcia

**PEOPLE OF THE STATE OF CALIFORNIA**

*vs.*

DEFENDANT: *Lucy UYKHANOVA*

**CRIMINAL PROTECTIVE ORDER—OTHER THAN DOMESTIC VIOLENCE**
(CLETS - CPO) (Pen. Code, §§ 136.2 and 646.9(k))

[X] **ORDER UNDER PENAL CODE, § 136.2**        [ ] **MODIFICATION**

[ ] **PROBATION CONDITION ORDER (Pen. Code, § 136.2)**

[ ] **ORDER UNDER PENAL CODE, § 646.9(k)**

CASE NUMBER:
*GBKC1712-01*

CLETS ENTRY BY:

PERSON TO BE RESTRAINED *(complete name):* *LUCY ULIKHANOVA*

Sex: [ ] M [X] F  Ht.: *5'3*  Wt.: *115*  Hair color: *Blu*  Eye color: *Br*  Race: *W*  Age: *35*  Date of birth: *11/18/80*

[ ] The defendant is a peace officer with _____  Department: _____

1. This proceeding was heard on *(date):* *12/6/16* at *(time):* *9:35* in Dept.: *3*  Room: _____
   by judicial officer *(name):* *Nellon*

2. This order expires on *(date):* *12/6/2019*  If no date is listed, this order expires three years from the date of issuance.

3. [X] Defendant was personally served with a copy of this order at the court hearing, and no additional proof of service of this order is required.

4. COMPLETE NAME OF EACH PROTECTED PERSON: *Mary Louise Reisch, Anthony Reisch;* *12/4/54*
   *Peyton Reisch;* *Madison R* _____ *, a minor*

**GOOD CAUSE APPEARING, THE COURT ORDERS THAT THE ABOVE-NAMED DEFENDANT**

5. must not harass, strike, threaten, assault (sexually or otherwise), follow, stalk, molest, destroy or damage personal or real property, disturb the peace, keep under surveillance, or block movements of the protected persons named above.

6. **must surrender to local law enforcement or sell to a licensed gun dealer any firearm owned or subject to his or her immediate possession or control within 24 hours after service of this order and must file a receipt with the court showing compliance with this order within 48 hours of receiving this order.**

7. must not attempt to or actually prevent or dissuade any victim or witness from attending a hearing or testifying or making a report to any law enforcement agency or person.

8. must take no action to obtain the addresses or locations of protected persons or their family members, caretakers, or guardian unless good cause exists otherwise. [ ] The court finds good cause not to make the order in item 8.

9. [X] must have no personal, electronic, telephonic, or written contact with the protected persons named above.

10. [X] must have no contact with the protected persons named above through a third party, except an attorney of record.

11. [X] must not come within *100* yards of the protected persons named above.

12. [ ] may have peaceful contact with the protected persons named above only for the safe exchange of children for court-ordered visitation as stated in the attached Family, Juvenile, or Probate court order in Case No. _____ , issued on *(date):* _____ , as an exception to the "no-contact" or "stay-away" provision in paragraph 9, 10, or 11 of this order.

13. [X] may have peaceful contact with the protected persons named above only for the safe exchange of children for visitation as stated in a Family, Juvenile, or Probate court order issued after the date this order is signed, as an exception to the "no-contact" or "stay-away" provision in paragraph 9, 10, or 11 of this order. *OR DCFS: DK 15203*

14. [X] The protected persons may record any prohibited communications made by the restrained person. *AND*

*DCFSC #0631747345Z*

15. Other orders including stay-away orders from specific locations: _____ *6700 4842*

Date: *12/6/16*

*[signature] Cherol Nellon*

JUDICIAL OFFICER        Department/Division:

**CHEROL J. NELLON**

Form Adopted for Mandatory Use
Judicial Council of California
CR-161 [Rev. July 1, 2009]
Approved by Department of Justice

**CRIMINAL PROTECTIVE ORDER—OTHER THAN DOMESTIC VIOLENCE**
**(CLETS - CPO) (Penal Code, §§ 136.2 and 646.9(k).)**

Page 1 of 2
Penal Code, §§ 136.2 and 646.9(k)
www.courtinfo.ca.gov

(Distribution: original to file; 1 copy to each protected person; 1 copy to defendant; 1 copy to prosecutor; 1 copy to law enforcement)  COLA_001329

