Liana Serobian, Esq. (SBN 235466)
Serobian Law, Inc.
100 N. Brand Blvd., Suite 600
Glendale, CA 91203
(818) 539-2249
L.Serobian@yahoo.com

Attorneys for Plaintiffs, Ulikhanova and Minor P.G.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA, *ET AL.*,,<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, ET AL.,<br><br>   Defendant | **Case No. 2:17-CV-9193-FMO-E**<br>**Hon. Fernando M. Olguin (Dist. Judge)**<br>**Hon. Charles F. Eick (Mag. Judge)**<br><br>PLAINTIFFS' EXHIBITS IN SUPPORT OF SUMMARY JUDGEMENT MOTION ARE BEING FILED SEPARATELY DUE TO ITS LARGE SIZE IN SUPPORT OF DOCKET NUMBER 92<br><br>COMPLAINT FILED: DECEMBER 23, 2017<br>FAC FILED: APRIL 19, 2018<br>SAC FILED: MAY 18, 2018<br>TAC FILED: JULY 2, 2018 |

   PLEASE TAKE NOTICE:

PLAINTIFFS' EXHIBITS 1-41, WHERE UNSEALED, IN SUPPORT OF SUMMARY JUDGEMENT MOTION DOCKET NO. 92
PAGE | 1

Due to the large size of the exhibits, Plaintiffs have been unable to attach these to the main filing Docket number 92, in support of the Plaintiffs' Motion for Summary Judgement.

Therefore, Plaintiffs respectfully request to file this Exhibits in 4 parts to allow for a timely and successful transmission through on-line filing system.

DATED: May 23, 2019              /s/ Liana Serobian

                                 Counsel for the Plaintiffs