**PETERSON · BRADFORD · BURKWITZ**

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 44

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

```
 1              UNITED STATES DISTRICT COURT
 2         CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
 3
 4   LUCY ULIKHANOVA AND P.G.,        )  CASE NO.
     A MINOR, individuals,           )  2:17-cv-9193-FMO-E
 5                                    )
                        Plaintiffs,   )
 6                                    )
                vs.                   )
 7                                    )
     COUNTY OF LOS ANGELES; THE       )
 8   LOS ANGELES COUNTY               )
     DEPARTMENT OF CHILDREN           )
 9   AND FAMILY SERVICES;             )
     RONALD TIGERINO, MARIA           )
10   HERRERA SOSA, in her personal    )
     capacity; VICKI RAMIREZ, in her  )
11   personal capacity; STEVE         )
     (STEPHEN) CAREY, in his personal )
12   capacity; MARAL HELWAJIAN, in    )
     her personal capacity, DOES 1-10 )
13   inclusive,                       )
                                      )
14                      Defendants.   )
     _____)
15
16
17
18       VIDEO-RECORDED DEPOSITION OF LUCY ULIKHANOVA
19                   Burbank, California
20               Thursday, March 14, 2019
21
22   Reported stenographically by:
23   Elizabeth Schmidt
24   CSR No. 13598
25   Pages 1 to 330
```

Page 1

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES |
| 3 | |

```
 4   LUCY ULIKHANOVA AND P.G.,        )  CASE NO.
     A MINOR, individuals,            )  2:17-cv-9193-FMO-E
 5                                    )
                       Plaintiffs,    )
 6                                    )
                  vs.                 )
 7                                    )
     COUNTY OF LOS ANGELES; THE       )
 8   LOS ANGELES COUNTY               )
     DEPARTMENT OF CHILDREN           )
 9   AND FAMILY SERVICES;             )
     RONALD TIGERINO, MARIA           )
10   HERRERA SOSA, in her personal    )
     capacity; VICKI RAMIREZ, in her  )
11   personal capacity; STEVE         )
     (STEPHEN) CAREY, in his personal )
12   capacity; MARAL HELWAJIAN, in    )
     her personal capacity, DOES 1-10 )
13   inclusive,                       )
                                      )
14                      Defendants.   )
     _____)
15
16
17
18        Video-recorded deposition of LUCY ULIKHANOVA,
19   taken on behalf of Defendants, at 100 North First
20   Street, Suite 300, Burbank, California, beginning at
21   9:15 a.m. and ending at 5:57 p.m., on March 14, 2019,
22   before Elizabeth Schmidt, Certified Shorthand Reporter
23   No. 13598.
24
25
```

Lucy Ulikhanova - March 14, 2019

```
 1    APPEARANCES:
 2          For Plaintiffs:
 3                      SEROBIAN LAW, INC.
                        BY:  LIANA SEROBIAN, ESQ.
 4                      100 North Brand Boulevard
                        Suite 600
 5                      Glendale, California 91203
                        (818) 539-2249
 6                      L.Serobian@yahoo.com
 7
 8          For Defendants:
 9                      PETERSON BRADFORD BURKWITZ
                        BY:  RYAN A. GRAHAM, ESQ.
10                      100 North First Street
                        Suite 300
11                      Burbank, California 91502
                        (818) 562-5800
12                      rgraham@pbbllp.com
13
14
15
16    ALSO PRESENT:  DAVID WEST, Videographer
17
18
19
20
21
22
23
24
25
```

Page  3

Lucy Ulikhanova - March 14, 2019

```
 1                        I N D E X

 2   WITNESS

 3   LUCY ULIKHANOVA

 4         Examination by:                    Page

 5         Mr. Graham                         8, 315

 6         Ms. Serobian                       229

 7

 8                      E X H I B I T S

 9

10   Exhibit       Description                Page

11   Exhibit 1 - Selected pages from Rule 26(e)  60

12             supplemental disclosures

13             COLA 2201-2217

14   Exhibit 2 - 2/12/16 e-mail, COLA 1504-1511  61

15   Exhibit 3 - 3/31/16 e-mail               228

16   Exhibit 4 - 5/24/17 e-mail chain         160

17             COLA 1512-1518

18   Exhibit 5 - 4/6/16 e-mail                232

19   Exhibit 7 - 6/3/16 e-mail                236

20   Exhibit 8 - 2/18/16 e-mail chain         81

21             COLA 1521-1524

22   Exhibit 9 - 6/4/16 e-mail                244

23   Exhibit 10 - 6/3/16 e-mail, COLA 1525-1526  110

24   Exhibit 11 - 5/23/17 doctor's note       267

25   ///
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanova - March 14, 2019

```
 1               E X H I B I T S

 2

 3   Exhibit        Description                Page

 4   Exhibit 12 - 3/17/17 e-mail chain        188

 5               COLA 1527-1530

 6   Exhibit 13 - 3/23/17 e-mail chain        269

 7   Exhibit 15 - medical records            282

 8   Exhibit 16 - 5/4/17 e-mail, COLA 1533-1534  191

 9   Exhibit 17 - 3/7/19 e-mail              286

10   Exhibit 19 - printed information        289

11   Exhibit 21 - printed information        293

12   Exhibit 24 - 3/2/16 e-mail, COLA 1976-1980  105

13   Exhibit 26 - 3/3/16 e-mail, COLA 1981-1982  117

14   Exhibit 32 - 3/3/16 e-mail chain        112

15               COLA 2005-2007

16   Exhibit 34 - 6/20/16 e-mail, COLA 2008-2010  144

17   Exhibit 36 - 3/31/16 e-mail, COLA 2011-2012  133

18   Exhibit 40 - 10/4/16 e-mail chain       179

19               COLA 2015-2019

20   Exhibit 70 - 6/10/16 minute order       171

21               COLA 897-898

22   Exhibit 72 - Selected pages from Rule 26(e)  187

23               supplemental disclosures

24               COLA 2689

25   Exhibit 74 - text message, COLA 3860-3863  212
```

Page 5

Lucy Ulikhanova - March 14, 2019

1              INSTRUCTIONS NOT TO ANSWER

2                    Page          Line

3                     15            2

4                     50           12

5                     73            6

6                     74            4

7                    164           23

8                    167           15

9                    168            8

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  6

Burbank, California

Thursday, March 14, 2019

9:15 a.m.

* * *

THE VIDEOGRAPHER: Good morning. We are on the record. The time is 9:14 a.m., the date today, March 14, 2019. Please note that the microphones are sensitive and may pick up whispering, private conversations, and cellular interference. Please turn off all cell phones or place them away from the microphones as they can interfere with the deposition audio. Audio and video recording will continue to take place unless all parties agree to go off the record. 09:15:06 09:15:20

This is media unit 1 of the video-recorded deposition of Lucy Ulikhanova taken by counsel for Defendant in the matter of Lucy Ulikhanova, et al., vs. County of Los Angeles, et al., filed in United States District Court, Central District of California, case No. 2:17-cv-9193-FMO-E. The deposition is being held at 100 North First Street, Suite 300, Burbank, California. 09:15:35 09:15:52

My name is David West; I am the videographer. The court reporter is Elizabeth Schmidt. We are from Veritext Legal Solutions. I 09:16:10

Lucy Ulikhanova - March 14, 2019

```
1    am not authorized to administer an oath.  I am not

2    related to any party in this action, nor am I

3    financially interested in the outcome.

4            Counsel will now state their appearances

5    and affiliations for the record.  If there are any       09:16:23

6    objections to proceeding, please state them at the

7    time of your appearance.

8            MR. GRAHAM:  I am Ryan Graham, and I am

9    appearing for Defendants Stephen Carey and Maral

10   Helwajian.                                               09:16:38

11           MS. SEROBIAN:  I'm Liana Serobian from

12   Serobian Law, Inc., and I'm here for the plaintiffs.

13           THE VIDEOGRAPHER:  Thank you.  The court

14   reporter may now swear the witness in and we will

15   proceed.

16                    LUCY ULIKHANOVA,

17      having first been duly sworn, testified as follows:

18                      EXAMINATION

19   BY MR. GRAHAM:

20      Q    Good morning.                                    09:16:58

21      A    Good morning.

22      Q    So I'm going to start off with some basic

23   admonitions and instructions, kind of the ground

24   rules.  First question I'm going to ask, have you

25   ever had your deposition taken before?                   09:17:11
```

Page 8

Lucy Ulikhanov - March 14, 2019

```
 1        A    On this matter?
 2        Q    Just kind of ever, just in your general
 3   experience.  Have you ever had a deposition like
 4   this taken?
 5        A    In probate court.                          09:17:20
 6        Q    In probate court, okay.  So you understand
 7   that even though this is kind of in an informal
 8   setting, it's not in a courtroom with a jury box and
 9   the judge on the big thing with the gavel, the
10   testimony that you give here is the exact same
11   effect as if it were given in a courtroom; right?
12        A    Okay.  Yes.
13        Q    And that you're under oath, you have to be
14   honest, forthright, you have to be fully truthful
15   just as you would in a courtroom.  You understand    09:17:49
16   that?
17        A    Yes.
18        Q    Okay.  The court reporter here is going to
19   be taking down my questions; she'll also be taking
20   down your answers.  Any objections that your counsel  09:17:55
21   makes, she'll also be taking those down.  Do you
22   understand that she'll also be taking those down in
23   a little booklet called a transcript?
24        A    Okay.
25        Q    And do you understand that you'll have a    09:18:06
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanova - March 14, 2019

1    chance to look at that.  Okay?  Also, I saw you nod.

2         A    Yes.

3         Q    Yeah.  The court reporter here can't take

4    down nods with any particular certainty; so we're

5    just going to ask that you make your answers spoken.    09:18:22

6              So you will have the opportunity to read

7    the transcript, and you can make changes.  This

8    transcript might be read at the time of trial.  If

9    it is read at the time of trial, then our side will

10   be able to comment on any changes that you make.       09:18:41

11   And because those changes may be embarrassing, they

12   may affect your credibility, it's just really

13   important to be as truthful as possible in this

14   deposition today.  Do you understand that?

15        A    I understand.                                09:18:53

16        Q    Okay.  And if I ask a question, I'm going

17   to assume that you understand what I meant unless

18   you correct me.  So if I ask you a question and it's

19   just a terrible question, you don't get what I mean,

20   will you let me know?                                  09:19:10

21        A    Yes, I will.

22        Q    Before answering a question, allow me to

23   finish.  That's just a favor to the reporter here

24   and a favor to me.  That way, we get a clean record.

25             There may be times during this deposition    09:19:19

                                                    Page 10

```
 1      where your attorney may be objecting.  I think very

 2      oftentimes, we think of Law & Order, we think of TV

 3      shows that we see where an attorney says

 4      "Objection," and then there's a judge that bangs the

 5      gavel and says "Sustained" or whatever.  We have a          09:19:33

 6      court reporter here who can give you an oath, but

 7      she can't rule on objections like a judge can.  We

 8      don't have a judge in the room.  So when your

 9      attorney makes that objection, we have to have a

10      clean record of it so that a judge can make a ruling       09:19:46

11      on it later at trial.

12              So if your attorney makes an objection,

13      that's your cue to stop talking, allow her to make

14      that objection, and then when she's finished, you

15      can continue your answer unless she instructs you          09:20:01

16      not to answer.  Then we have to have a conversation

17      about that.  But most of the time, just keep on

18      going.

19              Rest breaks.  It could be a long day.  I

20      hope it won't be, you hope it won't be, everybody          09:20:16

21      hopes it won't be.  But everyone's going to want

22      rest breaks at some point.  We will break for lunch.

23      If you need one to go to the bathroom, just let us

24      know.

25          A    Okay.                                             09:20:26
```

                                                            Page 11

Lucy Ulikhanova - March 14, 2019

```
 1        Q     Have you discussed the nature of your
 2    deposition testimony with your attorney, without
 3    getting into specifics, but you've discussed this
 4    day today with your attorney?
 5        A     We discussed that I'm going to be in      09:20:36
 6    deposition.
 7        Q     Did she kind of emphasize that you have to
 8    be open and honest and truthful?
 9        A     Of course.
10        Q     Because of the nature of this case, we're  09:20:47
11    going to be discussing some kind of sensitive and
12    personal issues.  I just want you to know it's not
13    personal, it's not to embarrass you.  It's just the
14    nature of this case.  If you do need a moment or a
15    break, just let us know.                             09:20:59
16            Is there any reason you feel like you
17    can't proceed today?
18        A     No.
19        Q     Are you on any medications that would
20    interfere with your ability to testify?              09:21:09
21        A     No.
22        Q     Do you have any questions about the
23    deposition procedure today before we start?
24        A     Not -- no.
25        Q     I'm going to ask you the most difficult    09:21:18
```

Page 12

Lucy Ulikhanova - March 14, 2019

```
 1    question of the day.  Could you please state your

 2    full name.

 3           A     Okay.  Lucy Ulikhanova.

 4           Q     Could you spell that for the record.

 5           A     L-u-c-y U-l-i-k-h-a-n-o-v-a.            09:21:28

 6           Q     And Lucy, that's not short for Lucille.

 7    It's just Lucy?

 8           A     Just Lucy.

 9           Q     And have you ever used any other names in

10    the past?                                           09:21:44

11           A     When I was married.  Smith.

12           Q     Smith.  Okay.  You never went by Garcia?

13           A     No.

14           Q     And your date of birth?

15           A     11/18/1980.                            09:21:53

16           Q     Okay.  And your current address?

17           A     1429 North Columbus Avenue, Glendale,

18    California, 91202.

19           Q     And who do you currently live with?

20           A     My daughter.                           09:22:10

21           Q     Okay.  And is she your only child?

22           A     Yes.

23           Q     And what is her birth date?

24           A     11/5/2010.

25           Q     And can you just real quick confirm your  09:22:21
```

<div align="right">Page 13</div>

Lucy Ulikhanova - March 14, 2019

```
 1    e-mail address.  Is that agentnova@yahoo.com?

 2        A    Yes.

 3        Q    And could you spell that for me.

 4        A    A-g-e-n-t-n-o-v-a at Yahoo.com.

 5        Q    What's your current marital status?      09:22:39

 6        A    Divorcing.  Separated.

 7        Q    Is that divorce finalized?

 8        A    Will be soon.

 9        Q    When did you file for divorce?

10        A    2013.                                    09:22:51

11        Q    When did you get separated?

12        A    That would be 2013.

13        Q    So you filed for divorce and separated

14    about the same time?

15        A    Well, my divorce attorney told me that   09:23:04

16    when you file -- once you file, that's the date that

17    counts as separation.  It starts from that date.

18        Q    And then the date that you -- this is to

19    Mr. Garcia; is that correct?

20        A    Yes.                                     09:23:21

21        Q    Brian?  And the date that you were

22    married?

23        A    November 18, 2007, I believe.  I don't

24    remember exactly.

25        Q    And any prior marriages before that?     09:23:33
```

                                              Page 14

Lucy Ulikhanov - March 14, 2019

```
 1        A     One prior marriage.

 2        Q     Who was that to?

 3              MS. SEROBIAN:  Objection.  Relevance.

 4              THE WITNESS:  I don't feel that's

 5   relevant.                                      09:23:45

 6              MS. SEROBIAN:  Objection.  Relevance.

 7   BY MR. GRAHAM:

 8        Q     You can answer.

 9              MS. SEROBIAN:  She doesn't need to.

10              THE WITNESS:  I don't think that's    09:23:53

11   relevant to this case.

12              MS. SEROBIAN:  Yeah.  She's not answering.

13   It's not relevant to any of the allegations in this

14   case.

15              MR. GRAHAM:  Relevance is not a ground to   09:24:05

16   withhold an answer in a deposition.

17              MS. SEROBIAN:  It's not relevant to any of

18   the claims.  It's not brought up in the Complaint.

19              MR. GRAHAM:  These are just basic

20   foundational information.  The grounds to withhold   09:24:20

21   an answer in a deposition are privilege,

22   Ms. Serobian.

23              MS. SEROBIAN:  Well, it would be marital

24   privilege at the time it applied.

25              MR. GRAHAM:  Not the identity of the   09:24:30
```

Page 15

Lucy Ulikhanov - March 14, 2019

```
1      person she was married to.  If your instruction is
2      to not answer, I don't want to argue with you over
3      this.  This is pretty basic.  We can mark this --
4      will the reporter be marking down instructions not
5      to answer.                                          09:24:45
6             MS. SEROBIAN:  If you feel comfortable,
7      you can state the name.  My objection stands that it
8      is irrelevant and it's covered under marital
9      privilege.
10            THE WITNESS:  It was so long ago.  I just    09:24:53
11     think it's so irrelevant.  So I don't want to bring
12     him into the, you know -- I'm friends with him and
13     his family.  I don't want to bring them into this.
14     So I don't want to answer.
15     BY MR. GRAHAM:                                      09:25:13
16        Q    And do you have any children from
17     Mr. Smith?
18        A    No.
19        Q    Okay.  And any current living children?
20     Do you have any children that are passed away in the 09:25:25
21     past?
22        A    No.
23        Q    Where did you graduate from high school,
24     ma'am?
25        A    I took my GED and went straight to          09:25:35
```

Page 16

Lucy Ulikhanov - March 14, 2019

```
 1    college.
 2         Q    Okay.  And did you -- I'll withdraw that.
 3              Where did you go to college?
 4         A    Glendale.
 5         Q    Glendale what?                          09:25:47
 6         A    Glendale College.  Glendale Community
 7    College.
 8         Q    And when did you graduate?
 9         A    I don't remember.  I took some courses,
10    then I went back again, did real estate.          09:26:01
11         Q    Did you finish a degree program?
12         A    For real estate.
13         Q    For real estate?
14         A    And I worked in real estate offices as a
15    licensed real estate agent.                       09:26:08
16         Q    You're making claims against my clients
17    for emotional distress damages.  As part of those
18    emotional distress damages, are you claiming that
19    your emotional distress has affected your ability to
20    work?                                             09:26:22
21         A    Which time are you speaking -- during the
22    time they took my child from me?
23         Q    So let me clarify.  You're aware that when
24    you first filed this action, it was much broader;
25    right?  There were allegations of judicial deception  09:26:40
```

Page 17

Lucy Ulikhanova - March 14, 2019

```
 1      in procuring the warrant, you had a case against

 2      Maria Herrera Sosa, Vicki Ramirez, there was Joanne

 3      Cothern at some point for kind of the warrant aspect

 4      of it.  So you probably have some damages that are

 5      associated with that.  You probably have some              09:26:56

 6      emotional trauma --

 7          A    Right.

 8          Q    -- that's associated with -- you know,

 9      it's your kid.  Your kid is being taken away.

10          A    Of course.

11          Q    I think any parent would probably be --

12          A    Of course.

13          Q    -- upset with that.  So that part of the

14      case, as I'm sure your attorney has told you, is out

15      at this point.  That's been dismissed.                     09:27:14

16              So the part that is live, is still in the

17      case, is the vaccination aspect of it.  So what I

18      would like to know from you is as far as the

19      emotional trauma, the emotional trauma that

20      specifically relates to the vaccination.  I                09:27:26

21      imagine -- I think anybody going through the records

22      here can tell you the vaccination issue is very

23      important to you.

24          A    Yes.

25          Q    So I imagine that you have some emotional         09:27:37
```

Page 18

Lucy Ulikhanova - March 14, 2019

1    trauma that you assign to that specific issue

2    separate from the removal; correct?

3        A    Correct.  But since I was experiencing the

4    trauma of both events simultaneously, it's hard to

5    separate and say how much of it was vaccine and how          09:27:51

6    much of it was related for the taking of my child.

7        Q    Okay.

8        A    It was all pretty horrific.

9        Q    Okay.  That's fair.  Then let me ask it

10   this way.  Would you say that the emotional trauma           09:28:05

11   of the whole experience has affected your ability to

12   work?

13       A    It had.

14       Q    Okay.  Let's talk about that.  What's your

15   current employer?                                            09:28:15

16       A    I'm an independent real estate investor.

17       Q    Okay.  That's a good gig.  You probably

18   set your own hours.

19       A    Yes.  I'm also a behavioralist.  So I went

20   to school for a year studying the subconscious mind         09:28:29

21   as well.

22       Q    So your independent real estate developer

23   job, that is you work for yourself, it sounds like.

24       A    Correct.

25       Q    And as a behavioralist, you work for             09:28:43

                                                         Page 19

Lucy Ulikhanova - March 14, 2019

```
 1    yourself or you work for somebody else?

 2         A    I'm still my own practice.

 3         Q    Your own practice, okay.  And let's take

 4    each of these separately.  With respect to the

 5    independent real estate developing job, when did you      09:28:56

 6    start doing that?

 7         A    When I was about 21, 22 years old.

 8         Q    What year would that have been, about

 9    2001?

10         A    2002, 2003.  Approximation.                     09:29:07

11         Q    Okay.  And if we wanted to get records to

12    look at -- let me withdraw that.

13              What do you do in that job?  Because when

14    I hear independent real estate developer, I could be

15    thinking something like Donald Trump -- I shouldn't       09:29:31

16    use that -- but someone building big towers, or I

17    think someone building homes.  What kind of real

18    estate were you developing?

19         A    I didn't say that I was -- I never said --

20    I don't think I said the word "developing."  I said      09:29:43

21    real estate investor.

22         Q    Oh, investor.  I'm sorry.  That's my own

23    handwriting.  So independent real estate investor.

24    So what does that mean?

25         A    So I got involved in flipping homes where       09:29:54
```

Page 20

Lucy Ulikhanov - March 14, 2019

```
 1    you rehabilitate homes and flip them and find --

 2    connect the seller with the buyer, making

 3    commissions there.  I also worked for my stepfather,

 4    who was a very well-known multimillion real estate

 5    investor himself.  He owned shopping centers.  So I     09:30:15

 6    managed his LLCs and his shopping centers for some

 7    time.

 8        Q    So you had residential --

 9        A    And through the probate court, too, as

10    well.                                                   09:30:23

11        Q    So you had residential and commercial, it

12    sounds like?

13        A    Yes.

14        Q    Okay.

15        A    I did a few leases.                            09:30:31

16        Q    It's good for the recession.  It means

17    you've got --

18        A    And some hard money loans.

19        Q    What's a hard money loan?

20        A    When I lent out money to people who needed     09:30:42

21    hard money loans for interest.

22        Q    When I hear "hard money," is that hard

23    money versus soft money?  I don't mean to make you a

24    finance professor here, but I don't know what hard

25    money is.                                               09:30:57
```

                                                        Page 21

| | |
|---|---|
| 1 | A    Okay.  It's a type of loan.  But it comes |
| 2 | at a high interest rate -- |
| 3 | Q    Okay. |
| 4 | A    -- because there are less things asked |
| 5 | from the -- |
| 6 | Q    Okay.  I think I get it now.  Now, how has |
| 7 | the emotional trauma of this kind of experience of |
| 8 | the removal and the vaccination, how has that |
| 9 | affected that part of your business, the real estate |
| 10 | investment? |
| 11 | A    Greatly so.  Because I went into a panic |
| 12 | and needed a man who I lent money to to fund the |
| 13 | whole entire thing back to me straightaway so I |
| 14 | could hire a lawyer.  No one told me that I could |
| 15 | receive a -- hire a lawyer for free at that time. |
| 16 | No one indicated that to me during the juvenile |
| 17 | process at all.  And by then, I already had hired a |
| 18 | lawyer.  So in that deal, I had to let go of some |
| 19 | other things which cost me tremendously, a lot of |
| 20 | financial damages, just so I could hire an attorney. |
| 21 | Q    So I'm hearing -- just to kind of tee off |
| 22 | from that, I'm hearing two things.  I'm hearing |
| 23 | No. 1, it sounds like the cost of the attorney that |
| 24 | you paid for that you wouldn't have had to. |
| 25 | A    Right. |

Time stamps in right margin:
- Line 5: 09:31:06
- Line 10: 09:31:20
- Line 15: 09:31:38
- Line 20: 09:32:00
- Line 25: 09:32:11

Page 22

Lucy Ulikhanyan - March 14, 2019

```
 1          Q    Is that part of it?

 2          A    That's a part of it.

 3          Q    And then No. 2 sounds like the lost

 4     business because of the distraction?

 5          A    Right.  The man who I had the hard money    09:32:18

 6     loan with was late in funding the whole loan was

 7     due.  So he used my situation to his advantage and

 8     had me let go of $200,000 on another project just so

 9     that I could get the money refunded to me quickly so

10     that I could hire a lawyer.                           09:32:38

11          Q    That's a lot of money.

12          A    But my kid matters more.

13          Q    Yeah.  Now, this particular -- these

14     particular damages, do you attribute these to

15     Mr. Carey and Ms. Helwajian specifically?            09:32:55

16          A    I don't know how to answer that.  No.

17     Because they were not there in the beginning.  It

18     was Sosa who removed my child.  But --

19               MS. SEROBIAN:  Objection.  Speculation.

20     You said you don't know.                              09:33:04

21               Maybe you can rephrase your question.

22               THE WITNESS:  The continuance of having to

23     have my lawyer, you know, on call and appearing for

24     me representing me would be due to the -- yes, it

25     would be Stephen Carey and Maral because the reports  09:33:24
```

Page 23

Lucy Ulikhanova - March 14, 2019

```
 1    that they continued to make, the false reports

 2    against me, my attorney had to defend me in juvenile

 3    court.  So I had to continue to have him appear for

 4    me.  I don't know how to answer that correctly.

 5    BY MR. GRAHAM:

 6         Q    Let's talk about your job as a

 7    behavioralist.  When did you start work as a

 8    behavioralist?

 9         A    I was in school, I did continued

10    education.  I began approximately a year ago just        09:34:14

11    working word of mouth.  And I haven't done anything

12    huge in that area just yet.

13         Q    Okay.  What is a -- just because I'm

14    curious, what is a behavioralist?

15         A    I help people reach their goals and deal       09:34:33

16    with things like trauma, smoking cessation, multiple

17    sclerosis with referrals with other doctors and

18    psychologists.  So I give them the tools that they

19    need.  And for anxiety, things of that nature,

20    habits.                                                  09:34:56

21         Q    Are you, like, a therapist or a personal

22    trainer?  What's the treatment methodology?

23         A    Well, there's one is I'm a

24    neuro-linguistic programming practitioner, and then

25    the other, I do also hypnotherapy in a clinic, so        09:35:06
```

Page 24

Lucy Ulikhanov - March 14, 2019

```
 1    clinic-based.

 2         Q    Okay.

 3         A    I went to the accredited college of HMI

 4    here in Tarzana.

 5         Q    What does HMI stand for?                      09:35:16

 6         A    Hypnotherapy Institution.  Motivation

 7    Institute, sorry.  Hypnosis Motivation Institute.

 8         Q    And if you had to estimate, how much money

 9    per year were you making in your real estate

10    investment job before the removal of Penelopy?          09:35:34

11         A    That's hard to say.  Because while I was

12    working for my stepfather, he passed away during

13    that time.  So everything went to probate.  So we

14    had the ex-wife, the wife fighting over the estate,

15    and I was not paid.  I had to fight for my pay.  And    09:35:58

16    I was due a lot of money, but I settled for 80,000.

17    I was -- I think 80 to 120,000.  But I was due more

18    than that.

19         Q    If I wanted to get a sense of how to

20    monetize the amount of -- if we were to just assume     09:36:16

21    that my clients had done some damage to you and we

22    wanted to quantify how much money that was worth,

23    how would we be able to prove that with respect to

24    the amount of losses that this has cost your

25    business?                                               09:36:36
```

Page 25

Lucy Ulikhanova - March 14, 2019

```
 1        A     Tremendous losses.  Because the money that

 2   I could have used from the 200,000 that I had to let

 3   go of plus the money that I pulled out sooner from

 4   the man who owed me from the hard money loan, I

 5   could have reinvested that.  We don't know what that      09:36:51

 6   future outcome would have been.

 7        Q     Absolutely.  If I wanted to look at

 8   documents to establish -- to show that loss of

 9   money, are there any documents that we could ask

10   for?                                                      09:37:05

11        A     There are documents.

12        Q     Okay.  What would those documents be?

13        A     I've showed the promissory note.

14        Q     Promissory notes?

15        A     And then there was something drafted by a      09:37:16

16   real estate attorney that I had where I signed

17   agreeing to letting go of the Howard project in

18   order to receive the funds.  So there's that

19   contract that I have to look up.  It was a while

20   back.  I'll have to look it up.  But it's there.          09:37:33

21        Q     Moving on, are there any loss of benefits

22   from employment, health insurance, retirement that

23   you can think of that you lost because of the

24   conduct of the social workers?

25        A     Health insurance?                              09:37:51
```

                                                    Page 26

Lucy Ulikhanov - March 14, 2019

```
 1        Q     Probably not because it doesn't sound

 2    like --

 3        A     No.

 4        Q     -- you had a regular employer.

 5              Okay.  Let's talk about the parties.        09:37:58

 6    Let's talk about Defendant Stephen Carey.  When is

 7    the first time that you met Stephen Carey?

 8        A     I don't remember the exact date.  It was

 9    maybe a couple months after the -- or a month after.

10    I don't remember exactly.                            09:38:15

11        Q     So it was after the --

12        A     The removal.

13        Q     I'm just going to ask if you can wait

14    until I finish the question until you answer just so

15    we have a clean record.                              09:38:29

16              And you're not personal friends with him.

17    You just know him through the DCFS case, obviously.

18        A     Correct.

19        Q     And the first interaction you had with him

20    was over the phone or in person?                     09:38:36

21        A     Phone.

22        Q     Phone?  And how many times would you say

23    you spoke to him over the phone?

24        A     Once.

25        Q     And have you met him in person as well?    09:38:42
```

Page 27

Lucy Ulikhanov - March 14, 2019

```
 1        A     Yes.

 2        Q     How many times have you met him in person?

 3              MS. SEROBIAN:  Objection as to time.  Can

 4    you give a time frame as to when you mean she talked

 5    to him over the phone and when she met him in          09:38:55

 6    person.

 7              MR. GRAHAM:  I'm going to just read

 8    something into the record.  This is federal rule of

 9    civil procedure 30(c)(2):

10              An objection at the time of              09:39:07

11              examination, whether it's to

12              evidence, to a party's conduct, to

13              the officer's qualification, to the

14              manner of taking the deposition, or

15              to any other aspect of the deposition  09:39:15

16              must be noted on the record, but the

17              examination still proceeds.  The

18              testimony is taken subject to any

19              objection.

20              I'm going to emphasize this:            09:39:25

21              An objection must be stated

22              concisely in a nonargumentative and

23              nonsuggestive manner.  A person may

24              instruct the deponent not to answer

25              only when necessary to preserve a       09:39:37
```

Page 28

Lucy Ulikhanyan - March 14, 2019

```
 1                   privilege.

 2                   Ms. Serobian, if you would please make

 3       your objections and not speak to me to try to argue

 4       them.  As I stated in the admonitions in the very

 5       beginning, there's no judge here to rule on them.          09:39:48

 6       If the question is ambiguous, we can read it back,

 7       but this is a conversation between me and the

 8       deponent.

 9                   MS. SEROBIAN:  Yes.  My objection is

10       clear.  You never gave a time frame as to when she          09:39:58

11       talked or when she met him in person.  I'm objecting

12       to that.

13                   MR. GRAHAM:  You are coaching right now.

14                   MS. SEROBIAN:  I'm not coaching.

15                   MR. GRAHAM:  You are giving --                   09:40:05

16                   MS. SEROBIAN:  I'm stating my objection.

17                   MR. GRAHAM:  You can just say "objection,"

18       you can say that it's vague, and then we can move

19       on.

20                   MS. SEROBIAN:  Vague as to time.  That's         09:40:11

21       what I'm saying.  It's vague as to time.

22                   MR. GRAHAM:  Then say "vague as to time,"

23       and we'll end it there.

24       BY MR. GRAHAM:

25             Q    So I'm going to ask that again.  Ma'am,           09:40:19
```

Page 29

```
 1    how many times have you spoken with Mr. Carey in

 2    person?

 3              MS. SEROBIAN:  Objection.  Vague as to

 4    time.

 5              THE WITNESS:  I'll go with what she said.      09:40:31

 6              MR. GRAHAM:  Can I have the question read

 7    back.

 8              (Record read.)

 9              MS. SEROBIAN:  Can you give a time frame?

10    Vague as to time.                                       09:40:52

11              THE WITNESS:  Because -- can I just say

12    something?  Because there was the interview

13    initially, but then during my visits, I've seen him

14    come around once in a while.  So he would say hello.

15    So I can't pinpoint every time that I saw him in       09:41:09

16    there.

17    BY MR. GRAHAM:

18         Q    Right.  So let's have a talk about

19    estimates, then.  If you had to estimate, would you

20    say that you had spoken with him, had a                09:41:15

21    conversation -- I don't mean just seeing him in the

22    hallways of the Pasadena office but actually had a

23    conversation with him -- would you say more than

24    five times?

25         A    Does e-mail and phone count, or we're        09:41:26
```

Page 30

```
 1    talking just strictly in person?

 2         Q    Just in person.

 3         A    Just the interview only.

 4         Q    Okay.  So once.

 5         A    Yes.                                    09:41:32

 6         Q    Okay.  Thank you.

 7         A    That I can remember.  Again, I was going

 8    through a traumatic time.

 9         Q    Absolutely.  And it's kind of unfair.

10    Attorneys ask you about small things that happened a   09:41:42

11    thousand years ago.  So if you don't remember

12    anything, you know, that's a fine thing.

13              When is the last time that you had any

14    interaction with him via e-mail, phone, or in

15    person?                                          09:41:57

16         A    The last time was e-mail.  I believe it

17    was him e-mailed me saying something that he knew

18    that I would get my child back, in regards to

19    something of that nature.  Like, sending me well

20    wishes.                                          09:42:21

21         Q    Do you have a rough estimation of when

22    that was?  Was it before or after the case closed?

23         A    It was before the case closed.

24         Q    Okay.  And that was in an e-mail, you

25    said?                                            09:42:36
```

                                             Page 31

Lucy Ulikhanova - March 14, 2019

```
 1          A     Yes.
 2          Q     Okay.  And you haven't kept in touch with
 3     him since the case closed?
 4          A     No.
 5          Q     Okay.  So just tell me did you and him get        09:42:42
 6     along?
 7          A     It's a bit complicated.  I found him to be
 8     very kind, but when I read the reports, I was
 9     absolutely shocked.  But to be fair, out of
10     everyone, he did a better job at quoting me.             09:43:02
11     Except, I mean, it was still misquoted.  But he did
12     a better job than everyone else did.  But there were
13     so many things in there that I was pretty shocked to
14     read.
15          Q     If I can ask you for some examples of some       09:43:18
16     of the things in particular that you found shocking?
17          A     I would have to go through the
18     supplemental report with you --
19          Q     Sure.
20          A     -- and point them out.                           09:43:26
21          Q     Off the top of your head, do any of those
22     things that you found shocking concern vaccination?
23          A     He didn't even mention anything in there
24     about vaccination, which I found odd because I
25     mentioned that to him, how that was important to me.      09:43:41
```

Page 32

Lucy Ulikhanov - March 14, 2019

```
 1    I even e-mailed him making sure that the aunt that

 2    they placed my -- the great aunt that they placed my

 3    daughter with wasn't doing that, wasn't vaccinating

 4    her without my knowledge.

 5         Q    So you did, though -- you say as a general       09:44:00

 6    matter, you found him kind.  You just had some

 7    issues with him, it sounds like, about the way he

 8    didn't include things about the vaccination?

 9         A    And several misquotes.

10         Q    Misquotes, okay.                                 09:44:13

11         A    Taking things out of context.  I mean,

12    many things that he wrote down in the supplemental

13    report.

14         Q    As part of your claim, are you alleging

15    that he personally vaccinated Penelopy?                    09:44:25

16         A    No.

17         Q    Are you alleging that he -- let me

18    withdraw that.

19              A doctor would be the person who would

20    have vaccinated Penelopy; correct?                         09:44:37

21         A    Correct.  I would hope so.

22         Q    That's a good point.  Are you alleging

23    that Mr. Carey is the one who escorted Penelopy to

24    the vaccination appointment?

25         A    No.                                              09:44:50
```

Page 33

```
 1              MS. SEROBIAN:  Objection.  Speculation,

 2     lack of foundation.

 3              THE WITNESS:  How -- I'll go with what she

 4     said.  I don't know how to answer that exactly.  How

 5     do you --                                        09:45:01

 6              MR. GRAHAM:  Can I have the question read

 7     back.

 8              (Record read.)

 9     BY MR. GRAHAM:

10        Q    Ma'am, it's a question about what you're    09:45:14

11     alleging.

12        A    Oh, if he physically escorted her to the

13     vaccination.

14        Q    Did he accompany her?

15              MS. SEROBIAN:  Objection.  Lack of          09:45:21

16     foundation.

17              THE WITNESS:  I would not know.  I doubt

18     that, but how am I to know that?

19     BY MR. GRAHAM:

20        Q    Very good.                                  09:45:28

21        A    How am I to know if he escorted her or not

22     unless he told me?

23        Q    Do you find him to be an honest person?

24        A    Not really.

25        Q    Okay.  What makes you say that?             09:45:40
```

                                                  Page 34

Lucy Ulikhanova - March 14, 2019

```
 1        A     Because of the supplemental report.

 2   Especially, my daughter's psychologist was pretty

 3   upset to find out that her phone call was taken as a

 4   interview when she specifically told him that she

 5   was not planning an interview until she could get          09:45:55

 6   her records.  And she actually wrote a letter back

 7   objecting to every single item that he wrote down

 8   about her what she said because he took her words

 9   and twisted them to make me look in a bad light.

10        Q     What is the name of the psychologist?          09:46:13

11        A     Dr. Reinhart, Thea Reinhart.

12        Q     Okay.  She's all over the records, I

13   believe.  This is the one --

14        A     The forensic psychologist for my daughter.

15        Q     Okay.                                          09:46:25

16        A     There were others who came forward, too,

17   that said that they never said the things that

18   Stephen Carey said.  Even the man who owed me money

19   came out and e-mailed and said that he found that

20   very strange because he's not scared of me.  He said   09:46:40

21   that there's no -- why would he be scared of me.

22   This isn't something that's commonly said about me

23   ever that you can find in my history that someone is

24   scared of me.

25             So he thought that was a joke.  Even          09:46:57
```

Page 35

Lucy Ulikhanov - March 14, 2019

```
 1    though he was basically -- excuse my French --

 2    screwing me over financially, he said when it comes

 3    to your daughter, I have to say something.  So he

 4    e-mailed them back saying I would never have said

 5    that I don't want to say anything because I'm scared    09:47:12

 6    of Lucy.  I find this ridiculous.  And he said only

 7    good things about my daughter and I.  So there was

 8    many, many things wrong.

 9        Q    So about the way he represented the

10    vaccination issues to the juvenile court, I heard      09:47:25

11    you testify just now that you believe he didn't say

12    certain things, he omitted information to the

13    juvenile court; is that correct?

14        A    Can you clarify that question?

15        Q    That was a terrible question.  That's one     09:47:41

16    of those great examples where an attorney asks a

17    question that's confusing.

18        A    Okay.

19        Q    Is it your testimony that Mr. Carey

20    omitted information regarding vaccines to the          09:47:48

21    juvenile court?

22        A    I never saw Mr. Carey in the court say

23    anything to the judge.  Or I never -- I don't know

24    how they planned to do the vaccination when I sent

25    them several e-mails and told them in person I do      09:48:08
```

Page 36

Lucy Ulikhanov - March 14, 2019

```
 1    not want my daughter vaccinated.
 2              I just remember receiving an e-mail from
 3    him saying after he answered me back on the others,
 4    saying that he's going to be going to court -- DCFS
 5    is going to be going to court to ask on two issues,     09:48:23
 6    and one was for vaccination.  And I remember
 7    e-mailing him back in an emotional state and saying
 8    something to that effect.  Because he already knew
 9    months prior that I was against it.  But I'd have to
10    look into the minute order or the e-mail to see what    09:48:41
11    he said exactly.
12        Q    Okay.
13              MR. GRAHAM:  Did you have an objection
14    that I saw?
15              MS. SEROBIAN:  I was going to say           09:48:49
16    objection, seemed like the question was vague.  I
17    don't think she understood or answered your
18    question.
19              MR. GRAHAM:  I'm glad that you didn't say
20    that.                                                   09:48:59
21    BY MR. GRAHAM:
22        Q    So when he was representing -- let me
23    withdraw that.
24              Did he as far as you understand file any
25    reports with the juvenile court that informed the       09:49:10
```

Page 37

1    juvenile court about your thoughts on vaccination?

2         A    He never filed anything about my thoughts

3    about vaccination to the court as far as I know.

4    And what my attorney, Ronald Funk, at the time told

5    me, there was nothing.                              09:49:28

6         Q    Okay.  Let's talk about Defendant Maral

7    Helwajian.  When is the first time that you met her?

8         A    I don't remember exactly.  It was a few

9    months, couple months, three months after they

10   removed Penelopy.  I did have a phone call with her   09:49:48

11   prior to meeting her.

12        Q    But everything was after the removal?

13        A    Yes.  Because they took away Sosa, and

14   then Maral came into the picture.

15        Q    Okay.  And the first interaction that you   09:50:03

16   had with her, you said, was over the phone?

17        A    Correct.

18        Q    And how many times would you say -- she

19   was your social worker for the back end of your

20   case; right?                                         09:50:17

21        A    Yes.

22        Q    She probably had a ton of interaction --

23        A    Tons.  Text messages, e-mails, phone

24   calls.

25        Q    When was the last time that you interacted   09:50:23

Page 38

Lucy Ulikhanov - March 14, 2019

```
 1    with her?

 2         A    I don't remember.

 3         Q    Do you remember if it was by phone?  In

 4    person?

 5         A    It had to be text.  Because I sent her          09:50:42

 6    pictures of my daughter even after the case was

 7    over, you know.

 8         Q    Okay.  So you guys kept in touch?

 9         A    A little bit, yeah.

10         Q    So you guys got along?                          09:50:54

11         A    Not in the beginning.

12         Q    Why is that?

13         A    Because she -- I was upset with her

14    because I felt that she was being lazy and not

15    reading the material and was making false             09:51:06

16    statements.  It took her a while to catch up.  And I

17    understand that it's overwhelming for social

18    workers.  I get that.  But her laziness caused a lot

19    of conflict.  A lot of conflict.  By the time she

20    caught up and saw what was going on, what my ex was   09:51:23

21    doing, it took quite a while.

22              But by then, everything was done.  The

23    vaccines, the supplemental report, things of that

24    nature, they were already done.

25         Q    When you say "false statements," do any of   09:51:39
```

Page 39

1    those false statements concern vaccination?

2              MS. SEROBIAN:  Objection.  Vague.

3              THE WITNESS:  Let me think about that.  I

4    believe it was Mr. Carey that wrote the supplemental

5    report.  Is that correct or not?                      09:51:57

6    BY MR. GRAHAM:

7        Q    You can't ask your attorney questions.

8        A    Oh.  I don't know.

9        Q    I'm asking for what's in your

10   recollection.  What false statements did              09:52:05

11   Ms. Helwajian make?

12       A    I don't remember her making -- it's a bit

13   vague.  I don't know who writes the report.  It's

14   Stephen Carey; correct?

15       Q    I'll just withdraw that question.            09:52:21

16            You just testified that Defendant Maral

17   Helwajian made some false statements.

18       A    Oh, okay.  Okay.  There was a -- I forget

19   what the wording is -- MTF meeting or MFT meeting or

20   something of that nature.  There was a meeting with   09:52:40

21   DCFS, and two other ladies were present, Laura

22   Criado, I believe, the unlicensed therapist they

23   hired for any daughter, and another individual.  I

24   think they call it a MAT meeting.  I'm not sure.

25       Q    The MAT team or the MAT assessment?          09:53:02

                                              Page 40

Lucy Ulikhanov - March 14, 2019

```
 1        A    Yes.  Yes.  Yes.  I don't remember the

 2   exact -- I just remember her saying things that were

 3   not true.  And I said to her you need to look into

 4   the paperwork and read it.

 5        Q    Uh-huh.                                    09:53:13

 6        A    And she made some statements about my ex.

 7   So it just -- especially the Hillary Clinton thing

 8   got brought up, and so I showed her the book and I

 9   said here you go, this is my father's name there in

10   the book.                                           09:53:29

11        Q    Sure.

12        A    And, you know, these are, like, made-up

13   things about me.  And then there were other times

14   that I met her that she said certain things that I

15   said Maral, you need to look further and research    09:53:40

16   into the paperwork.  So she wasn't really doing her

17   due diligence per se.

18        Q    Right.  So --

19        A    It took her some time to catch up.

20        Q    Sure.  So you testified that she had made  09:53:52

21   false statements; is that correct?

22        A    Correct.

23        Q    Were any --

24        A    I can't remember the exact verbiage or

25   thing she said.  It was in that meeting.            09:54:01
```

Page 41

Lucy Ulikhanov - March 14, 2019

```
 1          Q     Sure.

 2          A     And if that meeting was recorded, then we

 3     could use that.

 4          Q     You know, I've only got you for seven

 5     hours, and I would love to get us out before seven        09:54:06

 6     hours.  So if I ask you a yes-or-no question, if you

 7     could just keep it at yes or no.

 8                So when you said she made those false

 9     statements, did she make those to the juvenile court

10     in a report, or did she just make those casually in       09:54:20

11     conversation?

12          A     I wouldn't know if she made them in the

13     report, but I do know she made them casually.  And

14     that may have been placed in the report.  I don't

15     know.                                                      09:54:37

16          Q     Fair enough.  As far as her involvement in

17     the vaccination issues, as part of your claim do you

18     allege that she was the one actually injecting

19     Penelopy with the vaccines?

20                MS. SEROBIAN:  Objection.  Speculation,        09:54:48

21     lack of foundation.

22                MR. GRAHAM:  Can I have the question read

23     back.

24                (Record read.)

25                THE WITNESS:  No.  I presume a doctor's        09:55:17
```

Page 42

Lucy Ulikhanov - March 14, 2019

```
 1    only legally qualified to do such a thing.

 2    BY MR. GRAHAM:

 3        Q    Are you alleging that she was the one who

 4    escorted her or accompanied her to the vaccination?

 5        A    I wouldn't know.                          09:55:31

 6             MS. SEROBIAN:  Objection.  Lack of

 7    foundation, speculation.

 8    BY MR. GRAHAM:

 9        Q    You can answer.

10        A    I'm going to go with what my attorney     09:55:38

11    said.  She's my attorney.

12        Q    You need to give an answer, ma'am.

13        A    Oh.  I wouldn't know.

14        Q    Okay.  And do you think that Maral is an

15    honest person?                                     09:55:52

16        A    I can't answer that.

17        Q    Okay.

18        A    I don't --

19        Q    Based off of what you kind of just

20    disclosed earlier.  Is that fair to say?           09:56:03

21        A    It's hard to say.  Maybe the thing she

22    said was partly due to her not doing her due

23    diligence or -- I don't know.  I can't speak on her

24    character.

25        Q    Okay.  Have you spoken with her verbally  09:56:19
```

Page 43

Lucy Ulikhanov - March 14, 2019

```
 1    since the DCFS case closed, like, over the phone or
 2    in person, or has everything been digital?
 3         A    There's been phone calls, there's been
 4    texts.  I just can't remember them all, specific
 5    dates and whatnot.                          09:56:36
 6         Q    Did you invite her to P.G.'s -- P.G. is
 7    what we call Penelopy in the papers -- to her
 8    birthday party in November 2017?
 9         A    I believe so.  I've become friendly with
10    the monitor.                                09:56:55
11         Q    Uh-huh.  And what's that monitor's name?
12         A    Lusine.
13         Q    Can you spell that name?
14         A    There was other monitors that I became
15    friendly with, too.  So it's not just her.  09:57:09
16         Q    Right.  Can you spell that name.
17         A    L-u-c-i-n-e.
18         Q    And the last name?
19         A    I don't know her last name.
20         Q    Does it begin with a P?             09:57:20
21         A    I think so.  I'm not sure.
22         Q    Did you ever send Defendant Helwajian
23    cookies?
24         A    I don't remember that.  I think when she
25    visited my home, yeah, I gave her cookies.    09:57:37
```

Page 44

Lucy Ulikhanov - March 14, 2019

```
 1         Q    You never sent her a box of cookies?

 2         A    Oh, I sent her -- I think it was

 3    Christmastime, something near the end of the -- when

 4    we were very near of the end of the case.  I think I

 5    sent her something then.                          09:57:51

 6         Q    Like, around --

 7         A    A edibles arrangement.

 8         Q    An edible arrangement?

 9         A    Yes.

10         Q    Around December 2017?                   09:57:57

11         A    I think so, that's correct.  I also gave

12    the monitors things, too.  That's just my way.

13    That's how I've always been.

14         Q    Did you ever send her videos of Penelopy

15    learning to speak Armenian?                       09:58:12

16         A    Yes.  Because Maral is Armenian; so we had

17    that in common.

18         Q    So names of any other social workers

19    besides the defendants in this case that you have

20    discussed vaccines with, can you think of any?     09:58:28

21         A    The emergency -- not the emergency.  The

22    complaint line where I called to make a complaint

23    about Sosa.

24         Q    Is that the hotline, the DCFS hotline?

25         A    I believe so.  It's some complaint line.  09:58:48
```

Page 45

Lucy Ulikhanov - March 14, 2019

```
 1    And they sent out a social worker, I forget her name

 2    exactly.  I told her about the issues that were

 3    going on, everything.

 4        Q    Do you remember her name?

 5        A    It was -- Medinwa -- I forget -- with a M.      09:59:01

 6        Q    Do you remember approximately what time

 7    this was?

 8        A    Near the beginning of the case.

 9        Q    Okay.  Was this before Maral was on your

10    case and it was Maria Sosa, or was Maral --            09:59:20

11        A    No.  Maral was already on the case, I

12    believe.

13        Q    And this was in response to a phone call

14    that you had made or that somebody else had made?

15        A    That I made.                                   09:59:32

16        Q    And you were complaining about the social

17    workers.

18        A    Yeah.  Sosa, yes.

19        Q    Was it Vicki Ramirez?

20        A    No.                                            09:59:40

21        Q    Okay.  It was not one of the defendants.

22        A    No.  They sent out a completely different

23    social worker to speak to me about the matters.

24        Q    So let's talk about your life before

25    Penelopy was removed.  What was your living            09:59:57
```

Page 46

Lucy Ulikhanov - March 14, 2019

```
 1    situation like?

 2         A    That's kind of vague.  Can you ask --

 3         Q    Sure.  Who were you living with?

 4              MS. SEROBIAN:  Objection as to time.

 5              THE WITNESS:  It's still kind of vague.      10:00:07

 6    BY MR. GRAHAM:

 7         Q    In October of 2015, how many people were

 8    living in your home?

 9         A    Just my daughter and I.

10         Q    Okay.  And at the time of removal in          10:00:19

11    January 2016, how many people were living in your

12    home?

13         A    Just my daughter and I.

14         Q    Were you living in the same home that you

15    are today?                                              10:00:31

16         A    Yes.

17         Q    Brian was not living there?

18         A    No.

19         Q    At that time, how long had it been since

20    Brian had lived in that home?                           10:00:38

21         A    He only lived there from -- for four

22    months after my father's death.  It was

23    approximately 2013, and then that's -- then

24    something occurred and I had him leave.  And he

25    hadn't been living there since.  So 2013, he left.      10:01:03
```

                                                    Page 47

Lucy Ulikhanyan - March 14, 2019

1      And then I filed for divorce.

2          Q    As part of your claim for emotional

3      damages and distress, do you claim that these events

4      have affected the way that you interact with your

5      daughter, your life generally?                          10:01:22

6          A    About just the vaccination or the whole

7      case?

8          Q    The vaccination.

9          A    Can you say that -- can you repeat that.

10         Q    Your life activities, the way that you        10:01:34

11     participate in your life, has the vaccination

12     affected that for you or for your daughter?

13         A    The way I participate in --

14         Q    Are there activities that you can't do

15     today that you could do before?                         10:01:44

16         A    No.

17         Q    Okay.  Let's talk about schools that P.G.

18     attended before the removal.  Did she go to any

19     preschools?

20         A    I sent her to a preschool, Saint Mark's.       10:01:58

21         Q    For what years?

22         A    I don't remember exactly.  It was 2014, I

23     believe, '13, '14.

24         Q    Where is that school located?

25         A    It's in Glendale.                              10:02:13

                                                       Page 48

Lucy Ulikhanov - March 14, 2019

```
 1          Q    And why did she stop going there?
 2          A    She had enough, I thought, of preschool.
 3    And then she was complaining that a little boy was
 4    bullying her there.  So I was not okay with that.
 5          Q    So she just aged out, basically?          10:02:27
 6          A    Yeah.  And she didn't like it because she
 7    said a boy there was bullying her.  I had a talk
 8    with the administrators about that so that they
 9    could watch her on the playground.  She said a boy
10    was bullying her.                                     10:02:45
11          Q    Has she ever been to any Head Start
12    programs?
13          A    I don't know what that is, but I've taken
14    her to many mommy-and-me classes.
15          Q    What's mommy-and-me class?                 10:02:53
16          A    Gymboree hosts these mommy-and-me classes
17    where you do music and, you know, playing and things
18    of that nature.  We've always done classes together.
19          Q    Are those educational or are they play?
20          A    It's a little bit of both.                10:03:08
21          Q    Okay.  And then did you ever homeschool
22    Penelopy before she was removed?
23          A    In what sense?  I taught her her ABCs.
24    She knew how to write her name, things of that
25    nature.  I don't know if you consider that           10:03:26
```

Page 49

Lucy Ulikhanov - March 14, 2019

```
 1    homeschooling.

 2         Q    Did you have to regularly submit reports

 3    to a school district?

 4         A    No.  Not in that sense.

 5              MS. SEROBIAN:  Objection as to time.         10:03:36

 6    BY MR. GRAHAM:

 7         Q    And let's talk about day care.  Again,

 8    we're talking about the period before removal.  Had

 9    you ever enrolled Penelopy in day care before

10    removal?                                               10:03:51

11         A    No.

12         Q    Okay.  And before removal, did you and

13    Brian -- when you were together, did you as a couple

14    ever discuss your plans for vaccination for

15    Penelopy?                                              10:04:06

16              MS. SEROBIAN:  Objection.  Marital

17    privilege.

18              MR. GRAHAM:  Are you instructing her not

19    to answer?  That's a privilege.  You can --

20              THE WITNESS:  I'm going to go with what my   10:04:21

21    attorney.

22              MR. GRAHAM:  She didn't tell you not to

23    answer.

24              MS. SEROBIAN:  Yeah.  It's a marital

25    privilege.  You do not need to answer as to           10:04:29
```

Page 50

Lucy Ulikhanov - March 14, 2019

```
 1    conversations with your spouse.

 2    BY MR. GRAHAM:

 3        Q    So she has to say the magic words.  She

 4    has to instruct you not to answer.  So...

 5              MS. SEROBIAN:  The magic words are it's      10:04:37

 6    covered by marital privilege.  You do not need to

 7    answer.

 8              THE WITNESS:  I do not need to answer.

 9    BY MR. GRAHAM:

10        Q    You don't -- yeah, no.                        10:04:47

11        A    I'm going to stick with what she says.

12              MR. GRAHAM:  I had to try; right?

13    BY MR. GRAHAM:

14        Q    Let's talk about doctors that Penelopy saw

15    before removal.  Did she have a regular pediatrician   10:04:59

16    that she saw?

17        A    I'm just checking if I'm allowed to

18    answer.  Okay.  Yes.  She had a pediatrician.

19        Q    Okay.  And how many pediatricians did she

20    have before she was removed?  Was it one             10:05:17

21    consistently?

22        A    It was one consistent.

23        Q    And what was the name of that doctor?

24        A    Dr. Boxstein.

25        Q    And how did you find this doctor?          10:05:25
```

Lucy Ulikhanova - March 14, 2019

```
 1        A    I liked him.

 2        Q    Oh.  That was an ambiguous question.  How

 3   were you referred to this doctor?

 4        A    Through my ex-husband-to-be, his work

 5   insurance, medical insurance that they provide him.    10:05:41

 6   Through Motion Picture.

 7        Q    When I asked that question the first way,

 8   you said that you liked him.  I'm assuming that you

 9   got along well with Dr. Boxstein?

10        A    Yes.                                         10:05:53

11        Q    Okay.  And he's located where?

12        A    In Burbank.

13        Q    And is he a speciality pediatrician or

14   just a general pediatrician?

15        A    I don't know.                                10:06:03

16        Q    What years approximately were you taking

17   Penelopy to Dr. Boxstein?

18        A    Since her birth to -- till the insurance

19   paused.  So 2015 it paused, I believe.

20        Q    Do you have an estimate of the last visit   10:06:30

21   that you saw Dr. Boxstein?

22        A    I don't remember exactly.

23        Q    And you said that was billed through

24   insurance; is that correct?

25        A    Correct.                                     10:06:40
```

                                              Page 52

| | | |
|---|---|---|
| 1 | Q    Which insurance company is that? | |
| 2 | A    It was Anthem Blue Cross Motion Picture. | |
| 3 | Q    Okay.  I'm going to ask you about a | |
| 4 | Dr. Susan Hammar.  Are you familiar with that name? | |
| 5 | A    I think that's the pediatrician to my ex's | 10:06:56 |
| 6 | aunt's children that they took Penelopy to. | |
| 7 | Q    Do you have any familiarity with that | |
| 8 | doctor?  Have you ever met that doctor? | |
| 9 | A    No.  I just requested medical records from | |
| 10 | them recently, that's all. | 10:07:15 |
| 11 | Q    So you did not get a referral to that | |
| 12 | doctor from an insurance company like you did | |
| 13 | Dr. Boxstein? | |
| 14 | A    No.  And I believe that doctor is the | |
| 15 | doctor that Mary Lou, the aunt of Brian Garcia, used | 10:07:28 |
| 16 | for Penelopy while she was in their care. | |
| 17 | Q    Just for the record because we said her | |
| 18 | name for the first time, can we get a spelling for | |
| 19 | Mary's name. | |
| 20 | A    I believe it's M-a-r-y L-o-u. | 10:07:41 |
| 21 | Q    And then her last name is -- | |
| 22 | A    R-e-i-c-h. | |
| 23 | Q    Is it R-e-i -- | |
| 24 | A    I'm not sure if I'm correct. | |
| 25 | Q    I'll just say for the record it's Mary and | 10:07:52 |

Page 53

Lucy Ulikhanov - March 14, 2019

```
 1    then Louise, L-o-u-i-s-e, and then the last name is

 2    R-e-i-s-c-h.

 3            Then a Dr. Tara Zandvliet, are you

 4    familiar with that name?

 5    A    Yes.                                      10:08:11

 6    Q    Who is that doctor?

 7    A    She's a pediatrician.

 8    Q    And how were you referred to her?

 9    A    I was referred to her through friends.

10    Q    Okay.                                     10:08:20

11    A    On Facebook, found her.

12    Q    Okay.  Through the Facebook founder, like

13    Mark Zuckerberg?

14    A    No, no.  I found her on Facebook.  Sorry.

15    Q    Oh.  I was, like, you have some fancy      10:08:33

16    friends.  I need to hang out with you after this

17    case is done.

18            Have you ever been to her office?

19    A    Yes.

20    Q    Okay.  She's in San Diego, I believe;      10:08:39

21    right?

22    A    Yes.

23    Q    Okay.  How many times did you go?

24    A    Once.

25    Q    Okay.                                     10:08:45
```

                                                Page 54

Lucy Ulikhanova - March 14, 2019

```
 1        A    And we've spoken over the phone.

 2        Q    Did Penelopy go?

 3        A    Yes.

 4        Q    When was that visit?

 5        A    Oh.  It's on the paperwork.  I don't         10:08:52

 6   remember.

 7        Q    Sure.  Again, lawyers asking you things of

 8   a long time ago.

 9        A    Well, it's not that long.  It's just I

10   can't remember the specific date.  I know it was        10:09:03

11   after -- I can say it was after when the juvenile

12   case closed.

13        Q    So I think we have records on that.  Is

14   the doctor billed through insurance, or no?

15        A    No.                                           10:09:17

16        Q    So you paid on a cash basis?

17        A    Yes.

18        Q    Okay.  Let's talk about DCFS's involvement

19   in your life.  When was the first time DCFS came

20   into your life?  Ever.                                  10:09:29

21        A    2013.

22        Q    So those events have nothing to do with

23   the present case; is that right?

24        A    No.  They led up to it, I believe.  But

25   no, they don't have anything to do.                     10:09:47
```

Page 55

Lucy Ulikhanov - March 14, 2019

```
 1        Q    So in your own words, what set all of

 2   these events in motion?  How did this removal get

 3   started?

 4        A    Okay.  I don't know how far back you want

 5   me to go.  To the 2013, the first social worker?       10:10:00

 6        Q    It didn't start with Carey and Helwajian;

 7   right?  It started with a different set of social

 8   workers --

 9        A    Yes.

10        Q    -- and on January 2015.                      10:10:11

11        A    On January 13, 2016, was the removal when

12   they came and took her.  That was Maria Sosa, Vicki

13   Ramirez, I believe, and Tigerino were involved in

14   that case.

15        Q    Did you ever discuss the vaccination        10:10:24

16   issues with Mr. Tigerino?

17        A    No.  We didn't -- he wasn't on my case.

18   He was attempting to, I guess, but Maria Sosa took

19   over.

20        Q    Did you ever discuss your thoughts on       10:10:38

21   vaccination with Ms. Ramirez?

22        A    Yes.  Over the phone.  I told her when she

23   called me afterwards, after they took her, that I'm

24   not okay with you guys vaccinating her, so, you

25   know, be aware of that.                                10:10:57
```

Page 56

```
 1        Q    What about Ms. Sosa, did you discuss
 2   vaccination with her?
 3        A    Of course.  She actually asked me in an
 4   interview.
 5        Q    Let's start with Ms. Ramirez.  How many        10:11:08
 6   times did you discuss the vaccination with her?
 7        A    I believe once.
 8        Q    What did you tell her specifically?
 9        A    I just -- I was in an emotional state,
10   obviously.  They took my kid.  She called me saying       10:11:22
11   oh, I'm giving her a snack and, you know, is there
12   any -- she was asking me allergies or whatever.  So
13   I told her and I, you know, was explaining that we
14   eat pretty much organic food and I don't give her
15   junk food, so lots of sugar, things of that nature.      10:11:39
16            And I told her in the same conversation do
17   not send my daughter to a medical -- how do you
18   say -- procedure and have her vaccinated.  And I'm
19   making it clear that I don't want my kid vaccinated.
20   She's been a healthy, wonderful -- healthy kid all       10:12:00
21   the five years.  Rarely sick.  And I do not want her
22   vaccinated.
23        Q    Okay.  And you had a conversation with
24   Ms. Sosa as well, you said?
25        A    Yes.                                            10:12:13
```

Page 57

Lucy Ulikhanova - March 14, 2019

```
 1        Q    And you said she asked.

 2        A    Yeah.  So after my personal interview with

 3   her was over, we took a walk around the house and

 4   she started asking other questions and looked in the

 5   refrigerator and stuff like that and asked me about       10:12:24

 6   school and homeschooling and because the -- do you

 7   vaccinate.  And I told her no, I don't, and my

 8   reasons why I don't.

 9        Q    And what reason did you tell her?

10        A    I told her because there's autoimmune          10:12:37

11   history in our family.  My father was a renowned

12   osteopathic naturopathic doctor who actually treated

13   children who were vaccine injured.  So I trusted his

14   opinion.  He was more knowledgeable than I was.

15   I've become more knowledgeable as, you know, time        10:12:58

16   progresses in this stuff.  But I did tell her

17   that -- those things.  I told her that I don't

18   believe that they're safe.

19        Q    Uh-huh.

20        A    I mean, I could go more into that later on      10:13:12

21   if you'd like, or you want to know everything now?

22        Q    Well, I want to know specifically --

23        A    What I just told her.

24        Q    Yeah.

25        A    Yes.  Okay.                                     10:13:23
```

Page 58

Lucy Ulikhanova - March 14, 2019

```
 1        Q    So you told her that there was an

 2   autoimmune history.

 3        A    Right.

 4        Q    And what is that history?  Not what is the

 5   history, but what did you tell her the history was?    10:13:30

 6        A    I told her that I have asthma, I have,

 7   like, eczema.  That's also autoimmune.  There's a

 8   possibility something was with my liver.

 9        Q    Okay.  Was this a conversation that you

10   had in the home?                                       10:13:51

11        A    Yes.

12        Q    And was this recorded?

13        A    That portion I don't believe was recorded.

14   Might have not been.  I don't remember.  I have to

15   look back.                                             10:14:06

16        Q    And then you said another reason you told

17   her why you didn't want Penelopy to be immunized was

18   because your father was an osteopathic naturopathic

19   doctor; is that right?

20        A    Yes.

21        Q    And he had experience treating children --

22        A    That were vaccine injured.

23        Q    Okay.  Now, when you say he's a doctor, is

24   that a Ph.D. or an M.D.?

25        A    No.  It's an N.D.                            10:14:23
```

Page 59

Lucy Ulikhanov - March 14, 2019

```
 1        Q    What's an N.D.?

 2        A    Naturo -- so osteo -- he came from USSR,

 3   and then he continued his education here.  So the

 4   difference between osteopathic and doctors is they

 5   learn the same stuff and then they veer off to          10:14:38

 6   different --

 7        Q    Right.

 8        A    And N.D. is naturopathic doctor.  He was

 9   also a psychologist, pastoral psychologist.

10        Q    So I want to mark our first exhibit of the     10:14:57

11   day.  This is going to be the easiest one.  I just

12   need you to turn to page -- on the bottom you'll see

13   Bates stamps where it says COLA and then underscore

14   and then a page number.  If you could turn to

15   page 2217.                                               10:15:38

16             (Reporter clarification.)

17             MR. GRAHAM:  This can be Exhibit 1, yeah.

18          (Exhibit 1 was marked for identification.)

19   BY MR. GRAHAM:

20        Q    Turn to page 2217.  All I need you to do       10:15:58

21   is confirm that that is your signature.

22        A    Yes.  Yes.

23        Q    All right.  We're done with that exhibit.

24        A    That's the meeting.

25        Q    It is the MAT.  Yeah.  And then I want to      10:16:16
```

Page 60

Lucy Ulikhanov - March 14, 2019

1     go to Exhibit No. 2.

2               (Exhibit 2 was marked for identification.)

3               THE WITNESS:  Do I keep this?

4     BY MR. GRAHAM:

5        Q    You're the parent; you can keep everything        10:16:41

6     today.  They're the 827 records.  They're super

7     secret and private.  But, you know, because you're

8     the parent, you already have those records.  I

9     always forget.

10              So you probably recognize this; right?          10:16:57

11       A    Huh?

12       Q    You probably recognize this e-mail, yes?

13       A    Refresh my memory.  It's been a while.

14    Can I read it?

15       Q    Yeah.                                             10:17:11

16       A    Where is the attachment?  It says

17    there's -- "Here is my signed paperwork."  But where

18    is the -- this is it?

19       Q    Uh-huh.

20       A    Okay.  Oh.  Regarding the -- I think I was        10:18:03

21    making a statement about vaccines.

22       Q    But you recognize that e-mail as an e-mail

23    that you sent?

24       A    To Maral.  Yes.  There were others.  I'm

25    surprised I couldn't find this one.                       10:18:25

                                                               Page 61

Lucy Ulikhanova - March 14, 2019

```
 1         Q    You can confirm where it says "from," that

 2     is your e-mail address; correct?

 3         A    Yes.

 4         Q    And this was sent on February 12, 2016?

 5         A    February?  Yeah.                              10:18:38

 6         Q    And on the "to" line, it's addressed to

 7     Maral Helwajian; is that correct?

 8         A    Yes.

 9         Q    And why did you send this e-mail?

10         A    I believe I had a phone call discussion      10:18:50

11     with her about vaccines.  Because you know,

12     sometimes you'll have a phone conversation, and then

13     you'll text someone or e-mail someone to -- you

14     know, about that conversation.  So it was just,

15     like, a followup.  So I said here is my -- I just     10:19:06

16     was telling her here is my paperwork.  That's what I

17     believe this was.  It was my following up of a

18     conversation I had with her on the telephone or in

19     person.

20         Q    Do you remember whether or not there was a   10:19:20

21     hearing on the vaccinations going to be in February

22     2016?

23         A    Do I remember -- can you say that one more

24     time.

25         Q    Was there going to be a hearing on           10:19:29
```

                                                    Page 62

Lucy Ulikhanov - March 14, 2019

1    vaccinations in February 2016?

2        A    No.  I believe so that the hearing for

3    vaccination was supposed to be -- was in June

4    because I received an e-mail from Mr. Carey June

5    2016 -- if you let me look into it.  Do you want me          10:19:46

6    to bring it up?  Okay.  So this was -- this was

7    before.  So she already -- and I sent one of these

8    to Carey.

9        Q    You sent one of those e-mails with the

10   vaccination letters to --                                    10:20:17

11       A    I sent several e-mails to Mr. Carey about

12   vaccinations and one just like this with the

13   personal belief exemption on it.

14       Q    How many of those e-mails did you send to

15   DCFS with handwritten letters attached to them, the

16   vaccination letters?

17       A    See, I totally forgot about this e-mail.

18   So I can't -- I don't know.  I know I sent one for

19   sure to Carey and Maral, and I forget who I cc'd in

20   that one, saying I took Penelopy to Saint Mark's,            10:20:49

21   here is the exemption -- not exemption -- whatever I

22   called it in the attachment.  So take a look.  And

23   when you open it, it's this attached to it.

24            MR. GRAHAM:  Can we go off the record for

25   a second.                                                    10:21:08

Page 63

Lucy Ulikhanov - March 14, 2019

```
 1            THE VIDEOGRAPHER:  Off the record at
 2     10:20.
 3            (A recess was taken from 10:20 a.m. until
 4            10:46 a.m.)
 5            THE VIDEOGRAPHER:  We are back on the          10:46:49
 6     record at 10:46.
 7     BY MR. GRAHAM:
 8        Q   All right.  So let's jump right into
 9     vaccinations generally.  Tell me why are you opposed
10     to vaccinations?                                      10:47:07
11        A   Number one, no doctor can tell you with
12     absolute certainty that they are safe.  "Safe" means
13     no risk, and there are risks associated with
14     vaccines.  There is also mercury in vaccines which
15     also clings to -- it clings to the -- I have it in    10:47:28
16     my notes here -- clings to the neural tissues.
17     Aluminum is a neurotoxin.  It crosses the
18     blood-brain barrier.
19            There's also the adjuvants that are in
20     vaccines that hype up the immune response, which      10:47:41
21     causes -- which if it's too little or too much or
22     not the right amount, it does, in fact, cause -- can
23     I get my notes?
24        Q   No.
25            MS. SEROBIAN:  Just from your --              10:47:54
```

Page 64

Lucy Ulikhanova - March 14, 2019

```
 1              THE WITNESS:  Okay.  It does, in fact,

 2      cause autoimmune diseases.  That's listed on the

 3      National Library of Medicine from their statements

 4      as well.

 5              There's other factors, too, that I know        10:48:06

 6      about.  There's, like, a 50 percent subset of people

 7      who have a mutated gene.  And those people are more

 8      prone to the side effects of vaccinations.  There's

 9      numerous amount of things in vaccinations that I

10      feel are harmful.                                      10:48:24

11              I also have religious beliefs.

12      BY MR. GRAHAM:

13          Q    Could you explain those.

14          A    Well, there's aborted fetal tissue in some

15      vaccines, many of the vaccines.  And I'm not okay     10:48:41

16      with that.

17          Q    Just to get on the record -- I think that

18      we're assuming it, but just to be explicit -- you

19      are against abortion; is that correct?

20          A    Correct.                                     10:48:50

21          Q    Okay.

22          A    I'm pro-life.

23          Q    All right.

24          A    And it does change your DNA permanently.

25      There's -- I mean, I could just go on forever about   10:49:03
```

Page 65

Lucy Ulikhanov - March 14, 2019

```
 1    them.  I have many, many notes about them that I

 2    brought with me that are in the --

 3         Q    Sure.

 4         A    I don't know why I'm not able to use

 5    those.                                          10:49:19

 6         Q    So you said 60 percent of people have --

 7         A    50.

 8         Q    50 have a mutated gene?

 9         A    Right.  Dr. Zimmerman told the Department

10    of Justice lawyers for -- there was a hearing; he  10:49:27

11    was also on the news -- that there are 50 percent

12    subset of the population that carry this mutated

13    gene.

14         Q    If you can wait for me to ask a question.

15         A    Sure.                                 10:49:40

16         Q    Have you ever had Penelopy tested to see

17    if she has that gene?

18         A    It's too expensive to test.  That gene is

19    more associated, too, also with autism.  But the

20    adjuvants that are in vaccines cause a hyperimmune  10:49:55

21    response, and that's more associated to autoimmune

22    disease.

23         Q    Are there any medical reasons specific to

24    Penelopy that in your belief would make it unsafe

25    for her to receive a vaccination?                10:50:11
```

                                                        Page 66

```
 1          A     Correct.  Because the family history shows

 2     that after vaccination, relatives were diagnosed

 3     with autoimmune diseases.

 4          Q     And describe that family history for me.

 5          A     My mother, my grandmother, I believe my        10:50:28

 6     uncle.  Penelopy's -- my daughter Penelopy's -- my

 7     ex's father, who has leukemia.

 8          Q     That would be Brian's father?

 9          A     Brian's father, yes.

10          Q     Just so that we know who we're referring       10:50:51

11     to, your mom, I think the records -- her name, is it

12     Gina?

13          A     Yeah.  Gina for short.  Gayane.

14          Q     Okay.  And that name, just for the record,

15     is it G-a-y-a-n-e?                                        10:51:03

16          A     Yes.

17          Q     And then Gina, G-i-n-a?

18          A     Correct.

19          Q     Okay.  And what is her specific family

20     history that makes immunization unsafe?                   10:51:12

21          A     She has a history of autoimmune disease.

22          Q     Which one?

23          A     Psoriasis and I forget the other thing.

24          Q     "Other thing," is there something else?

25          A     And my grandma had asthma.                     10:51:29
```

                                                    Page 67

Lucy Ulikhanov - March 14, 2019

```
 1        Q    Your grandmother had asthma.

 2        A    Yes.  And I have asthma.

 3        Q    Your grandmother on which side?

 4        A    My mother's side.

 5        Q    Your mom's side.  Okay.  And what's her      10:51:38

 6    name?

 7        A    Who, my grandmother?

 8        Q    Uh-huh.

 9        A    Izolda.

10        Q    Izolda.  Is that I-s --                      10:51:48

11        A    I-z-o-l-d-a.

12        Q    Okay.  Asthma, you said your mother had

13    psoriasis and something else.  What was the

14    something else?

15        A    I forget the something else part.  But I     10:52:02

16    know for sure the psoriasis.

17        Q    And you said that your uncle?

18        A    Yeah.  I think he's eczema or psoriasis,

19    one of those.

20        Q    But you're not sure.                         10:52:12

21        A    I'm not sure about that one.

22        Q    So you're speculating?

23        A    I don't remember.  I'm not in touch with

24    him that often.  We're not very close.

25        Q    And then you said Brian's father has        10:52:22
```

Page 68

Lucy Ulikhanova - March 14, 2019

```
 1    leukemia.

 2         A    Yes.

 3         Q    And what's his name?

 4         A    Frank Garcia.

 5         Q    Okay.  All right.                      10:52:28

 6         A    I also have asthma.

 7         Q    Okay.

 8         A    After vaccination.  I have lockjaw, I had

 9    eczema that comes and goes.  Allergies, major

10    allergies.                                       10:52:44

11         Q    Asthma, lockjaw, allergies.  I think you

12    said something else?  I didn't catch.

13         A    Asthma.

14         Q    Uh-huh.

15         A    Lockjaw -- they call it lockjaw.  TMJ   10:52:54

16    issues.  And eczema that comes --

17         Q    There we go.  Eczema.  I knew you had

18    four, but I only got down three.  Have you ever

19    sought treatment for the asthma?

20         A    Yes.  I've been since a child.         10:53:07

21         Q    Okay.  And which doctors have you seen for

22    that treatment?

23         A    My mother would remember the name of the

24    doctors from when I was a child.  I don't remember

25    that.                                            10:53:20
```

Page 69

Lucy Ulikhanova - March 14, 2019

```
 1        Q    Okay.  Are you in contact with your

 2   mother?

 3        A    Yes.

 4        Q    Okay.  And do you have her address?

 5        A    No.                                        10:53:26

 6        Q    You don't know your mother's address?

 7        A    No.  I mean, I don't know.  I don't know

 8   it.

 9        Q    Okay.

10        A    She works for elderly people; so she moves  10:53:34

11   around her job.  She's a live-in caretaker.

12        Q    Okay.  Does she have a phone number?

13        A    Yes.  She has a phone number.

14        Q    Okay.

15        A    Do you want her phone number?            10:53:51

16        Q    Maybe we'll talk to counsel off the record

17   about that.

18        A    She sent me to doctors to get shots for my

19   asthma, steroid shots.  Then they put me on

20   Proventil and other inhalers, and I've been on    10:54:09

21   inhalers for many years.

22        Q    Because it might be helpful just to get

23   documents to support that, and if your mother would

24   be the person who --

25        A    Yeah.  I would be able to get --         10:54:15
```

Page 70

Lucy Ulikhanov - March 14, 2019

```
 1        Q    -- who would have that information.

 2        A    And I have them at my home, too, but not

 3    from when I was a child.  That's going far back.

 4        Q    Yeah.  But is there any recent stuff that

 5    you can think of, or is it all reactions that you       10:54:27

 6    had to the vaccines when you were very young?

 7        A    No.  I've always had allergic reactions.

 8    I had always a hyperimmune system.  My mom knows

 9    this.  I've had allergies.  She knows -- she has the

10    records to all that stuff from when I was younger.      10:54:42

11        Q    Were these reactions to the vaccines, or

12    were these just conditions independent of the

13    vaccines?

14        A    Well, at the time I didn't know that they

15    were reactions to the vaccines.  Now I'm pretty sure    10:54:52

16    that they're reactions to the vaccines.  Because the

17    autoimmune diseases could take months to years to

18    show up after vaccination.  And the studies that are

19    done on that are very, very short to even saying,

20    you know, how long.                                     10:55:14

21        Q    Has a doctor ever told you that these

22    conditions, the asthma, lockjaw, allergies, and

23    eczema, were reactions to a vaccine?

24        A    Which time frame?

25        Q    Ever.  Has a doctor ever told you that?        10:55:22
```

Page 71

Lucy Ulikhanova - March 14, 2019

1        A     Online.

2        Q     Okay.

3        A     And I have a list of names of doctors who

4    believe that it does cause autoimmune disease.  And

5    like I just quoted to you, there's a statement from        10:55:33

6    the National Library of Medicine where they say that

7    it may cause -- if it's too much of a response or

8    too less or the wrong response, that it causes the

9    autoimmune.  And there's a list.  I have the notes

10   here.                                                       10:55:52

11       Q    If we were to send discovery out asking

12   for a list of those documents and a list of names,

13   say that doctor online and people who could support

14   that, would you be able to provide that for us?

15       A    I mean, there's -- I'm in a vaccine group       10:56:04

16   on Facebook.  So I constantly see -- I can't go back

17   and find the millions of comments in there where a

18   doctor responded to me.

19       Q    We'll talk about that off --

20       A    It's too complicate -- it's too much.          10:56:16

21   There's so much there.

22       Q    Sure.

23       A    And for years I've been researching.

24            MR. GRAHAM:  Can we go off the record for

25   just one second.                                          10:56:22

                                                         Page 72

```
 1                 THE VIDEOGRAPHER:  We're off the record,

 2      10:56.

 3                 (Discussion off the record.)

 4                 THE VIDEOGRAPHER:  On the record, 10:57.

 5      BY MR. GRAHAM:                                     10:57:48

 6         Q    Do you know -- without disclosing specific

 7      conversations that you had with Brian, do you know

 8      if he was opposed to vaccination?

 9                 MS. SEROBIAN:  Objection.  Speculation.

10                 THE WITNESS:  Can you say that one more   10:58:06

11      time.

12                 MR. GRAHAM:  Can I have the question read

13      back.

14                 (Record read.)

15                 MS. SEROBIAN:  Objection.  Marital        10:58:22

16      privilege.

17                 THE WITNESS:  I don't want to answer that.

18                 MS. SEROBIAN:  The magic words?

19                 MR. GRAHAM:  That comes from you.  Do you

20      want to instruct your client to answer?  I mean,    10:58:38

21      there's no privilege for her personal knowledge.

22      It's a communication privilege.

23                 MS. SEROBIAN:  But it would only come from

24      him telling her something.  So it would be from the

25      marital communication, which is privileged.  Her     10:58:54
```

Page 73

```
 1    knowledge would only come from that communication.

 2    Therefore, I believe marital privilege does apply.

 3    BY MR. GRAHAM:

 4         Q    Did you and Brian disagree about

 5    vaccination?                                          10:59:03

 6              MS. SEROBIAN:  Same objection.  Marital

 7    privilege and lack of foundation.

 8              THE WITNESS:  I'm not going to say

 9    anything about that.  Sorry.

10    BY MR. GRAHAM:                                        10:59:18

11         Q    You are refusing to answer my question?

12         A    Due to the terms that my attorney stated.

13         Q    Very good.

14              Let's talk about placement.  Where was

15    P.G. placed after she was removed?                    10:59:30

16         A    Into my ex's aunt's home.

17         Q    And this is Ms. Reisch who we discussed

18    earlier.

19         A    Yes.  Brian Garcia's aunt.

20         Q    And when Penelopy was placed there, who    10:59:47

21    else lived in that home?

22         A    As far as my knowledge goes, I know that

23    she has a daughter and a son and a husband.  I don't

24    know who else was living there.

25         Q    Okay.  And how do you know Ms. Reisch?      11:00:00
```

Page 74

Lucy Ulikhanov - March 14, 2019

```
 1        A     Through Brian.

 2        Q     And when did you two first meet?

 3        A     I don't remember.  I didn't see her that

 4   often.  We were not that close.  When I was dating

 5   Brian.                                          11:00:20

 6        Q     Okay.  And did you two get along?

 7        A     I didn't know her that well.

 8        Q     Okay.

 9        A     Yes and no.  I mean, we got along as far

10   as conversing with each other.                  11:00:32

11        Q     So when you guys saw each other on

12   holidays, family holidays, you didn't pick fights?

13        A     No.  There wasn't really that many family

14   holidays that we spent together.  Maybe one or two

15   in that entire ten years or whatever.           11:00:51

16        Q     But she was polite to you; is that fair to

17   say?

18        A     She's very -- I don't want to get into it.

19   I've heard things from the ex-girlfriend that were

20   not favorable about her, and it came to be true    11:01:12

21   later.

22        Q     Okay.  Is it true that she owns a day

23   care?

24        A     Yes.

25        Q     Okay.  And do you know how long she's      11:01:19
```

Page 75

Lucy Ulikhanov - March 14, 2019

```
 1    owned that day care?

 2         A    No.

 3         Q    Do you know if she inherited that day

 4    care?

 5         A    I think she did.  I'm not sure.  Because I      11:01:28

 6    know that the day care -- I knew that the day care

 7    started first with Brian's grandmother.  So it was

 8    passed on.

 9         Q    Do you think that that was a good

10    placement for Penelopy?                                  11:01:43

11         A    No.

12         Q    Okay.  Why is that?

13         A    Because there's a conflict of interest.

14    She was in the family law hearings and gave

15    testimony, and she did not believe that sexual abuse     11:01:55

16    occurred; yet she's never spoken to my daughter or

17    knows anything about the case.  And the judge made

18    it clear that even the father was not allowed to be

19    a monitor for my child because he also didn't

20    believe it, and that was a risk to my daughter.         11:02:17

21              So she was a risk to my daughter.  Because

22    she doesn't believe that the sexual abuse occurred,

23    she allowed free access to my child being the

24    monitor for Brian.

25         Q    Just one thing real quick.  You said "he."     11:02:28
```

Page 76

Lucy Ulikhanova - March 14, 2019

1    The family court judge was a she.

2        A    Was a she.  Holly Fujie.

3        Q    There we go.  So your concern about the

4    placement was that Ms. Reisch had a conflict of

5    interest because of the family court proceedings and        11:02:44

6    not believing what the family court judge had found.

7        A    Correct.

8        Q    Okay.  And the monitoring issue -- I think

9    there was some issues I saw in the e-mails.  You

10   were worried about the monitoring; is that right?          11:03:00

11       A    Yeah.  He was -- she was placed as being

12   the monitor for Brian's visits with the child, which

13   my daughter disclosed to me that there was several

14   times she was left alone with him, and even he

15   picked her up from the elementary school and drove         11:03:12

16   her playing blasted music, rap music, back to the

17   house.  So she was even alone with him.  They

18   violated many rules and got away with it.

19       Q    So I want to get my handle on the

20   visitation issues.  Because I know every DCFS case         11:03:30

21   seems to have a different kind of visitation set of

22   rules.  So when Penelopy was first removed, you have

23   a visitation schedule; is that right?

24       A    Correct.

25       Q    What was your schedule?                           11:03:44

                                                     Page 77

Lucy Ulikhanov - March 14, 2019

```
 1        A    It was supposed to be three days a week.

 2        Q    Okay.

 3        A    I believe approximately two or three

 4   hours.  I forget the hours exactly.  It was supposed

 5   to be three days a week.                          11:03:56

 6        Q    You mentioned earlier that you had some

 7   monitors you knew.  So your visits were monitored

 8   for some period.

 9        A    Yeah.  They were monitored by various

10   different monitors.                               11:04:05

11        Q    And they were monitored in the beginning?

12        A    They were monitored in the beginning.

13        Q    For how long were they monitored for?

14        A    I don't know.  Up until six months, I

15   believe, before she was placed back with me.      11:04:17

16        Q    They weren't monitored for the entire

17   period.

18        A    No.  Not the entire period.  But close to

19   near the end.

20        Q    What about Brian's visit?               11:04:29

21        A    I don't consider his aunt to be a monitor.

22   So I'd say no, they were never monitored.

23        Q    Did DCFS consider her to be a monitor who

24   was monitoring his visits?

25        A    They chose her.                         11:04:49
```

Lucy Ulikhanova - March 14, 2019

```
1        Q    Okay.  Aside from the Brian issues, do you

2     think that she was a good caregiver?

3        A    No.

4        Q    Okay.  Did it bother you that she wasn't

5     using organic food, things like that?                    11:05:01

6        A    She had asked -- a lot of things bothered

7     me about her.  She had asked me to send her some

8     pictures of some products that I use for my kid.

9     And I sent her pictures of the products that we use,

10    and then she used those text messages against me in      11:05:15

11    juvenile court and said that I was harassing her and

12    showed that I sent her, like, a certain amount of

13    texts but didn't disclose what the texts were.

14           Yet I have pictures of everything that I

15    sent her.  There she is asking me to send her stuff,     11:05:29

16    I send her the stuff, and then she used that to say

17    look, she's harassing me.  I got 100 text messages.

18    Yet there were pictures and messages back and forth

19    of us discussing about my daughter's diet and

20    shampoo and this and that and where to meet and          11:05:46

21    supplements and things of that nature.  So there was

22    a lot of issues.

23           Also, I didn't like the way that she ran

24    her day care.  I found that to be very odd, too.

25    She was force-feeding a kid who did not want to eat,     11:06:01
```

Page 79

Lucy Ulikhanov - March 14, 2019

```
1    and she was yelling at the kid.  I just found that

2    very odd.  I did not like her parenting or

3    childcare.

4          And knowing full well that she did not --

5    and I don't care who -- that's her right to believe        11:06:16

6    or not believe what happened.  That's her right.

7    But, you know, to go as far as to protecting your

8    nephew and siding with him and then attacking me,

9    that's uncalled for.  So knowing full well that she

10   is so adamant about that but doesn't want to ask my        11:06:36

11   daughter if it's true even though the psychologist

12   approved for her to have a conversation with my

13   daughter, I found that to be odd.

14         And knowing full well that she denied that

15   it happened and is the monitor for Brian, I find          11:06:49

16   that honestly really crazy.

17     Q    So there was a lot of tension between the

18   two of you, it sounds like.

19     A    Yes.  She played games during the

20   visitations.  She would send a big, huge bag of          11:07:08

21   clothes to the monitor to meet me at the DCFS

22   building, and then the monitor would say, you know,

23   this is too heavy.  She said you requested this.  I

24   said I didn't request that.  You can take it back.

25   I never requested such a thing.                          11:07:23
```

Page 80

Lucy Ulikhanov - March 14, 2019

```
 1              She did it again.  The monitor came back

 2      and said I'm going to report you because you keep

 3      asking and requesting, and there's no such thing.

 4      And I texted Mary Lou and said why are you playing

 5      these games with me?  She actually admitted in a          11:07:34

 6      text message what she did.  So, I mean, this just

 7      went on.

 8          Q    So you're suspicious of this person,

 9      probably.

10          A    Not just suspicious.  There's actual            11:07:45

11      evidence showing that she played games to paint me

12      in a bad light.  So, you know, the monitors were

13      even having issues with me until everything started

14      to come to the surface and they found out what was

15      going on, that she was actually helping her nephew       11:08:01

16      by doing the things she was doing.

17          Q    I want to go back real quick to February

18      2016.  I know we talked about that vaccination

19      e-mail that you sent.  I want to talk about

20      Exhibit -- this is already in discovery as               11:08:17

21      Exhibit 8.

22              (Exhibit 8 was marked for identification.)

23      BY MR. GRAHAM:

24          Q    This is an e-mail chain.  This is what we

25      call a boring procedural e-mail for lawyers.  If you     11:08:37
```

Page 81

Lucy Ulikhanova - March 14, 2019

```
 1    can look at page 1523 at the bottom part of this.

 2    Can you confirm this is an e-mail from Ms. Helwajian

 3    to you; correct?

 4         A    Where do you want me to look?  Sorry.

 5         Q    Page 1523 in the corner where it says the      11:09:00

 6    COLA number.  This is Exhibit 8.

 7         A    From Maral.

 8         Q    To you.

 9         A    To me.

10         Q    So can you confirm this is an e-mail from      11:09:52

11    Ms. Helwajian?

12         A    Right.  But I don't remember reading this.

13    I don't remember receiving this.

14         Q    It is from Ms. Helwajian, though; right?

15         A    Yes.  I do see that it's from her.  I         11:10:02

16    don't doubt it.  I'll look into my e-mail and see

17    how I missed this one.

18         Q    On the "to" line, to Lucy Ulikhanova, is

19    that your e-mail address?

20         A    Yes.                                           11:10:17

21         Q    On the next person, it says Ron Funk,

22    rfunk@hbplaw.com.  Do you know is that Mr. Funk's

23    e-mail address?

24         A    I believe so.  He has two or three

25    different ones because he also represented me in my     11:10:35
```

Page 82

Lucy Ulikhanova - March 14, 2019

```
 1    divorce case and then his e-mail changed.  I don't

 2    know if that's the new one or the old one.

 3          Q    Ron Funk, was he your attorney at this

 4    time in February 2016?

 5          A    Yes.                                    11:10:50

 6          Q    Okay.  And then it says here:

 7               "Good morning Ms. Ulikhanova and

 8               Mr. Funk, this e-mail shall serve as

 9               written notice to both of you that we

10               have requested a SET ON hearing at       11:10:59

11               our court, and it has been set for

12               2/25/2016.  The issues we are trying

13               to have the court address are the

14               following:

15               "No. 1, Penelopy's immunizations,        11:11:09

16               mother's refusal to vaccinate versus

17               father wishes to vaccinate."

18               As you're sitting here today, do you have

19    a memory of receiving this e-mail?

20          A    I don't have a memory of receiving this.  11:11:25

21          Q    But is it correct, this representation

22    that you refused to vaccinate Penelopy as of

23    February 18, 2016?

24          A    Yeah.  I do refuse to vaccinate.  I've

25    made that clear since the beginning of the case.     11:11:41
```

                                                  Page 83

1      Q     Is it your -- let me withdraw that.

2            Do you have an understanding as to whether

3      or not it was correct as of February 18, 2016,

4      whether Brian wishes or wished to vaccinate P.G.?

5      A     I don't know.  All I remember is in the        11:11:57

6      courtroom, him saying something to the effect that

7      he wanted to.

8      Q     Okay.

9      A     And again, he never had custody prior to

10     that, and we were not under jurisdiction at the      11:12:11

11     time.

12     Q     In the last paragraph, the last sentence,

13     it says, "Ms. Ulikhanova, your presence is

14     required."  I thought that was a little interesting.

15     I don't practice dependency law, but were you        11:12:25

16     required to be at every hearing?

17     A     I don't know if I was required to be at

18     every hearing.  I remember reading some e-mail where

19     it said that I was not required to but I still

20     attended.  There was some hearings that I didn't     11:12:42

21     attend that my attorney told me wasn't necessary,

22     and some of them he told me were necessary, I

23     attended.

24     Q     Okay.  Then if you could look at

25     page 1522, the page before it, this is an e-mail,    11:12:54

                                                    Page 84

```
 1    and it says from Ron Funk to Maral Helwajian, and it

 2    says, "Thank you.  I will bring an executed

 3    substitution of attorney."

 4           You had mentioned earlier that you had --

 5    you didn't know that you could get an attorney for        11:13:09

 6    free and that you paid for an attorney kind of after

 7    the case got started.  Were you referring to

 8    Mr. Funk, that's the attorney that you hired?

 9    A    Can I go back to this first?

10    Q    Absolutely.                                          11:13:27

11    A    What is he responding to here?

12    Q    He's responding to the e-mail below from

13    what I know.  But my question to you is, I just

14    thought it was --

15    A    It doesn't make sense, though.  Why is he            11:13:33

16    saying here I'll bring a substitution of attorney?

17    There's nothing in here discussing --

18    Q    I was going to ask you if you knew.

19    A    There must have been a phone call.

20    Q    Right.                                               11:13:45

21    A    I don't remember.  Maybe it was a lack of

22    funds or something.

23    Q    As of February 2016, was that about the

24    time period that Mr. Funk had come on to your case?

25    A    Oh, wait.  Okay.  I think I kind of                  11:13:56
```

Page 85

1    remember what this is.  Because I had an attorney,

2    Sherwin Amazan, that was -- because I hired someone

3    quickly onto the case.  Sherwin Amazan.  And he was

4    on there for the first two hearings, and then he had

5    to substitute out.  And then Ronald Funk took over.          11:14:16

6    So I think that's what that's related to.

7         Q    Okay.  Easy enough.  And then I want to go

8    back to that Exhibit No. 2 that we had earlier.

9         A    Okay.

10        Q    So in this e-mail -- and the subject is          11:14:44

11   DCFS immunizations.  And I'm looking at page 1505.

12        A    Uh-huh.

13        Q    What was the purpose of you sending this

14   e-mail?

15        A    I don't remember, but I could take a            11:15:04

16   guess.  It might have been something that Maral must

17   have asked me over the phone, maybe, regarding

18   vaccination or doctors.  And this is me replying

19   through the e-mail.  Because many times there were

20   phone conversations and I would say okay, I'll send     11:15:27

21   it to you in e-mail when I hang up, and I would send

22   her an e-mail.  So it could have been that.

23        Q    Do you have any recollection if perhaps

24   she had given you notice that there would be that

25   February hearing about the vaccination over the         11:15:43

                                                    Page 86

Lucy Ulikhanova - March 14, 2019

```
 1     phone and this is maybe what -- pardon me.  Let me
 2     withdraw that.
 3             And that maybe you were perhaps responding
 4     to that in this e-mail?
 5         A   Say that one more time.                    11:15:55
 6         Q   I'll just be straightforward.  It seems
 7     coincidental that in this series of e-mails, she's
 8     giving you notice in February 2016 that hey, we're
 9     going to be asking for the juvenile court to assess
10     this issue, and then in that same month, you would   11:16:12
11     be sending this information.  So I was curious if
12     you had any recollection if maybe you were sending
13     these documents to her in response to her telling
14     you over the phone or in person --
15         A    It had to have been.  Hold on.             11:16:26
16             MS. SEROBIAN:  Objection.  Speculation,
17     lack of foundation.
18             THE WITNESS:  I don't know.  I don't
19     remember.
20     BY MR. GRAHAM:                                      11:16:40
21         Q    All right.
22         A    I just know that I clearly stated from the
23     beginning when she was pulled away from me, from the
24     very start to even Vicki Ramirez, the supervisor of
25     Sosa, I don't want my daughter vaccinated.  I again   11:16:55
```

Page 87

Lucy Ulikhanian - March 14, 2019

1    told the same thing to Sonya Vardanyan, the

2    supervisor of Maral, and Maral as soon as I met

3    them, do not have my daughter vaccinated.  I've

4    spent lots of money into keeping her diet organic.

5    It's not cheap.  It's expensive.  Holistic -- she's      11:17:15

6    been a really healthy little girl.  Rarely got sick.

7    And you know what, I wasn't going to have her

8    permanently then injected --

9         Q    Right.

10        A    -- with all sorts of toxins and chemicals      11:17:27

11   and whatnot.

12        Q    Can I direct your attention to page 1507.

13   This is a document titled physician's report,

14   childcare centers.  What is your understanding of

15   this document?                                           11:17:41

16        A    Oh.  It says Saint Mark's Day School.  So

17   this was Saint Mark's.  When I put her into

18   preschool.

19        Q    Okay.  Did you have an understanding that

20   this is a waiver for vaccination?                        11:17:56

21        A    Yes.

22        Q    On what grounds?

23        A    A waiver?  No.  There was no law in place

24   at that time for mandatory vaccinations in public

25   schools.  But the administrator had to have me sign      11:18:09

Page 88

Lucy Ulikhanov - March 14, 2019

```
 1    something saying that I did not want to vaccinate.
 2        Q    So why did you have to get this form if
 3    the vaccination wasn't mandatory?
 4        A    I don't know.
 5        Q    So if you --                              11:18:24
 6        A    I mean, there was no law in place that it
 7    was mandatory to vaccinate.  Meaning that you don't
 8    need a medical exemption.  All you have to do is
 9    just sign something saying that you don't want your
10    child vaccinated.                                  11:18:41
11        Q    So your understanding is that the
12    vaccination was required but that you could get out
13    of it with a form like this; is that correct?
14            MS. SEROBIAN:  Objection.  Misstates
15    testimony.                                         11:18:52
16            THE WITNESS:  Again, like I said, I went
17    in for an interview for preschool, she asked about
18    vaccinations, she just got done telling me a kid who
19    had whooping cough vaccination just spread whooping
20    cough to everybody and he was vaccinated for        11:19:12
21    whooping cough.  And I couldn't start her until
22    three weeks after because they shut down the school,
23    supposedly.
24    BY MR. GRAHAM:
25        Q    Let me try a different way.               11:19:19
```

Page 89

Lucy Ulikhanov - March 14, 2019

```
 1        A    And then she said to me well, if you want
 2    to admit your daughter, she doesn't have to be
 3    vaccinated, but you do have to bring something in
 4    from your doctor or some form.  I believe she gave
 5    me this form.                                     11:19:31
 6        Q    Right.
 7        A    I can't remember that well.
 8        Q    If you had not brought in this form, the
 9    other option would be that you would have had to
10    have Penelopy vaccinated.  Your two options were   11:19:40
11    vaccination or this form; is that correct?
12        A    Or don't go to school.
13        Q    Okay.  Could you read for me the date that
14    you signed this just for the record.
15        A    September 25, 2014.                        11:19:52
16        Q    Okay.  And on the bottom, is this signed
17    by Dr. Boxstein?
18        A    Yeah.  That has to be his signature.
19        Q    And anywhere on this form does it mention
20    any specific medical conditions that P.G. had?      11:20:09
21        A    No.
22        Q    And does it mention the family history?
23        A    Just says declined, declined, declined.
24    Oh.  No.  The doctor never asked me for my -- well,
25    he did ask me for my history filling this out.  But 11:20:31
```

Page 90

```
 1    when he has asked me before, I've told him I have

 2    asthma and I have all these things.

 3        Q    But on this paper --

 4        A    On this form, there's nothing like that

 5    here.                                          11:20:43

 6        Q    Okay.

 7        A    I don't see.

 8        Q    The next page, 1508, what's your

 9    understanding of what this form is?

10        A    Isn't this a continuation?  Or...       11:20:50

11        Q    Well, look at the signature date.  What's

12    that date?

13        A    November 13.  Oh.  Okay.  Yeah.

14    November 13, 2012.

15        Q    So what's your understanding of this form?  11:21:09

16        A    This is me -- I believe this has to do

17    with in the office; right?  With the pediatrician.

18    Me declining.  This is refusal to vaccinate.

19        Q    The reason why I ask is it's dated about

20    two years before the Saint Mark's form.  So I was   11:21:29

21    wondering if you got this form to maybe put Penelopy

22    in, I don't know, summer camp, day care, something

23    like that.

24        A    Again, Saint Mark's Day School is a pre-K.

25    Pre-kindergarten.                               11:21:46
```

Page 91

Lucy Ulikhanova - March 14, 2019

```
 1          Q    So this one from 2012 you also got for

 2     Saint Mark's?

 3          A    It's attached together.  So yeah, they

 4     were together.  I don't remember.

 5               MS. SEROBIAN:  Objection.  Speculation,        11:21:57

 6     lacks foundation, misstates testimony.

 7               THE WITNESS:  I don't know how further,

 8     how much -- I can't explain to you any more than I

 9     don't remember how the process exactly took place.

10     I can't remember that well.  During this time, this      11:22:12

11     was, like, a month before the court just ruled that

12     Brian was found guilty for sexual abuse in family

13     law.  So I was going through a lot of emotional.  I

14     can't remember every single thing.

15     BY MR. GRAHAM:

16          Q    Sure.

17          A    I just know she asked me to sign a form

18     and something to do with -- I think maybe to get a

19     signature from the pediatrician about it.

20          Q    So towards the bottom -- again, we're on      11:22:37

21     page 1508 -- it says, "I acknowledge that I have

22     read this document in its entirety and fully

23     understand it."  And then it says parent/guardian

24     signature, and then you signed it on 11/13/12.  And

25     then it says a witness.  Who is that signature right     11:22:51
```

                                                    Page 92

Lucy Ulikhanov - March 14, 2019

```
 1    there?
 2         A    Oh.  Maybe the nurse.
 3         Q    So did you sign this at Dr. Boxstein's
 4    office?
 5         A    I believe so.  Because when I said I don't      11:23:04
 6    want to vaccinate, they handed me paperwork.
 7         Q    Okay.  So this was something you signed at
 8    Dr. Boxstein's office just in the routine course of
 9    treatment, or did you sign it for a specific
10    purpose, like to get Penelopy into a school or        11:23:18
11    something?
12         A    No.  This was earlier.
13         Q    Right.
14         A    So this was me letting him know when he
15    offered the very first -- well, the very first        11:23:26
16    vaccine was at the hospital, and I declined there.
17    And then next was the checkups and whatnot.  And he
18    offered me there, and I said I don't want to
19    vaccinate.
20         Q    So the purpose of this form right here on     11:23:39
21    1508, this was just something between you and
22    Dr. Boxstein --
23         A    In 2012.
24         Q    Whereas the other one, 1507, that was a
25    form that you submitted to Saint Mark's Day School.    11:23:51
```

Page 93

Lucy Ulikhanova - March 14, 2019

```
 1        A     It appears so.  I guess this had to have

 2     been attached to show Saint Mark's.

 3        Q     There we go.  And then I want to look at

 4     1509, the next page.  This one is titled personal

 5     beliefs exemption to required immunizations.  Again,    11:24:08

 6     we're in Exhibit 2.  And the signature date on the

 7     very bottom, what date does that say?

 8        A     September 25, 2014.  So these two, they're

 9     just out of order.

10        Q     Yeah.                                          11:24:24

11        A     That's what it appears to be.

12        Q     So what's your understanding of this

13     particular form?

14        A     The doctor -- well, yeah.  I believe this

15     was the school form that I had to take to the          11:24:36

16     doctor.

17        Q     Okay.  So 1509 is -- was also something

18     that you got for the purpose of enrolling Penelopy

19     into Saint Mark's?

20        A     Into -- yes.                                   11:24:53

21        Q     Just to go back real quick to 1507, does

22     this mention any specific medical condition that

23     Penelopy has?  I'm sorry --

24        A     2014, no.  She didn't have any medical

25     condition.  She's never had any medical conditions     11:25:08
```

Page 94

Lucy Ulikhanova - March 14, 2019

```
1      until after the vaccination.

2          Q    That was my bad.  I think I said the wrong

3      page number.  1508, the form from 2012, that page.

4      Does that mention any medical condition of

5      Penelopy's?                                          11:25:23

6          A    1508?

7          Q    Yes.

8          A    No.

9          Q    Does it mention any of the family history

10     of Penelopy's or yours?                              11:25:31

11         A    No.

12         Q    And then let's go to that next page, 1509.

13     Does that page mention any specific medical

14     condition of Penelopy's?

15         A    No.                                         11:25:51

16         Q    Does it mention any family history?

17         A    No.

18         Q    So anywhere in this e-mail in Exhibit 2 or

19     in any of the attachments, have you seen any mention

20     of your mother's psoriasis?                          11:26:02

21             MS. SEROBIAN:  Objection.  Vague.

22             THE WITNESS:  That's vague.  My mother and

23     I have had a off-and-on relationship.  We were

24     estranged.  So there's no way possible it would have

25     even been in there.  She wasn't there for the birth
```

Page 95

Lucy Ulikhanov - March 14, 2019

```
1    of my child.
2           MS. SEROBIAN:  Objection.  Misstates
3    testimony as to what form requires to include or not
4    include.
5           THE WITNESS:  Nor did Dr. Boxstein ever        11:26:29
6    write down anything I told him about my family
7    history into this paperwork.  And he's known.  I've
8    told him about my father.  I've told him about what
9    my father thought when my father was alive, and then
10   he passed away 2012.  And I relayed from what my      11:26:49
11   father had said to Dr. Boxstein.  He didn't take
12   notes in there while I was telling him this stuff.
13   BY MR. GRAHAM:
14      Q    Exhibit 2 is eight pages long.  In these
15   eight pages, is your mother's name mentioned once?   11:27:08
16          MS. SEROBIAN:  Objection.  Misstates the
17   exhibit.
18          THE WITNESS:  It wouldn't be mentioned --
19          MS. SEROBIAN:  Misstates the exhibit.
20          THE WITNESS:  -- because she was not --
21   she was estranged.
22   BY MR. GRAHAM:
23      Q    You're mother's name is not mentioned
24   anywhere within Exhibit 2; correct?
25      A    You're asking me to take a look at         11:27:22
```

Page 96

Lucy Ulikhanova - March 14, 2019

1     Exhibit 2?

2         Q     Uh-huh.

3         A     And is my mom -- to tell you is my

4     mother's name mentioned in there on page -- what was

5     it again?                                              11:27:34

6         Q     Anywhere within Exhibit 2 within the

7     e-mail or the attachments that you submitted, is

8     your mother's name mentioned?

9         A     I don't see it.

10        Q     Is her psoriasis mentioned in there?        11:27:43

11        A     I don't see it.

12        Q     Is your grandmother's asthma mentioned

13    anywhere in this e-mail or in the attachments?

14             MS. SEROBIAN:  Standing objection to

15    misstatement of what this exhibit is and if it        11:27:57

16    allows such information in it.  Misstates the

17    exhibit.

18             THE WITNESS:  I don't know what that

19    means.  I'm just going to not answer.  Again, I just

20    explained to you again that when I told Dr. Boxstein  11:28:18

21    about my condition, that I have asthma and

22    autoimmune diseases, and I don't remember telling

23    him about my mother specifically because we were

24    estranged at that time.  That doesn't make it untrue

25    that she has psoriasis.  It doesn't make it untrue    11:28:41

                                                    Page 97

Lucy Ulikhanova - March 14, 2019

```
 1      that my grandmother has asthma or not.  What I told

 2      Dr. Boxstein was what I had.  And he didn't write it

 3      down.

 4      BY MR. GRAHAM:

 5          Q    Ma'am, I'm trying to ask a question in a          11:28:49

 6      way that avoids you having to give an answer that

 7      commits you to your conversations with Dr. Boxstein.

 8      What I'm just trying to get is whether or not these

 9      conditions are just on these pages, whether or not

10      they're in the body of the e-mail --                       11:29:04

11          A    Like I said, I don't see that in there.

12          Q    Right.  So I'm just trying to go -- I have

13      a whole bulleted list here.  I'm just trying to go

14      down real quick.  If you don't want to answer them,

15      then you can just say I'm not going to answer.            11:29:14

16          A    I find it odd why you're asking me this

17      when I just got done explaining to you that they

18      wouldn't be mentioned in there because --

19          Q    Ma'am, to be straightforward, you've

20      brought an action about vaccination against my            11:29:28

21      clients, and I have a right to take --

22          A    Okay.

23          Q    -- your deposition and I have a right to

24      learn the basis of your claims and I have a right to

25      do some investigation to learn which defenses my          11:29:38
```

Page 98

```
 1    clients can, you know, assert.  And your attorney is
 2    going to be doing the same thing against my clients
 3    in the next couple of weeks.
 4         A    It just feels like the way you're asking
 5    me is that okay, so if you don't see it here, you're      11:29:50
 6    going to make an argument well, it was never
 7    mentioned, so it doesn't matter.  That's just how I
 8    feel that you're trying to form --
 9         Q    Well, the attorneys are going to make all
10    kinds of crazy arguments.                                 11:30:02
11         A    Yeah.  You're going to try to come up with
12    some creative thing here, and I'm just going to say
13    I'm not going to answer any more on that.
14         Q    And the federal rules don't allow you to
15    do that.                                                  11:30:09
16         A    Well, I just feel like you're trying to
17    create something that isn't here.
18         Q    I'm just trying to ask you some --
19         A    No.  I don't see that here about my
20    grandmother and I don't see that about my mother or       11:30:22
21    about me.
22         Q    If I can just start real quick to make a
23    clean record, and you can say yes, no, you can
24    answer how you want to.
25              MS. SEROBIAN:  I'm going to make a             11:30:32
```

Page 99

Lucy Ulikhanov - March 14, 2019

```
 1    standing objection.  So ask your question, I'll make
 2    the standing objection, then she can answer.
 3    BY MR. GRAHAM:
 4        Q    Okay.  So in the e-mail on page -- and
 5    again, we are within Exhibit 2.  Within the body of      11:30:42
 6    the e-mail on page 1505 and then within the three
 7    forms, which are 1507, 1508, and 1509, in any of
 8    those pages, do you see a mention of your mother's
 9    psoriasis?
10        A    No.                                             11:31:00
11            MS. SEROBIAN:  Let me make my standing
12    objection, then you can answer.  For all this line
13    of questioning as to Exhibit 2 by defendants, I'm
14    going to make a standing objection as to the
15    question misstating the exhibit itself as to whether    11:31:13
16    the exhibit allows for such information in it.
17    Misstates plaintiff's testimony as to what
18    information could and could not go on the exhibit or
19    was given to the doctor and is vague as to if that
20    information is even possible to be included.            11:31:35
21    BY MR. GRAHAM:
22        Q    Okay.  And within those same pages, 1505,
23    1507, 1508, and 1509, do you see any mention of your
24    grandmother's asthma?
25        A    No.                                             11:31:56
```

                                                    Page 100

Lucy Ulikhanov - March 14, 2019

```
 1        Q    Do you see any mention of any autoimmune

 2   condition of your uncle?

 3        A    No.

 4        Q    Do you see any mention of Brian father --

 5   Brian's father's Frank leukemia?                          11:32:10

 6        A    No.

 7        Q    Do you see any mention of your asthma?

 8        A    No.

 9        Q    Of your lockjaw?

10        A    No.                                             11:32:23

11        Q    Of your allergies?

12        A    No.

13        Q    Or of your eczema?

14        A    No.

15        Q    Okay.  Do you recall if you got --            11:32:29

16   actually, I'm going to withdraw that question and

17   I'm going to put down Exhibit 2.

18             With regard to the placement, just to get

19   back real quick to Ms. Reisch, did you and

20   Ms. Reisch ever have a conversation about               11:32:57

21   vaccination?

22        A    Yes.

23        Q    How did that go?

24        A    I let her know that I did not want

25   Penelopy vaccinated.  And there was actually a video    11:33:06
```

                                              Page 101

Lucy Ulikhanov - March 14, 2019

```
 1    of this event in her driveway.

 2         Q    Yes.  I've seen that.  We've actually

 3    exchanged that in discovery.  I'm not going to play

 4    it during the deposition.  But what do you recall

 5    about that video?                                    11:33:22

 6         A    I was telling her that -- not just that

 7    video.  I've told her before.  She's known about

 8    this because she's known that I have a father who is

 9    a naturopathic doctor.

10         Q    Right.

11         A    So this is something she's known.

12         Q    Right.  Did she agree with your position

13    on vaccination or did she disagree?

14         A    She was in the middle.  She didn't say one

15    way or another.  She did bring up that her daughter  11:33:46

16    has -- I think it was an allergy.  She brought up

17    that her daughter has allergies, that she wears a

18    medical bracelet.  She has an allergy to I think

19    penicillin or something of that nature.  So she

20    brought up allergies with her kids in discussion.    11:34:07

21         Q    I think we talked earlier that there was a

22    lot of tension between you and Ms. Reisch.  Were

23    there ever any issues with Penelopy being abused

24    when she was in that home that you know of?

25         A    How would I know?                          11:34:17
```

Page 102

Lucy Ulikhanov - March 14, 2019

```
 1        Q    I just asked that you knew of.

 2             MS. SEROBIAN:  Objection.  Speculation,

 3   lacks foundation.

 4             THE WITNESS:  I wouldn't know.

 5   BY MR. GRAHAM:

 6        Q    Okay.  So you did not know of any physical

 7   abuse of Penelopy in that home; is that correct?

 8        A    Right.

 9        Q    Okay.  Did Penelopy ever tell you that she

10   was hit while she was in that home?              11:34:36

11        A    No.

12        Q    Did you ever call the child abuse hotline

13   to report any abuse while Penelopy was in that home?

14        A    I don't remember.

15        Q    Okay.  Did you ever call the police to     11:34:48

16   report any physical abuse?

17        A    No.  I think I remember I called -- I

18   called because my ex began texting me some weird

19   things that instigated me to become emotional and

20   call 911.  911 or something.  And --               11:35:08

21        Q    That's between you and Brian.

22        A    Yeah, but he was over there.

23        Q    Oh, okay.

24        A    And I mean, I hired a private investigator

25   who did see that he was there at night, he was there  11:35:16
```

                                              Page 103

1   during the day.  So his supposed two-hour visits, he

2   was there overnight.  They caught him coming out

3   overnight, going back in, things of that nature.

4   That was submitted into court, I believe.

5        Q    Did this kind of contribute to the tension        11:35:29

6   and your suspicion with Ms. Reisch and the whole

7   placement issue?

8        A    It added to it.

9        Q    Okay.  All right.  When was the first time

10   that vaccination came up in the DCFS case?  It        11:35:39

11   sounds pretty early.

12        A    Again, from the moment that they

13   interviewed me.  I made it very clear throughout the

14   whole thing.

15        Q    You're consistent.  So who first told you        11:35:53

16   that Penelopy might get vaccinated?

17        A    From what I remember was the e-mail from

18   Stephen Carey saying we're going to court on -- in

19   June 2016.

20        Q    Okay.        11:36:12

21        A    That e-mail to discuss those two issues.

22        Q    Okay.

23        A    I don't know why my memory is a little bit

24   fuzzy on the February thing.  Because I guess that

25   didn't happen because it was the June hearing that        11:36:26

                                                        Page 104

1    that actually happened.

2              MR. GRAHAM:  Can we go off the record.

3              THE VIDEOGRAPHER:  Off the record?  Off

4    the record, 11:36.

5              (A recess was taken from 11:36 a.m. until        11:36:51

6              11:43 a.m.)

7              THE VIDEOGRAPHER:  On the record, 11:43.

8              MR. GRAHAM:  All right.  I'm going to

9    refer to what's been marked as Exhibit 24 previously

10   in discovery.                                              11:43:34

11         (Exhibit 24 was marked for identification.)

12   BY MR. GRAHAM:

13        Q    This is an e-mail dated March 2, 2016.

14   Ma'am, could you confirm this is an e-mail that you

15   sent to Defendant Helwajian; is that correct?           11:43:50

16        A    I have to read it.  There's also several

17   things that were going on with my iPhone, iPad,

18   computer where it was hacked.  There was viruses,

19   and sometimes drafts would send off by itself

20   because of the nature.  So I have to make sure.        11:44:09

21        Q    I just have one question about this

22   e-mail.

23        A    This seems like one of the drafts that

24   took off that got sent.  Of course it was from my

25   e-mail, but it was taken from the draft before it        11:45:18

                                                    Page 105

Lucy Ulikhanov - March 14, 2019

```
1     was finished being edited and sent out.

2          Q    Okay.

3          A    And I have evidence of there were things

4     going on with my devices.

5          Q    So this is an e-mail from you; is that          11:45:30

6     correct?

7          A    Yes.

8          Q    And this is to Maral and Doris Moreno; is

9     that correct?

10         A    Yeah.  Moreno, that's the name, by the         11:45:41

11    way, of the -- when I called the complaint line, the

12    lady who came out.

13         Q    Okay.  This is on March 2, 2016; is that

14    correct?

15         A    Yes.                                             11:45:54

16         Q    And I see on the cc line, it says Ronald

17    Funk, attorney.  That's your attorney from the

18    dependency proceedings; is that correct?

19         A    Correct, yes.

20         Q    And real quick on page 1578, next page          11:46:07

21    over, this is the third paragraph from the bottom.

22    It's the paragraph that starts "there's a reason why

23    she," and then on the second line is a quote from

24    Mary.  It says, "I can't have kids unvaccinated here

25    at my day care."                                          11:46:28
```

Page 106

```
 1              I realize that this is -- you say this is

 2      a draft.  My question for you is does that refresh

 3      your memory as to what was said on the video?  Is

 4      that what she said on the video?

 5          A    I don't remember.  I'd have to refresh my     11:46:41

 6      memory.  You have to understand, during this time

 7      there was a lot of emotional and trauma, and my

 8      e-mails were, you know, chaotic sounding sometimes.

 9      So I can't remember.  I'd have to rewatch the video.

10          Q    All right.  Putting that exhibit aside       11:47:01

11      completely, do you have a memory as you sit here

12      today, was that a problem for her?

13          A    I heard that that was a issue.  But I had

14      said from the beginning I don't want my daughter in

15      her care.  She should be in a foster home, then,     11:47:15

16      rather than to be in her care because it's a

17      conflict of interest.  She was -- she took the stand

18      in the family law proceedings.  The judge clarified

19      that that's a conflict of interest in the family law

20      case.                                                11:47:33

21              So why would DCFS -- this is why I got so

22      upset with Maral in the beginning.  We had major

23      issues, me and Maral, in the beginning.  Because she

24      wasn't really reading it.  It took a while.  Then

25      she finally placed Penelopy into a foster care, and  11:47:44
```

                                                            Page 107

Lucy Ulikhanov - March 14, 2019

```
 1    on top of that into a Christian -- because we're
 2    Christian.  I kept asking her to find a family home
 3    that's Christian, and she did.  And at that time, we
 4    were getting along.  It look a long time, though.
 5         Q    Now, that Christian family, did they share      11:48:01
 6    your views on abortion?
 7         A    100 percent.
 8         Q    Did that give you some peace of mind?
 9         A    Well, I didn't -- I didn't know which --
10    some people can say they're Christian and it doesn't     11:48:12
11    mean that they're true Christian.  You have -- it
12    doesn't work that way.  But after getting to know
13    them, I found out they truly were Christian.  So of
14    course, knowing that they were truly Christian, you
15    read from the same Bible, then yes.  They're           11:48:22
16    pro-life.
17         Q    Okay.  I'm curious, which version of the
18    Bible is that?
19         A    Leviticus.  It's just throughout the
20    Bible, God states that we are valuable.                11:48:34
21         Q    Oh, no.  I mean like which version, like
22    King James or New Jerusalem or --
23         A    Oh.  The best ones, the best literal ones
24    are the New American Standard and the ESV.  Those
25    are the best ones.                                     11:48:47
```

Page 108

Lucy Ulikhanov - March 14, 2019

```
 1        Q    Did you ever go to services with this
 2   family?
 3        A    Yes, I did.  We're actually very good
 4   friends.
 5        Q    Oh, really?                              11:48:53
 6        A    We're in each other's life.
 7        Q    Are they still involved with Penelopy?
 8        A    Yeah.  I love them very much.  That's the
 9   only good thing that came out of this entire
10   thing --
11        Q    Yeah.
12        A    -- is that.
13        Q    You got a bigger family out of it.
14        A    Yeah.  But to say okay, would I do it
15   again --                                           11:49:11
16        Q    No.  Yeah.  No.
17        A    No.  It's not worth it.  But we see them
18   often.  And it's just wonderful.  That was the
19   time Maral started to catch up on the -- and she
20   started to make comments, too, Maral herself, and  11:49:25
21   text messaging me, too, and e-mailing me how crazy
22   Mary Lou is.  She would make remarks to me in front
23   of my mom how crazy Mary Lou -- she did.
24        Q    Well, Mary's not on trial here.
25        A    I understand.  So I mean, she realized,   11:49:39
```

Page 109

Lucy Ulikhanov - March 14, 2019

```
1    and then when it started to backfire on her and they

2    were saying that stuff about Maral, then she really

3    cared to do something about, you know, moving her.

4        Q    So let's get to -- you mentioned -- yeah.

5    Let's go to Exhibit 10.                              11:50:01

6            (Exhibit 10 was marked for identification.)

7    BY MR. GRAHAM:

8        Q    This is going to be an e-mail dated

9    June 3.  Just want you to confirm for me -- this is

10   page 1526.  This is an e-mail from Steve Carey to     11:50:20

11   you and Mr. Funk; is that correct?

12       A    It doesn't show my e-mail.  It just says

13   my name.

14       Q    Do you recall receiving this e-mail?

15       A    No.  I recall receiving an e-mail from him   11:50:43

16   like this around the same time.  But I don't

17   remember this one specifically.

18       Q    Okay.

19            THE WITNESS:  Did you give him the

20   paperwork?  Am I able to bring that up or not?        11:51:02

21            MS. SEROBIAN:  Off the record, please.

22            THE VIDEOGRAPHER:  Off the record, 11:50.

23            (Discussion off the record.)

24            THE VIDEOGRAPHER:  On the record, 11:51.

25   ///                                                   11:52:14
```

Page 110

Lucy Ulikhanov - March 14, 2019

```
 1    BY MR. GRAHAM:

 2         Q    Exhibit 10, 1526, can you confirm for me

 3    that this is an e-mail sent to you by Defendant

 4    Stephen Carey?

 5         A    Yes.                                    11:52:25

 6         Q    And also copied -- or pardon me -- also

 7    sent --

 8              I'd just like to note for the record that

 9    the deponent is looking at exhibits that plaintiff's

10    counsel is showing her.  I'm not sure if that is in   11:52:36

11    the frame.

12              MS. SEROBIAN:  It's your Exhibit 10.  You

13    have the same exhibit.

14              THE WITNESS:  Oh, yeah.  It is.  It's the

15    same.                                            11:52:45

16    BY MR. GRAHAM:

17         Q    And also on the "to" line is rfunk@hbplaw.

18    Do you have an understanding, is that your attorney

19    from the dependency proceeding, Ronald Funk?

20         A    Yes.                                    11:52:52

21         Q    Okay.  And what do you understand this

22    e-mail to be?

23         A    Them letting me know that a hearing was

24    scheduled for -- to discuss the vaccination issue

25    and a restraining order issue.                    11:53:06
```

                                                Page 111

Lucy Ulikhanov - March 14, 2019

```
 1       Q    Okay.  We are done with Exhibit 10.

 2            And then this is Exhibit 32, which has

 3    already been designated in our discovery.

 4            (Exhibit 32 was marked for identification.)

 5    BY MR. GRAHAM:

 6       Q    So this is your response.

 7       A    Right.

 8       Q    I'm going to apologize.  There's an e-mail

 9    on top from someone named edwart4re.  I don't know

10    who that is.                                    11:53:46

11       A    Uh-huh.  Yes.  He's the one who owes me

12    money on the hard money loan I was discussing with

13    you earlier that found out about my situation and

14    used it against me to get out.

15       Q    So we're not interested in that.  But --   11:53:54

16       A    But he's also the one that came forward

17    and said I never said that I'm scared of you, Lucy.

18    Because the supplemental report said he didn't want

19    to give a comment because he was scared of me, and

20    that was not true.  And he wrote an e-mail saying    11:54:05

21    that he never said such a thing and he's not scared

22    of me.

23       Q    This e-mail says, "Lucy, I have asked you

24    several times and asking again stop sending me

25    e-mails.  I paid $3,500 to your attorney for an      11:54:16
```

Lucy Ulikhanyan - March 14, 2019

```
 1    agreement signed by you that you will not sending me
 2    garbage e-mails.  So stop -- "
 3        A    Right.  The attorney he's referring to was
 4    the real estate attorney who formed the contract
 5    saying that I will let go of the $200,000 he owes me      11:54:28
 6    on the Howard project so that I could receive the
 7    full amount of the hard money loan.  That's what
 8    that is.
 9        Q    He's saying that he paid an attorney
10    $3,500 so that you would, quote, "not sending me         11:54:45
11    garbage e-mails."
12        A    No.  He sent the lawyer that money so that
13    we could draft the contract.  In there, he said
14    okay, you're not going to contact me anymore.
15        Q    Okay.                                            11:54:57
16        A    Like, to ask him for money for anything.
17        Q    Anyway, we're not interested in that.
18        A    Yeah.  So I'm going to deal with that
19    matter later because what he did was -- he's not
20    going to get off easy.                                   11:55:09
21        Q    I wish you luck.
22             If you turn to page 2007, on the bottom
23    part you'll see this e-mail, it says on June 3,
24    2016.  Will you confirm that this e-mail is the same
25    body of the e-mail that we saw in Exhibit 10.  And       11:55:25
```

                                                    Page 113

Lucy Ulikhanov - March 14, 2019

```
 1      you can refer back to that if you need to.

 2          A    By the way, sometimes on my using my

 3      iPhone, I would do, like, speech-to-text, and then

 4      cc in all the e-mails would pop up.  So sometimes a

 5      lot of people were included I didn't mean to          11:55:37

 6      include.  So there would be, like, a bunch of cc's.

 7          Q    Ma'am, I only have seven hours with you.

 8          A    Okay.  Sorry.

 9          Q    So I need you to answer the questions that

10      I ask.  So on June 3, 2016, at 2:29 P.M., Stephen     11:55:47

11      Carey wrote, and then it says this.  And then he

12      wrote over at Exhibit 10 --

13          A    Wait.  You said June 3.  I see June 4.

14          Q    On page 2007?

15          A    Okay.  I see now.                             11:56:01

16          Q    That bottom part.  Will you confirm for me

17      that that body of e-mail, that's the same as it is

18      in Exhibit 10; right?

19          A    Correct.

20          Q    So this part above it, that's your          11:56:12

21      response.

22          A    Right.

23          Q    Is it not?

24          A    Yes.  An emotional response.

25          Q    And in this response, you are objecting to   11:56:21
```

Page 114

Lucy Ulikhanova - March 14, 2019

```
 1    the vaccination; is that correct?

 2         A    Yes.

 3         Q    Okay.  And you note -- it says, "It's

 4    against our religious views, against our choice to

 5    alternative health care."  I see here --              11:56:33

 6         A    I just wrote a bunch of emotional stuff.

 7    I wasn't logically thinking.

 8         Q    Sure.

 9         A    I didn't include everything like my other

10    notes and everything.  It was just an emotional       11:56:45

11    response.

12         Q    Did you talk about your family's history

13    of autoimmune disease in this e-mail?

14         A    No.  Again, it was an emotional -- quick,

15    emotional response.  After I saw the e-mail when I    11:56:53

16    finally got it, I acted on it quickly.  And I had

17    just been discussing this vaccine issue with Amma

18    Karunamayi.  She's a humanitarian -- global

19    humanitarian that came to visit from India.  And me

20    and her had a big discussion --                       11:57:11

21         Q    Uh-huh.

22         A    -- about all of this stuff.

23         Q    Okay.

24         A    So, you know.

25         Q    I just want to confirm if you go to        11:57:18
```

Page 115

Lucy Ulikhanov - March 14, 2019

```
 1     page 2006, on the cc line of that for your response,

 2     you do cc rfunk@hbplaw.com; is that correct?

 3          A    Yes.  Yes.

 4          Q    And the issues -- the very bottom

 5     paragraph, you say, "I am myself," and then "my          11:57:39

 6     brother brought me up on vaccines by my mother.  We

 7     didn't know at time the ingredients.  I have nothing

 8     but health issues, allergic reactions.  Once my

 9     father I switched -- "

10          A    Okay.  So I did mention something.          11:57:56

11          Q    But those are personal issues with

12     yourself; right?  And your brother.  Do you mention

13     anything in here about Penelopy's health

14     specifically?

15          A    No.  She hasn't been vaccinated yet.  So I    11:58:08

16     wouldn't know.  My daughter had no health issues,

17     and the records and the pediatrician's office show

18     that she has no health issues whatsoever.

19          Q    Okay.

20          A    Until after she got vaccinated.  Then I       11:58:18

21     noticed things.

22          Q    You can put down Exhibit 32.

23               Now, those e-mails gave you notice of the

24     June hearings on vaccination.  Were you present at

25     those hearings?                                          11:58:36
```

Page 116

```
 1        A    Yes.

 2        Q    The June 9 and June 10?

 3        A    I believe so.

 4        Q    There were two back-to-back days; is that

 5   correct?                                         11:58:46

 6        A    I believe so I was there.  I do remember

 7   being there and the judge asking about the

 8   vaccination, and my attorney objected.

 9        Q    Okay.

10        A    I tried to show something but was run over  11:58:57

11   and couldn't get anything in.

12        Q    I want to mark what has previously been

13   marked as Exhibit 26.

14        (Exhibit 26 was marked for identification.)

15   BY MR. GRAHAM:

16        Q    Now we're going back to March 3, 2016.

17   Looking at page 1982.  Can you confirm that this is

18   an e-mail that you sent to Maral, Doris Moreno, and

19   Ronald Funk?

20        A    Okay.  Yes.  This is me going on an       11:59:54

21   emotional thing against -- on the vaccine issue.

22   Yeah.  So it must have been my response to something

23   of them mentioning vaccines, so I sent them

24   something.  A video.  Informational stuff.

25        Q    It says here to call Saint Mark's in      12:00:13
```

Lucy Ulikhanyan - March 14, 2019

```
 1    Glendale.  What was the purpose of telling them to

 2    call Saint Mark's in Glendale?

 3         A    Oh.  Because there was a child there that

 4    had the whooping cough vaccine yet caught the

 5    whooping cough and got all the other kids sick.  So      12:00:28

 6    it did nothing to protect him again the whooping

 7    cough.  Vaccines fail.

 8         Q    Could you have instructed Ms. Helwajian to

 9    go talk to Dr. Boxstein about vaccination or

10    anything like that?                                      12:00:48

11         A    I don't see anything about me telling her

12    to go talk to Dr. Boxstein.

13         Q    Could you have done that?

14         A    Could I have --

15              MS. SEROBIAN:  Speculation, lack of           12:00:54

16    foundation.

17              THE WITNESS:  -- in the future -- I don't

18    feel comfortable answering that.

19    BY MR. GRAHAM:

20         Q    I guess I'm just curious why you chose to     12:01:02

21    tell the social worker to go to the school and not

22    to go to the pediatrician.

23              MS. SEROBIAN:  Objection.  Misstates the

24    evidence.

25              THE WITNESS:  I don't understand.  I'm        12:01:13
```

                                                    Page 118

Lucy Ulikhanova - March 14, 2019

```
 1    confused.  This doesn't make sense to me.
 2    BY MR. GRAHAM:
 3        Q    If your objection is based off of this --
 4        A    There was a story from the administrator
 5    at the school, Saint Mark's, about the whooping        12:01:26
 6    cough.  I was just giving her information about
 7    vaccination.  Basically just reaffirming over and
 8    over again vaccines don't really work.  Vaccines are
 9    not safe.
10        Q    There we go.  So the point that you're       12:01:42
11    trying to make over these e-mails is that
12    vaccination as a general matter is not safe.
13        A    Nope.  It's not safe.  The inserts say so
14    right there, that there's a risk.  Webster's
15    dictionary defines "safe" as no risk.  And the        12:01:54
16    inserts to vaccines clearly state there are risks.
17    And if you have autoimmune diseases, you should not
18    be getting vaccinated.  It even states that in
19    there.
20        Q    And that's the point you're trying to make   12:02:05
21    to the social worker.
22        A    Well, not just all that I just told you.
23    But pieces -- you've got to understand you have to
24    take into consideration my emotional state at that
25    time.  So I'm just giving some information bit by      12:02:17
```

                                                     Page 119

Lucy Ulikhanov - March 14, 2019

```
 1    bit.  Some of it I explained to her over the phone.

 2    I've become also more knowledgeable about vaccines

 3    as time has gone by because I was relying on my

 4    father to just -- on his opinion.

 5         Q    Right.  But nothing in here mentions          12:02:35

 6    Penelopy's specific history, her family history of

 7    autoimmune diseases; is that correct?

 8         A    I told Maral about that --

 9         Q    But nothing in this e-mail --

10         A    -- verbally.                                  12:02:45

11         Q    -- talks about Penelopy's family history

12    of --

13         A    No.  But she -- no.  Not in this one.

14         Q    Okay.  Can I ask you about Dr. Boxstein.

15    Is there any specific reason that you had to see      12:02:53

16    Dr. Boxstein, or could you have gone to other

17    pediatricians?

18         A    My gynecologist who was there for the

19    pregnancy, the delivery, she recommend him as being

20    a good pediatrician.

21         Q    But you could have gone to someone else;

22    is that fair to say?

23         A    Yeah.  But my gynecologist recommended

24    him, and she's really great.

25         Q    Okay.  All right.  And you were             12:03:14
```

Page 120

Lucy Ulikhanov - March 14, 2019

1    represented by Mr. Funk when you sent this on

2    March 3; is that correct?

3        A    Yes.  I was represented by Mr. Funk three

4    months into when the case -- I mean, no.  Not three

5    months.  Sorry.  Excuse me.  After Sherwin Amazan,      12:03:37

6    after the first two or three hearings, from that

7    point on, it's been him all the way until the end.

8        Q    When you sent this, did you think

9    Ms. Helwajian had control over whether or not

10   Penelopy would be vaccinated?                           12:03:55

11            MS. SEROBIAN:  Objection.  Speculation,

12   lacks foundation.  And misstates testimony.

13            THE WITNESS:  I don't feel comfortable

14   answering.  I don't know how to -- can you repeat

15   that again.

16            MR. GRAHAM:  Can I have the question read

17   back, please.

18            (Record read.)

19            THE WITNESS:  Yes.  I do feel she had --

20   someone had to instigate this.  Was it Stephen Carey    12:04:28

21   or Maral or the supervisor?  What possessed them

22   to -- to -- who has the control to say so, to bring

23   this up to the judge?  Is it Maral?  Is it Stephen

24   Carey?  I would think it's all of them; right?

25   ///                                                     12:04:47

                                            Page 121

Lucy Ulikhanov - March 14, 2019

```
 1    BY MR. GRAHAM:

 2        Q    Uh-huh.

 3        A    I don't know.  I don't know how to answer

 4    that one.

 5        Q    We can go back to -- let's go back to          12:04:53

 6    Exhibit 10.  This is the June 3 e-mail from

 7    Defendant Carey on page 1526.  Mr. Carey says he's

 8    writing to notice you that DCFS has requested a

 9    hearing, and No. 2 says the hearing will concern --

10    right?                                                  12:05:28

11        A    Yes.

12        Q    The court order Penelopy be vaccinated so

13    she can attend school.  So two parts to that I want

14    to ask you about.  No. 1, the court order.  When you

15    saw that, did that make you think hey, maybe my       12:05:43

16    attorney can present some argument to the court?

17        A    Hold on one second.  You said something

18    about school.  Okay.  I see that.  Okay.  Now go

19    with it.  Sorry.

20        Q    That will be the next part that I get to,     12:05:55

21    the school part.  The first part where it says "the

22    court order."  When you saw that, did that make you

23    think, well, this is in the court's control, not

24    Mr. Carey or Ms. Helwajian?

25        A    Well, it says in the sentence here "DCFS      12:06:08
```

Page 122

Lucy Ulikhanov - March 14, 2019

1    is requesting."

2         Q    A hearing.  Requesting a hearing.

3         A    So they are instigating it.  DCFS

4    requested.  And kindergarten is optional.  They

5    didn't have to put her in kindergarten.  So                    12:06:22

6    therefore, DCFS is requesting.  And I've told Maral

7    before.

8         Q    Sure.  Now, let me ask, it says, "I'm

9    writing to notice you that DCFS has requested a

10   hearing."  Do you know when they say "hearing," what           12:06:35

11   they mean on that?  You've been in the hearings;

12   correct?

13        A    Yes.

14        Q    And then it says "a hearing on the court

15   to order Penelopy."  When you saw that, did you talk           12:06:42

16   to Mr. Funk about the vaccination issues?

17        A    Of course we talked about it.

18        Q    And did you think to yourself that you

19   would have an opportunity to fight the vaccination

20   at the hearing?                                                12:06:56

21        A    Yes.  But it didn't feel that way because

22   the judge just -- it was very -- I don't know how to

23   explain how tense it is in there.  The judge asks

24   from DCFS and takes everything that they say as if

25   it's true.  That's what it feels like.  Then when it          12:07:14

                                                      Page 123

Lucy Ulikhanova - March 14, 2019

```
 1    comes to us, we're barely given time to say
 2    anything, and then they move on and move on and it's
 3    quickly over.
 4         Q    So you didn't get a fair shot.
 5         A    No.  I didn't get a fair shot.  He          12:07:26
 6    objected, and then he was raising up an e-mail and
 7    the judge didn't even ask to see the e-mail.  And it
 8    was an e-mail that showed that, like, I was already
 9    planning to do homeschooling way before I even met
10    them.  If it was an issue to get a medical            12:07:38
11    exemption, if that issue was ever to arise, I would
12    do homeschooling.  And that's what that paperwork
13    was, the e-mail that my attorney had.
14              And yet he raised it up and he mentioned
15    it; so it was in the transcription, I'm sure.  But   12:07:50
16    it never got submitted in.  The judge didn't ask the
17    bailiff to take the paperwork up and take a look at
18    it.
19         Q    Do you feel like you got railroaded, kind
20    of, in that hearing?                                 12:08:08
21         A    Yes, to the point my attorney stepped out
22    and said that you can take the judge to appellate
23    court and DCFS and sue them.
24         Q    Did you decide to do that?
25         A    I didn't have the extra $7,000 to do that  12:08:15
```

                                                    Page 124

```
 1   at that time.  I was juggling a lot of things there.
 2       Q    So the second part I want to talk about
 3   this is the school part which you mentioned.
 4   Defendant Carey says here he's asking for a hearing
 5   to address two issues, the restraining order and          12:08:34
 6   then the order so that she can be vaccinated so that
 7   she can attend school.  What are your thoughts on
 8   the school issue?
 9       A    Again, I've told Maral before that, look,
10   I decide if I want her into kindergarten or not.  At      12:08:49
11   that time -- I put her in preschool, but issues
12   arise, and then the court order came through for the
13   family law event.  We were dealing with that at that
14   time.  I don't think it's okay for my child to go
15   into a social environment after we just got an order      12:09:08
16   and she's processing all this stuff from the family
17   law abuse situation.
18           So when time came, if I needed to --
19   because I was hearing rumors, oh, there might be a
20   medical -- there might be mandatory vaccination for       12:09:24
21   public schools.  So I was prepared.  There's
22   homeschooling and there was also an option of
23   probably getting a medical exemption.  But I didn't
24   have to deal with that then.  I didn't have to deal
25   with it.  I wasn't ready to put her in school yet.        12:09:42
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanova - March 14, 2019

```
1    I would have dealt with it when I was ready to put
2    her in school, but they took her.
3         Q    What is your understanding of when that
4    change in the law took place?
5         A    Sometime -- I was hearing rumors about it      12:09:57
6    somewhere on Facebook sometime around the time that
7    I believe before the interviews took place with
8    the first -- I don't want to say first -- with Maria
9    Sosa.  So around that time.
10        Q    So, like, January 2016?                         12:10:17
11        A    Before that.  Before that.
12        Q    2015 you heard it took effect?
13        A    I was hearing rumors about it floating
14   around on Facebook.  But I didn't investigate it
15   fully.  There was no need to.  I wasn't ready to put   12:10:35
16   her into school yet.  We were dealing with other
17   issues.
18        Q    Now when did you reunify with Penelopy?
19        A    Well, it wasn't just a whole
20   reunification.  It was -- they first put her in my     12:10:49
21   care -- they put -- I think it was April 28.  It was
22   return to mom under DCFS supervision, and then
23   November 2017, it was permanent.
24        Q    Can I ask that you not look at your notes.
25        A    I know.  It's just dates.  I can't            12:11:13
```

Page 126

Lucy Ulikhanova - March 14, 2019

```
 1    remember the dates.

 2        Q    So she reunified with you you said in

 3    November 2017?

 4        A    For permanent.  There was a time where she

 5    was still under DCFS supervision.                    12:11:22

 6        Q    Let me clarify.  When did she come home?

 7        A    Again, she came home in April under DCFS

 8    supervision.

 9        Q    April.  There we go.

10        A    Right.                                       12:11:33

11        Q    When she came home, was she enrolled in

12    school?

13        A    Yes.  They chose the school.

14        Q    And which school was that?

15        A    Jefferson.  I mean -- wait.  Hold on.  She   12:11:41

16    went from McKinley to Fernangeles, then Jefferson

17    was the only option that was open.  The school that

18    I wanted wasn't.  So that's the school they put her

19    in.  But they were still in control.  DCFS was still

20    in control and gave the vaccination paperwork to put 12:12:00

21    her in there.

22        Q    Did she have any vaccinations left -- let

23    me withdraw that.

24             Do you have an understanding that

25    vaccinations are all at once, or are they in a       12:12:10
```

Page 127

```
 1    series?

 2         A    You could prefer to have them in a series.

 3    There's different ways you could space them out.

 4    But I believe they spaced them out for her.  She

 5    still had, I think, one or two left.              12:12:23

 6         Q    Yeah.

 7         A    Right.  And then I got the exemption, the

 8    medical exemption.

 9         Q    Could you have gotten the medical

10    exemption before then?                            12:12:32

11         A    No, because she wasn't in my -- I wasn't

12    allowed to.  Because the pediatrician said she has

13    to be in your custody, in your care.  So under the

14    DCFS, you know, in the -- how do you -- I don't know

15    the word.  Under the jurisdiction of the court,  12:12:45

16    juvenile court, I was not allowed to do that.

17         Q    So which pediatrician told you that?

18         A    I can't pronounce the last name.

19         Q    The one in San Diego?

20         A    Yes.                                     12:13:01

21         Q    Zandvliet?

22         A    Yes.

23         Q    We'll call her Dr. Z today.

24         A    Dr. Z.

25         Q    Dr. Z.  So you had consulted with Dr. Z  12:13:06
```

Page 128

1   before Penelopy came home?

2       A    I called and asked her some questions

3   beforehand.

4       Q    Dr. Hammar was the doctor that Penelopy

5   saw during the time that she was removed from you.        12:13:19

6       A    That's the doctor that Mary Lou took her

7   to.

8       Q    Did you ever suggest to Mary Lou to ask

9   about getting a medical exemption from Dr. Hammar?

10      A    No, because I didn't talk to her.  Mary     12:13:30

11  Lou -- after I made it clear to Mary Lou that I

12  didn't want vaccinations and all these fights began,

13  I stopped talking to her.  We stopped talking.  They

14  wanted a restraining order.

15      Q    Did you ever suggest to Ms. Helwajian or    12:13:41

16  Mr. Carey that they should ask Dr. Hammar to issue a

17  medical exemption?

18      A    No, because I didn't even know the name of

19  the doctor at that time.  I don't know.  I don't

20  remember.                                              12:13:54

21      Q    Okay.

22      A    I don't remember.  I said she shouldn't be

23  in school.  She's not supposed to be vaccinated.

24  That's my choice.  And my educational rights I

25  believe were violated, too.                           12:14:09

                                              Page 129

Lucy Ulikhanova - March 14, 2019

1        Q     Now, she could have gone to school --

2        A     As to if I wanted her in school or not.

3        Q     They could have put her in school and not

4    had her vaccinated if they had gotten this medical

5    exemption; is that correct?                          12:14:21

6        A    I don't think they even knew that.  Like I

7    said, I had heard about the rumors of the exemption.

8    I wasn't fully knowledgeable about how it exactly

9    worked.

10       Q    There's no question.                        12:14:35

11       A    But it wouldn't even matter.  Because they

12   took her away, they took away my chance to deal with

13   that issue when the time would have arrived to deal

14   with it.

15       Q     There's no question pending, ma'am.  I      12:14:42

16   don't want you to speculate about what they knew.

17   But as far as your understanding, they could have

18   put her in school -- even if you didn't want to --

19   but could they have put her in school and not

20   vaccinated her --                                     12:14:59

21       A    Yeah, they could have, but they didn't.

22       Q    Let me get my whole question out.  I

23   understand that the vaccination issue is really

24   important to you.

25       A    Uh-huh.

                                              Page 130

Lucy Ulikhanov - March 14, 2019

1          Q    Could they have respected your wishes, not

2     vaccinated her but still put her in school, could

3     they have accomplished that if they had gotten a

4     medical exemption as far as you understand?

5                MS. SEROBIAN:  Objection.  Lacks              12:15:17

6     foundation and speculation.

7                THE WITNESS:  If they knew -- they knew I

8     was passionate about the vaccine issue.  And had

9     they cared enough, they probably should have done

10    that, but they didn't do that.  I don't know whether   12:15:33

11    that's a lack of knowledge on their part or what.

12    They just didn't care.

13               MR. GRAHAM:  I'm going to move to strike

14    that as nonresponsive.  Can I have the question read

15    back, please.                                           12:15:47

16               (Record read.)

17               THE WITNESS:  It's complicated.

18    BY MR. GRAHAM:

19         Q    I think the question may have been cut off

20    there.  If they had gotten a medical exemption,        12:16:13

21    could they have put her in school and kept her

22    unvaccinated?

23               MS. SEROBIAN:  Objection.  Lacks

24    foundation and speculation on the part of the

25    witness.                                                12:16:27

                                                    Page 131

```
 1              THE WITNESS:  Maybe they could have.  But

 2     again, I have the right to decide if I wanted her in

 3     elementary school or not.

 4     BY MR. GRAHAM:

 5         Q    The question is not about rights.          12:16:35

 6     Assuming that they were going to put her in school

 7     anyway -- let's just assume that for purposes of the

 8     question.

 9         A    This is assuming.  This is, like -- this

10     is --

11              MS. SEROBIAN:  Objection.  Speculation.

12              THE WITNESS:  I don't feel comfortable

13     answering this.  This is just --

14     BY MR. GRAHAM:

15         Q    Then I'm going to ask the question, and     12:16:53

16     then you can say that you're not going to answer.

17     I'm just going to get the question out.

18              Assuming that they were going to put her

19     in school anyway, which they did, and they wanted to

20     respect your wishes and not vaccinate her, could      12:17:06

21     they have gotten the medical exemption and done

22     that?

23              MS. SEROBIAN:  Objection.  Speculation and

24     asked and answered.  The witness already answered

25     that question.                                        12:17:13
```

Page 132

```
 1              THE WITNESS:  I've already answered.  I

 2      don't feel I need to answer any more on that.

 3      There's no yes or no -- it's too complicated.

 4      BY MR. GRAHAM:

 5          Q    If they had done the exact same thing that    12:17:27

 6      you did, gotten a medical exemption, could they have

 7      sent her to school without having her vaccinated?

 8          A    They could have.  Do I know if they wanted

 9      to?  Do I know if they knew how?

10          Q    That's all I need.                            12:17:40

11              So I want to use Exhibit 36.  This has

12      previously been marked in defendant's discovery.

13              (Exhibit 36 was marked for identification.)

14      BY MR. GRAHAM:

15          Q    This is an e-mail from Defendant Stephen      12:18:17

16      Carey to Ms. Ulikhanova.  Can you confirm that this

17      is an e-mail that you received?

18          A    Yes.

19          Q    And the bottom part, this is an e-mail

20      that you sent to -- doesn't say who you sent it to,   12:18:32

21      but you must have sent it to Mr. Carey at least; is

22      that correct?

23          A    Yes.

24          Q    On March 30.  And you had three questions.

25      No. 1, you're asking if your child has been           12:18:44
```

Page 133

1    vaccinated.  And I'm not going to read the whole

2    thing.  But Mr. Carey responded to you the next day;

3    is that correct?

4         A    It appears that way, yes.

5         Q    The last full paragraph says, "I'm        12:18:59

6    concerned that my authority as a mother has been

7    undermined.  I have my own valid reasons to not

8    vaccinate Penelopy at this time."

9              Do you see anywhere in this e-mail where

10   you describe what those reasons are?               12:19:13

11        A    Yes.  She was sick.  And that continued on

12   while she had vaccinations, and she was constantly

13   sick every time and throughout the injections while

14   she was getting them.  Every time I visited her,

15   pretty much practically every time I visited her,   12:19:41

16   she was sick with something.

17        Q    And do you know if she was vaccinated in

18   March or April, around that time when she was sick?

19        A    No.  I don't know.  So I was just asking

20   if Mary Lou -- because Mary Lou is somebody that    12:20:00

21   would do something like that and not say anything

22   about it.

23        Q    And then it says, the next part of that

24   sentence, "And the only thing I can assume" --

25        A    I'm just assuming.  I wasn't sure.        12:20:12

                                           Page 134

Lucy Ulikhanyan - March 14, 2019

```
 1        Q    -- "because she's been sick for so long

 2   and first time in this manner could be from a

 3   possible side effect by a vaccination."

 4        A    Right.

 5        Q    And then Mr. Carey confirmed to you that        12:20:20

 6   Penelopy had not been vaccinated; is that correct?

 7        A    Yes, he did.  He spoke to Mary Lou, and

 8   Mary Lou said no.

 9        Q    So would you say that you brought a

10   concern to him that he took care of here, or no?         12:20:37

11        A    He answered back.

12        Q    Yeah.

13        A    Okay.

14        Q    I mean, it seems like you had been

15   expressing some worry and anxiety about the              12:20:49

16   vaccination --

17        A    Yeah.  Initially she was sick.  She got

18   over that.  Then when she started to get the

19   vaccinations, it was just nonstop.  Every time I saw

20   her, she was sick.  She was sick and she developed       12:21:03

21   ticks, all sorts of stuff.

22        Q    Right.  Now, part of your claim is that

23   you couldn't be present at the vaccination; is that

24   correct?

25        A    Yes.  And I was not allowed to be there.       12:21:16
```

Page 135

Lucy Ulikhanyan - March 14, 2019

```
 1        Q    In this e-mail, did you ask please ask

 2   Mary Lou if I can be present at the vaccination?

 3        A    No, because there was nothing mentioned

 4   that she was being vaccinated.  I think I made it

 5   pretty clear that I don't want her vaccinated.  You      12:21:33

 6   would think that they would let me know about when

 7   it would happen.  So if it happened -- I did tell

 8   Maral, I told her several times over the phone I

 9   want to be there, and she told me you can't.

10   There's a conflict because the aunt and you don't      12:21:45

11   get along and the father.

12             And there's medical records that I pulled

13   from Dr. Hammar that showed in her notes that the

14   father was present, yet I was not allowed to be.

15   And I pulled those records recently.  We have them.      12:22:01

16        Q    We have them.  We gave them to you last

17   week.

18             MS. SEROBIAN:  We also have them here

19   today.

20             THE WITNESS:  So he was somehow allowed to      12:22:13

21   be, but I was not allowed to be there.  She kept

22   telling me no, there's a conflict.  You can't be

23   there.

24   BY MR. GRAHAM:

25        Q    Were your visits limited to occurring at      12:22:24
```

Page 136

Lucy Ulikhanov - March 14, 2019

```
 1    the DCFS office in Pasadena?

 2        A    Yeah.  They were limited to only the DCFS

 3    office.

 4        Q    Were his?

 5        A    No.  They were free with the aunt, which      12:22:28

 6    is totally shocking to me.  Especially that he's

 7    tested for methamphetamines positive.

 8        Q    Did you attach any forms to this e-mail

 9    when you sent it to Mr. Carey that you can recall?

10        A    No, I did not to this one.                    12:22:49

11        Q    Any medical documents about family history

12    that you can recall?

13        A    I didn't attach anything like that there.

14        Q    You said here, "My late father has treated

15    many children who had adverse to even nearly deathly   12:23:03

16    reactions to vaccines."

17        A    Yeah.  There's a vaccine court where you

18    can go and pull up stuff.  There's been death

19    related to within hours after being vaccinated.

20    This stuff exists.                                     12:23:19

21        Q    You're saying your late father --

22        A    Yeah.  He told me yes, he had clients who

23    came to him because they were vaccine injured, and

24    he treated them and they got well.

25        Q    When did he pass away?                        12:23:30
```

Page 137

Lucy Ulikhanov - March 14, 2019

```
 1        A     In 2012.

 2        Q     Okay.  Did he ever have a chance to treat

 3   Penelopy?

 4        A     No, because Penelopy wasn't -- what do you

 5   mean?  Sorry.  Make it clear.  Treat her in which      12:23:40

 6   way?

 7        Q     Pardon.  I should lay a foundation there.

 8   He is an N.D., you said.

 9        A     Right.

10        Q     So is he the type of practitioner who is     12:23:49

11   treating kids for coughs, a sprained ankle, things

12   like that?

13        A     Kids with brain damage came to him where

14   doctors said they couldn't do anything for the kid

15   with brain damage, and he actually reversed it.        12:24:01

16        Q     Okay.

17        A     People who couldn't give birth.  All sorts

18   of things.  He was so good at what he did that he

19   was in newspapers and magazines and books.

20        Q     Then you saw Dr. Boxstein.  Why wouldn't     12:24:11

21   you take Penelopy to your father?

22        A     Because he's a naturopathic doctor.  You

23   still -- and my father wasn't just only homeopathic.

24   He had common sense.  When you need to, you use

25   western medicine.  When you don't need to, you use     12:24:26
```

                                                    Page 138

```
 1     natural stuff.  And Boxstein knew that about me.  So
 2     I wanted the medical doctor there, of course, and my
 3     dad gave me advice on other stuff.
 4         Q    So the methods that your father used are
 5     not -- you can't exclusively rely on those for one's      12:24:43
 6     medical treatment.
 7         A    What do you mean?
 8         Q    To have a healthy child, you sometimes
 9     have to go to western medicine for some ailments?
10         A    No.                                              12:24:56
11              MS. SEROBIAN:  Misstates testimony.
12              THE WITNESS:  That's not what I'm saying.
13     BY MR. GRAHAM:
14         Q    I'm asking if that's what you're saying.
15         A    Well, obviously if you fall down and break      12:25:00
16     your bone, you're going to go to the hospital.  You
17     don't go to a holistic practitioner.  You know?
18     That doesn't make sense.
19         Q    Okay.  You said that people went to your
20     father who had brain injuries.                           12:25:10
21         A    Yeah.  Brain injuries where the doctor
22     said they couldn't do anything else for them.
23         Q    Gotcha.
24         A    Do you see what I'm saying?  They've
25     given --
```

Lucy Ulikhanov - March 14, 2019

```
1          Q    So when you say --

2          A    Even cancer and things of that nature.

3          Q    -- your father was treating many children,

4      when --

5          A    Well --                              12:25:25

6          Q    -- when was he treating --

7          A    I don't know.  He's -- I'm not allowed

8      to -- that's a confidentiality.  All he told me

9      was -- he didn't name names.  He just said I

10     treat -- Lucy, I know about this stuff.  I've     12:25:34

11     treated children who had, you know, vaccine

12     injuries.  And he mentioned to me about the

13     autoimmune thing.  But again, my knowledge wasn't

14     that well back then.  I know more about it now.  I

15     knew autoimmune was a part of it.  I didn't know the  12:25:54

16     details of that.  So as I kept researching, I became

17     more knowledgeable about it.

18         Q    When you say, "My late father treated many

19     children," you didn't know any of those children.

20         A    No.                                  12:26:07

21         Q    You just knew that --

22         A    From what he had expressed to me.  And

23     actually, after his death, I got many phone calls,

24     many phone calls about your father did this, your

25     father did that.  Some of them mentioned something  12:26:15
```

Page 140

```
 1    about vaccine injury.
 2        Q    So when you say these "adverse to even
 3    near deathly reactions to vaccine" --
 4        A    That was just a grammar mistake.  Again, I
 5    was using speech-to-text often, and I was not in --
 6    again, my emotional state was not well during that
 7    time.
 8        Q    No, I'm curious --
 9        A    So it could have been a grammar issue.  I
10    don't know what that meant.                          12:26:39
11        Q    So when you say that -- so this phrase is
12    not accurate, then; is that what you're saying?
13        A    No, I'm not saying that.
14            MS. SEROBIAN:  Misstates testimony.
15            THE WITNESS:  I'm saying where it doesn't   12:26:46
16    sound grammatically correct.
17    BY MR. GRAHAM:
18        Q    Oh, I use enough typos.  I'm not
19    interested in being the grammar police.
20        A    No, but mines were really bad.  I had to   12:26:52
21    be told Lucy, you've got to stop using
22    speech-to-text.  Some of the stuff was just going
23    out -- it sounded really horrible.
24        Q    I have a boss who uses speech-to-text; so
25    I've had to learn a second language.               12:27:04
```

Lucy Ulikhanova - March 14, 2019

```
 1      A    Yeah.  So imagine doing all that on top of
 2   your kid being taken and you're emotionally stressed
 3   out.  So I mean, there was a lot of e-mails that
 4   were -- I'm, like, wow, I guess that looked bad.
 5      Q    Yeah.  No.  I want to know about these          12:27:14
 6   when you say "adverse or even near deathly" --
 7      A    Near --
 8           (Simultaneous speaking; reporter
 9           interruption.)
10           THE WITNESS:  Sorry.  Okay.  Some of them      12:27:23
11   can experience near death, and some of them die from
12   vaccination.  But he obviously is not treating kids
13   who have died.  They obviously wouldn't be there.
14   So who had near death reactions, were hospitalized.
15   BY MR. GRAHAM:                                         12:27:41
16      Q    So what kind of adverse reactions?
17      A    Are we still talking about my father?
18      Q    Yeah.
19      A    I don't remember.  He talked about how
20   some of these kids had neurological issues, other     12:27:49
21   issues.  I don't remember to go back that far back.
22      Q    But you didn't see any of these
23   personally.
24      A    No, of course not.  But I did get phone
25   calls, like I said, during his funeral and whatnot    12:28:04
```

<div align="right">Page 142</div>

Lucy Ulikhanov - March 14, 2019

```
 1    of grieving process of people telling me their

 2    stories.

 3         Q    Do you know when the first vaccination

 4    occurred?

 5              MS. SEROBIAN:  Speculation.                    12:28:24

 6              THE WITNESS:  I don't know --

 7              MS. SEROBIAN:  Lacks foundation.

 8              THE WITNESS:  -- the exact date when the

 9    first vaccination occurred.  They never told me.

10    Again, she just told me -- when I said to her I          12:28:32

11    wanted to be there, Maral told me that it's a

12    conflict of interest.  It's a conflict because the

13    father -- and after that, they never informed me of

14    any other vaccines when she was having them.  Maybe

15    they referenced to one time where I was going to        12:28:50

16    have a visit with her and she was coming back from

17    having a vaccination.  But they never let me know.

18    They never let me know when she was having each one.

19    BY MR. GRAHAM:

20         Q    Did you ever ask in an e-mail to be            12:29:01

21    present for the vaccinations?

22         A    I told her verbally I wanted to be

23    present.  We had that discussion over the phone.  I

24    was so upset after that hearing.  I was really

25    upset.  I had a phone conversation with her and told     12:29:14
```

Lucy Ulikhanyan - March 14, 2019

```
 1    her I want to be there, and she told me no, it's a

 2    conflict.

 3        Q    Now, you seem very good at documenting

 4    things; is that fair to say?

 5        A    Depends on when.  Yes.  I mean, it depends    12:29:23

 6    on the situation.

 7        Q    Okay.  So you never expressed this desire

 8    in an e-mail; is that correct?

 9        A    I don't remember.  Maybe I did.

10        Q    Okay.                                          12:29:34

11        A    And I haven't gone in and found it.  But I

12    do remember I had conversations with her over the

13    phone about it.

14        Q    Okay.  Exhibit 34 is an e-mail dated

15    June 20, 2016.                                          12:29:58

16          (Exhibit 34 was marked for identification.)

17    BY MR. GRAHAM:

18        Q    Can you confirm for me that this is an

19    e-mail that you sent to Ms. Helwajian, Mr. Carey,

20    and Sonya Vardanyan?                                    12:30:10

21        A    Okay.

22        Q    Is that a yes?

23        A    It shows from and sent, yes.

24        Q    Do you recall sending this e-mail?

25        A    Can I read the e-mail?                         12:30:14
```

                                                    Page 144

Lucy Ulikhanova - March 14, 2019

```
 1          Q    Sure can.

 2          A    Okay.

 3          Q    Okay.  Does that refresh your memory that

 4     this is an e-mail that you sent?

 5          A    Yes.                                    12:31:40

 6          Q    Okay.

 7          A    June 20.  Again, this is after they told

 8     me that they were going to the hearing and --

 9          Q    Uh-huh.  Anywhere in this e-mail do you

10     ask if you can be present at the vaccination?      12:31:55

11          A    First of all, in court I was not told that

12     I could be present at the vaccination.  I don't

13     remember ever being told such a thing.  I didn't

14     know that I even had a right to be present.  I just

15     remember telling Maral I wanted to be present.  Of  12:32:12

16     course I do.  That's my child.  She's never had, you

17     know, shots injected into her.  She's going to want

18     her mommy with her.

19               Not only that, my daughter now cries about

20     why, mommy, you weren't there.  Why weren't you     12:32:26

21     there when they did that, and it hurt really bad.

22     She remembers that, and she would question me about

23     it.  And she got very emotional about it and cried

24     about it.

25               Of course I'd want to be there.  And I     12:32:41
```

Page 145

```
 1     told her that.  She told me there was a conflict.  I

 2     just felt completely hopeless.  I just saw

 3     corruption happening.  I recorded DCFS social

 4     workers, and nothing that they said on record, on

 5     recording, matched with the reports that they typed      12:32:55

 6     up.  I was seeing corruption unfold under my eyes,

 7     and nothing was being done.  It was ridiculous how

 8     they were getting away with so much.

 9          Q    Do you see --

10          A    So I just felt hopeless.  I felt like this      12:33:09

11     is nuts.  How are they getting away with this?  I

12     just felt completely defeated and helpless.  I said

13     to Maral I want to be there, and she told me you

14     cannot.

15          Q    Do you see anywhere in the text of this         12:33:17

16     e-mail a request from you to be present at

17     Penelopy's vaccination?

18          A    No.  And nor was I told that she was

19     having a vaccine.  They never even told me when she

20     was going to have her vaccine.

21          MR. GRAHAM:  I'm going to move to strike

22     everything after the word "no."

23     BY MR. GRAHAM:

24          Q    You don't make a request to be present

25     during the vaccination --                                12:33:37
```

Page 146

Lucy Ulikhanov - March 14, 2019

```
 1        A    In a e-mail.

 2        Q    -- in this e-mail; is that correct?

 3        A    It was verbally said.  It's not in here.

 4   It's not in this one.  I don't know if there was one

 5   that exists where I am asking, but I do remember a        12:33:47

 6   conversation with her over the phone.

 7             MR. GRAHAM:  Just to have a clean record,

 8   can I have that last question read back.

 9             (Record read.)

10             THE WITNESS:  In this e-mail, no, there's       12:34:16

11   no request for that.  And again, because I didn't

12   know.

13   BY MR. GRAHAM:

14        Q    On page 2009, it says, the first sentence,

15   "Please, Maral, I forgot to say remind Mary Lou to        12:34:28

16   give Penelopy the ionic silver."  So did you try to

17   communicate to Mary Lou through Maral at some times?

18        A    Yeah.

19        Q    And why did you do that?

20        A    Because I didn't want to talk to Mary Lou       12:34:44

21   myself.  I don't know -- there was a specific time

22   me and Mary Lou were talking, then it stopped.  I

23   don't remember when that time was that it stopped.

24        Q    And again, you said it was really tense

25   between the two of you, a lot of discussion?            12:35:01
```

Page 147

```
1          A    Right.  It's complicated.

2          Q    So at the bottom, there's that big

3    paragraph, and then there's that part above it that

4    says "natural method is best."

5          A    Yeah.                                    12:35:12

6          Q    "Western is secondary if needed.  A good

7    balance between western, eastern, homeopathic

8    practices."  This is kind of like what you were

9    talking about earlier with your father and going to

10   the western if you needed; is that right?          12:35:25

11         A    Right.  Like, if you have a cold, you

12   don't have to every single time go to the doctor.

13   You can get over a cold at home.

14         Q    And then on the next page, 2010, right

15   here in the middle, it says, "I've raised my        12:35:37

16   daughter with my father's methods and advice since

17   she was a baby and with her regular pediatric doctor

18   since she was a newborn just fine."

19         A    Just fine.

20         Q    It sounds like you have a lot of         12:35:47

21   inspiration in your parenting from your father; is

22   that fair to say?

23         A    Correct.

24         Q    He's been a big influence on you?

25         A    Yes.  Not just me, a lot of people's     12:35:56
```

Page 148

```
 1    lives.
 2         Q    Okay.  Could he have written an exemption
 3    letter if he were alive?  Would he be that kind of
 4    doctor, or no?
 5         A    I don't know if that would count as a        12:36:07
 6    legal or not.  I don't know.  I have no idea.
 7    Maybe, maybe not.  He passed away when my daughter
 8    was almost two years old, three months shy of two
 9    years old.  At that time, she wasn't vaccinated.  At
10    that time.                                             12:36:20
11         Q    Did he go to a medical school in the U.S.,
12    or was that in -- I think you said he was from the
13    USSR.
14         A    He went to university in Kirovabad, USSR,
15    and then he came here and went to school for his      12:36:35
16    naturopathic I think in the '80s sometime.
17         Q    Did he have a medical license in the state
18    of California to practice medicine?
19         A    You don't need a medical license to be a
20    naturopathic doctor or holistic doctor.  He was also  12:36:52
21    a pastor and psychologist, pastoral psychologist.
22         Q    All right.
23              MR. GRAHAM:  What is the time right now?
24         (A discussion was held off the record.)
25              THE WITNESS:  You want to take a break?      12:37:10
```

Lucy Ulikhanov - March 14, 2019

```
 1    Yeah.  I can't sit for too, too long.

 2              MR. GRAHAM:  Off the record.

 3              THE VIDEOGRAPHER:  Off the record at

 4    12:37.

 5              (A recess was taken from 12:37 p.m. until      12:37:20

 6              1:42 p.m.)

 7              THE VIDEOGRAPHER:  We are back on the

 8    record at 1:42.

 9              MR. GRAHAM:  And could I just get a time

10    how far we are into the seven hours.                     01:43:01

11              THE VIDEOGRAPHER:  2 hours 48 minutes.

12    BY MR. GRAHAM:

13        Q    All right.  So let's talk about the

14    vaccinations themselves.  Do you know how many times

15    Penelopy was vaccinated?                                 01:43:11

16        A    Approximately 18.  I don't remember

17    offhand in my memory or recollection.

18        Q    Now, when you say 18, is that 18 visits or

19    is that 18 actual shots?

20        A    I don't know.  They didn't tell me          01:43:27

21    anything.

22        Q    Okay.  Do you know how many visits she

23    had?

24        A    I don't know.

25        Q    Okay.  Were you present for any of them?   01:43:33
```

Page 150

Lucy Ulikhanov - March 14, 2019

```
 1        A    No.

 2        Q    Okay.  Do you know any of the dates?

 3        A    No.

 4        Q    Okay.  Do you know approximately the first

 5   time?                                              01:43:43

 6        A    No.  No.  Like I said, I just recently

 7   pulled the records.  I haven't had a chance to,

 8   like, to study them.

 9        Q    Do you have an understanding if Penelopy

10   was vaccinated before the June 10, 2016, juvenile   01:43:59

11   court hearing?

12        A    Before the hearing about asking for

13   vaccination?

14        Q    Uh-huh.

15        A    If she was vaccinated before?             01:44:10

16        Q    Uh-huh.

17        A    She was not.  To my knowledge, what I

18   know, she was not.

19        Q    Meaning the June 2016 hearing.

20        A    Right.                                    01:44:22

21        Q    Do you have an understanding -- pardon me.

22   Withdraw that.

23             Do you know when the last time she was

24   vaccinated was?

25        A    I can't remember the date.  I wouldn't    01:44:34
```

Page 151

Lucy Ulikhanov - March 14, 2019

```
1    know.  I have to look at the paperwork.

2         Q    All right.  Do you know who performed the

3    vaccinations?

4         A    I believe it was Susan Hammar because

5    that's where I pulled the records from.  That's the      01:44:44

6    records that Maral forwarded over to send to the

7    school.

8         Q    Do you know if there were any other

9    physicians who performed vaccinations?

10             MS. SEROBIAN:  Lack of knowledge,              01:45:00

11   speculation.

12             THE WITNESS:  Yeah.

13   BY MR. GRAHAM:

14        Q    Do you know if there were any other

15   physicians?                                              01:45:06

16        A    I don't know if there were any other

17   physicians.

18        Q    Okay.

19        A    Well -- just leave it at that.

20        Q    Okay.                                          01:45:15

21        A    Another thought came up.

22        Q    Okay.  So as far as you know, the only

23   physician who performed the vaccinations was

24   Dr. Hammar?

25        A    I do remember recalling that she -- with       01:45:27
```

Page 152

Lucy Ulikhanova - March 14, 2019

```
1     the foster parents, that there was -- I don't know

2     who that doctor was, though.  I don't remember.

3     Maybe some were done there.  I don't remember.

4         Q    Okay.  Do you know if Defendant Stephen

5     Carey was ever present for any of the vaccinations?    01:45:45

6         A    I wouldn't know that.

7         Q    Do you know if Defendant Maral Helwajian

8     was ever present?

9         A    I would have no idea.

10        Q    So that's a no?

11        A    No.

12        Q    And just for the record, you did not

13    consent to the vaccinations; is that correct?

14        A    Okay.

15        Q    It seems like an obvious question.  But    01:46:03

16    just for a clean record, you did not consent to the

17    vaccinations; correct?

18        A    I did not consent to any vaccinations.

19        Q    Probably the easiest question that you've

20    answered all day.  Okay.  As far as who wanted the    01:46:17

21    vaccination, just real quick, list the names.  Who

22    can you think of, who did want the vaccination?

23        A    DCFS.

24        Q    All right.

25        A    Mary Lou.                                   01:46:35
```

Page 153

Lucy Ulikhanova - March 14, 2019

```
 1        Q     Okay.  Anybody else?
 2        A     In court, when asked, Brian said something
 3    that he agreed with DCFS.
 4        Q     Okay.  Do you know what -- if you --
 5        A     Again, like, he didn't have any parental      01:46:59
 6    rights, and we were not under jurisdiction at that
 7    time; so it wouldn't even matter.  I had full
 8    custody at that time.
 9        Q     Only if you know, I don't want you to
10    speculate, but do you know what Brian's motivations    01:47:15
11    were for wanting Penelopy to be vaccinated?
12        A     To gain points with DCFS.  It becomes
13    pretty obvious once you look into the case, his
14    behavior, what happened, and all the things that led
15    up to the end of the case.                             01:47:32
16        Q     And how would supporting the vaccination
17    gain points with DCFS in your opinion?
18        A     Because it would appear that he's
19    complying with what they're asking, what they want.
20        Q     And then Mary Louise Reisch, what do you     01:47:47
21    think her motivation was as far as supporting the
22    vaccination?
23        A     Probably to do with the day care and
24    whatever the father I presume told her to do.
25        Q     Do you think that Ms. Reisch loved           01:48:05
```

Page 154

```
1      Penelopy?

2           A    No.

3           Q    No.  That's a big thing to say.

4           A    That is a big thing to say.  Because

5      someone who loves someone wouldn't do the things        01:48:18

6      that she's done.  You understand what I'm saying?

7      She was given an opportunity to speak to my child

8      with the psychologist.  She chose not to.

9           Q    Which psychologist was that?

10          A    Dr. Reinhart.  And she chose not to.  She     01:48:34

11     chose to -- it wasn't that she even wanted -- she

12     didn't want to stay in the middle about it.  She

13     just outright denied and tried everything she could

14     to help her nephew get off the hook.  That's not

15     love.  Not does she care to ask to see my child when    01:48:49

16     we knew each other.  We didn't see each other that

17     often.

18          Q    Now, the vaccination would have enabled

19     Penelopy to stay with Mary Lou Reisch; is that

20     correct?                                                 01:49:01

21          A    Correct.  Can I add one more thing to

22     that?

23          Q    Sure.

24          A    She was receiving funds for having my

25     daughter there.                                          01:49:09
```

Page 155

Lucy Ulikhanov - March 14, 2019

1    Q    What kind of funds?

2    A    From DCFS.  They paid -- she was getting,

3    I don't know, approximately $600 a month to care for

4    Penelopy.

5    Q    DCFS has about 1,000 different programs.    01:49:15

6    Do you know --

7    A    I don't know which program, but I know

8    that that was happening.  I saw some evidence of

9    that in an e-mail from Maral or something like that.

10   Q    All right.                                  01:49:30

11   A    I asked Maral, too, I remember, about

12   that, and she said yes.  And I remember there was an

13   argument where -- Maral told me there was some

14   argument between Mary Lou and her because DCFS asked

15   for one of the checks to be refunded and Mary Lou    01:49:43

16   made a big deal about it.  And Maral was getting

17   upset with her and calling her, you know, crazy and

18   things of that nature.  I remember that.  That was

19   another motivation.  Money.

20   Q    Okay.  Do you think that it was personal    01:50:05

21   against you on Mary Louise Reisch's part?

22   A    I think that she wanted to help her nephew

23   regardless of whether it hurt me or my daughter.

24   Q    All right.  Let's talk about on the

25   opposite side of consent, let's talk about           01:50:32

                                              Page 156

Lucy Ulikhanov - March 14, 2019

```
 1    objections.  It's pretty clear that you objected to

 2    the vaccination.  Just to get a quick list of the

 3    people to whom you voiced your objection to the

 4    vaccination.  I think it's clear you objected to the

 5    vaccination to Defendant Helwajian; is that fair to      01:50:44

 6    say?

 7         A    Yes.

 8         Q    Okay.  And then you objected to Defendant

 9    Carey; is that correct?

10         A    Yes.                                           01:50:52

11         Q    Who else can you think of within DCFS have

12    you objected to vaccination, just off the top of

13    your head?

14         A    If you look at the emotional e-mails, you

15    can see all the cc's there.  I can't go through         01:51:03

16    them.  So basically the whole DCFS department.

17         Q    If I want to know, I can look at the --

18    okay.  All right.

19              So talking about the caregivers, the

20    second set of caregivers, the ones that you got         01:51:22

21    along with a little bit bitter.

22         A    Uh-huh.

23         Q    They, you said, were Christian.  They

24    share your --

25         A    Same world view.                              01:51:32
```

Page 157

Lucy Ulikhanyan - March 14, 2019

```
 1        Q     Did you ever disclose to them the

 2    vaccination or the immunizations having I think you

 3    said fetal tissue in them?

 4        A     Yeah.  They didn't even know about that

 5    stuff until we became really good friends, and then      01:51:46

 6    they started to learn.  They're just starting to

 7    learn about this actually recently, more recently.

 8        Q     Okay.

 9        A     Yeah.  I didn't get into too much about

10    that.                                                    01:51:57

11        Q     Okay.

12        A     They don't speak English well, either.

13    So, you know, they come from Mexico, and they trust

14    that the system -- they didn't know much about how

15    everything works here in America.                        01:52:10

16        Q     All right.  Did they ever homeschool

17    Penelopy?

18        A     I don't think so.  Penelopy was put into

19    Fernangeles Elementary in Simi Valley there.

20        Q     Did you ever ask them to homeschool           01:52:27

21    Penelopy?

22        A     No.  I didn't think it's my position to

23    ask them to homeschool Penelopy.

24        Q     Did they vaccinate Penelopy?

25        A     I believe from what I remember, Maral said    01:52:39
```

                                                    Page 158

```
 1    that there was a vaccination that Penelopy needs to

 2    have that she was supposed to tell Sara -- which is

 3    the name of the foster mom, parent -- to do in order

 4    for Penelopy to have gone to -- I don't know -- to

 5    the Jefferson school in Glendale.  But it's vague.      01:53:01

 6    My memory is vague about that.

 7          MR. GRAHAM:  Okay.  I just want to put in

 8    the record a note to myself that if this transcript

 9    is ever filed, to redact the name Sara because

10    foster parents.  This is a note to me to redact        01:53:19

11    that.

12    BY MR. GRAHAM:

13      Q   Did you ever have conversations with them

14    about Penelopy's autoimmune history, about the

15    family history?                                        01:53:32

16      A   No.  No, wait.  When?

17      Q   Fair point.

18          MS. SEROBIAN:  Objection.  Vague as to

19    time.

20    BY MR. GRAHAM:                                         01:53:40

21      Q   I'll withdraw that.  During the period

22    that Penelopy was in their care, did you ever have a

23    conversation with them about your family's

24    autoimmune medical history?

25      A   No.  I don't remember having that               01:53:50
```

Page 159

1    conversation.

2         Q    Okay.

3         A    We didn't spend too much time.  It was

4    just she dropped her off, I picked her up from the

5    car, brought her back.  It was, you know...                01:54:00

6         Q    Your visits with Penelopy when they were

7    in -- when she was in the care of this family, they

8    were unmonitored at that point; is that correct?

9         A    Right.  I would pick her up and Penelopy

10   would stay with me I think over the weekend, and          01:54:13

11   then -- yeah.  Then she would go back.

12        Q    Okay.  So I want to talk about Exhibit

13   No. 4.

14        (Exhibit 4 was marked for identification.)

15   BY MR. GRAHAM:

16        Q    So tell me about this.  What do you

17   recognize this as?

18        A    This is Tara Zandvliet, the pediatrician.

19   This is a medical exemption.

20        Q    As far as page 1513, the e-mail that you       01:55:24

21   sent, it looks like kind of a blank e-mail where you

22   just sent the vaccination letter as an attachment.

23   Do you remember sending this e-mail on May 24?

24        A    Without an attachment to it?

25        Q    Oh, no.  The attachment -- let me direct       01:55:51

                                                 Page 160

1    you actually to page 1514.  It was actually the next

2    page.

3         A    During this time in May, she was --

4    Penelopy was returned to me.

5         Q    Uh-huh.  So I'm just curious because you          01:56:13

6    seem to have sent the attachment, but there was

7    no --

8         A    But this isn't -- wait.  The date on this

9    one, May 23.  Okay.

10        Q    I was just curious if you had a                   01:56:29

11   recollection of what your purpose was in sending

12   this because usually there's kind of like a Dear

13   Maral, kind of a description of why you're

14   e-mailing.  But there's nothing in this.

15        A    Oh.  Because I had to -- I believe it was         01:56:45

16   because I had to let her know, especially the

17   dentist, if she went to the dentist.  I had to show

18   that I took her to the dentist, the records.

19        Q    Okay.

20        A    So I showed Maral that this says I went to        01:56:56

21   the pediatrician.  And she knew that I was going to

22   be doing that.  I said as soon as Penelopy is in my

23   care, I'm going to have her go to a pediatrician.

24        Q    So this is just you reporting the

25   routine --                                                  01:57:13

                                                    Page 161

Lucy Ulikhanova - March 14, 2019

```
 1        A     Yeah, I'm guessing.  It's just blank here.

 2        Q     Okay.  All right.  So let's move on to

 3   page 1516.  What I did want --

 4        A     And she wasn't against me getting it.  She

 5   knew that I was going to get it.  She wasn't against      01:57:23

 6   me to go and get the exemption.

 7        Q     Page 1516 and 1517, I just want you to

 8   confirm for me that these are the exact same

 9   document.  The only difference is that it appears as

10   though on one of them, Penelopy has the last name        01:57:38

11   Garcia, and the other one it looks like Ulikhanova.

12   But other than that, I just want to make sure that

13   these two documents are the same, there's no

14   differences.

15        A     How weird is the Ulikhanova.  Oh.  The         01:57:50

16   doctor made a mistake, but she said to take both

17   letters.

18        Q     But there's no difference between these

19   two.  They're basically the same.

20        A     Same thing.  The doctor made a mistake        01:58:03

21   about the last name.  Or -- yeah.

22        Q     And if you can confirm for me that unlike

23   the previous letters that we talked about, this one

24   does describe Penelopy's family history of

25   autoimmune conditions; is that correct?               01:58:19
```

                                                        Page 162

Lucy Ulikhanov - March 14, 2019

```
 1        A    Yes.  Now that I see the arthritis thing
 2   here, my father's sister in Armenia who is in
 3   Armenia now, she has issues with that, with her
 4   bones and things like that.  Arthritis, they tell
 5   me.  But they don't speak English very well.          01:58:47
 6        Q    This letter does say that it would be
 7   unsafe to have vaccines for Penelopy; is that
 8   correct?
 9        A    Yes.  The benefits don't -- yeah.  Don't
10   outweigh the risk.  And if I decide to later that I    01:59:01
11   want to vaccinate her, I can later.
12        Q    There's no mention in here of flu
13   vaccines, I noticed; is that correct?
14        A    Right.  Flu vaccines are not mandatory as
15   far as I know.  It would -- it's not limited to --     01:59:24
16   see where it says it's not limited to Hep B.  See,
17   influenza.  It says there influenza.  That's the flu
18   vaccine, I believe.
19        Q    Ah.  Good catch.  And this says the
20   medical exemption for vaccines is permanent; is that   01:59:43
21   right?
22        A    Correct.
23        Q    Okay.
24        A    I think it's there, yeah.
25        Q    And you used this letter to enroll          01:59:51
```

Page 163

Lucy Ulikhanyan - March 14, 2019

```
1    Penelopy in a public school; is that right?

2         A    To Balboa, yes.

3         Q    So this is a medical exemption for

4    vaccinations; is that correct?

5         A    Yes.  This is what I would have gotten    02:00:04

6    prior had I known that I was ready to take her to

7    school and needed one before DCFS interjected and

8    took my child.

9         Q    Okay.  As of this date, she had already

10   had some vaccinations; is that correct?            02:00:21

11        A    Yeah.  She already had.  But there was I

12   think one or two left behind lingering.

13        Q    Did any vaccinations occur after this date

14   or none?

15        A    None after this.                          02:00:33

16        Q    None.  All right.

17        A    And Maral knew that I was getting this

18   done.

19        Q    Okay.  So she has personal knowledge about

20   this?                                               02:00:44

21        A    Of course.  We spoke about it over the

22   phone.

23        Q    All right.  Were you referred to Dr. Z by

24   your attorney, Ron Funk?

25             MS. SEROBIAN:  Objection.  Attorney-client  02:00:54
```

Page 164

```
 1    privilege.

 2              THE WITNESS:  I'm not answering that.

 3              MS. SEROBIAN:  You don't have to answer.

 4    It's a privileged communication.

 5              MR. GRAHAM:  It's just a fact.  I'm not          02:01:02

 6    asking about the communication.

 7              MS. SEROBIAN:  It's a referral.  It's a

 8    communication.

 9    BY MR. GRAHAM:

10         Q    Is your answer that you're not going to         02:01:12

11    answer?

12         A    Right.  I'm not going to answer that.

13         Q    All right.  Are you friends with Mr. Funk

14    personally outside of his representation with you?

15         A    No.                                             02:01:29

16         Q    Okay.  Are you familiar with his wife?

17         A    No.

18         Q    Okay.  Do you have an understanding as to

19    whether or not his children are vaccinated?

20         A    I don't want to answer that.                    02:01:41

21              MS. SEROBIAN:  Objection.  Speculation,

22    lacks foundation.

23    BY MR. GRAHAM:

24         Q    She's not asserting a privilege.  No one

25    is asserting a privilege.                                 02:01:53
```

Page 165

Lucy Ulikhanov - March 14, 2019

```
 1            MS. SEROBIAN:   No.   I'm just objecting to

 2    lack of foundation and speculation on her part.

 3    BY MR. GRAHAM:

 4        Q    So you're refusing to answer?

 5        A    I'm uncomfortable answering that question.    02:02:04

 6    Because he was my attorney, and things between him

 7    and I are confidential.

 8        Q    Okay.  I'm guessing there's no way I'm

 9    going to convince you to answer that.

10        A    No, there's not.                              02:02:17

11        Q    Okay.  Do you have any documents that you

12    can think of that would support the religious nature

13    of your objection?

14        A    Would you like to look at them here?

15        Q    I don't want you to bring them out now,      02:02:35

16    but I just want to know if you have them so I can

17    ask for them afterwards.

18        A    Yes, I do.  She has them, not me.  Wait.

19    I have a copy.  But the ones that are going to you

20    is with her.                                          02:02:50

21        Q    Okay.  So I want to talk about your

22    ability to be present for the vaccination.  June 10

23    was the date of a hearing on the restraining order

24    and the vaccination issues; is that correct?

25        A    Yes.                                         02:03:28
```

                                                    Page 166

Lucy Ulikhanov - March 14, 2019

```
1        Q     And what was the result of the restraining

2    order portion of that hearing?

3        A     I don't remember.  I know they were trying

4    to seek a restraining order against me.  I think

5    they might have failed to do so, but they were still      02:03:42

6    persisting to get a restraining order against me.

7    Mary Lou, as of the day.

8        Q     Let me back up.  About you and Mary Louise

9    Reisch, about that tension and suspicion, you did at

10   one point bug a doll; is that right?                       02:04:05

11             MS. SEROBIAN:  Objection.  Vague.

12             THE WITNESS:  It's vague.  I don't

13   understand.

14   BY MR. GRAHAM:

15       Q     Did you implant a recording device inside        02:04:14

16   a doll?

17       A     I put a recording device in my --

18             MS. SEROBIAN:  Objection.  Fifth Amendment

19   privilege against self-incriminating statements.

20   She doesn't have to answer.                                02:04:29

21             THE WITNESS:  I don't want -- I don't have

22   to answer.

23             MR. GRAHAM:  We have given you records in

24   supplemental disclosures that establish this fact.

25   I'm just trying to establish the background up until       02:04:42
```

Lucy Ulikhanyan - March 14, 2019

```
 1     I ask a question.
 2             MS. SEROBIAN:  You have the criminal
 3     record if needed, but she doesn't have to answer to
 4     any statements that are self-incriminatory.  It's a
 5     Fifth Amendment right against making such              02:04:55
 6     statements.
 7     BY MR. GRAHAM:
 8        Q    All right.  Is it true that you were
 9     convicted for planting a recording device inside a
10     doll?                                                  02:05:07
11        A    I don't have to answer.
12             MS. SEROBIAN:  Objection.  Same privilege.
13             MR. GRAHAM:  Can I ask you not to talk
14     over each other.
15             THE WITNESS:  Sorry.                           02:05:15
16             MR. GRAHAM:  I asked that in the very
17     beginning, that the judge in the future is going to
18     need a record because these objections are very
19     important.
20             Can I just go off the record real quick.       02:05:27
21             MS. SEROBIAN:  Sure.
22             THE VIDEOGRAPHER:  Off the record.  It's
23     2:05.
24             (Discussion off the record.)
25             THE VIDEOGRAPHER:  On the record, 2:08.         02:08:13
```

Page 168

Lucy Ulikhanov - March 14, 2019

```
 1              MR. GRAHAM:  I'm always doing that.  I
 2   always start talking before.  I always jump the gun.
 3   BY MR. GRAHAM:
 4       Q    All right.  So there was a period where
 5   you were very suspicious of Ms. Reisch and what was      02:08:34
 6   happening in that household with Penelopy; is that
 7   correct?
 8       A    That question is...
 9       Q    If that's not correct, you can just say
10   no.                                                      02:08:50
11              MS. SEROBIAN:  Objection.  Vague.
12              THE WITNESS:  It's vague.  It's yes and
13   no.
14   BY MR. GRAHAM:
15       Q    Okay.                                           02:08:56
16       A    It's -- it wasn't just her, it was him.
17   Because my daughter had been coming to my visits
18   saying that daddy was left alone with her.  Well, I
19   wanted -- and daddy gave her something while she was
20   taking a shower.  And that really frightened me.        02:09:09
21   Why is that happening.  So I couldn't prove it.  And
22   I didn't know -- I don't know that it's, you know --
23   I had no way to prove that.
24              But yes, I did have suspicion about what
25   he -- about what my ex-to-be was doing or could have     02:09:28
```

Page 169

```
 1     been doing in the household and suspicions about

 2     Mary Lou being lenient in the monitoring of the

 3     visit.

 4          Q    Is it fair to say that you're a very

 5     protective mother?                                    02:09:44

 6          A    I'm protective.  I don't think I'm overly

 7     protective.  I believe due circumstances and the

 8     nature of the circumstances, that my protectiveness

 9     was adequate enough.  It wasn't too much.  It was

10     adequate.  I believe any mother who loves their       02:10:07

11     daughter would have done pretty much the same

12     things, would have been suspicious, would have been

13     losing their mind, honestly.

14          Q    When you say "the same things," what do

15     you mean?                                             02:10:24

16          A    I don't -- just leave it there at that.

17               MS. SEROBIAN:  Objection as to vague.

18     Maybe you can rephrase the question.

19     BY MR. GRAHAM:

20          Q    I was asking a question about what it is    02:10:35

21     that you meant when you said --

22          A    Would have been, you know, going

23     hysterical, e-mailing DCFS, contacting --

24          Q    All right.

25          A    I mean, she was taken and placed into the   02:10:47
```

Page 170

Lucy Ulikhanov - March 14, 2019

```
 1    abuser's home, the abuser's aunt's home where he had
 2    free access to her because the aunt didn't believe
 3    what happened.
 4         Q    Now, when I asked you earlier about what
 5    happened on the June 10, 2016, restraining order        02:11:08
 6    part of the hearing, I forgot what your answer was.
 7    Remind me again, do you know what happened to the
 8    restraining order part of that hearing?
 9         A    I just know they were seeking restraining
10    order.                                                  02:11:28
11              MS. SEROBIAN:  Objection.  Asked and
12    answered.
13              THE WITNESS:  I already answered that.
14    BY MR. GRAHAM:
15         Q    Remind me again what your answer was.         02:11:34
16         A    It's on the record.  Sorry.
17              MR. GRAHAM:  I don't have an exhibit
18    number for this.
19              THE COURT REPORTER:  Are you marking it?
20              MR. GRAHAM:  I'm going to mark it as          02:12:07
21    Exhibit -- we'll say 70.
22         (Exhibit 70 was marked for identification.)
23    BY MR. GRAHAM:
24         Q    This is a minute order from the juvenile
25    court dated June 10, 2016.  I would like you to         02:12:25
```

Page 171

Lucy Ulikhanova - March 14, 2019

```
 1    look --
 2         A    Oh, boy.  My eyes.  I've been meaning to
 3    go and get glasses.  When they're small, it's hard
 4    for me.
 5         Q    If you look at page 898 -- that's the        02:12:43
 6    second page of this -- where it says DCFS orders,
 7    the first one on there, it says, "The court
 8    authorizes the immunization over the mother's
 9    objection."  Do you recall that occurring at the
10    hearing?                                               02:13:00
11         A    Yes.
12         Q    Did they order the immunization over your
13    objection?
14         A    Correct.
15         Q    You were present at that hearing; is that    02:13:05
16    correct?
17         A    Yes.
18         Q    And your attorney, Mr. Funk, was present
19    at that hearing; is that correct?
20         A    Yes.                                         02:13:13
21         Q    All right.  I want you to go to the
22    previous page, 897.  And where it says proceedings,
23    the fifth line down, where it says, "The court
24    issues a temporary restraining order against mother
25    Lucy Ulikhanova."                                     02:13:35
```

Page 172

Lucy Ulikhanov - March 14, 2019

```
 1        A     Oh.

 2        Q     Does that refresh your memory as to the

 3    results?

 4        A     Where is -- can you show me where?

 5              MS. SEROBIAN:  The third paragraph, is        02:13:45

 6    that what you're referring to?

 7    BY MR. GRAHAM:

 8        Q     It's under proceedings, and it's one, two,

 9    three --

10        A     Okay, I see.  Yes.  I see that there.  A     02:13:53

11    temporary -- yes.  I remember now.  It was

12    temporary.  That's why I was confused.  Because I

13    know that they got denied.  That was the permanent

14    that they got denied.  And then later they ended up

15    getting the restraining order.                         02:14:10

16        Q     So this restraining order, how long did

17    this one last, this temporary one?

18        A     I don't remember.

19        Q     Because it says here that "Said order

20    shall expire on 7/11/16" is the next one.              02:14:17

21        A     What?

22        Q     The next line below there says "Said order

23    shall expire on 7/11/16."

24        A     Okay.  I see that.

25        Q     So if there had been a vaccination that     02:14:36
```

Page 173

Lucy Ulikhanov - March 14, 2019

```
 1    occurred within that period between 6/10 and 7/11

 2    that the caregiver had taken Penelopy to, would you

 3    have been able to go?

 4         A    Can you say that --

 5              MS. SEROBIAN:  Objection.  Vague as to if     02:14:55

 6    she could have been able to go.

 7    BY MR. GRAHAM:

 8         Q    Let me withdraw that and re-ask it.

 9              Let's say that Penelopy was vaccinated on

10    June 10, 2016, in the afternoon after this temporary   02:15:08

11    restraining order was issued.

12         A    Was she?

13         Q    Let's assume -- I will represent to you

14    that she was just for the sake of this question.

15    And she was taken by the caregiver, Mary Louise        02:15:24

16    Reisch, and you are restrained from her based on

17    this order.  Would you be violating the restraining

18    order to go with?

19         A    I already knew prior that she was seeking

20    restraining order against me.  There was already       02:15:41

21    major conflict.  I stopped talking to her before

22    that time.

23         Q    All right.  So if you -- pardon me.

24    Withdraw that.

25              If Penelopy was going to a doctor             02:15:55
```

Page 174

```
 1    appointment -- any kind of doctor appointment, be it

 2    a vaccination or for a runny nose or a cold -- and

 3    Mary Louise Reisch was taking her, would you want to

 4    be present?

 5         A    I wanted to be present.  I didn't know I        02:16:10

 6    had a right to be present.  I didn't even know I had

 7    a right to be present.  I would hear in the court

 8    hearings the judge talking about parents to,

 9    something-something, health and education.  But yet

10    nothing felt like that was happening, that I had a       02:16:23

11    right to anything health or education-related.

12              Because when I -- after that hearing when

13    they decided to vaccinate, I called Maral.  And I

14    felt hopeless at this point because as you can see,

15    I fought really hard to try to stop them from even       02:16:39

16    doing this.  And then when they made that order, I

17    just felt hopeless that there was nothing else I

18    could do.

19              I called Maral and I said to her I'm

20    really upset about this and, you know, I want to be      02:16:52

21    there when she gets these vaccines.  I want to be

22    there because she's going to be given shots.  She's

23    going to want her mommy there.

24              She said I'm sorry, that can't happen --

25    not in exact verbiage but in general, as close as I      02:17:10
```

Page 175

Lucy Ulikhanov - March 14, 2019

```
 1    can remember -- that can't happen because there's a

 2    conflict with you and Mary Lou and the restraining

 3    order.  She brought up the restraining order thing

 4    and the father and all that stuff.

 5            And I said why are you siding with them?      02:17:27

 6    I was upset, really upset with her.  I said why are

 7    you siding with the father and not allowing me to be

 8    there?  And I didn't even know in that conversation

 9    that I even had the right to be there.  And I just

10    felt hopeless.                                        02:17:43

11            And I didn't want to even -- seeing how

12    things were going already, I didn't want to stir up

13    anything, either, more because I've already lost

14    that case about not vaccinating her.  I lost in

15    that.  So I was already hopeless.  She told me I      02:18:01

16    couldn't go.

17    Q    Did you ever talk to Mr. Funk about that,

18    about fighting it through your lawyer?

19            MS. SEROBIAN:  Objection.  Attorney-client

20    privileged information.                               02:18:13

21    BY MR. GRAHAM:

22    Q    Let me rephrase that.  Did you ever

23    consider asking Mr. Funk to argue to the juvenile

24    court that you should be present at the

25    vaccinations?  Did you ever consider that?           02:18:26
```

Page 176

```
 1              MS. SEROBIAN:  Objection.  Speculation,

 2     asked and answered.

 3     BY MR. GRAHAM:

 4          Q    You can answer.

 5          A    I don't want to answer that.  I don't        02:18:37

 6     know.  I don't know.

 7              MS. SEROBIAN:  Do you need him to

 8     rephrase?  You can ask for rephrase.

 9              THE WITNESS:  You can rephrase it.

10     BY MR. GRAHAM:                                          02:18:49

11          Q    So you're the mom.  You have -- you're

12     facing this problem.  You've wanted your child not

13     to be vaccinated.  And then the juvenile court

14     issues this order and says the kid is going to be

15     vaccinated, can be vaccinated over your objection.     02:19:02

16     Now you want to be present.  You have this

17     restraining order that is preventing you from being

18     present.  Did you ever consider hey, I've got this

19     lawyer.

20              MS. SEROBIAN:  Objection.  Misstates          02:19:15

21     evidence.  Restraining order does not prevent her

22     from being present.

23              MR. GRAHAM:  Please do not interrupt me.

24              MS. SEROBIAN:  You're misstating evidence.

25     I had to put in my objection, misstating evidence.    02:19:26
```

                                                  Page 177

Lucy Ulikhanov - March 14, 2019

```
 1            MR. GRAHAM:  You can put in your objection
 2    after I'm done.  I'm not going to interrupt you on
 3    the cross; do not interrupt me on the direct.
 4            MS. SEROBIAN:  Okay.
 5            MR. GRAHAM:  Thank you.              02:19:33
 6    BY MR. GRAHAM:
 7       Q    So I'm going to start over again.  So you
 8    as a very caring, protective mother who has very
 9    strong feelings about vaccination, your father who
10    you're very close with has imparted you with this   02:19:48
11    wisdom, I imagine that these are very sincere,
12    important issues.  You brought a lawsuit about it;
13    right?  You've been reaching out to these social
14    workers for months and months and months.
15            And then you get this order that comes      02:20:02
16    down and says the child can be vaccinated over all
17    of these objections.  You yourself admitted that you
18    were very emotional in some of these e-mails.
19            So my question is when that order comes
20    out about the immunizations and then there's this   02:20:16
21    restraining order issue that may or may not impact
22    whether or not you can be there for the
23    immunizations, did you ever think hey, I've got this
24    lawyer.  Let me try and use him as a way to be
25    there.  Maybe he has a solution.                    02:20:32
```

Page 178

Lucy Ulikhanov - March 14, 2019

```
 1        A    First of all, I didn't even know I had a

 2   right to that such thing.  I didn't even know.  And

 3   I already spoke to Maral.  Maral told me no.  And I

 4   already thought that that was it, that was over,

 5   done for.  My attorney knows -- he knows.  I've had      02:20:47

 6   conversations with him that I was very angry about

 7   this, and they were not allowing me to go to the --

 8   to go to the visits.  But again, Maral already told

 9   me that I cannot go.

10        Q    Okay.                                          02:21:08

11        A    There was many things I also told my

12   attorney to talk about, and he didn't bring it up.

13   Also, I was on a limited budget, how much I could

14   call him, how much that's going to cost.

15        Q    Right.                                         02:21:20

16        A    And I had no idea that I had a right to be

17   at the -- like, I actually had a right to be there.

18   I learned about that later, much later.  Recently.

19   I had no idea.

20        Q    All right.  I'm done with that exhibit.       02:21:32

21             Okay.  I'm going to talk about Exhibit 40.

22        (Exhibit 40 was marked for identification.)

23   BY MR. GRAHAM:

24        Q    This is a lot of e-mails; so bear with me.

25   I want to start on page 2018.  And it says on the       02:22:14
```

Page 179

```
 1    very bottom on October 4, 2016, at 7:19 P.M., Maral
 2    Helwajian wrote.  And this is an e-mail, and it
 3    says, "Penelopy has a doctor's appointment after
 4    school Thursday for her next set of shots.  I don't
 5    see a visit happening Thursday for this reason."          02:22:40
 6              Do you remember this e-mail, receiving
 7    this e-mail?
 8         A    I don't remember, but okay.  She had
 9    already said to me that I can't be at any of those
10    visits.  So what's the purpose of continuing to ask      02:23:03
11    this.  She already made it clear that I was not
12    allowed to be there.
13         Q    I'm trying to establish whether or not you
14    received the e-mail.
15         A    Yes.  I received the e-mail.  But I know        02:23:13
16    where you're heading with it; so I'm just answering
17    that now.
18         Q    All right.
19         A    It doesn't matter at this point.  She had
20    already made it clear to me -- after the hearing, I      02:23:24
21    called her.  And I was very upset with her.  She
22    told me I can't be at any of these things.
23         Q    Okay.  And then if you look at page 2017,
24    on the very bottom, you'll see it says original
25    message and that it says from Lucy Ulikhanova and        02:23:40
```

Page 180

Lucy Ulikhanov - March 14, 2019

```
 1    then in parens, it says mail to agentnova.  That's

 2    your e-mail address; correct?

 3         A    Yes.

 4         Q    And it continues on to 2018.  This is an

 5    e-mail sent from you on October 4.  This is an          02:23:58

 6    e-mail that you sent; correct?

 7         A    Okay.

 8         Q    I just want to get your confirmation that

 9    this is an e-mail that you sent.

10         A    Yes.                                          02:24:12

11         Q    Okay.  On the very bottom right above

12    where you sign off, it says --

13         A    Yeah.

14         Q    -- "Please ask the doctor to space out the

15    shots for Penelopy as I didn't want her to have them    02:24:21

16    in the first place."

17         A    Right.

18         Q    And do you think she can -- pardon -- "Do

19    you think she should be given shots while she is

20    sick having a fever?"                                   02:24:32

21         A    Uh-huh.

22         Q    And then "Why can't the shots be scheduled

23    on a day that is not my" --

24         A    "My only two visit days."

25         Q    Right.                                        02:24:42
```

Page 181

```
 1        A     Right.  So I don't have a right to be

 2     there.  I thought can I at least ask her to do this.

 3     So now I'm just pulling at whatever I can get.  Can

 4     you at least just space them out, then.  I can't be

 5     there.  Okay.  Well, can you at least space them          02:24:52

 6     out.  And can you at least make those days on days

 7     that are not on my visits.  Because they

 8     purposely -- it feels like they planned to do them

 9     on my visit days.  So I missed out.

10            I was supposed to be given three visits           02:25:05

11     per week, and I wasn't getting that.  And I

12     understand they're overwhelmed and they don't have

13     enough monitors.  But, you know, it felt to me they

14     did more for the father than they did for me.

15        Q     Uh-huh.                                         02:25:21

16        A     So that's pretty upsetting.  You guys --

17     DCFS vaccinates my child, you know, against my

18     wishes, then they're taking away my visit days with

19     my child so they could go vaccinate her.  It's like

20     as if they're putting it in my face on purpose so

21     that they can laugh about it.

22            And my mother has said something in

23     question of this, too, because she caught Maral

24     laughing about a few parts of our situation, events

25     of our situation as if it's entertainment for her.     02:25:47
```

Lucy Ulikhanova - March 14, 2019

```
 1    I have an e-mail from her talking about -- or a text
 2    from her or something about calling it she needs her
 3    popcorn, she would like to have her popcorn while
 4    she was in the courtroom.
 5        Q    And this is October 4, 2016.                    02:26:03
 6        A    And I have that.  I'll give that to you.
 7        Q    At this point in time, did you have any
 8    relatives in your life or friends who could act as
 9    monitors?
10        A    I asked her -- even my estranged mother, I      02:26:15
11    begged.  I was willing to even connect with her just
12    so it wasn't with Mary Lou.
13        Q    Yeah.
14        A    And no.  You're estranged from your
15    mother.  That was her response.                          02:26:29
16        Q    Okay.  So you asked for the shots to be
17    scheduled on a different day.  But you didn't ask in
18    this e-mail to be present at the vaccination; is
19    that correct?
20        A    Because she already told me I couldn't.  I      02:26:45
21    couldn't be.  So this is me just begging for at
22    least do this.
23        Q    Okay.
24        A    At least just space them out.  And I say
25    there I didn't want her vaccinated in the first         02:27:01
```

Page 183

```
 1     place.  And that's pretty clear.
 2         Q    And then on page 2016, right in the
 3     middle, it says from Lucy Ulikhanova, mail to
 4     agentnova@yahoo.com, sent October 5 to Maral
 5     Helwajian, cc Ronald Funk, attorney, Stephen Carey.    02:27:19
 6     This is an e-mail that you sent on October 5, 2016;
 7     is that correct?
 8         A    Yes.  Here I am talking about again, you
 9     know, can they ask for a different brand because
10     there's some brands that don't have the preservative    02:27:41
11     of mercury in them, aluminum in them, toxic
12     elements.  So, you know, here I'm just trying to do
13     something.
14         Q    Is there anything in this e-mail where
15     you're suggesting alternative vaccinations where you    02:27:56
16     mention an alternative that does not have the fetal
17     tissue?
18         A    No.
19         Q    Okay.
20         A    But that's already -- at that time,    02:28:09
21     personal religious beliefs did not count.  That law
22     was already -- I was told they don't use that
23     anymore.  There's a law in place that doesn't allow
24     for religious beliefs.  So my religious beliefs is
25     not in question at all.  I'm just telling you that I    02:28:31
```

Page 184

Lucy Ulikhanon - March 14, 2019

```
 1    have religious beliefs.  But it was not...

 2              But they didn't even do that.  They didn't

 3    even ask the doctor -- they didn't come back to me

 4    and answer me about that, either.

 5        Q    Now, was there a restraining order in          02:28:54

 6    place at this time as of October 5, 2016?

 7              MS. SEROBIAN:  Vague as to what type of

 8    restraining order against whom and protecting whom.

 9    BY MR. GRAHAM:

10        Q    If we go back to Exhibit 70, we see that       02:29:11

11    the temporary restraining order --

12        A    The temporary was on the 6th -- 7 --

13        Q    It expired, it says, 7/11/16, so July 11,

14    2016.  And then your testimony was that the criminal

15    matter, there was -- that was not an issue when you     02:29:28

16    answered questions about it.

17        A    So the temporary was not -- I don't know.

18    You have to figure the math out in that one.  I'm

19    confused.

20        Q    What was the reason why you could not be       02:29:41

21    present at a vaccination in October 2016?

22        A    Because Maral told me that I could not

23    because there was a conflict.

24        Q    Okay.

25        A    She didn't even mention to me that I had a      02:30:04
```

                                                    Page 185

```
 1    right.  She didn't even offer for me to invite me to

 2    any of the vaccinations.  That's another thing.

 3        Q    We're talking a lot right now in this late

 4    2016 period, kind of June 2016 period or June 2016

 5    forward period.                                    02:30:29

 6            Let me withdraw that whole thing.  It's

 7    like I've lost the ability to speak English.

 8            We're talking a lot in the second half of

 9    2016 about Defendant Helwajian and the

10    representations that she made to you about being    02:30:40

11    able to be present.  Did you have any of these

12    conversations with Defendant Stephen Carey that you

13    can recall?

14        A    I don't remember.  I don't remember.

15        Q    Okay.  And then on that same e-mail, I see  02:30:51

16    you have a line here, "Please do not vaccinate

17    Penelopy any more than what her school requires."

18        A    Right.  Flu shots, those are extras.

19        Q    Okay.

20        A    Because they've already determined they're  02:31:12

21    doing it.  So don't add more to it is what I was

22    asking.

23        Q    Okay.  When Penelopy came home, you

24    testified earlier that you enrolled her in public

25    school or you kept her enrolled in the same public   02:31:44
```

Page 186

```
 1    school that she was at.

 2        A    No.  She moved cities; so she had to move

 3    to a different district.  Right?  So she had to go

 4    to a different school.  So they put her in

 5    Jefferson.                                      02:32:00

 6        Q    Did you consider homeschooling her at that

 7    point?

 8        A    There was no point at that time.  And

 9    plus, I've already financially spent everything into

10    the court case.  I mean, how was I to homeschool   02:32:09

11    her?  It was a disastrous time.  And she's already

12    been given her vaccines.  What's the point?

13        Q    I just want to discuss -- we'll mark this

14    as Exhibit 72.

15           (Exhibit 72 was marked for identification.)

16    BY MR. GRAHAM:

17        Q    If you could just look at that, this is a

18    letter dated January 27, 2016, page No. Bates

19    COLA 2689, addressed to Lucy Ulikhanova from Maral

20    Helwajian.                                       02:33:12

21        A    Uh-huh.

22        Q    This notes your visitation schedule is

23    Mondays, Wednesdays, Thursdays at 10:00 A.M. to

24    1:00 P.M. at the DCFS office at 532 East Colorado

25    Boulevard.  Does this accurately reflect what your  02:33:26
```

Page 187

```
 1    visitation was as of January 2016?

 2         A    But that's not what was happening.  I

 3    wasn't getting always those three days a week.

 4         Q    Okay.  But this is what your visitation --

 5         A    Was supposed to be, yes.                    02:33:42

 6         Q    And how long was this plan in effect?

 7         A    It was -- it's kind of vague because they

 8    moved out of there, then they went -- we went to the

 9    mall out of the department.  Then from there,

10    Penelopy then stayed for weekends, then from the      02:33:58

11    weekends she stayed under the supervision of DCFS

12    and then permanent.  So which -- it wasn't in effect

13    the whole time.  It was in effect until she was

14    doing the weekend visit overnights with me.

15         Q    When were you able to visit outside of the  02:34:17

16    DCFS office if you can recall?

17         A    I cannot remember that.

18         Q    Okay.

19         A    Maybe seven months or eight months into.

20         Q    All right.  We'll discuss Exhibit 12.       02:34:34

21         (Exhibit 12 was marked for identification.)

22              THE WITNESS:  I'm sorry.  Are we going

23    through all of those?

24    BY MR. GRAHAM:

25         Q    All of what?  There's, like, three left.    02:35:01
```

Lucy Ulikhanov - March 14, 2019

```
 1        A    Okay.  I just wanted to know.

 2             MS. SEROBIAN:  Do you need a break?

 3             THE WITNESS:  If it's just three left.

 4   BY MR. GRAHAM:

 5        Q    And if you can confirm for me that this is    02:35:12

 6   an e-mail you sent to Maral on March 17, 2017.

 7        A    Yes.

 8        Q    Okay.  And this is confirming that you

 9   tried to put Penelopy in a public school called Mark

10   Keppel but were unsuccessful; is that right?          02:35:40

11        A    Yeah.  They were full.  That was my first

12   choice.  My second choice was Balboa.

13        Q    They had asked for immunization paperwork

14   at Balboa; is that correct?

15        A    Yes.  They did -- but Balboa didn't --      02:35:55

16   Jefferson.  She ended up at Jefferson.  And

17   Jefferson asked for that.

18        Q    Would you have been able to enroll

19   Penelopy at that school if you didn't have the

20   exemption letter that you got from Dr. Z?             02:36:10

21        A    No, no.  She didn't -- I didn't get that

22   letter, I don't think.  That exemption letter, the

23   medical exemption letter from Dr. Z was not in

24   effect at that time while she was in Jefferson.  So

25   it was when Balboa had space, then, for the first     02:36:25
```

                                              Page 189

```
 1    grade.  So she finished off elementary there,

 2    Jefferson.  And then first grade, Balboa, then I

 3    used the medical exemption.

 4         Q    Okay.  Let's talk about the pediatricians

 5    that you saw, that Penelopy saw after she came home.    02:36:47

 6    Did you go back to Dr. Boxstein?

 7         A    No.

 8         Q    Okay.  Why not?

 9         A    Because my medical -- the medical

10    insurance for Penelopy cut off because the father      02:37:01

11    chose not to sign the paperwork that was needed from

12    his work or the medical insurance to continue the

13    insurance for my daughter.  So that cut off.  And I

14    was in limbo trying to find a different

15    pediatrician.                                          02:37:23

16              And it wasn't that I didn't -- and there

17    was another factor, too.  It was also after the

18    court ruling that they found Brian guilty of the

19    sexual abuse, they believed that it happened, that I

20    felt as Penelopy was getting more mature, older,       02:37:38

21    that it might feel weird for her to have a physical.

22    Because, you know, he would do a physical and check

23    everything.  So a male doing that --

24         Q    Ah, I see.

25         A    -- a trauma thing.  But I liked him very     02:37:49
```

                                                    Page 190

Lucy Ulikhanov - March 14, 2019

```
 1    much.  He was very kind, and he didn't push me on

 2    anything.  I said I object to the vaccines, and he

 3    worked with me.  He was also okay with the holistic

 4    approach, too.  One time she had a yeast infection,

 5    and he said oh, you know, I can prescribe you cream        02:38:07

 6    or you can do the natural way, probiotics, and he

 7    mentioned that to me.  So I said okay, I'll try the

 8    probiotics.

 9         Q    Okay.

10         A    So he was very lenient in that matter.  He        02:38:16

11    was a great pediatrician.  I just feel bad I never

12    got back to him and told him why, and now all of a

13    sudden he's here, poor man.

14         Q    He had a good payday, I'll say, though,

15    that day.                                                   02:38:32

16         A    I felt really bad that I didn't get in

17    contact with him.

18         Q    Did you keep seeing Dr. Hammar?

19         A    No.  I never met her.

20         Q    So what pediatrician is -- actually,             02:38:43

21    that's not relevant.

22              Let's go to Exhibit 16.

23         (Exhibit 16 was marked for identification.)

24    BY MR. GRAHAM:

25         Q    Now, this is two e-mails.  This is               02:39:07
```

Page 191

```
 1    page 1534, the bottom part says on May 4, Lucy
 2    Ulikhanova wrote, "Hi Maral jan."  What does that
 3    mean, "jan"?
 4         A    Oh.  Jan.  It's Armenian term.
 5         Q    Oh.                                    02:39:28
 6         A    A term of endearment.  Like, we say Maral
 7    jan.  She's Armenian.
 8         Q    Okay.  "How are you?  I forgot to tell you
 9    the date Penelopy is seeing a doctor regarding
10    vaccines."  Which doctor is that?                02:39:41
11         A    And you can see that I put in the jan that
12    this time, me and Maral were getting along.  Before
13    that, there is no jan.  Okay?  There is no Maral
14    jan.  But now you see Maral jan.  Now we're --
15    because she caught up and she started reading and  02:39:57
16    she saw whoa, look at what he's doing.  And then he
17    ended up being in the DCFS being monitored, and
18    everything switched.
19              So she caught up, and I was happy because
20    she was catching up and reading and seeing all the  02:40:09
21    things I've been telling her this whole time.  And
22    she was, like, wow, you're right.  And now they're
23    attacking her, she said, Mary Lou was.  And she
24    called the lady crazy.  So you see, here you go,
25    Maral jan.  And this is regarding --              02:40:23
```

                                                   Page 192

Lucy Ulikhanov - March 14, 2019

```
1        Q    Seeing a doctor.  Which doctor is that?

2        A    For the --

3        Q    Dr. Z?

4        A    Dr. Z.

5        Q    Okay.  And now, I was curious, the way      02:40:34

6    this is phrased -- again, this is page 1534 -- it

7    says, "It's on May 23 on a Tuesday.  It was booked a

8    month ago, and school needs the doctor's letter from

9    that day submitted by 29th; so she can't miss."  Is

10   there any reason why that form had to be submitted     02:40:56

11   by the 29th?

12       A    I think something to do -- I'm not sure.

13   I'm trying to remember.  This is hard.  I think the

14   school maybe said something.  There was a deadline

15   to submit something.  Yes.  I remember Sayune

16   [phonetic] at the admissions office kept saying I

17   need this by -- I either need the vaccination or I

18   need the medical exemption soon.  She kept telling

19   me that, and by a certain time in order to accept

20   Penelopy at the school.                               02:41:28

21       Q    We're getting near the end.  Let's talk

22   about damages.  Let's talk about money.  So you are

23   the guardian ad litem for your daughter in this

24   case.  So your daughter and you are both plaintiffs

25   suing my clients.  But we're not going to take your    02:42:13
```

```
 1    daughter's deposition in this case; so we don't get

 2    to talk to her, obviously, about her damages because

 3    she's a kid.

 4            So when we want to know about damages for

 5    her -- when I say "damages," I mean money.  I just        02:42:26

 6    kind of want to ask you a few questions about the

 7    injuries that she has sustained.  You're probably

 8    competent to discuss that; yes?

 9        A    Sort of.  Let's see what you ask and take

10    it one by one.                                            02:42:48

11        Q    Sure.  So because of the acts that are

12    attributed to my clients specifically -- and these

13    are the damages that we're talking about Penelopy,

14    not for you.  We'll get to you afterwards.  Are

15    there any physical injuries -- not emotional            02:43:00

16    injuries but are there any physical injuries that

17    stem from the vaccinations?

18        A    I cannot -- I mean --

19            MS. SEROBIAN:  Objection as to vague.

20            THE WITNESS:  Physical as in --                 02:43:14

21            MS. SEROBIAN:  Can I object?

22            THE WITNESS:  Okay.

23            MS. SEROBIAN:  Vague as to what is

24    "physical injury."

25    ///                                                      02:43:21
```

Page 194

BY MR. GRAHAM:

Q    Do you understand the question?

A    Does not being able to focus well fall
under that?  Does having obsessive ticks fall under
that?                                               02:43:33

Q    So any kind of physical injury from --
that's a good question.  Any kind of injury stemming
from the actual injection.  Like, did she get any
kind of infection from the injection, or was she
limping for --                                      02:43:44

A    I wouldn't even know.  She was not under
my care at that time.

Q    Okay.  Does she have any long-term
sickness that has resulted from the injections?

A    Long-term?                                 02:43:55

Q    Yeah.  Like things that are manifesting
today.

A    Well, I've just noticed that what's still
persisting is her inability to be able to focus when
you're talking to her for more than 30 seconds.  She  02:44:07
just always -- like what an autistic child would do.
But like I said earlier, it could take months to
years for things to show up.  It doesn't work that
way.  It doesn't show up, you know, right away every
time.  Things take a while to show up.              02:44:32

```
 1              She has obsessive ticks to the point that
 2     the school, after-school program has said that she
 3     can't take it anymore, she's going to write a letter
 4     to the pediatrician.  I took her to the pediatrician
 5     about it and I took videos of this happening, and
 6     the pediatrician said that they are ticks and left
 7     it at that.
 8              But the school is now saying -- the
 9     after-school program and the Armenian after-school
10     program is saying you know, she's having these          02:44:58
11     obsessive ticks.  They're not just ticks.  There is
12     something not right.  And Penelopy is complaining
13     about, like, mucus stuff.  Well, I remember when I
14     was a child when my asthma stuff started to develop
15     was sort of this way.                                   02:45:15
16              So I'm going to go back again to the
17     pediatrician.  And the after-school program said
18     she's writing a letter about this.  She kept saying
19     I can't take it anymore.  It's -- this can't be
20     normal.  So did the -- how do you say, the aides,      02:45:24
21     the assistants all noticed.  They all agreed with
22     what the program leader was saying.  So I find that
23     odd.
24              She also cried about -- she's cried to me
25     and snuggled to me and said how come you weren't        02:45:43
```

Page 196

1    there when they gave me the shots.  It hurt really

2    bad.  I really wanted you there; you weren't there.

3    So she brings that up a lot.

4           She has such a fear about shots since then

5    that we are unable to get blood out of her just to        02:45:55

6    do a -- to check her blood.  I could get testimony

7    from the nurses there.  For two hours.  And we left

8    because it was insane.  Absolute terrified.

9        Q    Okay.

10       A    We can't get blood out of the kid to do         02:46:14

11   her annual checkup.  We can't force her.  Eventually

12   after some time, I was able to -- I bribed her with

13   candy before, it didn't work.  It was -- my mom said

14   something to her, I don't know, that might have got

15   her to -- we finally got some blood out of her.  But   02:46:34

16   you could see from the date that the doctor gave the

17   paperwork to have her blood work done that it wasn't

18   done till way later.  And the nurses couldn't get

19   blood out of her.  She's scared.  Scared.

20          And she keeps asking me how come you

21   weren't there.  Honey, they wouldn't let me be

22   there.  Of course I would be there.  She knows.  She

23   knows I would be there.  I'm always there for her.

24       Q    Does she have separation anxiety from you

25   just because of the removal as well and being --       02:47:07

                                                    Page 197

Lucy Ulikhanova - March 14, 2019

```
 1        A    Oh, there's so much stuff from just -- so
 2   much.  You have to understand, I was a stay-at-home
 3   mom from her birth till five years old, and then
 4   they took her.  So I was a stay-at-home mom.  I had
 5   savings, I was okay, financially okay until some        02:47:25
 6   problems occurred, like I said, with Edward not
 7   paying me.  Some issues came up.  And I had other
 8   projects, you know, getting ready to do.
 9        Q    Right.
10        A    So I was a stay-at-home mom.  So she's        02:47:35
11   always had me, and I've been there for her through
12   all the traumas and everything.
13        Q    Okay.
14        A    So yeah, she has fear getting any blood
15   taken out of her.  She asked me why I wasn't there     02:47:46
16   and it hurt really bad.  She's got these ticks.  She
17   can't focus.  She's very distracted a lot.  And we
18   have yet to see.
19        Q    Let me ask --
20        A    She has -- sometimes she'll get rashes or     02:48:04
21   itches, like eczema-related, but I haven't been able
22   to catch it in time to get her to the pediatrician
23   to take a look at it.
24        Q    I want to ask, earlier you said there are
25   things that could be manifesting for years into the    02:48:18
```

Page 198

```
 1    future.  What is your foundation for knowing that?

 2    Have you had a pediatrician tell you that?

 3        A    Yeah.  There's literature everywhere.  You

 4    can read online from the medical journals, from

 5    doctors that you can ask.  Documentaries about it      02:48:33

 6    where doctors are sitting there talking about this.

 7        Q    The obsessive ticks that have manifested,

 8    have you had a pediatrician tell you specifically

 9    that Penelopy's ticks are related to the vaccines?

10        A    No.  Because the doctor just started          02:48:51

11    learning about this.  So I have to go back again

12    because they haven't stopped.

13        Q    Right.  Do you know the names of any of

14    the vaccines that Penelope was given?

15        A    MMR, DTaP, from whatever is on the            02:49:06

16    schedule for the CDC that recommends for school.

17        Q    About emotional injuries separate and

18    apart from physical, you kind of talked about some:

19    inability to focus, she's crying, she has this fear

20    of having blood drawn.                                 02:49:27

21        A    Right.

22        Q    Is there any other emotional injuries we

23    haven't discussed with respect to Penelope?

24        A    To the vaccination thing?

25        Q    Yeah.                                         02:49:35
```

                                                        Page 199

Lucy Ulikhanov - March 14, 2019

```
 1        A    I think that pretty much sums it up.

 2   She's terrified of needles, and she's really upset

 3   that I wasn't there.  Like, she has an actual

 4   emotional reaction and she comes and cuddles and

 5   says I wish you would have been there.  You know,      02:49:48

 6   it's pretty bad.

 7        Q    Okay.  And then I just want to talk about

 8   insurance and things like that.  Does Penelopy have

 9   insurance at the moment?

10        A    Yes.                                          02:50:05

11        Q    Okay.  And is she insured, I'm assuming,

12   through you.

13        A    Yes.

14        Q    Not through Brian or anybody else.

15        A    No.                                           02:50:16

16        Q    Okay.  Does she have Medi-Cal or Medicare?

17        A    Yes.

18        Q    Okay.

19        A    I don't qualify with the amount that -- I

20   don't qualify for any other insurance right now.       02:50:26

21        Q    And let's talk about costs that you've had

22   to pay specifically for Penelopy, not for you yet.

23   Like I said, we'll get there.  What medical expenses

24   have you paid out of pocket for Penelopy's

25   treatment?                                              02:50:42
```

                                                         Page 200

Lucy Ulikhanov - March 14, 2019

```
 1        A     Treatment of what?

 2        Q     For any injuries that you attribute to my

 3   clients.

 4        A     I don't know how to --

 5             MS. SEROBIAN:  Objection as to vague.        02:50:49

 6   "Treatment."

 7             THE WITNESS:  I don't know how to --

 8   BY MR. GRAHAM:

 9        Q     So the inability to focus, let's start

10   there.  Have you ever sought treatment for the         02:50:57

11   inability to focus?

12        A     Well, it's just -- she goes to her regular

13   psychologist.

14        Q     Okay.  How often?

15        A     Once a month or once every other month.     02:51:06

16   She's far away; so it's a bit difficult.  And

17   Penelopy had so much counseling while -- she had a

18   lot of over-therapy with the DCFS stuff.  They

19   recommended a counselor therapist, an unlicensed

20   one, but she was great.  And it was just a lot.  So     02:51:27

21   the psychologist recommended to lessen that a bit

22   for a little while.

23        Q     Okay.  And how much do you pay for that?

24        A     It's -- our insurance is not covered by

25   that.  It's $150 a session.  A lesson.                  02:51:41
```

Page 201

Lucy Ulikhanov - March 14, 2019

```
 1          Q    Okay.  And --
 2          A    And then -- I don't know.  I don't know
 3     how to -- I've never been sat down and calculated
 4     costs or anything.
 5          Q    That's okay.  And how long do you -- if      02:51:55
 6     you know, how long do you think she'll need that
 7     care?
 8          A    She could need it her whole life.  I was
 9     in a support group yesterday of mothers of abused
10     children.                                              02:52:12
11          Q    Okay.
12          A    And we discussed that, too.  It's not
13     something that's ever going to go away.
14          Q    Okay.
15          A    There's also that issue, there's also the   02:52:19
16     vaccine issue.  So it's kind of lumped in together.
17          Q    The obsessive ticks, have you ever sought
18     treatment for that?
19          A    I took her to the pediatrician.
20          Q    Okay.  And what costs have you paid for     02:52:29
21     that?
22          A    That one, nothing.  But I can't put a cost
23     on her emotional state.  How do you put a price tag
24     on that?
25          Q    We'll find out in April.                    02:52:42
```

Page 202

Lucy Ulikhanov - March 14, 2019

```
 1        A    She's -- this is insane.  I mean, the two
 2   nurses tried for two hours, she's screaming, running
 3   out of the office into the lobby, almost out the
 4   door.  That's how terrified she was.  They said
 5   they'd never seen a child this scared of having        02:53:05
 6   blood drawn.
 7        Q    Have you ever had to pay for any urgent
 8   care or any hospitalizations?
 9        A    For that matter, no.
10        Q    For anything that relates to stuff that      02:53:21
11   you attribute to Mr. Carey or Ms. Helwajian.
12        A    No.  That's the psychologist.
13        Q    Okay.  Do you owe anything to any
14   insurance company for treatment for Penelopy?
15        A    No.                                          02:53:37
16        Q    Okay.  Can you think of any other expenses
17   that you've paid out of pocket for stuff that you
18   would attribute to my clients for Penelopy?
19        A    At this time I can't recall, remember
20   anything.                                              02:53:52
21        Q    Okay.  Then now let's talk about you.  Do
22   you have any physical injuries from -- that you
23   attribute to my clients for the vaccination?
24   Probably sounds like a funny question.
25             MS. SEROBIAN:  Vague as to what is           02:54:10
```

Page 203

Lucy Ulikhanov - March 14, 2019

```
 1      "physical injury."

 2      BY MR. GRAHAM:

 3          Q    Like physical manifestations of stress.

 4          A    Of course.

 5          Q    Okay.  Talk to me about it.              02:54:19

 6          A    It began when they objected against my

 7      wishes.  That's where it began.

 8          Q    Have you been physically sick from the

 9      vaccinations?

10          A    From -- have I been physically sick?     02:54:29

11      Stress causes sickness.

12          Q    Okay.  That's what I'm getting at.

13          A    So yeah.  And how do you separate okay,

14      this portion is from her being taken away from me

15      and this portion has to do with the vaccines.  How  02:54:42

16      do you separate that when that's all happening at

17      the same time?

18          Q    Let's talk about in the aggregate.  Let's

19      talk about your stress and emotional damages.  Just

20      tell me everything, and then we'll kind of sort of   02:54:54

21      it as we go.

22          A    The entire thing has been crazy.  I mean,

23      even I gained, like, approximately, like, 90 pounds

24      from all of this.  I was really upset.  You talk

25      about -- you do your best to raise your child, you   02:55:13
```

Page 204

Lucy Ulikhanova - March 14, 2019

1     know, healthy, no chemicals, and she's doing really

2     well health-wise.  And you spent a lot of money on

3     organic products.  So that's a lot of money went

4     towards keeping her diet between 60 percent to 100

5     percent organic.  And I cook a lot at home.  So it's        02:55:39

6     expensive to do that.  It's not cheap.  And holistic

7     things, they're not cheap to buy, either.

8            So doing that for five years, shopping at

9     Whole Foods, Trader Joe's, her health was great.

10    Every time they saw her at the dentist, wow, I              02:55:54

11    didn't even put fluoride in her tooth and the

12    dentist said wow, she's got the best teeth I've ever

13    seen.  I mean -- and then they just go ahead and

14    take all that away.  How do you --

15        Q    Was that frustrating about the placement?        02:56:10

16        A    She's permanently vaccinated.  That's

17    changing her DNA.  You can't reverse it.  You cannot

18    reverse it.  After all that hard work and my

19    father's knowledge and everything.  How do you put a

20    price tag on that?  There's none.  There isn't            02:56:30

21    enough money in the world to fix that.  You can't

22    undo it.

23        Q    That's why I'm asking about the easy stuff

24    first, the physical stuff.  So you said that you

25    gained 90 pounds.  So as far as damages, what money       02:56:46

Page 205

Lucy Ulikhanov - March 14, 2019

1    have you spent as far as that weight gain goes?  Is

2    there --

3         A    I didn't spend money.  I gained weight.  I

4    ordered from restaurants, I laid in bed.  It was

5    horrible.  I didn't get out of bed until I had the          02:57:01

6    next visit.  Then I finally picked up and said,

7    look, I need to get back into school again.  It

8    wasn't the way I wanted to, but --

9         Q    Out-of-pocket money --

10        A    It's horrible.

11        Q    -- spent for emotional injuries.  Have you

12   spent money on therapy, on any --

13        A    Well, no.  It didn't cost any because DCFS

14   through their thing said you have to get a therapist

15   we approve of.  So I was going to a therapist they          02:57:23

16   approved of.

17        Q    Do you see a therapist now?

18        A    Right now, I've had trouble finding one.

19        Q    Okay.

20        A    Specific to the trauma.  I'm in a support          02:57:33

21   group.

22        Q    Okay.  Does that cost you anything?

23        A    No.  The support group is not costing me

24   anything.  I've been looking, to be honest with you,

25   more for, like, a Christian psychologist.  So it's          02:57:48

```
 1     been difficult.

 2           And then when my insurance changed after

 3     the DCFS thing stopped, the therapist that I was

 4     still seeing through DCFS -- which I was okay with,

 5     but she wasn't too experienced, but it's still okay    02:58:00

 6     to see her -- that stopped, too.  So she wasn't

 7     covered under my insurance anymore.  So I paid her

 8     cash on one last visit, and then I've just been

 9     watching my budget lately.

10     Q    Okay.  I do want to go over in the              02:58:16

11     Complaint some of the allegations that you made

12     about damages.  There is an allegation in the

13     Complaint -- this is paragraph 95.  I'm just going

14     to read it to you.  It says that "Plaintiffs have

15     suffered severe emotional distress, anxiety, and     02:58:53

16     general damage to their psyche."  Sounds like you

17     agree with that.

18     A    Yes.

19     Q    "To such an extent as to cause physical

20     manifestations of pain and symptoms of nausea and   02:59:06

21     severe depression."  Would you agree with that?

22     A    Just being here and talking about all this

23     stuff, I'm getting -- I have a spine injury, and

24     it's acting up like crazy.

25     Q    Okay.                                           02:59:17
```

Page 207

Lucy Ulikhanov - March 14, 2019

```
1        A    And it's hurting right now.  And I'm

2   feeling anxiety right now as well.  Just even

3   talking about this whole situation, how they

4   vaccinated my kid, it's automatic.

5        Q    Do you need a break?                        02:59:30

6        A    Well, we're going to get a break soon.

7        Q    Okay.

8        A    I just -- I mean, I'm experiencing anxiety

9   for sure even just talking about this stuff.

10        Q    It says you allege "Plaintiffs have also    02:59:43

11   suffered damages in the form of medical and/or

12   therapy costs."

13        A    I don't know -- some things were cash, and

14   then the rest of it was on insurance.  It's

15   complicated.                                          02:59:58

16        Q    If you had to estimate the total amount of

17   medical and therapy costs that you would attribute

18   to my clients?

19        A    I don't know.

20             MS. SEROBIAN:  Vague as to what is "cost."   03:00:06

21   Time taken?  Out of pocket?  What is "cost"?

22             THE WITNESS:  What she said.

23   BY MR. GRAHAM:

24        Q    You're not going to answer?

25        A    No, no.  What she said.  What is -- can     03:00:16
```

                                                    Page 208

Lucy Ulikhanov - March 14, 2019

```
 1      you repeat that again.  Clarify.
 2          Q    You alleged in the Complaint "Plaintiffs
 3      have also suffered damages in the form of medical
 4      and/or therapy costs."  If you had to estimate how
 5      much you've spent out of pocket so far on the        03:00:37
 6      medical and/or therapy costs, what would you
 7      estimate that to be?
 8          A    Including just for me, not my kid?
 9              MS. SEROBIAN:  Objection.  Speculation,
10      lacks foundation.                                    03:00:51
11      BY MR. GRAHAM:
12          Q    All total.
13          A    Total?  I don't know.  I'd have to go
14      calculate what I've spent so far that she's been
15      seeing --                                            03:01:01
16              MS. SEROBIAN:  Objection.  Calls for a
17      legal conclusion.
18              THE WITNESS:  I can't give you an answer
19      for that right now.
20      BY MR. GRAHAM:                                       03:01:07
21          Q    Okay.
22          A    Should I go and do the calculations on
23      break?  I don't know.
24          Q    Okay.  So I want to talk about these
25      conversations that you said that you had with        03:01:21
```

Page 209

Lucy Ulikhanov - March 14, 2019

```
 1    Ms. Helwajian about asking to be present for the
 2    vaccination.  Can you recall how many of these
 3    conversations that you had with her?
 4         A    It was the one conversation after the
 5    thing was over.                                03:01:39
 6         Q    After the hearing?
 7         A    After the -- I'm sorry.  I'm getting
 8    tired.  I didn't sleep well last night.  After the
 9    hearing, yes.
10         Q    The June 10, 2016, hearing?           03:01:50
11         A    Yes.  I spent a good time with her on the
12    phone just arguing, telling her how upset I was.
13         Q    Were there any witnesses to that
14    conversation that you can think of, anybody in the
15    room?                                          03:02:03
16         A    Not at the moment.
17         Q    How long did that conversation --
18         A    I think Paul Jerome might have been
19    present.  He was on -- I think he was on Hangouts
20    and he heard.  But I don't remember.  I have to go  03:02:08
21    back and ask him.
22         Q    Okay.  Do you know how long that
23    conversation lasted?  You said pretty long?
24         A    I don't know.  20 minutes, 15 minutes.  I
25    don't remember.  15 minutes.  I don't know.  It   03:02:29
```

                                                    Page 210

Lucy Ulikhanov - March 14, 2019

```
 1    wasn't a short, you know, oh, you can go, okay, bye.

 2    No.  I was expressing my emotions to her.  So I

 3    don't know.  I wasn't looking at the time.

 4            How much more do you think you have left?

 5    Q    I'm almost done.                              03:03:09

 6            MS. SEROBIAN:  It seems like the witness

 7    needs a break, but if you're almost done, we'll

 8    wait.

 9    BY MR. GRAHAM:

10    Q    Do you want to take a break?                  03:03:16

11    A    I can't sit for too long --

12    Q    Let's take a break.

13    A    -- because when my back starts hurting,

14    I've got anxiety going on and my mouth's getting dry

15    from anxiety.                                      03:03:25

16            THE VIDEOGRAPHER:  3:03, off the record.

17            (A recess was taken from 3:03 p.m. until

18            3:19 p.m.)

19            THE VIDEOGRAPHER:  On the record at 3:19.

20    Go ahead.                                          03:19:41

21            MR. GRAHAM:  So Ms. Serobian, is this an

22    exhibit that you're going to be going over with the

23    deponent?

24            MS. SEROBIAN:  Yes.

25            MR. GRAHAM:  Then I'm going to wait to go   03:19:51
```

                                                      Page 211

Lucy Ulikhanyan - March 14, 2019

```
 1    over that until after you have done that just for
 2    housekeeping.  That way, you can introduce that with
 3    an exhibit number.
 4              MS. SEROBIAN:  Okay.  Wonderful.
 5              MR. GRAHAM:  The last exhibit -- have we      03:20:09
 6    done 72 yet?
 7              THE COURT REPORTER:  Yes.
 8              MR. GRAHAM:  This will be Exhibit No. 74.
 9         (Exhibit 74 was marked for identification.)
10    BY MR. GRAHAM:
11         Q    So this is a series of screen shots from a
12    conversation -- and I'm representing this to you --
13    of a conversation between you and Lusine -- I
14    believe the last name is Poghosyan.
15         A    Okay.                                          03:21:34
16         Q    On June 8, and I believe this is 2018.  Do
17    you recall these text messages, ma'am?
18              Just for the record --
19         A    Yes.  Lusine and I after the case was over
20    remained friends, and we're still friends, too, on    03:22:58
21    Facebook.  So this is my text message to Lusine.
22         Q    So I called this --
23         A    This isn't while there's was a case open
24    or anything.  This is a personal text message to
25    Lusine as a friend.                                    03:23:12
```

Page 212

Lucy Ulikhanyan - March 14, 2019

```
 1        Q    So I called this a text message.  I may
 2   have misspoke.  This is a Facebook message.  Is that
 3   what you recall?
 4        A    This looks like a Facebook message.
 5   Messenger, it says.                              03:23:24
 6        Q    That's right.  It has that little -- the
 7   little thumb in the corner.
 8        A    Uh-huh.
 9        Q    So I just want to start off at the top.
10   It says Maral jan.  That's again that kind of      03:23:33
11   Armenian term of endearment that we talked about
12   earlier; right?  On the very top on page --
13        A    Yeah.  I felt horrible that Maral had to
14   be dragged into this matter, to be honest.  Because
15   we didn't get along, and then at the end we did.  So  03:23:53
16   of course I'm going to feel bad.  I wouldn't be
17   Christian, I wouldn't call myself a Christian
18   otherwise.  So I felt bad.
19             I just kind of wanted her to know it's
20   not, like, a personal attack.  It's not anything    03:24:14
21   personal.  It has to do with the principle of the
22   matter about the vaccines.  It's nothing personal.
23   It's just I felt bad and wanted her to know it's not
24   anything personal and, you know, justice just needs
25   to be served.                                     03:24:30
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanyan - March 14, 2019

```
 1          Q    Right.  So when you say "I feel so bad" --
 2          A    Right.
 3          Q    -- that's how you felt at the time on
 4     June 8?
 5          A    I feel bad that I have to involve her      03:24:36
 6     because I ended up liking her.  She also near the
 7     end was discussing of having play dates with our
 8     kids together.  So, I mean, of course I feel bad.
 9     But how can I bring up this vaccine issue without
10     including her.  That was a big -- they can't undo    03:24:58
11     that.
12          Q    Right.  And when it says here -- this is
13     reading from page 3860 -- "My cousin Liana is an
14     attorney" --
15          A    Well, she's not my cousin.  I don't know   03:25:09
16     why I worded it cousin.  It's general.
17          Q    Just let me finish the thought there.  It
18     says, "My cousin Liana is a attorney here in
19     Glendale, and she went through my case and found the
20     social workers in the beginning of the case (not     03:25:25
21     Maral) did something illegal and deceptive."
22               So two questions:  No. 1, when you say
23     "the social workers in the beginning of the case,"
24     who do you refer to?
25          A    Sosa.                                      03:25:41
```

Page 214

Lucy Ulikhanian - March 14, 2019

```
1        Q     Sosa.  Right.  And when you say "not
2    Maral," does that mean --
3        A     Maral didn't take away my kid.  The
4    deceptive removal was Sosa, not Maral.
5        Q     So aside from this -- turn this exhibit to    03:25:53
6    the side just for one second -- do you believe that
7    the vaccination was procured by deceptive means?  Do
8    you think -- that was a little ambiguous.  Let me
9    rephrase that.
10            Do you think that Ms. Helwajian was          03:26:04
11   deceptive with the juvenile court in the way that
12   she filed her reports or did anything to get the --
13       A     Again, I need a clear picture as to who
14   decided and had the authority to say we're taking
15   this to the judge.                                    03:26:24
16       Q     Right.
17       A     Was it a combined agreement between
18   Stephen?  Was it -- Stephen Carey?  Was it just
19   Maral?  Was it -- I don't know.  I need a clear
20   answer on that.                                       03:26:38
21       Q     Okay.
22       A     Maybe it was at the time deceptive because
23   her and I were not getting along at that time.  I
24   got really upset with her that she was being lazy.
25   I told her, I said you're being lazy and you're just  03:26:55
```

Page 215

Lucy Ulikhanyan - March 14, 2019

```
 1    making statements in the MAT meeting offhand, and

 2    you're not looking in the paperwork.

 3         Q    But are you telling Lusine here that you

 4    don't think Maral did anything illegal or deceptive?

 5         A    That's not what that's saying.          03:27:06

 6         Q    I meant that's what I'm asking you.

 7         A    It's just regarding the deceptive removal.

 8    She has nothing to do with that.

 9         Q    The removal, okay.

10         A    Yeah.                                    03:27:17

11         Q    All right.  And then it continues,

12    "She" -- referring to your attorney -- "found they

13    lied and withheld crucial evidence from the

14    application for warrant" -- again, you're going on

15    about the warrant.                                 03:27:27

16         A    Uh-huh.

17         Q    And then the next page, 3861 --

18         A    I did my best to try to explain.  I may

19    have been incorrect places.

20         Q    And then it says on the top, "They didn't 03:27:35

21    let the judge know purposely of the family law order

22    finding Brian guilty of sexual abuse and his

23    restricted visitation and left that paperwork out."

24         A    Uh-huh.

25         Q    Was that your belief?                    03:27:52
```

Page 216

Lucy Ulikhanov - March 14, 2019

```
 1         A     "They" is Maria Sosa, Vicki Ramirez.

 2         Q     Now, is it your belief today that they

 3    left out the family law order finding Brian guilty

 4    of sexual abuse in the warrant application?

 5         A     I know that's what they did because they      03:28:15

 6    didn't present it.  It wasn't mentioned at all.  And

 7    after I told her several times about it and asked

 8    her if she wanted a copy right there by my printer.

 9         Q     Very good.  And then when it says that

10    they didn't let the judge know purposely also about   03:28:25

11    Brian's restricted visitation, is it your testimony

12    today that Ms. Sosa also left that out of her

13    warrant application?

14         A     It was -- yes.  I believe so.

15         Q     Okay.  Did any other social workers leave   03:28:41

16    that information out of any other paperwork?

17         A     Every social worker except for the new

18    ones that took over --

19         Q     Okay.

20         A     -- disregarded that.  I told Vicki Ramirez  03:28:54

21    about it, I told Tigerino about it.  I offered to

22    make a copy for Sosa in my office on a recording

23    that she allowed for me to record -- especially

24    there's a sign outside my house, by the way, that

25    says I'm allowed to -- there's recording going on in  03:29:14
```

Page 217

Lucy Ulikhanian - March 14, 2019

```
 1    the house.
 2           She allowed me to record her in the
 3    interview, and in there you hear me bring up the
 4    case and the judge's name and what it's referenced
 5    to, and she just says, "I already know about that.    03:29:25
 6    Let's move forward."  So she already said that.
 7    It's clear as day.  You can hear it.  She knew very
 8    well and purposely left that out to try to make it
 9    appear that I was making baseless claims against the
10    father.                                               03:29:42
11           And then it shows in the reports that she
12    was siding with the father saying she was going to
13    help him get his visits.  Yet he did not exercise
14    his rights for over a year.
15       Q    Okay.                                         03:29:52
16       A    He did not care to.  Instead, he just
17    harassed us and threatened us and came by the house
18    and did all sorts of things.
19       Q    On the very bottom of this page, 3861, it
20    says, "Liana was only suing the social workers who    03:30:06
21    took Penelopy but not Maral, et cetera, and that was
22    very clear."
23       A    That's what I thought.  That's what I
24    thought was going on.
25       Q    Okay.                                         03:30:17
```

Page 218

Lucy Ulikhanyan - March 14, 2019

```
 1        A    I didn't know that Maral had to be brought

 2   into -- but I guess it makes sense.  She was in the

 3   e-mails.  She's a part of it.

 4        Q    Okay.  Then it continues "But later" --

 5        A    I'm not an attorney.  So I don't --          03:30:31

 6        Q    Then it continues "But later when Liana

 7   filed" -- it says "filled" but I'm assuming you

 8   meant "filed."

 9        A    Yeah.

10        Q    -- "the most recent amended Complaint, she    03:30:42

11   added Maral in with another regarding only the

12   vaccine issue" --

13        A    Right.

14        Q    -- "because there were e-mails by her and

15   Stephen about it."                                      03:30:51

16        A    Right.  That's what I meant.  I said, you

17   know, feeling bad, this is only regarding the e-mail

18   issue.  I'm not trying to go after Maral for her

19   deceptively removing my kid or anything like that

20   because she didn't do that.                             03:31:06

21        Q    Is it your understanding that in this

22   lawsuit when Maral was added, that she was only

23   being sued for the vaccine issues?

24        A    At the beginning, that's what I believe it

25   to be, that she was only being sued for the vaccine    03:31:16
```

                                                    Page 219

```
 1    issue.  Is that still true?

 2         Q    That's a question between you two that you

 3    guys can answer off the record.

 4              And then it continues, "But to be clear,

 5    Liana is not suing Maral for all other things."  Was      03:31:32

 6    that your belief?

 7         A    At that time I sent that, yeah.

 8         Q    Is that your belief as you sit here today?

 9         A    I don't know.  There might be other things

10    that may come up.  I don't know.                          03:31:44

11              MS. SEROBIAN:  Objection.  Calls for a

12    legal conclusion.  Witness said she does not

13    understand.

14    BY MR. GRAHAM:

15         Q    Is it your belief as you sit here today        03:31:50

16    that it is a true statement that Liana is not suing

17    Maral for all the other things?

18         A    I believe it to be so.

19         Q    And then it says, "I didn't find out till

20    later, and Liana filed before I could read the           03:32:03

21    Complaint."  Is it true that the Complaint adding

22    Maral was filed without you reading it?

23         A    Well, I felt bad; so I kind of worded

24    that -- you know, she did mention to me, you know --

25    I just said do what you need to do to get the case       03:32:19
```

```
 1    done.  So I gave my authority to her to do that.

 2    But I felt bad.  So I didn't know.  I just wanted

 3    Maral to know it's not, like, personal.

 4         Q    Okay.  And then it continues, "And now

 5    it's too late."                                    03:32:36

 6         A    Yeah.  I just wanted to -- I felt so bad.

 7         Q    And then it says, "Please tell Maral this

 8    and that I'm so very sorry and to understand that

 9    it's only her e-mails reg" --

10         A    Regarding.  It means for regarding.       03:32:50

11         Q    -- "vaccines that got submitted and that I

12    like her very much and that it is not personal at

13    all."

14         A    Right.

15         Q    When you say "I'm so very sorry," is that  03:33:01

16    still how you feel today?

17         A    No.  I'm sorry that, yeah, that she made

18    the choices that she made if that's the choices that

19    she made.  Again, it's not clear to me who in DCFS

20    said okay, this is what's going to be done.  I'm     03:33:21

21    going to take the authority and make this happen.

22         Q    Right.  And then after the two periods --

23    again we're on page 3862 -- it says, "Not only that,

24    I had no idea my lawyer was going to do that.  And

25    later" -- next page -- "she said she had no choice.  03:33:42
```

Page 221

Lucy Ulikhanova - March 14, 2019

```
1    I feel so horrible about this, and I hope Maral
2    doesn't take it the wrong way."
3         A    Yeah.  Personally.  Yeah.
4         Q    Did you not want to sue Maral?
5         A    I had -- in order to -- this is about my        03:33:58
6    kid.  So no.  Who likes to do that?  I don't like --
7    this is my first lawsuit suing anybody.  This is --
8    so I mean, who wants to get involved in that?  I
9    liked her near the end, but she did things -- does
10   that make her, you know, innocent and not have to      03:34:23
11   deal with the repercussions?  No.  She should -- if
12   she did something illegal, she should have to --
13   she's not above the law.
14        Q    Now --
15        A    It's a principle thing.  It's about my        03:34:39
16   daughter.  I cannot unvaccinate her.
17        Q    This was sent in June 2018; is that
18   correct?
19        A    If it says June 2018.
20        Q    It doesn't say the year.                      03:34:50
21        A    Then I don't know the date.
22        Q    And you had an open DCFS case in
23   June 2017, no?
24        A    When I sent this, there was no open DCFS
25   case.                                                   03:35:00
```

Page 222

Lucy Ulikhanov - March 14, 2019

```
 1        Q    Did you have an open DCFS case in
 2   June 2017?  Please don't look at your notes.  In
 3   June 2017, was your DCFS case open?
 4        A    I believe so, yeah.  Because in
 5   November 2017 she returned to me.  This is after.      03:35:16
 6        Q    And we're not in June 2019 yet, are we?
 7        A    Right.  This is after.  After the case
 8   closed.
 9        Q    And we're only --
10        A    Well, what do you think?  Look at the date    03:35:28
11   that she filed and you'll know the date; right?  The
12   date that my attorney filed the paperwork.  I'm
13   discussing Liana, my lawyer.  And there was nothing
14   ever filed during the -- anything filed against DCFS
15   during the juvenile case being open.                    03:35:47
16        Q    So this conversation would have been in
17   June 2018; is that correct?
18        A    I don't know.  I have to go check the
19   date.
20        Q    Okay.  If you can please turn to            03:35:58
21   page 3860.  Do you see the date where it says
22   June 8?
23        A    Okay.  You just pointed out the date to
24   me.  I didn't see it.  June 8.  Yeah.  Well, it had
25   to be.                                                  03:36:19
```

Page 223

Lucy Ulikhanyan - March 14, 2019

```
1              THE WITNESS:  When did you file the --
2      BY MR. GRAHAM:
3         Q    Ma'am, this is your deposition.  It's not
4      hers.  I'm the one asking the questions.  Is there
5      any way that this message could have been sent in        03:36:30
6      June 2017?
7         A    No.  It would be 2018.  Of course.  It
8      wasn't during the...
9         Q    Did you get a copy of the juvenile case
10     files before this lawsuit was filed?                      03:36:47
11        A    I don't remember.  I was having difficulty
12     having them released to me.  It was a big problem.
13        Q    Okay.  Do you claim that Maral Helwajian
14     presented any false facts or information to the
15     juvenile court in order to have P.G. vaccinated?          03:37:54
16        A    I don't know.  I didn't see her there that
17     day.
18        Q    This is an allegation from paragraph 186
19     from the Complaint.  You allege that to the extent
20     that any of the immunizations were ordered by the        03:38:11
21     court, that they were achieved by the presentation
22     of false facts and information.
23        A    I don't know what that means.
24        Q    Do you have any evidence to support that
25     allegation?                                               03:38:23
```

                                                    Page 224

1          MS. SEROBIAN:  Objection as to calls for

2     speculation, lack of foundation of legal conclusion.

3          THE WITNESS:  I don't know how to answer

4     that because she wasn't there that day on that

5     hearing.

6     BY MR. GRAHAM:

7          Q    Do you have any reason to believe that

8     Ms. Helwajian presented any false facts in order to

9     achieve P.G.'s vaccination?

10         A    Again, was Maral the one who was trying to       03:38:44

11    achieve vaccination, or was it a combined decision?

12    Because it said DCFS.  Until I get a clear answer on

13    that, it's very difficult for me to answer future

14    questions regarding --

15         Q    Do you have any evidence that Maral            03:38:59

16    presented false facts to the juvenile court to have

17    Penelopy vaccinated is the question.

18         A    No.  I don't know.  No.

19         Q    You don't have any evidence?

20         MS. SEROBIAN:  Objection.  Asked and              03:39:10

21    answered.  The witness said she doesn't know.

22    BY MR. GRAHAM:

23         Q    You don't know if you have any evidence?

24         A    I don't know.  Let's leave it at I don't

25    know for now.                                          03:39:19

                                              Page 225

Lucy Ulikhanova - March 14, 2019

```
 1              MS. SEROBIAN:  Calls for a legal
 2      conclusion what is "evidence."  Witness does not
 3      know what is "evidence."
 4      BY MR. GRAHAM:
 5          Q    You won't tell me if you have any reason
 6      to believe that she presented false facts?
 7          A    No.  Just -- no.  I'm confused by this.  I
 8      don't -- again, she wasn't there during the hearing.
 9      So how do I know it's Maral asking just for this or
10      if it's -- if it's the whole department on behalf of     03:39:43
11      Maral instigating this.
12          Q    So you don't know.
13          A    I don't know.
14          Q    You don't know.
15          A    Okay.  Leave it at I don't know.  That's     03:39:51
16      what I said.
17          Q    So you don't know.
18              Now, you also allege that the immunization
19      was achieved by excluding exculpatory facts.
20          A    I have no idea.  This is legal stuff.     03:40:07
21          Q    I was testing if you knew what
22      "exculpatory" meant.
23              MS. SEROBIAN:  Objection.  Calls for a
24      legal conclusion, speculation, lack of foundation.
25      ///                                                 03:40:15
```

                                                    Page 226

Lucy Ulikhanov - March 14, 2019

```
 1    BY MR. GRAHAM:

 2        Q    I'm going to ask the same questions about

 3    Stephen Carey.  Do you have any reason to believe

 4    that he presented false facts or information in

 5    order to get Penelopy vaccinated?                    03:40:25

 6             MS. SEROBIAN:  Standing objections.

 7             THE WITNESS:  Yeah.  I don't know.

 8             MS. SEROBIAN:  Lack of foundation,

 9    speculation, calls for a legal conclusion.

10             THE WITNESS:  Could it be that the false    03:40:32

11    facts that he presented the supplemental report to

12    paint me in a bad light, and that would help him to

13    get a yes approval from the judge?  Maybe.  So I

14    don't know if that falls under evidence or not.

15    BY MR. GRAHAM:                                       03:40:49

16        Q    But you don't know for sure?

17        A    I don't know.

18        Q    Okay.  All right.  As of this date, as of

19    June 8, 2018, were you represented by Ms. Serobian?

20        A    I believe so.                               03:41:05

21        Q    Okay.  And at that point, did you know

22    that Ms. Helwajian was represented by an attorney?

23        A    I don't think so.

24        Q    Why didn't you reach out to her directly?

25        A    Oh, wait.  I forget.  Sorry.  Yeah.  Maybe  03:41:19
```

Page 227

Lucy Ulikhanyan - March 14, 2019

```
 1    I did -- maybe I did have a conversation with my

 2    lawyer about her, about her being represented or

 3    something.

 4        Q    I'm just curious why you sent this to

 5    Lusine to tell her --                              03:41:39

 6        A    Because Lusine is friends with Maral.

 7        Q    Are there any other social workers that

 8    you've been texting like this at DCFS?

 9        A    Other social workers?

10        Q    Yeah.  Or HSAs, any DCFS employees that   03:41:52

11    you're in regular contact with?

12        A    No.  Just Lusine.

13        Q    Okay.  That's it.

14        A    I made some friends with some of the --

15    some of the monitors I liked.                      03:42:05

16        Q    Hopefully they're not all bad; right?

17        A    No.  No.  I never said that to begin with.

18        Q    Just a little lawyer humor.

19             That's all I've got.

20             MS. SEROBIAN:  All right.  Okay.  So this  03:42:20

21    is -- some of this you already introduced, but I

22    prepared, so I'm just going to go over them.  So

23    there may be an overlap in evidence presented.  This

24    is plaintiff's No. 3.

25             (Exhibit 3 was marked for identification.)
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanov - March 14, 2019

```
 1                        EXAMINATION

 2    BY MS. SEROBIAN:

 3         Q    Lucy, can you please take a look at this

 4    e-mail and tell us who it is between and what does

 5    this represent to you.                            03:43:06

 6         A    Okay.  This is from Stephen Carey to me,

 7    his response to my asking if he knows if Mary Lou

 8    has vaccinated Penelopy without my knowledge.

 9         Q    Uh-huh.  And what is the date of this

10    e-mail?                                           03:43:22

11         A    March 31, 2016.

12         Q    And what does he say?

13         A    "I spoke to Mary Lou yesterday.  Penelopy

14    be has not been vaccinated."

15         Q    Uh-huh.  And what was he responding to?   03:43:35

16    What was your earlier e-mail?

17         A    Would you like me to read it?

18         Q    You can review it and summarize.  You

19    don't have to read the whole e-mail.

20         A    I basically said that I wanted to know if  03:43:46

21    without my knowledge that she was vaccinated, pretty

22    much, and I was concerned about that.

23         Q    Can you please take a look at No. 2 of

24    your e-mail and read that first paragraph to us,

25    please.                                            03:44:09
```

Lucy Ulikhanov - March 14, 2019

```
 1      A      "If not or not to your knowledge,

 2             I ask that please you contact Mary

 3             Lou to ask if she has or with the

 4             father taken Penelopy to get

 5             vaccinated without my knowledge or          03:44:18

 6             DCFS knowledge.  I want a answer.  I

 7             was awarded full sole legal and

 8             physical custody, and Penelopy is not

 9             under jurisdiction of dependency

10             court.                                       03:44:31

11             "I have asked before.  So now I

12             demand an answer.  Please respond" --

13             it's together -- "a timely manner as

14             I didn't get one asking this months

15             ago.  Please document Mary Lou's             03:44:42

16             answer.

17             "I find it odd Penelopy has been

18             sick since January 2016.  This has

19             never happened to her where she's

20             been sick three months straight."            03:44:55

21      Q      Okay.  Can you go on to finish the e-mail.

22      A      "I'm concerned my authority as a

23             mother has been undermined.  I have

24             my own valid reasons to not vaccinate

25             Penelopy at this time.  And only             03:45:06
```

Page 230

```
 1                   thing I can assume possibility why

 2                   she has been sick for so long and

 3                   first time in this manner could be

 4                   from a possible side effect by a

 5                   vaccination.                           03:45:17

 6                       "My late father treated many

 7                   children who had adverse to near

 8                   deathly reactions to vaccines.

 9                   Please respond to this timely.  I

10                   have waited long.  Thank you."        03:45:26

11        Q    So what does this e-mail communicate to

12   him back in March of 2016?

13        A    It communicate --

14        Q    In summary.

15        A    That I want to know if Mary Lou has done   03:45:38

16   anything behind my back.  I noticed Penelopy was

17   sick.  It could have been a cause for side effect of

18   vaccination, but then she did get better.  But when

19   the vaccinations start to become, she was pretty

20   much sick often.  And it didn't stop.  But before    03:46:04

21   her being taken away, she was rarely sick.  She was

22   rarely sick like this.  So I mean...

23        Q    Uh-huh.

24        A    It was constant, you know.  She was

25   constantly sick with something, coughing, sneezing,  03:46:15
```

Page 231

Lucy Ulikhanova - March 14, 2019

```
 1    fever, this, that.  I don't know.
 2         Q    Would this e-mail also communicate to
 3    Mr. Carey that you objected to your child being
 4    immunized?
 5         A    Yes.  I think it's pretty clear.          03:46:30
 6         Q    Okay.  Moving on to plaintiff's 5.
 7              MR. GRAHAM:  I just want to insert one
 8    objection to this exhibit.  I don't think it's the
 9    whole e-mail chain.  I don't know if it is.
10              MS. SEROBIAN:  Looks like the whole e-mail    03:46:44
11    chain.
12              THE WITNESS:  It is.  I sent him the
13    bottom portion here, and then he replied.
14              MS. SEROBIAN:  Okay.  This is plaintiff's
15    No. 5, please.  I think I gave you that already.  Is    03:46:55
16    that correct?
17              MR. GRAHAM:  Yep.  I do.
18              MS. SEROBIAN:  5, please.  Plaintiff's
19    No. 5, please.
20              (Exhibit 5 was marked for identification.)    03:47:17
21    BY MS. SEROBIAN:
22         Q    Can you again please read for us who is
23    this e-mail communication, who are the parties to
24    this e-mail communication, and also the date of the
25    e-mail.  Not the one that you forwarded to me but     03:47:28
```

Page 232

Lucy Ulikhanova - March 14, 2019

```
1     the actual e-mail between the parties in this case.

2          A     The top section?

3          Q     As I said, not the part where you

4     forwarded it to me but the e-mail.

5          A     Okay.  From me to Stephen, cc'd to Ronald        03:47:42

6     Funk, Rachel Raymond.

7          Q     And what is the title of this --

8          A     Waiver vaccine.

9          Q     What is the date of this e-mail?

10         A     April 6, 2016.  8:31.                            03:47:54

11         Q     Can you read the content of that e-mail.

12         A     "Don't know why if it's any use, but

13    here's a vaccine waiver I signed when I took

14    Penelopy to pre-K.  Saint Mark's private school."

15         Q     Is there something attached to that           03:48:13

16    e-mail?

17         A     Yes, there is.

18         Q     What is the attachment to this e-mail?

19         A     Physician's report, childcare centers.

20    Parent's consent.  And then the next page, I believe     03:48:24

21    it's out of order.

22         Q     What is the title of the next page?

23         A     Refusal to vaccinate.

24         Q     Who is it signed by?

25         A     Signed by me, and I'm assuming the witness    03:48:41
```

Page 233

Lucy Ulikhanova - March 14, 2019

```
 1     is the nurse inside the pediatrician's office.

 2          Q     What is the date of this refusal to

 3     vaccinate?

 4          A     11/13/2012.

 5          Q     What is the next page that was attached to      03:48:58

 6     this e-mail?

 7          A     Personal beliefs exception to required

 8     immunizations.

 9          Q     Who is this signed by?

10          A     It is signed by me.                             03:49:04

11          Q     And what is the date of your signature?

12          A     September 25, 2014.

13          Q     Uh-huh.  Now, do these appear to be

14     standard forms to you?

15          A     Vague.  Can you describe what means            03:49:18

16     "standard."

17          Q     Were these given to you as standard forms

18     to fill out either by the school or the physician's

19     office?

20          A     Correct.                                        03:49:31

21          Q     Is there any part here where you could

22     fill in information?  Does it permit you to fill in

23     personal information such as your family history of

24     any sickness or child's history of any sickness?

25          A     Let me take a look.                             03:49:50
```

                                              Page 234

Lucy Ulikhanov - March 14, 2019

```
 1        Q    And I'm asking for all three forms.  So

 2   please take a look for all three forms.  Is it

 3   allowed for them any type of personal information?

 4        A    In the first form, there's nothing here

 5   asking about my history, family history, or          03:50:00

 6   Penelopy's family history.  On the second form

 7   entitled refusal to vaccinate, I'm looking here.

 8   There's no place to put in anything about family

 9   history of autoimmune diseases or that nature.

10   Nothing.  On the last form titled personal beliefs   03:50:22

11   exemption to required immunizations, again I find no

12   area to list any family history.

13        Q    Now, going back to the physician's report

14   form that also has Saint Mark's Day School here

15   filled in, was this sufficient for you to enroll     03:50:40

16   your child in a school setting without having her

17   immunized?

18        A    Yes.

19        Q    Uh-huh.

20             MR. GRAHAM:  I am going to object.  Vague   03:50:53

21   as to time.

22   BY MS. SEROBIAN:

23        Q    When you enrolled your child -- when did

24   you enroll your child in the Saint Mark's Day

25   School?                                              03:51:04
```

Lucy Ulikhanov - March 14, 2019

```
 1        A      Approximately that time, September 2014.

 2        Q      Uh-huh.  And what did they ask you to

 3   provide to them before your child could be enrolled

 4   in their school?

 5        A      The personal beliefs exemption and to take      03:51:16

 6   this paperwork -- I believe they told me take this

 7   paperwork to your doctor.

 8        Q      Uh-huh.  And when you submitted these

 9   documents to them, were they able to successfully

10   enroll your child in their school in September 2014?      03:51:31

11        A      Yes.

12        Q      Did they ask for any type of medical

13   exemption letter from a doctor before enrolling your

14   child in their school?

15        A      No.                                              03:51:45

16        Q      So your signature declining -- or the

17   title is refusal to vaccinate.  Your signature on

18   this form and your signature on the personal beliefs

19   form together with your doctor's signature showing

20   that you have declined was sufficient to enroll your      03:51:58

21   child in the school.

22        A      Yes.  Correct.

23        Q      Okay.  Moving on to plaintiff's No. 7.

24           (Exhibit 7 was marked for identification.)

25   ///
```

Lucy Ulikhanova - March 14, 2019

```
 1    BY MS. SEROBIAN:

 2        Q    Okay.  Can you please again go ahead and

 3    tell us what is this e-mail communication, the date,

 4    parties involved.

 5        A    From Stephen Carey; subject, Lucy          03:52:38

 6    Ulikhanova set on hearing.  The date is June 3,

 7    2016, 2:29 P.M., and it's also to R. Funk.

 8        Q    So who are the recipients of this e-mail?

 9        A    Lucy Ulikhanova and cc to Maral Helwajian.

10        Q    What is the content of the e-mail?  You     03:53:09

11    can summarize to us if you don't want to read the

12    whole paragraph.

13        A    It's to let me know that they've initiated

14    a hearing so they could have the judge hear DCFS's

15    request for vaccination and temporary restraining    03:53:25

16    order.

17        Q    Now, as to -- as to No. 2, can you read

18    exactly what the e-mail says.  Where it says 2.

19        A    "The court order Penelopy be vaccinated so

20    she can attend school."                              03:53:45

21        Q    Now, specifically as to "so she can attend

22    school," are you aware or do you know whether when

23    they did request -- when Stephen Carey and copied

24    Maral Helwajian, when they requested a hearing

25    before the juvenile court on June 9, 2016, did they  03:54:01
```

Page 237

1    prepare a report and attach the documents that you

2    have provided to them, the refusal to vaccinate, the

3    personal beliefs form, and the Saint Mark's waiver

4    form?

5         A     Absolutely none of that do I remember them      03:54:16

6    submitting any of that stuff to the judge.

7         Q     So as you sit here today, your testimony

8    is that you don't -- what is your testimony?  Do you

9    remember them submitting these documents --

10        A     I don't -- I don't ever remember seeing          03:54:29

11   any of those documents being submitted to the judge.

12   I don't remember.

13        Q     Do you remember the judge discussing the

14   waiver forms that you have provided --

15        A     No.

16        Q     -- to DCFS at that hearing on June 9,

17   2016?

18        A     No, I don't remember that.

19        Q     Do you remember county counsel or any of

20   the social workers discussing any of the three        03:54:49

21   waiver forms that you have provided to them in

22   advance of the hearing?

23        A     No.

24        Q     Would you consider this to be presentation

25   of false evidence or material omission to the         03:55:00

                                                 Page 238

```
 1    juvenile court if these documents you provided to

 2    them in an earlier e-mail are missing from the

 3    reports for that hearing?

 4        A    Yes, I would say so.

 5              MR. GRAHAM:  Objection.  Leading.            03:55:14

 6              THE WITNESS:  I would agree if they

 7    intentionally left it out.  Because when the answer

 8    came back around to us whether we agreed or not, my

 9    attorney held up an e-mail regarding my conversation

10    with the lady who does homeschooling centers where    03:55:30

11    parents meet to do homeschooling.  And it's me

12    asking her for information, and this was way before

13    they took my child from me.  So it was me

14    considering that option if ever a mandate did come

15    down, that I would do homeschool.  So I asked her     03:55:44

16    for information.

17              I printed that out, I gave that to my

18    attorney.  He raised that up.  I didn't need to make

19    more copies of this stuff here as in the e-mails

20    telling them that I don't want the vaccination and    03:55:56

21    exemption -- I mean the personal beliefs refusal

22    paperwork because they already had that.  I e-mailed

23    that stuff to them.  They were very good at sending

24    all my e-mails that they cherry-picked and used that

25    they wanted the judge to see.                         03:56:15
```

Lucy Ulikhanov - March 14, 2019

```
 1              And for some reason, things like this were

 2      not -- we didn't hear about it.  Because my attorney

 3      held up the e-mail saying listen, my client is

 4      refusing the vaccination issue.  And to be honest,

 5      Ronald Funk didn't have that much time to get          03:56:29

 6      involved in the vaccination.  It was pretty

 7      last-minute stuff.  And he raised it up and said

 8      this is a conversation showing that my client was

 9      looking for homeschooling rather than to vaccinate.

10      And they just closed him down.                          03:56:47

11      BY MS. SEROBIAN:

12          Q    Did the judge permit your attorney to

13      present evidence as to either any of the waivers

14      that you had previously signed or your plan for a

15      school that would not require immunization?  Did the   03:56:59

16      judge allow your attorney to present this evidence?

17          A    I don't know.  I don't know.  I just know

18      that I sent the e-mails.

19          Q    No.  When you were there.  You said he was

20      trying to present --                                    03:57:13

21          A    Oh.  Yeah.  The bailiff didn't take it.

22          Q    They didn't take the form.

23          A    Right.

24          Q    So your evidence that you had with you

25      that day were not taken into evidence; that's your     03:57:21
```

Page 240

1    recollection.

2         A    Right.

3         Q    And you do not remember whether -- and

4    you --

5         A    I don't remember the judge ever going        03:57:31

6    through this stuff and saying here I have from the

7    mother a personal, you know, refusal.  I didn't hear

8    any of that.

9         Q    Do you remember whether in a report for

10   that hearing -- presumably there was a report for      03:57:46

11   that hearing, the June hearing -- whether any of the

12   defendant social workers, being Carey and Helwajian,

13   whether they included these forms as attachments to

14   that report?

15        A    I don't remember anything like that being    03:58:05

16   attached.

17        Q    Okay.  All right.  Now, also, still on

18   Exhibit 7 of the plaintiffs, here the reasoning that

19   Stephen Carey is giving to -- for the hearing on

20   June 9 to get court order to immunize your child       03:58:29

21   against your wishes is so she can attend school.

22        A    Uh-huh.

23        Q    Is that --

24        A    That's what it says.

25        Q    Is that what it says?  Okay.  Now, did       03:58:41

Page 241

Lucy Ulikhanyan - March 14, 2019

```
 1    Stephen Carey or Maral Helwajian ever ask you
 2    whether you permit your child to be enrolled in a
 3    school setting?
 4         A    Did they ask me --
 5         Q    For your permission.                        03:58:55
 6         A    No.  They never asked.  Not even one time.
 7    Nothing.
 8         Q    Were you put under the impression that you
 9    did not have a right to make educational decisions
10    for your child?                                       03:59:07
11         A    The impression that I didn't have a right,
12    that's what it felt like, yes.
13         Q    Did you feel like you could tell them that
14    you refuse your child to go to school and therefore
15    no immunization was needed?  Did you feel you could  03:59:17
16    do that?
17         A    I remember having a discussion with Maral
18    saying that I decide if I want my daughter in
19    kindergarten.  I'm not ready to put her in
20    kindergarten.                                         03:59:33
21         Q    And what was the answer Maral gave you
22    when you said that?
23         A    She didn't answer me back.
24         Q    Were you just informed that your child was
25    going to go to school, the decision was made already
```

Page 242

Lucy Ulikhanian - March 14, 2019

```
 1    and she needs to be immunized?
 2         A    Right.  Mary Lou wants to put her in
 3    school, and...
 4         Q    And that was the reason used to get an
 5    order to immunize her?  Was that the reason given to      03:59:51
 6    you?
 7         A    I don't know what -- yeah, I guess it was
 8    about school.  They used school.  But I don't know
 9    who --
10         Q    I'm not asking who.  I'm asking whether        04:00:02
11    that was the reason given to you --
12         A    That was the reason.
13         Q    -- to get a court order to immunize her.
14         A    Yes.  It was school.
15         Q    But none of the defendants here, Maral         04:00:09
16    Helwajian or Stephen Carey, asked you for permission
17    to enroll your child in school.
18         A    Right.  They never did.
19         Q    Did you ever object to your child being
20    enrolled in kindergarten since she was not enrolled      04:00:23
21    when she was under your care?
22         A    I told that to Maral in the phone call.
23         Q    And what was the answer again?
24         A    She didn't respond.  She just changed the
25    subject talking about Mary Lou and something else        04:00:35
```

Page 243

Lucy Ulikhanov - March 14, 2019

```
1     and the father and Mary Lou's day care and I don't

2     know.  Mary Lou wants her in school.

3          Q    So the end result was that over your

4     objection for enrollment in kindergarten and

5     immunization of your child, your child was enrolled      04:00:51

6     in school and immunized for that purpose; is that

7     correct?

8          A    Yes.

9          Q    Moving on to plaintiff's Exhibit 9.

10          (Exhibit 9 was marked for identification.)

11    BY MS. SEROBIAN:

12         Q    Oh, yes.  Going back to your wish for your

13    child not to be enrolled in school, after that

14    June 9 or overlap 10 hearing -- and I'm going to

15    give Exhibit 9 for now, but the question is a          04:01:26

16    followup after Exhibit 7.

17              At the June 9 or the later June 10

18    hearing -- at the June 9 or the later June 10

19    hearing for which you were noticed and you were

20    present from what I understand, do you remember       04:01:43

21    county counsel or the social worker discussing the

22    fact that you did not want your child enrolled in

23    school at all?

24         A    No, they did not.  That I didn't want --

25    they didn't discuss that.                             04:01:57
```

Page 244

Lucy Ulikhanyan - March 14, 2019

```
 1        Q    Do you remember whether in the reports

 2   prepared by DCFS case-carrying social workers -- it

 3   appears at that time it were the defendants here,

 4   Maral Helwajian and Stephen Carey -- did they

 5   include in their reports that you did not wish your     04:02:14

 6   child to be enrolled in kindergarten?

 7        A    No, they did not.

 8        Q    Did they include in their reports that

 9   your child legally was not due to be enrolled in

10   school?                                                 04:02:26

11        A    No, they did not.

12        Q    What is your understanding as to when your

13   child was legally to be enrolled in school?

14        A    Are we talking about first grade or

15   kindergarten?                                           04:02:38

16        Q    No, legally.  When you as a parent under

17   the -- do you have an understanding when it is?

18        A    It's been so long that I've looked at

19   that.  I've contacted GUSD and the school to ask

20   them.  They said due to her birthdate falling on       04:02:51

21   November of 2010, that she wouldn't be able to

22   legally enter the school system until I guess the

23   next following year.

24        Q    The following year.

25        A    I don't remember right now.  It was so       04:03:06
```

Page 245

```
 1    long ago.  But there was something to do with that.
 2         Q    When your child was under your care in the
 3    fall of 2016 before her removal in January -- I'm
 4    sorry.  Strike that.
 5              When your child was under your care in the      04:03:19
 6    fall of 2015 before her removal from your physical
 7    custody by DCFS in January 2016, was she legally due
 8    to school?
 9         A    No.  She was not legally required to be in
10    school.                                                  04:03:36
11         Q    And so you as a parent made a decision not
12    to enroll her in kindergarten at that time.
13         A    At that time, yes.
14         Q    And the next grade up would have been
15    first grade; correct?                                    04:03:52
16         A    Correct.
17         Q    Okay.  Now, I gave Exhibit 9.  What is
18    Exhibit 9?  Can you again tell us the parties to
19    this e-mail, the subject, date, and summary.
20         A    It's from me to Carey and cc'd to many         04:04:12
21    individuals.  Do you want me to name them?
22         Q    No.  But just relevant if any of the
23    defendants here in this e-mail.
24         A    The defendants in this e-mail.
25         Q    Let me be more clear.                          04:04:28
```

Page 246

```
 1        A     To Carey.

 2        Q     You see Carey --

 3        A     I see Carey.

 4        Q     -- and Helwajian in this e-mail?

 5        A     I don't see Helwajian.  Maybe -- yeah.      04:04:34

 6   Helwam.  Yeah.  I see that.  I don't know -- okay.

 7        Q     Do you believe helwam@dcfs.lacounty.gov is

 8   the e-mail for Defendant Maral Helwajian?

 9        A     Yes.

10        Q     Okay.  Now, please go ahead and tell us       04:04:53

11   again the parties to this e-mail, the date of the

12   e-mail, and the content in summary.

13        A     The date of the e-mail is June 4, 2016.

14   It's regarding vaccines.  And it's to Carey and cc'd

15   to many individuals, one being Helwajian and another   04:05:16

16   my attorney, Funk.  And what did you want me to do?

17        Q     What is the summary of this e-mail?

18        A     The summary, okay.  First I'd like to say

19   I was in an emotional state when I wrote this; so

20   there's exclamation marks in it.  I was just ranting   04:05:38

21   on.  I was really upset and angry.

22        Q     About what?  What were you upset and angry

23   about?

24        A     About Stephen's notice to hearing for the

25   vaccination issue.                                     04:05:54
```

Page 247

Lucy Ulikhanov - March 14, 2019

```
 1        Q    Were you upset that while having your

 2   signed refusal to vaccinate your child and the

 3   personal beliefs form and your doctor's signature on

 4   the Saint Mark's paperwork, that they were still

 5   going ahead to get a court order to vaccinate your      04:06:09

 6   child against your wishes?

 7        A    Yes.

 8        Q    Were you also upset -- what were you also

 9   upset about?  It seems like it's a long e-mail.

10        A    It's a long e-mail.  So --                    04:06:23

11        Q    Were you upset that your child was going

12   to be enrolled in school against your wishes?

13        A    Yes.  I was upset about that.  But I

14   don't -- I've already addressed that to Maral in a

15   phone call.                                             04:06:40

16        Q    Uh-huh.

17        A    Not everything was in e-mails.  We had

18   many phone calls.

19        Q    Okay.  Can you please read the

20   paragraph -- I believe it would be the second if you    04:06:50

21   count that first large as the first paragraph.

22        A    I have a cc Dr. Chachoua.

23        Q    Starting with the "you."  Second

24   paragraph, short, after the first large paragraph,

25   starts with "you."                                      04:07:07
```

Page 248

Lucy Ulikhanova - March 14, 2019

```
 1        A    Can you please just point.

 2        Q    This paragraph.

 3        A    Okay.

 4             "You know that this subject

 5        touched close to me.  You know my         04:07:14

 6        father was a pioneer leader in

 7        alternative health care in this

 8        country.  To attempt this what she's

 9        not" -- what I meant to say was

10        "when" -- "what she's not even legal      04:07:25

11        age to go to school and is not in

12        jurisdiction shows you are

13        antagonist."

14        Q    Now I want you to -- you refer in this

15   paragraph to two points.  One -- actually, three   04:07:39

16   points.  One, that this is a special topic to you

17   that you've been very passionate about.  But you

18   also talk about that your child is not in the legal

19   age to go to school.  So does this e-mail show that

20   you have communicated both to Carey and Maral that   04:07:58

21   you're against your child going to school when she's

22   not the legal age to so?

23        A    Correct.  But I also verbally said it in

24   the past, too.

25        Q    But this document said it.  This          04:08:09
```

Page 249

```
 1    document --

 2        A    This document says it, too.

 3        Q    Yeah.  And this is before the hearing;

 4    correct?

 5        A    Yes.                                    04:08:15

 6        Q    This e-mail is done before the hearing.

 7        A    This is before the -- I've also verbally

 8    discussed this with Stephen Carey in an interview

 9    that he knows that my father was renowned and he's

10    seen paperwork.  I brought some paperwork.         04:08:26

11        Q    And in this third paragraph, you make

12    another point that's important.  You say, quote,

13    "and is not in jurisdiction."  What does that mean,

14    "is not in jurisdiction"?

15        A    Under the jurisdiction of the court.  My  04:08:37

16    attorney kept telling me your daughter is still not

17    under the jurisdiction.

18        Q    What does that mean to you?  What is the

19    understanding of that to you?

20        A    Well, that I still have my parental       04:08:48

21    rights, I would assume.  They're not taken away.

22        Q    Uh-huh.  Now, before the June 9, 2016,

23    hearing -- or actually, let me say it in another

24    way, strike that and say it in another way.

25            Before your child was removed from your    04:09:08
```

                                                    Page 250

```
 1    physical custody in January of 2016, who was the
 2    legal and physical custodian of your child?
 3         A    I.
 4         Q    What type of custody did you have over
 5    your child?  Was that shared?  Sole?  What did you        04:09:23
 6    have?
 7         A    Sole physical and legal.
 8         Q    So you had sole physical and sole legal
 9    custody.
10         A    Correct.                                        04:09:31
11         Q    Were you the decision-maker over her
12    medical, educational, health care, and other similar
13    rights?
14         A    Yes.
15         Q    Did her father, Brian Garcia, have any say     04:09:39
16    as to whether your mutual child was going to be
17    immunized, not immunized at this point in time?
18         A    No.  He had no rights.
19         Q    Did her father, Brian Garcia, have any
20    legal right to enroll or not enroll her in a school?     04:10:01
21         A    No.
22         Q    Did her father, Brian Garcia, have any
23    legal right at the time to object to your legal
24    decisions over your child's medical, educational,
25    health care, and other decisions?                        04:10:21
```

Page 251

Lucy Ulikhanuan - March 14, 2019

```
 1        A    No.

 2        Q    Now, so when you reference in this e-mail

 3     "is not in jurisdiction," what are you trying to

 4     tell defendants here, Carey and Helwajian?

 5        A    What I'm trying to tell -- as best as I        04:10:35

 6     can recommunicate what my attorney told me, Ronald

 7     Funk and Sherwin Amazan, is that my rights as sole

 8     custody, physical and legal, are not taken away.

 9     That they haven't determined and taken her into

10     jurisdiction.  So it wasn't decided yet.              04:10:58

11            As a matter of fact, there were two other

12     hearings that my attorney went to, and the judge

13     kept asking DCFS you have no evidence, why did you

14     take this child.  They asked to amend the petition.

15     Same thing after the amended petition.  Again, the    04:11:11

16     judge said I still don't see any evidence of why you

17     removed this child.  And they asked him in a

18     petition again.  So this just kept prolonging until

19     we gave in because I thought I was never going to

20     see my kid.

21            But no.  I thought I had my rights before

22     jurisdiction.

23        Q    When you say "before jurisdiction," you

24     mean jurisdictional hearing, to clarify for the

25     record?                                               04:11:36
```

Page 252

1      A     Yeah.  Being taken under the jurisdiction

2   of the juvenile court system.

3      Q     When do -- so at the scheduled hearing on

4   June 9, 2016, as of that time, the hearing where the

5   court was to decide whether the allegations against          04:11:51

6   you were true or not and whether to remove the child

7   from your legal and physical custody, that hearing

8   had not taken place yet.

9      A     They never really removed -- I don't know

10   how --                                                       04:12:07

11      Q     Let me rephrase.  Maybe it was a very bad

12   question.  I'm saying that as of your e-mail on

13   June 4, 2016, the only hearing that took place

14   really was the detention hearing where temporarily

15   your child was detained from your physical custody.          04:12:28

16      A     Okay.

17      Q     The other hearing where the juvenile court

18   was to decide if the allegations against you were

19   true or not and whether your child came under the

20   jurisdiction of the juvenile court, that hearing had         04:12:40

21   not taken place yet.

22      A     No.  It had not taken place yet.  And they

23   didn't decide.  We decided to allow jurisdiction to

24   take place.

25      Q     So you're saying you settled for it.                04:12:48

                                                        Page 253

Lucy Ulikhanov - March 14, 2019

```
 1        A     We did.

 2        Q     But not yet.

 3        A     Not yet.

 4        Q     Okay.  How about as of the June 9 and

 5   maybe continue to June 10, 2016, hearing when the        04:12:56

 6   court decided to allow DCFS to immunize your child

 7   against your wishes.  Did the court have taken legal

 8   jurisdiction over your child from you?

 9        A     Can you rephrase.

10        Q     Same question.  Sorry.  Bad wording.          04:13:16

11   However, the same question.  As of the June 9 and

12   maybe continued June 10, 2016, hearings on the DCFS

13   request to immunize your child against your wishes,

14   did the juvenile court have jurisdiction over your

15   child as of then?                                        04:13:38

16        A     No.

17        Q     No.  Okay.  Do you remember when that

18   hearing, in fact, took place, the jurisdictional

19   hearing and disposition hearing when your child did

20   come under the jurisdiction of the juvenile court?       04:13:46

21        A     I don't remember.  It was much later.

22        Q     Much later.

23        A     It was much later.

24        Q     And you said you settled; is that correct?

25        A     Right.  Because this matter just was --       04:13:57
```

Page 254

```
 1     they kept asking to amend the petition, and while

 2     they're doing that, my child is gone from me.  So I

 3     was given advice that if you just jump through their

 4     loopholes and do what they're asking, you might be

 5     able to get her back quicker.                         04:14:16

 6         Q    So from January up until the time the

 7     jurisdictional hearing and disposition hearing

 8     finally took place several months later, were you

 9     just getting monitored visits at the DCFS office?

10         A    Yeah.  Getting monitored visits.  To be      04:14:29

11     honest, I don't remember when the date was that it

12     became unmonitored.

13         Q    But do you remember when your child was

14     permitted to come home on overnight unmonitored

15     visits?                                               04:14:49

16         A    I can't remember.

17         Q    Was it after --

18         A    I know she was with the aunt, Mary Lou,

19     for almost a year or a year.  And then she spent

20     three or four months with the foster care family.     04:15:01

21     So...

22         Q    Before being returned to you.

23         A    To be honest, I don't remember.  I don't

24     want to say anything and then be wrong.  I really

25     don't remember.                                       04:15:15
```

                                                    Page 255

Lucy Ulikhanov - March 14, 2019

```
 1        Q    Would April of 2017 sound about right

 2   where she was returned to you under the family

 3   maintenance case plan where you were still under

 4   court jurisdiction but you had physical custody of

 5   your child?                                      04:15:26

 6        A    Yeah.  April 2017.  Because I have the

 7   dates here; so it's easy to remember.  Yes.  That

 8   was when she was returned to me under DCFS

 9   supervision.

10        Q    Is that case plan called family        04:15:37

11   maintenance, do you remember?

12        A    Yes, I believe so.

13        Q    Uh-huh.  And when did the juvenile court

14   case completely close with returning your child to

15   your full legal and physical custody?            04:15:50

16        A    November.

17        Q    Of which year?

18        A    Same year.  Yeah.

19        Q    November 2017?  Does that sound right?

20        A    Yes.                                    04:16:01

21             MR. GRAHAM:  I'm going to object.

22   Ambiguous as to "case close."

23   BY MS. SEROBIAN:

24        Q    Okay.  Let me rephrase that.  When did the

25   juvenile court terminate its jurisdiction over your  04:16:10
```

Page 256

Lucy Ulikhanova - March 14, 2019

```
 1    child?

 2         A    I don't know the exact date.  I can give

 3    you approximate.

 4         Q    Approximate month.

 5         A    November 2017.                              04:16:15

 6         Q    Uh-huh.  And with what type of orders did

 7    the juvenile court terminate its jurisdiction over

 8    your child?

 9         A    What do you mean by "what type" --

10         Q    What type of custody orders?  Who got     04:16:27

11    custody over your child when the juvenile court

12    terminated its jurisdiction over your child in

13    November 2017?

14         A    I did, same as the family law determined.

15    Sole physical and sole legal.                        04:16:41

16         Q    Okay.  So your child's father, Brian

17    Garcia, was not given any legal rights to make

18    decisions as to her medical decisions such as

19    whether she would be immunized or not.

20         A    If he was given --                         04:17:00

21         Q    So your child's father, Brian Garcia, was

22    not given any legal rights to make medical decisions

23    for her.

24         A    I wouldn't know that.

25         Q    You got sole legal custody.               04:17:11
```

Page 257

Lucy Ulikhanova - March 14, 2019

```
 1        A     Yes, I did.  I see what you're saying.

 2        Q     So your child's father, Brian Garcia --

 3        A     Yeah.  He didn't have any -- yeah.

 4        Q     He did not have --

 5              (Simultaneous speaking; reporter

 6              interruption.)

 7   BY MS. SEROBIAN:

 8        Q     Allow me to finish, and then please

 9   answer.  So your child's father, Brian Garcia, was

10   not given any legal rights to make decisions for the     04:17:30

11   care and custody of your child; is that correct?

12        A     Correct.

13              MR. GRAHAM:  I am going to object that

14   "decisions" is ambiguous.

15   BY MS. SEROBIAN:                                          04:17:41

16        Q     I'm going to rephrase to make it more

17   clear.  So the father of your child, Brian Garcia,

18   did not have a legal right to decide whether she's

19   going to be immunized or not at that point in time,

20   November 2017; is that correct?                           04:17:53

21        A     Correct.

22        Q     Your child's father, Brian Garcia, did not

23   have the legal right in November 2017 to decide

24   whether your child would be enrolled in school or

25   not.                                                      04:18:05
```

Page 258

Lucy Ulikhanov - March 14, 2019

```
 1        A     Correct.

 2        Q     He could not object to your decision to

 3   get a medical exemption for her immunization;

 4   correct?

 5        A     Correct.                              04:18:15

 6        Q     He could not object to your decision to

 7   homeschool her if you so wished; correct?

 8        A     Correct.

 9        Q     Okay.  And DCFS at that point, November

10   2017, what was DCFS recommending as the termination  04:18:24

11   orders for your child?  What was their position?

12        A     Their position was return the child back

13   to mother with sole physical and 100 percent

14   custody.

15        Q     So what was their recommendation as to     04:18:42

16   father Brian Garcia?

17        A     No custody -- no sole and no physical

18   custody, and they dropped down his visitation to

19   only two hours once a week.

20        Q     And was that to be monitored or            04:18:55

21   unmonitored?

22        A     It has to be monitored by a supervised

23   monitor of our mutual agreement.  But we have a

24   restraining order on him; so that makes it

25   difficult.  So he has to contact the monitor, the    04:19:10
```

                                            Page 259

Lucy Ulikhanova - March 14, 2019

```
 1    monitor contacts me.

 2         Q    And why did DCFS take that position at the

 3    end?

 4         A    Because I believe so that they saw the

 5    lies that he started from the start, Brian Garcia.    04:19:20

 6    They caught up with all the things that his

 7    statements, and they found out they were

 8    inconsistent, he was lying, he was tested for

 9    methamphetamines, he missed many drug tests, he

10    was --                                               04:19:37

11         Q    When you say "tested," what do you mean?

12         A    DCFS requested a drug test on one of them.

13    He failed.  He was high on methamphetamines.  He had

14    methamphetamines.

15         Q    Is that what caused your child's removal    04:19:48

16    from the paternal aunt's home?  Was that about the

17    same time when he tested positive for

18    methamphetamine?

19         A    I don't know if that has to do with it.  I

20    think so.  I'm not sure, though.                     04:20:01

21         Q    Do you think DCFS was also concerned that

22    maybe the aunt was allowing father unmonitored

23    contact against court's orders?

24         A    I don't know.  I think they probably

25    started to think okay, maybe the mother was telling   04:20:13
```

                                                            Page 260

Lucy Ulikhanov - March 14, 2019

```
 1      the truth.  I was warning them about him and how he

 2      manipulates and lies.  And then later they caught on

 3      to that.  Not only that, he was threatening the

 4      social workers with weapons.  They have that

 5      documented.  They added that in at the last minute      04:20:29

 6      in the last hearing.

 7          Q    Do you know if DCFS social workers tried

 8      to obtain a restraining order against the father,

 9      Brian Garcia?

10          A    All I remember is Lusine and Maral texting    04:20:44

11      me that this event happened and that they went to

12      the police station to deal with it.  There was

13      also -- also based on the 730 evaluation where the

14      doctor recommended that he needs to see a

15      psychiatrist and possibly be on medication.  So it's   04:20:58

16      a combination of things that made their decision.

17          Q    What was the reason for recommending that

18      Brian Garcia be on medication?

19          A    Because of the 730 evaluation done by

20      Dr. Crespo.                                            04:21:12

21          Q    Do you know any of the -- whether he was

22      diagnosed with anything?

23          A    I think there was a mention of bipolar

24      disorder.

25               Oh, and this brings up something,
```

Page 261

Lucy Ulikhanov - March 14, 2019

```
 1      actually, while we're discussing this.  Just as they
 2      didn't submit any of the things that I asked in
 3      e-mails to give to the judge, for the Dr. Crespo
 4      hearing, Stephen Carey and Maral let me know that I
 5      would have an opportunity to present my evidence to       04:21:36
 6      Dr. Crespo before my 730 evaluation.  And when I
 7      submitted this stuff to Stephen Carey, they never
 8      gave it to him.  So during my full interview with
 9      that doctor, I had no way of defending anything that
10      I was saying about the family law hearing or             04:21:51
11      anything of that nature.
12          Q    So let me clarify.  The juvenile court
13      ordered you also to submit to 730 evaluation; is
14      that correct?
15          A    Correct.                                        04:22:03
16          Q    And you did comply with the juvenile court
17      order and submit to 730 evaluation; is that correct?
18          A    Yes, I did.
19          Q    And who was the doctor?
20          A    It was an appointed doctor, DCFS or            04:22:17
21      court's list.  Dr. Crespo.
22          Q    And when you say that the social worker
23      defendants here, Carey and Helwajian, were supposed
24      to give this doctor before your 730 evaluation the
25      certain documents that you had submitted --             04:22:39
```

Page 262

Lucy Ulikhanov - March 14, 2019

```
 1         A     That I wanted to use during my interview.

 2         Q     Was that a court order?

 3         A     Yeah.  I was told that this was something

 4    that I was allowed to do.

 5         Q     And you made that request that they          04:22:52

 6    actually forward those documents to the doctor --

 7         A     Right.  They --

 8         Q     You --

 9               (Simultaneous speaking; reporter

10               interruption.)

11    BY MS. SEROBIAN:

12         Q     You actually requested that Helwajian and

13    Carey do forward these documents to the doctor

14    before your 730 evaluation.

15         A     Correct.                                     04:23:06

16         Q     So when you got to the evaluation, what

17    did you learn?  Were those documents forwarded to

18    the doctor before the evaluation date?

19         A     No, they were not.

20         Q     Which documents were you seeking for the    04:23:18

21    doctor to have before your evaluation?

22         A     The family law order.

23         Q     What order do you mean?

24         A     The order that found the judge believed to

25    be found Brian Garcia to be guilty of the sexual       04:23:32
```

Page 263

```
1    abuse allegations.
2         Q    Of who?
3         A    My daughter.  Our daughter.
4         Q    What other orders were you hoping that
5    Helwajian and Carey would have forwarded to your 730    04:23:44
6    evaluator?
7         A    I don't remember.  But I think I also
8    included my 730 evaluation with Dr. Seuter and other
9    paperwork, various paperwork showing that my father
10   was -- you know, I wasn't delusional saying that I      04:24:02
11   knew Hillary Clinton -- because they tried to say I
12   was delusional saying I knew Hillary Clinton, but it
13   was my father's client who knew her and wrote about
14   her and placed my dad's name and wrote about my dad
15   in the book.                                            04:24:16
16             So there was that stuff I wanted to
17   present to him, too, to show him that these were
18   false allegations and accusations made about me.
19   Various different documents of that nature so that I
20   could support my case, what I was saying -- what I      04:24:29
21   was going to say to Dr. Crespo.
22        Q    Is it because that the social workers in
23   their reports presented you to be delusional and
24   mentally unstable, so you were trying to present
25   that you were actually telling the truth?               04:24:43
```

Lucy Ulikhanov - March 14, 2019

```
 1        A    Correct.

 2        Q    Okay.  Now, earlier defense counsel was

 3   asking you whether you feel bad about suing Maral.

 4        A    Right.

 5        Q    Uh-huh.  And do you feel bad about suing      04:24:55

 6   Maral?

 7        A    I -- how -- I feel bad that it's happening

 8   because I formed a friendship with her.  But then

 9   looking back at what's happened -- and I still don't

10   have a clear answer to was it her decision that was     04:25:14

11   driving this vaccination or Stephen Carey's or both.

12   I can't make a definite answer.

13        Q    So my -- to rephrase it differently, do

14   you -- are you committed to this lawsuit against

15   Maral and Carey?                                        04:25:32

16        A    Of course.  Of course.  Because this is

17   about my child, about me, about the principle of the

18   matter.  I can't unvaccinate my kid.

19        Q    And are you committed to the allegations

20   made in the Complaint that documents were not          04:25:47

21   presented that you actually gave to both Maral and

22   Carey for presentation to the court?

23        A    Can you say that again.

24        Q    As you sit here today, are you testifying

25   that those documents that you gave them in several     04:26:04
```

Page 265

Lucy Ulikhanov - March 14, 2019

```
 1        of the e-mails such as the refusal to vaccinate,
 2        personal beliefs waiver and doctor's waiver and your
 3        objections, and the objections also to enrolling her
 4        in school too early, as you sit here today, are you
 5        telling us that those documents were not presented        04:26:21
 6        to the juvenile court either in a report or in the
 7        attachments?
 8             A    Yeah.  I believe they were not.
 9             Q    And whether --
10             A    But if I'm incorrect, I'm incorrect.  I         04:26:33
11        don't remember ever seeing those.
12             Q    Do you remember hearing about those when
13        you were at those hearings?
14             A    No.  And I don't remember after I received
15        the whole file from DCFS and going through it, don't     04:26:49
16        ever remember seeing -- I don't remember seeing
17        those ones.
18             Q    Uh-huh.  And --
19             A    But I could be incorrect.  I'm just saying
20        I don't remember ever seeing or hearing anything         04:26:58
21        about those e-mails.
22             Q    And you also were pretty clear that when
23        you went to your 730 evaluator, those documents were
24        also -- other documents as well such as the sexual
25        abuse finding and things that would support your         04:27:11
```

Page 266

```
 1    positions -- were not forwarded to the 730 evaluator

 2    by Carey and Helwajian; is that correct?

 3         A    Correct.

 4         Q    Uh-huh.  Would these things then be --

 5    would fall under the category of false presentation      04:27:24

 6    of evidence or omission of material evidence for

 7    you?

 8         A    I believe so.  I believe so.

 9         Q    Uh-huh.  Now, moving on to --

10         A    Can I please ask for a break?               04:27:41

11         Q    Yeah.  Sure.

12              THE VIDEOGRAPHER:  Off the record?

13              MS. SEROBIAN:  Off the record.

14              THE VIDEOGRAPHER:  Off the record at 4:27.

15              (A recess was taken from 4:28 p.m. until      04:28:51

16              4:34 p.m.)

17              THE VIDEOGRAPHER:  Okay.  On the record at

18    4:34.

19              MS. SEROBIAN:  Now, this is plaintiff's

20    11, please.                                           04:35:08

21         (Exhibit 11 was marked for identification.)

22    BY MS. SEROBIAN:

23         Q    Can you please tell us what is this

24    document I referenced to plaintiff's 11.

25         A    This is a medical exemption from           04:35:20
```

Page 267

Lucy Ulikhanov - March 14, 2019

```
1    pediatrician for Penelopy to be permanently exempt

2    from any vaccinations.

3         Q    And when did you obtain this?

4         A    May 23, 2017.

5         Q    And was this sufficient for you to get an        04:35:39

6    exemption from any further immunizations of your

7    child while she was still enrolled in a public

8    school?

9         A    Yes.

10        Q    Is she now enrolled in a public school?          04:35:52

11        A    Yes.

12        Q    Uh-huh.  And does the public school

13   require any further documentation before enrolling

14   her, or was this sufficient?

15        A    This was sufficient.                             04:36:06

16        Q    Are they going to ask you for an annual

17   check for another medical exemption, or this is one

18   that will cover her for the years to come?

19        A    Because it says that it's permanent, it

20   covers her for the years to come.                          04:36:21

21        Q    Do you know the school policy whether

22   every year they're going to ask you for a new

23   document, or once they have this in their file, this

24   is going to be sufficient?

25        A    I don't know, but from what I've read in         04:36:30
```

Page 268

Lucy Ulikhanov - March 14, 2019

```
 1     our vaccine groups online, that's only required for
 2     those people who only get one-year exemptions that
 3     they have to annually -- there's some rumor going
 4     around that the law is going to require only yearly.
 5          Q    But at this point in time, did the              04:36:49
 6     school -- not the groups, the school itself, the
 7     administration of the school in which your child is
 8     enrolled -- did they tell you you're going to need
 9     more of this later to come, or is this sufficient
10     for them?                                                 04:37:03
11          A    No.  They said this is sufficient.
12          Q    Okay.  Wonderful.
13               Moving on to plaintiff's Exhibit 13.
14          (Exhibit 13 was marked for identification.)
15     BY MS. SEROBIAN:
16          Q    Can you tell us the content of the e-mail,
17     the parties involved, and the date of the e-mail.
18          A    It's from Maral.  Subject is medical
19     information, and it's on March 23, 2017.
20          Q    And it's to who?                                04:37:49
21          A    It's to me.
22          Q    What does the e-mail say?
23          A    "This is all the medical info I have on
24     Penelopy.  Hope the document helps."
25          Q    Were you seeking certain documents from        04:38:01
```

Page 269

Lucy Ulikhanov - March 14, 2019

1    Maral at this point in time?

2         A    Yes.  It appears that I was.

3         Q    Do you remember what you were seeking from

4    her?

5         A    I wanted to get the vaccine information,        04:38:16

6    medical information about what was -- what's

7    happened to Penelopy under the care of the aunt and

8    foster parents.

9         Q    And is this the time where Penelopy, your

10   child, was already returned to your physical custody    04:38:33

11   under the court's supervision?

12        A    Yes.

13        Q    And did you need some -- did the school

14   you were trying to enroll her in request certain

15   medical documents or history of immunizations from     04:38:46

16   you?

17        A    Yes.  They requested the immunization

18   list.

19        Q    Now, there's an attachment to this e-mail.

20   Can you tell us what is the title of the attachment.    04:39:00

21        A    Just says scanned from printer.

22        Q    Yeah, but when you open the attachment.

23   What's the title of the attachment?

24        A    Health and education passport.

25        Q    Uh-huh.  Now, can you turn to the next        04:39:14

Lucy Ulikhanov - March 14, 2019

```
 1     page, which would be page 2 of 11 of this
 2     attachment.
 3          A    Correct.
 4          Q    Can you tell us the child's name.  You can
 5     either, you know, just give us the first name.       04:39:27
 6          A    Penelopy.
 7          Q    So is this document for your child?
 8          A    Correct.
 9          Q    Uh-huh.  Now, I'm going to bring your
10     attention to pages 4 and 5 of the health and        04:39:39
11     education passport for Penelopy.
12          A    Okay.
13          Q    Starting from page 4 going onto page 5 in
14     the middle, what is the title of this section?
15          A    You mean immunizations?                    04:40:07
16          Q    Uh-huh.  What does this represent to you?
17               MR. GRAHAM:  I'm just going to object to
18     this line of questioning on foundation.
19     BY MS. SEROBIAN:
20          Q    Who provided to you this document?         04:40:19
21          A    Maral.
22          Q    Maral.  Is she a defendant in this case?
23          A    Yes.
24          Q    Okay.  Now, what is the title of the
25     section that starts in the middle of page 4?        04:40:33
```

Page 271

Lucy Ulikhanova - March 14, 2019

```
 1        A      Immunizations.

 2        Q      Uh-huh.  Now, the first one, it says date,

 3    11/13/2012.  What does it say as far immunization

 4    history for that time period?

 5        A      It says immunization type, all            04:40:47

 6    immunizations waived.  And under the title that says

 7    waived, under it says yes.  Source of information

 8    under that says Dr. Boxstein.

 9        Q      And who is Dr. Boxstein, do you know?

10        A      He was the pediatrician for my daughter.  04:41:04

11        Q      For how long?

12        A      Until she was five years old.  Up until

13    she was five years old.

14        Q      Uh-huh.  And then following that first

15    portion where it says all immunizations waived, how   04:41:19

16    many immunizations -- how many dates for

17    immunizations or immunizations do you see starting

18    from page 4 to 5?

19        A      One, two, three, four, five -- 18.

20        Q      18.  What does this tell you?             04:41:44

21        A      That she's been given 18 vaccines.

22        Q      Uh-huh.  And can you tell us looking at

23    the dates when were the vaccines given?

24        A      Starting from the beginning?

25        Q      Well, looking at the dates, if you can see  04:42:00
```

Page 272

Lucy Ulikhanov - March 14, 2019

```
 1    a common denominator, are there, like, common dates?
 2    Are they all given 18 different times or are they
 3    given on certain dates, one day maybe four, another
 4    day five and so forth?
 5          A    That would be more in the doctor's notes.    04:42:18
 6    But I see -- it looks like it was --
 7          Q    When did it start?  What does it appear to
 8    you when did it start?
 9          A    I don't think it's in order, is it?
10          Q    So from looking at the dates, what is the    04:42:33
11    earliest date that you see?
12          A    Earliest date.  6 -- June 10, 2016.  It's
13    not in order.
14          Q    It's not in order.  How many June 10, 2016
15    do you see?                                             04:42:55
16          A    Okay.  One, two, three, four, five.  Six.
17    Six.
18          Q    Uh-huh.  So what does that tell you?
19          A    That she was given six in one day.
20          Q    Six in one day?                              04:43:17
21          A    Which really infuriates me.
22          Q    What is the next closest date after
23    June 10, 2016?
24          A    August.  I believe so.
25          Q    Can you give the full date.                  04:43:40
```

Page 273

Lucy Ulikhanova - March 14, 2019

```
 1        A     August 9, 2016.

 2        Q     Would that be about two months or less

 3   than two months after the first set of six

 4   immunizations?

 5        A     It was -- it was two months after.          04:43:50

 6        Q     How many August 9, 2016, do you see?

 7        A     One, two, three, four, five.

 8        Q     What does that tell you?

 9        A     She was given five that day.  To be honest

10   with you, this is the first time I'm actually          04:44:12

11   counting how many she was given on those days.

12        Q     What is the next closest date?

13        A     Would be October, two months later.

14        Q     Can you give us the full date.

15        A     October 6, 2016.                            04:44:30

16        Q     How many October 6, 2016, do you see?

17        A     One, two, three -- oh, sorry.  Let me

18   start over.

19              MR. GRAHAM:  Can I just insert another

20   objection.  Speculation, foundation, calls for         04:44:46

21   expert testimony from a lay witness.

22   BY MS. SEROBIAN:

23        Q     Okay.

24        A     Should I start from the beginning?

25        Q     Yes.  How many October 6, 2016, do you      04:44:55
```

                                                     Page 274

Lucy Ulikhanov - March 14, 2019

```
 1   see?

 2        A    One, two, three.

 3        Q    What does that tell you?

 4        A    That she was given three on October.

 5        Q    Uh-huh.  What is the next closest date?      04:45:08

 6        A    November.  Oh, wait.  That's me.  Sorry.

 7   Would be January 2017.

 8        Q    Can you tell us the full date.

 9        A    January 19, 2017.

10        Q    Uh-huh.  And how many of those do you see?   04:45:39

11        A    One, two, three, four.

12        Q    What does that tell you?

13        A    That she was given four --

14        Q    Uh-huh.

15        A    -- vaccines that day.                        04:45:57

16        Q    So you already established that Maral

17   Helwajian e-mailed this document to you; right?  And

18   what did you do with this document?

19        A    I believe this is what I sent to the

20   school.                                               04:46:14

21        Q    Uh-huh.  Did the school require an expert

22   to review it, or did the school administration take

23   it as-is?

24        A    I don't know that.  And I'm not sure if it

25   was this exactly that I sent or it was some separate   04:46:25
```

                                                    Page 275

1    thing that Maral gave me that had just a vaccine

2    schedule on it.  I can't remember exactly.

3    Q   Was it easy for you to read and understand

4    as to how many times she was immunized?

5    A   When I first received this, I skimmed over    04:46:44

6    it and I got very upset.  I didn't ever actually go

7    and count how many they gave her in a day.  I got

8    too emotional and upset about it, and now I'm

9    getting emotional about it.  Especially when I asked

10    her to space them out.    04:47:00

11    Q   Let me just ask the question.  So when

12    Maral e-mailed you this document, did she tell you

13    that you cannot use this for any certain purpose or

14    it was only to be used by an expert?

15    A   No.    04:47:14

16    Q   Did she give you any limitations on how to

17    use this document?

18    A   No.

19    Q   Okay.  Moving on to -- so in the record,

20    you read it seems like four dates:  June 10, 2016;    04:47:21

21    two months later, August 9, 2016; two months later,

22    October 6, 2016; and then a little more, maybe about

23    three months later, January 19, 2017.  Does this

24    appear to be correct?

25    A   Yes.    04:47:41

Page 276

Lucy Ulikhanov - March 14, 2019

```
 1      Q    So she was given 18 shots on four

 2   different occasions?

 3           MR. GRAHAM:  Objection.  Foundation,

 4   speculation, calls for expert testimony from a lay

 5   witness.                                        04:47:53

 6   BY MS. SEROBIAN:

 7      Q    So does reviewing this document, does it

 8   appear to you that she was given 18 shots on four

 9   different occasions?

10      A    Yes.                                    04:48:02

11      Q    Now, were you invited to attend any of

12   these four visits by Maral Helwajian?

13      A    No.

14      Q    Were you informed by Maral Helwajian the

15   date, time, and place of the immunizations for your   04:48:13

16   child?

17      A    No.

18      Q    Were you invited to attend any of these

19   four visits by Stephen Carey?

20      A    No.                                     04:48:24

21      Q    Were you informed by Stephen Carey about

22   any of the date, time, and place of these

23   immunizations?

24      A    No.

25      Q    Did you ever ask either Stephen Carey or  04:48:30
```

Page 277

Lucy Ulikhanian - March 14, 2019

```
 1    Maral Helwajian about being able to attend the
 2    immunizations once the court did order them?
 3         A    Yes, I did, with Maral in a phone call.
 4         Q    What did Maral tell you?
 5         A    That I could not because of a conflict      04:48:47
 6    between the aunt and father.
 7         Q    Uh-huh.
 8         A    That the aunt and father would be there
 9    and I cannot be there.
10         Q    And what was your response to that?        04:48:57
11         A    I got very upset with her.  I told her I
12    don't agree and asked her why she was siding with
13    the father and the aunt.
14         Q    What do you mean by "siding"?
15         A    I felt that she was giving more privilege  04:49:12
16    to the father.
17         Q    Did you maybe wish to be present with a
18    supervisor or monitor at this medical appointment if
19    not the aunt since there was a restraining order in
20    place?                                               04:49:29
21         A    I asked -- I think I even asked her if she
22    can be there with me.
23         Q    You asked Maral to be there with you?
24         A    Yeah.  I believe I asked her that.  And
25    she said no.                                         04:49:36
```

                                                    Page 278

```
 1        Q    So she --
 2        A    There's a conflict, and she can't do that.
 3   She can't set up --
 4        Q    So in a sense, the great aunt was given
 5   preference to be at the doctor's appointments over      04:49:51
 6   you, the mother.
 7        A    Yes.
 8        Q    And at least on June 10, 2016, you still
 9   had the legal right over your child.  The court had
10   not yet taken jurisdiction over your child.            04:50:04
11        A    Correct.
12        Q    Do you remember if on August 9, 2016, you
13   still had the legal rights over your child and the
14   court still had not taken jurisdiction over your
15   child?                                                 04:50:14
16        A    Yes.
17        Q    Uh-huh.  By October 6, 2016, do you think
18   the court had already probably taken jurisdiction
19   over your child?
20             MR. GRAHAM:  Objection.  Calls for          04:50:24
21   speculation.
22             THE WITNESS:  I don't remember.
23   BY MS. SEROBIAN:
24        Q    That's fine.  So your testimony is that
25   you did suggest to Maral to be there with a monitor,  04:50:31
```

                                                    Page 279

```
 1    at least her, but she did not give you that option.

 2        A    Right.  She cannot -- she always had

 3    difficulty finding monitors and things like that.

 4    They were overwhelmed.  But she did say several

 5    times that there's a conflict, you cannot be there.      04:50:50

 6        Q    Do you know why there was a conflict?

 7        A    Because the aunt was always trying to get

 8    a restraining order against me.

 9        Q    And as of June 10, 2016, was there at

10    least a temporary restraining order against you from    04:51:07

11    the aunt?

12        A    Yes.

13        Q    So you couldn't be together in the same

14    place; correct?

15        A    Correct.                                        04:51:15

16        Q    But you could be there with a supervisor

17    or monitor or social worker and aunt not be there;

18    correct?

19        A    I don't see why not.

20        Q    And you as the mom, is it your              04:51:23

21    understanding that you had the legal rights over

22    your child as of at least June 10 and August 9,

23    2016?

24        A    Actually, I didn't even know I had a legal

25    right.  That's something I learned of later.  I        04:51:35
```

Page 280

```
 1   didn't even know I had a legal right.  So I assumed

 2   she was just saying I can't be there, I can't be

 3   there.

 4        Q    You took her word --

 5        A    I took her word.

 6        Q    -- as the truth.

 7        A    I had absolutely no idea that I had a

 8   legal right until I met you.  My attorney.

 9        Q    So when you did ask her to be present at

10   this visit, what was the answer to you?              04:51:53

11        A    No.

12        Q    Did she explain to you that you have the

13   legal right, but still we're saying no?

14        A    She never explained to me that I had a

15   legal right.                                         04:52:09

16        Q    All right.  Now, moving on.  Did she ever

17   explain to you that this is our position but you can

18   fight it with your attorney, or was it said to you

19   in a way that you cannot be at this medical

20   appointment?                                         04:52:26

21        A    No.  She just left it at there's a

22   conflict, you don't want to be there, you shouldn't

23   be there, there's a conflict, you cannot be there.

24        Q    Were you left to believe that that was the

25   end of the story --                                  04:52:36
```

                                                    Page 281

Lucy Ulikhanov - March 14, 2019

```
 1        A    Yes.

 2        Q    -- for you as far as being present at the

 3   medical appointments?

 4        A    Yes.  I didn't know that I had a legal

 5   right to be there.                               04:52:43

 6        Q    And do you know when was your child first

 7   enrolled in school by DCFS?

 8        A    I don't remember.  And I don't know when

 9   they first started.  I presume in August.

10   September.                                        04:53:01

11        Q    Of which year?

12        A    2016.

13        Q    2016.  So in June 2016, your child was not

14   in school; correct?

15        A    Correct.                               04:53:14

16        Q    And August 10, 2016, your child was likely

17   also not in school.  August 9, 2016.

18        A    I don't know.

19        Q    All right.  Moving on to Exhibit 15.

20        (Exhibit 15 was marked for identification.)

21   BY MS. SEROBIAN:

22        Q    So Exhibit 15, can you tell us what is

23   this document.

24        A    Oh.  Okay.  This is the information that I

25   requested from Dr. Hammar, the pediatrician that  04:54:25
```

Page 282

```
1     Mary Lou chose for my child.

2          Q    Uh-huh.  Did you get a chance to review

3     this document?

4          A    Not in exact detail.  But I skimmed

5     through it.                                    04:54:46

6          Q    Uh-huh.  How many visits did your child

7     have with this doctor?

8          A    It appears to be only two.

9          Q    Can you tell us the dates.

10         A    Let's see here.  Office visit, 12/6/16.   04:54:57

11    And then update vaccines, 8/9/16.

12         Q    Uh-huh.  Now, looking at page 4 out of 8

13    of this document, it's titled patient chart, and it

14    has your daughter's name.

15         A    Uh-huh.                               04:55:22

16         Q    I'm going to request that you read from

17    the paragraph that starts with "subjective."  What

18    does this tell you?

19         A    "This six-year-one-month-old female

20    presents with father and Nathan, supervisor, for    04:55:34

21    evaluation of the following problems."

22              By the way, I don't know who Nathan is.

23    This is not a child of Mary Lou.

24              "Had a cough for two weeks, resolved for

25    one week, cough returned three days ago.  Sounds    04:55:52
```

Page 283

Lucy Ulikhanian - March 14, 2019

```
 1    croupy, has been" -- I can't read what that says.

 2         Q    Afebrile.

 3         A    " -- afebrile.  Has a low-grade

 4    temperature right now.  Also gets congested.  Cough

 5    gets worse in evening."                              04:56:12

 6         Q    So what does this tell you?  What does

 7    this paragraph tell you?

 8              MR. GRAHAM:  Objection.  Call for expert

 9    opinion from a lay witness.

10    BY MS. SEROBIAN:                                     04:56:19

11         Q    When you're reading this document provided

12    to you by the doctor's office, what does this

13    paragraph tell you?

14         A    It's obvious to see that the father was

15    present with a supervisor that I don't know if he   04:56:35

16    even was a DCFS supervisor or not.  Because this

17    person Nathan is not one of Mary Lou's children --

18    there's a Payton, and I believe he's of legal age,

19    but the daughter, Madison, is not.  So there were

20    times that Mary Lou left Brian with one of her      04:56:57

21    children or her husband and they called that

22    supervised.

23              So I don't know who this Nathan is.  But

24    it's obvious here that he's there.

25         Q    So father -- do you remember if father at  04:57:09
```

                                                    Page 284

Lucy Ulikhanov - March 14, 2019

1    this time had monitored visits with your child?

2        A    Of course.  Yes.  He had monitored visits.

3        Q    But he was permitted to be present at the

4    December 6, 2016, medical appointment.

5        A    That's what it looks like.                    04:57:25

6        Q    When you asked similarly to be present

7    with a monitor or supervisor, were you granted your

8    request to be present at the medical appointments?

9        A    Absolutely not.

10       Q    And do you know when father tested         04:57:38

11   positive for methamphetamine?

12       A    I have to look into that.  I believe it

13   might have been before that date, but I'm not

14   100 percent sure.  I'd have to look into the

15   records.                                             04:57:52

16       Q    Do you know when father started missing

17   the drug tests which were deemed positive?

18       A    From the start.  From the very start, he

19   was missing drug tests.  And then he eventually took

20   one, tested positive, and then after that, he just,  04:58:05

21   I think, took maybe one more and then missed all the

22   rest.

23       Q    Uh-huh.  So it is your recollection that

24   by this date, December 6, 2016, father had missed

25   many drug tests and maybe even tested positive once  04:58:21

                                              Page 285

Lucy Ulikhanova - March 14, 2019

```
 1    for methamphetamine?

 2         A    Correct.

 3         Q    Okay.  Moving on to plaintiff's 17.

 4              (Exhibit 17 was marked for identification.)

 5    BY MS. SEROBIAN:

 6         Q    Can you tell us please what is this e-mail

 7    about, to whom, date, content summary.

 8         A    So there was a resolution bill coming out

 9    to -- it had to do with retaining our medical

10    freedom.  And like I said, I'm part of a group on        04:59:19

11    Facebook, we're approximately 150,000 people, where

12    parents go on there and tell their stories and

13    provide videos of their children who have been

14    vaccine injured, and we just exchange information

15    about vaccines.  And this one went around asking for     04:59:35

16    help to sign, and I did, and to submit your own

17    testimony to the senators.  So this is my e-mail to

18    the senators, which I cc you in.

19         Q    Okay.  So in sum, what are you telling the

20    senators?                                                04:59:55

21         A    That I do not consent to mandatory

22    vaccinations.  I'm also telling them that I have

23    autoimmune diseases, asthma and eczema, as well as

24    suffer from lockjaw since after being vaccinated as

25    a child and in my close family history.  And I go on     05:00:13
```

Page 286

1    to state that we might also have the gene, which

2    again, has nothing to do with the adjuvants which

3    cause a hyperimmune response which causes autoimmune

4    disease.  They're two different things.

5        Q    Okay.  In this e-mail, you have a citation        05:00:34

6    that you've quoted.  Can you please read that

7    citation.

8        A    I cited from the Association of American

9    Physicians and Surgeons, just a short bit from the

10   entire statement, which was long.  I just took some       05:00:49

11   short bits from it.

12       Q    Can you please read that into the record

13   starting from the quote.

14       A    Yes.  On February 26, 2019, they posted on

15   their site, and it read:                                  05:00:59

16           "The Association of American

17           Physicians and Surgeons, AAPS,

18           strongly opposes federal interference

19           in medical decisions, including

20           mandated vaccines.  After being fully         05:01:11

21           informed of the risks and benefits of

22           a medical procedure, patients have

23           the right to reject or accept that

24           procedure.

25           "The regulation of medical                    05:01:21

                                                          Page 287

```
 1              practice is a state function, not a
 2              federal one.  Governmental preemption
 3              of patients' or parents' decisions
 4              about accepting drugs or other
 5              medical interventions is a serious          05:01:36
 6              intrusion into individual liberty,
 7              autonomy, and parental decisions
 8              about child-rearing.
 9                  "Vaccines are necessarily risky
10              as recognized by the U.S. Supreme           05:01:49
11              Court and by Congress.  The vaccine
12              injury compensation program has paid
13              some 4 billion in damages, and high
14              hurdles must be surmounted to collect
15              compensation.  The damage may be so         05:02:05
16              devastating that most people would
17              prefer restored function to a
18              multimillion-dollar damage award.
19                  "Many serious complications have
20              followed MMR vaccination and are
21              listed in the manufacturer's package
22              insert, though a causal relationship
23              may not have been proved.  According
24              to a 2012 report by the Cochrane
25              Collaboration, the design and               05:02:35
```

```
 1              reporting of safety outcomes in MMR

 2              vaccine studies, both pre- and

 3              post-marketing, are largely

 4              inadequate.

 5                 "The smallpox vaccine is so          05:02:52

 6              dangerous that you can't get it now

 7              despite the weaponization of

 8              smallpox.  Rabies vaccine is given

 9              only after a suspected exposure or to

10              high-risk persons such as             05:03:04

11              veterinarians.  The whole-cell

12              pertussis vaccine was withdrawn from

13              the U.S. market a decade later than

14              from the Japanese market because of

15              reports of severe permanent brain     05:03:17

16              damage.

17                 "The acellular vaccine that

18              replaced it is evidently safer though

19              somewhat less effective."

20         Q    End of quote.  Thank you.  Okay.  Moving   05:03:31

21    on to Exhibit 19.

22              (Exhibit 19 was marked for identification.)

23    BY MS. SEROBIAN:

24         Q    What is this document that you have

25    prepared for us today?                          05:04:06
```

Page 289

```
 1        A    It's just -- I didn't have much time; so I

 2   just went through some of my notes.  I have tons.

 3   So I just went through some things and started

 4   printing them out from my notepad on here to bring

 5   up.                                               05:04:22

 6        Q    What does this summarize?

 7        A    This one is on aluminum safety levels.  It

 8   goes on -- it goes on to give you information that

 9   it aggravates the immune system.  Aluminum is found

10   in vaccines.  And it aggravates the immune system,  05:04:46

11   crosses the blood-brain barrier.  Aluminum is a

12   neurotoxin, turns off genes, turns on inflammation,

13   activates the immune system.  I could go on.

14   There's tons of things here.  Memory.

15            And then I've posted the links to FDA.gov.  05:04:59

16   There's also where a lot of these things are also

17   from.  There's also a section here where it shows

18   that the FDA -- the amount of aluminum in vaccines

19   is way over the FDA limits for aluminum.

20        Q    I'm going to refer you to the page.  It's  05:05:23

21   not numbered, but it has in capitals --

22        A    Fetal tissue.

23        Q    -- fetal tissue.  What does this mean?

24        A    Oh, okay.  That's fetal tissue from

25   aborted -- see in 1960's, how they tested -- how    05:05:38
```

Page 290

Lucy Ulikhanov - March 14, 2019

```
 1     they grew a virus was from two terminated

 2     pregnancies.  That's how it began.  And the tissues

 3     from that.

 4         Q    So what does this tell us?

 5         A    That there's fetal tissues inside        05:05:56

 6     vaccines.

 7         Q    Uh-huh.  And does that include the MMR,

 8     the one that really has been risky?

 9         A    Yes.  It's in many of them.  I can't

10     recall right now specifically, but it's in many of   05:06:06

11     them.  Also, they have no studies done that suggest

12     what inserting, you know, a different person's DNA

13     into a child would cause.  There's no such study out

14     there.

15         Q    Is there anything more in this document     05:06:25

16     besides aluminum and fetal tissue?

17         A    It's just goes on to --

18         Q    How about mercury?  Earlier you

19     testified --

20         A    Yes.  Mercury, yeah.  It clings to the      05:06:40

21     neural tissues in the brain.  You can't get rid of

22     it.  Just like lead sits in the bones and is a

23     reason why elderly patients who are losing bone loss

24     start to experience and they find out that there's

25     lead in their system, but it's really their bone     05:06:55
```

Page 291

Lucy Ulikhanova - March 14, 2019

```
 1    loss and it's releasing lead.

 2          So these things sit in your bones and your

 3    brain, in the flaps of your brain, and you cannot

 4    remove them.

 5    Q    So are these the safety --                    05:07:08

 6    A    Yes.

 7    Q    Are these the safety reasons why you're so

 8    passionate about not wanting to permanently immunize

 9    your child with these outside and possibly very

10    damaging chemicals?                                05:07:23

11    A    Yes, and many more.  But these are just

12    some of them.

13    Q    Some of them.  What is the many more?

14    A    There's more information.  There's tons of

15    other things we could go into.  By the way,        05:07:37

16    thimerosal is listed as that's what mercury is.  So

17    if you read the word "thimerosal," that's mercury.

18    Q    Okay.  And what are the more personal

19    reasons why reading this information on a more

20    general sense, you bring it close to you, and on the

21    personal sense, you so passionately objected and

22    tried to fight immunizing your child?

23    A    Where exactly?

24    Q    No, I'm just asking you.

25    A    Oh.  Okay.  Well, that's not recognized by     05:08:04
```

Page 292

Lucy Ulikhanov - March 14, 2019

```
 1    the law anymore.

 2         Q    No.  But at the personal level.

 3         A    Personal level?

 4         Q    Why did you fear these risks for your

 5    daughter?                                        05:08:13

 6         A    Wait.  Personal or religious?

 7         Q    No.  You personally.  Why did you

 8    personally believe it was not safe to immunize your

 9    daughter?

10         A    Because I've known through my father's    05:08:23

11    information and our family history.  And after I got

12    vaccinated, I had severe TMJ issues, they had to

13    pull out my wisdom teeth.  I had severe asthma.  I

14    had to receive steroid shots, then I was on

15    inhalers, three inhalers a month.  It was pretty     05:08:48

16    horrible.  Eczema.

17         Q    So is it through your personal experience

18    that you tried to prevent such similar damage to

19    your daughter?

20         A    Mine and several thousands of other        05:08:59

21    testimonies from parents online.

22         Q    Now, looking at last exhibit, Exhibit 21.

23         (Exhibit 21 was marked for identification.)

24    BY MS. SEROBIAN:

25         Q    What does this represent to you?  Why do    05:09:19
```

Page 293

```
 1    you have this prepared for us today?

 2         A    This just goes over some of the religious

 3    beliefs as I was saying earlier.

 4         Q    And I understand that you said the law

 5    doesn't recognize --                                    05:09:36

 6         A    Recognize religious beliefs.

 7         Q    -- the personal beliefs exemption anymore,

 8    but at the time that you signed it, it did; correct?

 9         A    It did?  I'm not sure.

10         Q    At the time that you signed it for Saint      05:09:44

11    Mark?

12         A    For the Saint Mark's, yes.

13         Q    It did.

14         A    It did.

15         Q    So what are some of the personal beliefs      05:09:50

16    and religious belief that you have against

17    immunization?

18         A    Well, obviously the first and foremost,

19    the fetal tissue.  Because they grow vaccines in

20    living tissue.  Oh, here we go.  Here's a list.         05:10:07

21    This is where you could find it.  MMR, chicken pox,

22    shingles, rabies, DTaP, HIB, hepatitis A and B, and

23    polio.

24         Q    And there's some citations to the Bible

25    here?                                                   05:10:22
```

<div align="right">Page 294</div>

Lucy Ulikhanov - March 14, 2019

```
 1          A     Yes.

 2          Q     And what else?  So is your primary

 3   religious or personal belief based on the fact that

 4   you don't want your child permanently injected with

 5   another fetal tissue?                              05:10:36

 6          A     That was aborted, yes.

 7          Q     That was aborted.

 8          A     It's a fact.

 9          Q     It's a fact.

10          A     Correct.  You can look that up.  It began  05:10:43

11   if the 1960's.

12          Q     Now I'm going to talk about damages.

13          A     This is both personal, the medical

14   information side of it, and my religious combined.

15          Q     I'm going to talk about damages as      05:10:54

16   opposing counsel talked about some of the damages.

17   I'm going to talk about damages to you personally

18   and then your child.  Well, actually, first let's

19   start with your child.

20                What is it, now you have custody of her.  05:11:08

21          A     Right.

22          Q     And what have you seen different in her

23   since being injected with 18 --

24          A     Vaccines.

25          Q     -- vaccines?                           05:11:21
```

Page 295

Lucy Ulikhanova - March 14, 2019

```
 1        A    She's constantly sick more often than she
 2   ever was, which causes her to miss school.  We still
 3   haven't determined why she's getting so many yeast
 4   infections.  We're still trying to get -- we can't
 5   get blood out of her.  It's been months.  She won't      05:11:35
 6   go.  So that makes it very difficult because we
 7   can't take her in to get her blood taken.
 8            She's -- she doesn't -- like I said
 9   earlier, is very distracted, unfocused.  The ticks,
10   obsessive ticks.  She's sensitive to outside            05:11:59
11   environmental things.  She gets itchy.  Her immune
12   response acts up very quickly to certain grass or
13   things.
14        Q    Have any of this limited your ability to
15   do things with her?                                     05:12:19
16        A    Of course.
17        Q    In what way?
18        A    Well, it stopped us from being able to go
19   on a vacation with grandma, I mean, when she was
20   sick, obviously.  And again, like I said, it's hard     05:12:33
21   to prove that this is the vaccine cause, but my
22   suspicion is yes.  Because she was such a healthy
23   child before.  The doctors noted --
24        Q    So you got a different child back.
25        A    Yes.  I have a different child back, most     05:12:45
```

Page 296

Lucy Ulikhanova - March 14, 2019

```
 1    definitely.
 2         Q    Now, when you have your child back, what
 3    is her emotional state?  How is she different?
 4         A    She's constantly -- she has many
 5    nightmares that she's going to be taken away.  She        05:13:05
 6    has many fears that DCFS will come take her from me.
 7    Or the father.
 8         Q    Or the father.  What do you mean?
 9         A    Or the father, too.  Nightmares of that,
10    too, as well, about the father --                         05:13:25
11         Q    About the father.
12         A    -- father taking her.
13         Q    How about specific as to being immunized
14    in such a short time?  Five, six shots at a time are
15    pretty, you know, scary for an adult, let alone a         05:13:36
16    child who has never been poked.  So how is she
17    reacting emotionally to being exposed to, you know,
18    18 shots in four months or a period of, like, four,
19    five months.
20         A    Well, whenever my daughter wanted to            05:13:52
21    discuss things with me in a monitored visitation,
22    the monitors always stopped her.
23         Q    I'm talking about now.
24         A    Okay.  Now?  Okay.  She's -- well, when
25    she came back, she obviously starting going over          05:14:02
```

Page 297

```
 1    everything that happened and what happened at Mary

 2    Lou's house.  She started to cry and say but how

 3    come you weren't there for me when they were doing

 4    that?  It hurt really bad.

 5        Q    Is she blaming you?                          05:14:13

 6        A    And then she came and she cuddled next to

 7    me -- yeah, and she did.  And I said I couldn't do

 8    anything.  I tried to be there.  I couldn't.  And

 9    she knows that I'm -- she knows I'm against the

10    vaccine shots.  She's such a bright girl.  She's     05:14:28

11    smart.  I teach her about holistic things.  She

12    wants to be a doctor like Papa Peter, she says, my

13    dad.

14            So yeah, she cuddled next to me and said

15    why weren't you there while they were giving me the  05:14:42

16    shots.  It was hurting bad.

17        Q    So you have to deal with her blaming you

18    for not protecting her.

19        A    Yes.  She has that.  She thinks that I --

20    no matter how much I tell her that this wasn't me.   05:14:54

21    I would never, you know -- she still -- the

22    psychologist can explain to you they still have that

23    thing, like mommy's supposed to protect.  She says

24    but what if they come and take me again.  I said

25    that's not going to happen.  But it did.  They took  05:15:14
```

                                                      Page 298

1   you, and you said this and you said that.

2       Q    Turning to her fear of shots, as a result

3   of being poked so many times in such a short period,

4   what has that led to so far?

5       A    It's given me great difficulty to get any          05:15:32

6   blood out of her for her annual checkups.  Twice we

7   went back and twice we failed at that -- at her

8   pediatrician's office, because they have a

9   downstairs area where the nurses do that.  Twice.

10      Q    Is she traumatized by needles and --              05:15:54

11      A    Yes.  She's very, very traumatized by

12  needles.  But my mother told her that if she doesn't

13  do that, there's a possibility they might blame your

14  mother -- I found out later my mother told my kid

15  that if you don't do this, there's a possibility       05:16:11

16  they'll say your mother's not taking good care of

17  you and try to take you away.

18           So with that in offering, she got through

19  one.  It was horrible.  I mean, just constant

20  questions.  But that's what drove her to do it,        05:16:24

21  because she would not let go.  We're talking two

22  hours.  And I could get testimony of the nurses

23  there.  Two hours.

24      Q    Now, you also said --

25      A    Couldn't get blood out of her.  Screaming,      05:16:36

                                                     Page 299

1    running out the door.

2         Q    You also mentioned that she lacks focus.

3    What have you done to help her?  What have you done

4    outside of the school setting to help her?

5         A    Well, her psychologist, stay in touch with        05:16:54

6    her psychologist.  Read up on material.

7         Q    How about tutoring?  Have you tried

8    tutoring for her?

9         A    Tutoring for subjects like math, yes.

10   I've done tutoring.  I've tried a lot of things.        05:17:01

11   But she's not -- she's not -- she's distracted.

12   She's not focusing.

13        Q    As far as the expenses as the counsel was

14   asking you, expenses on psychologists and tutoring

15   that you've had and expect to have in the future,        05:17:22

16   how much of a price tag can you put on that?

17        A    I don't know what kind of price tag I

18   could put on that.

19        Q    How long do you think she'll require

20   tutoring, for example, to help with her focus and        05:17:34

21   attention?

22        A    This depends.  What if her condition

23   changes?  What if they label her ADHD or label her

24   autistic at some point?  We don't know what's going

25   to happen in the future because of the shots they've        05:17:52

                                                     Page 300

```
 1    given her.  She's at high risk of side effect

 2    because of the family history.  So we don't know.

 3    We don't know that yet.

 4        Q    Is she being presently discussed at school

 5    for possible testing?                              05:18:08

 6        A    The teacher has brought up to me that she

 7    doesn't focus well.  Also, the -- I cannot say --

 8    the father has something to do with that, too.

 9            MR. GRAHAM:  I'm just going to object.

10    Sorry I'm late, but vague as to "testing."         05:18:27

11    BY MS. SEROBIAN:

12        Q    Testing for any --

13        A    To see if she has a learning disability.

14        Q    Yeah.  Like, you mentioned autism or any

15    type of learning disability.                        05:18:35

16        A    Correct.

17        Q    So that's being discussed --

18        A    Yes.

19        Q    -- but it's not decided on at this time.

20        A    Correct.

21        Q    Now, moving on to your damages.  As far as

22    the physical damages to your health and well-being,

23    in sum, in aggregate as the counsel was asking you,

24    how would you describe how this case affected your

25    overall aggregate physical well-being?             05:19:02
```

                                                     Page 301

Lucy Ulikhanova - March 14, 2019

```
 1        A    Well, in the beginning of the case, I
 2   thought I was having a heart attack.  It was that
 3   bad.  I went to the hospital, and they told me
 4   you're having severe anxiety.  And they started
 5   asking me questions, and I told them my kid was        05:19:14
 6   taken.  Again it happened a few months later.  I was
 7   feeling like I was having a heart attack, and I had
 8   to go to the hospital.  I was really in bad shape.
 9             That, being sick, gained weight.  I was
10   unable to work because of this stuff.  I was unable    05:19:31
11   to focus at all on anything else, trying to focus on
12   anything else to make money in the real estate
13   realm.  I couldn't focus on -- I needed to take
14   Edward to court.  The attorney told me -- the real
15   estate attorney told me he just basically coerced     05:19:49
16   you to sign away $200,000.  It's, like, coercion.
17   You know, he can't do that.
18             So -- and also there was another account
19   that was questionable from my father.  He owned a
20   stock market account with another business partner    05:20:08
21   where there was a Nevis Island account found with
22   $100-something million in it.  100-something-odd
23   million.
24        Q    Your father or stepfather?
25        A    My father.  That he gave to me in his        05:20:17
```

```
 1    will.  So when I investigated a little bit into

 2    that, that was right about the time that they

 3    were -- a month before they took Penelopy.  I talked

 4    to an attorney, and he said he was willing to take

 5    my case and take this further and find out because      05:20:34

 6    we -- my father's friends assumed -- they have a

 7    strong feeling that they're hiding money.

 8             So when I saw this document from Edward

 9    that he had accidentally sent over to me one time,

10    it was a Nevis account, and then I saw my father's      05:20:48

11    stock market thing had connection with the Nevis, I

12    said whoa.  This is really strange.  And the guy was

13    a crook that Edward was friends with that my father

14    was business partners with.  So --

15        Q    Let me just focus on --                        05:21:02

16        A    I couldn't focus on that.  I had to let it

17    go.  I couldn't do anything.  So I lost the

18    opportunity to make money.  There's no way to place

19    a number amount.  How much could I have made?  I

20    know when I worked as a LLC manager for my              05:21:19

21    stepfather and then when he passed away it went to

22    probate court, I got less because he passed away.  I

23    would have gotten more.  But it was something in the

24    round of -- they gave me 25,000, I believe, and then

25    80,000 afterwards.                                      05:21:37
```

Page 303

Lucy Ulikhanova - March 14, 2019

```
 1        Q    So that was a sum for what period of time

 2    of your work?

 3        A    For one year.  One year.

 4        Q    One year.  So you made about 100 --

 5        A    20,000 approximately.                         05:21:46

 6        Q    -- 20,000.

 7        A    And there's documents of this stuff.

 8        Q    Documents from probate court.

 9        A    Correct.

10        Q    That was your pay for being --                05:21:51

11        A    Right.

12        Q    -- what?  What position?

13        A    I was a LLC manager as a real estate

14    agent, licensed agent.  He hired me on as LLC

15    manager to manage his shopping centers, three of      05:22:01

16    them.

17        Q    "He" being your stepfather.

18        A    My stepfather, sorry.  My stepfather.

19        Q    So you could have continued working in

20    that field --                                         05:22:12

21        A    Right.

22        Q    -- given your experience had you not had

23    this distraction of the DCFS case and your child

24    being removed and being immunized against your

25    wishes and everything else that was going on.         05:22:20
```

Page 304

```
 1        A    Absolutely.  I was into flipping homes.  I

 2    did a project long ago when I was 21 years old.  I

 3    made an investor 500,000.  I wish I was wiser then.

 4    I only took 30,000 in that one-month short span.  I

 5    wish I was wiser, but I was 23 at the time.            05:22:36

 6            So I know how to do these things.  I would

 7    have easily gone back into that and dealt with

 8    Edward properly, but I couldn't.  I couldn't.

 9        Q    So your testimony is that -- what is your

10    testimony?  Is it that you not only lost --           05:22:50

11        A    Future.

12        Q    -- work or income because you couldn't

13    work or focus on anything else, but you also lost

14    opportunities to regain the finances taken away from

15    you because you just couldn't litigate other things   05:23:04

16    but getting your daughter back.

17        A    Correct.  And I didn't have the capital

18    anymore to be able to reinvest.

19        Q    The capital you had, what did you use it

20    on?                                                   05:23:12

21        A    I gave to the attorney.  So 10,000 with

22    Sherwin Amazan; 50,000 I spent with Ronald Funk, and

23    I still owe them money.

24        Q    So in total how much did you spend in

25    attorney fees on this case, on the DCFS case that --  05:23:25
```

                                                        Page 305

Lucy Ulikhanov - March 14, 2019

1        A       Approximately, I don't know, somewhere

2     between 60 to 80,000.

3        Q       And you still owe them money.

4        A       I still owe them money.  I'm working on a

5     settlement with them to try to whittle it down.                05:23:43

6        Q       And how about your health?

7        A       My health has suffered greatly.  I have

8     critically low vitamin D deficiency.  I'm anemic.

9     Chronic fatigue.  I just -- my memory is not as

10    sharp as it used to be.  And I'm still suffering                05:24:06

11    because it's almost like having PTSD.  And every

12    time I come close to this type of paperwork, it's

13    just automatic.

14             And then when you're sitting here and

15    asking me, like, do you remember dates and things               05:24:22

16    like that, I just remember they took my kid.  They

17    vaccinated her.  And it just causes a reaction.  I'm

18    able to obviously wake up, get dressed, make food,

19    take care of my kid, do the laundry, all those, you

20    know, things that, you know, mother does, cook and              05:24:36

21    all that stuff.

22             But when I start to focus on, you know,

23    financial stuff, you know, building my practice,

24    getting back into where it requires more brain

25    function, it's very difficult for me to do that.                05:24:51

Lucy Ulikhanyan - March 14, 2019

```
 1    I'm just -- and I'm still in divorce court as well.

 2    It's not over yet.  He's making it difficult for me

 3    to divorce him.

 4         Q    Now --

 5         A    So that's just that added to it, that        05:25:03

 6    he -- I mean, he made problems in juvenile court,

 7    and now he's continuing in family law.  It's not

 8    over.  He's still bothering me.

 9         Q    But you still have full legal and physical

10    custody of your child.                                 05:25:17

11         A    Correct.

12         Q    And he still has only monitored visits.

13         A    Correct.

14         Q    Now, lastly, on several occasions you

15    mentioned being Christian and what it means to you.    05:25:25

16    What does that mean to you to be a Christian woman?

17         A    What does that mean to me?  It means that

18    I was born again, that I accepted that Jesus died

19    for my sins.  I repented.  He got soft in my heart,

20    he chose me, and now the Holy Sprit lives in me and    05:25:47

21    guides my days.

22         Q    Could your religious background be the

23    reason that you through a friend, Lusine, apologized

24    to Maral, defendant, for bringing her into this

25    action?                                                05:26:02
```

Page 307

Lucy Ulikhanova - March 14, 2019

```
 1        A     Yes.  That has a lot to do with it.

 2        Q     Do you feel bad for putting her in a bad

 3   light or in a bad position where she has to defend

 4   herself?

 5        A     Yes.  Because, you know, I forgive her,        05:26:13

 6   but at the same time I know God will hold her up

 7   to -- on judgment day will hold her up to give

 8   testimony one day in the afterlife for what she's

 9   done.

10        Q     And what do you think that she's done that     05:26:28

11   is so wrong that you actually are pursuing this

12   action against her?

13        A     Well, like I said again, I don't know if

14   it was --

15        Q     I'm asking about Maral.  There's several       05:26:34

16   e-mails we've gone through --

17        A     She --

18        Q     Let me finish my question.  There's

19   several e-mails we went through where you had direct

20   contact with Maral giving her documents that you       05:26:44

21   testified were not presented to juvenile court about

22   your refusal to vaccinate and/or personal beliefs

23   forms or that your refusal to enroll your child in a

24   public school when it was still too early to do so

25   or your request to be present at the medical            05:26:59
```

Page 308

```
 1    appointments, which she refused to provide you that

 2    opportunity --

 3         A    Right.

 4         Q    -- but father was while --

 5         A    Right.                              05:27:05

 6         Q    -- using drugs given that opportunity.

 7              Why are you so upset with Maral -- are

 8    these the reasons why you're so upset with Maral

 9    that you're still pursuing the case although she

10    recommended your child return to you?           05:27:22

11         A    Yes.  It's a combination of things.  It's

12    not just one thing.  And again, also I said if I

13    find out that it was her doing -- that she was the

14    one pushing and pushing and pushing, it's going to

15    make it even more confident that I --            05:27:34

16         Q    More validate your point.

17         A    Yeah.  Because how could she.  You know?

18    I'm --

19         Q    Do you feel manipulated?

20         A    Yeah.  I feel manipulated, 100 percent.   05:27:46

21    Because she knows how I felt.  She was on the phone

22    with me while I was crying out to her about so many

23    problems, these -- and about my daughter.  She knows

24    how much I love my daughter.

25         Q    So why do you think your daughter was      05:27:59
```

Page 309

Lucy Ulikhanov - March 14, 2019

```
 1    removed from the paternal aunt and placed in a

 2    foster home?

 3         A    I can't say for definite what the reason

 4    was, what they submitted it to the paperwork.  But

 5    from what I gathered was that Mary Lou first said      05:28:10

 6    she didn't want to watch Penelopy anymore and then

 7    changed her mind and said she wanted to.

 8              But at that time, I kept asking Maral

 9    please find a Christian family home to put her in.

10    Please take her out of there.  And at that time, I     05:28:26

11    was getting -- Maral was telling me she was having

12    difficulty with Mary Lou and that the father

13    threatened her outside the house.  And she went

14    in and -- or some confrontation happened, and then

15    when she asked Brian in front of the aunt if Brian     05:28:41

16    said those things outside, he lied.  So she says oh,

17    she's crazy, he's lying, now they're attacking me is

18    what she said in a sense.

19         Q    So is it in the sense --

20         A    She kept calling her crazy.  I mean, this     05:28:54

21    isn't the first time.  There are other people who

22    Mary Lou has been called...

23         Q    So in a sense, she experienced what you've

24    been telling her --

25         A    Yes.                                          05:29:08
```

Page 310

Lucy Ulikhanov - March 14, 2019

1          Q     -- and other social workers about the

2    father and the paternal aunt.

3          A     They're so --

4          Q     Great aunt.

5          A     Yeah.  They're very manipulative.  The          05:29:12

6    aunt also discussed a life insurance policy on me

7    with Brian.  I have evidence of that.  I sent it to

8    Maral.  I said how could you trust him.  I sent text

9    messages.  I said here's text messages of Mary Lou

10   defending her nephew for wanting to take out life          05:29:26

11   insurance policy on me when him and I are separated.

12         Q     Uh-huh.

13         A     And she gave some answer as to why it was

14   a good thing.

15         Q     Now, to close my portion of this, I would     05:29:42

16   like to ask do you know what were those threats from

17   Brian Garcia to social worker Maral?

18         A     I -- I have to go back into it, and there

19   was -- oh.  It was also one of the things was had to

20   do with drugs.  She asked him -- she told me she         05:29:58

21   asked him if she told the aunt about the drugs, that

22   he was found positive, and he said yes.  But when

23   she went in to ask Mary Lou, she said she couldn't

24   legally tell Mary Lou, that Brian had to.

25               So she went in, and he wouldn't -- and she    05:30:14

                                                    Page 311

Lucy Ulikhanyan - March 14, 2019

```
 1    said, "Tell her."  Now it's starting to come back a
 2    little bit, the way she was describing it to me.
 3    Then she told him why don't you tell your aunt this.
 4    And then Mary Lou supposedly said back to him, "Is
 5    this true?"  And he finally admitted yes, it's true.      05:30:29
 6        Q    And again, back to the threats, what
 7    threats did Brian Garcia make to defendants in this
 8    case, Maral or Carey or any other social workers of
 9    DCFS?
10        A    Oh.  Apparently he at DCFS department              05:30:45
11    during a visit or something through Lusine
12    threatened Maral to use weapons.  Like, the word
13    "weapons" was introduced.  And there's evidence of a
14    text message from Maral to me telling what occurred.
15        Q    And do you know if DCFS attempted to seek          05:31:00
16    some type of protection for the social workers
17    through criminal or juvenile court?
18        A    I don't know.  All I was told was police
19    was contacted or something of that nature.  I don't
20    know if they got a restraining order or what ended
21    up happening.  I said to her I think that's very
22    serious.  Using -- threatening weapons, you should
23    do something about it.  Why she's so lenient with
24    him, and yet I'm not on drugs.  I've been -- I'm not
25    delusional.  I don't have any psychological             05:31:28
```

Lucy Ulikhanov - March 14, 2019

```
 1     problems.  They found that out in two 730
 2     evaluations.
 3          Q    But still they --
 4          A    But they still were treating me like a
 5     criminal, having me monitored in the DCFS building,      05:31:35
 6     while he's out there making threats to DCFS,
 7     making -- you know, on drugs.  It's beyond me.  This
 8     is like a movie.  What is this?
 9          Q    And DCFS pursued a restraining order
10     against you to protect this aunt that pretty much       05:31:52
11     covered up his drug use and --
12          A    No.  Well, that one dropped, and then in
13     criminal court that came up.  So they had to give
14     her the -- regarding the doll thing.  But they
15     didn't make it permanent.  Because there -- Mary Lou    05:32:08
16     tried to use text messages saying from her phone
17     bill look, look at the number of text messages that
18     my phone bill says I received from Lucy.  Yet she
19     didn't supply evidence showing what was in the text
20     messages.                                               05:32:26
21          She's so manipulative that I printed them
22     all out, it shows she's asking me questions, I'm
23     replying and giving her pictures.  And she's going
24     with that phone bill only, not what was said, saying
25     she's harassing me with text messages and that she     05:32:37
```

 1      wanted to get a restraining order.

 2              It's just constant things like that.  The

 3      bag game, the whole -- it was so bad.  The monitor

 4      in the end, one of the monitors, Gina, she found out

 5      oh, boy, now I know she's playing games.  Because at        05:32:52

 6      first she thought it was me.  I kept requesting

 7      things and was causing trouble on purpose.  No.  It

 8      was Mary Lou.  She was purposefully creating

 9      problems for me to paint me in a bad picture.

10              MS. SEROBIAN:  I think I'm done unless              05:33:08

11      counsel wants to --

12              MR. GRAHAM:  I have about 15 minutes of

13      very simple questions.  Are you okay --

14              THE COURT REPORTER:  I need a couple

15      minutes.                                                   05:33:16

16              THE VIDEOGRAPHER:  Off the record.  It's

17      5:33.  We're off the record.

18              (A recess was taken from 5:33 p.m. until

19              5:40 p.m.)

20              THE VIDEOGRAPHER:  Okay.  We are on the             05:40:33

21      record at 5:40.

22      BY MS. SEROBIAN:

23          Q   And I want to put on the record that today

24      several times, you had to take a break because of

25      your spine pain.  You can't sit for a long time.          05:40:42

                                                      Page 314

Lucy Ulikhanel - March 14, 2019

```
 1   And you constantly need to take a little walk to

 2   elevate the pain.  Can you please tell us whether

 3   the stress and the -- caused by this case has, you

 4   know, aggravated your spine issues.

 5        A    Of course it has, tremendously.  Because      05:41:05

 6   like I was explaining earlier off record, if you

 7   look up Dr. Sarno, he explains how if you visualize

 8   that the body is like a towel, and when you're

 9   stressed out, it twists.  So your organs are

10   constricted, which restricts blood flow to the areas   05:41:22

11   that you're injured.  So it causes more pain.  You

12   end up feeling more pain there.  It definitely

13   affects 100 percent way more.

14        Q    All right.  Thank you.  I think I'm

15   finished.                                               05:41:40

16                      EXAMINATION

17   BY MR. GRAHAM:

18        Q    All right.  Do you believe that Penelopy

19   was given 18 separate shots for her vaccines?

20        A    I counted 18 shots.                           05:41:52

21        Q    So that's your belief, that she was given

22   18 separate shots?

23        A    So far.

24             MS. SEROBIAN:  Objection.  Vague as to

25   "separate."  Vague as to foundation and lack of        05:42:04
```

Page 315

Lucy Ulikhanova - March 14, 2019

```
 1    foundation, speculation.
 2    BY MR. GRAHAM:
 3        Q    Do you believe that she was injected 18
 4    separate times for her vaccinations?
 5        A    No.  Not 18 separate times.              05:42:14
 6        Q    Okay.  Earlier when we were discussing
 7    your damages and you were talking about the 18
 8    vaccines, I believe was the phrasing, I got the
 9    impression that you thought that there were 18
10    injections.  That's why I asked that question.    05:42:29
11        A    No.
12        Q    So that's not your belief.
13             MS. SEROBIAN:  Objection.  Lack of
14    foundation, speculation on the part of the witness.
15             THE WITNESS:  I was guessing that there  05:42:37
16    was 18 because I skimmed through the paperwork.
17    I've never in detail actually sat there and gone
18    through the dates like my lawyer just did earlier.
19    BY MR. GRAHAM:
20        Q    Gotcha.                                  05:42:49
21        A    It's too emotional.  Because you know
22    what, they vaccinated her.  It's done for.  They
23    vaccinated her.  Me going through this every time is
24    causing me more emotional.
25        Q    Sure.  We talked about two separate      05:42:55
```

                                            Page 316

Lucy Ulikhanova - March 14, 2019

```
 1    hearing dates for the vaccination issue, June 9,
 2    2016, and June 10, 2016.  They were back-to-back
 3    dates.  Do you recall why the June 9 hearing date
 4    happened and then it happened again on June 10?
 5       A    I don't remember.  It could have been        05:43:13
 6    cancelled and they moved it to the next day.
 7       Q    When you were --
 8       A    I don't know.  I don't remember.  I don't
 9    recall.
10       Q    When you were describing your attorney       05:43:21
11    holding up a document and wanting to argue the
12    merits of that document to the judge and being kind
13    of dismissed, do you recall if that happened on
14    June 9 or June 10?
15       A    I don't, again.                              05:43:31
16       Q    Okay.
17       A    It was either June 9 or either June 10.  I
18    don't know which one.
19       Q    Okay.  So the vaccination issue was not      05:43:41
20    discussed both days.  It was just discussed one of
21    the days?
22       A    I don't remember.  I don't know why this
23    June 9 and June 10 got together.  So I object to
24    answering that.
25            MS. SEROBIAN:  No, no.  Let me object and    05:43:48
```

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanyan - March 14, 2019

```
 1    then -- objection.  Lack of foundation, speculation,

 2    asked and answered.

 3    BY MR. GRAHAM:

 4         Q    Do you recall if vaccinations were

 5    discussed in two hearings in June, or was it just          05:44:00

 6    discussed at one hearing in June?

 7         A    I don't know.

 8         Q    Okay.  Did you ask Defendant Carey if you

 9    could be present at the vaccinations?

10         A    I don't recall.                                  05:44:14

11         Q    Okay.  In 2016 in the fall, what grade

12    would Penelopy have been going into?  The fall of

13    2016.

14              MS. SEROBIAN:  Asked and answered and

15    calls for a legal conclusion.                              05:44:31

16              THE WITNESS:  I don't know.  I can't -- I

17    don't know.

18    BY MR. GRAHAM:

19         Q    If the fall of 2016, Penelopy would have

20    been going into kindergarten if you were the type of      05:44:42

21    parent who wanted to put her in school; is that

22    correct?

23         A    I don't think that it was -- I don't know.

24    I don't think that -- I have to look at the dates.

25    I can't just answer you like that.                        05:44:58
```

Page 318

Lucy Ulikhanova - March 14, 2019

```
 1       Q    She was born in November 2010; right?

 2       A    Right.

 3       Q    So in the fall of 2016, would she have

 4   been old enough to be in first grade?

 5            MS. SEROBIAN:  Objection.  Calls for a      05:45:10

 6   legal conclusion.

 7            THE WITNESS:  I don't know at this time

 8   because I'm not looking at records.  So I don't

 9   know.

10   BY MR. GRAHAM:                                       05:45:18

11       Q    All right.  You testified earlier that

12   your attorney was not allowed to present evidence at

13   the hearing in front of the judge, at the

14   vaccination hearing.  Did the judge explain why?

15       A    No.  I don't remember what the explanation  05:45:34

16   was.

17       Q    Okay.

18       A    It goes so fast.  The judge, you know,

19   okay, thank you, she says, and then it moves

20   quickly.  It's just so fast.                         05:45:46

21       Q    Okay.  I believe you testified that you

22   didn't see any of the e-mails that you had sent

23   regarding vaccination attached to any of the social

24   workers' reports; is that correct?

25       A    For the vaccine hearing date?  Yeah.  I     05:46:00
```

Page 319

Lucy Ulikhanova - March 14, 2019

```
 1    don't remember seeing any of it.
 2        Q    Do you think it's possible that those
 3    e-mails could have been attached to reports for
 4    previous hearings?
 5            MS. SEROBIAN:  Objection.  Calls for          05:46:10
 6    speculation.
 7            THE WITNESS:  I have no idea.
 8            MS. SEROBIAN:  Lack of foundation.
 9            THE WITNESS:  I never saw anything.
10    BY MR. GRAHAM:                                        05:46:16
11        Q    Is it possible?
12        A    Maybe it's possible.  I don't know.  But I
13    never saw it.
14        Q    Okay.  You testified earlier that you said
15    that at the time the vaccination was ordered by the   05:46:24
16    juvenile court, you said you didn't know that you
17    had the right to be present.  Is that correct?
18        A    Right.  I didn't know that I had the right
19    to be present.
20        Q    And that's --                                05:46:36
21        A    That it was a right.
22        Q    Maral did not tell you that.
23        A    No, she did not.
24        Q    And Stephen Carey did not tell you that,
25    either.                                               05:46:45
```

Page 320

Lucy Ulikhanov - March 14, 2019

```
 1        A     No, he did not.

 2        Q     And Stephen Carey has been a defendant in

 3   this case from the very beginning; is that correct?

 4        A     Correct.

 5        Q     Okay.  And you were angry at Maral when          05:46:53

 6   she didn't tell you that; is that correct?

 7        A     I was upset with her, yes.

 8              MS. SEROBIAN:  Objection.  Misstates

 9   testimony as to why she was angry.

10              THE WITNESS:  Well, I mean, I'm upset with

11   her now.

12   BY MR. GRAHAM:

13        Q     Let me --

14        A     I don't know --

15        Q     Let me --

16              (Simultaneous speaking; reporter

17              interruption.)

18   BY MR. GRAHAM:

19        Q     Let me withdraw that.  You were angry with

20   Maral when she said that you couldn't be present         05:47:10

21   because of the conflict issues; is that correct?

22        A     Correct.

23        Q     So you were angry at her in June 2016.

24        A     I was -- yes.  I was upset with her.

25        Q     Did the doctor who took out your wisdom        05:47:19
```

Page 321

Lucy Ulikhanova - March 14, 2019

```
 1    teeth say that it was because of vaccine-related

 2    issues?

 3         A    How do I remember?  I think I was, like,

 4    12 or 14 years old at that time.

 5         Q    That's a very fair point.                    05:47:31

 6         A    He had me on that gas mask.  I forget what

 7    it was called.

 8         Q    The vacation with grandma you said that

 9    you were planning on that you didn't get to take,

10    where were you going?                                  05:47:43

11         A    Vacation with grandma to Nevada.  It was

12    to visit the rest of the family.

13         Q    And how were you planning on traveling?

14         A    With car.

15         Q    With car?  Okay.  What was the cost of the   05:47:54

16    trip if you had to estimate?

17         A    I don't know.  Gas, hotel.  We were going

18    to go for a week.  I could go back and speak to her

19    again.  I could bring up all that stuff.

20         Q    How long was the trip going to be?          05:48:15

21         A    Approximately a week.

22         Q    Okay.  Your stepfather, you said you

23    worked for him; is that right?

24         A    Correct.

25         Q    Does he have a business?                    05:48:28
```

Page 322

Lucy Ulikhanova - March 14, 2019

```
 1        A     He was a real estate investor.  And he had
 2   LLCs attached to the shopping centers that he owned.
 3        Q     If we wanted to get documents to support
 4   the loss-of-income claim from that, is there a
 5   company we could ask for records from, or you said      05:48:46
 6   there's LLCs?
 7        A     I can give you the document from the
 8   probate case.
 9        Q     There we go.
10        A     The administrators that were on the case.    05:48:56
11        Q     The inhalers that you have been
12   prescribed -- I'm sorry.  You said you were on an
13   inhaler when you were a child; is that right?
14        A     Yeah.  Because of asthma.
15        Q     Were those prescription inhalers or          05:49:11
16   over-the-counter?
17        A     Correct.  Prescription.
18        Q     Prescription.  Did the doctor who
19   prescribed those tell you that you needed them
20   because of vaccination-related issue?                   05:49:16
21        A     How would I remember that?  I don't think
22   many doctors -- many doctors are not knowledgeable
23   about this stuff.
24        Q     I'm just going to run some sentences by
25   you, and I just want you to tell me if you believe      05:49:29
```

<div align="right">Page 323</div>

Lucy Ulikhanova - March 14, 2019

```
 1      that they are true or false.
 2            Mother does not consent to immunization as
 3      she says it is due to religious reasons.  Was this
 4      true as of February 2016?
 5         A    It's partly true.  Because there's more to    05:49:46
 6      that.  I've said more.  So they cherry-pick what
 7      they want.
 8         Q    So you're saying it's true but it might
 9      not be fully --
10         A    Fully true.                                   05:49:56
11         Q    There we go.  And as of February 2016, was
12      it true to say mother refuses school until age 6?
13         A    Partly true.  I don't remember saying
14      age 6.  I just said I refuse school.
15              MS. SEROBIAN:  Misstates testimony.           05:50:15
16              THE WITNESS:  It was partly true.  I don't
17      remember giving an age.  I do remember saying I
18      didn't want her in school.
19      BY MR. GRAHAM:
20         Q    Did you say you didn't want her in            05:50:25
21      kindergarten because you wanted to have her
22      homeschooled?
23         A    I said -- to be clear, the homeschooling
24      is only an option if that rumor that I heard of that
25      this mandated vaccination for the public school, if  05:50:37
```

Page 324

1    that was to happen, then that was going to be my

2    option was going to be homeschool.  So I had

3    pre-prepared for such a thing.

4         Q    You wanted the homeschool option as kind

5    of a backstop if the personal exemption wasn't going          05:50:53

6    to be enough?

7         A    Correct.  So I prepared for that a long

8    time ago.

9         Q    Okay.

10        A    And I didn't give an age, as well.  I          05:51:02

11   don't remember -- not I don't remember.  I didn't

12   tell them an age.  I just said no.

13        Q    I'm just asking you if things are true or

14   false, not if you actually said them.

15        A    Okay.

16        Q    The mother refuses to allow Penelopy to be

17   immunized.  Would that have been true as of

18   June 2016?

19        A    Yes.  True then, true before, true after.

20        Q    And then the mother has sole legal custody          05:51:26

21   from family law court.  Would that have been true as

22   of June 2016?

23        A    Yes, true.

24        Q    And would it have been true as of

25   June 2016, the father cannot give consent?          05:51:35

                                                    Page 325

```
 1        A     True.

 2        Q     That's all I've got.

 3        A     Okay.

 4              MR. GRAHAM:  We can do a stipulation with

 5    the transcript.  The original --                        05:51:54

 6              MS. SEROBIAN:  You can go if you need to

 7    go.

 8              THE WITNESS:  I have to go.

 9              MR. GRAHAM:  Stipulation that the court

10    reporter does not have to keep the original; that        05:52:06

11    the original will go to you.  You will keep the

12    original.  Or --

13              Can we go off the record.

14              THE VIDEOGRAPHER:  Off the record at 5:52.

15              (Discussion off the record.)                   05:52:23

16              THE VIDEOGRAPHER:  On the record, 5:53.

17              MR. GRAHAM:  So you will get sent the

18    original transcript to make any corrections, and

19    then she will sign and then send that to us.  And

20    then we will keep the original, and then you will       05:53:34

21    get a certified copy if you want to order it.

22              MS. SEROBIAN:  Okay.

23              MR. GRAHAM:  So I propose the following

24    stipulation:  That once the transcript has been

25    prepared, the court reporter be relieved of any         05:53:45
```

Page 326

```
 1    duties to act as a custodian of the original under

 2    any state or federal law; that the original

 3    transcript will be sent to the offices of

 4    Ms. Serobian who will then arrange for the witness,

 5    Ms. Ulikhanova, to review and sign any changes under    05:54:03

 6    penalty of perjury within 15 days of receipt of the

 7    transcript.

 8              Counsel for defendant will retain the

 9    original transcript because it's our deposition.  If

10    the original becomes unavailable at any time, a         05:54:17

11    certified copy can be used for any purpose,

12    including motion practice and trial.  If the

13    original is not signed or not informed of it being

14    signed under penalty of perjury, the uncorrected,

15    unsigned certified copy can be used for the same        05:54:34

16    purpose as the original would be.  Can we stipulate?

17              MS. SEROBIAN:  Yes.  So stipulated.

18              THE VIDEOGRAPHER:  All right.  This

19    concludes today's testimony given by Lucy

20    Ulikhanova.  The total number of media units used      05:54:44

21    was 11 and will be retained by Veritext Legal

22    Solutions.  Off the record.  The time is 5:54.

23    Thank you.

24              THE COURT REPORTER:  And did you want to

25    order a copy?                                           05:54:57
```

Page 327

Lucy Ulikhanov - March 14, 2019

```
 1              MS. SEROBIAN:  When I get the original,

 2     can I just make a copy?

 3              THE COURT REPORTER:  No.

 4              MR. GRAHAM:  You'd have to unbind it.

 5     Yeah.  I think that -- did we order a certified copy     05:55:12

 6     and an original?

 7              THE COURT REPORTER:  Can we go off the

 8     record?

 9              (Discussion off the record.)

10              THE COURT REPORTER:  So yeah?

11              MS. SEROBIAN:  Yes.  Uh-huh.

12

13              (The deposition concluded at 5:57 p.m.)

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 328

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3        I certify under penalty of perjury that I have

 4   reviewed the foregoing transcript and that my testimony

 5   as contained herein is true and correct.

 6

 7   Executed on the _____ day of _____,

 8   20_____, at _____,

 9   California.

10

11                      _____

12                           (LUCY ULIKHANOVA)

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 329
```

1          Certification of Court Reporter

2                    Federal Jurat

3

4          I, the undersigned, Certified Shorthand Reporter

5     of the State of California, do hereby certify:

6          That the foregoing proceedings were taken before

7     me at the time and place herein set forth; that any

8     witnesses in the foregoing proceedings, prior to

9     testifying, were placed under oath; that a verbatim

10    record of the proceedings was made by me using machine

11    shorthand which was thereafter transcribed under my

12    direction; further, that the foregoing is an accurate

13    transcription thereof.

14         That before completion of the deposition, a

15    review of the transcript [X] was [ ] was not

16    offered/requested.

17         I further certify that I am neither financially

18    interested in the action nor a relative or employee of

19    any attorney of any of the parties.

20         IN WITNESS WHEREOF I have hereunto subscribed my

21    name on March 29, 2019.

22

23

24

          Elizabeth Schmidt

25        CSR No. 13598

                                                    Page  330

**[& - 2012]**

| & | | | |
|---|---|---|---|

**&**   11:2

**1**

**1**   1:25 4:11 7:15
22:23 60:17,18
83:15 122:14
133:25 214:22
**1,000**   156:5
**1-10**   1:12 2:12
**10**   4:23 110:5,6
111:2,12 112:1
113:25 114:12,18
117:2 122:6
151:10 166:22
171:5,25 174:10
210:10 244:14,17
244:18 254:5,12
273:12,14,23
276:20 279:8
280:9,22 282:16
317:2,4,14,17,23
**10,000**   305:21
**10/4/16**   5:18
**100**   2:19 3:4,10
7:21 79:17 108:7
205:4 259:13
285:14 302:22,22
304:4 309:20
315:13
**105**   5:12
**10:00**   187:23
**10:20**   64:2,3
**10:46**   64:4,6
**10:56**   73:2
**10:57**   73:4
**11**   4:24 185:13
267:20,21,24
271:1 327:21
**11/13/12**   92:24

**11/13/2012**   234:4
272:3
**11/18/1980**   13:15
**11/5/2010**   13:24
**110**   4:23
**112**   5:14
**117**   5:13
**11:36**   105:4,5
**11:43**   105:6,7
**11:50**   110:22
**11:51**   110:24
**12**   5:4 6:4 62:4
188:20,21 322:4
**12/6/16**   283:10
**120,000**   25:17
**12:37**   150:4,5
**13**   5:6 48:23 56:11
91:13,14 269:13
269:14
**133**   5:17
**13598**   1:24 2:23
330:25
**14**   1:20 2:21 7:2,7
48:23 322:4
**1429**   13:17
**144**   5:16
**15**   5:7 6:3,8
210:24,25 282:19
282:20,22 314:12
327:6
**150**   201:25
**150,000**   286:11
**1504-1511**   4:14
**1505**   86:11 100:6
100:22
**15053**   330:24
**1507**   88:12 93:24
94:21 100:7,23
**1508**   91:8 92:21
93:21 95:3,6
100:7,23

**1509**   94:4,17 95:12
100:7,23
**1512-1518**   4:17
**1513**   160:20
**1514**   161:1
**1516**   162:3,7
**1517**   162:7
**1521-1524**   4:21
**1522**   84:25
**1523**   82:1,5
**1525-1526**   4:23
**1526**   110:10 111:2
122:7
**1527-1530**   5:5
**1533-1534**   5:8
**1534**   192:1 193:6
**1578**   106:20
**16**   5:8 191:22,23
**160**   4:16
**164**   6:7
**167**   6:8
**168**   6:9
**17**   5:9 189:6 286:3
286:4
**171**   5:20
**179**   5:18
**18**   14:23 83:23
84:3 150:16,18,18
150:19 272:19,20
272:21 273:2
277:1,8 295:23
297:18 315:19,20
315:22 316:3,5,7,9
316:16
**186**   224:18
**187**   5:22
**188**   5:4
**19**   5:10 275:9
276:23 289:21,22
**191**   5:8

**1960's**   290:25
295:11
**1976-1980**   5:12
**1981-1982**   5:13
**1982**   117:17
**1:00**   187:24
**1:42**   150:6,8

| 2 | | | |
|---|---|---|---|

**2**   4:14 6:3 23:3
28:9 61:1,2 86:8
94:6 95:18 96:14
96:24 97:1,6
100:5,13 101:17
105:13 106:13
122:9 150:11
229:23 237:17,18
271:1
**2/12/16**   4:14
**2/18/16**   4:20
**2/25/2016**   83:12
**20**   144:15 145:7
210:24 329:8
**20,000**   304:5,6
**200,000**   23:8 26:2
113:5 302:16
**2001**   20:9
**2002**   20:10
**2003**   20:10
**2005-2007**   5:15
**2006**   116:1
**2007**   14:23 113:22
114:14
**2008-2010**   5:16
**2009**   147:14
**2010**   148:14
245:21 319:1
**2011-2012**   5:17
**2012**   91:14 92:1
93:23 95:3 96:10
138:1 288:24

Page 1

Lucy Ulikhanova - March 14, 2019

[2013 - 5:54]

**2013**   14:10,12
47:23,25 55:21
56:5
**2014**   48:22 90:15
94:8,24 234:12
236:1,10
**2015**   47:7 52:19
56:10 126:12
246:6
**2015-2019**   5:19
**2016**   47:11 56:11
62:4,22 63:1,5
81:18 83:4,23
84:3 85:23 87:8
104:19 105:13
106:13 113:24
114:10 117:16
126:10 144:15
151:10,19 171:5
171:25 174:10
180:1 183:5 184:2
184:6 185:6,14,21
186:4,4,4,9 187:18
188:1 210:10
229:11 230:18
231:12 233:10
237:7,25 238:17
246:3,7 247:13
250:22 251:1
253:4,13 254:5,12
273:12,14,23
274:1,6,15,16,25
276:20,21,22
279:8,12,17 280:9
280:23 282:12,13
282:13,16,17
285:4,24 317:2,2
318:11,13,19
319:3 321:23
324:4,11 325:18
325:22,25

**2017**   44:8 45:10
126:23 127:3
180:23 189:6
222:23 223:2,3,5
224:6 256:1,6,19
257:5,13 258:20
258:23 259:10
268:4 269:19
275:7,9 276:23
**2018**   179:25 181:4
212:16 222:17,19
223:17 224:7
227:19
**2019**   1:20 2:21 7:2
7:7 223:6 287:14
330:21
**21**   5:11 20:7
293:22,23 305:2
**212**   5:25
**22**   20:7
**2201-2217**   4:13
**2217**   60:15,20
**228**   4:15
**229**   4:6
**23**   6:7 161:9 193:7
268:4 269:19
305:5
**232**   4:18
**236**   4:19
**24**   5:12 105:9,11
160:23
**244**   4:22
**25**   90:15 94:8
234:12
**25,000**   303:24
**26**   4:11 5:13,22
117:13,14 287:14
**267**   4:24
**2689**   5:24 187:19
**269**   5:6

**27**   187:18
**28**   126:21
**282**   5:7
**286**   5:9
**289**   5:10
**29**   330:21
**293**   5:11
**29th**   193:9,11
**2:05**   168:23
**2:08**   168:25
**2:17**   1:4 2:4 7:20
**2:29**   114:10 237:7

**3**

**3**   4:15 110:9
113:23 114:10,13
117:16 121:2
122:6 228:24,25
237:6
**3,500**   112:25
113:10
**3/17/17**   5:4
**3/2/16**   5:12
**3/23/17**   5:6
**3/3/16**   5:13,14
**3/31/16**   4:15 5:17
**3/7/19**   5:9
**30**   28:9 133:24
195:20
**30,000**   305:4
**300**   2:20 3:10 7:22
**31**   229:11
**315**   4:5
**32**   5:14 112:2,4
116:22
**330**   1:25
**34**   5:16 144:14,16
**36**   5:17 133:11,13
**3860**   214:13
223:21
**3860-3863**   5:25

**3861**   216:17
218:19
**3862**   221:23
**3:03**   211:16,17
**3:19**   211:18,19

**4**

**4**   4:16 6:6 114:13
160:13,14 180:1
181:5 183:5 192:1
247:13 253:13
271:10,13,25
272:18 283:12
288:13
**4/6/16**   4:18
**40**   5:18 179:21,22
**48**   150:11
**4:27**   267:14
**4:28**   267:15
**4:34**   267:16,18

**5**

**5**   4:18 184:4,6
185:6 232:6,15,18
232:19,20 271:10
271:13 272:18
**5/23/17**   4:24
**5/24/17**   4:16
**5/4/17**   5:8
**50**   6:4 65:6 66:7,8
66:11
**50,000**   305:22
**500,000**   305:3
**532**   187:24
**539-2249**   3:5
**562-5800**   3:11
**5:33**   314:17,18
**5:40**   314:19,21
**5:52**   326:14
**5:53**   326:16
**5:54**   327:22

Page 2

Lucy Ulikhanova - March 14, 2019

**[5:57 - added]**

| **5:57** 2:21 328:13 | **8** | **a** | **accepted** 307:18 |
|---|---|---|---|
| **6** | **8** 4:5,20 6:9 81:21 | **a.m.** 2:21 7:3,6 | **accepting** 288:4 |

**5:57** 2:21 328:13

**6**

**6** 6:5 233:10
273:12 274:15,16
274:25 276:22
279:17 285:4,24
324:12,14
**6/10** 174:1
**6/10/16** 5:20
**6/20/16** 5:16
**6/3/16** 4:19,23
**6/4/16** 4:22
**60** 4:11 66:6 205:4
306:2
**600** 3:4 156:3
**61** 4:14
**6th** 185:12

**7**

**7** 4:19 185:12
236:23,24 241:18
244:16
**7,000** 124:25
**7/11** 174:1
**7/11/16** 173:20,23
185:13
**70** 5:20 171:21,22
185:10
**72** 5:22 187:14,15
212:6
**73** 6:5
**730** 261:13,19
262:6,13,17,24
263:14 264:5,8
266:23 267:1
313:1
**74** 5:25 6:6 212:8
212:9
**7:19** 180:1

**8**

**8** 4:5,20 6:9 81:21
81:22 82:6 212:16
214:4 223:22,24
227:19 283:12
**8/9/16** 283:11
**80** 25:17
**80,000** 25:16
303:25 306:2
**80s** 149:16
**81** 4:20
**818** 3:5,11
**827** 61:6
**897** 172:22
**897-898** 5:21
**898** 172:5
**8:31** 233:10

**9**

**9** 4:22 117:2
237:25 238:16
241:20 244:9,10
244:14,15,17,18
246:17,18 250:22
253:4 254:4,11
274:1,6 276:21
279:12 280:22
282:17 317:1,3,14
317:17,23
**90** 204:23 205:25
**911** 103:20,20
**91202** 13:18
**91203** 3:5
**91502** 3:11
**9193** 1:4 2:4 7:20
**95** 207:13
**9:14** 7:6
**9:15** 2:21 7:3

**a**

**a.m.** 2:21 7:3,6
64:3,4 105:5,6
187:23
**aaps** 287:17
**abcs** 49:23
**ability** 12:20 17:19
19:11 166:22
186:7 296:14
**able** 10:10 25:23
66:4 70:25 72:14
110:20 174:3,6
186:11 188:15
189:18 195:3,19
197:12 198:21
236:9 245:21
255:5 278:1
296:18 305:18
306:18
**aborted** 65:14
290:25 295:6,7
**abortion** 65:19
108:6
**absolute** 64:12
197:8
**absolutely** 26:7
31:9 32:9 85:10
238:5 281:7 285:9
305:1
**abuse** 76:15,22
92:12 103:7,12,13
103:16 125:17
190:19 216:22
217:4 264:1
266:25
**abused** 102:23
202:9
**abuser's** 171:1,1
**accept** 193:19
287:23

**accepted** 307:18
**accepting** 288:4
**access** 76:23 171:2
**accidentally** 303:9
**accompanied** 43:4
**accompany** 34:14
**accomplished**
131:3
**account** 302:18,20
302:21 303:10
**accredited** 25:3
**accurate** 141:12
330:12
**accurately** 187:25
**accusations**
264:18
**acellular** 289:17
**achieve** 225:9,11
**achieved** 224:21
226:19
**acknowledge**
92:21
**act** 183:8 327:1
**acted** 115:16
**acting** 207:24
**action** 8:2 17:24
98:20 307:25
308:12 330:18
**activates** 290:13
**activities** 48:10,14
**acts** 194:11 296:12
**actual** 81:10
150:19 195:8
200:3 233:1
**ad** 193:23
**adamant** 80:10
**add** 155:21 186:21
**added** 104:8
219:11,22 261:5
307:5

Page 3

Lucy Ulikhanov - March 14, 2019

[adding - answer]

adding 220:21
address 13:16
  14:1 62:2 70:4,6
  82:19,23 83:13
  125:5 181:2
addressed 62:6
  187:19 248:14
adequate 170:9,10
adhd 300:23
adjuvants 64:19
  66:20 287:2
administer 8:1
administration
  269:7 275:22
administrator
  88:25 119:4
administrators
  49:8 323:10
admissions 193:16
admit 90:2
admitted 81:5
  178:17 312:5
admonitions 8:23
  29:4
adult 297:15
advance 238:22
advantage 23:7
adverse 137:15
  141:2 142:6,16
  231:7
advice 139:3
  148:16 255:3
afebrile 284:2,3
affect 10:12
affiliations 8:5
afterlife 308:8
afternoon 174:10
age 249:11,19,22
  284:18 324:12,14
  324:17 325:10,12

aged 49:5
agent 17:15
  304:14,14
agentnova 14:1
  181:1 184:4
aggravated 315:4
aggravates 290:9
  290:10
aggregate 204:18
  301:23,25
ago 16:10 24:10
  31:11 55:8 193:8
  230:15 246:1
  283:25 305:2
  325:8
agree 7:14 102:12
  207:17,21 239:6
  278:12
agreed 154:3
  196:21 239:8
agreeing 26:17
agreement 113:1
  215:17 259:23
ah 163:19 190:24
ahead 205:13
  211:20 237:2
  247:10 248:5
aides 196:20
ailments 139:9
al 7:17,18
alive 96:9 149:3
allegation 207:12
  224:18,25
allegations 15:13
  17:25 207:11
  253:5,18 264:1,18
  265:19
allege 42:18
  208:10 224:19
  226:18

alleged 209:2
alleging 33:14,17
  33:22 34:11 43:3
allergic 71:7 116:8
allergies 57:12
  69:9,10,11 71:9,22
  101:11 102:17,20
allergy 102:16,18
allow 10:22 11:13
  99:14 184:23
  240:16 253:23
  254:6 258:8
  325:16
allowed 51:17
  76:18,23 128:12
  128:16 135:25
  136:14,20,21
  140:7 180:12
  217:23,25 218:2
  235:3 263:4
  319:12
allowing 176:7
  179:7 260:22
allows 97:16
  100:16
alternative 115:5
  184:15,16 249:7
aluminum 64:17
  184:11 290:7,9,11
  290:18,19 291:16
amazan 86:2,3
  121:5 252:7
  305:22
ambiguous 29:6
  52:2 215:8 256:22
  258:14
amend 252:14
  255:1
amended 219:10
  252:15

amendment
  167:18 168:5
america 158:15
american 108:24
  287:8,16
amma 115:17
amount 25:20,24
  64:22 65:9 79:12
  113:7 200:19
  208:16 290:18
  303:19
anemic 306:8
angeles 1:2,7,8 2:2
  2:7,8 7:18
angry 179:6
  247:21,22 321:5,9
  321:19,23
ankle 138:11
annual 197:11
  268:16 299:6
annually 269:3
answer 6:1 11:15
  11:16 15:8,16,21
  16:2,5,14 23:16
  24:4 27:14 28:24
  34:4 43:9,12,16
  50:19,23,25 51:4,7
  51:8,18 73:17,20
  74:11 97:19 98:6
  98:14,15 99:13,24
  100:2,12 114:9
  122:3 132:16
  133:2 165:3,10,11
  165:12,20 166:4,9
  167:20,22 168:3
  168:11 171:6,15
  177:4,5 185:4
  208:24 209:18
  215:20 220:3
  225:3,12,13 230:6
  230:12,16 239:7

Lucy Ulikhanova - March 14, 2019

**[answer - assumed]**

242:21,23 243:23
258:9 265:10,12
281:10 311:13
318:25
**answered** 37:3,17
132:24,24 133:1
135:11 153:20
171:12,13 177:2
185:14 225:21
318:2,14
**answering** 10:22
15:12 118:18
121:14 132:13
165:2 166:5
180:16 317:24
**answers** 9:20 10:5
**antagonist** 249:13
**anthem** 53:2
**anxiety** 24:19
135:15 197:24
207:15 208:2,8
211:14,15 302:4
**anybody** 18:21
154:1 200:14
210:14 222:7
**anymore** 113:14
184:23 196:3,19
207:7 293:1 294:7
305:18 310:6
**anyway** 113:17
132:7,19
**apart** 199:18
**apologize** 112:8
**apologized** 307:23
**apparently** 312:10
**appear** 24:3
154:18 218:9
234:13 273:7
276:24 277:8
**appearance** 8:7

**appearances** 3:1
8:4
**appearing** 8:9
23:23
**appears** 94:1,11
134:4 162:9 245:3
270:2 283:8
**appellate** 124:22
**application** 216:14
217:4,13
**applied** 15:24
**apply** 74:2
**appointed** 262:20
**appointment**
33:24 175:1,1
180:3 278:18
281:20 285:4
**appointments**
279:5 282:3 285:8
309:1
**approach** 191:4
**approval** 227:13
**approve** 206:15
**approved** 80:12
206:16
**approximate**
257:3,4
**approximately**
24:10 46:6 47:23
52:16 78:3 150:16
151:4 156:3
204:23 236:1
286:11 304:5
306:1 322:21
**approximation**
20:10
**april** 126:21 127:7
127:9 134:18
202:25 233:10
256:1,6

**area** 24:12 235:12
299:9
**areas** 315:10
**argue** 16:2 29:3
176:23 317:11
**arguing** 210:12
**argument** 99:6
122:16 156:13,14
**arguments** 99:10
**armenia** 163:2,3
**armenian** 45:15
45:16 192:4,7
196:9 213:11
**arrange** 327:4
**arrangement** 45:7
45:8
**arrived** 130:13
**arthritis** 163:1,4
**aside** 79:1 107:10
215:5
**asked** 22:4 52:7
57:3 58:1,5 79:6,7
86:17 89:17 90:24
91:1 92:17 103:1
112:23 129:2
132:24 154:2
156:11,14 168:16
171:4,11 177:2
183:10,16 189:13
189:17 198:15
217:7 225:20
230:11 239:15
242:6 243:16
252:14,17 262:2
276:9 278:12,21
278:21,23,24
285:6 310:15
311:20,21 316:10
318:2,14
**asking** 40:9 55:7
57:12 58:4 72:11

79:15 81:3 87:9
96:25 98:16 99:4
108:2 112:24
117:7 125:4
133:25 134:19
139:14 147:5
151:12 154:19
165:6 170:20
176:23 186:22
197:20 205:23
210:1 216:6 224:4
226:9 229:7
230:14 235:1,5
239:12 243:10,10
252:13 255:1,4
265:3 286:15
292:24 300:14
301:23 302:5
306:15 308:15
310:8 313:22
325:13
**asks** 36:16 123:23
**aspect** 18:3,17
28:15
**assert** 99:1
**asserting** 165:24
165:25
**assess** 87:9
**assessment** 40:25
**assign** 19:1
**assistants** 196:21
**associated** 18:5,8
64:13 66:19,21
**association** 287:8
287:16
**assume** 10:17
25:20 132:7
134:24 174:13
231:1 250:21
**assumed** 281:1
303:6

Page 5

Lucy Ulikhanova - March 14, 2019

[assuming - bad]

**assuming** 52:8
65:18 132:6,9,18
134:25 200:11
219:7 233:25
**asthma** 59:6 67:25
68:1,2,12 69:6,11
69:13,19 70:19
71:22 91:2 97:12
97:21 98:1 100:24
101:7 196:14
286:23 293:13
323:14
**attach** 137:8,13
238:1
**attached** 63:15,23
92:3 94:2 233:15
234:5 241:16
319:23 320:3
323:2
**attachment** 61:16
63:22 160:22,24
160:25 161:6
233:18 270:19,20
270:22,23 271:2
**attachments** 95:19
97:7,13 241:13
266:7
**attack** 213:20
302:2,7
**attacking** 80:8
192:23 310:17
**attempt** 249:8
**attempted** 312:15
**attempting** 56:18
**attend** 84:21
122:13 125:7
237:20,21 241:21
277:11,18 278:1
**attended** 48:18
84:20,23

**attention** 88:12
271:10 300:21
**attorney** 11:1,3,9
11:12 12:2,4
14:15 18:14 22:20
22:23 24:2 26:16
36:16 38:4 40:7
43:10,11 50:21
74:12 83:3 84:21
85:3,5,6,8,16 86:1
99:1 106:17,17
111:18 112:25
113:3,4,9 117:8
122:16 124:13,21
164:24,25 166:6
172:18 176:19
179:5,12 184:5
214:14,18 216:12
219:5 223:12
227:22 239:9,18
240:2,12,16
247:16 250:16
252:6,12 281:8,18
302:14,15 303:4
305:21,25 317:10
319:12 330:19
**attorneys** 31:10
99:9
**attribute** 23:14
201:2 203:11,18
203:23 208:17
**attributed** 194:12
**audio** 7:12,12
**august** 273:24
274:1,6 276:21
279:12 280:22
282:9,16,17
**aunt** 33:1,2 53:15
74:19 78:21
136:10 137:5
171:2 255:18

260:22 270:7
278:6,8,13,19
279:4 280:7,11,17
310:1,15 311:2,4,6
311:21 312:3
313:10
**aunt's** 53:6 74:16
171:1 260:16
**authority** 134:6
215:14 221:1,21
230:22
**authorized** 8:1
**authorizes** 172:8
**autism** 66:19
301:14
**autistic** 195:21
300:24
**autoimmune**
58:10 59:2,7 65:2
66:21 67:3,21
71:17 72:4,9
97:22 101:1
115:13 119:17
120:7 140:13,15
159:14,24 162:25
235:9 286:23
287:3
**automatic** 208:4
306:13
**autonomy** 288:7
**avenue** 13:17
**avoids** 98:6
**award** 288:18
**awarded** 230:7
**aware** 17:23 56:25
237:22

| b |
| --- |

**b** 4:8 5:1 163:16
294:22
**baby** 148:17

**back** 17:10 22:13
26:20 29:6 30:7
31:18 34:7 35:6
36:4 37:3,7 38:19
42:23 56:4 59:15
64:5 71:3 72:16
73:13 77:16 78:15
79:18 80:24 81:1
81:17 85:9 86:8
94:21 101:19
104:3 114:1 117:4
117:4,16 121:17
122:5,5 131:15
135:11 140:14
142:21,21 143:16
147:8 150:7 160:5
160:11 167:8
185:3,10 190:6
191:12 196:16
199:11 206:7
210:21 211:13
231:12,16 235:13
239:8 242:23
244:12 255:5
259:12 265:9
296:24,25 297:2
297:25 299:7
305:7,16 306:24
311:18 312:1,4,6
317:2,2 322:18
**backfire** 110:1
**background**
167:25 307:21
**backstop** 325:5
**bad** 35:9 81:12
95:2 141:20 142:4
145:21 191:11,16
197:2 198:16
200:6 213:16,18
213:23 214:1,5,8
219:17 220:23

Page 6

Lucy Ulikhanov - March 14, 2019

[bad - bottom]

221:2,6 227:12
228:16 253:11
254:10 265:3,5,7
298:4,16 302:3,8
308:2,2,3 314:3,9
**bag** 80:20 314:3
**bailiff** 124:17
240:21
**balance** 148:7
**balboa** 164:2
189:12,14,15,25
190:2
**bangs** 11:4
**barely** 124:1
**barrier** 64:18
290:11
**based** 25:1 43:19
119:3 174:16
261:13 295:3
**baseless** 218:9
**basic** 8:22 15:19
16:3
**basically** 36:1 49:5
119:7 157:16
162:19 229:20
302:15
**basis** 55:16 98:24
**bates** 60:13 187:18
**bathroom** 11:23
**bear** 179:24
**bed** 206:4,5
**began** 24:10
103:18 129:12
204:6,7 291:2
295:10
**begged** 183:11
**begging** 183:21
**beginning** 2:20
23:17 29:5 39:11
46:8 78:11,12
83:25 87:23

107:14,22,23
168:17 214:20,23
219:24 272:24
274:24 302:1
321:3
**behalf** 2:19 226:10
**behavior** 154:14
**behavioralist**
19:19,25 24:7,8,14
**belief** 63:13 66:24
216:25 217:2
220:6,8,15 294:16
295:3 315:21
316:12
**beliefs** 65:11 94:5
184:21,24,24
185:1 234:7
235:10 236:5,18
238:3 239:21
248:3 266:2 294:3
294:6,7,15 308:22
**believe** 14:23
31:16 35:13 36:11
40:4,22 44:9
45:25 46:12 48:23
52:19 53:14,20
54:20 55:24 56:13
57:7 58:18 59:13
62:10,17 63:2
67:5 72:4 74:2
76:15,20,22 78:3
78:15 80:5,6
82:24 90:4 91:16
93:5 94:14 104:4
117:3,6 126:7
128:4 129:25
152:4 158:25
161:15 163:18
170:7,10 171:2
212:14,16 215:6
217:14 219:24

220:18 223:4
225:7 226:6 227:3
227:20 233:20
236:6 247:7
248:20 256:12
260:4 266:8 267:8
267:8 273:24
275:19 278:24
281:24 284:18
285:12 293:8
303:24 315:18
316:3,8 319:21
323:25
**believed** 190:19
263:24
**believing** 77:6
**benefits** 26:21
163:9 287:21
**best** 108:23,23,25
148:4 204:25
205:12 216:18
252:5
**better** 32:10,12
231:18
**beyond** 313:7
**bible** 108:15,18,20
294:24
**big** 9:9 20:16
80:20 115:20
148:2,24 155:3,4
156:16 214:10
224:12
**bigger** 109:13
**bill** 286:8 313:17
313:18,24
**billed** 52:23 55:14
**billion** 288:13
**bipolar** 261:23
**birth** 13:14,23
52:18 95:25
138:17 198:3

**birthdate** 245:20
**birthday** 44:8
**bit** 32:7 39:9 40:12
49:20 104:23
119:25 120:1
157:21 201:16,21
287:9 303:1 312:2
**bits** 287:11
**bitter** 157:21
**blame** 299:13
**blaming** 298:5,17
**blank** 160:21
162:1
**blasted** 77:16
**blood** 64:18 197:5
197:6,10,15,17,19
198:14 199:20
203:6 290:11
296:5,7 299:6,25
315:10
**blue** 53:2
**body** 98:10 100:5
113:25 114:17
315:8
**bone** 139:16
291:23,25
**bones** 163:4
291:22 292:2
**book** 41:8,10
264:15
**booked** 193:7
**booklet** 9:23
**books** 138:19
**boring** 81:25
**born** 307:18 319:1
**boss** 141:24
**bother** 79:4
**bothered** 79:6
**bothering** 307:8
**bottom** 60:12 82:1
90:16 92:20 94:7

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanov - March 14, 2019

**[bottom - care]**

106:21 113:22
114:16 116:4
133:19 148:2
180:1,24 181:11
192:1 218:19
232:13
**boulevard**  3:4
187:25
**box**  9:8 45:1
**boxstein**  51:24
52:9,17,21 53:13
90:17 93:22 96:5
96:11 97:20 98:2
98:7 118:9,12
120:14,16 138:20
139:1 190:6 272:8
272:9
**boxstein's**  93:3,8
**boy**  49:3,7,9 172:2
314:5
**bracelet**  102:18
**bradford**  3:9
**brain**  64:18
138:13,15 139:20
139:21 289:15
290:11 291:21
292:3,3 306:24
**brand**  3:4 184:9
**brands**  184:10
**break**  11:22 12:15
139:15 149:25
189:2 208:5,6
209:23 211:7,10
211:12 267:10
314:24
**breaks**  11:19,22
**brian**  14:21 47:17
47:20 50:13 53:15
73:7 74:4,19 75:1
75:5 76:24 79:1
80:15 84:4 92:12

101:4 103:21
154:2 190:18
200:14 216:22
217:3 251:15,19
251:22 257:16,21
258:2,9,17,22
259:16 260:5
261:9,18 263:25
284:20 310:15,15
311:7,17,24 312:7
**brian's**  67:8,9
68:25 76:7 77:12
78:20 101:5
154:10 217:11
**bribed**  197:12
**bright**  298:10
**bring**  16:11,13
63:6 85:2,16 90:3
102:15 110:20
121:22 166:15
179:12 214:9
218:3 271:9 290:4
292:20 322:19
**bringing**  307:24
**brings**  197:3
261:25
**broader**  17:24
**brother**  116:6,12
**brought**  15:18
41:8 66:2 90:8
98:20 102:16,20
116:6 135:9 160:5
176:3 178:12
219:1 250:10
301:6
**budget**  179:13
207:9
**bug**  167:10
**building**  20:16,17
80:22 306:23
313:5

**bulleted**  98:13
**bullying**  49:4,7,10
**bunch**  114:6 115:6
**burbank**  1:19 2:20
3:11 7:1,22 52:12
**burkwitz**  3:9
**business**  22:9 23:4
25:25 302:20
303:14 322:25
**buy**  205:7
**buyer**  21:2
**bye**  211:1

**c**

**c**  13:5 28:9 44:17
53:22 54:2
**cal**  200:16
**calculate**  209:14
**calculated**  202:3
**calculations**
209:22
**california**  1:2,19
2:2,20 3:5,11 7:1
7:20,22 13:18
149:18 329:9
330:5
**call**  23:23 35:3
38:10 40:24 44:7
46:13 62:10 69:15
81:25 85:19
103:12,15,20
117:25 118:2
128:23 179:14
213:17 243:22
248:15 278:3
284:8
**called**  9:23 45:22
56:23 57:10 63:22
103:17,18 106:11
129:2 175:13,19
180:21 189:9
192:24 212:22

213:1 256:10
284:21 310:22
322:7
**calling**  156:17
183:2 310:20
**calls**  38:24 44:3
140:23,24 142:25
209:16 220:11
225:1 226:1,23
227:9 248:18
274:20 277:4
279:20 318:15
319:5 320:5
**camp**  91:22
**cancelled**  317:6
**cancer**  140:2
**candy**  197:13
**capacity**  1:10,11
1:12,12 2:10,11,12
2:12
**capital**  305:17,19
**capitals**  290:21
**car**  160:5 322:14
322:15
**care**  50:7,9 53:16
75:23 76:1,4,6,6
79:24 80:5 91:22
106:25 107:15,16
107:25 115:5
126:21 128:13
131:12 135:10
154:23 155:15
156:3 159:22
160:7 161:23
195:12 202:7
203:8 218:16
243:21 244:1
246:2,5 249:7
251:12,25 255:20
258:11 270:7
299:16 306:19

Page 8

Lucy Ulikhanova - March 14, 2019

[cared - child]

cared  110:3 131:9
caregiver  79:2
   174:2,15
caregivers  157:19
   157:20
caretaker  70:11
carey  1:11 2:11
   8:9 23:15,25 27:6
   27:7 30:1 33:23
   35:18 36:19,22
   40:4,14 56:6 63:4
   63:8,11,19 104:18
   110:10 111:4
   114:11 121:20,24
   122:7,7,24 125:4
   129:16 133:16,21
   134:2 135:5 137:9
   144:19 153:5
   157:9 184:5
   186:12 203:11
   215:18 227:3
   229:6 232:3 237:5
   237:23 241:12,19
   242:1 243:16
   245:4 246:20
   247:1,2,3,14
   249:20 250:8
   252:4 262:4,7,23
   263:13 264:5
   265:15,22 267:2
   277:19,21,25
   312:8 318:8
   320:24 321:2
carey's  265:11
caring  178:8
carry  66:12
carrying  245:2
case  1:4 2:4 7:20
   12:10,14 15:11,14
   18:1,14,17 27:17
   31:22,23 32:3

38:20 39:6 44:1
   45:4,19 46:8,10,11
   48:7 54:17 55:12
   55:23 56:14,17
   76:17 77:20 83:1
   83:25 85:7,24
   86:3 104:10
   107:20 121:4
   154:13,15 176:14
   187:10 193:24
   194:1 212:19,23
   214:19,20,23
   218:4 220:25
   222:22,25 223:1,3
   223:7,15 224:9
   233:1 245:2 256:3
   256:10,14,22
   264:20 271:22
   301:24 302:1
   303:5 304:23
   305:25,25 309:9
   312:8 315:3 321:3
   323:8,10
cash  55:16 207:8
   208:13
casually  42:10,13
catch  39:16 41:19
   69:12 109:19
   163:19 198:22
catching  192:20
category  267:5
caught  39:20
   104:2 118:4
   182:23 192:15,19
   260:6 261:2
causal  288:22
cause  64:22 65:2
   66:20 72:4,7
   207:19 231:17
   287:3 291:13
   296:21

caused  39:18
   260:15 315:3
causes  64:21 72:8
   204:11 287:3
   296:2 306:17
   315:11
causing  314:7
   316:24
cc  106:16 114:4
   116:1,2 184:5
   237:9 248:22
   286:18
cc'd  63:19 233:5
   246:20 247:14
cc's  114:6 157:15
cdc  199:16
cell  7:10 289:11
cellular  7:9
centers  21:5,6
   88:14 233:19
   239:10 304:15
   323:2
central  1:2 2:2
   7:19
certain  36:12
   41:14 79:12
   193:19 262:25
   269:25 270:14
   273:3 276:13
   296:12
certainty  10:4
   64:12
certification  330:1
certified  2:22
   326:21 327:11,15
   328:5 330:4
certify  329:3
   330:5,17
cessation  24:16
cetera  218:21

chachoua  248:22
chain  4:16,20 5:4
   5:6,14,18 81:24
   232:9,11
chance  10:1
   130:12 138:2
   151:7 283:2
change  65:24
   126:4
changed  83:1
   207:2 243:24
   310:7
changes  10:7,10
   10:11 300:23
   327:5
changing  205:17
chaotic  107:8
character  43:24
chart  283:13
cheap  88:5 205:6,7
check  190:22
   197:6 223:18
   268:17
checking  51:17
checks  156:15
checkup  197:11
checkups  93:17
   299:6
chemicals  88:10
   205:1 292:10
cherry  239:24
   324:6
chicken  294:21
child  13:21 17:22
   19:6 23:18 31:18
   69:20,24 71:3
   76:19,23 77:12
   89:10 96:1 103:12
   118:3 125:14
   133:25 139:8
   145:16 155:7,15

Lucy Ulikhanova - March 14, 2019

[child - comes]

| | | | |
|---|---|---|---|
| 164:8 177:12 | **children** 1:8 2:8 | 252:24 262:12 | 223:8 240:10 |
| 178:16 182:17,19 | 16:16,19,20 53:6 | **class** 49:15 | **closest** 273:22 |
| 195:21 196:14 | 58:13 59:21 | **classes** 49:14,16 | 274:12 275:5 |
| 203:5 204:25 | 137:15 140:3,11 | 49:18 | **clothes** 80:21 |
| 232:3 235:16,23 | 140:19,19 165:19 | **clean** 10:24 11:10 | **coaching** 29:13,14 |
| 235:24 236:3,10 | 202:10 231:7 | 27:15 99:23 147:7 | **cochrane** 288:24 |
| 236:14,21 239:13 | 284:17,21 286:13 | 153:16 | **coerced** 302:15 |
| 241:20 242:2,10 | **choice** 115:4 | **clear** 29:10 57:19 | **coercion** 302:16 |
| 242:14,24 243:17 | 129:24 189:12,12 | 76:18 83:25 | **coincidental** 87:7 |
| 243:19 244:5,5,13 | 221:25 | 104:13 129:11 | **cola** 4:13,14,17,21 |
| 244:22 245:6,9,13 | **choices** 221:18,18 | 136:5 138:5 157:1 | 4:23 5:5,8,12,13 |
| 246:2,5 248:2,6,11 | **chose** 78:25 | 157:4 180:11,20 | 5:15,16,17,19,21 |
| 249:18,21 250:25 | 118:20 127:13 | 184:1 215:13,19 | 5:24,25 60:13 |
| 251:2,5,16 252:14 | 155:8,10,11 | 218:7,22 220:4 | 82:6 187:19 |
| 252:17 253:6,15 | 190:11 283:1 | 221:19 225:12 | **cold** 148:11,13 |
| 253:19 254:6,8,13 | 307:20 | 232:5 246:25 | 175:2 |
| 254:15,19 255:2 | **christian** 108:1,2,3 | 258:17 265:10 | **collaboration** |
| 255:13 256:5,14 | 108:5,10,11,13,14 | 266:22 324:23 | 288:25 |
| 257:1,8,11,12 | 157:23 206:25 | **clearly** 87:22 | **collect** 288:14 |
| 258:11,17,24 | 213:17,17 307:15 | 119:16 | **college** 17:1,3,6,7 |
| 259:11,12 265:17 | 307:16 310:9 | **client** 73:20 | 25:3 |
| 268:7 269:7 | **christmastime** | 164:25 176:19 | **colorado** 187:24 |
| 270:10 271:7 | 45:3 | 240:3,8 264:13 | **columbus** 13:17 |
| 277:16 279:9,10 | **chronic** 306:9 | **clients** 17:16 25:21 | **combination** |
| 279:13,15,19 | **circumstances** | 98:21 99:1,2 | 261:16 309:11 |
| 280:22 282:6,13 | 170:7,8 | 137:22 193:25 | **combined** 215:17 |
| 282:16 283:1,6,23 | **citation** 287:5,7 | 194:12 201:3 | 225:11 295:14 |
| 285:1 286:25 | **citations** 294:24 | 203:18,23 208:18 | **come** 30:14 73:23 |
| 288:8 291:13 | **cited** 287:8 | **clings** 64:15,15,16 | 74:1 81:14 85:24 |
| 292:9,22 295:4,18 | **cities** 187:2 | 291:20 | 99:11 127:6 |
| 295:19 296:23,24 | **civil** 28:9 | **clinic** 24:25 25:1 | 158:13 185:3 |
| 296:25 297:2,16 | **claim** 33:14 42:17 | **clinton** 41:7 | 196:25 197:20 |
| 304:23 307:10 | 48:2,3 135:22 | 264:11,12 | 220:10 239:14 |
| 308:23 309:10 | 224:13 323:4 | **close** 68:24 75:4 | 254:20 255:14 |
| 323:13 | **claiming** 17:18 | 78:18 175:25 | 268:18,20 269:9 |
| **child's** 234:24 | **claims** 15:18 17:16 | 178:10 249:5 | 297:6 298:3,24 |
| 251:24 257:16,21 | 98:24 218:9 | 256:14,22 286:25 | 306:12 312:1 |
| 258:2,9,22 260:15 | **clarification** 60:16 | 292:20 306:12 | **comes** 22:1 36:2 |
| 271:4 | **clarified** 107:18 | 311:15 | 69:9,16 73:19 |
| **childcare** 80:3 | **clarify** 17:23 | **closed** 31:22,23 | 124:1 178:15,19 |
| 88:14 233:19 | 36:14 127:6 209:1 | 32:3 44:1 55:12 | 200:4 |

Page 10

**[comfortable - contract]**

comfortable 16:6
118:18 121:13
132:12
coming 104:2
143:16 169:17
286:8
comment 10:10
112:19
comments 72:17
109:20
commercial 21:11
commissions 21:3
commits 98:7
committed 265:14
265:19
common 45:17
138:24 273:1,1
commonly 35:22
communicate
147:17 231:11,13
232:2
communicated
249:20
communication
73:22,25 74:1
165:4,6,8 232:23
232:24 237:3
community 17:6
company 53:1,12
203:14 323:5
compensation
288:12,15
competent 194:8
complaining 46:16
49:3 196:12
complaint 15:18
45:22,22,25
106:11 207:11,13
209:2 219:10
220:21,21 224:19
265:20

completely 46:22
107:11 146:2,12
256:14
completion 330:14
complicate 72:20
complicated 32:7
131:17 133:3
148:1 208:15
complications
288:19
comply 262:16
complying 154:19
computer 105:18
concern 32:22
40:1 77:3 122:9
135:10
concerned 134:6
229:22 230:22
260:21
concisely 28:22
concluded 328:13
concludes 327:19
conclusion 209:17
220:12 225:2
226:2,24 227:9
318:15 319:6
condition 94:22,25
95:4,14 97:21
101:2 300:22
conditions 71:12
71:22 90:20 94:25
98:9 162:25
conduct 26:24
28:12
confident 309:15
confidential 166:7
confidentiality
140:8
confirm 13:25
60:21 62:1 82:2
82:10 105:14

110:9 111:2
113:24 114:16
115:25 117:17
133:16 144:18
162:8,22 189:5
confirmation
181:8
confirmed 135:5
confirming 189:8
conflict 39:19,19
76:13 77:4 107:17
107:19 136:10,22
143:12,12 144:2
146:1 174:21
176:2 185:23
278:5 279:2 280:5
280:6 281:22,23
321:21
confrontation
310:14
confused 119:1
173:12 185:19
226:7
confusing 36:17
congested 284:4
congress 288:11
connect 21:2
183:11
connection 303:11
consent 153:13,16
153:18 156:25
233:20 286:21
324:2 325:25
consider 49:25
78:21,23 176:23
176:25 177:18
187:6 238:24
consideration
119:24
considering
239:14

consistent 51:22
104:15
consistently 51:21
constant 231:24
299:19 314:2
constantly 72:16
134:12 231:25
296:1 297:4 315:1
constricted 315:10
consulted 128:25
contact 70:1
113:14 191:17
228:11 230:2
259:25 260:23
308:20
contacted 245:19
312:19
contacting 170:23
contacts 260:1
contained 329:5
content 233:11
237:10 247:12
269:16 286:7
context 33:11
continuance 23:22
continuation
91:10
continue 7:13
11:15 24:3 190:12
254:5
continued 24:1,9
60:3 134:11
254:12 304:19
continues 181:4
216:11 219:4,6
220:4 221:4
continuing 180:10
307:7
contract 26:19
113:4,13

Page 11

**[contribute - court]**

**contribute**  104:5
**control**  121:9,22
  122:23 127:19,20
**conversation**
  11:16 29:7 30:21
  30:23 42:11 57:16
  57:23 59:9 62:12
  62:14,18 80:12
  101:10 143:25
  147:6 159:23
  160:1 176:8 210:4
  210:14,17,23
  212:12,13 223:16
  228:1 239:9 240:8
**conversations**  7:9
  51:1 73:7 86:20
  98:7 144:12
  159:13 179:6
  186:12 209:25
  210:3
**conversing**  75:10
**convicted**  168:9
**convince**  166:9
**cook**  205:5 306:20
**cookies**  44:23,25
  45:1
**copied**  111:6
  237:23
**copies**  239:19
**copy**  166:19 217:8
  217:22 224:9
  326:21 327:11,15
  327:25 328:2,5
**corner**  82:5 213:7
**correct**  10:18
  14:19 19:2,3,24
  27:18 33:20,21
  36:13 38:17 40:5
  40:14 41:21,22
  45:11 52:24,25
  53:24 62:2,7

65:19,20 67:1,18
77:7,24 82:3
83:21 84:3 89:13
90:11 96:24 103:7
105:15 106:6,9,14
106:18,19 110:11
114:19 115:1
116:2 117:5 120:7
121:2 123:12
130:5 133:22
134:3 135:6,24
141:16 144:8
147:2 148:23
153:13,17 155:20
155:21 157:9
160:8 162:25
163:8,13,22 164:4
164:10 166:24
169:7,9 172:14,16
172:19 181:2,6
183:19 184:7
189:14 222:18
223:17 232:16
234:20 236:22
244:7 246:15,16
249:23 250:4
251:10 254:24
258:11,12,20,21
259:1,4,5,7,8
262:14,15,17
263:15 265:1
267:2,3 271:3,8
276:24 279:11
280:14,15,18
282:14,15 286:2
294:8 295:10
301:16,20 304:9
305:17 307:11,13
318:22 319:24
320:17 321:3,4,6
321:21,22 322:24

323:17 325:7
329:5
**corrections**  326:18
**correctly**  24:4
**corruption**  146:3
  146:6
**cost**  22:19,23
  25:24 179:14
  202:22 206:13,22
  208:20,21 322:15
**costing**  206:23
**costs**  200:21 202:4
  202:20 208:12,17
  209:4,6
**cothern**  18:3
**cough**  89:19,20,21
  118:4,5,7 119:6
  283:24,25 284:4
**coughing**  231:25
**coughs**  138:11
**counsel**  7:16 8:4
  9:20 70:16 111:10
  238:19 244:21
  265:2 295:16
  300:13 301:23
  314:11 327:8
**counseling**  201:17
**counselor**  201:19
**count**  30:25 149:5
  184:21 248:21
  276:7
**counted**  315:20
**counter**  323:16
**counting**  274:11
**country**  249:8
**counts**  14:17
**county**  1:7,8 2:7,8
  7:18 238:19
  244:21
**couple**  27:9 38:9
  50:13 99:3 314:14

**course**  12:9 18:10
  18:12 57:3 93:8
  105:24 108:14
  123:17 139:2
  142:24 145:16,25
  164:21 197:22
  204:4 213:16
  214:8 224:7
  265:16,16 285:2
  296:16 315:5
**courses**  17:9
**court**  1:1 2:1 7:19
  7:24 8:13 9:5,6,18
  10:3 11:6 21:9
  24:3 36:10,13,21
  36:22 37:4,5,25
  38:1,3 42:9 77:1,5
  77:6 79:11 83:11
  83:13 87:9 92:11
  104:4,18 122:12
  122:14,16,22
  123:14 124:23
  125:12 128:15,16
  137:17 145:11
  151:11 154:2
  171:19,25 172:7
  172:23 175:7
  176:24 177:13
  187:10 190:18
  212:7 215:11
  224:15,21 225:16
  230:10 237:19,25
  239:1 241:20
  243:13 248:5
  250:15 253:2,5,17
  253:20 254:6,7,14
  254:20 256:4,13
  256:25 257:7,11
  262:12,16 263:2
  265:22 266:6
  278:2 279:9,14,18

Lucy Ulikhanova - March 14, 2019

[court - day]

288:11 302:14
303:22 304:8
307:1,6 308:21
312:17 313:13
314:14 320:16
325:21 326:9,25
327:24 328:3,7,10
330:1
**court's**  122:23
260:23 262:21
270:11
**courtroom**  9:8,11
9:15 84:6 183:4
**cousin**  214:13,15
214:16,18
**cover**  268:18
**covered**  16:8 51:6
201:24 207:7
313:11
**covers**  268:20
**crazy**  80:16 99:10
109:21,23 156:17
192:24 204:22
207:24 310:17,20
**cream**  191:5
**create**  99:17
**creating**  314:8
**creative**  99:12
**credibility**  10:12
**crespo**  261:20
262:3,6,21 264:21
**criado**  40:22
**cried**  145:23
196:24,24
**cries**  145:19
**criminal**  168:2
185:14 312:17
313:5,13
**critically**  306:8
**crook**  303:13

**cross**  53:2 178:3
**crosses**  64:17
290:11
**croupy**  284:1
**crucial**  216:13
**cry**  298:2
**crying**  199:19
309:22
**csr**  1:24 330:25
**cuddled**  298:6,14
**cuddles**  200:4
**cue**  11:13
**curious**  24:14
87:11 108:17
118:20 141:8
161:5,10 193:5
228:4
**current**  13:16 14:5
16:19 19:15
**currently**  13:19
**custodian**  251:2
327:1
**custody**  84:9
128:13 154:8
230:8 246:7 251:1
251:4,9 252:8
253:7,15 256:4,15
257:10,11,25
258:11 259:14,17
259:18 270:10
295:20 307:10
325:20
**cut**  131:19 190:10
190:13
**cv**  1:4 2:4 7:20

**d**

**d**  4:1 68:11 306:8
**dad**  139:3 264:14
298:13
**dad's**  264:14

**daddy**  169:18,19
**damage**  25:21
138:13,15 207:16
288:15,18 289:16
293:18
**damages**  17:17,18
18:4 22:20 23:14
48:3 193:22 194:2
194:4,5,13 204:19
205:25 207:12
208:11 209:3
288:13 295:12,15
295:16,17 301:21
301:22 316:7
**damaging**  292:10
**dangerous**  289:6
**date**  7:6 13:14,23
14:16,17,18,21
27:8 55:10 90:13
91:11,12 94:6,7
143:8 151:25
161:8 164:9,13
166:23 192:9
197:16 222:21
223:10,11,12,19
223:21,23 227:18
229:9 232:24
233:9 234:2,11
237:3,6 246:19
247:11,13 255:11
257:2 263:18
269:17 272:2
273:11,12,22,25
274:12,14 275:5,8
277:15,22 285:13
285:24 286:7
317:3 319:25
**dated**  91:19
105:13 110:8
144:14 171:25
187:18

**dates**  44:5 126:25
127:1 151:2 214:7
256:7 272:16,23
272:25 273:1,3,10
276:20 283:9
306:15 316:18
317:1,3 318:24
**dating**  75:4
**daughter**  13:20
33:3 35:14 36:3,7
37:1 39:6 40:23
47:9,13 48:5,12
57:17 67:6 74:23
76:16,20,21 77:13
80:11,13 87:25
88:3 90:2 102:15
102:17 107:14
116:16 145:19
148:16 149:7
155:25 156:23
169:17 170:11
190:13 193:23,24
222:16 242:18
250:16 264:3,3
272:10 284:19
293:5,9,19 297:20
305:16 309:23,24
309:25
**daughter's**  35:2
79:19 194:1
283:14
**david**  3:16 7:23
**day**  11:19 12:4
13:1 50:7,9 60:11
75:22 76:1,3,6,6
79:24 88:16 91:22
91:24 93:25 104:1
106:25 134:2
153:20 154:23
167:7 181:23
183:17 191:15

Page 13

Lucy Ulikhanova - March 14, 2019

[day - describe]

193:9 218:7
224:17 225:4
235:14,24 240:25
244:1 273:3,4,19
273:20 274:9
275:15 276:7
308:7,8 317:6
329:7
**days** 78:1,5 117:4
181:24 182:6,6,9
182:18 188:3
274:11 283:25
307:21 317:20,21
327:6
**dcfs** 27:17 37:4
40:21 44:1 45:24
55:19 63:15 77:20
78:23 80:21 86:11
104:10 107:21
122:8,25 123:3,6,9
123:24 124:23
126:22 127:5,7,19
128:14 137:1,2
146:3 153:23
154:3,12,17 156:2
156:5,14 157:11
157:16 164:7
170:23 172:6
182:17 187:24
188:11,16 192:17
201:18 206:13
207:3,4 221:19
222:22,24 223:1,3
223:14 225:12
228:8,10 230:6
238:16 245:2
246:7 252:13
254:6,12 255:9
256:8 259:9,10
260:2,12,21 261:7
262:20 266:15

282:7 284:16
297:6 304:23
305:25 312:9,10
312:15 313:5,6,9
**dcfs's** 55:18
237:14
**dcfs.lacounty.gov**
247:7
**deadline** 193:14
**deal** 22:18 24:15
113:18 125:24,24
130:12,13 156:16
222:11 261:12
298:17
**dealing** 125:13
126:16
**dealt** 126:1 305:7
**dear** 161:12
**death** 47:22
137:18 140:23
142:11,14
**deathly** 137:15
141:3 142:6 231:8
**decade** 289:13
**december** 45:10
285:4,24
**deception** 17:25
**deceptive** 214:21
215:4,7,11,22
216:4,7
**deceptively**
219:19
**decide** 124:24
125:10 132:2
163:10 242:18
253:5,18,23
258:18,23
**decided** 175:13
215:14 252:10
253:23 254:6
301:19

**decision** 225:11
242:25 246:11
251:11 259:2,6
261:16 265:10
**decisions** 242:9
251:24,25 257:18
257:18,22 258:10
258:14 287:19
288:3,7
**declaration** 329:1
**declined** 90:23,23
90:23 93:16
236:20
**declining** 91:18
236:16
**deemed** 285:17
**defeated** 146:12
**defend** 24:2 308:3
**defendant** 7:17
27:6 38:6 40:16
44:22 105:15
111:3 122:7 125:4
133:15 153:4,7
157:5,8 186:9,12
241:12 247:8
271:22 307:24
318:8 321:2 327:8
**defendant's**
133:12
**defendants** 1:14
2:14,19 3:8 8:9
45:19 46:21
100:13 243:15
245:3 246:23,24
252:4 262:23
312:7
**defending** 262:9
311:10
**defense** 265:2
**defenses** 98:25

**deficiency** 306:8
**defines** 119:15
**definite** 265:12
310:3
**definitely** 297:1
315:12
**degree** 17:11
**delivery** 120:19
**delusional** 264:10
264:12,23 312:25
**demand** 230:12
**denied** 80:14
155:13 173:13,14
**denominator**
273:1
**dentist** 161:17,17
161:18 205:10,12
**department** 1:8
2:8 66:9 157:16
188:9 226:10
312:10
**dependency** 84:15
106:18 111:19
230:9
**depends** 144:5,5
300:22
**deponent** 28:24
29:8 111:9 211:23
**deposition** 1:18
2:18 7:12,16,21
8:25 9:3 10:14,25
12:2,6,23 15:16,21
28:14,15 98:23
102:4 194:1 224:3
327:9 328:13
330:14
**depression** 207:21
**describe** 67:4
134:10 162:24
234:15 301:24

Page 14

[describing - doctor's]

describing 312:2
317:10
description 4:10
5:3 161:13
design 288:25
designated 112:3
desire 144:7
despite 289:7
detail 283:4
316:17
details 140:16
detained 253:15
detention 253:14
determined
186:20 252:9
257:14 296:3
devastating
288:16
develop 196:14
developed 135:20
developer 19:22
20:14
developing 20:5
20:18,20
device 167:15,17
168:9
devices 106:4
diagnosed 67:2
261:22
dictionary 119:15
die 142:11
died 142:13
307:18
diego 54:20
128:19
diet 79:19 88:4
205:4
difference 60:4
162:9,18
differences 162:14

different 46:22
56:7 60:6 77:21
78:10 82:25 89:25
128:3 156:5
183:17 184:9
187:3,4 190:14
264:19 273:2
277:2,9 287:4
291:12 295:22
296:24,25 297:3
differently 265:13
difficult 12:25
201:16 207:1
225:13 259:25
296:6 306:25
307:2
difficulty 224:11
280:3 299:5
310:12
digital 44:2
diligence 41:17
43:23
direct 88:12
160:25 178:3
308:19
direction 330:12
directly 227:24
disability 301:13
301:15
disagree 74:4
102:13
disastrous 187:11
disclose 79:13
158:1
disclosed 43:20
77:13
disclosing 73:6
disclosures 4:12
5:23 167:24
discovery 72:11
81:20 102:3

105:10 112:3
133:12
discuss 50:14
56:15,20 57:1,6
104:21 111:24
187:13 188:20
194:8 244:25
297:21
discussed 12:1,3,5
45:20 74:17
199:23 202:12
250:8 301:4,17
311:6 317:20,20
318:5,6
discussing 12:11
79:19 85:17
112:12 115:17
214:7 223:13
238:13,20 244:21
262:1 316:6
discussion 62:10
73:3 102:20
110:23 115:20
143:23 147:25
149:24 168:24
242:17 326:15
328:9
disease 66:22
67:21 72:4 115:13
287:4
diseases 65:2 67:3
71:17 97:22
119:17 120:7
235:9 286:23
dismissed 18:15
317:13
disorder 261:24
disposition 254:19
255:7
disregarded
217:20

distracted 198:17
296:9 300:11
distraction 23:4
304:23
distress 17:17,18
17:19 48:3 207:15
district 1:1,2 2:1,2
7:19,19 50:3
187:3
divorce 14:7,9,13
14:15 48:1 83:1
307:1,3
divorcing 14:6
dna 65:24 205:17
291:12
doctor 33:19
51:23,25 52:3
53:8,8,12,14,15
54:6 55:14 58:12
59:19,23 60:8
64:11 71:21,25
72:13,18 90:4,24
94:14,16 100:19
102:9 129:4,6,19
138:22 139:2,21
148:12,17 149:4
149:20,20 153:2
162:16,20 174:25
175:1 181:14
185:3 192:9,10
193:1,1 197:16
199:10 236:7,13
261:14 262:9,19
262:20,24 263:6
263:13,18,21
283:7 298:12
321:25 323:18
doctor's 4:24
42:25 180:3 193:8
236:19 248:3
266:2 273:5 279:5

Lucy Ulikhanova - March 14, 2019

[doctor's - e]

284:12
**doctors** 24:17
51:14 60:4 69:21
69:24 70:18 72:3
86:18 138:14
199:5,6 296:23
323:22,22
**document** 88:13
88:15 92:22 162:9
230:15 249:25
250:1,2 267:24
268:23 269:24
271:7,20 275:17
275:18 276:12,17
277:7 282:23
283:3,13 284:11
289:24 291:15
303:8 317:11,12
323:7
**documentaries**
199:5
**documentation**
268:13
**documented** 261:5
**documenting**
144:3
**documents** 26:8,9
26:11,12 70:23
72:12 87:13
137:11 162:13
166:11 236:9
238:1,9,11 239:1
262:25 263:6,13
263:17,20 264:19
265:20,25 266:5
266:23,24 269:25
270:15 304:7,8
308:20 323:3
**doing** 20:6 33:3
39:21 41:16 43:22
81:16,16 99:2

142:1 161:22
169:1,25 170:1
175:16 186:21
188:14 190:23
192:16 205:1,8
255:2 298:3
309:13
**doll** 167:10,16
168:10 313:14
**dollar** 288:18
**donald** 20:15
**door** 203:4 300:1
**doris** 106:8 117:18
**doubt** 34:17 82:16
**downstairs** 299:9
**dr** 35:11 51:24
52:9,17,21 53:4,13
54:3 66:9 90:17
93:3,8,22 96:5,11
97:20 98:2,7
118:9,12 120:14
120:16 128:23,24
128:25,25 129:4,9
129:16 136:13
138:20 152:24
155:10 164:23
189:20,23 190:6
191:18 193:3,4
248:22 261:20
262:3,6,21 264:8
264:21 272:8,9
282:25 315:7
**draft** 105:25 107:2
113:13
**drafted** 26:15
**drafts** 105:19,23
**dragged** 213:14
**drawn** 199:20
203:6
**dressed** 306:18

**driveway** 102:1
**driving** 265:11
**dropped** 160:4
259:18 313:12
**drove** 77:15
299:20
**drug** 260:9,12
285:17,19,25
313:11
**drugs** 288:4 309:6
311:20,21 312:24
313:7
**dry** 211:14
**dtap** 199:15
294:22
**due** 23:7,24 25:16
25:17 41:17 43:22
43:22 74:12 170:7
245:9,20 246:7
324:3
**duly** 8:17
**duties** 327:1

**e**

**e** 1:4 2:4 4:1,8,11
4:14,15,16,18,19
4:20,22,23 5:1,4,6
5:8,9,12,13,14,16
5:17,18,22 7:20
14:1,4 30:25
31:14,16,17,24
33:1 35:19 36:4
36:25 37:2,7,10
38:23 44:17 53:22
53:23 54:1,2
61:12,22,22 62:2,9
62:13 63:4,9,11,14
63:17 67:15 77:9
81:19,24,25 82:2
82:10,16,19,23
83:1,8,19 84:18,25
85:12 86:10,14,19

86:21,22 87:4,7
95:18 97:7,13
98:10 100:4,6
104:17,21 105:13
105:14,22,25
106:5 107:8
109:21 110:8,10
110:12,14,15
111:3,22 112:8,20
112:23,25 113:2
113:11,23,24,25
114:4,17 115:13
115:15 116:23
117:18 119:11
120:9 122:6 124:6
124:7,8,13 133:15
133:17,19 134:9
136:1 137:8 142:3
143:20 144:8,14
144:19,24,25
145:4,9 146:16
147:1,2,10 156:9
157:14 160:20,21
160:23 161:14
170:23 178:18
179:24 180:2,6,7
180:14,15 181:2,5
181:6,9 183:1,18
184:6,14 186:15
189:6 191:25
219:3,14,17 221:9
229:4,10,16,19,24
230:21 231:11
232:2,9,10,23,24
232:25 233:1,4,9
233:11,16,18
234:6 237:3,8,10
237:18 239:2,9,19
239:22,24 240:3
240:18 246:19,23
246:24 247:4,8,11

Page 16

Lucy Ulikhanova - March 14, 2019

[e - estimate]

247:12,13,17
248:9,10,17
249:19 250:6
252:2 253:12
262:3 266:1,21
269:16,17,22
270:19 275:17
276:12 286:6,17
287:5 308:16,19
319:22 320:3
**earlier**   43:20
74:18 78:6 85:4
86:8 93:12 102:21
112:13 148:9
171:4 186:24
195:22 198:24
213:12 229:16
239:2 265:2
291:18 294:3
296:9 315:6 316:6
316:18 319:11
320:14
**earliest**   273:11,12
**early**   104:11 266:4
308:24
**easiest**   60:11
153:19
**easily**   305:7
**east**   187:24
**eastern**   148:7
**easy**   86:7 113:20
205:23 256:7
276:3
**eat**   57:14 79:25
**eczema**   59:7 68:18
69:9,16,17 71:23
101:13 198:21
286:23 293:16
**edible**   45:8
**edibles**   45:7

**edited**   106:1
**education**   24:10
60:3 175:9,11
270:24 271:11
**educational**   49:19
129:24 242:9
251:12,24
**edward**   198:6
302:14 303:8,13
305:8
**edwart4re**   112:9
**effect**   9:11 37:8
84:6 126:12 135:3
188:6,12,13
189:24 231:4,17
301:1
**effective**   289:19
**effects**   65:8
**eight**   96:14,15
188:19
**either**   158:12
176:13 185:4
193:17 205:7
234:18 240:13
266:6 271:5
277:25 317:17,17
320:25
**elderly**   70:10
291:23
**elementary**   77:15
132:3 158:19
190:1
**elements**   184:12
**elevate**   315:2
**elizabeth**   1:23
2:22 7:24 330:24
**embarrass**   12:13
**embarrassing**
10:11
**emergency**   45:21
45:21

**emotional**   17:17
17:18,19 18:6,19
18:19,25 19:10
22:7 37:7 48:2
57:9 92:13 103:19
107:7 114:24
115:6,10,14,15
117:21 119:24
141:6 145:23
157:14 178:18
194:15 199:17,22
200:4 202:23
204:19 206:11
207:15 247:19
276:8,9 297:3
316:21,24
**emotionally**   142:2
297:17
**emotions**   211:2
**emphasize**   12:7
28:20
**employee**   330:18
**employees**   228:10
**employer**   19:15
27:4
**employment**   26:22
**enabled**   155:18
**endearment**   192:6
213:11
**ended**   173:14
189:16 192:17
214:6 312:20
**english**   158:12
163:5 186:7
**enroll**   163:25
189:18 235:15,24
236:10,20 243:17
246:12 251:20,20
270:14 308:23
**enrolled**   50:9
127:11 186:24,25

235:23 236:3
242:2 243:20,20
244:5,13,22 245:6
245:9,13 248:12
258:24 268:7,10
269:8 282:7
**enrolling**   94:18
236:13 266:3
268:13
**enrollment**   244:4
**enter**   245:22
**entertainment**
182:25
**entire**   22:13 75:15
78:16,18 109:9
204:22 287:10
**entirety**   92:22
**entitled**   235:7
**environment**
125:15
**environmental**
296:11
**escorted**   33:23
34:12,21 43:4
**especially**   35:2
41:7 137:6 161:16
217:23 276:9
**esq**   3:3,9
**establish**   26:8
167:24,25 180:13
**established**   275:16
**estate**   17:10,12,13
17:14,15 19:16,22
20:5,14,18,21,23
21:4 22:9 25:9,14
26:16 113:4
302:12,15 304:13
323:1
**estimate**   25:8
30:19 52:20
208:16 209:4,7

Page 17

Lucy Ulikhanova - March 14, 2019

[estimate - exposure]

322:16
estimates  30:19
estimation  31:21
estranged  95:24
  96:21 97:24
  183:10,14
esv  108:24
et  7:17,18 218:21
evaluation  261:13
  261:19 262:6,13
  262:17,24 263:14
  263:16,18,21
  264:8 283:21
evaluations  313:2
evaluator  264:6
  266:23 267:1
evening  284:5
event  102:1
  125:13 261:11
events  19:4 48:3
  55:22 56:2 182:24
eventually  197:11
  285:19
everybody  11:20
  89:20
everyone's  11:21
evidence  28:12
  81:11 106:3
  118:24 156:8
  177:21,24,25
  216:13 224:24
  225:15,19,23
  226:2,3 227:14
  228:23 238:25
  240:13,16,24,25
  252:13,16 262:5
  267:6,6 311:7
  312:13 313:19
  319:12
evidently  289:18

ex  25:14 39:20
  41:6 52:4 75:19
  103:18 169:25
ex's  53:5 67:7
  74:16
exact  9:10 27:8
  41:2,24 133:5
  143:8 162:8
  175:25 257:2
  283:4
exactly  14:24
  27:10 34:4 37:11
  38:8 46:2 48:22
  52:22 78:4 92:9
  130:8 237:18
  275:25 276:2
  292:23
examination  4:4
  8:18 28:11,17
  229:1 315:16
example  300:20
examples  32:15
  36:16
exception  234:7
exchange  286:14
exchanged  102:3
exclamation
  247:20
excluding  226:19
exclusively  139:5
exculpatory
  226:19,22
excuse  36:1 121:5
executed  85:2
  329:7
exempt  268:1
exemption  63:13
  63:21,21 89:8
  94:5 124:11
  125:23 128:7,8,10
  129:9,17 130:5,7

131:4,20 132:21
  133:6 149:2
  160:19 162:6
  163:20 164:3
  189:20,22,23
  190:3 193:18
  235:11 236:5,13
  239:21 259:3
  267:25 268:6,17
  294:7 325:5
exemptions  269:2
exercise  218:13
exhibit  4:10,11,14
  4:15,16,18,19,20
  4:22,23,24 5:3,4,6
  5:7,8,9,10,11,12
  5:13,14,16,17,18
  5:20,22,25 60:10
  60:17,18,23 61:1,2
  81:20,21,22 82:6
  86:8 94:6 95:18
  96:14,17,19,24
  97:1,6,15,17 100:5
  100:13,15,16,18
  101:17 105:9,11
  107:10 110:5,6
  111:2,12,13 112:1
  112:2,4 113:25
  114:12,18 116:22
  117:13,14 122:6
  133:11,13 144:14
  144:16 160:12,14
  171:17,21,22
  179:20,21,22
  185:10 187:14,15
  188:20,21 191:22
  191:23 211:22
  212:3,5,8,9 215:5
  228:25 232:8,20
  236:24 241:18
  244:9,10,15,16

246:17,18 267:21
  269:13,14 282:19
  282:20,22 286:4
  289:21,22 293:22
  293:22,23
exhibits  111:9
exists  137:20
  147:5
expect  300:15
expenses  200:23
  203:16 300:13,14
expensive  66:18
  88:5 205:6
experience  9:3
  19:11 22:7 59:21
  142:11 291:24
  293:17 304:22
experienced  207:5
  310:23
experiencing  19:3
  208:8
expert  274:21
  275:21 276:14
  277:4 284:8
expire  173:20,23
expired  185:13
explain  65:13 92:8
  123:23 216:18
  281:12,17 298:22
  319:14
explained  97:20
  120:1 281:14
explaining  57:13
  98:17 315:6
explains  315:7
explanation
  319:15
explicit  65:18
exposed  297:17
exposure  289:9

Lucy Ulikhanova - March 14, 2019

[expressed - felt]

**expressed** 140:22
144:7
**expressing** 135:15
211:2
**extent** 207:19
224:19
**extra** 124:25
**extras** 186:18
**eyes** 146:6 172:2

**f**

**face** 182:20
**facebook** 54:11,12
54:14 72:16 126:6
126:14 212:21
213:2,4 286:11
**facing** 177:12
**fact** 64:22 65:1
165:5 167:24
244:22 252:11
254:18 295:3,8,9
**factor** 190:17
**factors** 65:5
**facts** 224:14,22
225:8,16 226:6,19
227:4,11
**fail** 118:7
**failed** 167:5
260:13 299:7
**fair** 19:9 32:9
42:16 43:20 75:16
120:22 124:4,5
144:4 148:22
157:5 159:17
170:4 322:5
**fall** 139:15 195:3,4
246:3,6 267:5
318:11,12,19
319:3
**falling** 245:20
**falls** 227:14

**false** 24:1 39:15,25
40:1,10,17 41:21
42:8 224:14,22
225:8,16 226:6
227:4,10 238:25
264:18 267:5
324:1 325:14
**familiar** 53:4 54:4
165:16
**familiarity** 53:7
**family** 1:9 2:9
16:13 58:11 67:1
67:4,19 75:12,13
76:14 77:1,5,6
90:22 92:12 95:9
95:16 96:6 107:18
107:19 108:2,5
109:2,13 120:6,11
125:13,16 137:11
159:15 160:7
162:24 216:21
217:3 234:23
235:5,6,8,12
255:20 256:2,10
257:14 262:10
263:22 286:25
293:11 301:2
307:7 310:9
322:12 325:21
**family's** 115:12
159:23
**fancy** 54:15
**far** 18:18 37:24
38:3 42:16 56:4
71:3 74:22 75:9
80:7 130:17 131:4
142:21 150:10
152:22 153:20
154:21 160:20
163:15 201:16
205:25 206:1

209:5,14 272:3
282:2 299:4
300:13 301:21
315:23
**fast** 319:18,20
**father** 58:11 59:18
67:7,8,9 68:25
76:18 83:17 96:8
96:9,9,11 101:4
102:8 116:9 120:4
136:11,14 137:14
137:21 138:21,23
139:4,20 140:3,18
140:24,25 142:17
143:13 148:9,21
154:24 176:4,7
178:9 182:14
190:10 218:10,12
230:4 231:6 244:1
249:6 250:9
251:15,19,22
257:16,21 258:2,9
258:17,22 259:16
260:22 261:8
264:9 278:6,8,13
278:16 283:20
284:14,25,25
285:10,16,24
297:7,8,9,10,11,12
301:8 302:19,24
302:25 303:13
309:4 310:12
311:2 325:25
**father's** 41:9
47:22 101:5
148:16 163:2
205:19 264:13
293:10 303:6,10
**fatigue** 306:9
**favor** 10:23,24

**favorable** 75:20
**fda** 290:18,19
**fda.gov.** 290:15
**fear** 197:4 198:14
199:19 293:4
299:2
**fears** 297:6
**february** 62:4,5
62:21 63:1 81:17
83:4,23 84:3
85:23 86:25 87:8
104:24 287:14
324:4,11
**federal** 28:8 99:14
287:18 288:2
327:2 330:2
**feeding** 79:25
**feel** 12:16 15:4
16:6 65:10 99:8
99:16 118:18
121:13,19 123:21
124:19 132:12
133:2 190:21
191:11 213:16
214:1,5,8 221:16
222:1 242:13,15
265:3,5,7 308:2
309:19,20
**feeling** 208:2
219:17 302:7
303:7 315:12
**feelings** 178:9
**feels** 99:4 123:25
182:8
**fees** 305:25
**felt** 39:14 146:2,10
146:10,12 175:10
175:14,17 176:10
182:13 190:20
191:16 213:13,18
213:23 214:3

Hahn & Bowersock, A Veritext Company
800.660.3187

[felt - forward]

220:23 221:2,6
242:12 278:15
309:21
**female** 283:19
**fernangeles**
127:16 158:19
**fetal** 65:14 158:3
184:16 290:22,23
290:24 291:5,16
294:19 295:5
**fever** 181:20 232:1
**field** 304:20
**fifth** 167:18 168:5
172:23
**fight** 25:15 123:19
281:18 292:22
**fighting** 25:14
176:18
**fights** 75:12
129:12
**figure** 185:18
**file** 14:9,16,16
37:24 224:1
266:15 268:23
**filed** 7:18 14:13
17:24 38:2 48:1
159:9 215:12
219:7,8 220:20,22
223:11,12,14,14
224:10
**files** 224:10
**fill** 234:18,22,22
**filled** 219:7 235:15
**filling** 90:25
**finalized** 14:7
**finally** 107:25
115:16 197:15
206:6 255:8 312:5
**finance** 21:24
**finances** 305:14

**financial** 22:20
306:23
**financially** 8:3
36:2 187:9 198:5
330:17
**find** 21:1 34:23
35:3,23 36:6
51:25 61:25 72:17
80:15 98:16 108:2
190:14 196:22
202:25 220:19
230:17 235:11
291:24 294:21
303:5 309:13
310:9
**finding** 206:18
216:22 217:3
266:25 280:3
**fine** 31:12 148:18
148:19 279:24
**finish** 10:23 17:11
27:14 214:17
230:21 258:8
308:18
**finished** 11:14
106:1 190:1
315:15
**first** 2:19 3:10
7:21 8:17,24
17:24 27:7,19
38:7,15 52:7
53:18 55:19 56:5
60:10 75:2 76:7
77:22 85:9 86:4
93:15,15 104:9,15
121:6 122:21
126:8,8,20 135:2
143:3,9 145:11
147:14 151:4
172:7 179:1
181:16 183:25

189:11,25 190:2
205:24 222:7
229:24 231:3
235:4 245:14
246:15 247:18
248:21,21,24
271:5 272:2,14
274:3,10 276:5
282:6,9 294:18
295:18 310:5,21
314:6 319:4
**five** 30:24 57:21
198:3 205:8
272:12,13,19
273:4,16 274:7,9
297:14,19
**fix** 205:21
**flaps** 292:3
**flip** 21:1
**flipping** 20:25
305:1
**floating** 126:13
**flow** 315:10
**flu** 163:12,14,17
186:18
**fluoride** 205:11
**fmo** 1:4 2:4 7:20
**focus** 195:3,19
198:17 199:19
201:9,11 300:2,20
301:7 302:11,11
302:13 303:15,16
305:13 306:22
**focusing** 300:12
**followed** 288:20
**following** 62:17
83:14 245:23,24
272:14 283:21
326:23
**follows** 8:17

**followup** 62:15
244:16
**food** 57:14,15 79:5
306:18
**foods** 205:9
**force** 79:25 197:11
**foregoing** 329:4
330:6,8,12
**foremost** 294:18
**forensic** 35:14
**forever** 65:25
**forget** 40:18 46:1
46:5 61:9 63:19
67:23 68:15 78:4
227:25 322:6
**forgive** 308:5
**forgot** 63:17
147:15 171:6
192:8
**form** 89:2,13 90:4
90:5,8,11,19 91:4
91:9,15,20,21
92:17 93:20,25
94:13,15 95:3
96:3 99:8 193:10
208:11 209:3
235:4,6,10,14
236:18,19 238:3,4
240:22 248:3
**formed** 113:4
265:8
**forms** 100:7 137:8
234:14,17 235:1,2
238:14,21 241:13
308:23
**forth** 79:18 273:4
330:7
**forthright** 9:14
**forward** 35:16
112:16 186:5
218:6 263:6,13

Lucy Ulikhanov - March 14, 2019

[forwarded - give]

forwarded 152:6
232:25 233:4
263:17 264:5
267:1
foster 107:15,25
153:1 159:3,10
255:20 270:8
310:2
fought 175:15
found 32:7,16,22
32:24 33:6 35:19
54:11,14 77:6
79:24 80:1,13
81:14 92:12
108:13 112:13
144:11 190:18
214:19 216:12
260:7 263:24,25
290:9 299:14
302:21 311:22
313:1 314:4
foundation 34:2
34:16 42:21 43:7
74:7 87:17 92:6
103:3 118:16
121:12 131:6,24
138:7 143:7
165:22 166:2
199:1 209:10
225:2 226:24
227:8 271:18
274:20 277:3
315:25 316:1,14
318:1 320:8
foundational
15:20
founder 54:12
four 47:21 69:18
255:20 272:19
273:3,16 274:7
275:11,13 276:20

277:1,8,12,19
297:18,18
frame 28:4 29:10
30:9 71:24 111:11
frank 69:4 101:5
free 22:15 76:23
85:6 137:5 171:2
freedom 286:10
french 36:1
friend 212:25
307:23
friendly 44:9,15
friends 16:12
27:16 54:9,16
109:4 158:5
165:13 183:8
212:20,20 228:6
228:14 303:6,13
friendship 265:8
frightened 169:20
front 109:22
310:15 319:13
frustrating 205:15
fujie 77:2
full 13:2 80:4,9,14
113:7 134:5 154:7
189:11 230:7
256:15 262:8
273:25 274:14
275:8 307:9
fully 9:14 92:22
126:15 130:8
287:20 324:9,10
function 288:1,17
306:25
fund 22:12
funding 23:6
funds 26:18 85:22
155:24 156:1
funeral 142:25

funk 38:4 82:21
83:3,8 85:1,8,24
86:5 106:17
110:11 111:19
117:19 121:1,3
123:16 164:24
165:13 172:18
176:17,23 184:5
233:6 237:7 240:5
247:16 252:7
305:22
funk's 82:22
funny 203:24
further 41:15 92:7
268:6,13 303:5
330:12,17
future 26:6 118:17
168:17 199:1
225:13 300:15,25
305:11
fuzzy 104:24

g

g 14:4 67:15,17
gain 154:12,17
206:1
gained 204:23
205:25 206:3
302:9
game 314:3
games 80:19 81:5
81:11 314:5
garbage 113:2,11
garcia 13:12 14:19
53:15 69:4 162:11
251:15,19,22
257:17,21 258:2,9
258:17,22 259:16
260:5 261:9,18
263:25 311:17
312:7

garcia's 74:19
gas 322:6,17
gathered 310:5
gavel 9:9 11:5
gayane 67:13
ged 16:25
gene 65:7 66:8,13
66:17,18 287:1
general 9:2 33:5
52:14 119:12
175:25 207:16
214:16 292:20
generally 48:5
64:9
genes 290:12
getting 12:3 108:4
108:12 119:18
125:23 129:9
134:14 146:8,11
156:2,16 162:4
164:17 173:15
182:11 188:3
190:20 192:12
193:21 198:8,14
204:12 207:23
210:7 211:14
215:23 255:9,10
276:9 296:3
305:16 306:24
310:11
gig 19:17
gina 67:12,13,17
314:4
girl 88:6 298:10
girlfriend 75:19
give 9:10 11:6
24:18 28:4 30:9
43:12 57:14 98:6
108:8 110:19
112:19 138:17
147:16 183:6

Lucy Ulikhanov - March 14, 2019

[give - gotten]

209:18 244:15
257:2 262:3,24
271:5 273:25
274:14 276:16
280:1 290:8 308:7
313:13 323:7
325:10,25
**given**  9:11 86:24
100:19 124:1
139:25 155:7
167:23 175:22
181:19 182:10
187:12 199:14
234:17 243:5,11
255:3 257:17,20
257:22 258:10
272:21,23 273:2,3
273:19 274:9,11
275:4,13 277:1,8
279:4 289:8 299:5
301:1 304:22
309:6 315:19,21
327:19
**giving**  29:15 57:11
87:8 119:6,25
241:19 278:15
298:15 308:20
313:23 324:17
**glad**  37:19
**glasses**  172:3
**glendale**  3:5 13:17
17:4,5,6,6 48:25
118:1,2 159:5
214:19
**global**  115:18
**go**  7:14 11:23 17:3
22:18 23:8 26:3
26:17 30:5 32:17
34:3 41:9 43:10
48:18 50:20 54:23
55:2 56:5 58:20

61:1 63:24 65:25
69:17 72:16,24
77:3 80:7 81:17
85:9 86:7 90:12
94:3,21 95:12
98:12,13 100:18
101:23 105:2
109:1 110:5 113:5
115:25 118:9,12
118:21,22 119:10
122:5,5,18 125:14
127:9 137:18
139:9,16,17
142:21 148:12
149:11 157:15
160:11 161:23
162:6 168:20
172:3,21 174:3,6
174:18 176:16
179:7,8,9 182:19
185:10 187:3
190:6 191:22
192:24 196:16
199:11 202:13
204:21 205:13
207:10 209:13,22
210:20 211:1,20
211:25 219:18
223:18 228:22
230:21 237:2
242:14,25 247:10
249:11,19 276:6
286:12,25 290:13
292:15 294:20
296:6,18 299:21
302:8 303:17
311:18 322:18,18
323:9 324:11
326:6,7,8,11,13
328:7

**goals**  24:15
**god**  108:20 308:6
**goes**  69:9 74:22
201:12 206:1
290:8,8 291:17
294:2 319:18
**going**  8:22,24 9:18
10:5,16 11:18,21
12:5,11,25 18:21
27:13 28:7,20
29:25 31:7 37:4,4
37:5,5,15 39:20
43:10 46:3 49:1
50:20 51:11 53:3
60:11 62:21,25
71:3 74:8 81:2,15
85:18 87:9 88:7
92:13 97:19 98:15
99:2,6,9,11,12,13
99:25 100:14
101:16,17 102:3
104:3,18 105:8,17
106:4 110:8 112:8
113:14,18,20
117:16,20 131:13
132:6,15,16,17,18
134:1 139:16
141:22 143:15
145:8,17 146:20
146:21 148:9
161:21,23 162:5
165:10,12 166:9
166:19 168:17
170:22 171:20
174:25 175:22,23
176:12 177:14
178:2,7 179:14,21
188:22 193:25
196:3,16 202:13
206:15 207:13
208:6,24 211:14

211:22,22,25
213:16 216:14
217:25 218:12,24
221:20,21,24
227:2 228:22
235:13,20 241:5
242:25 244:12,14
248:5,11 249:21
251:16 252:19
256:21 258:13,16
258:19 264:21
266:15 268:16,22
268:24 269:3,4,8
271:9,13,17
283:16 290:20
295:12,15,17
297:5,25 298:25
300:24 301:9
304:25 309:14
313:23 316:23
318:12,20 322:10
322:17,20 323:24
325:1,2,5
**good**  7:5 8:20,21
19:17 21:16 33:22
34:20 36:7 74:13
76:9 79:2 83:7
109:3,9 120:20
138:18 144:3
148:6 158:5
163:19 191:14
195:7 210:11
217:9 239:23
299:16 311:14
**gotcha**  139:23
316:20
**gotten**  128:9 130:4
131:3,20 132:21
133:6 164:5
303:23

Page 22

Lucy Ulikhanov - March 14, 2019

[governmental - hard]

**governmental**
288:2
**grade** 190:1,2
245:14 246:14,15
284:3 318:11
319:4
**graduate** 16:23
17:8
**graham** 3:9 4:5
8:8,8,19 15:7,15
15:19,25 16:15
24:5 28:7 29:13
29:15,17,22,24
30:6,17 34:6,9,19
37:13,19,21 40:6
42:22 43:2,8 47:6
50:6,18,22 51:2,9
51:12,13 60:17,19
61:4 63:24 64:7
65:12 72:24 73:5
73:12,19 74:3,10
81:23 87:20 89:24
92:15 96:13,22
98:4 100:3,21
103:5 105:2,8,12
110:7 111:1,16
112:5 117:15
118:19 119:2
121:16 122:1
131:13,18 132:4
132:14 133:4,14
136:24 139:13
141:17 142:15
143:19 144:17
146:21,23 147:7
147:13 149:23
150:2,9,12 152:13
159:7,12,20
160:15 165:5,9,23
166:3 167:14,23
168:7,13,16 169:1

169:3,14 170:19
171:14,17,20,23
173:7 174:7
176:21 177:3,10
177:23 178:1,5,6
179:23 185:9
187:16 188:24
189:4 191:24
195:1 201:8 204:2
208:23 209:11,20
211:9,21,25 212:5
212:8,10 220:14
224:2 225:6,22
226:4 227:1,15
232:7,17 235:20
239:5 256:21
258:13 271:17
274:19 277:3
279:20 284:8
301:9 314:12
315:17 316:2,19
318:3,18 319:10
320:10 321:12,18
324:19 326:4,9,17
326:23 328:4
**grammar** 141:4,9
141:19
**grammatically**
141:16
**grandma** 67:25
296:19 322:8,11
**grandmother** 67:5
68:1,3,7 76:7 98:1
99:20
**grandmother's**
97:12 100:24
**granted** 285:7
**grass** 296:12
**great** 33:2 36:16
120:24 191:11
201:20 205:9

279:4 299:5 311:4
**greatly** 22:11
306:7
**grew** 291:1
**grieving** 143:1
**ground** 8:23 15:15
**grounds** 15:20
88:22
**group** 72:15 202:9
206:21,23 286:10
**groups** 269:1,6
**grow** 294:19
**guardian** 92:23
193:23
**guess** 56:18 86:16
94:1 104:24
118:20 142:4
219:2 243:7
245:22
**guessing** 162:1
166:8 316:15
**guides** 307:21
**guilty** 92:12
190:18 216:22
217:3 263:25
**gun** 169:2
**gusd** 245:19
**guy** 303:12
**guys** 39:8,10 56:24
75:11 182:16
220:3
**gymboree** 49:16
**gynecologist**
120:18,23

**h**

**h** 4:8 5:1 13:5
53:22 54:2
**habits** 24:20
**hacked** 105:18
**half** 186:8

**hallways** 30:22
**hammar** 53:4
129:4,9,16 136:13
152:4,24 191:18
282:25
**handed** 93:6
**handle** 77:19
**handwriting**
20:23
**handwritten**
63:15
**hang** 54:16 86:21
**hangouts** 210:19
**happen** 104:25
136:7 175:24
176:1 221:21
298:25 300:25
325:1
**happened** 31:10
80:6,15 105:1
136:7 154:14
171:3,5,7 190:19
230:19 261:11
265:9 270:7 298:1
298:1 302:6
310:14 317:4,4,13
**happening** 146:3
156:8 169:6,21
175:10 180:5
188:2 196:5
204:16 265:7
312:21
**happy** 192:19
**harassed** 218:17
**harassing** 79:11
79:17 313:25
**hard** 19:4 21:18
21:19,21,22,22,24
23:5 25:11 26:4
43:21 112:12
113:7 172:3

Page 23

Lucy Ulikhanov - March 14, 2019

[hard - homeschool]

175:15 193:13
205:18 296:20
**harmful** 65:10
**hbplaw** 111:17
**hbplaw.com** 116:2
**hbplaw.com.**
82:22
**head** 32:21 49:11
157:13
**heading** 180:16
**health** 26:22,25
115:5 116:8,13,16
116:18 175:9,11
205:2,9 249:7
251:12,25 270:24
271:10 301:22
306:6,7
**healthy** 57:20,20
88:6 139:8 205:1
296:22
**hear** 20:14 21:22
175:7 218:3,7
237:14 240:2
241:7
**heard** 36:10 75:19
107:13 126:12
130:7 210:20
324:24
**hearing** 22:21,22
22:22 62:21,25
63:2 66:10 83:10
84:16,18 86:25
104:25 111:23
122:9,9 123:2,2,10
123:10,14,20
124:20 125:4,19
126:5,13 143:24
145:8 151:11,12
151:19 166:23
167:2 171:6,8
172:10,15,19

175:12 180:20
210:6,9,10 225:5
226:8 237:6,14,24
238:16,22 239:3
241:10,11,11,19
244:14,18,19
247:24 250:3,6,23
252:24 253:3,4,7
253:13,14,17,20
254:5,18,19,19
255:7,7 261:6
262:4,10 266:12
266:20 317:1,3
318:6 319:13,14
319:25
**hearings** 76:14
84:20 86:4 116:24
116:25 121:6
123:11 175:8
252:12 254:12
266:13 318:5
320:4
**heart** 302:2,7
307:19
**heavy** 80:23
**held** 7:21 149:24
239:9 240:3
**hello** 30:14
**help** 24:15 155:14
156:22 218:13
227:12 286:16
300:3,4,20
**helpful** 70:22
**helping** 81:15
**helpless** 146:12
**helps** 269:24
**helwajian** 1:12
2:12 8:10 23:15
38:7 40:11,17
44:22 56:6 62:7
82:2,11,14 85:1

105:15 118:8
121:9 122:24
129:15 144:19
153:7 157:5 180:2
184:5 186:9
187:20 203:11
210:1 215:10
224:13 225:8
227:22 237:9,24
241:12 242:1
243:16 245:4
247:4,5,8,15 252:4
262:23 263:12
264:5 267:2
275:17 277:12,14
278:1
**helwam** 247:6,7
**hep** 163:16
**hepatitis** 294:22
**hereunto** 330:20
**herrera** 1:10 2:10
18:2
**hey** 87:8 122:15
177:18 178:23
**hi** 192:2
**hib** 294:22
**hiding** 303:7
**high** 16:23 22:2
260:13 288:13
289:10 301:1
**hillary** 41:7
264:11,12
**hire** 22:14,15,20
23:10
**hired** 22:17 40:23
85:8 86:2 103:24
304:14
**history** 35:23
58:11 59:2,4,5,5
67:1,4,20,21 90:22
90:25 95:9,16

96:7 115:12 120:6
120:6,11 137:11
159:14,15,24
162:24 234:23,24
235:5,5,6,9,12
270:15 272:4
286:25 293:11
301:2
**hit** 103:10
**hmi** 25:3,5
**hold** 87:15 122:17
127:15 308:6,7
**holding** 317:11
**holidays** 75:12,12
75:14
**holistic** 88:5
139:17 149:20
191:3 205:6
298:11
**holly** 77:2
**holy** 307:20
**home** 44:25 47:8
47:12,14,20 59:10
71:2 74:16,21
102:24 103:7,10
103:13 107:15
108:2 127:6,7,11
129:1 148:13
171:1,1 186:23
190:5 198:2,4,10
205:5 255:14
260:16 310:2,9
**homeopathic**
138:23 148:7
**homes** 20:17,25
21:1 305:1
**homeschool** 49:21
158:16,20,23
187:10 239:15
259:7 325:2,4

Lucy Ulikhanova - March 14, 2019

[homeschooled - important]

homeschooled
324:22
homeschooling
50:1 58:6 124:9
124:12 125:22
187:6 239:10,11
240:9 324:23
honest   9:14 12:8
34:23 43:15
206:24 213:14
240:4 255:11,23
274:9
honestly   80:16
170:13
honey   197:21
hook   155:14
hope   11:20,20
33:21 222:1
269:24
hopefully   228:16
hopeless   146:2,10
175:14,17 176:10
176:15
hopes   11:21
hoping   264:4
horrible   141:23
206:5,10 213:13
222:1 293:16
299:19
horrific   19:8
hospital   93:16
139:16 302:3,8
hospitalizations
203:8
hospitalized
142:14
hosts   49:16
hotel   322:17
hotline   45:24,24
103:12

hour   104:1
hours   19:18 42:5,6
78:4,4 114:7
137:19 150:10,11
197:7 203:2
259:19 299:22,23
house   58:3 77:17
217:24 218:1,17
298:2 310:13
household   169:6
170:1
housekeeping
212:2
howard   26:17
113:6
hsas   228:10
huge   24:12 80:20
huh   41:5 44:11
58:19 61:11,19
68:8 69:14 86:12
97:2 112:11
115:21 122:2
130:25 145:9
151:14,16 157:22
161:5 181:21
182:15 187:21
213:8 216:16,24
229:9,15 231:23
234:13 235:19
236:2,8 241:22
248:16 250:22
256:13 257:6
265:5 266:18
267:4,9 268:12
270:25 271:9,16
272:2,14,22
273:18 275:5,10
275:14,21 278:7
279:17 283:2,6,12
283:15 285:23
291:7 311:12

328:11
humanitarian
115:18,19
humor   228:18
hurdles   288:14
hurt   145:21
156:23 197:1
198:16 298:4
hurting   208:1
211:13 298:16
husband   52:4
74:23 284:21
hype   64:20
hyperimmune
66:20 71:8 287:3
hypnosis   25:7
hypnotherapy
24:25 25:6
hysterical   170:23

i

idea   149:6 153:9
179:16,19 221:24
226:20 281:7
320:7
identification
60:18 61:2 81:22
105:11 110:6
112:4 117:14
133:13 144:16
160:14 171:22
179:22 187:15
188:21 191:23
212:9 228:25
232:20 236:24
244:10 267:21
269:14 282:20
286:4 289:22
293:23
identity   15:25
illegal   214:21
216:4 222:12

imagine   18:21,25
142:1 178:11
immune   64:20
290:9,10,13
296:11
immunization
67:20 172:8,12
189:13 226:18
240:15 242:15
244:5 259:3
270:17 272:3,5
294:17 324:2
immunizations
83:15 86:11 94:5
158:2 178:20,23
224:20 234:8
235:11 268:6
270:15 271:15
272:1,6,15,16,17
272:17 274:4
277:15,23 278:2
immunize   241:20
243:5,13 254:6,13
292:8 293:8
immunized   59:17
232:4 235:17
243:1 244:6
251:17,17 257:19
258:19 276:4
297:13 304:24
325:17
immunizing
292:22
impact   178:21
imparted   178:10
implant   167:15
important   10:13
18:23 32:25
130:24 168:19
178:12 250:12

Page 25

Lucy Ulikhanova - March 14, 2019

**[impression - investigation]**

| | | | |
|---|---|---|---|
| **impression** 242:8 242:11 316:9 | **info** 269:23 | **injuries** 139:20,21 140:12 194:7,15 | **intentionally** 239:7 |
| **inability** 195:19 199:19 201:9,11 | **informal** 9:7 | 194:16,16 199:17 | **interact** 48:4 |
| **inadequate** 289:4 | **information** 5:10 5:11 15:20 36:12 | 199:22 201:2 | **interacted** 38:25 |
| **include** 33:8 96:3 | 36:20 71:1 87:11 | 203:22 206:11 | **interaction** 27:19 31:14 38:15,22 |
| 96:4 114:6 115:9 | 97:16 100:16,18 | **injury** 141:1 194:24 195:6,7 | **interest** 21:21 22:2 |
| 245:5,8 291:7 | 100:20 119:6,25 | 204:1 207:23 | 76:13 77:5 107:17 |
| **included** 100:20 | 176:20 217:16 | 288:12 | 107:19 143:12 |
| 114:5 241:13 | 224:14,22 227:4 | **innocent** 222:10 | **interested** 8:3 |
| 264:8 | 234:22,23 235:3 | **insane** 197:8 203:1 | 112:15 113:17 |
| **including** 209:8 | 239:12,16 269:19 | **insert** 232:7 | 141:19 330:18 |
| 214:10 287:19 | 270:5,6 272:7 | 274:19 288:22 | **interesting** 84:14 |
| 327:12 | 282:24 286:14 | **inserting** 291:12 | **interfere** 7:12 |
| **inclusive** 1:13 2:13 | 290:8 292:14,19 | **inserts** 119:13,16 | 12:20 |
| **income** 305:12 | 293:11 295:14 | **inside** 167:15 | **interference** 7:10 |
| 323:4 | **informational** | 168:9 234:1 291:5 | 287:18 |
| **inconsistent** 260:8 | 117:24 | **inspiration** 148:21 | **interjected** 164:7 |
| **incorrect** 216:19 | **informed** 37:25 | **instigate** 121:20 | **interrupt** 177:23 |
| 266:10,10,19 | 143:13 242:24 | **instigated** 103:19 | 178:2,3 |
| **incriminating** | 277:14,21 287:21 | **instigating** 123:3 | **interruption** 142:9 |
| 167:19 | 327:13 | 226:11 | 258:6 263:10 |
| **incriminatory** | **infuriates** 273:21 | **institute** 25:7,7 | 321:17 |
| 168:4 | **ingredients** 116:7 | **institution** 25:6 | **interventions** |
| **independent** 19:16 | **inhaler** 323:13 | **instruct** 28:24 | 288:5 |
| 19:22 20:5,14,23 | **inhalers** 70:20,21 | 51:4 73:20 | **interview** 30:12 |
| 71:12 | 293:15,15 323:11 | **instructed** 118:8 | 31:3 35:4,5 57:4 |
| **india** 115:19 | 323:15 | **instructing** 50:18 | 58:2 89:17 218:3 |
| **indicated** 22:16 | **inherited** 76:3 | **instruction** 16:1 | 250:8 262:8 263:1 |
| **individual** 40:23 | **initially** 30:13 | **instructions** 6:1 | **interviewed** |
| 288:6 | 135:17 | 8:23 16:4 | 104:13 |
| **individuals** 1:4 2:4 | **initiated** 237:13 | **instructs** 11:15 | **interviews** 126:7 |
| 246:21 247:15 | **injected** 88:8 | **insurance** 26:22 | **introduce** 212:2 |
| **infection** 191:4 | 145:17 295:4,23 | 26:25 52:5,5,18,24 | **introduced** 228:21 |
| 195:9 | 316:3 | 53:1,12 55:14 | 312:13 |
| **infections** 296:4 | **injecting** 42:18 | 190:10,12,13 | **intrusion** 288:6 |
| **inflammation** | **injection** 195:8,9 | 200:8,9,20 201:24 | **investigate** 126:14 |
| 290:12 | **injections** 134:13 | 203:14 207:2,7 | **investigated** 303:1 |
| **influence** 148:24 | 195:14 316:10 | 208:14 311:6,11 | **investigation** |
| **influenza** 163:17 | **injured** 58:13 | **insured** 200:11 | 98:25 |
| 163:17 | 59:22 137:23 | | |
| | 286:14 315:11 | | |

Page 26

[investigator - k]

**investigator** 103:24

**investment** 22:10 25:10

**investor** 19:16 20:21,22,23 21:5 305:3 323:1

**invite** 44:6 186:1

**invited** 277:11,18

**involve** 214:5

**involved** 20:25 56:13 109:7 222:8 237:4 240:6 269:17

**involvement** 42:16 55:18

**ionic** 147:16

**ipad** 105:17

**iphone** 105:17 114:3

**irrelevant** 16:8,11

**island** 302:21

**issue** 18:22 19:1 77:8 87:10 104:7 107:13 111:24,25 115:17 117:21 124:10,11 125:8 129:16 130:13,23 131:8 141:9 178:21 185:15 202:15,16 214:9 219:12,18 220:1 240:4 247:25 317:1,19 323:20

**issued** 174:11

**issues** 12:12 33:7 36:10 37:5 42:17 46:2 56:16 69:16 77:9,20 79:1,22 81:13 83:12 102:23 104:21

107:23 116:4,8,11 116:16,18 123:16 125:5,11 126:17 142:20,21 163:3 166:24 172:24 177:14 178:12 198:7 219:23 293:12 315:4 321:21 322:2

**itches** 198:21

**itchy** 296:11

**item** 35:7

**izolda** 68:9,10

**j**

**james** 108:22

**jan** 192:2,3,4,7,11 192:13,14,14,25 213:10

**january** 47:11 56:10,11 126:10 187:18 188:1 230:18 246:3,7 251:1 255:6 275:7 275:9 276:23

**japanese** 289:14

**jefferson** 127:15 127:16 159:5 187:5 189:16,16 189:17,24 190:2

**jerome** 210:18

**jerusalem** 108:22

**jesus** 307:18

**joanne** 18:2

**job** 19:23 20:5,13 24:6 25:10 32:10 32:12 70:11

**joe's** 205:9

**joke** 35:25

**journals** 199:4

**judge** 9:9 11:4,7,8 11:10 29:5 36:23

76:17 77:1,6 107:18 117:7 121:23 123:22,23 124:7,16,22 168:17 175:8 215:15 216:21 217:10 227:13 237:14 238:6,11 238:13 239:25 240:12,16 241:5 252:12,16 262:3 263:24 317:12 319:13,14,18

**judge's** 218:4

**judgment** 308:7

**judicial** 17:25

**juggling** 125:1

**july** 185:13

**jump** 64:8 169:2 255:3

**june** 63:3,4 104:19 104:25 110:9 113:23 114:10,13 114:13 116:24 117:2,2 122:6 144:15 145:7 151:10,19 166:22 171:5,25 174:10 186:4,4 210:10 212:16 214:4 222:17,19,23 223:2,3,6,17,22,24 224:6 227:19 237:6,25 238:16 241:11,20 244:14 244:17,17,18,18 247:13 250:22 253:4,13 254:4,5 254:11,12 273:12 273:14,23 276:20 279:8 280:9,22

282:13 317:1,2,3,4 317:14,14,17,17 317:23,23 318:5,6 321:23 325:18,22 325:25

**junk** 57:15

**jurat** 330:2

**jurisdiction** 84:10 128:15 154:6 230:9 249:12 250:13,14,15,17 252:3,10,22,23 253:1,20,23 254:8 254:14,20 256:4 256:25 257:7,12 279:10,14,18

**jurisdictional** 252:24 254:18 255:7

**jury** 9:8

**justice** 66:10 213:24

**juvenile** 22:16 24:2 36:10,13,21 37:25 38:1 42:9 55:11 79:11 87:9 128:16 151:10 171:24 176:23 177:13 215:11 223:15 224:9,15 225:16 237:25 239:1 253:2,17,20 254:14,20 256:13 256:25 257:7,11 262:12,16 266:6 307:6 308:21 312:17 320:16

**k**

**k** 13:5 91:24 233:14

Lucy Ulikhanov - March 14, 2019

[karunamayi - know]

| | | | |
|---|---|---|---|
| **karunamayi** 115:18 | 160:21 161:12,13 175:1 186:4 188:7 | 62:14 63:18,18 65:5 66:4 67:10 | 169:22 170:22 171:7,9 173:13 |
| **keep** 11:17 42:7 61:3,5 81:2 191:18 326:10,11 326:20 | 191:1 194:6 195:6 195:7,9 199:18 202:16 204:20 213:10,19 220:23 300:17 317:12 | 68:16 70:6,7,7 71:14,20 73:6,7 74:22,24,25 75:7 75:25 76:3,6 77:20 78:14 80:7 | 175:5,6,20 176:8 177:6,6 179:1,2 180:15 182:13,17 184:9,12 185:17 189:1 190:22 |
| **keeping** 88:4 205:4 | 325:4 | 80:22 81:12,18 82:22 83:2 84:5 | 191:5 194:4 195:11,24 196:10 |
| **keeps** 197:20 | **kindergarten** | 84:17 85:5,13 | 197:14 198:8 |
| **keppel** 189:10 | 91:25 123:4,5 | 87:18,22 88:7 | 199:13 200:5 |
| **kept** 32:2 39:8 108:2 131:21 136:21 140:16 186:25 193:16,18 196:18 250:16 252:13,18 255:1 310:8,20 314:6 | 125:10 242:19,20 243:20 244:4 245:6,15 246:12 318:20 324:21 | 89:4 91:22 92:7 92:17 93:14 97:18 99:1 101:24 102:24,25 103:4,6 104:23 107:8 | 201:4,7 202:2,2,6 205:1 208:13,19 209:13,23 210:22 210:24,25 211:1,3 213:19,23,24 214:15 215:19 |
| | **kinds** 99:10 | 108:9,12 110:3 | 216:21 217:5,10 |
| | **king** 108:22 | 111:23 112:9 | 218:5 219:1,17 |
| **kid** 18:9,9 23:12 57:10,19,20 79:8 79:25 80:1 89:18 138:14 142:2 177:14 194:3 197:10 208:4 209:8 215:3 219:19 222:6 252:20 265:18 306:16,19 | **kirovabad** 149:14 | 115:24 116:7,16 | 220:9,10,24,24 |
| | **knew** 31:17 37:8 49:24 69:17 76:6 78:7 85:18 103:1 130:6,16 131:7,7 133:9 139:1 140:15,21 155:16 161:21 162:5 164:17 174:19 218:7 226:21 264:11,12,13 | 121:14 122:3,3 123:10,22 126:25 128:14,14 129:18 129:19 131:10 133:8,9 134:17,19 136:6 139:17 140:7,10,11,14,15 140:19 141:10 | 221:2,3 222:10,21 223:11,18 224:16 224:23 225:3,18 225:21,23,24,25 226:3,9,12,13,14 226:15,17 227:7 227:14,16,17,21 |
| **kids** 102:20 106:24 118:5 138:11,13 142:12 142:20 214:8 | | | |
| | **know** 10:20 11:24 12:12,15 16:12 18:8,18 21:24 23:16,20,23 24:4 26:5 27:17 31:12 34:4,17,18,21 36:23 38:3 39:7 40:8,13 41:12 42:4,12,13,15 43:5 43:13,23 44:19 49:13,17,25 52:15 55:10 56:4,25 57:11,13 58:15,21 58:22 61:7 62:11 | 142:5 143:3,6,17 143:18 145:14,17 147:4,12,21 149:5 149:6 150:14,20 150:22,24 151:2,4 151:18,23 152:1,2 152:8,14,16,22 153:1,4,6,7 154:4 154:9,10 156:3,6,7 156:7,17 157:17 158:4,13,14 159:4 160:5 161:16 163:15 166:16 167:3 169:22,22 | 229:20 231:15,24 232:1,9 233:12 237:13,22 240:17 240:17,17 241:7 243:7,8 244:2 247:6 249:4,5 253:9 255:18 257:2,24 260:19 260:24 261:7,21 262:4 264:10 268:21,25 271:5 272:9 275:24 280:6,24 281:1 282:4,6,8,18 |
| **kind** 8:23 9:2,7 12:7,11 18:3 20:17 22:7,21 31:9 32:8 33:6 43:19 47:2,5 77:21 85:6,25 104:5 124:19 142:16 148:8 149:3 156:1 | | | |

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanova - March 14, 2019

[know - levels]

283:22 284:15,23
285:10,16 291:12
297:15,17 298:21
300:17,24 301:2,3
302:17 303:20
305:6 306:1,20,20
306:22,23 308:5,6
308:13 309:17
311:16 312:15,18
312:20 313:7
314:5 315:4
316:21 317:8,18
317:22 318:7,16
318:17,23 319:7,9
319:18 320:12,16
320:18 321:14
322:17
**knowing**  80:4,9,14
108:14 199:1
**knowledge**  33:4
73:21 74:1,22
131:11 140:13
151:17 152:10
164:19 205:19
229:8,21 230:1,5,6
**knowledgeable**
58:14,15 120:2
130:8 140:17
323:22
**known**  21:4 96:7
102:7,8,11 164:6
293:10
**knows**  71:8,9
76:17 179:5,5
197:22,23 229:7
250:9 298:9,9
309:21,23

**l**

**l**  13:5,5 44:17
53:20 54:1 68:11

**l.serobian**  3:6
**label**  300:23,23
**lack**  34:2,15 42:21
43:6 74:7 85:21
87:17 118:15
131:11 152:10
166:2 225:2
226:24 227:8
315:25 316:13
318:1 320:8
**lacks**  92:6 103:3
121:12 131:5,23
143:7 165:22
209:10 300:2
**ladies**  40:21
**lady**  106:12
192:24 239:10
**laid**  206:4
**language**  141:25
**large**  248:21,24
**largely**  289:3
**lasted**  210:23
**lastly**  307:14
**late**  23:6 137:14
137:21 140:18
186:3 221:5 231:6
301:10
**lately**  207:9
**laugh**  182:21
**laughing**  182:24
**laundry**  306:19
**laura**  40:21
**law**  3:3 8:12 11:2
76:14 84:15 88:23
89:6 92:13 107:18
107:19 125:13,17
126:4 184:21,23
216:21 217:3
222:13 257:14
262:10 263:22
269:4 293:1 294:4

307:7 325:21
327:2
**lawsuit**  178:12
219:22 222:7
224:10 265:14
**lawyer**  22:14,15
22:18 23:10,23
113:12 176:18
177:19 178:24
221:24 223:13
228:2,18 316:18
**lawyers**  55:7
66:10 81:25
**lay**  138:7 274:21
277:4 284:9
**laziness**  39:18
**lazy**  39:14 215:24
215:25
**lead**  291:22,25
292:1
**leader**  196:22
249:6
**leading**  239:5
**learn**  60:5 98:24
98:25 141:25
158:6,7 263:17
**learned**  179:18
280:25
**learning**  45:15
199:11 301:13,15
**leases**  21:15
**leave**  47:24 152:19
170:16 217:15
225:24 226:15
**led**  55:24 154:14
299:4
**left**  47:25 77:14
127:22 128:5
164:12 169:18
188:25 189:3
196:6 197:7 211:4

216:23 217:3,12
218:8 239:7
281:21,24 284:20
**legal**  7:25 149:6
209:17 220:12
225:2 226:1,20,24
227:9 230:7
249:10,18,22
251:2,7,8,20,23,23
252:8 253:7 254:7
256:15 257:15,17
257:22,25 258:10
258:18,23 279:9
279:13 280:21,24
281:1,8,13,15
282:4 284:18
307:9 318:15
319:6 325:20
327:21
**legally**  43:1 245:9
245:13,16,22
246:7,9 311:24
**lenient**  170:2
191:10 312:23
**lent**  21:20 22:12
**lessen**  201:21
**lesson**  201:25
**letter**  35:6 149:3
160:22 163:6,25
187:18 189:20,22
189:22,23 193:8
196:3,18 236:13
**letters**  63:10,15,16
162:17,23
**letting**  26:17 93:14
111:23
**leukemia**  67:7
69:1 101:5
**level**  293:2,3
**levels**  290:7

Page 29

Lucy Ulikhanova - March 14, 2019

[leviticus - lou]

leviticus 108:19
liana 3:3 8:11
  214:13,18 218:20
  219:6 220:5,16,20
  223:13
liberty 288:6
library 65:3 72:6
license 149:17,19
licensed 17:15
  304:14
lied 216:13 310:16
lies 260:5 261:2
life 46:24 48:5,10
  48:11 55:19,20
  65:22 108:16
  109:6 183:8 202:8
  311:6,10
light 35:9 81:12
  227:12 308:3
liked 52:1,8
  190:25 222:9
  228:15
likes 222:6
liking 214:6
limbo 190:14
limitations 276:16
limited 136:25
  137:2 163:15,16
  179:13 296:14
limits 290:19
limping 195:10
line 6:2 45:22,25
  62:6 82:18 100:12
  106:11,16,23
  111:17 116:1
  172:23 173:22
  186:16 271:18
lingering 164:12
linguistic 24:24
links 290:15

list 72:3,9,12,12
  98:13 153:21
  157:2 235:12
  262:21 270:18
  294:20
listed 65:2 288:21
  292:16
listen 240:3
litem 193:23
literal 108:23
literature 199:3
litigate 305:15
little 9:23 39:9
  49:3,20 64:21
  84:14 88:6 104:23
  157:21 201:22
  213:6,7 215:8
  228:18 276:22
  303:1 312:2 315:1
live 13:19 18:16
  70:11
lived 47:20,21
  74:21
liver 59:8
lives 149:1 307:20
living 16:19 46:25
  47:3,8,11,14,17,25
  74:24 294:20
llc 303:20 304:13
  304:14
llcs 21:6 323:2,6
loan 21:19 22:1
  23:6,6 26:4
  112:12 113:7
loans 21:18,21
lobby 203:3
located 48:24
  52:11
lockjaw 69:8,11
  69:15,15 71:22
  101:9 286:24

logically 115:7
long 11:19 16:10
  47:19 55:8,9
  71:20 75:25 78:13
  96:14 108:4 135:1
  150:1 173:16
  188:6 195:13,15
  202:5,6 210:17,22
  210:23 211:11
  231:2,10 245:18
  246:1 248:9,10
  272:11 287:10
  300:19 305:2
  314:25 322:20
  325:7
look 10:1 20:12
  26:7,19,20 35:9
  37:10 41:3,15
  59:15 63:5,22
  79:17 82:1,4,16
  84:24 91:11 94:3
  96:25 108:4
  124:17 125:9
  126:24 152:1
  154:13 157:14,17
  166:14 172:1,5
  180:23 187:17
  192:16 198:23
  206:7 223:2,10
  229:3,23 234:25
  235:2 285:12,14
  295:10 313:17,17
  315:7 318:24
looked 58:4 142:4
  245:18
looking 86:11
  111:9 117:17
  206:24 211:3
  216:2 235:7 240:9
  265:9 272:22,25
  273:10 283:12

293:22 319:8
looks 160:21
  162:11 213:4
  232:10 273:6
  285:5
loopholes 255:4
los 1:2,7,8 2:2,7,8
  7:18
losing 170:13
  291:23
loss 26:8,21
  291:23 292:1
  323:4
losses 25:24 26:1
lost 23:3 26:23
  176:13,14 186:7
  303:17 305:10,13
lot 22:19 23:11
  25:16 39:18,19
  79:6,22 80:17
  92:13 102:22
  107:7 114:5 125:1
  142:3 147:25
  148:20,25 179:24
  186:3,8 197:3
  198:17 201:18,20
  205:2,3,5 290:16
  300:10 308:1
lots 57:15 88:4
lou 53:15 81:4
  109:22,23 129:6,8
  129:11,11 134:20
  134:20 135:7,8
  136:2 147:15,17
  147:20,22 153:25
  155:19 156:14,15
  167:7 170:2 176:2
  183:12 192:23
  229:7,13 230:3
  231:15 243:2,25
  244:2 255:18

Page 30

**[lou - maral]**

283:1,23 284:20
310:5,12,22 311:9
311:23,24 312:4
313:15 314:8
**lou's** 230:15 244:1
284:17 298:2
**louise** 54:1 154:20
156:21 167:8
174:15 175:3
**love** 42:5 109:8
155:15 309:24
**loved** 154:25
**loves** 155:5 170:10
**low** 284:3 306:8
**lucille** 13:6
**luck** 113:21
**lucy** 1:4,18 2:4,18
4:3 7:16,17 8:16
13:3,6,7,8 36:6
82:18 112:17,23
140:10 141:21
172:25 180:25
184:3 187:19
192:1 229:3 237:5
237:9 313:18
327:19 329:12
**lumped** 202:16
**lunch** 11:22
**lusine** 44:12
212:13,19,21,25
216:3 228:5,6,12
261:10 307:23
312:11
**lying** 260:8 310:17

**m**

**m** 46:5 53:20
**m.d.** 59:24
**ma'am** 16:24
29:25 34:10 43:12
98:5,19 105:14
114:7 130:15

212:17 224:3
**machine** 330:10
**madison** 284:19
**magazines** 138:19
**magic** 51:3,5
73:18
**mail** 4:14,15,16,18
4:19,20,22,23 5:4
5:6,8,9,12,13,14
5:16,17,18 14:1
30:25 31:14,16,24
37:2,10 61:12,22
61:22 62:2,9,13
63:4,17 81:19,24
81:25 82:2,10,16
82:19,23 83:1,8,19
84:18,25 85:12
86:10,14,19,21,22
87:4 95:18 97:7
97:13 98:10 100:4
100:6 104:17,21
105:13,14,22,25
106:5 110:8,10,12
110:14,15 111:3
111:22 112:8,20
112:23 113:23,24
113:25 114:17
115:13,15 117:18
120:9 122:6 124:6
124:7,8,13 133:15
133:17,19 134:9
136:1 137:8
143:20 144:8,14
144:19,24,25
145:4,9 146:16
147:1,2,10 156:9
160:20,21,23
180:2,6,7,14,15
181:1,2,5,6,9
183:1,18 184:3,6
184:14 186:15

189:6 219:17
229:4,10,16,19,24
230:21 231:11
232:2,9,10,23,24
232:25 233:1,4,9
233:11,16,18
234:6 237:3,8,10
237:18 239:2,9
240:3 246:19,23
246:24 247:4,8,11
247:12,13,17
248:9,10 249:19
250:6 252:2
253:12 269:16,17
269:22 270:19
286:6,17 287:5
**mailed** 31:17 33:1
35:19 36:4 239:22
275:17 276:12
**mailing** 37:7
109:21 161:14
170:23
**mails** 36:25 38:23
63:9,11,14 77:9
87:7 107:8 112:25
113:2,11 114:4
116:23 119:11
142:3 157:14
178:18 179:24
191:25 219:3,14
221:9 239:19,24
240:18 248:17
262:3 266:1,21
308:16,19 319:22
320:3
**maintenance**
256:3,11
**major** 69:9 107:22
174:21
**maker** 251:11

**making** 17:16 21:2
25:9 33:1 39:15
40:12 57:19 61:21
168:5 216:1 218:9
307:2 313:6,7
**male** 190:23
**mall** 188:9
**man** 22:12 23:5
26:4 35:18 191:13
**manage** 304:15
**managed** 21:6
**manager** 303:20
304:13,15
**mandate** 239:14
**mandated** 287:20
324:25
**mandatory** 88:24
89:3,7 125:20
163:14 286:21
**manifestations**
204:3 207:20
**manifested** 199:7
**manifesting**
195:16 198:25
**manipulated**
309:19,20
**manipulates** 261:2
**manipulative**
311:5 313:21
**manner** 28:14,23
135:2 230:13
231:3
**manufacturer's**
288:21
**maral** 1:12 2:12
8:9 23:25 38:6,14
40:16 41:15 43:14
45:16 46:9,10,11
61:24 62:7 63:19
82:7 85:1 86:16
88:2,2 106:8

**[maral - means]**

| | | | |
|---|---|---|---|
| 107:22,23 109:19 | **march** 1:20 2:21 | **market** 289:13,14 | **matter** 7:17 9:1 |
| 109:20 110:2 | 7:2,7 105:13 | 302:20 303:11 | 33:6 99:7 113:19 |
| 117:18 120:8 | 106:13 117:16 | **marketing** 289:3 | 119:12 130:11 |
| 121:21,23 123:6 | 121:2 133:24 | **marking** 16:4 | 154:7 180:19 |
| 125:9 136:8 | 134:18 189:6 | 171:19 | 185:15 191:10 |
| 143:11 145:15 | 229:11 231:12 | **marks** 247:20 | 203:9 213:14,22 |
| 146:13 147:15,17 | 269:19 330:21 | **marriage** 15:1 | 252:11 254:25 |
| 152:6 153:7 156:9 | **maria** 1:9 2:9 18:2 | **marriages** 14:25 | 265:18 298:20 |
| 156:11,13,16 | 46:10 56:12,18 | **married** 13:11 | **matters** 23:12 |
| 158:25 161:13,20 | 126:8 217:1 | 14:22 16:1 | 46:23 |
| 164:17 175:13,19 | **marital** 14:5 15:23 | **mary** 53:15,25 | **mature** 190:20 |
| 179:3,3,8 180:1 | 16:8 50:16,24 | 81:4 106:24 | **mckinley** 127:16 |
| 182:23 184:4 | 51:6 73:15,25 | 109:22,23 129:6,8 | **mean** 10:19 20:24 |
| 185:22 187:19 | 74:2,6 | 129:10,11 134:20 | 21:23 28:4 30:21 |
| 189:6 192:2,6,12 | **mark** 16:3 54:13 | 134:20 135:7,8 | 32:11 33:11 58:20 |
| 192:13,14,25 | 60:10 117:12 | 136:2 147:15,17 | 65:25 70:7 72:15 |
| 213:10,13 214:21 | 171:20 187:13 | 147:20,22 153:25 | 73:20 75:9 81:6 |
| 215:2,3,4,19 216:4 | 189:9 294:11 | 154:20 155:19 | 89:6 103:24 |
| 218:21 219:1,11 | **mark's** 48:20 | 156:14,15,21 | 108:11,21 109:25 |
| 219:18,22 220:5 | 63:20 88:16,17 | 167:7,8 170:2 | 114:5 121:4 |
| 220:17,22 221:3,7 | 91:20,24 92:2 | 174:15 175:3 | 123:11 127:15 |
| 222:1,4 224:13 | 93:25 94:2,19 | 176:2 183:12 | 135:14 138:5 |
| 225:10,15 226:9 | 117:25 118:2 | 192:23 229:7,13 | 139:7 142:3 144:5 |
| 226:11 228:6 | 119:5 233:14 | 230:2,15 231:15 | 170:15,25 187:10 |
| 237:9,24 242:1,17 | 235:14,24 238:3 | 243:2,25 244:1,2 | 192:3 194:5,18 |
| 242:21 243:15,22 | 248:4 294:12 | 255:18 283:1,23 | 203:1 204:22 |
| 245:4 247:8 | **marked** 60:18 | 284:17,20 298:1 | 205:13 208:8 |
| 248:14 249:20 | 61:2 81:22 105:9 | 310:5,12,22 311:9 | 214:8 215:2 222:8 |
| 261:10 262:4 | 105:11 110:6 | 311:23,24 312:4 | 231:22 239:21 |
| 265:3,6,15,21 | 112:4 117:13,14 | 313:15 314:8 | 250:13,18 252:24 |
| 269:18 270:1 | 133:12,13 144:16 | **mary's** 53:19 | 257:9 260:11 |
| 271:21,22 275:16 | 160:14 171:22 | 109:24 | 263:23 271:15 |
| 276:1,12 277:12 | 179:22 187:15 | **mask** 322:6 | 278:14 290:23 |
| 277:14 278:1,3,4 | 188:21 191:23 | **mat** 40:24,25,25 | 296:19 297:8 |
| 278:23 279:25 | 212:9 228:25 | 60:25 216:1 | 299:19 307:6,16 |
| 307:24 308:15,20 | 232:20 236:24 | **matched** 146:5 | 307:17 310:20 |
| 309:7,8 310:8,11 | 244:10 267:21 | **material** 39:15 | 321:10 |
| 311:8,17 312:8,12 | 269:14 282:20 | 238:25 267:6 | **meaning** 89:7 |
| 312:14 320:22 | 286:4 289:22 | 300:6 | 151:19 172:2 |
| 321:5,20 | 293:23 | **math** 185:18 300:9 | **means** 21:16 64:12 |
| | | | 97:19 215:7 |

Lucy Ulikhanyan - March 14, 2019

**[means - money]**

221:10 224:23
234:15 307:15,17
**meant**   10:17
141:10 170:21
216:6 219:8,16
226:22 249:9
**medi**  200:16
**media**   7:15 327:20
**medical**   5:7 52:5
53:9 57:17 66:23
89:8 90:20 94:22
94:24,25 95:4,13
102:18 124:10
125:20,23 128:8,9
129:9,17 130:4
131:4,20 132:21
133:6 136:12
137:11 139:2,6
149:11,17,19
159:24 160:19
163:20 164:3
189:23 190:3,9,9
190:12 193:18
199:4 200:23
208:11,17 209:3,6
236:12 251:12,24
257:18,22 259:3
267:25 268:17
269:18,23 270:6
270:15 278:18
281:19 282:3
285:4,8 286:9
287:19,22,25
288:5 295:13
308:25
**medicare**  200:16
**medication**   261:15
261:18
**medications**   12:19
**medicine**   65:3
72:6 138:25 139:9

149:18
**medinwa**   46:5
**meet**   75:2 79:20
80:21 239:11
**meeting**   38:11
40:19,19,20,24
41:25 42:2 60:24
216:1
**memory**   61:13
83:19,20 104:23
107:3,6,11 145:3
150:17 159:6
173:2 290:14
306:9
**mentally**   264:24
**mention**   32:23
90:19,22 94:22
95:4,9,13,16,19
100:8,23 101:1,4,7
116:10,12 163:12
184:16 185:25
220:24 261:23
**mentioned**   32:25
78:6 85:4 96:15
96:18,23 97:4,8,10
97:12 98:18 99:7
110:4 124:14
125:3 136:3
140:12,25 191:7
217:6 300:2
301:14 307:15
**mentioning**
117:23
**mentions**   120:5
**mercury**   64:14
184:11 291:18,20
292:16,17
**merits**   317:12
**message**   5:25 81:6
180:25 212:21,24
213:1,2,4 224:5

312:14
**messages**   38:23
79:10,17,18
212:17 311:9,9
313:16,17,20,25
**messaging**   109:21
**messenger**   213:5
**met**   27:7,25 28:2,5
29:11 38:7 41:14
53:8 88:2 124:9
191:19 281:8
**methamphetamine**
260:18 285:11
286:1
**methamphetami...**
137:7 260:9,13,14
**method**   148:4
**methodology**
24:22
**methods**   139:4
148:16
**mexico**   158:13
**mft**   40:19
**microphones**   7:8
7:11
**middle**   102:14
148:15 155:12
184:3 271:14,25
**million**   302:22,23
**millions**   72:17
**mind**   19:20 108:8
170:13 310:7
**mine**   293:20
**mines**   141:20
**minor**   1:4 2:4
**minute**   5:20 37:10
171:24 240:7
261:5
**minutes**   150:11
210:24,24,25
314:12,15

**misquoted**   32:11
**misquotes**   33:9,10
**missed**   82:17
182:9 260:9
285:21,24
**missing**   239:2
285:16,19
**misspoke**   213:2
**misstatement**
97:15
**misstates**   89:14
92:6 96:2,16,19
97:16 100:17
118:23 121:12
139:11 141:14
177:20 321:8
324:15
**misstating**   100:15
177:24,25
**mistake**   141:4
162:16,20
**mmr**   199:15
288:20 289:1
291:7 294:21
**mom**   67:11 71:8
97:3 109:23
126:22 159:3
177:11 197:13
198:3,4,10 280:20
**mom's**   68:5
**moment**   12:14
104:12 200:9
210:16
**mommy**   49:14,15
49:16 145:18,20
175:23
**mommy's**   298:23
**mondays**   187:23
**monetize**   25:20
**money**   21:18,19
21:20,21,22,23,23

Page 33

Lucy Ulikhanov - March 14, 2019

[money - need]

21:25 22:12 23:5
23:9,11 25:8,16,22
26:1,3,4,9 35:18
88:4 112:12,12
113:7,12,16
156:19 193:22
194:5 205:2,3,21
205:25 206:3,9,12
302:12 303:7,18
305:23 306:3,4
**monitor** 44:10
76:19,24 77:12
78:21,23 80:15,21
80:22 81:1 259:23
259:25 260:1
278:18 279:25
280:17 285:7
314:3
**monitor's** 44:11
**monitored** 78:7,9
78:11,12,13,16,22
192:17 255:9,10
259:20,22 285:1,2
297:21 307:12
313:5
**monitoring** 77:8
77:10 78:24 170:2
**monitors** 44:14
45:12 78:7,10
81:12 182:13
183:9 228:15
280:3 297:22
314:4
**month** 27:9 87:10
92:11 156:3 193:8
201:15,15 257:4
283:19 293:15
303:3 305:4
**months** 27:9 37:9
38:9,9,9 47:22
71:17 78:14 121:4

121:5 149:8
178:14,14,14
188:19,19 195:22
230:14,20 255:8
255:20 274:2,3,5
274:13 276:21,21
276:23 296:5
297:18,19 302:6
**moreno** 106:8,10
117:18
**morning** 7:5 8:20
8:21 83:7
**mother** 67:5 68:12
69:23 70:2,23
95:22 97:23 99:20
116:6 134:6 170:5
170:10 172:24
178:8 182:22
183:10,15 230:23
241:7 259:13
260:25 279:6
299:12,14,14
306:20 324:2,12
325:16,20
**mother's** 68:4
70:6 83:16 95:20
96:15,23 97:4,8
100:8 172:8
299:16
**mothers** 202:9
**motion** 52:6 53:2
56:2 327:12
**motivation** 25:6,7
154:21 156:19
**motivations**
154:10
**mouth** 24:11
**mouth's** 211:14
**move** 29:18 124:2
124:2 131:13
146:21 162:2

187:2 218:6
**moved** 187:2
188:8 317:6
**moves** 70:10
319:19
**movie** 313:8
**moving** 26:21
110:3 232:6
236:23 244:9
267:9 269:13
276:19 281:16
282:19 286:3
289:20 301:21
**mtf** 40:19
**mucus** 196:13
**multimillion** 21:4
288:18
**multiple** 24:16
**music** 49:17 77:16
77:16
**mutated** 65:7 66:8
66:12
**mutual** 251:16
259:23

**n**

**n** 4:1 13:5 14:4,4
44:17 67:15,17
**n.d.** 59:25 60:1,8
138:8
**name** 7:23 13:2
16:7 35:10 41:9
44:11,13,16,18,19
46:1,4 49:24
51:23 53:4,18,19
53:21 54:1,4
67:11,14 68:6
69:3,23 96:15,23
97:4,8 106:10
110:13 128:18
129:18 140:9
159:3,9 162:10,21

212:14 218:4
246:21 264:14
271:4,5 283:14
330:21
**named** 112:9
**names** 13:9 45:18
72:3,12 140:9
153:21 199:13
**nathan** 283:20,22
284:17,23
**national** 65:3 72:6
**natural** 139:1
148:4 191:6
**nature** 12:1,10,14
24:19 31:19 39:24
40:20 49:18,25
57:15 79:21
102:19 104:3
105:20 140:2
156:18 166:12
170:8 235:9
262:11 264:19
312:19
**naturo** 60:2
**naturopathic**
58:12 59:18 60:8
102:9 138:22
149:16,20
**nausea** 207:20
**near** 45:3,4 46:8
78:19 141:3 142:6
142:7,11,14
193:21 214:6
222:9 231:7
**nearly** 137:15
**necessarily** 288:9
**necessary** 28:25
84:21,22
**need** 11:23 12:14
15:9 24:19 41:3
41:15 43:12 50:25

Page 34

[need - objection]

51:6,8 54:16
60:12,20 89:8
114:1,9 126:15
133:2,10 138:24
138:25 149:19
168:18 177:7
189:2 193:17,17
193:18 202:6,8
206:7 208:5
215:13,19 220:25
239:18 269:8
270:13 314:14
315:1 326:6
**needed** 21:20
22:12 125:18
148:6,10 164:7
168:3 190:11
242:15 302:13
323:19
**needles** 200:2
299:10,12
**needs** 159:1 183:2
193:8 211:7
213:24 243:1
261:14
**neither** 330:17
**nephew** 80:8
81:15 155:14
156:22 311:10
**neural** 64:16
291:21
**neuro** 24:24
**neurological**
142:20
**neurotoxin** 64:17
290:12
**nevada** 322:11
**never** 13:12 20:19
29:10 35:17 36:4
36:22,23 38:2
45:1 76:16 78:22

80:25 84:9 90:24
94:25 99:6 112:17
112:21 124:16
143:9,13,17,18
144:7 145:16
146:19 191:11,19
202:3 203:5
228:17 230:19
242:6 243:18
252:19 253:9
262:7 281:14
297:16 298:21
316:17 320:9,13
**nevis** 302:21
303:10,11
**new** 83:2 108:22
108:24 217:17
268:22
**newborn** 148:18
**news** 66:11
**newspapers**
138:19
**night** 103:25 210:8
**nightmares** 297:5
297:9
**nod** 10:1
**nods** 10:4
**nonargumentative**
28:22
**nonresponsive**
131:14
**nonstop** 135:19
**nonsuggestive**
28:23
**nope** 119:13
**normal** 196:20
**north** 2:19 3:4,10
7:21 13:17
**nose** 175:2
**note** 4:24 7:7
26:13 111:8 115:3

159:8,10
**noted** 28:16
296:23
**notepad** 290:4
**notes** 26:14 64:16
64:23 66:1 72:9
96:12 115:10
126:24 136:13
187:22 223:2
273:5 290:2
**notice** 83:9 86:24
87:8 116:23 122:8
123:9 247:24
**noticed** 116:21
163:13 195:18
196:21 231:16
244:19
**november** 14:23
44:8 91:13,14
126:23 127:3
223:5 245:21
256:16,19 257:5
257:13 258:20,23
259:9 275:6 319:1
**number** 60:14
64:11 70:12,13,15
82:6 95:3 171:18
212:3 303:19
313:17 327:20
**numbered** 290:21
**numerous** 65:9
**nurse** 93:2 234:1
**nurses** 197:7,18
203:2 299:9,22
**nuts** 146:11

**o**

**o** 13:5 14:4 53:20
54:1 68:11
**oath** 8:1 9:13 11:6
330:9

**object** 191:2
194:21 235:20
243:19 251:23
256:21 258:13
259:2,6 271:17
301:9 317:23,25
**objected** 117:8
124:6 157:1,4,8,12
204:6 232:3
292:21
**objecting** 11:1
29:11 35:7 114:25
166:1
**objection** 11:4,9
11:12,14 15:3,6
16:7 23:19 28:3
28:10,19,21 29:9
29:16,17 30:3
34:1,15 37:13,16
40:2 42:20 43:6
47:4 50:5,16 73:9
73:15 74:6 87:16
89:14 92:5 95:21
96:2,16 97:14
100:1,2,12,14
103:2 118:23
119:3 121:11
131:5,23 132:11
132:23 157:3
159:18 164:25
165:21 166:13
167:11,18 168:12
169:11 170:17
171:11 172:9,13
174:5 176:19
177:1,15,20,25
178:1 194:19
201:5 209:9,16
220:11 225:1,20
226:23 232:8
239:5 244:4

Lucy Ulikhanova - March 14, 2019

[objection - okay]

274:20 277:3
279:20 284:8
315:24 316:13
318:1 319:5 320:5
321:8
**objections**  8:6
9:20 11:7 29:3
157:1 168:18
178:17 227:6
266:3,3
**obsessive**  195:4
196:1,11 199:7
202:17 296:10
**obtain**  261:8 268:3
**obvious**  153:15
154:13 284:14,24
**obviously**  27:17
57:10 139:15
142:12,13 194:2
294:18 296:20
297:25 306:18
**occasions**  277:2,9
307:14
**occur**  164:13
**occurred**  47:24
76:16,22 143:4,9
174:1 198:6
312:14
**occurring**  136:25
172:9
**october**  47:7 180:1
181:5 183:5 184:4
184:6 185:6,21
274:13,15,16,25
275:4 276:22
279:17
**odd**  32:24 79:24
80:2,13 98:16
196:23 230:17
302:22

**offer**  186:1
**offered**  93:15,18
217:21 330:16
**offering**  299:18
**offhand**  150:17
216:1
**office**  30:22 54:18
91:17 93:4,8
116:17 137:1,3
187:24 188:16
193:16 203:3
217:22 234:1,19
255:9 283:10
284:12 299:8
**officer's**  28:13
**offices**  17:14 327:3
**oftentimes**  11:2
**oh**  20:22 34:12
40:8,18 43:13
45:2 52:2 54:15
55:5 57:11 61:20
85:25 88:16 90:24
91:13 93:2 103:23
108:21,23 109:5
111:14 118:3
125:19 141:18
160:25 161:15
162:15 172:2
173:1 191:5 192:4
192:5 198:1 211:1
227:25 240:21
244:12 261:25
274:17 275:6
282:24 290:24
292:25 294:20
310:16 311:19
312:10 314:5
**okay**  9:6,12,18,24
10:1,16 11:25
13:3,12,16,21
16:19 17:2 19:7,9

19:14,17 20:3,11
21:14 22:1,3,6
24:13 25:2 26:12
27:5 31:4,6,24
32:2,5 33:10
34:25 35:12,15
36:18 37:12 38:6
38:15 39:8 40:18
40:18 43:14,17,25
46:9,21 47:10
48:17 49:4,21
50:12 51:18,19
52:11 53:3 54:10
54:12,20,23,25
55:18 56:4,24
57:23 58:25 59:9
59:23 61:20 63:6
65:1,15,21 67:14
67:19 68:5,12
69:5,7,21 70:1,4,9
70:12,14 72:2
74:25 75:6,8,22,25
76:12 77:8 78:2
79:1,4 83:6 84:8
84:24 85:25 86:7
86:9,20 88:19
90:13,16 91:6,13
93:7 94:17 98:22
99:5 100:4,22
101:15 103:6,9,15
103:23 104:9,20
104:22 106:2,13
108:17 109:14
110:18 111:21
112:1 113:14,15
114:8,15 115:3,23
116:10,19 117:9
117:20 120:14,25
122:18,18 125:14
129:21 135:13
138:2,16 139:19

142:10 144:7,10
144:14,21 145:2,3
145:6 149:2
150:22,25 151:2,4
152:18,20,22
153:4,14,20 154:1
154:4 156:20
157:8,18 158:8,11
159:7 160:2,12
161:9,19 162:2
163:23 164:9,19
165:16,18 166:8
166:11,21 169:15
173:10,24 178:4
179:10,21 180:8
180:23 181:7,11
182:5 183:16,23
184:19 185:24
186:15,19,23
188:4,18 189:1,8
190:4,8 191:3,7,9
192:8,13 193:5
194:22 195:13
197:9 198:5,5,13
200:7,11,16,18
201:14,23 202:1,5
202:11,14,20
203:13,16,21
204:5,12,13
206:19,22 207:4,5
207:10,25 208:7
209:21,24 210:22
211:1 212:4,15
215:21 216:9
217:15,19 218:15
218:25 219:4
221:4,20 223:20
223:23 224:13
226:15 227:18,21
228:13,20 229:6
230:21 232:6,14

Page 36

**[okay - page]**

233:5 236:23
237:2 241:17,25
246:17 247:6,10
247:18 248:19
249:3 253:16
254:4,17 256:24
257:16 259:9
260:25 265:2
267:17 269:12
271:12,24 273:16
274:23 276:19
282:24 286:3,19
287:5 289:20
290:24 292:18,25
297:24,24 314:13
314:20 316:6
317:16,19 318:8
318:11 319:17,19
319:21 320:14
321:5 322:15,22
325:9,15 326:3,22
**old**  20:7 83:2
149:8,9 198:3
272:12,13 283:19
305:2 319:4 322:4
**older**  190:20
**omission**  238:25
267:6
**omitted**  36:12,20
**once**  14:16 27:24
30:14 31:4 54:24
57:7 96:15 116:8
127:25 154:13
201:15,15 259:19
268:23 278:2
285:25 326:24
**one's**  139:5
**ones**  82:25 108:23
108:23,25 157:20
166:19 217:18
266:17

**online**  72:1,13
199:4 269:1
293:21
**open**  12:8 63:23
127:17 212:23
222:22,24 223:1,3
223:15 270:22
**opinion**  58:14
120:4 154:17
284:9
**opportunities**
305:14
**opportunity**  10:6
123:19 155:7
262:5 303:18
309:2,6
**opposed**  64:9 73:8
**opposes**  287:18
**opposing**  295:16
**opposite**  156:25
**option**  90:9 125:22
127:17 239:14
280:1 324:24
325:2,4
**optional**  123:4
**options**  90:10
**order**  5:20 11:2
26:18 37:10 94:9
111:25 122:12,14
122:22 123:15
125:5,6,12,15
129:14 159:3
166:23 167:2,4,6
171:5,8,10,24
172:12,24 173:15
173:16,19,22
174:11,17,18,20
175:16 176:3,3
177:14,17,21
178:15,19,21
185:5,8,11 193:19

216:21 217:3
222:5 224:15
225:8 227:5
233:21 237:16,19
241:20 243:5,13
248:5 259:24
261:8 262:17
263:2,22,23,24
273:9,13,14 278:2
278:19 280:8,10
312:20 313:9
314:1 326:21
327:25 328:5
**ordered**  206:4
224:20 262:13
320:15
**orders**  172:6
257:6,10 259:11
260:23 264:4
**organic**  57:14 79:5
88:4 205:3,5
**organs**  315:9
**original**  180:24
326:5,10,11,12,18
326:20 327:1,2,9
327:10,13,16
328:1,6
**osteo**  60:2
**osteopathic**  58:12
59:18 60:4
**outcome**  8:3 26:6
**outcomes**  289:1
**outright**  155:13
**outside**  165:14
188:15 217:24
292:9 296:10
300:4 310:13,16
**outweigh**  163:10
**overall**  301:25
**overlap**  228:23
244:14

**overly**  170:6
**overnight**  104:2,3
255:14
**overnights**  188:14
**overwhelmed**
182:12 280:4
**overwhelming**
39:17
**owe**  203:13 305:23
306:3,4
**owed**  26:4 35:18
**owes**  112:11 113:5
**owned**  21:5 76:1
302:19 323:2
**owns**  75:22

**p**

**p**  44:20
**p.g.**  1:4 2:4 44:6
48:17 74:15 84:4
90:20 224:15
**p.g.'s**  44:6 225:9
**p.m.**  2:21 114:10
150:5,6 180:1
187:24 211:17,18
237:7 267:15,16
314:18,19 328:13
**package**  288:21
**page**  4:4,10 5:3
6:2 60:12,14,15,20
82:1,5 84:25,25
86:11 88:12 91:8
92:21 94:4 95:3,3
95:12,13 97:4
100:4,6 106:20,20
110:10 113:22
114:14 116:1
117:17 122:7
147:14 148:14
160:20 161:1,2
162:3,7 172:5,6,22
179:25 180:23

Lucy Ulikhanova - March 14, 2019

[page - penelopy]

184:2 187:18
192:1 193:6
213:12 214:13
216:17 218:19
221:23,25 223:21
233:20,22 234:5
271:1,1,13,13,25
272:18 283:12
290:20
**pages** 1:25 4:11
5:22 96:14,15
98:9 100:8,22
271:10
**paid** 22:24 25:15
55:16 85:6 112:25
113:9 156:2
200:24 202:20
203:17 207:7
288:12
**pain** 207:20
314:25 315:2,11
315:12
**paint** 81:11 227:12
314:9
**panic** 22:11
**papa** 298:12
**paper** 91:3
**papers** 44:7
**paperwork** 41:4
41:16 55:5 61:17
62:16 93:6 96:7
110:20 124:12,17
127:20 152:1
189:13 190:11
197:17 216:2,23
217:16 223:12
236:6,7 239:22
248:4 250:10,10
264:9,9 306:12
310:4 316:16

**paragraph** 84:12
106:21,22 116:5
134:5 148:3 173:5
207:13 224:18
229:24 237:12
248:20,21,24,24
249:2,15 250:11
283:17 284:7,13
**pardon** 87:1 111:6
138:7 151:21
174:23 181:18
**parens** 181:1
**parent** 18:11 61:5
61:8 92:23 159:3
245:16 246:11
318:21
**parent's** 233:20
**parental** 154:5
250:20 288:7
**parenting** 80:2
148:21
**parents** 153:1
159:10 175:8
239:11 270:8
286:12 288:3
293:21
**part** 17:17 18:13
18:16 22:9 23:1,2
33:14 42:17 48:2
68:15 82:1 113:23
114:16,20 122:20
122:21,21 125:2,3
131:11,24 133:19
134:23 135:22
140:15 148:3
156:21 166:2
171:6,8 192:1
219:3 233:3
234:21 286:10
316:14

**participate** 48:11
48:13
**particular** 10:4
23:13,14 32:16
94:13
**parties** 7:14 27:5
232:23 233:1
237:4 246:18
247:11 269:17
330:19
**partly** 43:22 324:5
324:13,16
**partner** 302:20
**partners** 303:14
**parts** 122:13
182:24
**party** 8:2 44:8
**party's** 28:12
**pasadena** 30:22
137:1
**pass** 137:25
**passed** 16:20
25:12 76:8 96:10
149:7 303:21,22
**passionate** 131:8
249:17 292:8
**passionately**
292:21
**passport** 270:24
271:11
**pastor** 149:21
**pastoral** 60:9
149:21
**paternal** 260:16
310:1 311:2
**patient** 283:13
**patients** 287:22
288:3 291:23
**paul** 210:18
**paused** 52:19,19

**pay** 25:15 200:22
201:23 203:7
304:10
**payday** 191:14
**paying** 198:7
**payton** 284:18
**pbbllp.com** 3:12
**peace** 108:8
**pediatric** 148:17
**pediatrician** 51:15
51:18 52:13,14
53:5 54:7 91:17
92:19 118:22
120:20 128:12,17
160:18 161:21,23
190:15 191:11,20
196:4,4,6,17
198:22 199:2,8
202:19 268:1
272:10 282:25
**pediatrician's**
116:17 234:1
299:8
**pediatricians**
51:19 120:17
190:4
**penalty** 327:6,14
329:1,3
**pending** 130:15
**penelopy** 25:10
33:15,20,23 38:10
42:19 44:7 45:14
46:25 49:22 50:9
50:15 51:14 52:17
53:6,16 55:2
59:17 63:20 66:16
66:24 74:20 76:10
77:22 83:22 90:10
91:21 93:10 94:18
94:23 101:25
102:23 103:7,9,13

Lucy Ulikhanova - March 14, 2019

**[penelopy - picked]**

104:16 107:25
109:7 121:10
122:12 123:15
126:18 129:1,4
134:8 135:6 138:3
138:4,21 147:16
150:15 151:9
154:11 155:1,19
156:4 158:17,18
158:21,23,24
159:1,4,22 160:6,9
161:4,22 162:10
163:7 164:1 169:6
174:2,9,25 180:3
181:15 186:17,23
188:10 189:9,19
190:5,10,20 192:9
193:20 194:13
196:12 199:14,23
200:8,22 201:17
203:14,18 218:21
225:17 227:5
229:8,13 230:4,8
230:17,25 231:16
233:14 237:19
268:1 269:24
270:7,9 271:6,11
303:3 310:6
315:18 318:12,19
325:16
**penelopy's** 67:6,6
83:15 95:5,10,14
116:13 120:6,11
146:17 159:14
162:24 199:9
200:24 235:6
**penicillin** 102:19
**people** 21:20
24:15 47:7,11
65:6,7 66:6 70:10
72:13 108:10

114:5 138:17
139:19 143:1
157:3 269:2
286:11 288:16
310:21
**people's** 148:25
**percent** 65:6 66:6
66:11 108:7 205:4
205:5 259:13
285:14 309:20
315:13
**performed** 152:2
152:9,23
**period** 50:8 78:8
78:17,18 85:24
159:21 169:4
174:1 186:4,4,5
272:4 297:18
299:3 304:1
**periods** 221:22
**perjury** 327:6,14
329:1,3
**permanent** 126:23
127:4 163:20
173:13 188:12
268:19 289:15
313:15
**permanently**
65:24 88:8 205:16
268:1 292:8 295:4
**permission** 242:5
243:16
**permit** 234:22
240:12 242:2
**permitted** 255:14
285:3
**persisting** 167:6
195:19
**person** 16:1 27:20
27:25 28:2,6,23
29:11 30:2 31:1,2

31:15 33:19 34:23
36:25 39:4 43:15
44:2 62:19 70:24
81:8 82:21 87:14
284:17
**person's** 291:12
**personal** 1:10,11
1:11,12 2:10,11,11
2:12 12:12,13
24:21 27:16 58:2
63:13 73:21 94:4
116:11 156:20
164:19 184:21
212:24 213:20,21
213:22,24 221:3
221:12 234:7,23
235:3,10 236:5,18
238:3 239:21
241:7 248:3 266:2
292:18,21 293:2,3
293:6,17 294:7,15
295:3,13 308:22
325:5
**personally** 33:15
142:23 165:14
222:3 293:7,8
295:17
**persons** 289:10
**pertussis** 289:12
**peter** 298:12
**peterson** 3:9
**petition** 252:14,15
252:18 255:1
**ph.d.** 59:24
**phone** 27:20,21,22
27:23 28:5 30:25
31:14 35:3 38:10
38:16,23 39:3
44:1,3 46:13 55:1
56:22 62:10,12
70:12,13,15 85:19

86:17,20 87:1,14
120:1 136:8
140:23,24 142:24
143:23,25 144:13
147:6 164:22
210:12 243:22
248:15,18 278:3
309:21 313:16,18
313:24
**phones** 7:10
**phonetic** 193:16
**phrase** 141:11
**phrased** 193:6
**phrasing** 316:8
**physical** 103:6,16
190:21,22 194:15
194:16,20,24
195:6 199:18
203:22 204:1,3
205:24 207:19
230:8 246:6 251:1
251:2,7,8 252:8
253:7,15 256:4,15
257:15 259:13,17
270:10 301:22,25
307:9
**physically** 34:12
204:8,10
**physician** 152:23
**physician's** 88:13
233:19 234:18
235:13
**physicians** 152:9
152:15,17 287:9
287:17
**pick** 7:8 75:12
160:9 324:6
**picked** 77:15
160:4 206:6
239:24

Page 39

Lucy Ulikhanova - March 14, 2019

[picture - present]

picture 38:14 52:6
53:2 215:13 314:9
pictures 39:6 79:8
79:9,14,18 313:23
pieces 119:23
pinpoint 30:15
pioneer 249:6
place 7:11,13
88:23 89:6 92:9
126:4,7 181:16
184:1,23 185:6
235:8 253:8,13,21
253:22,24 254:18
255:8 277:15,22
278:20 280:14
303:18 330:7
placed 33:2,2
42:14 74:15,20
77:11 78:15
107:25 170:25
264:14 310:1
330:9
placement 74:14
76:10 77:4 101:18
104:7 205:15
places 216:19
plaintiff's 100:17
111:9 228:24
232:6,14,18
236:23 244:9
267:19,24 269:13
286:3
plaintiffs 1:5 2:5
3:2 8:12 193:24
207:14 208:10
209:2 241:18
plan 188:6 240:14
256:3,10
planned 36:24
182:8

planning 35:5
124:9 322:9,13
plans 50:14
planting 168:9
play 49:19 102:3
214:7
played 80:19
81:11
playground 49:9
playing 49:17
77:16 81:4 314:5
please 7:7,10 8:6
13:1 29:2 110:21
121:17 131:15
136:1 147:15
177:23 181:14
186:16 221:7
223:2,20 229:3,23
229:25 230:2,12
230:15 231:9
232:15,18,19,22
235:2 237:2
247:10 248:19
249:1 258:8
267:10,20,23
286:6 287:6,12
310:9,10 315:2
plus 26:3 187:9
pocket 200:24
203:17 206:9
208:21 209:5
poghosyan 212:14
point 11:22 18:3
18:15 32:20 33:22
119:10,20 121:7
124:21 159:17
160:8 167:10
175:14 180:19
183:7 187:7,8,12
196:1 227:21
249:1 250:12

251:17 258:19
259:9 269:5 270:1
300:24 309:16
322:5
pointed 223:23
points 154:12,17
249:15,16
poked 297:16
299:3
police 103:15
141:19 261:12
312:18
policy 268:21
311:6,11
polio 294:23
polite 75:16
poor 191:13
pop 114:4
popcorn 183:3,3
population 66:12
portion 59:13
167:2 204:14,15
232:13 272:15
311:15
position 102:12
158:22 259:11,12
260:2 281:17
304:12 308:3
positions 267:1
positive 137:7
260:17 285:11,17
285:20,25 311:22
possessed 121:21
possibility 59:8
231:1 299:13,15
possible 10:13
95:24 100:20
135:3 231:4 301:5
320:2,11,12
possibly 261:15
292:9

post 289:3
posted 287:14
290:15
pounds 204:23
205:25
pox 294:21
practically 134:15
practice 20:2,3
84:15 149:18
288:1 306:23
327:12
practices 148:8
practitioner 24:24
138:10 139:17
pre 91:24,25
233:14 289:2
325:3
preemption 288:2
prefer 128:2
288:17
preference 279:5
pregnancies 291:2
pregnancy 120:19
prepare 238:1
prepared 125:21
228:22 245:2
289:25 294:1
325:3,7 326:25
preschool 48:20
49:2 88:18 89:17
125:11
preschools 48:19
prescribe 191:5
prescribed 323:12
323:19
prescription
323:15,17,18
presence 84:13
present 3:16 40:21
55:23 116:24
122:16 135:23

Page 40

Lucy Ulikhanov - March 14, 2019

[present - psychiatrist]

136:2,14 143:21
143:23 145:10,12
145:14,15 146:16
146:24 150:25
153:5,8 166:22
172:15,18 175:4,5
175:6,7 176:24
177:16,18,22
183:18 185:21
186:11 210:1,19
217:6 240:13,16
240:20 244:20
262:5 264:17,24
278:17 281:9
282:2 284:15
285:3,6,8 308:25
318:9 319:12
320:17,19 321:20
**presentation**
224:21 238:24
265:22 267:5
**presented**  224:14
225:8,16 226:6
227:4,11 228:23
264:23 265:21
266:5 308:21
**presently**  301:4
**presents**  283:20
**preservative**
184:10
**preserve**  28:25
**presumably**
241:10
**presume**  42:25
154:24 282:9
**pretty**  16:3 19:8
32:13 35:2 57:14
71:15 104:11
134:15 136:5
154:13 157:1
170:11 182:16

184:1 200:1,6
210:23 229:21
231:19 232:5
240:6 266:22
293:15 297:15
313:10
**prevent**  177:21
293:18
**preventing**  177:17
**previous**  162:23
172:22 320:4
**previously**  105:9
117:12 133:12
240:14
**price**  202:23
205:20 300:16,17
**primary**  295:2
**principle**  213:21
222:15 265:17
**printed**  5:10,11
239:17 313:21
**printer**  217:8
270:21
**printing**  290:4
**prior**  14:25 15:1
37:9 38:11 84:9
164:6 174:19
330:8
**private**  7:9 61:7
103:24 233:14
**privilege**  15:21,24
16:9 29:1 50:17
50:19,25 51:6
73:16,21,22 74:2,7
165:1,24,25
167:19 168:12
278:15
**privileged**  73:25
165:4 176:20
**pro**  65:22 108:16

**probably**  18:4,5
18:11 19:17 27:1
38:22 61:10,12
81:9 125:23 131:9
153:19 154:23
194:7 203:24
260:24 279:18
**probate**  9:5,6 21:9
25:13 303:22
304:8 323:8
**probiotics**  191:6,8
**problem**  107:12
177:12 224:12
**problems**  198:6
283:21 307:6
309:23 313:1
314:9
**procedural**  81:25
**procedure**  12:23
28:9 57:18 287:22
287:24
**proceed**  8:15
12:17
**proceeding**  8:6
111:19
**proceedings**  77:5
106:18 107:18
172:22 173:8
330:6,8,10
**proceeds**  28:17
**process**  22:17 92:9
143:1
**processing**  125:16
**procured**  215:7
**procuring**  18:1
**products**  79:8,9
205:3
**professor**  21:24
**program**  17:11
156:7 196:2,9,10
196:17,22 288:12

**programming**
24:24
**programs**  49:12
156:5
**progresses**  58:16
**project**  23:8 26:17
113:6 305:2
**projects**  198:8
**prolonging**  252:18
**promissory**  26:13
26:14
**prone**  65:8
**pronounce**  128:18
**properly**  305:8
**propose**  326:23
**protect**  118:6
298:23 313:10
**protecting**  80:7
185:8 298:18
**protection**  312:16
**protective**  170:5,6
170:7 178:8
**protectiveness**
170:8
**prove**  25:23
169:21,23 296:21
**proved**  288:23
**proventil**  70:20
**provide**  52:5
72:14 236:3
286:13 309:1
**provided**  238:2,14
238:21 239:1
271:20 284:11
**psoriasis**  67:23
68:13,16,18 95:20
97:10,25 100:9
**psyche**  207:16
**psychiatrist**
261:15

Page 41

Lucy Ulikhanova - March 14, 2019

[psychological - read]

**psychological**
312:25
**psychologist**  35:2
35:10,14 60:9,9
80:11 149:21,21
155:8,9 201:13,21
203:12 206:25
298:22 300:5,6
**psychologists**
24:18 300:14
**ptsd**  306:11
**public**  88:24
125:21 164:1
186:24,25 189:9
268:7,10,12
308:24 324:25
**pull**  137:18 293:13
**pulled**  26:3 87:23
136:12,15 151:7
152:5
**pulling**  182:3
**purpose**  86:13
93:10,20 94:18
118:1 161:11
180:10 182:20
244:6 276:13
314:7 327:11,16
**purposefully**
314:8
**purposely**  182:8
216:21 217:10
218:8
**purposes**  132:7
**pursued**  313:9
**pursuing**  308:11
309:9
**push**  191:1
**pushing**  309:14,14
309:14
**put**  70:19 88:17
91:21 101:17

116:22 123:5
125:11,25 126:1
126:15,20,21
127:18,20 130:3
130:18,19 131:2
131:21 132:6,18
158:18 159:7
167:17 177:25
178:1 187:4 189:9
192:11 202:22,23
205:11,19 235:8
242:8,19 243:2
300:16,18 310:9
314:23 318:21
**putting**  107:10
182:20 308:2

**q**

**qualification**
28:13
**qualified**  43:1
**qualify**  200:19,20
**quantify**  25:22
**question**  8:24
10:16,18,19,22
13:1 23:21 27:14
29:6 30:6 34:6,10
36:14,15,17 37:16
37:18 40:15 42:6
42:22 52:2,7
66:14 73:12 74:11
85:13 98:5 100:1
100:15 101:16
105:21 107:2
121:16 130:10,15
130:22 131:14,19
132:5,8,15,17,25
145:22 147:8
153:15,19 166:5
168:1 169:8
170:18,20 174:14
178:19 182:23

184:25 195:2,7
203:24 220:2
225:17 244:15
253:12 254:10,11
276:11 308:18
316:10
**questionable**
302:19
**questioning**
100:13 271:18
**questions**  9:19
12:22 40:7 58:4
114:9 129:2
133:24 185:16
194:6 214:22
224:4 225:14
227:2 299:20
302:5 313:22
314:13
**quick**  13:25 76:25
81:17 94:21 98:14
99:22 101:19
106:20 115:14
153:21 157:2
168:20
**quicker**  255:5
**quickly**  23:9 86:3
115:16 124:3
296:12 319:20
**quite**  39:21
**quote**  106:23
113:10 250:12
287:13 289:20
**quoted**  72:5 287:6
**quoting**  32:10

**r**

**r**  53:20,22,23 54:2
237:7
**rabies**  289:8
294:22

**rachel**  233:6
**railroaded**  124:19
**raise**  204:25
**raised**  124:14
148:15 239:18
240:7
**raising**  124:6
**ramirez**  1:10 2:10
18:2 46:19 56:13
56:21 57:5 87:24
217:1,20
**ran**  79:23
**ranting**  247:20
**rap**  77:16
**rarely**  57:21 88:6
231:21,22
**rashes**  198:20
**rate**  22:2
**raymond**  233:6
**reach**  24:15
227:24
**reaching**  178:13
**reacting**  297:17
**reaction**  200:4
306:17
**reactions**  71:5,7
71:11,15,16,23
116:8 137:16
141:3 142:14,16
231:8
**read**  10:6,8,9 28:7
29:6 30:6,8 32:8
32:14 34:6,8 41:4
42:22,24 61:14
73:12,14 90:13
92:22 105:16
108:15 121:16,18
131:14,16 134:1
144:25 147:8,9
199:4 207:14
220:20 229:17,19

Lucy Ulikhanova - March 14, 2019

**[read - referred]**

229:24 232:22
233:11 237:11,17
248:19 268:25
276:3,20 283:16
284:1 287:6,12,15
292:17 300:6
**reading** 39:15
82:12 84:18
107:24 192:15,20
214:13 220:22
284:11 292:19
**ready** 125:25
126:1,15 164:6
198:8 242:19
**reaffirming** 119:7
**real** 13:25 17:10
17:12,13,14,15
19:16,22 20:5,14
20:17,21,23 21:4
22:9 25:9 26:16
76:25 81:17 94:21
98:14 99:22
101:19 106:20
113:4 153:21
168:20 302:12,14
304:13 323:1
**realize** 107:1
**realized** 109:25
**really** 10:12 34:24
41:16 75:13 80:16
88:6 107:24 109:5
110:2 119:8
120:24 130:23
141:20,23 143:24
145:21 147:24
158:5 169:20
175:15,20 176:6
191:16 197:1,2
198:16 200:2
204:24 205:1
215:24 247:21

253:9,14 255:24
273:21 291:8,25
298:4 302:8
303:12
**realm** 302:13
**rearing** 288:8
**reason** 12:16 58:9
59:16 91:19
106:22 120:15
180:5 185:20
193:10 225:7
226:5 227:3 240:1
243:4,5,11,12
261:17 291:23
307:23 310:3
**reasoning** 241:18
**reasons** 58:8 66:23
134:7,10 230:24
292:7,19 309:8
324:3
**recall** 101:15
102:4 110:14,15
137:9,12 144:24
172:9 186:13
188:16 203:19
210:2 212:17
213:3 291:10
317:3,9,13 318:4
318:10
**recalling** 152:25
**receipt** 327:6
**receive** 22:15
26:18 66:25 113:6
293:14
**received** 63:4
133:17 180:14,15
266:14 276:5
313:18
**receiving** 37:2
82:13 83:19,20
110:14,15 155:24

180:6
**recess** 64:3 105:5
150:5 211:17
267:15 314:18
**recession** 21:16
**recipients** 237:8
**recognize** 61:10
61:12,22 160:17
294:5,6
**recognized** 288:10
292:25
**recollection** 40:10
86:23 87:12
150:17 161:11
241:1 285:23
**recommend**
120:19
**recommendation**
259:15
**recommended**
120:23 201:19,21
261:14 309:10
**recommending**
259:10 261:17
**recommends**
199:16
**recommunicate**
252:6
**record** 7:6,14 8:5
10:24 11:10 13:4
27:15 28:8,16
30:8 34:8 42:24
53:17,25 63:24
64:1,6 65:17
67:14 70:16 72:24
73:1,3,4,14 90:14
99:23 105:2,3,4,7
110:21,22,23,24
111:8 121:18
131:16 146:4
147:7,9 149:24

150:2,3,8 153:12
153:16 159:8
168:3,18,20,22,24
168:25 171:16
211:16,19 212:18
217:23 218:2
220:3 252:25
267:12,13,14,17
276:19 287:12
314:16,17,21,23
315:6 326:13,14
326:15,16 327:22
328:8,9 330:10
**recorded** 1:18
2:18 7:15 42:2
59:12,13 146:3
**recording** 7:13
146:5 167:15,17
168:9 217:22,25
**records** 5:7 18:21
20:11 35:6,12
53:9 55:13 61:6,8
67:11 71:10
116:17 136:12,15
151:7 152:5,6
161:18 167:23
285:15 319:8
323:5
**redact** 159:9,10
**refer** 105:9 114:1
214:24 249:14
290:20
**reference** 252:2
**referenced** 143:15
218:4 267:24
**referral** 53:11
165:7
**referrals** 24:17
**referred** 52:3 54:8
54:9 164:23

Page 43

Lucy Ulikhanov - March 14, 2019

[referring - rephrase]

referring  67:10
  85:7 113:3 173:6
  216:12
reflect  187:25
refresh  61:13
  107:2,5 145:3
  173:2
refrigerator  58:5
refunded  23:9
  156:15
refusal  83:16
  91:18 233:23
  234:2 235:7
  236:17 238:2
  239:21 241:7
  248:2 266:1
  308:22,23
refuse  83:24
  242:14 324:14
refused  83:22
  309:1
refuses  324:12
  325:16
refusing  74:11
  166:4 240:4
reg  221:9
regain  305:14
regard  101:18
regarding  36:20
  61:20 86:17 192:9
  192:25 216:7
  219:11,17 221:10
  221:10 225:14
  239:9 247:14
  313:14 319:23
regardless  156:23
regards  31:18
regular  27:4 51:15
  148:17 201:12
  228:11

regularly  50:2
regulation  287:25
rehabilitate  21:1
reinhart  35:11,11
  155:10
reinvest  305:18
reinvested  26:5
reisch  74:17,25
  77:4 101:19,20
  102:22 104:6
  154:10,25 155:19
  167:9 169:5
  174:16 175:3
reisch's  156:21
reject  287:23
related  8:2 19:6
  86:6 137:19
  175:11 198:21
  199:9 322:1
  323:20
relates  18:20
  203:10
relationship  95:23
  288:22
relative  330:18
relatives  67:2
  183:8
relayed  96:10
released  224:12
releasing  292:1
relevance  15:3,6
  15:15
relevant  15:5,11
  15:13,17 191:21
  246:22
relieved  326:25
religious  65:11
  115:4 166:12
  184:21,24,24
  185:1 293:6 294:2
  294:6,16 295:3,14

307:22 324:3
rely  139:5
relying  120:3
remained  212:20
remarks  109:22
remember  14:24
  17:9 27:8,10 31:7
  31:11 37:2,6 38:8
  39:2,3 40:12 41:1
  41:2,24 44:4,24
  46:4,6 48:22
  52:22 55:6,10
  59:14 62:20,23
  68:23 69:23,24
  75:3 82:12,13
  84:5,18 85:21
  86:1,15 87:19
  90:7 92:4,9,10,14
  97:22 103:14,17
  104:17 107:5,9
  110:17 117:6
  127:1 129:20,22
  142:19,21 144:9
  144:12 145:13,15
  147:5,23 150:16
  151:25 152:25
  153:2,3 156:11,12
  156:18 158:25
  159:25 160:23
  167:3 173:11,18
  176:1 180:6,8
  186:14,14 188:17
  193:13,15 196:13
  203:19 210:20,25
  224:11 238:5,9,10
  238:12,13,18,19
  241:3,5,9,15
  242:17 244:20
  245:1,25 254:17
  254:21 255:11,13
  255:16,23,25

256:7,11 261:10
  264:7 266:11,12
  266:14,16,16,20
  270:3 276:2
  279:12,22 282:8
  284:25 306:15,16
  317:5,8,22 319:15
  320:1 322:3
  323:21 324:13,17
  324:17 325:11,11
remembers
  145:22
remind  147:15
  171:7,15
removal  19:2 22:8
  25:10 27:12 38:12
  47:10 48:18 50:8
  50:10,12 51:15
  56:2,11 197:25
  215:4 216:7,9
  246:3,6 260:15
remove  253:6
  292:4
removed  23:18
  38:10 46:25 49:22
  51:20 74:15 77:22
  129:5 250:25
  252:17 253:9
  304:24 310:1
removing  219:19
renowned  58:11
  250:9
repeat  48:9 121:14
  209:1
repented  307:19
repercussions
  222:11
rephrase  23:21
  170:18 176:22
  177:8,8,9 215:9
  253:11 254:9

Lucy Ulikhanyan - March 14, 2019

[rephrase - right]

256:24 258:16
265:13
**replaced**  289:18
**replied**  232:13
**replying**  86:18
313:23
**report**  32:18 33:13
35:1 39:23 40:5
40:13 42:10,13,14
81:2 88:13 103:13
103:16 112:18
227:11 233:19
235:13 238:1
241:9,10,14 266:6
288:24
**reported**  1:22
**reporter**  2:22 7:24
8:14 9:18 10:3,23
11:6 16:4 60:16
142:8 171:19
212:7 258:5 263:9
314:14 321:16
326:10,25 327:24
328:3,7,10 330:1,4
**reporting**  161:24
289:1
**reports**  23:25 24:1
32:8 37:25 50:2
146:5 215:12
218:11 239:3
245:1,5,8 264:23
289:15 319:24
320:3
**represent**  174:13
229:5 271:16
293:25
**representation**
83:21 165:14
**representations**
186:10

**represented**  36:9
82:25 121:1,3
227:19,22 228:2
**representing**
23:24 37:22
212:12
**request**  80:24
146:16,24 147:11
237:15,23 254:13
263:5 270:14
283:16 285:8
308:25
**requested**  53:9
80:23,25 83:10
122:8 123:4,9
237:24 260:12
263:12 270:17
282:25 330:16
**requesting**  81:3
123:1,2,6 314:6
**require**  240:15
268:13 269:4
275:21 300:19
**required**  84:14,16
84:17,19 89:12
94:5 234:7 235:11
246:9 269:1
**requires**  96:3
186:17 306:24
**research**  41:15
**researching**  72:23
140:16
**residential**  21:8,11
**resolution**  286:8
**resolved**  283:24
**respect**  20:4 25:23
132:20 199:23
**respected**  131:1
**respond**  230:12
231:9 243:24

**responded**  72:18
134:2
**responding**  85:11
85:12 87:3 229:15
**response**  46:13
64:20 66:21 72:7
72:8 87:13 112:6
114:21,24,25
115:11,15 116:1
117:22 183:15
229:7 278:10
287:3 296:12
**rest**  11:19,22
208:14 285:22
322:12
**restaurants**  206:4
**restored**  288:17
**restrained**  174:16
**restraining**  111:25
125:5 129:14
166:23 167:1,4,6
171:5,8,9 172:24
173:15,16 174:11
174:17,20 176:2,3
177:17,21 178:21
185:5,8,11 237:15
259:24 261:8
278:19 280:8,10
312:20 313:9
314:1
**restricted**  216:23
217:11
**restricts**  315:10
**result**  167:1 244:3
299:2
**resulted**  195:14
**results**  173:3
**retain**  327:8
**retained**  327:21
**retaining**  286:9

**retirement**  26:22
**return**  126:22
259:12 309:10
**returned**  161:4
223:5 255:22
256:2,8 270:10
283:25
**returning**  256:14
**reunification**
126:20
**reunified**  127:2
**reunify**  126:18
**reverse**  205:17,18
**reversed**  138:15
**review**  229:18
275:22 283:2
327:5 330:15
**reviewed**  329:4
**reviewing**  277:7
**rewatch**  107:9
**rfunk**  82:22
111:17 116:2
**rgraham**  3:12
**rid**  291:21
**ridiculous**  36:6
146:7
**right**  9:11 17:25
18:7 22:25 23:5
29:13 30:18 38:20
41:18 44:16 51:12
54:21 55:23 56:7
59:3,19 60:7,23
61:10 64:8,8,22
65:23 66:9 69:5
77:10,23 80:5,6
82:12,14 85:20
87:21 88:9 90:6
91:17 92:25 93:13
93:20 98:12,21,23
98:24 102:10,12
103:8 104:9 105:8

**[right - says]**

107:10 112:7
113:3 114:18,22
116:12 119:14
120:5,25 121:24
122:10 127:10
128:7 132:2 135:4
135:22 138:9
145:14 148:1,10
148:11,14 149:22
149:23 150:13
151:20 152:2
153:24 156:10,24
157:18 158:16
160:9 162:2
163:14,21 164:1
164:16,23 165:12
165:13 167:10
168:5,8 169:4
170:24 172:21
174:23 175:6,7,11
176:9 178:13
179:2,15,16,17,20
180:18 181:11,17
181:25 182:1,1
184:2 186:1,3,18
187:3 188:20
189:10 192:22
195:24 196:12
198:9 199:13,21
200:20 206:18
208:1,2 209:19
213:6,12 214:1,2
214:12 215:1,16
216:11 217:8
219:13,16 221:14
221:22 223:7,11
227:18 228:16,20
240:23 241:2,17
242:9,11 243:2,18
245:25 251:20,23
254:25 256:1,19

258:18,23 263:7
265:4 275:17
279:9 280:2,25
281:1,8,13,15,16
282:5,19 284:4
287:23 291:10
295:21 303:2
304:11,21 309:3,5
315:14,18 319:1,2
319:11 320:17,18
320:18,21 322:23
323:13 327:18
**rights** 129:24
132:5 154:6
218:14 250:21
251:13,18 252:7
252:21 257:17,22
258:10 279:13
280:21
**risk** 64:13 76:20
76:21 119:14,15
163:10 289:10
301:1
**risks** 64:13 119:16
287:21 293:4
**risky** 288:9 291:8
**ron** 82:21 83:3
85:1 164:24
**ronald** 1:9 2:9
38:4 86:5 106:16
111:19 117:19
184:5 233:5 240:5
252:6 305:22
**room** 11:8 210:15
**rough** 31:21
**round** 303:24
**routine** 93:8
161:25
**rule** 4:11 5:22 11:7
28:8 29:5

**ruled** 92:11
**rules** 8:24 77:18
77:22 99:14
**ruling** 11:10
190:18
**rumor** 269:3
324:24
**rumors** 125:19
126:5,13 130:7
**run** 117:10 323:24
**running** 203:2
300:1
**runny** 175:2
**ryan** 3:9 8:8

**s**

**s** 4:8 5:1 54:1,2
68:10
**safe** 58:18 64:12
64:12 119:9,12,13
119:15 293:8
**safer** 289:18
**safety** 289:1 290:7
292:5,7
**saint** 48:20 63:20
88:16,17 91:20,24
92:2 93:25 94:2
94:19 117:25
118:2 119:5
233:14 235:14,24
238:3 248:4
294:10,12
**sake** 174:14
**san** 54:20 128:19
**sara** 159:2,9
**sarno** 315:7
**sat** 202:3 316:17
**savings** 198:5
**saw** 10:1 30:15
36:22 37:14 39:20
51:14,16 52:21
75:11 77:9 113:25

115:15 122:15,22
123:15 129:5
135:19 138:20
146:2 156:8 190:5
190:5 192:16
205:10 260:4
303:8,10 320:9,13
**saying** 29:21 31:17
36:4 37:3,4,7 41:2
57:10 63:20 71:19
84:6 85:16 89:1,9
104:18 110:2
112:20 113:5,9
137:21 139:12,14
139:24 141:12,13
141:15 155:6
169:18 193:16
196:8,10,18,22
216:5 218:12
240:3 241:6
242:18 253:12,25
258:1 262:10
264:10,12,20
266:19 281:2,13
294:3 313:16,24
324:8,13,17
**says** 11:3,5 51:11
60:13 61:16 62:1
82:5,21 83:6
84:13 85:1,2
88:16 90:23 92:21
92:23,25 106:16
106:24 110:12
112:23 113:23
114:11 115:3
117:25 122:7,9,21
122:25 123:8,14
125:4 134:5,23
147:14 148:4,15
161:20 163:16,17
163:19 172:6,7,22

Lucy Ulikhanova - March 14, 2019

[says - sense]

172:23 173:19,22
177:14 178:16
179:25 180:3,24
180:25 181:1,12
184:3 185:13
192:1 193:7 200:5
207:14 208:10
213:5,10 214:12
214:18 216:20
217:9,25 218:5,20
219:7 220:19
221:7,23 222:19
223:21 237:18,18
241:24,25 250:2
268:19 270:21
272:2,5,6,7,8,15
284:1 298:12,23
310:16 313:18
319:19 324:3
**sayune**  193:15
**scanned**  270:21
**scared**  35:20,21,24
36:5 112:17,19,21
197:19,19 203:5
**scary**  297:15
**schedule**  77:23,25
187:22 199:16
276:2
**scheduled**  111:24
181:22 183:17
253:3
**schmidt**  1:23 2:22
7:25 330:24
**school**  16:23 19:20
24:9 48:24 50:3
58:6 77:15 88:16
89:22 90:12 91:24
93:10,25 94:15
118:21 119:5
122:13,18,21
125:3,7,8,25 126:2

126:16 127:12,13
127:14,17,18
129:23 130:1,2,3
130:18,19 131:2
131:21 132:3,6,19
133:7 149:11,15
152:7 159:5 164:1
164:7 180:4
186:17,25 187:1,4
189:9,19 193:8,14
193:20 196:2,2,8,9
196:9,17 199:16
206:7 233:14
234:18 235:14,16
235:25 236:4,10
236:14,21 237:20
237:22 240:15
241:21 242:3,14
242:25 243:3,8,8
243:14,17 244:2,6
244:13,23 245:10
245:13,19,22
246:8,10 248:12
249:11,19,21
251:20 258:24
266:4 268:8,10,12
268:21 269:6,6,7
270:13 275:20,21
275:22 282:7,14
282:17 296:2
300:4 301:4
308:24 318:21
324:12,14,18,25
**schools**  48:17
88:25 125:21
**sclerosis**  24:17
**screaming**  203:2
299:25
**screen**  212:11
**screwing**  36:2

**se**  41:17
**second**  63:25
72:25 106:23
122:17 125:2
141:25 157:20
172:6 186:8
189:12 215:6
235:6 248:20,23
**secondary**  148:6
**seconds**  195:20
**secret**  61:7
**section**  233:2
271:14,25 290:17
**see**  11:3 37:10
60:12 63:17 66:16
72:16 75:3 82:15
82:16 91:7 97:9
97:11 98:11 99:5
99:19,20 100:8,23
101:1,4,7 103:25
106:16 109:17
113:23 114:13,15
115:5 118:11
120:15 122:18
124:7 134:9
139:24 142:22
146:9,15 155:15
155:16 157:15
163:1,16,16
173:10,10,24
175:14 180:5,24
185:10 186:15
190:24 192:11,14
192:24 194:9
197:16 198:18
206:17 207:6
223:21,24 224:16
239:25 247:2,3,5,6
252:16,20 258:1
261:14 272:17,25
273:6,11,15 274:6

274:16 275:1,10
280:19 283:10
284:14 290:25
301:13 319:22
**seeing**  30:21 146:6
176:11 191:18
192:9,20 193:1
207:4 209:15
238:10 266:11,16
266:16,20 320:1
**seek**  167:4 312:15
**seeking**  171:9
174:19 263:20
269:25 270:3
**seen**  30:13 69:21
95:19 102:2 203:5
205:13 250:10
295:22
**selected**  4:11 5:22
**self**  167:19 168:4
**seller**  21:2
**senators**  286:17
286:18,20
**send**  44:22 45:14
57:17 62:9 63:14
72:11 79:7,15,16
80:20 86:20,21
105:19 152:6
326:19
**sending**  31:19
86:13 87:11,12
112:24 113:1,10
144:24 160:23
161:11 239:23
**sense**  25:19 49:23
50:4 85:15 119:1
138:24 139:18
219:2 279:4
292:20,21 310:18
310:19,23

Page 47

[sensitive - show]

| | | | |
|---|---|---|---|
| **sensitive**  7:8 12:11 296:10 | **serobian**  3:3,3 4:6 8:11,11,12 15:3,6 | 267:13,19,22 269:15 271:19 | **share**  108:5 157:24 |
| **sent**  36:24 39:5 45:1,2,5 46:1,22 48:20 61:23 62:4 63:7,9,11,18 70:18 79:9,12,15 81:19 105:15,24 106:1 111:3,7 113:12 117:18,23 121:1,8 133:7,20,20,21 137:9 144:19,23 145:4 160:21,22 161:6 181:5,6,9 184:4,6 189:6 220:7 222:17,24 224:5 228:4 232:12 240:18 275:19,25 303:9 311:7,8 319:22 326:17 327:3 | 15:9,12,17,22,23 16:6 23:19 28:3 29:2,9,14,16,20 30:3,9 34:1,15 37:15 40:2 42:20 43:6 47:4 50:5,16 50:24 51:5 64:25 73:9,15,18,23 74:6 87:16 89:14 92:5 95:21 96:2,16,19 97:14 99:25 100:11 103:2 110:21 111:12 118:15,23 121:11 131:5,23 132:11 132:23 136:18 139:11 141:14 143:5,7 152:10 159:18 164:25 165:3,7,21 166:1 167:11,18 168:2 | 274:22 277:6 279:23 282:21 284:10 286:5 289:23 293:24 301:11 314:10,22 315:24 316:13 317:25 318:14 319:5 320:5,8 321:8 324:15 326:6,22 327:4,17 328:1,11 **serve**  83:8 **served**  213:25 **services**  1:9 2:9 109:1 **session**  201:25 **set**  19:18 56:1,7 77:21 83:10,11 157:20 180:4 237:6 274:3 279:3 330:7 | **shared**  251:5 **sharp**  306:10 **she'll**  9:19,21,22 198:20 202:6 300:19 **sherwin**  86:2,3 121:5 252:7 305:22 **shingles**  294:22 **shocked**  32:9,13 **shocking**  32:16,22 137:6 **shopping**  21:5,6 205:8 304:15 323:2 **short**  13:6 67:13 71:19 211:1 248:24 287:9,11 297:14 299:3 305:4 |
| **sentence**  84:12 122:25 134:24 147:14 | 168:12,21 169:11 170:17 171:11 | **setting**  9:8 235:16 242:3 300:4 | **shorthand**  2:22 330:4,11 |
| **sentences**  323:24 | 173:5 174:5 | **settled**  25:16 | **shot**  124:4,5 |
| **separate**  19:2,5 199:17 204:13,16 275:25 315:19,22 315:25 316:4,5,25 | 176:19 177:1,7,20 177:24 178:4 185:7 189:2 194:19,21,23 | 253:25 254:24 **settlement**  306:5 **seuter**  264:8 **seven**  42:4,5 114:7 | **shots**  70:18,19 145:17 150:19 175:22 180:4 181:15,19,22 183:16 186:18 |
| **separated**  14:6,11 14:13 311:11 | 201:5 203:25 208:20 209:9,16 | 150:10 188:19 **severe**  207:15,21 | 197:1,4 212:11 277:1,8 293:14 |
| **separately**  20:4 | 211:6,21,24 212:4 | 289:15 293:12,13 | 297:14,18 298:10 |
| **separation**  14:17 197:24 | 220:11 225:1,20 226:1,23 227:6,8 | 302:4 **sexual**  76:15,22 | 298:16 299:2 300:25 315:19,20 |
| **september**  90:15 94:8 234:12 236:1 236:10 282:10 | 227:19 228:20 229:2 232:10,14 232:18,21 235:22 | 92:12 190:19 216:22 217:4 263:25 266:24 | 315:22 **show**  26:8 71:18 94:2 110:12 |
| **series**  87:7 128:1,2 212:11 | 237:1 240:11 244:11 256:23 | **shampoo**  79:20 **shape**  302:8 | 116:17 117:10 161:17 173:4 |
| **serious**  288:5,19 312:22 | 258:7,15 263:11 | | 195:23,24,25 |

**[show - sounds]**

249:19 264:17
showed   26:13 41:8
  79:12 124:8
  136:13 161:20
shower   169:20
showing   81:11
  111:10 236:19
  240:8 264:9
  313:19
shows   11:3 67:1
  144:23 218:11
  249:12 290:17
  313:22
shut   89:22
shy   149:8
sick   57:21 88:6
  118:5 134:11,13
  134:16,18 135:1
  135:17,20,20
  181:20 204:8,10
  230:18,20 231:2
  231:17,20,21,22
  231:25 296:1,20
  302:9
sickness   195:14
  204:11 234:24,24
side   10:9 65:8 68:3
  68:4,5 135:3
  156:25 215:6
  231:4,17 295:14
  301:1
siding   80:8 176:5
  176:7 218:12
  278:12,14
sign   88:25 89:9
  92:17 93:3,9
  181:12 190:11
  217:24 286:16
  302:16 326:19
  327:5

signature   60:21
  90:18 91:11 92:19
  92:24,25 94:6
  234:11 236:16,17
  236:18,19 248:3
  330:24
signed   26:16 61:17
  90:14,16 92:24
  93:7 113:1 233:13
  233:24,25 234:9
  234:10 240:14
  248:2 294:8,10
  327:13,14
silver   147:16
simi   158:19
similar   251:12
  293:18
similarly   285:6
simple   314:13
simultaneous
  142:8 258:5 263:9
  321:16
simultaneously
  19:4
sincere   178:11
single   35:7 92:14
  148:12
sins   307:19
sister   163:2
sit   107:11 150:1
  211:11 220:8,15
  238:7 265:24
  266:4 292:2
  314:25
site   287:15
sits   291:22
sitting   83:18 199:6
  306:14
situation   23:7 47:1
  112:13 125:17
  144:6 182:24,25

208:3
six   78:14 273:16
  273:17,19,20
  274:3 283:19
  297:14
skimmed   276:5
  283:4 316:16
sleep   210:8
small   31:10 172:3
smallpox   289:5,8
smart   298:11
smith   13:11,12
  16:17
smoking   24:16
snack   57:11
sneezing   231:25
snuggled   196:25
social   26:24 38:19
  39:17 45:18 46:1
  46:16,23 56:5,7
  118:21 119:21
  125:15 146:3
  178:13 214:20,23
  217:15,17 218:20
  228:7,9 238:20
  241:12 244:21
  245:2 261:4,7
  262:22 264:22
  280:17 311:1,17
  312:8,16 319:23
soft   21:23 307:19
sole   230:7 251:5,7
  251:8,8 252:7
  257:15,15,25
  259:13,17 325:20
solution   178:25
solutions   7:25
  327:22
somebody   20:1
  46:14 134:20

somewhat   289:19
son   74:23
sonya   88:1 144:20
soon   14:8 88:2
  161:22 193:18
  208:6
sooner   26:3
sorry   20:22 25:7
  54:14 74:9 82:4
  94:23 114:8 121:5
  122:19 138:5
  142:10 168:15
  171:16 175:24
  188:22 210:7
  221:8,15,17
  227:25 246:4
  254:10 274:17
  275:6 301:10
  304:18 323:12
sort   194:9 196:15
  204:20
sorts   88:10 135:21
  138:17 218:18
sosa   1:10 2:10
  18:2 23:18 38:13
  45:23 46:10,18
  56:12,18 57:1,24
  87:25 126:9
  214:25 215:1,4
  217:1,12,22
sought   69:19
  201:10 202:17
sound   27:1 141:16
  256:1,19
sounded   141:23
sounding   107:8
sounds   19:23
  21:12 22:23 23:3
  33:7 80:18 104:11
  148:20 203:24
  207:16 283:25

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanova - March 14, 2019

**[source - stipulation]**

source 272:7
space 128:3
   181:14 182:4,5
   183:24 189:25
   276:10
spaced 128:4
span 305:4
speak 29:3 43:23
   45:15 46:23 155:7
   158:12 163:5
   186:7 322:18
speaking 17:21
   142:8 258:5 263:9
   321:16
special 249:16
speciality 52:13
specific 19:1 44:4
   55:10 66:23 67:19
   73:6 90:20 93:9
   94:22 95:13 120:6
   120:15 147:21
   206:20 297:13
specifically 18:20
   23:15 35:4 57:8
   58:22 97:23
   110:17 116:14
   194:12 199:8
   200:22 237:21
   291:10
specifics 12:3
speculate 130:16
   154:10
speculating 68:22
speculation 23:19
   34:1 42:20 43:7
   73:9 87:16 92:5
   103:2 118:15
   121:11 131:6,24
   132:11,23 143:5
   152:11 165:21
   166:2 177:1 209:9

225:2 226:24
227:9 274:20
277:4 279:21
316:1,14 318:1
320:6
speech 114:3
   141:5,22,24
spell 13:4 14:3
   44:13,16
spelling 53:18
spend 160:3 206:3
   305:24
spent 75:14 88:4
   187:9 205:2 206:1
   206:11,12 209:5
   209:14 210:11
   255:19 305:22
spine 207:23
   314:25 315:4
spoke 27:23 135:7
   164:21 179:3
   229:13
spoken 10:5 30:1
   30:20 43:25 55:1
   76:16
spouse 51:1
sprained 138:11
spread 89:19
sprit 307:20
stamps 60:13
stand 25:5 107:17
standard 108:24
   234:14,16,17
standing 97:14
   100:1,2,11,14
   227:6
stands 16:7
start 8:22 12:23
   20:6 24:7 49:11
   56:6 57:5 87:24
   89:21 99:22 169:2

178:7 179:25
201:9 213:9
231:19 260:5
273:7,8 274:18,24
285:18,18 291:24
295:19 306:22
started 56:3,7 58:4
   76:7 81:13 85:7
   109:19,20 110:1
   135:18 158:6
   192:15 196:14
   199:10 260:5,25
   282:9 285:16
   290:3 298:2 302:4
starting 158:6
   248:23 271:13
   272:17,24 287:13
   297:25 312:1
starts 14:17
   106:22 211:13
   248:25 271:25
   283:17
state 8:4,6 13:1
   16:7 37:7 57:9
   119:16,24 141:6
   149:17 202:23
   247:19 287:1
   288:1 297:3 327:2
   330:5
stated 28:21 29:4
   74:12 87:22
statement 61:21
   72:5 220:16
   287:10
statements 39:16
   39:25 40:1,10,17
   41:6,21 42:9 65:3
   167:19 168:4,6
   216:1 260:7
states 1:1 2:1 7:19
   108:20 119:18

stating 29:16
station 261:12
status 14:5
stay 155:12,19
   160:10 198:2,4,10
   300:5
stayed 188:10,11
stem 194:17
stemming 195:7
stenographically
   1:22
stepfather 21:3
   25:12 302:24
   303:21 304:17,18
   304:18 322:22
stephen 1:11 2:11
   8:9 23:25 27:6,7
   35:18 40:14
   104:18 111:4
   114:10 121:20,23
   133:15 153:4
   184:5 186:12
   215:18,18 219:15
   227:3 229:6 233:5
   237:5,23 241:19
   242:1 243:16
   245:4 250:8 262:4
   262:7 265:11
   277:19,21,25
   320:24 321:2
stephen's 247:24
stepped 124:21
steroid 70:19
   293:14
steve 1:11 2:11
   110:10
stick 51:11
stipulate 327:16
stipulated 327:17
stipulation 326:4
   326:9,24

Page 50

Lucy Ulikhanov - March 14, 2019

[stir - sure]

| | | | |
|---|---|---|---|
| **stir** 176:12 | 96:12 110:2 115:6 | **sue** 124:23 222:4 | **supplemental** 4:12 |
| **stock** 302:20 | 115:22 117:24 | **sued** 219:23,25 | 5:23 32:18 33:12 |
| 303:11 | 125:16 135:21 | **suffer** 286:24 | 35:1 39:23 40:4 |
| **stop** 11:13 49:1 | 137:18,20 139:1,3 | **suffered** 207:15 | 112:18 167:24 |
| 112:24 113:2 | 140:10 141:22 | 208:11 209:3 | 227:11 |
| 141:21 175:15 | 158:5 176:4 | 306:7 | **supplements** |
| 231:20 | 196:13,14 198:1 | **suffering** 306:10 | 79:21 |
| **stopped** 129:13,13 | 201:18 203:10,17 | **sufficient** 235:15 | **supply** 313:19 |
| 147:22,23 174:21 | 205:23,24 207:23 | 236:20 268:5,14 | **support** 70:23 |
| 199:12 207:3,6 | 208:9 226:20 | 268:15,24 269:9 | 72:13 166:12 |
| 296:18 297:22 | 238:6 239:19,23 | 269:11 | 202:9 206:20,23 |
| **stories** 143:2 | 240:7 241:6 262:7 | **sugar** 57:15 | 224:24 264:20 |
| 286:12 | 264:16 302:10 | **suggest** 129:8,15 | 266:25 323:3 |
| **story** 119:4 281:25 | 304:7 306:21,23 | 279:25 291:11 | **supporting** 154:16 |
| **straight** 16:25 | 322:19 323:23 | **suggesting** 184:15 | 154:21 |
| 230:20 | **subconscious** | **suing** 193:25 | **supposed** 63:3 |
| **straightaway** | 19:20 | 218:20 220:5,16 | 78:1,4 104:1 |
| 22:13 | **subject** 28:18 | 222:7 265:3,5 | 129:23 159:2 |
| **straightforward** | 86:10 237:5 | **suite** 2:20 3:4,10 | 182:10 188:5 |
| 87:6 98:19 | 243:25 246:19 | 7:22 | 262:23 298:23 |
| **strange** 35:20 | 249:4 269:18 | **sum** 286:19 | **supposedly** 89:23 |
| 303:12 | **subjective** 283:17 | 301:23 304:1 | 312:4 |
| **street** 2:20 3:10 | **subjects** 300:9 | **summarize** 229:18 | **supreme** 288:10 |
| 7:21 | **submit** 50:2 | 237:11 290:6 | **sure** 18:14 32:19 |
| **stress** 204:3,11,19 | 193:15 262:2,13 | **summary** 231:14 | 33:1 40:24 41:11 |
| 315:3 | 262:17 286:16 | 246:19 247:12,17 | 41:20 42:1 44:21 |
| **stressed** 142:2 | **submitted** 93:25 | 247:18 286:7 | 47:3 53:24 55:7 |
| 315:9 | 97:7 104:4 124:16 | **summer** 91:22 | 63:19 66:3,15 |
| **strictly** 31:1 | 193:9,10 221:11 | **sums** 200:1 | 68:16,20,21 71:15 |
| **strike** 131:13 | 236:8 238:11 | **super** 61:6 | 72:22 76:5 92:16 |
| 146:21 246:4 | 262:7,25 310:4 | **supervised** 259:22 | 105:20 111:10 |
| 250:24 | **submitting** 238:6 | 284:22 | 115:8 123:8 |
| **strong** 178:9 303:7 | 238:9 | **supervision** | 124:15 134:25 |
| **strongly** 287:18 | **subscribed** 330:20 | 126:22 127:5,8 | 145:1 155:23 |
| **studies** 71:18 | **subset** 65:6 66:12 | 188:11 256:9 | 162:12 168:21 |
| 289:2 291:11 | **substitute** 86:5 | 270:11 | 193:12 194:11 |
| **study** 151:8 | **substitution** 85:3 | **supervisor** 87:24 | 208:9 227:16 |
| 291:13 | 85:16 | 88:2 121:21 | 260:20 267:11 |
| **studying** 19:20 | **successfully** 236:9 | 278:18 280:16 | 275:24 285:14 |
| **stuff** 58:5,16 60:5 | **sudden** 191:13 | 283:20 284:15,16 | 294:9 316:25 |
| 71:4,10 79:15,16 | | 285:7 | |

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanov - March 14, 2019

[surface - ten]

| | | | |
|---|---|---|---|
| **surface** 81:14 | 234:25 235:2 | 194:2 200:7,21 | 192:8 199:2,8 |
| **surgeons** 287:9,17 | 236:5,6 240:21,22 | 203:21 204:5,18 | 204:20 221:7 |
| **surmounted** | 252:14 253:24 | 204:19,24 209:24 | 226:5 228:5 229:4 |
| 288:14 | 260:2 275:22 | 249:18 295:12,15 | 237:3 242:13 |
| **surprised** 61:25 | 296:7 297:6 | 295:17 | 246:18 247:10 |
| **susan** 53:4 152:4 | 298:24 299:17 | **talked** 28:4 29:11 | 252:4,5 267:23 |
| **suspected** 289:9 | 302:13 303:4,5 | 81:18 102:21 | 269:8,16 270:20 |
| **suspicion** 104:6 | 306:19 310:10 | 123:17 142:19 | 271:4 272:20,22 |
| 167:9 169:24 | 311:10 314:24 | 162:23 199:18 | 273:18 274:8 |
| 296:22 | 315:1 322:9 | 213:11 295:16 | 275:3,8,12 276:12 |
| **suspicions** 170:1 | **taken** 2:19 7:16 | 303:3 316:25 | 278:4 282:22 |
| **suspicious** 81:8,10 | 8:25 9:4 18:9 | **talking** 11:13 31:1 | 283:9,18 284:6,7 |
| 169:5 170:12 | 28:18 35:3 49:13 | 50:8 129:13,13 | 284:13 286:6,12 |
| **sustained** 11:5 | 64:3 105:5,25 | 142:17 147:22 | 291:4 298:20 |
| 194:7 | 142:2 150:5 | 148:9 157:19 | 311:24 312:1,3 |
| **swear** 8:14 | 170:25 174:2,15 | 169:2 174:21 | 315:2 320:22,24 |
| **switched** 116:9 | 198:15 204:14 | 175:8 183:1 184:8 | 321:6 323:19,25 |
| 192:18 | 208:21 211:17 | 186:3,8 194:13 | 325:12 |
| **sworn** 8:17 | 230:4 231:21 | 195:20 199:6 | **telling** 62:16 73:24 |
| **symptoms** 207:20 | 240:25 250:21 | 207:22 208:3,9 | 87:13 89:18 96:12 |
| **system** 71:8 | 252:8,9 253:1,8,21 | 243:25 245:14 | 97:22 102:6 118:1 |
| 158:14 245:22 | 253:22 254:7 | 297:23 299:21 | 118:11 136:22 |
| 253:2 290:9,10,13 | 267:15 279:10,14 | 316:7 | 143:1 145:15 |
| 291:25 | 279:18 296:7 | **talks** 120:11 | 184:25 192:21 |
| **t** | 297:5 302:6 | **tara** 54:3 160:18 | 193:18 210:12 |
| **t** 4:8 5:1 14:4 | 305:14 314:18 | **tarzana** 25:4 | 216:3 239:20 |
| **tag** 202:23 205:20 | 330:6 | **taught** 49:23 | 250:16 260:25 |
| 300:16,17 | **takes** 123:24 | **teach** 298:11 | 264:25 266:5 |
| **take** 7:13 10:3 | **talk** 19:14 24:6 | **teacher** 301:6 | 286:19,22 310:11 |
| 20:3 63:22 71:17 | 27:5,6 30:18 38:6 | **team** 40:25 | 310:24 312:14 |
| 80:24 86:15 94:15 | 46:24 48:17 49:7 | **tee** 22:21 | **temperature** |
| 96:11,25 98:21 | 50:7 51:14 55:18 | **teeth** 205:12 | 284:4 |
| 119:24 124:17,17 | 70:16 72:19 74:14 | 293:13 322:1 | **temporarily** |
| 124:22 138:21 | 81:19 115:12 | **telephone** 62:18 | 253:14 |
| 149:25 162:16 | 118:9,12 123:15 | **tell** 18:22 32:5 | **temporary** 172:24 |
| 164:6 193:25 | 125:2 129:10 | 50:22 57:8 58:9 | 173:11,12,17 |
| 194:9 195:22,25 | 147:20 150:13 | 58:16 59:5 64:9 | 174:10 185:11,12 |
| 196:3,19 198:23 | 156:24,25 160:12 | 64:11 97:3 103:9 | 185:17 237:15 |
| 205:14 211:10,12 | 166:21 168:13 | 118:21 136:7 | 280:10 |
| 215:3 221:21 | 176:17 179:12,21 | 150:20 159:2 | **ten** 75:15 |
| 222:2 229:3,23 | 190:4 193:21,22 | 160:16 163:4 | |

Page 52

[tense - think]

tense   123:23
147:24
tension   80:17
102:22 104:5
167:9
term   192:4,6
195:13,15 213:11
terminate   256:25
257:7
terminated   257:12
291:1
termination
259:10
terms   74:12
terrible   10:19
36:15
terrified   197:8
200:2 203:4
test   66:18 260:12
tested   66:16 137:7
260:8,11,17
285:10,20,25
290:25
testified   8:17
40:16 41:20
186:24 291:19
308:21 319:11,21
320:14
testify   12:20 36:11
testifying   265:24
330:9
testimonies   293:21
testimony   9:10
12:2 28:18 36:19
76:15 89:15 92:6
96:3 100:17
121:12 139:11
141:14 185:14
197:6 217:11
238:7,8 274:21
277:4 279:24

286:17 299:22
305:9,10 308:8
321:9 324:15
327:19 329:4
testing   226:21
301:5,10,12
tests   260:9 285:17
285:19,25
text   5:25 38:23
39:5 62:13 79:10
79:17 81:6 109:21
114:3 141:5,22,24
146:15 183:1
212:17,21,24
213:1 311:8,9
312:14 313:16,17
313:19,25
texted   81:4
texting   103:18
228:8 261:10
texts   44:4 79:13
79:13
thank   8:13 31:6
85:2 178:5 231:10
289:20 315:14
319:19 327:23
thea   35:11
therapist   24:21
40:22 201:19
206:14,15,17
207:3
therapy   201:18
206:12 208:12,17
209:4,6
thereof   330:13
thimerosal   292:16
292:17
thing   9:9 22:13
31:12 41:7,25
43:1,21 67:23,24
76:25 80:25 81:3

88:1 92:14 99:2
99:12 104:14,24
109:9,10 112:21
117:21 133:5
134:2,24 140:13
145:13 155:3,4,21
162:20 163:1
176:3 179:2 186:2
186:6 190:25
199:24 204:22
206:14 207:3
210:5 222:15
231:1 252:15
276:1 298:23
303:11 309:12
311:14 313:14
325:3
things   22:4,19,22
24:16,19 31:10
32:13,16,22 33:8
33:11,12 35:17
36:7,8,12 39:23
41:2,13,14 45:12
49:17,24 55:7
57:15 58:17 65:9
75:19 79:5,6,21
81:16 91:2 103:19
104:3 105:17
106:3 116:21
125:1 138:11,18
140:2 144:4
154:14 155:5
156:18 163:4
166:6 170:12,14
176:12 179:11
180:22 192:21
195:16,23,25
198:25 200:8
205:7 208:13
218:18 220:5,9,17
222:9 240:1 260:6

261:16 262:2
266:25 267:4
280:3 287:4 290:3
290:14,16 292:2
292:15 296:11,13
296:15 297:21
298:11 300:10
305:6,15 306:15
306:20 309:11
310:16 311:19
314:2,7 325:13
think   11:1,2,2
15:10 16:11 18:11
18:21 20:17,20
22:6 25:17 26:23
37:17 40:3,24
43:14 44:21,24
45:2,4,11,20 53:5
55:13 61:20 65:17
67:11 68:18 69:11
71:5 76:5,9 77:8
79:2 85:25 86:6
92:18 95:2 102:16
102:18,21 103:17
121:8,24 122:15
122:23 123:18
125:14 126:21
128:5 130:6
131:19 136:4,6
149:12,16 153:22
154:21,25 156:20
156:22 157:4,11
158:2,18,22
160:10 163:24
164:12 166:12
167:4 170:6
178:23 181:18,19
189:22 193:12,13
200:1 202:6
203:16 210:14,18
210:19 211:4

Page 53

Lucy Ulikhanov - March 14, 2019

**[think - told]**

215:8,10 216:4
223:10 227:23
232:5,8,15 260:20
260:21,24,25
261:23 264:7
273:9 278:21
279:17 285:21
300:19 308:10
309:25 312:21
314:10 315:14
318:23,24 320:2
322:3 323:21
328:5
**thinking**   20:15
115:7
**thinks**   298:19
**third**   106:21 173:5
250:11
**thought**   35:25
49:2 84:14 85:14
96:9 152:21 179:4
182:2 214:17
218:23,24 252:19
252:21 302:2
314:6 316:9
**thoughts**   38:1,2
56:20 125:7
**thousand**   31:11
**thousands**   293:20
**threatened**   218:17
310:13 312:12
**threatening**   261:3
312:22
**threats**   311:16
312:6,7 313:6
**three**   38:9 69:18
78:1,3,5 82:24
89:22 100:6 121:3
121:4,6 133:24
149:8 173:9
182:10 188:3,25

189:3 230:20
235:1,2 238:20
249:15 255:20
272:19 273:16
274:7,17 275:2,4
275:11 276:23
283:25 293:15
304:15
**thumb**   213:7
**thursday**   1:20 7:2
180:4,5
**thursdays**   187:23
**ticks**   135:21 195:4
196:1,6,11,11
198:16 199:7,9
202:17 296:9,10
**tigerino**   1:9 2:9
56:13,16 217:21
**till**   52:18 197:18
198:3 220:19
**time**   7:6 8:7 10:8,9
11:17 14:14 15:24
17:21,22 21:7
22:15 25:13 27:7
28:3,4,10 29:10,20
29:21,22 30:4,9,10
30:15 31:8,13,16
38:4,7,25 39:19
41:19 46:6 47:4
47:10,19 50:5
53:18 55:8,19
58:15 62:24 71:14
71:24 73:11 83:4
84:11 85:24 87:5
88:24 92:10 97:24
104:9 107:6 108:3
108:4 109:19
110:16 116:7
119:25 120:3
124:1 125:1,11,14
125:18 126:6,9

127:4 129:5,19
130:13 134:8,13
134:14,15,18
135:2,19 141:7
143:15 147:21,23
148:12 149:9,10
149:23 150:9
151:5,23 154:7,8
159:19 160:3
161:3 174:22
183:7 184:20
185:6 187:8,11
188:13 189:24
191:4 192:12,21
193:19 195:12,25
197:12 198:22
203:19 204:17
205:10 208:21
210:11 211:3
214:3 215:22,23
220:7 230:25
231:3 235:21
236:1 240:5 242:6
245:3 246:12,13
251:17,23 253:4
255:6 258:19
260:17 269:5
270:1,9 272:4
274:10 277:15,22
285:1 290:1 294:8
294:10 297:14,14
301:19 303:2,9
304:1 305:5
306:12 308:6
310:8,10,21
314:25 316:23
319:7 320:15
322:4 325:8
327:10,22 330:7
**timely**   230:13
231:9

**times**   10:25 27:22
28:2 30:1,24
38:18 41:13 54:23
57:6 77:14 86:19
112:24 136:8
147:17 150:14
217:7 273:2 276:4
280:5 284:20
299:3 314:24
316:4,5
**tired**   210:8
**tissue**   65:14 158:3
184:17 290:22,23
290:24 291:16
294:19,20 295:5
**tissues**   64:16
291:2,5,21
**title**   233:7,22
236:17 270:20,23
271:14,24 272:6
**titled**   88:13 94:4
235:10 283:13
**tmj**   69:15 293:12
**today**   7:7 10:14
12:4,17,23 47:15
48:15 61:6 83:18
107:12 128:23
136:19 195:17
217:2,12 220:8,15
221:16 238:7
265:24 266:4
289:25 294:1
314:23
**today's**   327:19
**told**   14:15 18:14
22:14 34:22 35:4
36:25 38:4 46:2
56:22 57:13,16
58:7,10,17,23 59:1
59:6,16 66:9
71:21,25 84:21,22

Page 54

[told - type]

| | | | |
|---|---|---|---|
| 88:1 91:1 96:6,8,8 | **toxic** 184:11 | **tried** 117:10 | 270:14 280:7 |
| 97:20 98:1 102:7 | **toxins** 88:10 | 155:13 189:9 | 296:4 302:11 |
| 104:15 119:22 | **trader** 205:9 | 203:2 261:7 | **tuesday** 193:7 |
| 120:8 123:6 125:9 | **trainer** 24:22 | 264:11 292:22 | **turn** 7:10 60:12,14 |
| 128:17 136:8,9 | **transcribed** | 293:18 298:8 | 60:20 113:22 |
| 137:22 140:8 | 330:11 | 300:7,10 313:16 | 215:5 223:20 |
| 141:21 143:9,10 | **transcript** 9:23 | **trip** 322:16,20 | 270:25 |
| 143:11,22,25 | 10:7,8 159:8 | **trouble** 206:18 | **turning** 299:2 |
| 144:1 145:7,11,13 | 326:5,18,24 327:3 | 314:7 | **turns** 290:12,12 |
| 146:1,1,13,18,19 | 327:7,9 329:4 | **true** 41:3 75:20,22 | **tutoring** 300:7,8,9 |
| 154:24 156:13 | 330:15 | 80:11 108:11 | 300:10,14,20 |
| 176:15 179:3,8,11 | **transcription** | 112:20 123:25 | **tv** 11:2 |
| 180:22 183:20 | 124:15 330:13 | 168:8 220:1,16,21 | **twice** 299:6,7,9 |
| 184:22 185:22 | **trauma** 18:6,19,19 | 253:6,19 312:5,5 | **twisted** 35:9 |
| 191:12 215:25 | 19:1,4,10 22:7 | 324:1,4,5,8,10,12 | **twists** 315:9 |
| 217:7,20,21 236:6 | 24:16 107:7 | 324:13,16 325:13 | **two** 22:22 37:5 |
| 243:22 252:6 | 190:25 206:20 | 325:17,19,19,19 | 40:21 75:2,6,14 |
| 263:3 278:11 | **traumas** 198:12 | 325:21,23,24 | 78:3 80:18 82:24 |
| 299:12,14 302:3,5 | **traumatic** 31:8 | 326:1 329:5 | 86:4 90:10 91:20 |
| 302:14,15 311:20 | **traumatized** | **truly** 108:13,14 | 94:8 104:1,21 |
| 311:21 312:3,18 | 299:10,11 | **trump** 20:15 | 117:4 121:6 |
| **ton** 38:22 | **traveling** 322:13 | **trust** 158:13 311:8 | 122:13 125:5 |
| **tons** 38:23 290:2 | **treat** 138:2,5 | **trusted** 58:13 | 128:5 147:25 |
| 290:14 292:14 | 140:10 | **truth** 261:1 264:25 | 149:8,8 162:13,19 |
| **tools** 24:18 | **treated** 58:12 | 281:6 | 164:12 173:8 |
| **tooth** 205:11 | 137:14,24 140:11 | **truthful** 9:14 | 181:24 191:25 |
| **top** 32:21 108:1 | 140:18 231:6 | 10:13 12:8 | 197:7 203:1,2 |
| 112:9 142:1 | **treating** 59:21 | **try** 29:3 51:12 | 214:22 220:2 |
| 157:12 213:9,12 | 138:11 140:3,6 | 89:25 99:11 | 221:22 249:15 |
| 216:20 233:2 | 142:12 313:4 | 147:16 175:15 | 252:11 259:19 |
| **topic** 249:16 | **treatment** 24:22 | 178:24 191:7 | 272:19 273:16 |
| **total** 208:16 | 69:19,22 93:9 | 216:18 218:8 | 274:2,3,5,7,13,17 |
| 209:12,13 305:24 | 139:6 200:25 | 299:17 306:5 | 275:2,11 276:21 |
| 327:20 | 201:1,6,10 202:18 | **trying** 83:12 98:5 | 276:21 283:8,24 |
| **totally** 63:17 137:6 | 203:14 | 98:8,12,13 99:8,16 | 287:4 291:1 |
| **touch** 32:2 39:8 | **tremendous** 26:1 | 99:18 119:11,20 | 299:21,23 313:1 |
| 68:23 300:5 | **tremendously** | 167:3,25 180:13 | 316:25 318:5 |
| **touched** 249:5 | 22:19 315:5 | 184:12 190:14 | **type** 22:1 138:10 |
| **towel** 315:8 | **trial** 10:8,9 11:11 | 193:13 219:18 | 185:7 235:3 |
| **towers** 20:16 | 109:24 327:12 | 225:10 240:20 | 236:12 251:4 |
| | | 252:3,5 264:24 | 257:6,9,10 272:5 |

Page 55

Lucy Ulikhanova - March 14, 2019

[type - vaccinated]

301:15 306:12
312:16 318:20
**typed** 146:5
**typos** 141:18

**u**

**u** 13:5,5 44:17
53:20 54:1
**u.s.** 149:11 288:10
289:13
**uh** 41:5 44:11
58:19 61:19 68:8
69:14 86:12 97:2
112:11 115:21
122:2 130:25
145:9 151:14,16
157:22 161:5
181:21 182:15
187:21 213:8
216:16,24 229:9
229:15 231:23
234:13 235:19
236:2,8 241:22
248:16 250:22
256:13 257:6
265:5 266:18
267:4,9 268:12
270:25 271:9,16
272:2,14,22
273:18 275:5,10
275:14,21 278:7
279:17 283:2,6,12
283:15 285:23
291:7 311:12
328:11
**ulikhanova** 1:4,18
2:4,18 4:3 7:16,17
8:16 13:3 82:18
83:7 84:13 133:16
162:11,15 172:25
180:25 184:3
187:19 192:2

237:6,9 327:5,20
329:12
**unable** 197:5
302:10,10
**unavailable**
327:10
**unbind** 328:4
**uncalled** 80:9
**uncle** 67:6 68:17
101:2
**uncomfortable**
166:5
**uncorrected**
327:14
**undermined** 134:7
230:23
**underscore** 60:13
**undersigned** 330:4
**understand** 9:6,15
9:22,25 10:14,15
10:17 37:24 39:17
92:23 107:6
109:25 111:21
118:25 119:23
130:23 131:4
155:6 167:13
182:12 195:2
198:2 220:13
221:8 244:20
276:3 294:4
**understanding**
84:2 88:14,19
89:11 91:9,15
94:12 111:18
126:3 127:24
130:17 151:9,21
165:18 219:21
245:12,17 250:19
280:21
**understood** 37:17

**undo** 205:22
214:10
**unfair** 31:9
**unfocused** 296:9
**unfold** 146:6
**unit** 7:15
**united** 1:1 2:1 7:18
**units** 327:20
**university** 149:14
**unlicensed** 40:22
201:19
**unmonitored**
160:8 255:12,14
259:21 260:22
**unsafe** 66:24
67:20 163:7
**unsigned** 327:15
**unstable** 264:24
**unsuccessful**
189:10
**untrue** 97:24,25
**unvaccinate**
222:16 265:18
**unvaccinated**
106:24 131:22
**update** 283:11
**upset** 18:13 35:3
39:13 107:22
143:24,25 156:17
175:20 176:6,6
180:21 200:2
204:24 210:12
215:24 247:21,22
248:1,8,9,11,13
276:6,8 278:11
309:7,8 321:7,10
321:24
**upsetting** 182:16
**urgent** 203:7
**use** 20:16 42:3
66:4 79:8,9

133:11 138:24,25
141:18 178:24
184:22 233:12
263:1 276:13,17
305:19 312:12
313:11,16
**uses** 141:24
**ussr** 60:2 149:13
149:14
**usually** 161:12

**v**

**v** 13:5 14:4
**vacation** 296:19
322:8,11
**vaccinate** 58:7
83:16,17,22,24
84:4 89:1,7 91:18
93:6,19 132:20
134:8 158:24
163:11 175:13
182:19 186:16
230:24 233:23
234:3 235:7
236:17 238:2
240:9 248:2,5
266:1 308:22
**vaccinated** 33:15
33:20 37:1 57:18
57:19,22 87:25
88:3 89:10,20
90:3,10 101:25
104:16 116:15,20
119:18 121:10
122:12 125:6
129:23 130:4,20
131:2 133:7 134:1
134:17 135:6
136:4,5 137:19
149:9 150:15
151:10,15,24
154:11 165:19

Lucy Ulikhanova - March 14, 2019

[vaccinated - visit]

| | | | |
|---|---|---|---|
| 174:9 177:13,15 | 175:2 178:9 | **vaccines** 36:20 | **veer** 60:5 |
| 177:15 178:16 | 183:18 185:21 | 39:23 42:19 45:20 | **verbally** 43:25 |
| 183:25 205:16 | 193:17 199:24 | 61:21 62:11 64:14 | 120:10 143:22 |
| 208:4 224:15 | 203:23 210:2 | 64:14,20 65:15,15 | 147:3 249:23 |
| 225:17 227:5 | 215:7 225:9,11 | 66:20 71:6,11,13 | 250:7 |
| 229:8,14,21 230:5 | 231:5,18 237:15 | 71:15,16 116:6 | **verbatim** 330:9 |
| 237:19 286:24 | 239:20 240:4,6 | 117:23 118:7 | **verbiage** 41:24 |
| 293:12 306:17 | 247:25 265:11 | 119:8,8,16 120:2 | 175:25 |
| 316:22,23 | 288:20 317:1,19 | 137:16 143:14 | **veritext** 7:25 |
| **vaccinates** 182:17 | 319:14,23 320:15 | 163:7,13,14,20 | 327:21 |
| **vaccinating** 33:3 | 323:20 324:25 | 175:21 187:12 | **version** 108:17,21 |
| 56:24 176:14 | **vaccinations** 62:21 | 191:2 192:10 | **versus** 21:23 83:16 |
| **vaccination** 18:17 | 63:1,12 64:9,10 | 199:9,14 204:15 | **veterinarians** |
| 18:20,22 22:8 | 65:8,9 88:24 | 213:22 221:11 | 289:11 |
| 32:22,24 33:8,24 | 89:18 127:22,25 | 231:8 247:14 | **vicki** 1:10 2:10 |
| 34:13 36:10,24 | 129:12 134:12 | 272:21,23 275:15 | 18:2 46:19 56:12 |
| 37:6 38:1,3 40:1 | 135:19 143:21 | 283:11 286:15 | 87:24 217:1,20 |
| 42:17 43:4 48:6,8 | 150:14 152:3,9,23 | 287:20 288:9 | **video** 1:18 2:18 |
| 48:11 50:14 56:15 | 153:5,13,17,18 | 290:10,18 291:6 | 7:13,15 101:25 |
| 56:21 57:2,6 63:3 | 164:4,10,13 | 294:19 295:24,25 | 102:5,7 107:3,4,9 |
| 63:10,16 66:25 | 176:25 184:15 | 315:19 316:8 | 117:24 |
| 67:2 69:8 71:18 | 186:2 194:17 | **vague** 29:18,20,21 | **videographer** 3:16 |
| 73:8 74:5 81:18 | 204:9 231:19 | 29:22 30:3,10 | 7:5,24 8:13 64:1,5 |
| 86:18,25 88:20 | 268:2 286:22 | 37:16 40:2,13 | 73:1,4 105:3,7 |
| 89:3,12,19 90:11 | 316:4 318:4,9 | 47:2,5 95:21,22 | 110:22,24 150:3,7 |
| 95:1 98:20 101:21 | **vaccine** 19:5 58:13 | 100:19 159:5,6,18 | 150:11 168:22,25 |
| 102:13 104:10 | 59:22 71:23 72:15 | 167:11,12 169:11 | 211:16,19 267:12 |
| 111:24 115:1 | 93:16 115:17 | 169:12 170:17 | 267:14,17 314:16 |
| 116:24 117:8 | 117:21 118:4 | 174:5 185:7 188:7 | 314:20 326:14,16 |
| 118:9 119:7,12 | 131:8 137:17,23 | 194:19,23 201:5 | 327:18 |
| 123:16,19 125:20 | 140:11 141:1,3 | 203:25 208:20 | **videos** 45:14 196:5 |
| 127:20 130:23 | 146:19,20 163:18 | 234:15 235:20 | 286:13 |
| 135:3,16,23 136:2 | 202:16 214:9 | 301:10 315:24,25 | **view** 157:25 |
| 142:12 143:3,9,17 | 219:12,23,25 | **valid** 134:7 230:24 | **views** 108:6 115:4 |
| 145:10,12 146:17 | 233:8,13 269:1 | **validate** 309:16 | **violated** 77:18 |
| 146:25 151:13 | 270:5 276:1 | **valley** 158:19 | 129:25 |
| 153:21,22 154:16 | 286:14 288:11 | **valuable** 108:20 | **violating** 174:17 |
| 154:22 155:18 | 289:2,5,8,12,17 | **vardanyan** 88:1 | **virus** 291:1 |
| 157:2,4,5,12 158:2 | 296:21 298:10 | 144:20 | **viruses** 105:18 |
| 159:1 160:22 | 319:25 322:1 | **various** 78:9 264:9 | **visit** 52:20 55:4 |
| 166:22,24 173:25 | | 264:19 | 78:20 115:19 |

Hahn & Bowersock, A Veritext Company
800.660.3187

Lucy Ulikhanov - March 14, 2019

[visit - weekends]

| | | | |
|---|---|---|---|
| 143:16 170:3 | **waivers** 240:13 | 237:11 239:20 | **way** 10:24 19:10 |
| 180:5 181:24 | **wake** 306:18 | 242:18 244:22,24 | 33:7 36:9 45:12 |
| 182:9,18 188:14 | **walk** 58:3 315:1 | 246:21 247:16 | 48:4,10,13 52:7 |
| 188:15 206:6 | **want** 11:21 12:12 | 249:14 255:24 | 79:23 89:25 95:24 |
| 207:8 281:10 | 16:2,11,13,14 36:5 | 281:22 295:4 | 98:6 99:4 102:15 |
| 283:10 312:11 | 37:1 56:4 57:19 | 310:6 314:23 | 106:11 108:12 |
| 322:12 | 57:21 58:21,22 | 323:25 324:7,18 | 114:2 121:7 |
| **visitation** 77:20,21 | 59:17 60:10,25 | 324:20 326:21 | 123:21 124:9 |
| 77:23 187:22 | 63:5 70:15 73:17 | 327:24 | 134:4 138:6 166:8 |
| 188:1,4 216:23 | 73:20 75:18 77:19 | **wanted** 20:11 | 169:23 178:24 |
| 217:11 259:18 | 79:25 80:10 81:17 | 25:19,22 26:7 | 191:6 193:5 |
| 297:21 | 81:19 82:4 86:7 | 84:7 127:18 | 195:24 196:15 |
| **visitations** 80:20 | 87:25 89:1,9 90:1 | 129:14 130:2 | 197:18 206:8 |
| **visited** 44:25 | 93:6,18 94:3 | 132:2,19 133:8 | 212:2 215:11 |
| 134:14,15 | 98:14 99:24 | 139:2 143:11,22 | 217:24 222:2 |
| **visits** 30:13 77:12 | 101:24 107:14 | 145:15 153:20 | 224:5 239:12 |
| 78:7,24 104:1 | 110:9 112:18 | 155:11 156:22 | 250:24,24 262:9 |
| 136:25 150:18,22 | 115:25 117:12 | 169:19 175:5 | 281:19 283:22 |
| 160:6 169:17 | 122:13 125:2,10 | 177:12 189:1 | 290:19 292:15 |
| 179:8 180:10 | 126:8 129:12 | 197:2 206:8 | 296:17 303:18 |
| 182:7,10 218:13 | 130:16,18 133:11 | 213:19,23 217:8 | 312:2 315:13 |
| 255:9,10,15 | 136:5,9 142:5 | 221:2,6 229:20 | **ways** 128:3 |
| 277:12,19 283:6 | 144:1 145:17,25 | 239:25 263:1 | **we've** 49:18 55:1 |
| 285:1,2 307:12 | 146:13 147:20 | 264:16 270:5 | 102:2 308:16 |
| **visualize** 315:7 | 149:25 153:22 | 297:20 310:7 | **weaponization** |
| **vitamin** 306:8 | 154:9,19 155:12 | 314:1 318:21 | 289:7 |
| **voiced** 157:3 | 157:17 159:7 | 323:3 324:21 | **weapons** 261:4 |
| **vs** 1:6 2:6 7:18 | 160:12 162:3,7,12 | 325:4 | 312:12,13,22 |
| | 163:11 165:20 | **wanting** 154:11 | **wears** 102:17 |
| **w** | 166:15,16,21 | 292:8 311:10 | **webster's** 119:14 |
| **wait** 27:13 66:14 | 167:21 172:21 | 317:11 | **wednesdays** |
| 85:25 114:13 | 175:3,20,21,23 | **wants** 222:8 243:2 | 187:23 |
| 127:15 159:16 | 176:11,12 177:5 | 244:2 298:12 | **week** 78:1,5 |
| 161:8 166:18 | 177:16 179:25 | 314:11 | 136:17 182:11 |
| 211:8,25 227:25 | 181:8,15 183:25 | **warning** 261:1 | 188:3 259:19 |
| 275:6 293:6 | 187:13 194:4,6 | **warrant** 18:1,3 | 283:25 322:18,21 |
| **waited** 231:10 | 198:24 200:7 | 216:14,15 217:4 | **weekend** 160:10 |
| **waived** 272:6,7,15 | 207:10 209:24 | 217:13 | 188:14 |
| **waiver** 88:20,23 | 211:10 213:9 | **watch** 49:9 310:6 | **weekends** 188:10 |
| 233:8,13 238:3,14 | 222:4 230:6 | **watching** 207:9 | 188:11 |
| 238:21 266:2,2 | 231:15 232:7 | | |

Page 58

Lucy Ulikhanyan - March 14, 2019

[weeks - wrong]

| | | | |
|---|---|---|---|
| **weeks** 89:22 99:3 283:24 | **wise** 205:2 | 165:2 167:12,21 | **worked** 17:14 21:3 |
| **weight** 206:1,3 302:9 | **wiser** 305:3,5 | 168:15 169:12 | 130:9 191:3 |
| **weird** 103:18 162:15 190:21 | **wish** 113:21 200:5 244:12 245:5 278:17 305:3,5 | 171:13 177:9 | 303:20 322:23 |
| **went** 13:12 16:25 17:10 19:19 22:11 25:3,13 81:7 89:16 127:16 139:19 149:14,15 161:17,20 188:8,8 205:3 214:19 252:12 261:11 266:23 286:15 290:2,3 299:7 302:3 303:21 308:19 310:13 311:23,25 | **wished** 84:4 259:7 | 188:22 189:3 | **worker** 38:19 46:1 46:23 56:5 118:21 119:21 217:17 244:21 262:22 280:17 311:17 |
| | **wishes** 31:20 83:17 84:4 131:1 132:20 182:18 204:7 241:21 248:6,12 254:7,13 304:25 | 194:20,22 201:7 208:22 209:18 211:6 220:12 224:1 225:3,21 226:2 227:7,10 232:12 233:25 239:6 274:21 277:5 279:22 284:9 316:14,15 318:16 319:7 320:7,9 321:10 324:16 326:8 327:4 330:20 | **workers** 26:24 39:18 45:18 46:17 56:8 146:4 178:14 214:20,23 217:15 218:20 228:7,9 238:20 241:12 245:2 261:4,7 264:22 311:1 312:8,16 319:24 |
| | **withdraw** 17:2 20:12 33:18 37:23 40:15 84:1 87:2 101:16 127:23 151:22 159:21 174:8,24 186:6 321:19 | **witnesses** 210:13 330:8 | **working** 24:11 25:12 304:19 306:4 |
| **west** 3:16 7:23 | **withdrawn** 289:12 | **woman** 307:16 | **works** 70:10 158:15 |
| **western** 138:25 139:9 148:6,7,10 | **withheld** 216:13 | **wonderful** 57:20 109:18 212:4 269:12 | **world** 157:25 205:21 |
| **whatnot** 44:5 88:11 93:17 142:25 | **withhold** 15:16,20 | **wondering** 91:21 | **worried** 77:10 |
| | **witness** 4:2 8:14 15:4,10 16:10 23:22 30:5,11 34:3,17 40:3 42:25 47:5 50:20 51:8 61:3 65:1 73:10,17 74:8 87:18 89:16 92:7 92:25 95:22 96:5 96:18,20 97:18 103:4 110:19 111:14 118:17,25 121:13,19 131:7 131:17,25 132:1 132:12,24 133:1 136:20 139:12 141:15 142:10 143:6,8 147:10 149:25 152:12 | **word** 20:20 24:11 128:15 146:22 281:4,5 292:17 312:12 | **worry** 135:15 |
| **whatsoever** 116:18 | | **worded** 214:16 220:23 | **worse** 284:5 |
| **whereof** 330:20 | | **wording** 40:19 254:10 | **worth** 25:22 109:17 |
| **whispering** 7:9 | | **words** 35:8 51:3,5 56:1 73:18 | **wow** 142:4 192:22 205:10,12 |
| **whittle** 306:5 | | **work** 17:20 19:12 19:23,25 20:1 24:7 52:4 108:12 119:8 190:12 195:23 197:13,17 205:18 302:10 304:2 305:12,13 | **write** 49:24 96:6 98:2 196:3 |
| **whoa** 192:16 303:12 | | | **writes** 40:13 |
| **whooping** 89:19 89:19,21 118:4,5,6 119:5 | | | **writing** 122:8 123:9 196:18 |
| **wife** 25:14,14 165:16 | | | **written** 83:9 149:2 |
| **willing** 183:11 303:4 | | | **wrong** 36:8 72:8 95:2 222:2 255:24 308:11 |
| **wisdom** 178:11 293:13 321:25 | | | |

Page 59

Lucy Ulikhanov - March 14, 2019

**[wrote - zuckerberg]**

| | | |
|---|---|---|
| **wrote** 33:12 35:6,7 40:4 112:20 114:11,12 115:6 180:2 192:2 247:19 264:13,14 | 221:17 222:3,3 223:4,24 227:7,25 228:10 240:21 243:7 247:5,6 250:3 253:1 255:10 256:6,18 258:3,3 263:3 266:8 267:11 270:22 278:24 291:20 298:7,14 301:14 309:17,20 311:5 319:25 323:14 328:5,10 | **zandvliet** 54:3 128:21 160:18 **zimmerman** 66:9 **zuckerberg** 54:13 |

| **x** |
|---|
| **x** 4:1,8 5:1 330:15 |

| **y** |
|---|

**y** 13:5 53:20 67:15
**yahoo.com** 3:6 14:1 184:4
**yahoo.com.** 14:4
**yeah** 10:3 15:12 23:13 39:9 44:25 46:18 49:6 50:24 51:10 58:2,24 60:17,25 61:15 62:5 67:13 68:18 70:25 71:4 77:11 78:9 83:24 90:18 91:13 92:3 94:10 94:14 99:11 103:22 106:10 109:8,11,14,16 110:4 111:14 113:18 117:22 120:23 128:6 130:21 135:12,17 137:2,17,22 139:21 142:1,5,18 147:18 148:5 150:1 152:12 158:4,9 160:11 162:1,21 163:9,24 164:11 181:13 183:13 189:11 195:16 198:14 199:3,25 204:13 213:13 216:10 219:9 220:7 221:6

**year** 19:20 20:8 24:10 25:9 218:14 222:20 245:23,24 255:19,19 256:17 256:18 268:22 269:2 282:11 283:19 304:3,3,4
**yearly** 269:4
**years** 20:7 31:11 48:21 52:16 57:21 70:21 71:17 72:23 75:15 91:20 149:8 149:9 195:23 198:3,25 205:8 268:18,20 272:12 272:13 305:2 322:4
**yeast** 191:4 296:3
**yelling** 80:1
**yep** 232:17
**yesterday** 202:9 229:13
**young** 71:6
**younger** 71:10

| **z** |
|---|
| **z** 68:11 128:23,24 128:25,25 164:23 189:20,23 193:3,4 |

Page 60

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.