# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 39

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

P 18

EXHIBIT H 7



EXHIBIT 17
L. Ulikhanova
3/14/2019
Elizabeth Schmidt
CSR#13598

From: Lucy Ulikhanova agentnova@yahoo.com
Subject: H.Res.179
Date: Mar 7, 2019 at 9:03:31 AM
To: Gus_youmans@isakson.senate.gov,
William_Dent@isakson.senate.gov,
john_eunice@perdue.senate.gov, Olga_Zoraqi@rosen.senate.gov,
Britt_Weinstock@help.senate.gov, Jake_Lynch@collins.senate.gov,
Lina_Kilani@alexander.senate.gov,
Trent.McFadyen@romney.senate.gov,
Reily_Inman@braun.senate.gov, Nick_Bath@help.senate.gov,
Natalie_Burkhalter@paul.senate.gov,
Rachel_Soclof@help.senate.gov, Katie_Wright@kaine.senate.gov,
Katie_Campbell@jones.senate.gov,
Amanda_Lincoln@help.senate.gov,
Ethan_Strickland@scott.senate.gov,
Elizabeth_Darnall@murphy.senate.gov,
Beth_Pearson@warren.senate.gov,
McKenzie_Bennett@hassan.senate.gov,
Mary_Moody@cassidy.senate.gov,
Ben_Gilman@murkowski.senate.gov,
Kathleen_Laird@baldwin.senate.gov,
Kripa_Sreepada@smith.senate.gov, Andrew_Vogt@help.senate.gov
Cc: Liana Serobian l.serobian@yahoo.com

Dear Senators, I DO NOT consent to mandatory vaccinations.
This bill:
(H.Res.179 - Recognizing the importance of vaccinations and immunizations in
the United States.
116th Congress (2019-2020) is unconstitutional and is taking our rights away
as people. We should always retain our right to medical freedom.
I have autoimmune diseases ( Asthma and eczema as well as suffer from
locked jaw) since after being vaccinated as a child. In my close immediate
family history there are relatives which the same or different type of
autoimmune diseases manifested after vaccination. I believe our family may
carry the MTHFR gene, it's real, it exists & Its a genetic mutation which makes

its carriers easily prone to the side effect reactions to vaccines, more than 50% of the population are a carrier for either A1298C or C677T...Furthermore it clearly states in the vaccines inserts not to have vaccines if you do have some condition like eczema, autoimmune disease etc. But we developed our autoimmune diseases sometime after vaccination.

My child has since been exempt from having anymore vaccines as the benefits do not outweigh the risks for her.

Again,I DO NOT consent to mandatory vaccinations.

This bill : (H.Res.179 - Recognizing the importance of vaccinations and immunizations in the United States.

116th Congress (2019-2020) is unconstitutional and is taking our rights away as people. We should always retain our right to medical freedom.

Kindest Regards

Lucy Ulikhanova

Glendale Ca 91202

Ps:

"Feb. 26, 2019 posted on their site;

The Association of American Physicians and Surgeons (AAPS) strongly opposes federal interference in medical decisions, including mandated vaccines. After being fully informed of the risks and benefits of a medical procedure, patients have the right to reject or accept that procedure. The regulation of medical practice is a state function, not a federal one. Governmental preemption of patients' or parents' decisions about accepting

drugs or other medical interventions is a serious intrusion into individual liberty, autonomy, and parental decisions about child-rearing.Vaccines are necessarily risky, as recognized by the U.S. Supreme Court and by Congress. The Vaccine Injury Compensation Program has paid some $4 billion in damages, and high hurdles must be surmounted to collect compensation. The damage may be so devastating that most people would prefer restored function to a multimillion-dollar damage award.Many serious complications have followed MMR vaccination, and are listed in the manufacturers' package insert, though a causal relationship may not have been proved. According to a 2012 report by the Cochrane Collaboration, The design and reporting of safety outcomes in MMR vaccine studies, both pre- and post-marketing, are largely inadequate The smallpox vaccine is so dangerous that you can't get it now, despite the

weaponization of smallpox. Rabies vaccine is given only after a suspected exposure or to high-risk persons such as veterinarians. The whole-cell pertussis vaccine was withdrawn from the U.S. market, a decade later than from the Japanese market, because of reports of severe permanent brain damage. The acellular vaccine that replaced it is evidently safer, though somewhat less effective."

