# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lucy Ulikhanova et al | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | 2:17-cv-09193-FMO-E |
| v. | |
| County of Los Angeles et al | **ORDER TO REASSIGN MOTION DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the Referral of Motion to Disqualify was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The Court has a financial interest in one of the parties. Motion for disqualification to be reassigned.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 16-05.

This self-recusal has been Ordered:
- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

May 31, 2019                                    *[signature: Gary Klausner]*
Date                                            United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

The Referral of Motion to Disqualify Judge Fernando M. Olguin has been reassigned to Judge Dale S. Fischer.

cc: ☐ Previous Judge    ☐ Statistics Clerk

CV-52 (10/16)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 16-05