JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/9/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY ULIKHANOVA, et al. | Case No. CV 17-9193 FMO (Ex) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 9th day of October, 2019.

/s/
Fernando M. Olguin
United States District Judge