CR 161 07-09

SUPERIOR COURT OF CALIFORNIA

COUNTY:
COUNTY OF LOS ANGELES

PLAINTIFF:
PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT:
_Lucy Ulighanova_

**MISDEMEANOR ADVISEMENT OF RIGHTS,
WAIVER AND PLEA FORM**

**FILED** no stamp
Superior Court of California
County of Los Angeles

DEC 0 6 2016

Sherri R. Carter, Executive Officer/Clerk
By _L. Garcia_, Deputy
L. Garcia

CASE NUMBER: _6BX01712-01_     DEPARTMENT: _5_

## INSTRUCTIONS

Fill out this form if you wish to plead guilty or no contest to the charges against you. Initial the box for each applicable item only if you understand it, and **sign and date the form on page 3**. If you have any questions about your case, the possible sentence, or the information on this form, ask your attorney or the judge.

**RIGHT TO AN ATTORNEY**

INITIALS ↓

1. I understand that I have the right to be represented by an attorney throughout the proceedings. I understand that the Court will appoint a free attorney for me if I cannot afford to hire one, but at the end of the case, I may be asked to pay all or part of the cost of that attorney, if I can afford to. I understand that there are dangers and disadvantages to giving up my right to an attorney, and that it is almost always unwise to represent myself ............................................................

**NATURE OF THE CHARGES (Complete all items you are charged with.)**

2. I understand that I am charged with the following offense(s):

   _632(a) P.C. – illegal recording_
   TYPE OF OFFENSE(S) AND SECTION NUMBER(S)

3. **If applicable** - I understand that I am also charged with having the following **prior conviction(s)**:

   _N/A_
   LIST OFFENSE(S), CASE NUMBER(S) AND DATE(S)

4. **If applicable** - I understand that I am also charged with violating the **probation order** in the following case(s):

   _N/A_
   CASE NUMBER(S) AND DATE(S)

5. I understand the charge(s) against me, and the possible pleas and defenses .......................

**CONSTITUTIONAL RIGHTS**

6. **RIGHT TO A JURY TRIAL -** I understand that I have the right to a speedy, public jury trial. At the trial, I would be presumed innocent, and I could not be convicted unless 12 impartial jurors were convinced of my guilt beyond a reasonable doubt ...............................................

7. **RIGHT TO CONFRONT WITNESSES -** I understand that I have the right to confront and cross-examine all witnesses testifying against me ...............................................................

8. **RIGHT AGAINST SELF-INCRIMINATION -** I understand that I have the right to remain silent and not incriminate myself, and the right to testify on my own behalf. I understand that by pleading guilty or no contest, or admitting other conviction(s) or probation violation(s), I am incriminating myself ......

9. **RIGHT TO PRODUCE EVIDENCE -** I understand that I have the right to present evidence and to have the Court issue subpoenas to bring into court all witnesses and evidence favorable to me, no cost to me ...............................................................

CRIM 244 (Rev. 08/15)
(Formerly PRU-200)

*Continued on reverse*

COLA_001330

**RIGHTS ON CHARGES OF PRIOR CONVICTION(S) AND PROBATION VIOLATION(S)**

10. If applicable - I understand that I have the right to an attorney, the right to a jury trial, the right to confront witnesses, the right against self-incrimination, and the right to produce evidence and witnesses for all charges against me, including other alleged conviction(s) or probation violation(s). However, for a charge of violating probation, I do not have the right to a jury trial, although I do have the right to a hearing before a judge.