https://aapsonline.org/measles-outbreak-and-federal-vaccine-mandates/?fbclid=IwAR2RlQsr-8gvi4HZEx3Cl6s2fPJvA4we74aT65wtch1lh37Jqz9f41i

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 40

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

$P_{i_{\gamma}}$

EXHIBIT 19



ALUMINUM SAFTEY LEVELS

Aggravates the immune system
Crosses the "Blood Brain Barrier"
Aluminum is a Neurotoxin
Turns off genes
Turns on Inflammation
Activates the immune system
Acts as an indrocrine disruptor  =meaning how hormones work
Aluminum interferes with cell processors  and Mitochondria
Memory
Concentration
Soeech is all affected by Aluminum

ALUMINUM 27 pages
https://www.fda.gov/OHRMS/DOCKETS/98fr/cd9813.pdf

FDA on Aluminum
https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm?fr=201.323
3 pages on Drug warning with Aluminum
https://www.fda.gov/downloads/drugs/drugsafety/drugshortages/ucm570101.pdf
Pub med on aluminum
https://www.ncbi.nlm.nih.gov/m/pubmed/22235057/

Why is the same dose of vaccines given to a two month old as for a 5 year old?

Aluminum:

So doing some math — the following are examples of weight with their corresponding maximum levels of aluminum, per the FDA:

8 pound, healthy baby: 18.16 mcg of aluminum

15 pound, healthy baby:  34.05 mcg of aluminum

30 pound, healthy toddler:  68.1 mcg of aluminum

50 pound, healthy child: 113 mcg of aluminum

150 pound adult: 340.5 mcg of aluminum

350 pound adult: 794.5 mcg of aluminum

So how much aluminum is in the vaccines that are routinely given to children?

Hib (PedVaxHib brand only) – 225 mcg per shot
Hepatitis B – 250 mcg
DTaP – depending on the manufacturer, ranges from 170 to 625 mcg
Pneumococcus – 125 mcg
Hepatitis A – 250 mcg
HPV – 225 mcg
Pentacel (DTaP, HIB and Polio combo vaccine) – 330 mcg
Pediarix (DTaP, Hep B and Polio combo vaccine) – 850 mcg
At birth, most children are given the hepatitis B vaccination.  The amount of aluminum in the Hepatitis B vaccine alone is almost 14 TIMES THE AMOUNT OF ALUMINUM THAT IS FDA-APPROVED.

At well-child check-ups, it's common for 2 month, 4 month, 6 month etc., appointments to include up to 8 vaccinations that add up to more than 1,000 mcg of aluminum. Look at the chart above and notice that that amount isn't even safe for a 350 pound adult. And many children get up to 8 vaccinations a visit several times a year!

At 18 month 4,925 mcg
ALUMINUM IN AUTISTIC BRAINS
http://vaccinepapers.org/high-aluminum-content-autistic-brains/

Some important numbers:
Safety maximum levels of injectable or IV usage of Aluminum per the FDA:
1. 8lb baby - 18.6 mcg Aluminum
2. 15lb baby – 34.5 mcg Aluminum
3. 30lb toddler – 68.1 mcg Aluminum
4. 50lb child – 113 mcg Aluminum
5. 150lb adult – 340.5 mcg Aluminum
6. 350lb adult – 794.5 mcg Aluminum

How much aluminum is in the vaccines that are routinely given to children? Keep in mind the FDA says the safe amount is only 5mcg per kg of weight (Did the math!) More than that causes brain damage (proven by them to cause loss of IQ points, and increases Neuro issues...Increases Neurological disorders...like ADHD and OCD...and Tics)

1. Hib – 225 mcg Aluminum
2. Hep B – 250 mcg Aluminum
3. DTaP – 170 – 625 (depending on the manufacture) mcg Aluminum
4. Pneumococcus – 125 mcg Aluminum
5. Hep A – 250 mcg Aluminum

6. HPV – 225 mcg Aluminum
7. Pentacel (dtap, hib, & Polio combo) – 330 mcg Aluminum
8. Pediarix (dtap, hep b, & Polio combo) – 850 mcg Aluminum

Hep B facts about newborns in the USA:

1. If baby is born at 8lbs, the amount of the Heb B vaccine given at birth, is 14x the "safe" amount.

*** At the 2m, 4m, and 6m appointments these vaccines routinely given combined add up to more than 1,000 to 1500 mcg of Aluminum. According to the FDA limits that amount isn't even safe for a 350lb adult!