**WAIVER OF RIGHTS**

Understanding all of the above, for all of the charges against me, including any other alleged conviction(s) or probation violation(s):

11. I give up my right to an attorney, and I choose to represent myself. (Does not apply if you have an attorney.)

12. I give up my right to a jury trial.

13. I give up my right to confront and cross-examine witnesses.

14. I give up my right to remain silent and to not incriminate myself.

15. I give up my right to produce evidence and witnesses on my own behalf.

**CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST**

16. Penalty. I understand that the possible consequences for the offense(s) charged include the following:

| OTHER CHARGE | | JAIL - MIN. | MAX. | |
|---|---|---|---|---|
| OTHER CONSEQUENCES | 632(a) | | | |
| SECTION NUMBER | Entering into PC 1001.94 | | | |
| OTHER CONSEQUENCES | Diversion w/ Protective | | | |
| SECTION NUMBER | Order | | | |
| OTHER CONSEQUENCES | | | | |
| SECTION NUMBER | | JAIL - MIN. | MAX. | |
| OTHER CONSEQUENCES | | | | |
| SECTION NUMBER | | JAIL - MIN. | MAX. | |
| OTHER CONSEQUENCES | | | | |

17. I understand that in addition to the fine, the Court will add assessments which will significantly increase the amount I must pay. I will also be ordered to make restitution and to pay a restitution fine not less than $150 and up to $10,000, unless the Court finds compelling and extraordinary reasons not to impose the fine.

18. I understand that if I am not a citizen, a plea of guilty or no contest could result in my deportation, exclusion from admission to this country, or denial of naturalization.

Continued on reverse

Page 2 of 4

CRM-341 (Rev. 0015)
(Formerly PKL006)

**CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST (Continued)**

19. I understand that a plea of no contest (nolo contendere) will have exactly the same effect in this case as a plea of guilty, but it cannot be used against me in a civil lawsuit.

20. I understand that any plea entered in this case may be grounds for revoking probation or parole which I have previously been granted in one or any other case.

**PARTICIPATION IN DEFERRAL OR SENTENCING PILOT (DOSP) PROGRAM**

21. I understand that I must complete the same obligations that would have been imposed had judgment been entered. The only difference is that if I successfully complete the terms, conditions or programs ordered by the Court, the arrest upon which sentencing was deferred shall be deemed to have never occurred and the action against me will be dismissed.

22. In order to have my plea stricken, I understand that I must complete all conditions ordered by the Court as well as make full restitution. If so ordered, I must also comply with a court-ordered protective order, stay-away order, or order prohibiting firearm possession.

23. I understand that I must disclose my arrest upon request if I apply for a position as a peace officer, even if the action against me is dismissed upon successful completion of the DOSP Program.

**CONSEQUENCES OF TERMINATION OF PARTICIPATION IN DOSP PROGRAM**

24. I understand that if, during the period of deferral, I rescind or fail to comply with the terms, conditions or programs required by the Court, then I will be sentenced as if deferral had not occurred and the consequences of a plea of guilty or no contest, as stated in Nos. 16-20 above, will apply to me.

**PLEA(S)**

25. I hereby, freely and voluntarily, plead _____ to the following:

| PLEA | | | |
|---|---|---|---|
| GUILTY | NO CONTEST | PC 632(a) & No Contest | |
| | | + PC 1001.94 Diversion | |

26. I understand that I have the right to a delay of from 6 hours to 6 days prior to being sentenced.

27. If applicable - I freely and voluntarily admit, the other conviction(s) listed on this form. I understand that this admission will increase the penalties which are imposed on me.

28. If applicable - I freely and voluntarily admit the probation violation(s) that I listed on this form, and give up my right to a hearing before a judge regarding the probation violation(s).

29. If applicable - I understand that I have the right to enter my plea before, and to be sentenced by, a judge. I give up this right and agree to enter my plea before, and to be sentenced by:

**"DEFENDANT'S SIGNATURE"** _Lamar Cleuel Mellon_    DATE: 12-6-16

Continued on reverse

Page 3 of 4

CRM-341 (Rev. 0015)
(Formerly PKL006)

## ATTORNEY'S STATEMENT

I am the attorney of record for the defendant. I have reviewed the form and any addenda with my client. I have explained each of the defendant's rights to the defendant and answered all of the defendant's questions with regard to this plea. I have also discussed the facts of the defendant's case with the defendant, and explained the consequences of this plea, the elements of the offense(s), and the possible defenses. I concur in this plea and in the defendant's decision to waive his or her constitutional rights.