Aluminum is a Neurotoxin. That can bypass the blood brain barrier. Has been linked to encephilopathy (brain swelling and damage) and linked to alzheimers.
https://www.askdrsears.com/topics/health-concerns/vaccines/vaccine-faqs

A L U M I N U M   is a known neurotoxin. The definition of a neurotoxin is "a poison that acts on the nervous system".

Most vaccines contain aluminum. Vaccines in combination can result in toxic aluminum overload. Specifically, vaccine aluminum is in nanoparticulate form, which is harder for the body to eliminate, and because it is transported around the body differently than ingested aluminum.

Ingesting and injecting are 2 different things. Ingested aluminum is in ionic form (individual charged atoms), which is readily removed by the kidneys. Also, ionic aluminum is blocked from entering the brain by the blood brain barrier. The low absorption, rapid elimination by the kidneys and barrier to

brain entry adequately protects the brain from aluminum.

However, nanoparticulate aluminum from vaccines cannot be removed by the kidneys. The particles are far too large to be filtered out by the kidneys. The Al nanoparticles do dissolve slowly (converting to ionic aluminum). But long before they can dissolve completely, the Al nanoparticles are 'eaten' by immune system cells called macrophages. In other words, the particles wind up inside the macrophages. Once loaded with the Al nanoparticles, the macrophages spread-

ALUMINUM

https://www.ncbi.nlm.nih.gov/pubmed/15961160
Millers review on aluminum 8 pages
https://vaccinesafetycommission.org/pdfs/06-2016-JPANS-Aluminum-Unsafe.pdf

Water that can help remove aluminum from the brain
https://realfarmacy.com/mineral-waters-remove-aluminum-from-brain/
Vaccine induced lambs show aluminum in lymphnodes
http://www.ghostshipmedia.com/2018/11/03/spanish-sheep-study-finds-vaccine-aluminum-in-lymph-nodes-more-than-a-year-after-injection-behavioural-changes/
Study showing aluminum in brains
http://info.cmsri.org/blog/-discovery-of-shockingly-high-levels-of-aluminum-in-brains-of-individuals-with-autism-suggests-link-with-aluminum-containing-vaccines?
utm_campaign=aluminum%20in%20autistic%20brains%20study&utm_content=81271594&utm_medium=social&utm_source=facebook&hss_channel=fbp-790296257666848
Shows where food travels to and stays in the body  Article and video

http://nexusnewsfeed.com/article/human-rights/researchers-show-where-the-aluminum-travels-to-in-the-body-and-stays-after-vaccination/?fbclid=IwAR1Q5Q0u6Y_8tPkaH9fRAUzuSttCWL2boSpJS_P5tnwAS0T0S3Zl-Wo4WAQ

PUB med aluminum adjuvants contribute to autism
https://www.ncbi.nlm.nih.gov/m/pubmed/22099159/


FETAL TISSUE ~ MRC-5 OR WI-38 IN VACCINES

Have you heard that vaccines contain cells and DNA from aborted fetal tissue? That's true.

They include:
Varicella (chickenpox) vaccine
MMR (measles, mumps, rubella) vaccine
MMRV (measles, mumps, rubella, varicella) vaccine
Hepatitis A vaccine (Vaqta, Engerix, Twinrix)
Pentacel (DTap, IPV/Hib) vaccine

Here is a table from The CDC where you can see what's in the vaccines. Anywhere you see MRC-5 or WI-38 means that vaccine includes aborted fetal tissues, cells, and DNA.
TinyURL.com/ExcipientList

Did you know there has never been a single study indicating that it is safe to inject the DNA of another human being into children?