_____     12-6-16
SIGNATURE OF DEFENDANT'S ATTORNEY                     DATE

## INTERPRETER'S STATEMENT (if applicable)

I, having been sworn or having a written oath on file, certify that I truly translated this form to the defendant in the language indicated below. The defendant stated that (s)he understood the contents of the form, and then (s)he initialed and signed the form.

Language: ☐ Spanish    ☐ Other (specify): _____

_____     _____     _____
COURT INTERPRETER'S SIGNATURE          TYPE OR PRINT NAME                    DATE

_____

## COURT'S FINDINGS AND ORDER

The Court, having reviewed this form and any addenda, and having questioned the defendant concerning the defendant's constitutional rights and the defendant's admission of other conviction(s) and probation violation(s), if any, finds that the defendant has expressly, knowingly, understandingly and intelligently waived his or her constitutional rights. The Court finds that the defendant's plea(s) and admission(s) are freely and voluntarily made with an understanding of the nature and consequences thereof, and that there is a factual basis for the plea(s). The Court accepts the defendant's plea(s), the defendant's admission of the other conviction(s) and probation violation(s), if any, and orders this form filed and incorporated in the docket by reference as though fully set forth therein.

_____     12 / 6 / 16
☐ Judge of the Superior Court                            DATE
☑ Temporary Judge of the Superior Court

CRIM 244 (Rev. 08/15)
(Formerly PRU-200)

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 12/01/16

------------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                         VS.
DEFENDANT 01:  LUCY  ULIKHANOVA

------------------------------------------------------------------


BAIL: APPEARANCE   AMOUNT     DATE      RECEIPT OR    SURETY COMPANY    REGISTER
       DATE       OF BAIL    POSTED    BOND NO.                        NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 632(A) PC MISD


ON 12/01/16 AT  830 AM  IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR PRETRIAL HEARING

PARTIES: CHEROL J. NELLON (JUDGE)  LORNA GARCIA  (CLERK)
         PENELOPE NISOTIS     (REP)  M. MELIK-BAKHSHYAN  (CA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY KENNETH LEWIS PRIVATE
COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
KENNETH LEWIS PRIVATE COUNSEL

MATTER ORDERED CONTINUED TO TIME AND PLACE INDICATED BELOW.


WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
12/06/16   830 AM  PRETRIAL HEARING   DIST BURBANK COURTHOUSE DEPT 003

DAY 00 OF 45




                                    PRETRIAL HEARING
               PAGE NO.   1        HEARING DATE: 12/01/16


COLA_001333

```
                        MINUTE ORDER
           SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 10/19/16

----------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                      VS.
DEFENDANT 01:  LUCY  ULIKHANOVA

----------------------------------------------------------------

BAIL: APPEARANCE    AMOUNT     DATE     RECEIPT OR   SURETY COMPANY    REGISTER
         DATE       OF BAIL    POSTED   BOND NO.                        NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 632(A) PC MISD


ON 10/19/16 AT  830 AM  IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR PRETRIAL HEARING

PARTIES: CHEROL J. NELLON (JUDGE)  LORNA GARCIA  (CLERK)
         PENELOPE NISOTIS      (REP)  DENNY WEI  (CA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY KENNETH LEWIS PRIVATE
COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
KENNETH LEWIS PRIVATE COUNSEL

MATTER CONTINUED AS INDICATED BELOW.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
12/01/16   830 AM  PROBATION SUPPLEMENTAL REPORT   DIST BURBANK COURTHOUSE DEPT
 003
DAY 00 OF 45




                                      PRETRIAL HEARING
                    PAGE NO.   1      HEARING DATE: 10/19/16
```

COLA_001334

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 08/23/16

-------------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                          VS.
DEFENDANT 01:  LUCY  ULIKHANOVA

-------------------------------------------------------------------


BAIL: APPEARANCE    AMOUNT     DATE      RECEIPT OR    SURETY COMPANY    REGISTER
        DATE        OF BAIL    POSTED    BOND NO.                        NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 632(A) PC MISD


ON 08/23/16 AT  830 AM  IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR PRETRIAL HEARING