Let's think about autoimmune disease for a moment.
Have you noticed there has been a very big spike in the number of autoimmune diseases diagnosed in children? I mean, wow!!! Kids didn't

used to have all these issues with juvenile rheumatoid arthritis, diabetes, thyroid disease...
In layman's terms, autoimmunity is the body's inability to differentiate between "self" and "other." What better way to induce autoimmunity than to inject the DNA of another human being?

And what about the huge increase in fertility problems in young women AND young men?
Something is going on, right???

And what about the epidemics of childhood cancers?
Did you know that according to the experts, childhood cancers are different than cancers in adults? According to this blog from Roswell Park Cancer Institute, "The types of cancers that develop in children are different from those that develop in adults. Lifestyle or environmental risk factors don't play a role. Instead, it's usually the result of DNA changes in cells that take place very early in life."
https://www.roswellpark.org/cancertalk/201209/top-5-pediatric-cancers-warning-signs

Hmmm...
Recombinant homologous DNA...
Here is a very interesting study about that:
https://cogforlife.org/SCPIIMFARHR.pdf

"Changepoint analysis of autism disorder demonstrates a temporal correlation with events associated with human DNA residuals in vaccines. The levels of residual DNA are well over FDA-recommended limits. To reduce the dangers of residual DNA, recommendations were made to fragment the DNA. Unfortunately, in-vitro studies in model organisms have shown that shorter fragments have a higher chance of entering the

nucleus. Cell culture experiments are in progress to determine the rate and sites at which these residual DNA fragments integrate into the genome."

What does recombinant homologous DNA in vaccines do? The research from Sound Choice Pharmaceuticals strongly suggests it alters the DNA of the recipient (child). When does this happen? Early in life – when they are being vaccinated according to the CDC Schedule.

Did you know that you can purchase the same aborted fetal cells used in vaccines online? You can! For some reason male fetal cells are more expensive than female fetal cells – nearly three times as much, but still... $250 isn't that much, right?
Check it out:

WI-38:  https://catalog.coriell.org/0/Sections/Search/Sample_Detail.aspx?Ref=AG06814-N&PgId=166

MRC-5:  https://catalog.coriell.org/0/Sections/Search/Sample_Detail.aspx?Ref=AG05965-C&PgId=166

Hey! Wait a minute...
So, MRC-5 is from an aborted BOY baby, and WI-38 is from an aborted GIRL baby? Yep. That's true.

And that means...
Every child in the United States who is vaccinated according to the CDC's Childhood Schedule is being injected with vaccines containing the DNA of BOTH sexes - girls are being injected with male DNA and boys are being injected with female DNA.

VACCINES -Antigens


MEDLINEPLUS.ORG MedlinePlus is the National Institutes of Health's Web site for patients and their families and friends. Produced by the National Library of Medicine, the world's largest medical library,

"Antigens are substances (usually proteins) on the surface of cells, viruses, fungi, or bacteria. Nonliving substances such as toxins, chemicals, drugs, and foreign particles (such as a splinter) can also be antigens. The immune system recognizes and destroys, or tries to destroy, substances that contain antigens.

Your body's cells have proteins that are antigens. These include a group of antigens called HLA antigens. Your immune system learns to see these antigens as normal and usually does not react against them."

IMMUNIZATION
Vaccination (immunization) is a way to trigger the immune response. Small doses of an antigen, such as dead or weakened live viruses, are given to activate immune system "memory" (activated B cells and sensitized T cells). Memory allows your body to react quickly and efficiently to future exposures."