PARTIES: CHEROL J. NELLON (JUDGE)  GAIL BLOCK  (CLERK)
         CLAUDIA VECHI-CORTEZ     (REP)  JOSEPH JOHN GOPEZ  (CA)

DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY KENNETH LEWIS PRIVATE
COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
KENNETH LEWIS PRIVATE COUNSEL

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
10/19/16   830 AM  PRETRIAL HEARING    DIST BURBANK COURTHOUSE DEPT 003

DAY 00 OF 45

CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


                                    PRETRIAL HEARING
              PAGE NO.   1         HEARING DATE: 08/23/16

COLA_001335

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 08/09/16

------------------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                          VS.
DEFENDANT 01:  LUCY   ULIKHANOVA

------------------------------------------------------------------------

NUNC PRO TUNC ORDER PREPARED. IT APPEARING TO THE COURT THAT THE MINUTE ORDER

IN THE ABOVE ENTITLED ACTION DOES NOT PROPERLY REFLECT THE COURT'S ORDER. SAID
MINUTE ORDER IS AMENDED NUNC PRO TUNC AS OF THAT DATE.  ALL OTHER ORDERS ARE TO
REMAIN IN FULL FORCE AND EFFECT. DETAILS LISTED AT END OF THIS MINUTE ORDER.


BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR   SURETY COMPANY    REGISTER
        DATE      OF BAIL   POSTED   BOND NO.                       NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 632(A) PC MISD


ON 08/09/16 AT  830 AM  IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR ARRAIGNMENT AND PLEA


PARTIES: CHEROL J. NELLON (JUDGE)  MARY LARIOS  (CLERK)
         ENEDINA GONZALES  (REP)      DENNY WEI  (CA)

STIPULATED THAT CHEROL J. NELLON (JUDGE) MAY HEAR THE CAUSE AS TEMPORARY JUDGE.

DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY KENNETH LEWIS PRIVATE
COUNSEL
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
KENNETH LEWIS PRIVATE COUNSEL

DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 632(A) PC.

MATTER ORDERED CONTINUED TO TIME AND PLACE INDICATED BELOW.

NUNC PRO TUNC LANGUAGE APPEARING ABOVE IS DUE TO A
PROGRAMMING ERROR.  NO NUNC PRO TUNC CORRECTION WAS MADE
TO THIS MINUTE ORDER, NOR IS ONE NECESSARY.


                                    ARRAIGNMENT AND PLEA
                  PAGE NO.   1      HEARING DATE: 08/09/16

COLA_001336

```
                              MINUTE ORDER
               SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES


DATE PRINTED: 07/11/16

---------------------------------------------------------------------
CASE NO. 6BK01712

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  LUCY  ULIKHANOVA

---------------------------------------------------------------------



BAIL: APPEARANCE   AMOUNT     DATE     RECEIPT OR   SURETY COMPANY   REGISTER
          DATE     OF BAIL    POSTED   BOND NO.                      NUMBER

CASE FILED ON 06/17/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 04/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 632(A) PC MISD


ON 07/11/16 AT  830 AM   IN BURBANK COURTHOUSE DEPT 003

CASE CALLED FOR ARRAIGNMENT

PARTIES: CHEROL J. NELLON (JUDGE)  MARY LARIOS  (CLERK)
         CHARMAIN D. CAMPBELL  (REP)    NICHOLAS LIDDI III  (CA)

DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY KENNETH LEWIS PRIVATE COUNSEL

MATTER ORDERED CONTINUED TO TIME AND PLACE INDICATED BELOW.

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
08/09/16   830 AM  ARRAIGNMENT AND PLEA    DIST BURBANK COURTHOUSE DEPT 003

DAY 00 OF 45

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.




                                           ARRAIGNMENT
                    PAGE NO.   1           HEARING DATE: 07/11/16
```

CASE NO. 6BK01712
DEF NO.  01                                    DATE PRINTED 08/09/16

WAIVES STATUTORY TIME.

NEXT SCHEDULED EVENT:
08/23/16   830 AM  PRETRIAL HEARING   DIST BURBANK COURTHOUSE DEPT 003

DAY 00 OF 45

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE.