(Adjuvants may be added to a vaccine to boost the immune response to produce more antibodies and longer-lasting immunity, thus minimizing the dose of antigen needed. Adjuvants may also be used to enhance the efficacy of a vaccine by helping to modify the immune response to particular types of immune system cells-Wikipedia )

COMPLICATIONS DUE TO AN ALTERED IMMUNE RESPONSE

An efficient immune response protects against many diseases and disorders. An inefficient immune response allows diseases to develop. Too much, too little, or the wrong immune response causes immune system disorders. An overactive immune response can lead to the development of autoimmune diseases, in which antibodies form against the body's own

Complications from altered immune responses include:

- Allergy or hypersensitivity
- Anaphylaxis, a life-threatening allergic reaction
- Autoimmune disorders
- Graft versus host disease, a complication of a bone marrow transplant
- Immunodeficiency disorders
- Serum sickness
- Transplant rejection

https://medlineplus.gov/ency/article/000821.htm

# JOINT EVIDENTIARY APPENDIX

# EXHIBIT 41

*Lucy Ulikhanova, et al. v. County of Los Angeles, et al.*
(C.D. Cal. 2:17-CV-9193-FMO-E)

Pls

EXHIBIT 21


EXHIBIT 21
L. Ulikhanova
3/14/2019
Elizabeth Schmidt
CSR#13598

Religious belief

Many are surprised to find that in fact, vaccines do contain aborted fetal tissue, including lung and kidney tissue

This is because scientists grow live vaccines in living tissue. You can find aborted fetal tissue in 23 total vaccines, including:

- MMR
- Chickenpox
- Shingles
- Rabies
- DTaP
- HiB
- Hep A and B
- Polio

Consider that God forbade His holy people to drink blood, eat blood, or even mix it with certain other sacrifices.

He explains in Leviticus 17 that the life of the animal is in its blood, and thus is what atones them from their sacrifice, pointing to the ultimate Atonement, Jesus.

Yet, we find that there are animal by-products in vaccines. Not only are vaccines contaminated with DNA fragments from aborted fetuses, but also from animals, as they are grown in things like monkey and dog kidneys.

Exodus 21:22-23 ESV
"When men strive together and hit a pregnant woman, so that her children come out, but there is no harm, the one who hit her shall surely be fined, as the woman's husband shall impose on him, and he shall pay as the judges determine. [23] But if there is harm, then you shall pay life for life,

LIFE FOR LIFE (Latin name for this type teaching and  punishment is called

Lex talionis, The law of retaliation, whereby a punishment resembles the offense committed in kind and degree.

This is the Lex Talionis. In the Law of God, people are to be killed who murdered another human. That shows without a doubt that the baby is considered human. Because if someone kills him/her, they are to pay with their own life.Deuteronomy 19:21

Your eye shall not pity. It shall be life for life, eye for eye, tooth for tooth, hand for hand, foot for foot.

The baby in the womb is counted as life.

The harm being referred to is specifically in reference to the baby,

Vaccines contain ingredients that assault the body God created

**"Don't you know that your body is a temple of the Holy Spirit?"** 1 Corinthians 6:19

These ingredients include carcinogens, neurotoxins, animal viruses, animal blood, allergens, and heavy metals. These ingredients can cause serious harm and even death to the body.

But the vaccine industry gets a **free pass to include them in vaccines in the name of "health."**

We should never make decisions out of fear

**"For God has not given us a spirit of fear, but of power and of love and of a sound mind."** 2 Timothy 1:7

The fear created by overzealous vaccine campaigns is real. Those advertisements are designed to provoke an emotional response, to make you *fear* your child becoming sick.

However, when we make decisions due to fear, we miss out on hearing from God about what He wants for our lives. When we instead trust His perfect design, we can make

decisions from a place of education, with a sound mind, and empower ourselves to make healthy choices for our kids

Other beliefs:

From documentary on benefits:

What effective really means is when a substance is injected into a body and it creates an antibody and if an antibody response is generated by that shot, then the science says that it's effective, it did what it was supposed to do "

However this is not proof that the vaccine is effective or beneficial at all because anything you place in the body the body is going to produce a response. Also :

"They don't actually go back and compare vaccinated vs unvaccinated
They consider the vaccine is effective simply by measuring the antibody generation "
Theres a leap in assumption then that simply because you have the antibody it will protect you and keep you from being sick "
"Animal models were injected with vaccines that created antibodies and then they were introduced with the virus and so succumb to the virus.
So we don't have real studies that say :
"if you have antibodies to this disease you are then immune and you are immune for this many years ... we don't have that "

"Because vaccination is based on the principle of immunity rather then on principle of natural acquired immunity what we have after vaccination is only a short lasting protection."