ARRAIGNMENT AND PLEA
                                HEARING DATE: 08/09/16

COLA_001338

# IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

THE PEOPLE OF THE STATE OF CALIFORNIA,
                                    Plaintiff

vs.

LUCY ULIKHANOVA
AKA - LUCY SMITH , LUCY ULIKHANOV , LUCY
ULICHHANOVA


                                    Defendant

Case No.

6 **BK** 01 71 2


MISDEMEANOR COMPLAINT

**FILED** DH
Superior Court of California
County of Los Angeles

JUN 17 2016

Sherri R. Carter, Executive Officer/Clerk
By_____, Deputy
            Daniel Howard

The undersigned declarant and complainant is informed and believes that

## COUNT I

From april 29, 2016 through April 30, 2016, in the above-entitled Judicial District, LUCY

ULIKHANOVA, did intentionally and without consent of all parties to a confidential communication, by

means of any electronic recording device, record the confidential communication, a violation of Section

632(a) of the Penal Code fo the State of California, a misdemeanor.

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense
counsel provide discovery to the People as required by Penal Code Section 1054.3.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement
agency which the undersigned believes establish probable cause for the arrest of LUCY ULIKHANOVA,
for the above-listed crimes

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Burbank, County of Los Angeles, State of California, on June 11, 2016

_____
Declarant and Complainant

City Attorney's Office



# CITY OF BURBANK
## OFFICE OF THE CITY ATTORNEY
275 East Olive Avenue • P.O. Box 6459 • Burbank, California  91510-6459
818.238.5700 • 818.238.5724 FAX

June 11, 2016

LUCY ULIKHANOVA
1429 M COLUMBUS AVE
GLENDALE, CA  91202

DR Number:  16-4275

LUCY ULIKHANOVA:

A complaint has been filed in the Burbank Superior Court by the People of the State of California charging you with the following violation(s):

Count 1          Section 632(a) of the Penal Code: Unlawful Recording of Confidential Conversation, a misdemeanor.

Arraignment has been set as follows:          **Monday, July 11, 2016 at 8:30 am**
Burbank Superior Court
300 E. Olive Avenue
Burbank, California 91502

Failure to appear on the above mentioned date will result in the issuance of an arrest warrant.  If you have any questions regarding your appearance on this matter you can call our office at (818) 238-5703 between 10:00 a.m. and 4:00 p.m.  **Please note the support staff are unable to discuss the specific details of your case.**

**WARNING:**  Contacting the victim or witnesses to this matter and attempting to dissuade them from assisting in prosecution or intimidating them in any fashion may result in further criminal charges being filed against you —Section 136.1 of the Penal Code.

OFFICE OF THE BURBANK CITY ATTORNEY

cc:     Burbank Superior Court

COLA_001340

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

PEOPLE OF THE STATE OF
CALIFORNIA,

                    Plaintiff,

            vs.

*Lucy Ulikhanova*

                    Defendant.

Case No. 6 **BK** 0 1 7 1 2

DECLARATION IN SUPPORT OF
ARREST WARRANT MADE UNDER
2015.5 CCP

**FILED**
Superior Court of California
County of Los Angeles

JUN 1 7 2016

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Daniel Howard

THE UNDERSIGNED HEREBY DECLARES:

That he/she is currently employed as a Peace Officer for the Burbank Police Department.   That pursuant to his/her employment he/she has been assigned to investigate allegations that the herein above named defendant(s) did commit the offense(s) of *Eavesdropping* in violation of Section(s) *632* of the *Penal* Code.

That pursuant to this assignment, your declarant has obtained information from those who have knowledge of said offense(s), whose reports are attached here and incorporated by reference.   He/she has reviewed each of these written reports and statements.   They were prepared by persons known to your declarant to be law enforcement officers (and others). These reports and statements consist of _____ pages. These reports and statements contain information from victim(s), witnesses, and others concerning the commission of the criminal offense(s) for which the Complaint is being sought.   Each of these documents is presently an official record of a law enforcement agency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *5/16/12* in County of Los Angeles, California.

DECLARANT

COLA_001341